Judge

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

MARCH 3, 2011

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROMAN SELEZNEV,
  aka TRACK2,
  aka ROMAN IVANOV,
  aka RUBEN SAMVELICH,
  aka nCuX,
  aka Bulba,
  aka bandysli64,
  aka smaus,
  aka Zagreb,
  aka shmak.

Defendant.

NO. CR11 0070 RAJ

INDICTMENT

(SEALED)

The Grand Jury charges that:

## COUNT 1

### (Bank Fraud)

**A.      The Offense**

1.      Beginning at a time unknown, but no later than October 2, 2009, and
continuing through on or about January 20, 2011, within the Western District of
Washington and elsewhere,  ROMAN SELEZNEV, aka TRACK2, aka ROMAN
IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus,

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   aka Zagreb, aka shmak (hereinafter Roman Seleznev), and others unknown to the Grand

2   Jury, knowingly and willfully devised and executed, and aided and abetted a scheme and

3   artifice to defraud various financial institutions, including, but not limited, to Boeing

4   Employees' Credit Union ("BECU"), Chase Bank, Capital One, Citibank, and Keybank

5   ("the banks"), financial institutions as defined by Title 18, United States Code, Section

6   20, and to obtain moneys, funds, and credits under the custody and control of the banks

7   by means of material false and fraudulent pretenses, representations and promises, as

8   further described below.

9          2.     The object of the scheme and artifice to defraud was to "hack" into the

10   computers of retail businesses within the Western District of Washington, and elsewhere;

11   to install malicious computer code onto those hacked computers that would effectively

12   steal the credit card numbers of the victim businesses' customers; to market and sell the

13   stolen credit card numbers, on criminally inspired websites, for the purpose and with the

14   intent that the stolen credit card numbers would then in turn be used for fraudulent

15   transactions across the United States, and in foreign countries; and, by way of the scheme,

16   to obtain illicit proceeds, funded by and derived primarily from the banks (located in the

17   Western District of Washington, and elsewhere), that had originally issued the stolen

18   credit card numbers.  By way of this series of criminal actions, the defendants intended to

19   and did generate and receive millions of dollars in illicit profits, that they then converted

20   to their own personal benefit and use.

21   **B.**     **Manner and Means of the Scheme and Artifice to Defraud**

22          3.     ROMAN SELEZNEV has used "nics" or online nicknames in his dealings

23   and his communications with others regarding and promoting the theft and sale of stolen

24   credit card numbers that include: "TRACK2," "nCuX," "Bulba," "bandysli64," "smaus,"

25   "Zagreb," and "shmak."

26          4.     It was part of the scheme and artifice to defraud that ROMAN SELEZNEV,

27   and others unknown to the Grand Jury, created a criminally inspired, Internet-based

28

1  infrastructure to facilitate the theft, and then the sale, over the Internet, of credit card

2  account numbers that had been issued by banks, including BECU.

3       5.    It was further part of the scheme and artifice to defraud that, as part of that

4  criminal Internet-based infrastructure, ROMAN SELEZNEV, and others unknown to the

5  Grand Jury, rented, configured, and controlled server computers in countries outside of

6  the United States, including the Ukraine and Russia, that contained malware, or malicious

7  computer code, which servers would provide downloads of that malware, onto other

8  computers, when the requesting computers were commanded to made such a request.

9       The server that hosted the malware was "named" "shmak.fvds.ru," aka

10  "smaus.fvds.ru" aka "188.120.225.66" and all of the malware was located, on the server,

11  at  shmak.fvds.ru/<malwarenamehere>.  The server stored pieces of malware that been

12  denominated with names that included "shmak,""shmak2," "kameo," "hameo" "zameo"

13  "dtc," "dtc2," "dtc4," "dtca," "rsca," "remcomsvc," and others.  All of the malware was

14  located at the root of the server.

15       6.    It was further part of the scheme and artifice to defraud that, as part of that

16  criminal Internet-based infrastructure, ROMAN SELEZNEV, and others unknown to the

17  Grand Jury, rented and configured server computers in countries outside of the United

18  States for the purpose of hosting carding forum websites, or websites used to sell stolen

19  credit card numbers, including carding forums named, "bulba.cc," "secure.bulba.cc,"

20  "Track2.name" and "secure.Track2.name."

