\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LODGED \_\_\_\_ RECEIVED

MAR - 3 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMAN SELEZNEV,<br>    aka TRACK2,<br>    aka ROMAN IVANOV,<br>    aka RUBEN SAMVELICH,<br>    aka nCuX,<br>    aka Bulba,<br>    aka bandysli64,<br>    aka smaus,<br>    aka Zagreb,<br>    aka shmak,<br><br>    Defendant. | CASE NO. CR11 0070 RAJ<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this <u>3rd</u> day of <u>March</u>, 2011.

<br>
_____
UNITED STATES MAGISTRATE JUDGE

**SECRET**: YES\_\_\_\_   NO <u>XX</u>

ORDER ISSUING BENCH WARRANT - PAGE 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970