Judge Richard A. Jones



11-CR-00070-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROMAN SELEZNEV,<br>　aka TRACK2,<br>　aka ROMAN IVANOV,<br>　aka RUBEN SAMVELICH,<br>　aka nCuX,<br>　aka Bulba,<br>　aka bandysli64,<br>　aka smaus,<br>　aka Zagreb,<br>　aka shmak,<br><br>　　　　　　　Defendant. | NO. CR11-070RAJ<br><br>**ORDER GRANTING MOTION TO SEAL** MOTION & ORDER FOR LIMITED UNSEALING FOR PURPOSES OF PROVISIONAL ARREST, EXTRADITION, AND RELATED MATTERS<br><br>**(FILED UNDER SEAL)** |

The Government has moved for an Order Sealing the Order for Limited Unsealing for Purposes of Provisional Arrest, Extradition, and Related Matters, as well as the Motion in support thereof, because the defendant is a fugitive. If information regarding the case becomes public the risk of flight will increase as will the risk of destruction of evidence.

Good cause having been shown, therefore,

//
//

**ORIGINAL**

Order Granting Motion to Seal Motion for Limited Unsealing for Purpose of Provisional Arrest- 1
CR11-070RAJ / 2010R01388

UNITED STATES ATTORNEY
700 Stewart Street, Suite 220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS HEREBY ORDERED that the government's Motion to Seal the Order for
2  Limited Unsealing for Purposes of Provisional Arrest, Extradition, and Related Matters,
3  as well as the Motion in Support thereof, is GRANTED, and that said documents will
4  remain under seal until otherwise ordered by the Court.

DATED this 9th day of January, 2012

*/s/ Richard A. Jones*
RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ Kathryn A. Warma*
KATHRYN A. WARMA
Assistant United States Attorney

---

Order Granting Motion to Seal Motion for Limited Unsealing for Purpose of Provisional Arrest - 2
CR11-070RAJ / 2010R01388

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970