Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>           v.<br><br>ROMAN SELEZNEV,<br>  aka TRACK2,<br>  aka ROMAN IVANOV,<br>  aka RUBEN SAMVELICH,<br>  aka nCuX,<br>  aka Bulba,<br>  aka bandysli64,<br>  aka smaus,<br>  aka Zagreb,<br>  aka shmak,<br>                       Defendant. | NO. CR11-070RAJ<br><br>MOTION FOR LIMITED UNSEALING FOR PURPOSES OF PROVISIONAL ARREST, EXTRADITION, AND RELATED MATTERS<br><br>**FILED UNDER SEAL** |

NOW COMES the United States, by and through Jenny A. Durkan, United States Attorney, and Kathryn A. Warma, Assistant United States Attorney for the Western District of Washington, and moves this Court for an Order for Limited Unsealing of the applications for, and orders authorizing search warrants and pen register and trap and trace made and issued during the investigation of the instant case. The motion is made on the grounds and for the reasons set forth below:

1.       The defendant, ROMAN SELEZNEV, has been charged in the Superseding Indictment filed in this case on March 16, 2011, with five counts of Bank Fraud, eight counts of Intentional Damage to a Protected Computer, eight counts of Obtaining

Motion/Order Limited Unsealing Pen Trap Trace - 1
No. CR11-070RAJ / SELEZNEV

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Information from a Protected Computer, one count of Possession of Fifteen or More
2  Unauthorized Access Devices, two counts of Trafficking in Unauthorized Access
3  Devices, and five counts of Aggravated Identity Theft, in violation, respectively of Title
4  18, United States Code, Sections 1344, 1030(a)(5)(A) and 1030(c)(4)(B)(i), 1030(a)(2)
5  and 1030(c)(2)(B)(ii), 1029(a)(3) and 1029(c)(1)(A)(i), 1029(a)(2) and 1029(c)(1)(A)(i),
6  and 1028A(a)(1).

7  2. The charges are based upon and stem from ROMAN SELEZNEV's
8  involvement in computer intrusions ("hacks") of computer systems of businesses in the
9  Western District of Washington and elsewhere; the theft of credit card (access device)
10 numbers from those businesses, and the subsequent marketing and sale of those stolen
11 access device numbers (including numbers issued by financial institutions in the Western
12 District of Washington and elsewhere) on "carding" websites that are operated and
13 controlled by ROMAN SELEZNEV; which stolen access device numbers are then used
14 for fraudulent financial transactions throughout the United States and the world.

15 3. ROMAN SELEZNEV resides in Vladivostock, Russia, and is a Russian
16 citizen.

17 4. Russia has no extradition treaty with the United States.

18 5. Evidence developed during the investigation establishes that ROMAN
19 SELEZNEV travels regularly from Vladivostock, Russia, to countries in Asia, including
20 Thailand and Indonesia. That evidence has established, as well, that ROMAN
21 SELEZNEV frequently flies on Korean Air airlines, and his flights are routed through
22 Seoul, South Korea. Evidence obtained during the investigation has shown, too, that
23 ROMAN SELEZNEV has trafficked in stolen credit card numbers that have been issued
24 by a number of banks based in Korea.

25 6. The U.S. Attorney's Office for the Western District of Washington is
26 working with the Office of International Assistance ("OIA") and Korean officials in order
27 to effect a provisional arrest, and then extradition of ROMAN SELEZNEV from South
28 Korea. Prosecutors in the Korean Ministry of Justice have also expressed an interest in

Motion/Order Limited Unsealing Pen Trap Trace - 2
No. CR11-070RAJ / SELEZNEV

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 possibly prosecuting ROMAN SELEZNEV in Korea, before extraditing him to the
2 United States.
3     7. For purposes of both extradition to the U.S., and also in support of a
4 possible prosecution in Korea, Korean officials have requested copies of evidence
5 discovered during the investigation, as well as the legal process, such as search warrants,
6 used to obtain the relevant evidentiary items. These materials may be delivered to the
7 Korean officials initially through informal channels, and thereafter in response to a formal
8 MLAT (Mutual Legal Assistance Treaty) process. The items which are the subject of this
9 motion have been previously sealed, until further order of the court.
10 //
11 //
12 //

Motion/Order Limited Unsealing Pen Trap Trace - 3
No. CR11-070RAJ / SELEZNEV

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  ACCORDINGLY, the United States moves this Court for an Order for Limited Unsealing of the following sealed items in this case, in order that they may be provided to the Korean Ministry of Justice, the Korean Supreme Prosecutor's Office, and other Korean prosecutorial and law enforcement authorities as required for the purpose of seeking the provisional arrest, and extradition, and related matters with respect to ROMAN SELEZNEV:

1) Application for Order for Pen Register and Trap and Trace Device, and Order for Pen Register and for Trap and Trace Device, along with the data received in response thereto, No. GJ 10-160, Dec. 30, 2010;

2) Application for Search Warrant and Search Warrant, and Return of Search Warrant including the data received in response thereto, No. MJ11-46, Feb 3, 2011.

DATED this 2nd day of October, 2012.

Respectfully Submitted,

JENNY A. DURKAN
UNITED STATES ATTORNEY

*/s/ Kathryn A. Warma*

KATHRYN A. WARMA
Assistant United States Attorney

Motion/Order Limited Unsealing Pen Trap Trace - 4
No. CR11-070RAJ / SELEZNEV

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970