1
2
3
4
5
6

Judge Richard A. Jones

7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10  UNITED STATES OF AMERICA,            )
11                                        )   NO. CR11-070RAJ
                           Plaintiff,    )
12                                        )   ORDER FOR LIMITED
                v.                       )   UNSEALING FOR PURPOSES OF
13                                        )   PROCEEDINGS IN INDONESIA
    ROMAN SELEZNEV,                      )
14     aka TRACK2,                       )
       aka ROMAN IVANOV,                 )   **FILED UNDER SEAL**
15     aka RUBEN SAMVELICH,              )
       aka nCuX,                         )
16     aka Bulba,                        )
       aka bandysli64,                   )
17     aka smaus,                        )
       aka Zagreb,                       )
18     aka shmak,                        )
                           Defendant.    )
19                                        )

20   The Government has moved for an Order for Limited Unsealing in this case, in
21 order that material previously sealed may be provided to the U.S. Ambassador to
22 Indonesia, and also Indonesian officials, as necessary, for the purpose of procedures in
23 Indonesia that may lead to the arrest of ROMAN SELEZNEV.
24   Good cause having been shown, therefore,
25   IT IS HEREBY ORDERED that the government's Motion for Order for Limited
26 Unsealing in this case is GRANTED, and that items currently sealed in this case shall be
27 unsealed, as necessary, for the limited purpose of providing them to the U.S. Ambassador
28 to Indonesia, or Indonesian officials with respect to procedures that may be initiated by

ORDER LIMITED UNSEALING - 1
U.S. v. SELEZNEV / No. CR11-070RAJ

1  the Indonesian government in relation to ROMAN SELEZNEV, which may in turn lead
2  to effecting his arrest on the existing arrest warrant for him issued by the U.S. District
3  Court for the Western District of Washington.

5       DATED this 19th day of December, 2012.

           *(signature)*
           The Honorable Richard A. Jones
           United States District Judge

11 Presented by:
   *s/ Kathryn A. Warma*
12 KATHRYN A. WARMA
   Assistant United States Attorney

ORDER LIMITED UNSEALING - 2
U.S. v. SELEZNEV / No. CR11-070RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970