| | |
|---|---|
| | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendants. | NO. CR11-070RAJ<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

    The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and Seth Wilkinson, Special Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

///
///
///

NOTICE OF APPEARANCE - 1
*U.S. v. SELEZNEV,* CR11-70

1  Seth Wilkinson is now co-counsel of record for this case on behalf of the
2  United States.  Undersigned counsel respectfully requests that all pleadings, court
3  documents, and correspondence be forwarded to the below-signed Special Assistant
4  United States Attorney.
5  Dated this 18th day of July, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Seth Wilkinson*
SETH WILKINSON
Special Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-4259
Fax:  (206) 553-0755
Email:  Seth.Wilkinson@usdoj.gov

NOTICE OF APPEARANCE - 2
*U.S. v. SELEZNEV,* CR11-70

UNITED STATES ATTORNEY
700 STEWART ST., STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Rebekah Smith*
REBEKAH SMITH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0755
E-mail: Rebekah.Smith@usdoj.gov

NOTICE OF APPEARANCE - 3
*U.S. v. SELEZNEV,* CR11-70

UNITED STATES ATTORNEY
700 STEWART ST., STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970