```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

         AUG  8 2014

         AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
                            DEPUTY
```

Magistrate Judge John L. Weinberg

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br>aka TRACK2,<br>aka ROMAN IVANOV,<br>aka RUBEN SAMVELICH,<br>aka nCuX,<br>aka Bulba,<br>aka bandysli64,<br>aka smaus,<br>aka Zagreb,<br>aka shmak.<br><br>       Defendant. | NO.   CR11-070RAJ<br><br>GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a serious risk the defendant will flee, and serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2.     **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

3.     **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing at the initial appearance.

DATED this 8th day of August, 2014

Respectfully submitted,
JENNY A. DURKAN
United States Attorney

NORMAN M. BARBOSA
Assistant United States Attorney