The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ROMAN SELEZNEV,<br>aka TRACK 2,<br>aka ROMAN IVANOV,<br>aka RUBEN SAMVELICH,<br>aka nCuX<br>aka Bulba<br>aka bandysli64,<br>aka smaus,<br>aka Zagreb,<br>aka shmak.<br><br>Defendant. | NO. CR11-0070RAJ<br><br>SUPPLEMENT TO MOTION FOR INQUIRY REGARDING POTENTIAL CONFLICT OF INTEREST<br><br>NOTED: August 22, 2014 |

On August 14, 2014, the United States filed a Motion for Inquiry (Dkt. 39) alerting the Court to a potential conflict of interest involving Fox Rothschild, a firm that has submitted *pro hac vice* applications to represent the defendant in this matter. After the government filed the Motion, Larry Finegold, who appeared as local counsel on August 14, advised the government that Mr. Finegold's firm, Garvey Schubert Barer, may also face a potential conflict of interest. The government submits this supplement to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

advise the Court of this issue and to suggest that the Court also inquire into Garvey Schubert Barer's potential conflict of interest.

On the afternoon of August 13, 2014, Larry Finegold contacted the undersigned to advise the government of a potential conflict that had come to Mr. Finegold's attention. Mr. Finegold informed the government that Joy Ellis, a partner in Garvey Schubert and Barer's Portland office, has represented Grand Central Baking Company in employment matters. Grand Central Baking Company is a bakery with locations in Portland and Seattle. Grand Central Baking Company is one of the victims named in the Superseding Indictment. *See, e.g.*, Dkt 5 at ¶ ¶ 13. Counts 7, 15, and 22 are specifically based on intrusions by Seleznev into Grand Central Baking Company's computer systems. It is probable that at least one witness from Grand Central Baking Company will testify at trial.

As reported by Mr. Finegold, Garvey Schubert and Barer's representation of Grand Central Baking Company has been limited to employment matters unrelated to these charges. Mr. Finegold also reported that Grand Central Baking Company has declined to execute a waiver of the potential conflict. Finally, Mr. Finegold reported that Garvey Schubert and Barer has conducted an internal analysis of the conflict and has determined that it is not precluded from representing Mr. Seleznev in this matter.

Garvey Schubert and Barer's relationship with Grand Central Baking Company appears to implicate the same Rules of Professional Responsibility (RPCs 1.7 ,1.9 and 1.10) discussed in the government's Motion for Inquiry. Grand Central Baking Company appears to be materially and directly adverse to Seleznev, though the situation is somewhat different from that involving Fox Rothschild in that Garvey Schubert and Barer represented Grand Central Baking Company in a matter unrelated to the pending charges. However, if Grand Central Baking Company is a current client of Garvey Schubert and Barer, this distinction may not be relevant to the firm's conflict issue. *Compare* RPC 1.7(a)(1) (absent waiver, a lawyer may not concurrently represent two clients in any situation if "the representation of one client will be directly adverse to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

another client”) *with* RPC 1.9(a) (absent a waiver, “[a] lawyer who has formerly represented a client in a matter shall not thereafter represent another person in the same or a substantially related matter in which that person’s interests are materially adverse to the interests of the former client”). Accordingly, the United States respectfully submits that the Court should hold a hearing not only to inquire into the potential conflict faced by Fox Rothschild, but also that faced by Garvey Schubert and Barer.

DATED this 14th day of August, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Norman Barbosa*
NORMAN BARBOSA
Assistant United States Attorney

*s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

United States Attorney’s Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Email: Norman.Barbosa@usdoj.gov
Email: Seth.Wilkinson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5041
Fax: (206) 553-0755
E-mail: Janet.Vos@usdoj.gov