# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROMAN SELEZNEV,<br><br>　　　　　　　Defendant. | NO. CR11-70 RAJ<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　Count 1:　　　Bank Fraud

　　Counts 6-13　　Intentional Damage to a Protected Computer

　　Counts 14-21:　Obtaining Information From a Protected Computer

　　Count 22:　　　Possession of Fifteen or More Unauthorized Access Devices

　　Counts 23-24:　Trafficking in Unauthorized Access Devices

　　Counts 25-29:　Aggravated Identify Theft

<u>Date of Detention Hearing</u>: August 15, 2014.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a citizen of Russia, which has no extradition treaty with the United States.

2. Defendant has no ties to the Western District of Washington.

3. Defendant has very limited contacts in the United States.

4. Defendant has extensive world travel.

5. It appears defendant has substantial assets abroad.

6. Defendant has computer skills that would make it fairly easy to flee, if released.

7. The evidence against the defendant, although the least significant factor, is very strong.

8. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of August, 2014.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3