Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROMAN SELEZNEV,<br>    aka TRACK 2,<br>    aka ROMAN IVANOV,<br>    aka RUBEN SAMVELICH,<br>    aka nCuX<br>    aka Bulba<br>    aka bandysli64<br>    aka smaus,<br>    aka Zagreb,<br>    aka shmak.,<br><br>    Defendant. | CASE NO.: CR11-0070RAJ<br><br>**DECLARATION OF ELY GOLDIN, ESQ. IN SUPPORT OF DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION (DKT. 39) FOR INQUIRY REGARDING POTENTIAL CONFLICT OF INTEREST ON BEHALF OF DEFENDANT ROMAN SELEZNEV** |

    I, Ely Goldin, Esq., being an attorney admitted to practice law in Pennsylvania and admitted *Pro Hac Vice* in this District, and subject to the penalties for perjury, do hereby declare the following to be true and correct to the best of my knowledge:

    1. I am a partner in the Blue Bell, Pennsylvania office of Fox Rothschild LLP, and our office represents the above-captioned defendant, Mr. Seleznev, regarding this criminal matter. This declaration is made upon information and belief, the source therein being the declarant's

Motion For Inquiry Regarding Potential
Conflict Of Interest/Seleznez

Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Telephone: 610.397.6500
Facsimile: 610.397.0450

review of our client intake systems, consultation with co-counsel Robert W. Ray, my client, Mr. Seleznev, and a review of the pertinent pleadings and filings in this action.

2. On or about August 5, 2014, I was notified by Mr. Ray that Assistant United States Attorney Norman M. Barbosa had contacted him about a perceived conflict of interest involving a Fox Rothschild attorney's earlier representation of a restaurant chain known as "Z-Pizza," a purported victim in this case. Z-Pizza was not named in either this indictment or the indictment returned against the Defendant in the District of Nevada.

3. Upon receiving this information, I reviewed Fox Rothschild's master client list (electronically), which contains the names of all current and former clients. Based on the list, I was able to determine that in 2011, the firm briefly represented Z-Pizza in connection with a matter called a "Response to Data Incident" and that in 2012, the firm responded to a routine auditors' inquiry for the year ending December 31, 2011.

4. That same day, upon confirming that the firm had, at some point in the past, performed services for Z-Pizza, I contacted Thomas D. Paradise, Esq., Fox Rothschild's General Counsel and requested that an ethical screen be erected. All paralegals and attorneys, myself included, working on Mr. Seleznev's case were notified not to discuss this client in the presence of Ms. Purcell and Scott Vernick, Esq. (the originating or "billing" attorney) due to their involvement on the Z-Pizza matter. All electronic documents in the firm's document management system have been secured in compliance with the ethical screen. The ethical screen functions to police any Fox Rothschild attorney or paralegal billing time to a Z-Pizza matter, automatically erecting the screen upon time-entry.

5. Thereafter on August 13, 2014, the Government filed a Motion for Inquiry Regarding Potential Conflict of Interest. (See Docket Item "D.I." No. 39).

Motion For Inquiry Regarding Potential
Conflict Of Interest/Seleznez - 2

Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Telephone: 610.397.6500
Facsimile: 610.397.0450

6. As an officer of the Court, I can affirm herein that (i) I had no involvement in Fox Rothschild's prior representation of Z-Pizza; (ii) I have no information from Ms. Purcell regarding her brief representation of Z-Pizza; (iii) I did not substantively discuss the matter with Ms. Purcell; (iv) I have not reviewed Ms. Purcell's papers, notes or file regarding the matter; (v) I never met any representative of Z-Pizza nor spoken with anyone during our firm's representation of this matter; and (vi) I have obtained no information regarding Ms. Purcell's brief representation of Z-Pizza, which occurred some three years ago. Further, I will not obtain any information from Ms. Purcell or her file. Moreover, Ms. Purcell is resident in the firm's Philadelphia, Pennsylvania office and I am resident in the firm's Blue Bell office, which is in Montgomery County, Pennsylvania, approximately 20 miles from the firm's Philadelphia office. Additionally, to the best of my recollection, I have not met or spoken with Mr. Purcell at all in 2013 or 2014 and I am informed that she is presently on maternity leave.

7. As further set out in her declaration, Ms. Purcell confirms that she and I have not discussed any information learned through Ms. Purcell's brief representation of Z-Pizza. Further, Ms. Purcell has not participated in any way in the defense of Mr. Seleznev and will continue to not participate.

8. Upon learning of the Government's position that Z-Pizza was an alleged victim, my firm immediately created an ethical screen, the kind often used by the Government in federal cases between Government attorneys. I represent that I have not and will not share any information with Ms. Purcell or view the Z-Pizza file. Moreover, I have not accessed the file nor do I have knowledge of the facts or confidences exchanged between Ms. Purcell and her former client.

Motion For Inquiry Regarding Potential
Conflict Of Interest/Seleznez - 3

Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Telephone: 610.397.6500
Facsimile: 610.397.0450

9. Fox Rothschild LLP is a national firm with 19 offices and more than 550 attorneys. The firm employs effective screening procedures to protect against the inadvertent acquisition of confidential or privileged information.

10. I have taken the proper steps and screening measures to insulate myself from any improper acquisition of privileged or confidential communications regarding Ms. Purcell's representation of Z-Pizza. I have never nor will I view the file regarding the matter handled by Ms. Purcell in 2011 and I have not nor will I have access to the file itself. I have never nor will I discuss the matter with Ms. Purcell and I have never met nor discussed the matter with her previous client. Ms. Purcell has had no involvement in the present case and will continue to be adequately screened from it, as she works in a different office and, as such, she has had no opportunity to inadvertently acquire information about the current matter.

11. At the earliest possible opportunity, I discussed the matter with my client, Mr. Seleznev, and advised him of his opportunity to discuss the matter in turn with independent counsel.

12. As further addressed in Mr. Seleznev's Affidavit, after careful consultation regarding this issue, Mr. Seleznev knowingly, intelligently and voluntarily waives any potential conflict of interest regarding Z-Pizza and further seeks to have the undersigned continue to represent him during pre-trial, trial and any post-trial proceedings in this case. Further, Mr. Seleznev and the undersigned invite the Court to appoint, if deemed necessary, an attorney to meet with Mr. Seleznev and independently discuss and advise him regarding such a waiver.

Motion For Inquiry Regarding Potential
Conflict Of Interest/Seleznez - 4

Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Telephone: 610.397.6500
Facsimile: 610.397.0450

1    I declare under penalty for perjury that the foregoing is true and correct.

2    Executed on August 20, 2014, in Blue Bell, Pennsylvania.

FOX ROTHSCHILD LLP

By: *s/ Ely Goldin, Esq.*
     Ely Goldin
     10 Sentry Parkway, Suite 200
     P.O. Box 3001,
     Blue Bell, PA 19422-3001
     Telephone: (610) 397-6500
     Facsimile: (610) 397-0450
     E-mail:   egoldin@foxrothschild.com
     Attorneys for Defendants

Motion For Inquiry Regarding Potential
Conflict Of Interest/Seleznez - 5

Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Telephone: 610.397.6500
Facsimile: 610.397.0450

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the Government and to all associated counsel of record.

   s/Patricia Shillington
Patricia Shillington
1191 Second Avenue, 18th Floor
Seattle, WA 98101
Telephone: (206) 819-1339
Facsimile: (206) 464-0125
E-mail: pshillington@gsblaw.com

Motion For Inquiry Regarding Potential
Conflict Of Interest/Seleznez

Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940