Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>ROMAN SELEZNEV,<br><br>    Defendant. | NO.  CR11-0070RAJ<br><br>ORDER TO STRIKE FILINGS RE: CONDITIONS OF CONFINEMENT |

The United States of America has moved for an Order to strike a series of documents pertaining to defendant's conditions of confinement, specifically Dkt. Nos. 57-60 and 63-64.

Good cause having been shown, therefore,

IT IS HEREBY ORDERED that the documents pertaining to defendant's conditions of confinement, Docket Numbers 57 through 60 and 63 through 64, are stricken for failure to comply with Local Criminal Rule 12.

Dated this 25th day of September, 2014.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge