Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR11-0070RAJ |
|---|---|
| Plaintiff | PROTECTIVE ORDER |
| v. | |
| ROMAN SELEZNEV, | |
| Defendant. | |

Good cause being found, the Court GRANTS the stipulated motion of the parties for entry of a protective order (Dkt. #85), and enters the following:

**PROTECTIVE ORDER**

1.     This Protective Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above captioned case.

2.     Discovery in this case is voluminous and many of these materials and documents include personally identifiable information (PII) such as Social Security numbers, driver's license numbers, dates of birth, addresses, mothers' maiden names, passwords, debit card and credit card account numbers, financial lines of credit numbers, bank account numbers, and personal identification numbers.  The discovery also includes law enforcement sensitive materials related to ongoing investigations.  Redacting the discovery to delete PII or law enforcement sensitive materials would unnecessarily delay

United States v. Seleznev, CR11-0070RAJ
Protective Order- 1

1   the disclosure of discovery to the defendants and would frustrate the intent of the

2   discovery process.

3          3.      Access to discovery material will be restricted to the Defense Team, with

4   the limited exceptions discussed in paragraphs 4, 5 and 6 below.  "Defense Team" shall

5   be limited to attorneys of record for the defendant and any of the following people

6   working on this matter under the supervision of the attorneys of record:  attorneys,

7   investigators, paralegals, law clerks, testifying and consulting experts, and legal

8   assistants.  For purposes of this Order, "Defense Team" does not include the defendant or

9   any official, employee, or agent of any foreign government.  Defendant's attorneys shall

10  inform any member of the Defense Team to whom disclosure of discovery material is

11  made of the existence and terms of this Protective Order.  Members of the Defense Team

12  shall not provide copies of any discovery material to any persons outside of the Defense

13  Team, except as specifically set forth below.

14         4.      Members of the Defense Team shall retain custody of all copies of the

15  discovery material, except as discussed below in paragraph 5.  Members of the Defense

16  Team shall use discovery material only for the purpose of preparing a defense to the

17  charges in this action.  Members of the Defense Team may review the discovery material

18  with defendant and witnesses for purposes of trial preparation, provided that witnesses

19  may review the material only in the presence a member of the Defense Team and may not

20  take notes regarding the content of the discovery material.

21         5.      Defense counsel may provide discovery to defendant, subject to the

22  following conditions:

23         a)      Defendant shall use discovery material only for the purpose of
24                 assisting the Defense Team with preparing a defense to the charges
                   in this action;

25         b)      Defendant may not provide copies of the discovery material to any
26                 third parties and may only review the discovery material either alone
                   or in the presence of the Defense Team;

27

28

United States v. Seleznev, CR11-0070RAJ
Protective Order- 2

c)  Defendant shall only be permitted to review his copy of the discovery material in facilities approved by the Bureau of Prisons for this purpose, on Bureau of Prisons-approved computers, or in hard copies maintained by Bureau of Prisons staff while not in use by the defendant; and

d)  Defendant shall not be permitted to maintain a copy of the discovery material, or any notes made while reviewing that material, in his cell.

6.  Any discovery material that the Defense Team files with the Court in connection with pre-trial motions, trial, or other matters before the Court, shall be filed under seal and shall remain sealed until otherwise ordered by the Court.

7.  This Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order or by order of the Court.

8.  Upon conclusion of this action, defendant's attorney shall return to the government or destroy, and certify the destruction of, all discovery material.  Counsel shall complete this process within a reasonable time, not to exceed 30 days after the conclusion of the last appeal.

DATED this 6th day of October, 2014.

_____
The Honorable Richard A. Jones
United States District Judge

United States v. Seleznev, CR11-0070RAJ
Protective Order- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970