THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>ROMAN SELEZNEV,<br><br>                  Defendant. | No. CR11-0070 RAJ<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that, effective immediately, David H. Smith and Laurence B Finegold of Garvery Schubert Barer hereby withdraw as counsel of record and Steven W. Fogg of Corr Cronin Michelson Baumgardner & Preece LLP hereby substitutes as counsel for Defendant Roman Seleznev in the above-titled action. Any and all further pleadings and correspondence related to the above-titled case should be served upon the substituted counsel, at the address indicated below.

///

///

///

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 10th day of October, 2014.

Withdrawing Counsel:

GARVEY SCHUBERT BARER

_____
David H. Smith, WSBA No. 10721
Laurence B. Finegold, WSBA No. 1971
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
dsmith@gsblaw.com
lfinegold@gsblaw.com

Substituting Counsel:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

_____
Steven W. Fogg, WSBA No. 23528
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Phone: (206) 625-8600
Fax: (206) 625-0900
sfogg@corrcronin.com

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900