The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　　v.<br><br>ROMAN SELEZNEV,<br><br>　　　　　　　Defendant. | NO.  CR11-0070RAJ<br><br>ORDER CONTINUING TRIAL DATE AND SETTING CASE SCHEDULE |

　　　The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, finds that the ends of justice will best be served by continuing the trial date to May 4, 2015, and orders the parties to comply with the complex case schedule set forth below.  The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.

　　　The Court makes the following findings:

　　　1.　　Defendant Roman Seleznev is charged in a Second Superseding Indictment with violations of federal criminal law, including wire fraud in violation of 18 U.S.C. § 1343; crimes in connection with computers in violation of 18 U.S.C. § 1030; access device fraud in violation of 18 U.S.C. § 1029; and aggravated identity theft in violation of 18 U.S.C. §  1028A.  The charges in the Second Superseding Indictment involve

Order Continuing Trial Date and
Setting Case Schedule
*United States v. Seleznev*
CR11-0070RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

allegations of a complex international computer fraud scheme, the object of which was to steal credit card numbers which would then be illegally resold over the internet and used to engage in fraudulent transactions. The Second Superseding Indictment alleges that defendant, using computer infrastructure located in numerous countries around the world, trafficked in millions of credit card numbers, thereby victimizing millions of banks, businesses and individuals, and generating millions of dollars in illicit profits for the defendant.

2. The defendant made his initial appearance in this district on August 8, 2014. On August 13, 2014, the government filed a Motion for Inquiry Regarding Potential Conflict of Interest related to defendant's legal representation by the law firm of Fox Rothschild. The Court held an initial hearing on that matter on September 3, 2014, at which time the Court requested additional information and continued the hearing to September 26, 2014. On September 26, 2014, the Court ruled on the government's motion and ordered Fox Rothschild to withdraw from its representation of Roman Seleznev. On October 14, 2014, attorney Steven Fogg and the firm of Corr Cronin appeared as substitute counsel for Roman Seleznev.

3. Because of the motion for inquiry and the subsequent substitution of counsel, the parties had not yet exchanged discovery as of October 17, 2014. The government began producing discovery the week of October 20, 2014, and expects to continue producing discovery including voluminous electronic evidence through approximately January 2015.

4. The government and defense counsel have indicated that the discovery in this case is voluminous and complex; involves the analysis of multiple complex computer systems; and involves investigations by the government in multiple jurisdictions.

5. Based on the foregoing, the Court finds that the ends of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

Order Continuing Trial Date and
Setting Case Schedule
*United States v. Seleznev*
CR11-0070RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. The Court further finds that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because the government and the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv);

7. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case is so unusual and complex, due to the nature of the prosecution, the existence of novel questions of fact or law, and the volume of discovery that it would be unreasonable to expect adequate preparation for trial within the time limits established by 18 U.S.C. § 3161 et seq.; and

8. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), that the period of delay is reasonable.

Any and all period of delay resulting from this continuance, from the date of this order, until the date of the rescheduled trial, shall be excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for purposes of computation of the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Section 3161 through 3164.

It is therefore ORDERED that the parties' Stipulated Motion To Continue Trial Date and Set Case Schedule (Dkt. #101) is GRANTED. The trial in this matter is hereby continued from November 3, 2014 to May 4, 2015, at 9:00 a.m., and that the parties shall observe the following case schedule:

///
///
///
///
///
///
///

Order Continuing Trial Date and
Setting Case Schedule
*United States v. Seleznev*
CR11-0070RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Date |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), with continuing obligation as set forth in Rule 16(c) | Effective date of this order |
| Status Conference | December 19, 2014 at 9:00 a.m. |
| Deadline to file Pretrial Motions I (Dismissal, Discovery/Brady, Bill of Particulars and the like) <br> Responses due January 19, 2015; Reply briefs due January 26, 2015; Noting Date: January 30, 2015 | January 5, 2015 |
| Defendant to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Defendant to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2 | January 12, 2015 |
| Status Conference/Motions Hearing I | February 6, 2015 at 9:00 a.m. |
| Pretrial Motions II (Arising after review of discovery and substantial investigation; Suppression; Severance; Venue) <br> Responses due March 9, 2015; Reply briefs due March 16, 2015; Noting Date: March 20, 2015 | February 23, 2015 |
| Parties to exchange expert discovery under Rules 16(a)(1)(G) and 16(b)(1)(C) | March 20, 2015 |
| Status Conference/Motions Hearing II | March 27, 2015 at 9:00 a.m. |
| Government's identification of all 404(b) evidence | March 30, 2015 |
| Parties to file motions in limine and motions re: 404(b) and inextricably intertwined evidence <br> Responses due April 13, 2015; Reply briefs due April 17, 2015; Noting Date: April 17, 2015 | April 6, 2015 |
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Government to provide rebuttal expert disclosures | April 20, 2015 |

Order Continuing Trial Date and
Setting Case Schedule
*United States v. Seleznev*
CR11-0070RAJ - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Date |
|---|---|
| Defendants to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Defense to provide rebuttal expert witness disclosures | April 20, 2015 |
| Government's witness list and exhibit list related to its case-in-chief; Government to produce Jencks Act, Rule 26.2 and *Giglio* impeachment materials, including information relating to known non-testifying declarants under Fed.R.Evid. 806 (if any) | April 27, 2015 |
| Trial Briefs, Proposed Jury Instructions, Voir Dire and Verdict Forms | April 27, 2015 |
| Pretrial Conference; Hearing on motions *in limine* (if necessary) | April 27, 2015 at 9:00 a.m. |
| Trial | May 4, 2015 at 9:00 a.m. |

DATED this 3rd day of November, 2014.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

/s/Norman M. Barbosa
NORMAN M. BARBOSA
Assistant United States Attorney

/s/Seth Wilkinson
SETH WILKINSON
Assistant United States Attorney

Per e-mail authorization
/s/ Steven Fogg
STEVEN FOGG
Attorney for Defendant Roman Seleznev

Per e-mail authorization
/s/ Anthony Todaro
ANTHONY TODARO
Attorney for Defendant Roman Seleznev

Per e-mail authorization
/s/ Anna Goykhman
ANNA GOYKHMAN
Attorney for Defendant Roman Seleznev

Order Continuing Trial Date and
Setting Case Schedule
*United States v. Seleznev*
CR11-0070RAJ - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970