The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendant. | NO.  CR11-0070RAJ<br><br>ORDER CONTINUING TRIAL DATE AND SETTING CASE SCHEDULE |

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, finds that the ends of justice will best be served by continuing the trial date to November 2, 2015, and orders the parties to comply with the complex case schedule set forth below.  The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.

The Court makes the following findings:

1. Defendant Roman Seleznev is charged in a Second Superseding Indictment with violations of federal criminal law, including wire fraud in violation of 18 U.S.C. § 1343; crimes in connection with computers in violation of 18 U.S.C. § 1030; access device fraud in violation of 18 U.S.C. § 1029; and aggravated identity theft in violation of 18 U.S.C. § 1028A.  The charges in the Second Superseding Indictment involve

Order Continuing Trial Date and Setting Case Schedule/Seleznev
CR11-0070RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

allegations of a complex international computer fraud scheme, the object of which was to steal credit card numbers which would then be illegally resold over the internet and used to engage in fraudulent transactions. The Second Superseding Indictment alleges that defendant, using computer infrastructure located in numerous countries around the world, trafficked in millions of credit card numbers, thereby victimizing millions of banks, businesses and individuals, and generating millions of dollars in illicit profits for the defendant.

2. On January 14, 2015, the Court granted prior counsel's motion to withdraw. On January 15, 2015, the Court ordered the appointment of new counsel from the Federal Public Defender's Office. Attorneys Russell Leonard and Dennis Carroll entered notices of appearance on January 15, and January 16, 2015, respectively.

3. The government and defense counsel have indicated that the discovery in this case is voluminous and complex; involves the analysis of multiple complex computer systems; and involves investigations by the government in multiple jurisdictions. Because of the appointment of new counsel, defendant will require substantial additional time in order to adequately review the discovery and prepare for any motions and trial.

4. Based on the foregoing, the Court finds that the ends of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. The Court further finds that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because the government and the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv);

6. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case is so unusual and complex, due to the nature of the prosecution, the existence of novel questions of fact or law, and the volume of discovery that it would be unreasonable to expect adequate preparation for trial within the time limits established by 18 U.S.C. § 3161 et seq.; and

Order Continuing Trial Date and Setting Case Schedule/Seleznev
CR11-0070RAJ - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    7.    The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv),
2 that the period of delay is reasonable.
3    Any and all period of delay resulting from this continuance, from the date of this
4 order, until the date of the rescheduled trial, shall be excludable time pursuant to Title 18,
5 United States Code, Section 3161(h)(7)(A), for purposes of computation of the time
6 limitations imposed by the Speedy Trial Act, Title 18, United States Code, Section 3161
7 through 3164.
8    It is therefore ORDERED that Defendant's Motion to Continue the Trial Date
9 (Dkt. #120) is GRANTED.  The trial of this matter is hereby continued from May 4, 2015
10 to November 2, 2015, at 9:00 a.m., and that the parties shall observe the following
11 complex case schedule:
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Order Continuing Trial Date and Setting Case Schedule/Seleznev
CR11-0070RAJ - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Date |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), with continuing obligation as set forth in Rule 16(c) | Effective date of this order |
| Status Conference | May 22, 2015 at 9:00 a.m. |
| Deadline to file Pretrial Motions I (Dismissal, Discovery/Brady, Bill of Particulars and the like). Responses due June 15, 2015; Reply briefs due June 22, 2015; Noting Date: June 25, 2015 | June 1, 2015 |
| Status Conference and Hearing on Pretrial Motions I | June 26, 2015 at 9:00 a.m. |
| Defendant to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Defendant to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2 | July 13, 2015 |
| Status Conference | July 24, 2015 at 9:00 a.m. |
| Pretrial Motions II (Arising after review of discovery and substantial investigation; Suppression; Severance; Venue) Responses due September 2, 2015; Reply briefs due September 14, 2015; Noting Date: September 18, 2015 | August 24, 2015 |
| Parties to exchange expert discovery under Rules 16(a)(1)(G) and 16(b)(1)(C) | September 18, 2015 |
| Status Conference/Motions Hearing II | September 25, 2015 at 9:00 a.m. |
| Government's identification of all 404(b) evidence | September 28, 2015 |
| Parties to file motions in limine and motions re: 404(b) and inextricably intertwined evidence. Responses due October 12, 2015; Reply briefs due October 16, 2015; Noting Date: October 16, 2015 | October 5, 2015 |

Order Continuing Trial Date and Setting Case Schedule/Seleznev
CR11-0070RAJ - Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Date |
|---|---|
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Government to provide rebuttal expert disclosures | October 19, 2015 |
| Defendant to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Defense to provide rebuttal expert witness disclosures | October 19, 2015 |
| Government's witness list and exhibit list related to its case-in-chief; Government to produce Jencks Act, Rule 26.2 and *Giglio* impeachment materials, including information relating to known non-testifying declarants under Fed.R.Evid. 806 (if any) | October 26, 2015 |
| Trial Briefs, Proposed Jury Instructions, Voir Dire and Verdict Forms | October 26, 2015 |
| Pretrial Conference; Hearing on motions *in limine* (if necessary) | October 28, 2015 at 9:00 a.m. |
| Trial | November 2, 2015 at 9:00 a.m. |

DATED this 9th day of February, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Order Continuing Trial Date and Setting Case Schedule/Seleznev
CR11-0070RAJ - Page 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970