Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROMAN V. SELEZNEV, <br><br> Defendant. | NO. CR11-0070RAJ <br><br> ORDER SEALING EXHIBITS 1 AND 2 TO THE STIPULATED MOTION FOR A PROTECTIVE ORDER |

THIS MATTER has come before the Court on the Government's Motion to Seal Exhibits 1 and 2 to the stipulated motion for a protective order.

The Court has considered the motion and records in this case and finds there are compelling reasons to file Exhibits 1 and 2 under seal.

IT IS ORDERED that Exhibits 1 and 2 to the Stipulated Motion for a Protective Order, be filed under seal.

DATED this 11th day of May, 2015.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

United States v. Seleznev, CR11-077RAJ
ORDER SEALING EXHIBITS 1 AND 2 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970