The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN V. SELEZNEV,<br><br>Defendant. | NO.  CR11-0070RAJ<br><br>**GOVERNMENT'S EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT** |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Norman M. Barbosa and Seth Wilkinson, Assistant United States Attorneys for said District, and Ethan Arenson, Trial Attorney, Computer Crimes and Intellectual Property Section, hereby submits the following list of exhibits it intends to introduce at the hearing on defendant's motion to dismiss the indictment:

1. E-mails between Dennis Lashinsky and Hussain Waheed, dated July 3, 2014, 11:17 a.m. – 12:34 p.m. - subject "Expulsion Operation."

2. E-mail and attachments from Dennis Lashinsky to Hussain Waheed and Rana Waheed, subject "Arrest Warrant for Fugitive in Maldives" dated July 3, 2014 8:13 p.m.

GOVERNMENT'S EXHIBIT LIST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 2a. | Diplomatic Note from the Embassy of the United States of America to the |
| 2 | | Ministry of Foreign Affairs of the Republic of Maldives |
| 3 | 2b. | Arrest Warrant |
| 4 | 2c. | Seleznev_Photo.jpg |
| 5 | 2d. | Seleznev_Photo_Thailand_2007-2008 |
| 6 | 3. | Photograph of Maldives Immigration Record |
| 7 | 4. | E-mail from Mark Smith to Dennis Lashinsky, July 4, 2014, 3:56pm |
| 8 | 5. | E-mail from Mark Smith to Dennis Lashinsky, July 4, 2014, 8:04pm |
| 9 | 6. | E-mail from Mark Smith to "All" Regarding Red Notice, July 5, 2014, |
| 10 | | 5:55am |
| 11 | 7. | Interpol Red Notice for Roman V. Seleznev – Published July 5, 2014 |
| 12 | 8. | Photographs of Roman Seleznev at airport |
| 13 | 9. | Photograph of Special Agent in Charge David Iacovetti and Maldives |
| 14 | | Police official |
| 15 | 10. | Photograph of Roman Seleznev in Male Airport Police Station |
| 16 | 11. | Photograph of Roman Seleznev on Flight to Guam |
| 17 | 12. | Photographs of Roman Seleznev upon arrival in Guam |
| 18 | 13. | Consular Notification |
| 19 | 14. | Roman V. Seleznev Russian Passport |
| 20 | 15. | Report of Investigation, Special Agent Mark J. Smith |
| 21 | 16. | Report of Investigation, Special Agent Daniel Schwandner |
| 22 | 17. | Executed Arrest Warrant |
| 23 | 18. | News Article: Maldives Followed Due Procedure in Arresting Hacker, |
| 24 | | Says President, Haveeru Online Edition, Published July 10, 2014 |

DATED this 13th day of May, 2015.

ANNETTE L. HAYES
United States Attorney

*s/ Norman Barbosa*

GOVERNMENT'S EXHIBIT LIST FOR HEARING ON DEFENDANT'S
MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | NORMAN BARBOSA |
| 2 | Assistant United States Attorney |
| 3 | *s/ Seth Wilkinson* |
| 4 | SETH WILKINSON |
|   | Assistant United States Attorney |
| 5 |   |
| 6 | United States Attorney's Office |
|   | 700 Stewart Street, Suite 5220 |
| 7 | Seattle, Washington 98101-1271 |
|   | Telephone: (206) 553-7970 |
| 8 | Email: Norman.Barbosa@usdoj.gov |
| 9 | Email: Seth.Wilkinson@usdoj.gov |
| 10 |   |
|   | s/ Ethan Arenson |
| 11 | ETHAN ARENSON |
| 12 | Trial Attorney |

GOVERNMENT'S EXHIBIT LIST FOR HEARING ON DEFENDANT'S
MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on May 12th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendant.

                    s/ *Jennifer J. Witt*
                    JENNIFER J. WITT
                    Legal Assistant
                    United States Attorney's Office
                    700 Stewart Street, Suite 5220
                    Seattle, Washington 98101-1271
                    Phone: 206-553-2520
                    Fax: 206-553-2502
                    E-mail: Jennifer.Witt@usdoj.gov

GOVERNMENT'S EXHIBIT LIST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970