The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN V. SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>**GOVERNMENT'S WITNESS LIST** |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Norman M. Barbosa and Seth Wilkinison, Assistant United States Attorneys for said District, and Ethan Arenson, Trial Attorney, Computer Crime and Intellectual Property Section, hereby submits the following list of government witnesses who will be present at the hearing on defendant's motion to dismiss the indictment scheduled for Wednesday May 13, 2015:

1. Assistant Regional Security Officer Dennis Lashinsky, United States Department of State, U.S. Embassy, Colombo, Sri Lanka;
2. Special Agent Mark Smith, United States Department of State, Diplomatic Security Service;
3. Special Agent in Charge David Iacovetti, United States Secret Service; and
4. Special Agent Daniel Schwandner, United States Secret Service

GOVERNMENT'S WITNESS LIST FOR HEARING ON DEFENDANT'S
MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 12th day of May, 2015. |
| 2 | |
| 3 | ANNETTE L. HAYES |
| 4 | United States Attorney |
| 5 | *s/ Norman Barbosa* |
| 6 | NORMAN BARBOSA<br>Assistant United States Attorney |
| 7 | |
| 8 | *s/ Seth Wilkinson*<br>SETH WILKINSON |
| 9 | Assistant United States Attorney |
| 10 | |
| 11 | United States Attorney's Office<br>700 Stewart Street, Suite 5220 |
| 12 | Seattle, Washington 98101-1271<br>Telephone: (206) 553-7970 |
| 13 | Email: Norman.Barbosa@usdoj.gov |
| 14 | Email: Seth.Wilkinson@usdoj.gov |
| 15 | s/ Ethan Arenson |
| 16 | ETHAN ARENSON<br>Trial Attorney |

GOVERNMENT'S WITNESS LIST FOR HEARING ON DEFENDANT'S
MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendant.

          s/ *Jennifer J. Witt*
          JENNIFER J. WITT
          Legal Assistant
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101-1271
          Phone: 206-553-2520
          Fax: 206-553-2502
          E-mail: Jennifer.Witt@usdoj.gov

GOVERNMENT'S WITNESS LIST FOR HEARING ON DEFENDANT'S
MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970