DISTRICT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendant. | No. CR 11-070-RAJ<br><br>DEFENDANT'S AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEFENSE MOTION TO DISMISS INDICTMENT |

Defendant Roman Seleznev, through undersigned attorneys, submits the following amended list of exhibits that he may use at his Evidentiary Hearing, scheduled for May 13th and May 14th, 2015.

| Exhibit | Description | Bates No. |
|---|---|---|
| 101 | United States Department of Justice press release, "Russian Hacker Arrested for Computer Hacking Scheme that Victimized Thousands of Credit Card Customers," July 7, 2014. | |
| 102 | U.S. Department of Homeland Security/U.S. Secret Service Press Release, July 7, 2014. | |
| 103 | Russian Foreign Ministry reaction: "Foreign Ministry outraged by Russian citizen's detention by US secret service in Maldives," Tass Russian News Agency, July 8, 2014; "Comment by the | |

DEFENDANT'S AMENDED EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE MOTION
TO DISMISS INDICTMENT
(*Roman Seleznev*, CR11-070-RAJ - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| Exhibit | Description | Bates No. |
|---|---|---|
|  | Information and Press Department of the Russian Ministry of Foreign Affairs regarding the situation involving the kidnapping of the Russian national Roman Seleznyov by US intelligence agencies," July 11, 2014; and "Russia Demands United States Release Accused Hacker Roman Selevnez Immediately," Reuters, July 15, 2014. |  |
| 104 | Declaration of Roman Seleznev (the "Seleznev Decl.") |  |
| 105 | March 13, 2013 U.S. Secret Service Investigative Report | USSS_PHOENIX 00029-31 |
| 106 | *United States v. Seleznev*, No. 14-00056 (D. Guam), Dkt. No. 47, Transcript of Proceedings on July 31, 2014 (the "Guam Transcript") |  |
| 107 | July 3, 2014 Diplomatic Note from the Embassy of the United States of America, Colombo, to the Ministry of Foreign Affairs of the Republic of Maldives |  |
| 108 | Emails between U.S. officials or agents, and Maldivian authorities, July 3 through 14, 2014 |  |
| 109 | July 8, 2014 U.S. Secret Service Investigative Report. | USSS 000243-246 |
| 110 | LinkedIn page for Hussain Usham, "Police corporal" with the "Maldives Police Service" |  |
| 111 | July 24, 2014 Declaration of Sharafulla Shihab (the "Shihab Decl.") |  |

DEFENDANT'S AMENDED EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE MOTION
TO DISMISS INDICTMENT
(*Roman Seleznev*, CR11-070-RAJ - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| Exhibit | Description | Bates No. |
|---|---|---|
| 112 | Photographs of Roman Seleznev, produced by the United States on November 7, 2014 and December 15, 2014 | Seleznev_Arrest_00008, 9 and 16 |
| 113 | August 7, 2014 Decision and Order re: Motion to Discharge and Release Defendant Pursuant to Fed. R. Crim. P. 12(b)(3)(A), Guam Proceeding, Dkt. No. 44 ("Guam Decision and Order") | |
| 114 | U.S. Attorneys' Manual, Chapter 9-15 | |
| 115 | Constitution of the Republic of the Maldives (2008) (English translation), Articles 45-48, 50. | |
| 116 | U.S. Attorneys' Criminal Resources Manual, § 611 | |
| 117 | "Member Countries," http://www.interpol.int/Member-countries/World (last accessed April 2, 2015) | |
| 118 | "Notices," http://www.interpol.int/INTERPOL-expertise/Notices  (last accessed April 2, 2015) | |
| 119 | July 5, 2014 Interpol Red Notice | Guam_Rule5_Produced_000043-47 |
| 120 | July 17, 1999 Treaty between the United States of America and the Russian Federation on Mutual Legal Assistance in Criminal Matters, Preamble (the "MLAT") | |
| 121 | September 15, 2010 U.S. Secret Service Investigative Report | USSS_CINCINATTI_00011-14 |
| | | |

DEFENDANT'S AMENDED EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE MOTION
TO DISMISS INDICTMENT
(*Roman Seleznev*, CR11-070-RAJ - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

| Exhibit | Description | Bates No. |
|---|---|---|
| 122 | May 10, 2011 Secret Service Investigative Report | USSS_CINCINATTI 00069-72 **FILED UNDER SEAL** |
| 123 | United Nations International Covenant on Civil and Political Rights (the "ICCPR"), including Articles 9 and 13 | |
| 124 | Diagrams of the Male Airport | |
| 125 | July 9, 2014 Certified Inventory of Evidence | USSS_0000192-194 |

DATED this 13th day of May, 2015.

Respectfully submitted,

*s/  Russell V. Leonard*
Assistant Federal Public Defender

*s/  Dennis Carroll*
Assistant Federal Public Defender

Attorneys for Roman Seleznev

DEFENDANT'S AMENDED EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE MOTION
TO DISMISS INDICTMENT
(*Roman Seleznev*, CR11-070-RAJ - 4

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

**CERTIFICATE OF SERVICE**

I certify that on May 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

<u>/s/   Charlotte Ponikvar</u>
Paralegal

DEFENDANT'S AMENDED EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE MOTION
TO DISMISS INDICTMENT
(*Roman Seleznev*, CR11-070-RAJ - 5

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**