THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>ROMAN SELEZNEV,<br><br>                Defendant. | Case No.  CR11-70RAJ<br><br>ORDER DENYING MOTION FOR ORDER PROHIBITING PROSECUTION TEAM FROM OBTAINING AND USING BOP TELEPHONE RECORDINGS FOR USE IN PROSECUTION |

THIS MATTER comes before the Court on Defendant Roman Seleznev's Motion for Order Prohibiting Prosecution Team from Obtaining and Using BOP Telephone Recordings for Use in Prosecution.

Having considered Defendant's Motion, the Government's Response, Defendant's Reply, and the balance of the record, for the reasons stated on the record in open court on this date, Defendant's Motion for Order Prohibiting Prosecution Team from Obtaining and Using BOP Telephone Recordings for Use in Prosecution  (Dkt. #189) is DENIED.

DATED this 16th day of October, 2015.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge