The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERNDISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN VALERYEVICH SELEZNEV<br><br>Defendant. | NO.  CR11-0070RAJ<br><br>**MOTION FOR NEW PRETRIAL<br>MOTIONS I DEADLINE**<br><br>Noting Date:  October 30, 2015 |

At the October 16, 2015, *Faretta* hearing, the Court granted defendant's motion to continue the *Faretta* hearing to October 27, 2015.  The Court also granted defendant's request to strike the existing Pretrial Motions I deadline of October 26, 2015.  The Court indicated it would set a new Pretrial Motions I deadline.  By this Motion, the government requests that the Court set the deadline for November 6, 2015, with a briefing schedule similar to the original briefing schedule.

The government understands the need for a modest extension of the Pretrial Motions deadline so that the defense has time after the *Faretta* hearing to finalize any motions it intends to file.  However, the continuance should be limited to what is truly necessary, and the motions should still be heard in December.  This is necessary to preserve the rest of the case schedule, which was based on the assumption the motions would be heard on December 11.  For example, the case schedule requires the

MOTION FOR NEW PRETRIAL MOTIONS I DEADLINE
Seleznev-CR11-0070RAJ – Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

government to produce its preliminary exhibit and witness lists, and make certain other pretrial disclosures, on December 30.  In addition, the filing deadline for the second set of pretrial motions is January 16, 2016, with numerous further deadlines to follow.  The government is concerned that if the Pretrial Motions I deadline slips too far, the downstream deadlines could be put in jeopardy.

The proposed November 6 deadline represents an 11-day extension of the motions deadline (equal to the 11-day continuance of the *Faretta* hearing), which means the defense will have the same amount of time to finalize its motions as it would have had in the absence of the continuance.  The proposed schedule is as follows:

| Event | Old Schedule | New Schedule |
|---|---|---|
| *Faretta Hearing* | October 16, 2015 | October 27, 2015 |
| Deadline to File Pretrial Motions I (dismissal, discovery/Brady, bill of particulars, etc.) | October 26, 2015 | November 6, 2015 |
| Response Briefs | November 16, 2015 | November 25, 2015 |
| Reply Briefs | November 23, 2015 | December 7, 2015 |
| Motion Hearing | December 11, 2015 | TBD |

The proposed extension is fair to the defendant but will also keep the case schedule on track.  It provides the defense with the same amount of time between the *Faretta* hearing and the motions deadline as existed prior to the continuance of the *Faretta* hearing.  The schedule also provides a longer period for the defense to file their reply briefs to account for the fact that the reply period now falls over the Thanksgiving holiday.  That is, just as the original schedule provided the defense a one-week (Monday to Monday) period to reply, the proposed schedule would also allow a full one-week (Monday to Monday) reply period excluding the holiday and holiday weekend.

This trial has already been continued four times, resulting in a cumulative delay from October 6, 2014 to May 9, 2016.  To avoid any further delay, the Court should

MOTION FOR NEW PRETRIAL MOTIONS I DEADLINE
Seleznev-CR11-0070RAJ – Page 2

1   impose a Pretrial Motions I schedule that allows for the adjudication of pretrial motions

2   in December and preserves the remaining deadlines.

3          DATED this 5th day of October, 2015.

4

5   Respectfully submitted,

6

7

8   /s/ Norman M. Barbosa
    NORMAN M. BARBOSA
9   Assistant United States Attorney

10

11

12

13  /s/ Seth Wilkinson
    SETH WILKINSON
14  Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR NEW PRETRIAL MOTIONS I DEADLINE
Seleznev-CR11-0070RAJ – Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19th, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendant.


*s/ Jennifer J. Witt*
JENNIFER J. WITT
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2520
Fax: 206-553-2502
E-mail: Jennifer.Witt@usdoj.gov

MOTION FOR NEW PRETRIAL MOTIONS I DEADLINE
Seleznev-CR11-0070RAJ – Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970