Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ROMAN SELEZNEV,

Defendant.

NO.  CR11-0070RAJ

ORDER DESIGNATING CLASSIFIED
INFORMATION SECURITY OFFICER
AND SETTING PRETRIAL
CONFERENCE PURSUANT TO
SECTION 2 OF THE CLASSIFIED
INFORMATION PROCEDURES ACT

The Court has been made aware of the existence of potentially discoverable classified information related to this case.  Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. No. 96-456, § 9, 94 Stat. 2029 (1980). Pursuant to paragraph 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the protection of classified information, the Court HEREBY APPOINTS Winfield S. "Scooter" Slade, Security Specialist, for the position of Classified Information Security Officer in the above-entitled matter.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Court FURTHER APPOINTS Daniel O. Hartenstine, Jennifer H. Campbell,

2  Branden M. Forsgren, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V.

3  Rodriquez-Feo, and Harry J. Rucker as Alternate Court Security Officers in the above-

4  entitled matter.

5    IT IS FURTHER ORDERED that the Government's Motion for a Pretrial

6  Conference Pursuant to Section 2 of the Classified Information Procedures Act

7  (Dkt. #191) is GRANTED.  The pretrial conference is scheduled for December 11, 2015,

8  to commence immediately upon completion of the evidentiary hearing on Defendant's

9  Motion to Dismiss Indictment.

10    DATED this 20th day of October, 2015.

11

12

13    The Honorable Richard A. Jones
     United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order - Page 2