THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR11-0070 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION FOR BIFURCATED REPRESENTATION |
| v. | |
| ROMAN SELEZNEV, | |
| Defendant. | |

THIS MATTER having come on before the court on Defendant's Motion for Bifurcated Representation, and the court having considered Defendant's motion, the Government's response, Defendant's reply, and having conducted a *Faretta* hearing on this date, for the reasons stated on the record, it is hereby:

ORDERED that Defendant's Motion for Bifurcated Representation (Dkt. #182) is GRANTED. Counsel is directed to confer and set forth to the court with specificity at a status hearing set for November 9, 2015 at 2:00 p.m. the pretrial motions Defendant intends to file *pro se*. This deadline applies to the types of motions contemplated under the case schedule as Pretrial Motions I (*e.g.*, Dismissal, Discovery/*Brady*, Bill of Particulars, etc.). Counsel shall also present at the status hearing a modified case schedule incorporating a new briefing schedule for Pretrial Motions I.

ORDER GRANTING MOTION
FOR BIFURCATED REPRESENTATION
(NO. CR11-0070-RAJ) - 1

Defendant's Motion to Dismiss Indictment for Violations of the Grand Jury Clause of the Fifth Amendment (Dkt. #177) and Motion to Dismiss Indictment for Violations of Rule 6 of the FRCP (Dkt. #179) were previously stricken. So the record is clear, the court also STRIKES Defendant's Motion to Dismiss for Prosecutorial Misconduct (Dkt. #183), Motion to Dismiss Counts 21-29 and 30-38 (Dkt. #184), and Motion Requesting Interpreter (Dkt. #196). The court does not preclude Defendant from refiling these motions after the November 9, 2015 status hearing should they be specified at that time as motions Defendant will be filing on his own behalf in accordance with the court's ruling today. The court also does not preclude defense counsel from filing these motions on Defendant's behalf should they choose to adopt them.

As stated on the record, Defendant will be required to comply with the Federal Rules of Criminal Procedure and this district's local criminal rules when filing and briefing any *pro se* motions. Defendant will further be responsible for arguing and conducting any witness examinations at any hearing related to motions he files *pro se*.

DATED this 27th day of October, 2015.

_____
The Honorable Richard A. Jones
United States District Judge