THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR11-70RAJ |
|---|---|
| Plaintiff, vs. ROMAN SELEZNEV, Defendant. | THIRD AMENDED COMPLEX CASE SCHEDULING ORDER |

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, issues this Third Amended Complex Case Scheduling Order.

The parties shall observe the following complex case schedule:

| Event | Date Ordered |
|---|---|
| Status Conference | June 26, 2015  9:00 am |
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), with continuing obligation as set forth in Rule 16(c) | Already passed |
| Deadline for Defendant Roman Seleznev to file *pro se* Pretrial Motions I (Dismissal, Discovery/Brady, Bill of Particulars, etc.).[1]  Response briefs due December 15, 2015; Reply briefs due December 22, 2015. | December 1, 2015 |

---

[1] In this Court's Order Granting Motion for Bifurcated Representation (Dkt. No. 203), this Court ordered Defendant Seleznev to set forth with specificity at a status hearing set for November 9, 2015, the Pretrial Motions I that Defendant intends to file *pro se*.  Defendant has identified the following three motions that he intends to file *pro se*: (1) Motion to Dismiss Indictment for Violations of the Grand Jury Clause of the Fifth Amendment (similar to Dkt. No. 177); (2) Motion to Dismiss Indictment for Violations of Rule 6 of the Federal Rule of Criminal Procedure (similar to Dkt. No. 179); and (3) Motion to Dismiss for Prosecutorial Misconduct (similar to Dkt. No. 183).

THIRD AMENDED COMPLEX
CASE SCHEDULING ORDER - 1

| Event | Date Ordered |
|---|---|
| Evidentiary Hearing on Defendant's Motion to Dismiss & CIPA Status Conference | December 10-11, 2015 |
| Deadline for Defendant Roman Seleznev to identify Pretrial Motions II (Arising after review of discovery and substantial investigation; Suppression; Severance; Venue) that he intends to file. | December 28, 2015 |
| Government to provide its preliminary exhibit list related to its case in chief | December 30, 2015 |
| Government to provide any additional evidence favorable to the defendant or material to defendant's guilt or punishment, including any agent notes, memoranda, or e-mail containing *Brady* material | December 30, 2015 |
| Government's preliminary identification of all 404(b) evidence | December 30, 2015 |
| Government to provide its preliminary witness list relevant to its case in chief | December 30, 2015 |
| Government to provide discovery under Rule 16(a)(1)(G) (expert discovery) | December 30, 2015 |
| Deadline for Defendant Roman Seleznev to file Pretrial Motions II (Arising after review of discovery and substantial investigation; Suppression; Severance; Venue).  Response briefs due January 25, 2016; Reply briefs due February 1, 2016. | January 4, 2016 |
| Deadline for defense counsel to file Pretrial Motions I (Dismissal, Discovery/Brady, Bill of Particulars, etc.) and Pretrial Motions II (Arising after review of discovery and substantial investigation; Suppression; Severance; Venue).  Response briefs due Feb. 8, 2016; Reply briefs due February 15, 2016. | January 19, 2016 |
| Government to produce Jenks Act, Rule 26.2, and *Giglio* impeachment materials, including information relating to known non-testifying declarants under Fed. R. Evid. 806 (if any) | January 25, 2016 |

THIRD AMENDED COMPLEX
CASE SCHEDULING ORDER - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| Event | Date Ordered |
|---|---|
| Defendant to make preliminary production of discovery under Rule 16(b)(1)(A)-(B) and Local CrR(a)(2), based on current good faith assessment of materials in his possession, with continuing obligation as set forth in Rule 16(c), and without prejudice to subsequent production on March 1, 2016 | January 29, 2016 |
| Status Conference & Hearing on All Motions | February 25, 2016 at 9:00 and February 26, 2016 at 9:00 am |
| Defendant to provide discovery under Rule 16(b)(1)(A)-(B) and Local CrR 16(a)(2) (with continuing obligation as set forth in Rule 16(c). | March 1, 2016 |
| Defendant to provide his preliminary exhibit list related to his case-in-chief | March 1, 2016 |
| Defendant to provide his preliminary witness list related to his case-in-chief | March 1, 2016 |
| Defendant to provide discovery under Rule 16(b)(1)(C) (expert discovery) | March 1, 2016 |
| Status Conference | March 11, 2016 at 9:00 am |
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Government to provide rebuttal expert disclosures | March 28, 2016 |
| Government to produce its final witness list and exhibit list related to its case-in-chief and final disclosure of Rule 404(b) evidence | April 1, 2016 |
| Defendant to produce his final witness list and exhibit list related to his case-in-chief | April 8, 2016 |
| Parties to file motions *in limine* and motions re: 404(b) and inextricably intertwined evidence.  Response briefs due 04/22/16; Reply briefs due 04/28/16. | April 11, 2016 |
| Defendant to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Defense to provide rebuttal expert disclosures | April 18, 2016 |
| Trial Briefs, Proposed Jury Instructions, Voir Dire and Verdict Forms | April 18, 2016 |

THIRD AMENDED COMPLEX
CASE SCHEDULING ORDER - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| Event | Date Ordered |
|---|---|
| Pretrial conference; Hearing on motions *in limine* (if necessary) | April 29, 2016 at 9:00 am |
| Trial | May 9, 2016 at   9:00 am |

DATED this 9th day of November, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

THIRD AMENDED COMPLEX
CASE SCHEDULING ORDER - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717