Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN V. SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>GOVERNMENT'S PROPOSED WITNESS LIST |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Norman M. Barbosa and Seth Wilkinison, Assistant United States Attorneys for said District, and Harold Chun, Trial Attorney, Computer Crime and Intellectual Property Section, hereby submits the following list of government witnesses who will be present at the hearing on defendant's motion to dismiss the indictment scheduled for Thursday, December 10, 2015:

1. Regional Security Officer Dennis Lashinsky, United States Department of State, U.S. Embassy, Colombo, Sri Lanka
2. Special Agent Mark Smith, United States Department of State, Diplomatic Security Service
3. Special Agent in Charge David Iacovetti, United States Secret Service
4. Special Agent Daniel Schwandner, United States Secret Service

GOVERNMENT'S WITNESS LIST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    5.    Special Agent Michael Fischlin, United States Secret Service

DATED this 4th day of December, 2015.

Respectfully submitted,

| | |
|---|---|
| ANNETTE L. HAYES | LESLIE R. CALDWELL |
| United States Attorney | Assistant Attorney General |
| | |
| *s/ Norman M. Barbosa* | *s/ Harold Chun* |
| NORMAN M. BARBOSA | HAROLD CHUN |
| Assistant United States Attorney | Trial Attorney |
| | Computer Crime and Intellectual Property Section |

*s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Email: Norman.Barbosa@usdoj.gov
Email: Seth.Wilkinson@usdoj.gov

GOVERNMENT'S WITNESS LIST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

*s/Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
E-mail: Janet.Vos@usdoj.gov

GOVERNMENT'S WITNESS LIST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT/CR11-0070RAJ
Seleznev - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970