THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.  CR11-70RAJ |
| vs. | DEFENDANT'S EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEFENSE MOTION TO DISMISS INDICTMENT |
| ROMAN SELEZNEV, | |
| Defendant. | |

Defendant Roman Seleznev, through his undersigned attorneys, submits the following list of exhibits he intends to introduce at the hearing on his motion to dismiss the indictment:

### EXHIBITS

| Exhibit | Description | Bates No. |
|---|---|---|
| 101 | United States Department of Justice press release, "Russian Hacker Arrested for Computer Hacking Scheme that Victimized Thousands of Credit Card Customers," July 7, 2014. | |
| 102 | U.S. Department of Homeland Security/U.S. Secret Service Press Release, July 7, 2014. | |

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| Exhibit | Description | Bates No. |
|---|---|---|
| 103 | "Foreign Ministry outraged by Russian citizen's detention by US secret service in Maldives," Tass Russian News Agency, July 8, 2014; "Comment by the Information and Press Department of the Russian Ministry of Foreign Affairs regarding the situation involving the kidnapping of the Russian national Roman Seleznyov by US intelligence agencies," July 11, 2014; and "Russia Demands United States Release Accused Hacker Roman Selevnez Immediately," Reuters, July 15, 2014. | |
| 104 | Declaration of Roman Seleznev | |
| 105 | March 13, 2013 U.S. Secret Service Investigative Report | USSS_PHOENIX 00029-31 |
| 106 | *United States v. Seleznev*, No. 14-00056 (D. Guam), Dkt. No. 46, Transcript of Proceedings on July 31, 2014 | |
| 107 | July 24, 2014 Declaration of Sharafulla Shihab | |
| 108 | August 7, 2014 Decision and Order re: Motion to Discharge and Release Defendant Pursuant to Fed. R. Crim. P. 12(b)(3)(A), Guam Proceeding, Dkt. No. 44 | |
| 109 | U.S. Attorneys' Manual, Chapter 9-15 | |
| 110 | Constitution of the Republic of the Maldives (2008) (English translation) | |
| 111 | U.S. Attorneys' Criminal Resources Manual, § 611 | |
| 112 | "Member Countries," http://www.interpol.int/Member-countries/World (last accessed April 2, 2015) | |

DEFENDANT'S EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE
MOTION TO DISMISS INDICTMENT - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

| Exhibit | Description | Bates No. |
|---|---|---|
| 113 | "Notices," http://www.interpol.int/INTERPOL-expertise/Notices  (last accessed April 2, 2015) | |
| 114 | July 17, 1999 Treaty between the United States of America and the Russian Federation on Mutual Legal Assistance in Criminal Matters, Preamble (the "MLAT") | |
| 115 | September 15, 2010 U.S. Secret Service Investigative Report | USSS_CINCINATTI_00011-14 |
| 116 | May 10, 2011 Secret Service Investigative Report | USSS_CINCINATTI 00069-72 |
| 117 | United Nations International Covenant on Civil and Political Rights (the "ICCPR"), including Articles 9 and 13 | |
| 118 | Diagrams of the Male Airport | |
| 119 | July 9, 2014 Certified Inventory of Evidence | USSS_0000192-194 |
| 120 | Photograph of Anna Otisko passport stamps | |
| 121 | Video of July 15, 2014 State Department Daily Briefing, found at http://www.c-span.org/video/?320444-1/state-department-briefing | |
| 122 | Docket 136, April 13, 2015 Government's Response to Defendant's Motion to Dismiss the Indictment | |
| 123 | Docket 146, April 28, 2015 Government's Submission Re: Status Conference on Evidentiary Hearing | |

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 8th day of December, 2015.

CALFO HARRIGAN LEYH & EAKES LLP


By    s/Angelo J. Calfo
       Angelo J. Calfo, WSBA #27079


By    s/Andrea D. Ostrovksy
       Andrea D. Ostrovsky, WSBA #37749


999 Third Avenue, Suite 4400
Seattle, WA  98104
Telephone:  (206) 623-1700
Fax:  (206) 623-8717
Email: angeloc@calfoharrigan.com
          andreao@calfoharrigan.com

Attorneys for Defendant
Roman Seleznev

DEFENDANT'S EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE
MOTION TO DISMISS INDICTMENT - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Norman McIntosh Barbosa          norman.barbosa@usdoj.gov

C. Seth Wilkinson                seth.wilkinson@usdoj.gov

Harold Chun                      harold.chun@usdoj.gov


            *s/Susie Clifford*

DEFENDANT'S EXHIBIT LIST FOR
EVIDENTIARY HEARING ON DEFENSE
MOTION TO DISMISS INDICTMENT - 5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717