## United States of America v. Roman Seleznev
## CR11-70 RAJ

## EVIDENTIARY HEARING EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | E-mails between Dennis Lashinsky and Hussain Waheed dated July 3, 2014, 11:17 a.m. – 12:34 p.m., Subject: "Expulsion Operation" | A | 12-10-2015 | |
| 2 | E-mail and attachments from Dennis Lashinsky to Hussain Waheed and Rana Waheed, Subject: "Arrest Warrant for Fugitive in Maldives" dated July 3, 2014 8:13 p.m. | A | 12-10-2015 | |
| 2a | Diplomatic Note from the Embassy of the United States of America to the Ministry of Foreign Affairs of the Republic of Maldives | A | 12-10-2015 | |
| 2b | Arrest Warrant | A | 12-10-2015 | |
| 2c | Seleznev_Photo.jpg | A | 12-10-2015 | |
| 2d | Seleznev_Photo_Thailand_2007-2008 | A | 12-10-2015 | |
| 3 | Photograph of Maldives Immigration Record | A | 12-10-2015 | |
| 4 | E-mail from Mark Smith to Dennis Lashinsky, July 4, 2014, 3:56pm | A | 12-10-2015 | |
| 5 | E-mail from Mark Smith to Dennis Lashinsky, July 4, 2014, 8:04pm | A | 12-10-2015 | |
| 6 | E-mail from Mark Smith to "All" Regarding Red Notice, July 5, 2014, 5:55am | A | 12-10-2015 | |
| 7 | Interpol Red Notice for Roman V. Seleznev – Published July 5, 2014 | A | 12-10-2015 | |
| 8 | Photographs of Roman Seleznev at airport | A | 12-10-2015 | |
| 9 | Photograph of Special Agent in Charge David Iacovetti and Maldives Police official | A | 12-10-2015 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 10 | Photograph of Roman Seleznev in Male Airport Police Station | A | 12-10-2015 | |
| 11 | Photograph of Roman Seleznev on Flight to Guam | A | 12-10-2015 | |
| 12 | Photographs of Roman Seleznev upon arrival in Guam | A | 12-10-2015 | |
| 13 | Consular Notification | A | 12-10-2015 | |
| 14 | Roman V. Seleznev Russian Passport | A | 12-10-2015 | |
| 15 | Report of Investigation, Special Agent Mark J. Smith | A | 12-10-2015 | |
| 16 | Report of Investigation, Special Agent Daniel Schwandner | A | 12-10-2015 | |
| 17 | Executed Arrest Warrant | A | 12-10-2015 | |
| 18 | News Article: Maldives Followed Due Procedure in Arresting Hacker, Says President, Haveeru Online Edition | A | 12-10-2015 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 101 | United States Department of Justice press release, "Russian Hacker Arrested for Computer Hacking Scheme that Victimized Thousands of Credit Card Customers," July 7, 2014 | A | 12-11-2015 | |
| 102 | U.S. Department of Homeland Security/U.S. Secret Service Press Release, July 7, 2014 | A | 12-11-2015 | |
| 103 | Russian Foreign Ministry reaction: "Foreign Ministry outraged by Russian citizen's detention by US secret service in Maldives," Tass Russian News Agency, July 8, 2014; "Comment by the Information and Press Department of the Russian Ministry of Foreign Affairs regarding the situation involving the kidnapping of the Russian national Roman Seleznyov by US intelligence agencies," July 11, 2014; and "Russia Demands United States Release Accused Hacker Roman Selevnez Immediately," Reuters, July 15, 2014 | A | 12-11-2015 | |
| 104 | Declaration of Roman Seleznev | A | 12-11-2015 | |
| 105 | March 13, 2013 U.S. Secret Service Investigative Report | | | |
| 106 | *United States v. Seleznev*, No. 14-00056 (D. Guam), Dkt. No. 47, Transcript of Proceedings on July 31, 2014 | A | 12-11-2015 | |
| 107 | July 24, 2014 Declaration of Sharafulla Shihab | A | 12-11-2015 | |
| 108 | August 7, 2014 Decision and Order re: Motion to Discharge and Release Defendant Pursuant to Fed. R. Crim. P. 12(b)(3)(A), Guam Proceeding, Dkt. No. 44 | | | |
| 109 | U.S. Attorneys' Manual, Chapter 9-15 | A | 12-11-2015 | |
| 110 | Constitution of the Republic of the Maldives (2008) (English translation), Articles 45-48, 50 | A | 12-11-2015 | |
| 111 | U.S. Attorneys' Criminal Resources Manual, § 611 | A | 12-11-2015 | |
| 112 | "Member Countries," http://www.interpol.int/Member-countries/World (last accessed April 2, 2015) | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 113 | "Notices," http://www.interpol.int/INTERPOL-expertise/Notices (last accessed April 2, 2015) | A | 12-11-2015 | |
| 114 | July 17, 1999 Treaty between the United States of America and the Russian Federation on Mutual Legal Assistance in Criminal Matters, Preamble | | | |
| 115 | September 15, 2010 U.S. Secret Service Investigative Report | | | |
| 116 | May 10, 2011 Secret Service Investigative Report | | | |
| 117 | United Nations International Covenant on Civil and Political Rights, including Articles 9 and 13 | | | |
| 118 | Diagrams of the Male Airport | | | |
| 119 | July 9, 2014 Certified Inventory of Evidence | A | 12-11-2015 | |
| 120 | Photograph of Anna Otisko Passport Stamps | | | |
| 121 | Video of July 15, 2014 State Department Daily Briefing, found at http://www.c-span.org/video/?320444-1/state-department-briefing | | | |
| 122 | Docket 136, April 13, 2015 Government's Response to Defendant's Motion to Dismiss the Indictment | | | |
| 123 | Docket 146, April 28, 2015 Government's Submission Re: Status Conference on Evidentiary Hearing | | | |
| 124 | Notes Prepared by Special Agent David Iacovetti (AGENT_NOTES_0000091) | 12-11-2015 | | |
| 125 | Supreme Court of the Maldives Decision No. 19 | 12-11-2015 | | |