HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROMAN V. SELEZNEV,<br><br>　　　　　　　Defendant. | CASE NO. CR 11-70 RAJ<br><br>ORDER |

The court has received multiple communications from counsel related to the production of the government's preliminary set of exhibits. Dkt. ## 235-237. It appears that defense counsel has asked the government to produce physical copies of the exhibits it plans to use at trial. The government objects and points to the language of the Scheduling Order, which requires production of only a "preliminary exhibit *list*," not copies of the exhibits. The court agrees with the government. Defense counsel has cited no Local Rule, rule of procedure, case law or other authority that would persuade the court to depart from the plain language of the Scheduling Order. Accordingly, the defense's request for an order compelling the production of the government's preliminary set of

ORDER- 1

exhibits (Dkt. # 235) is DENIED.  The court finds that a telephonic hearing on this matter is unnecessary.

Dated this 19th day of January, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 2