21       7.    It was further part of the scheme and artifice to defraud that, as part of that

22  criminal Internet-based infrastructure, ROMAN SELEZNEV, and others unknown to the

23  Grand Jury, rented and configured server computers, including servers in McLean,

24  Virginia, to receive and compile stolen credit card track data.

25       8.    It was further part of the scheme and artifice to defraud that ROMAN

26  SELEZNEV, and others unknown to the Grand Jury, developed and used automated

27  techniques, such as port scanning, to identify computers and computer systems that were

28  connected to the Internet, that were dedicated to or involved with credit card processing

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    by retail businesses, and that would be vulnerable to criminal hacks for the purpose of

2    stealing credit card numbers.

3        9.    It was further part of the scheme and artifice to defraud that ROMAN

4    SELEZNEV, and others unknown to the Grand Jury, used those automated techniques to

5    identify credit card processing computers at the Broadway Grill restaurant, and at other

6    businesses in the Western District of Washington as well as throughout the United States,

7    as target computers for their criminal scheme.

8        10.    It was further part of the scheme and artifice to defraud that once ROMAN

9    SELEZNEV, and others unknown to the Grand Jury, identified credit card processing

10   computers that were vulnerable to criminal hacks, they issued commands to the target

11   computers to connect, over the Internet, to the servers that they had previously rented and

12   configured and that they controlled, in the Ukraine and Russia, and to download malware

13   from those servers, so that it would be installed on the victim target computers.

14       Specifically, once ROMAN SELEZNEV,and others unknown to the Grand Jury

15   had remote control of a victim computer, they would launch a web browser on the victim

16   computer.  They would then type the address for the server hosting the malware

17   ("shmak.fvds.ru,") followed by  the name of the piece of malware they wished to have

18   downloaded (for example, "shmak.fvds.ru/kameo.exe").  The piece of malware specified

19   could vary, as between the many different pieces of malware that were being hosted on

20   the Ukraine/Russian server.  Once this web address was typed into the address bar of the

21   victim computer, the victim computer would download this piece of malware from the

22   Ukraine/Russian server.

23       Once the malware was installed on the victim computer, ROMAN SELEZNEV,

24   and others unknown to the Grand Jury, could disconnect from the victim computer.  The

25   malware that had been downloaded was preconfigured to upload credit card data that

26   subsequently passed through the victim computer, to the server that had been designated

27   by ROMAN SELEZNEV, and others unknown to the Grand Jury, for that purpose.

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

In some cases ROMAN SELEZNEV, and others unknown to the Grand Jury, also installed a piece of software that would enable them to easily remotely reconnect to the victim servers again, at a later date.

11.     It was further part of the scheme and artifice to defraud that the malware that ROMAN SELEZNEV, and others unknown to the Grand Jury caused to be installed on the targeted victim computers included software that monitored network activity within the business' internal computer network. The businesses that were targeted typically had several computers running, including a few "point of sale" terminals, and/or other computers that employees used to process orders, and to swipe customer credit cards when purchases were made. These computers were in turn connected to a computer, commonly referred to as the "the back of the house computer," or the "manager's computer," that would receive all of the credit card track data that had been gathered from the point of sale terminals; encrypt that data; and transmit it to the merchant card processor for approval.

The malware that ROMAN SELEZNEV, and others unknown to the Grand Jury caused to be downloaded to the victim business' computers monitored the traffic within the business' computer network and intercepted the communications between the point of sale terminals and the back of the house computer. The malware would extract and copy the data that included credit card track data and, every five minutes, compile the stolen credit card track data and transmit and upload it to a server identified by a specified IP address. That server had been previously rented and configured and was controlled by ROMAN SELEZNEV, and others unknown to the Grand Jury, for that purpose, and could be located in a variety of geographic locations, including in Russia, the Ukraine, or, for a time, in McLean, Virginia.

12.     It was further part of the scheme and artifice to defraud that one of the business computer networks that was found vulnerable, and was hacked by ROMAN SELEZNEV, and others unknown to the Grand Jury, was that of the Broadway Grill restaurant, in Seattle, WA. In the case of the Broadway Grill, in particular, every credit

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  card number that had been swiped at the restaurant between December 1, 2009, and

2  October 22, 2010, (over 32,000 unique credit card numbers) had been saved to a text file

3  that was stored on the business' back of the house computer.  ROMAN SELEZNEV, and

4  others unknown to the Grand Jury, commanded the computer they hacked at the

5  Broadway Grill restaurant to steal, transmit, and upload that complete text file, containing

6  all of those unique credit card numbers, to computer servers specified by ROMAN

7  SELEZNEV, and others unknown to the Grand Jury, that had previously been rented and

8  configured and that were under their control, for that purpose.

9  ROMAN SELEZNEV, and others unknown to the Grand Jury, also caused and

10  commanded the DTC2.exe malware to be installed on the manager's credit card

11  processing computer at the Broadway Grill, in the manner described above, which

12  malware then continued to steal any additional credit card track data, including credit card

13  numbers, run after October 22, 2010.  That data, as well, was transmitted from the

14  infected Broadway Grill computer over the Internet, to computer servers specified,

15  configured, and controlled by ROMAN SELEZNEV, and others unknown to the Grand

16  Jury, for that purpose.  The theft of credit card track data from Broadway Grill continued

17  thereafter until the intrusion and theft were discovered on October 27, 2010.

18  13.    It was further part of the scheme and artifice to defraud that, using the same

19  techniques described above that were used to hack into, install malware, and steal credit

20  card track data from the Broadway Grill restaurant in Seattle, WA, ROMAN

21  SELEZNEV, and others unknown to the Grand Jury, hacked into, installed malware, and

22  stole credit card tract data from a number of other small retail businesses in the Western

23  District of Washington including, but not limited to: Grand Central Baking Company

24  restaurant, in Seattle, WA; four Mad Pizza restaurants (three Seattle, WA, locations and a

25  location in Tukwila, WA); Village Pizza, in Anacortes, WA, and Casa Mia Italian

26  restaurant, in Yelm, WA.

27  14.    It was further part of the scheme and artifice to defraud that, using the same

28  techniques described above that were used to hack into, install malware, and steal credit

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    card track data from the Broadway Grill restaurant and other businesses in the Western

2    District of Washington, ROMAN SELEZNEV, and others unknown to the Grand Jury

3    likewise hacked into, installed malware, and stole credit card tract data from hundreds of

4    retail businesses in other locations throughout the United States, including, but not limited

5    to: Schlotzsky's Deli, in Coeur d'Alene, Idaho; Active Networks, in Frostburg, Maryland;

6    Days Jewelry, in Waterville, Maine; Latitude Bar and Grill, in New York, New York;

7    Grand Canyon Theatre, in Tusayan, Arizona; the Phoenix Zoo, in Phoenix, Arizona;

8    Mary's Pizza Shack, in Sonoma, California; and City News Stand (a convenience store),

9    at multiple store locations in Evanston, and Chicago, Illinois.

10        15.     It was further part of the scheme and artifice to defraud that after credit card

11    track data was transmitted from hacked businesses, and then compiled on the servers that

12    ROMAN SELEZNEV, and others unknown to the Grand Jury had previously rented,

13    configured, and controlled for that purpose, ROMAN SELEZNEV, and others unknown

14    to the Grand Jury, harvested the data, and extracted and segregated from it credit card

15    account numbers, Bank Identification Numbers ("BIN numbers,") and any other data

16    possible, including names of the account holders or PIN numbers, that would enhance the

17    value of the data for sale to those who wished to use it for criminal fraudulent purposes.

18        16.     It was further part of the scheme and artifice to defraud that after ROMAN

19    SELEZNEV, and others unknown to the Grand Jury, had stolen, harvested, and

20    segregated the data that was valuable for sale to their would-be criminal customers, they

21    then posted and marketed that data for sale on carding forum websites, including those

22    named, "bulba.cc" and "Track2.name," which websites they had established on computer

23    servers that they had rented, configured, and which they controlled, for this purpose. The

24    stolen credit card numbers that they marketed and sold on these carding forum websites

25    included credit card numbers that had been issued by BECU, and by other banks in the

26    Western District of Washington and throughout the United States.

27        17.     It was further part of the scheme and artifice to defraud that when ROMAN

28    SELEZNEV, and others unknown to the Grand Jury advertised and sold stolen credit card

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  numbers, BIN numbers, and related stolen data for sale on their carding forum websites,

2  they priced that data at varying levels, depending on its relative worth for use in

3  fraudulent transactions.  For example, credit card numbers with a "95%" guarantee for

4  validity were priced between $20 and $30 per credit card track.  This comprised the

5  majority of the cards listed for sale.  There were also credit card numbers listed at lower,

6  "sale" prices.  These were  listed with a guarantee of validity of around "65%," and were

7  listed for sale at around $7 per track.

8        18.    It was further part of the scheme and artifice to defraud that ROMAN

9  SELEZNEV, and others unknown to the Grand Jury would seek to attract and entice

10  customers to their carding forum websites by advertising "fresh dumps" of stolen data,

11  which included, for example, an advertisement on November 24, 2010, as follows:

12        UPDATE OF 38,000 USA (TRACK1+2) AND 5.000 USD

13        TRACK2 ONLYTOTALLY MADE!!!

14        90% VALID! BIG BASE, NEW60 - TRACK1+TRACK2,

15        NEW61 - TRACK2 ONLY

16  And through an advertisement on December 23, 2010, as follows:

17        UPDATE 17,000 FRESH DUMPS TOTALY MADE! VALID

18        VERY HIGH 95%!!

19        75% TRACK1 + TRACK2 AND OTHER TRACK2 ONLY!!!

20        Base - NEW65

21        Warning - today checker not work at all. Sorry for that .

22        Merry XMAS!:).  THAT IS THE LAST UPDATE IN THIS YEAR.  Hurry up to

23        fund account

24        19.    It was further part of the scheme and artifice to defraud that ROMAN

25  SELEZNEV, and others unknown to the Grand Jury, sought to enhance the value and to

26  spur sales of the stolen credit card data they marketed, for fraudulent use, by offering a

27  "checker" service through the carding forum websites, which, for a fee, would enable

28  customers to obtain instant validation information for the stolen credit card numbers, and

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

through which they also offered to "replace" numbers that were found to be invalid through the checking service with an equal number of other stolen credit card numbers.

20.     It was further part of the scheme and artifice to defraud that ROMAN SELEZNEV, and others unknown to the Grand Jury, who controlled and operated the bulba.cc and Track2.name carding forum websites, would only accept payment for the stolen data that they sold through a limited number of payment services, including webmoney services such as "Liberty Reserve," because those services hinder efforts to trace the proceeds of the transactions and effectively conceal the identity of both the payer and the recipients of the proceeds of the same.

21.     It was further part of the scheme and artifice to defraud that, in order to expand and maximize their customer base for stolen credit card numbers, ROMAN SELEZNEV, and others unknown to the Grand Jury, advertised the carding forums that they owned and controlled on other well known carding forum websites, such as "crdsu.su" and "carder.biz."

22.     It was further part of the scheme and artifice to defraud that, in order to quash competition from other criminal carders, ROMAN SELEZNEV, and others unknown to the Grand Jury, assumed total control and a monopoly over stolen credit card sales made on the previously established and preeminent carder forum website named "crdsu.su," in or around May of 2010.

23.     It was further part of the scheme and artifice to defraud that ROMAN SELEZNEV, and others unknown to the Grand Jury, stole over 200,000 credit card numbers, and sold over 140,000 stolen credit card numbers through their carding forum websites, bulba.cc and Track2.name, during the period from November 15, 2010, to February 22, 2011.

24.     It was further part of the scheme and artifice to defraud that ROMAN SELEZNEV, and others unknown to the Grand Jury, generated illicit profits totaling at least $2,000,000.00 from the sale of stolen credit card information on the bulba.cc and track2.name websites during the period from November 15, 2010,  to February 22, 2011.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

25.     It was further part of the scheme and artifice to defraud that the stolen credit card numbers sold by ROMAN SELEZNEV, and others unknown to the Grand Jury, have been used to commit fraudulent transactions throughout the United States, including specifically in the States of Texas and New York, and throughout the world.

26.     It was further part of the scheme and artifice to defraud that credit card numbers, in particular, that were stolen from the Broadway Grill by ROMAN SELEZNEV, and others unknown to the Grand Jury, which credit card numbers had been issued by BECU, were used in fraudulent transactions after their sale on the bulba.cc and track2.name websites for fraudulent transactions that have caused losses to BECU of at least $79,317.00; and that credit card numbers stolen from Broadway Grill that were issued by other banks, and sold on the bulba.cc and Track2.name websites, have caused losses to the other banks that issued those cards in the amount of at least $1,175,217.37.

## C.     Execution of the Scheme and Artifice to Defraud

27.     On or about the below-listed dates, within the Western District of Washington and elsewhere, for the purpose of executing and attempting to execute this scheme and artifice to defraud, ROMAN SELEZNEV, and others unknown to the Grand Jury, did knowingly and willfully steal the credit card account numbers specified below, that had been issued by BECU, which account numbers subsequently were used in fraudulent transactions, causing a loss to BECU in the amounts specified below:

| Count | Date CC # Stolen | CC Acct. Number Issued by BECU | BECU Fraud Loss on Acct. No. Due to Fraudulent Transactions |
|-------|------------------|-------------------------------|------------------------------------------------------------|
| 1 | 10/22/2010 | ************5719 | $1199.59 |
| 2 | 10/22/2010 | ************6316 | $650.14 |
| 3 | 10/22/2010 | ************7089 | $636.86 |
| 4 | 10/22/2010 | ************0016 | $317.98 |
| 5 | 10/22/2010 | ************0717 | $394.60 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

INDICTMENT/Seleznev, Roman. - 10

## COUNT 6

### (Intentional Damage to a Protected Computer)

1.  Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.  On our about October 22, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly caused the transmission of a program, information, code, and command, and as a result of that conduct, intentionally caused and attempted to cause damage, without authorization, to a protected computer, to wit, by causing the installation of malware on credit card processing computer belonging to and located at the Broadway Grill restaurant, in Seattle, WA, and by such conduct caused loss to one or more persons during a one year period aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and 1030(c)(4)(B)(i), and 2.

## COUNT 7

### (Intentional Damage to a Protected Computer)

1.  Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.  On our about October 2, 2009, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly caused the transmission of a program, information, code, and command, and as a result of that conduct, intentionally caused and attempted to cause damage, without authorization, to a protected computer, to wit, by causing the installation of malware on the credit card processing computer belonging to and located at the Grand

INDICTMENT/Seleznev, Roman. - 11

Central Baking Company restaurant, in Seattle, WA, and by such conduct caused loss to one or more persons during a one year period aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and 1030(c)(4)(B)(i), and 2.

## COUNT 8

### (Intentional Damage to a Protected Computer)

1. Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2. On our about August 28, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly caused the transmission of a program, information, code, and command, and as a result of that conduct, intentionally caused and attempted to cause damage, without authorization, to a protected computer, to wit, by causing the installation of malware on the credit card processing computer belonging to and located at the Mad Pizza restaurant, in Tukwila, WA, and by such conduct caused loss to one or more persons during a one year period aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and 1030(c)(4)(B)(i), and 2.

## COUNT 9

### (Intentional Damage to a Protected Computer)

1. Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2. On our about November 2, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb,

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  aka shmak, knowingly caused the transmission of a program, information, code, and

2  command, and as a result of that conduct, intentionally caused and attempted to cause

3  damage, without authorization, to a protected computer, to wit, by causing the installation

4  of malware on the credit card processing computer belonging to and located at the Mad

5  Pizza restaurant, 1263 Thomas Street, Seattle, WA, and by such conduct caused loss to

6  one or more persons during a one year period aggregating at least $5,000 in value.

7       All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and

8  1030(c)(4)(B)(i), and 2.

9

10                        **COUNT 10**

11              **(Intentional Damage to a Protected Computer)**

12       1.      Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if

13  fully set forth herein.

14       2.      On our about October 22, 2010, within the Western District of Washington

15  and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka

16  RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb,

17  aka shmak, knowingly caused the transmission of a program, information, code, and

18  command, and as a result of that conduct, intentionally caused and attempted to cause

19  damage, without authorization, to a protected computer, to wit, by causing the installation

20  of malware on the credit card processing computer belonging to and located at the Mad

21  Pizza restaurant, 1321 Madison St., Seattle, WA, and by such conduct caused loss to one

22  or more persons during a one year period aggregating at least $5,000 in value.

23       All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and

24  1030(c)(4)(B)(i), and 2.

25

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 11

### (Intentional Damage to a Protected Computer)

1.     Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.     On our about August 26, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly caused the transmission of a program, information, code, and command, and as a result of that conduct, intentionally caused and attempted to cause damage, without authorization, to a protected computer, to wit, by causing the installation of malware on the credit card processing computer belonging to and located at the Mad Pizza restaurant, 4021 E. Madison St., Seattle, WA, and by such conduct caused loss to one or more persons during a one year period aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and 1030(c)(4)(B)(i), and 2.


## COUNT 12

### (Intentional Damage to a Protected Computer)

1.     Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.     On our about September 13, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly caused the transmission of a program, information, code, and command, and as a result of that conduct, intentionally caused and attempted to cause damage, without authorization, to a protected computer, to wit, by causing the installation of malware the credit card processing computer belonging to and located at

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

the Village Pizza restaurant, in Anacortes, WA, and by such conduct caused loss to one or more persons during a one year period aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and 1030(c)(4)(B)(i), and 2.


## COUNT 13

### (Intentional Damage to a Protected Computer)

1.    Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.    On our about August 9 , 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly caused the transmission of a program, information, code, and command, and as a result of that conduct, intentionally caused and attempted to cause damage, without authorization, to a protected computer, to wit, by causing the installation of malware on the credit card processing computer belonging to and located at the Casa Mia Italian Pizzeria restaurant, in Yelm, WA, and by such conduct caused loss to one or more persons during a one year period aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), and 1030(c)(4)(B)(i), and 2.


## COUNT 14

### (Obtaining Information From a Protected Computer)

1.    Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.    Beginning on a date uncertain, but on or about October 22, 2010, and continuing until on or about October 27, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb,

2 aka shmak, intentionally accessed a computer without authorization, and thereby obtained

3 information from a protected computer, to wit, they intentionally accessed the credit card

4 processing computer belonging to and located at the Broadway Grill restaurant, in Seattle,

5 WA, and obtained therefrom credit card track data that included credit card account

6 numbers issued by Boeing Employees Credit Union or other financial institutions as

7 defined by Title 18, United States Code, Section 20; and that they committed such offense

8 in furtherance of a criminal and tortious act in violation of the Constitution and laws of

9 the United States, specifically, bank fraud, in violation of Title 18, United States Code,

10 Section 1344.

11     All in violation of Title 18, United States Code, Sections 1030(a)(2) and

12 1030(c)(2)(B)(ii), and 2.

13

14 **COUNT 15**

15 **(Obtaining Information From a Protected Computer)**

16     1.    Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if

17 fully set forth herein.

18     2.    Beginning on a date uncertain, but on or about October 2, 2009, and

19 continuing until on or about December 1, 2010, within the Western District of

20 Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN

21 IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus,

22 aka Zagreb, aka shmak, intentionally accessed a computer without authorization, and

23 thereby obtained information from a protected computer, to wit, they intentionally

24 accessed the credit card processing computer belonging to and located at the Grand

25 Central Baking Company restaurant, in Seattle, WA, and obtained therefrom credit card

26 track data that included credit card account numbers issued by Boeing Employees Credit

27 Union or other financial institutions as defined by Title 18, United States Code, Section

28 20; and that they committed such offense in furtherance of a criminal and tortious act in

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   violation of the Constitution and laws of the United States, specifically, bank fraud, in

2   violation of Title 18, United States Code, Section 1344.

3       All in violation of Title 18, United States Code, Sections 1030(a)(2) and

4   1030(c)(2)(B)(ii) and 2.

5

6                                   **COUNT 16**

7                   **(Obtaining Information From a Protected Computer)**

8       1.      Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if

9   fully set forth herein.

10      2.      Beginning on a date uncertain, but on or about August 28, 2010, and

11  continuing until on or about February 1, 2011, within the Western District of Washington

12  and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka

13  RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb,

14  aka shmak, intentionally accessed a computer without authorization, and thereby obtained

15  information from a protected computer, to wit, they intentionally accessed the credit card

16  processing computer belonging to and located at the Mad Pizza restaurant, in Tukwila,

17  WA, and obtained therefrom credit card track data that included credit card account

18  numbers issued by Boeing Employees Credit Union or other financial institutions as

19  defined by Title 18, United States Code, Section 20; and that they committed such offense

20  in furtherance of a criminal and tortious act in violation of the Constitution and laws of

21  the United States, specifically, bank fraud, in violation of Title 18, United States Code,

22  Section 1344.

23      All in violation of Title 18, United States Code, Sections 1030(a)(2) and

24  1030(c)(2)(B)(ii) and 2.

25

26

27

28

INDICTMENT/Seleznev, Roman. - 17

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 17

### (Obtaining Information From a Protected Computer)

1.     Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.     Beginning on a date uncertain, but on or about November 2, 2010, and continuing until on or about February 1, 2011, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, intentionally accessed a computer without authorization, and thereby obtained information from a protected computer, to wit, they intentionally accessed the credit card processing computer belonging to and located at the Mad Pizza restaurant, 1263 Thomas St., Seattle, WA, and obtained therefrom credit card track data that included credit card account numbers issued by Boeing Employees Credit Union or other financial institutions as defined by Title 18, United States Code, Section 20; and that they committed such offense in furtherance of a criminal and tortious act in violation of the Constitution and laws of the United States, specifically, bank fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1030(a)(2) and 1030(c)(2)(B)(ii) and 2.

## COUNT 18

### (Obtaining Information From a Protected Computer)

1.     Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.     Beginning on a date uncertain, but on or about October 22, 2010, and continuing until on or about February 15, 2011, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus,

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   aka Zagreb, aka shmak, intentionally accessed a computer without authorization, and

2   thereby obtained information from a protected computer, to wit, they intentionally

3   accessed the credit card processing computer belonging to and located at the Mad Pizza

4   restaurant, 1321 Madison St., Seattle, WA, and obtained therefrom credit card track data

5   that included credit card account numbers issued by Boeing Employees Credit Union or

6   other financial institutions as defined by Title 18, United States Code, Section 20; and

7   that they committed such offense in furtherance of a criminal and tortious act in violation

8   of the Constitution and laws of the United States, specifically, bank fraud, in violation of

9   Title 18, United States Code, Section 1344.

10      All in violation of Title 18, United States Code, Sections 1030(a)(2) and

11   1030(c)(2)(B)(ii) and 2.

12

13                            **COUNT 19**

14             **(Obtaining Information From a Protected Computer)**

15      1.      Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if

16   fully set forth herein.

17      2.      Beginning on a date uncertain, but on or about August 26, 2010, and

18   continuing until on or about February 15, 2011, within the Western District of

19   Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN

20   IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus,

21   aka Zagreb, aka shmak, intentionally accessed a computer without authorization, and

22   thereby obtained information from a protected computer, to wit, they intentionally

23   accessed the credit card processing computer belonging to and located at the Mad Pizza

24   restaurant, 4021 E. Madison St., Seattle, WA, and obtained therefrom credit card track

25   data that included credit card account numbers issued by Boeing Employees Credit Union

26   or other financial institutions as defined by Title 18, United States Code, Section 20; and

27   that they committed such offense in furtherance of a criminal and tortious act in violation

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  of the Constitution and laws of the United States, specifically, bank fraud, in violation of

2  Title 18, United States Code, Section 1344.

3        All in violation of Title 18, United States Code, Sections 1030(a)(2) and

4  1030(c)(2)(B)(ii) and 2.

5

6  ## COUNT 20

7  ### (Obtaining Information From a Protected Computer)

8        1.     Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if

9  fully set forth herein.

10        2.     Beginning on a date uncertain, but on or about September 25, 2010, and

11  continuing until on or about February 8, 2011, within the Western District of Washington

12  and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka

13  RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb,

14  aka shmak, intentionally accessed a computer without authorization, and thereby obtained

15  information from a protected computer, to wit, they intentionally accessed the credit card

16  processing computer belonging to and located at the Village Pizza restaurant, Anacortes,

17  WA, and obtained therefrom credit card track data that included credit card account

18  numbers issued by Boeing Employees Credit Union or other financial institutions as

19  defined by Title 18, United States Code, Section 20; and that they committed such offense

20  in furtherance of a criminal and tortious act in violation of the Constitution and laws of

21  the United States, specifically, bank fraud, in violation of Title 18, United States Code,

22  Section 1344.

23        All in violation of Title 18, United States Code, Sections 1030(a)(2) and

24  1030(c)(2)(B)(ii) and 2.

25

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 21

### (Obtaining Information From a Protected Computer)

1. Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2. Beginning on a date uncertain, but on or about August 9, 2010, and continuing until on or about February 23, 2011, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, intentionally accessed a computer without authorization, and thereby obtained information from a protected computer, to wit, they intentionally accessed the credit card processing computer belonging to and located at the Casa Mia Italian Pizzeria restaurant, Yelm, WA, and obtained therefrom credit card track data that included credit card account numbers issued by Boeing Employees Credit Union or other financial institutions as defined by Title 18, United States Code, Section 20; and that they committed such offense in furtherance of a criminal and tortious act in violation of the Constitution and laws of the United States, specifically, bank fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1030(a)(2) and 1030(c)(2)(B)(ii) and 2.

## COUNT 22

### (Possession of Fifteen or More Unauthorized Access Devices)

1. Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2. On or about January 20, 2011, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly and with intent to defraud, possessed fifteen or more unauthorized

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

access devices, that is, credit card account numbers that belonged to individuals who were

customers of businesses located within the Western District of Washington, which credit

card account numbers ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka

RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb,

aka shmak, stole from businesses, including the Broadway Grill, the Grand Central

Baking Company, several Mad Pizza restaurants, Village Pizza, and Casa Mia Italian

Pizzeria, located in the Western District of Washington, said possession affecting

interstate and foreign commerce, in that the unauthorized access devices were possessed

in order to market and sell them to others, for the intended purpose of making fraudulent

purchases in multiple states within the United States, and foreign countries.

All in violation of Title 18, United States Code, Sections 1029(a)(3) and

1029(c)(1)(A)(i), and 2.


## COUNT 23

### (Trafficking in Unauthorized Access Devices)

1.      Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if

fully set forth herein.

2.      From on or about November 15, 2010, to on or about November 16, 2010,

within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka

TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba,

aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly and with intent to defraud,

trafficked in credit card track data, including credit card account numbers for credit card

accounts that were established through and issued by the Boeing Employees Credit

Union, in the Western District of Washington, and by such conduct, from on or about

November 15, 2010, and ending on or about November 16, 2010, obtained profits

aggregating approximately $83,490.00, said trafficking affecting interstate and foreign

commerce, in that the credit card account numbers that were so trafficked were in turn

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   used to make fraudulent purchases in multiple states within the United States, and foreign

2   countries.

3        All in violation of Title 18, United States Code, Sections 1029(a)(2) and

4   1029(c)(1)(A)(i), and 2.

5

6   **COUNT 24**

7   **(Trafficking in Unauthorized Access Devices)**

8        1.    Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if

9   fully set forth herein.

10        2.    From on or about January 31, 2011, to on or about February 1, 2011, within

11   the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2,

12   aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka

13   bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly and with intent to defraud,

14   trafficked in credit card track data, including credit card account numbers for credit card

15   accounts that were established through and issued by the Boeing Employees Credit

16   Union, in the Western District of Washington, and by such conduct, from on or about

17   January 31, 2011, and ending on or about February 1, 2011, obtained profits aggregating

18   approximately $30,716.00, said trafficking affecting interstate and foreign commerce, in

19   that the credit card account numbers that were so trafficked were in turn used to make

20   fraudulent purchases in multiple states within the United States, and foreign countries.

21        All in violation of Title 18, United States Code, Sections 1029(a)(2) and

22   1029(c)(1)(A)(i), and 2.

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 25

### (Aggravated Identity Theft)

1.      Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.      On or about October 22, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, to wit, the personally identifiable credit card number of ****-****-****-5719, belonging to D.K., of Seattle, WA, within the Western District of Washington, during and in relation to a felony listed in Title 18, United States Code, Section 1028A(c), to with, Bank Fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

## COUNT 26

### (Aggravated Identity Theft)

1.      Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.      On or about October 22, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, to wit, the personally identifiable credit card number of ****-****-****-7089, belonging to N.S., of Seattle, WA, within the Western District of Washington, during and in relation to a felony listed in Title 18, United States Code,

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Section 1028A(c), to with, Bank Fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

## COUNT 27

### (Aggravated Identity Theft)

1. Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2. On or about October 22, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, to wit, the personally identifiable credit card number of ****-****-****-0016, belonging to T.A., of Seattle, WA, within the Western District of Washington, during and in relation to a felony listed in Title 18, United States Code, Section 1028A(c), to with, Bank Fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

## COUNT 28

### (Aggravated Identity Theft)

1. Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2. On or about October 22, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, to wit, the personally identifiable credit card number

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

of ****-****-****-0717, belonging to J.H., of Seattle, WA, within the Western District

of Washington, during and in relation to a felony listed in Title 18, United States Code,

Section 1028A(c), to with, Bank Fraud, in violation of Title 18, United States Code,

Section 1344.

All in violation of Title 18, United States Code, Sections 1028(a)(1), and 2.

## COUNT 29

**(Aggravated Identity Theft)**

1.     Paragraphs 1 through 26 of Counts 1-5 are realleged and incorporated as if fully set forth herein.

2.     On or about October 22, 2010, within the Western District of Washington and elsewhere, ROMAN SELEZNEV, aka TRACK2, aka ROMAN IVANOV, aka RUBEN SAMVELICH, aka nCuX, aka Bulba, aka bandysli64, aka smaus, aka Zagreb, aka shmak, knowingly transferred, possessed and used, without lawful authority, a means of identification of another person, to wit, the personally identifiable credit card number of ****-****-****-6316, belonging to L.S., of Seattle, WA, within the Western District of Washington, during and in relation to a felony listed in Title 18, United States Code,

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

/////////////////////////

INDICTMENT/Seleznev, Roman. - 26

Section 1028A(c), to with, Bank Fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1028(a)(1), and 2.

A TRUE BILL:

DATED:

Signature of the Foreperson redacted pursuant
to the policy of the Judicial Conference

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
Carl Blackstone
Assistant United States Attorney

_____
Kathryn A. Warma
Assistant United States Attorney

INDICTMENT/Seleznev, Roman. - 27