THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>   vs.<br><br>ROMAN SELEZNEV,<br><br>                         Defendant. | Case No.  CR11-70RAJ<br><br>DEFENDANT'S MOTION ████████<br>████████████████<br>████████████<br><br>**REDACTED**<br><br>**NOTED FOR:**<br>**Friday, February 26, 2016 at 9:00 a.m.** |

## **Introduction**

Defendant Roman Seleznev moves for a ruling limiting the prosecution's use ████ ████████████. Mr. Seleznev also moves for the opportunity to request ████ ████████████████████████████████. This relief is necessary as Mr. Seleznev ████████████████████████████ ████████████████████.

## **Background**

Defendant Seleznev is a 31-year-old citizen and resident of the Russian Federation with limited English skills and no prior familiarity with the United States legal system.  On March 3, 2011, Mr. Seleznev was indicted under seal in the Western District of Washington on

**REDACTED** DEFENDANT'S MOTION ████████
████████████████████ - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   numerous charges relating to allegations of computer hacking and credit card theft.  Dkt. No. 1.

2   A Superseding Indictment was returned two weeks later, and a Second Superseding Indictment

3   was issued on October 8, 2014.  Dkt. No. 90.

4   [REDACTED]

5   [REDACTED]

6   [REDACTED]

7   [REDACTED]

8   [REDACTED]

9   [REDACTED]

10  [REDACTED]

11

12

13

14

15

16

17  [REDACTED]

18

19

20

21

22

---

[1] Mr. Seleznev has been represented by several different groups of attorneys in this matter.  He was initially
represented by attorneys from the law firm of Fox Rothschild LLP.  *See* Dkt. Nos. 40 & 41.  Attorneys Larry
Finegold and David Smith of the law firm Garvey Schubert Barer entered an appearance as local counsel.  Dkt.
No. 36.  Attorney Anna Goykhman was also retained to be a part of the team of attorneys representing Mr.
Seleznev.  *See* Dkt. No. 72.  After his attorneys from Fox Rothschild were disqualified, Dkt. No. 70, Messrs.
Finegold and Smith withdrew and attorney Steven Fogg and the firm Corr Cronin Michelson Baumgardner &
Preece LLP were substituted as counsel in the matter.  Dkt. No. 97.  Ms. Goykhman remained an attorney of
record as well.  [REDACTED].

**REDACTED** DEFENDANT'S MOTION [REDACTED]
[REDACTED]                                                         - 2

1    As explained more fully in the attached Declarations of Roman Seleznev and Andrea

2    D. Ostrovsky, which are being provided to the court ex parte and under seal,[2] ████████

3    ████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████

7    ████████

8                                    **Argument**

9    ██   ████████████████████████████████████████████

10       ████████████████████████████████████████████

11   ██████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ██████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ██████████████████████████████████████████████

16   ████████████████████████████████████████████

17   ████████████████████████████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

---

[2] The Seleznev and Ostrovsky Declarations are being provided ex parte and under seal to protect the privileged nature of the communications discussed in the declaration. ████████████████████████ ████████████████████████████████████████ ████████

[3] As discussed in the Ostrovsky Declaration, defense counsel is continuing to work with prior counsel to obtain declarations in support of this motion and will provide any such declarations promptly.  Defendant's position is that the Court should rule on this motion without providing the government with access to any of the declarations, as the government has no information to offer about the substance of the communications at issue in those declarations.  Nevertheless, counsel understands that the Court may decide to order disclosure to the government of those declarations and/or may require an evidentiary hearing before ruling on this motion.  Mr. Seleznev requests that prior to any release of any attorney-client privileged information to the government, and prior to any such evidentiary hearing, the Court issue a ruling defining the scope of any waiver of attorney-client privilege.

**REDACTED** DEFENDANT'S MOTION ████████
                                                          - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717



LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717



**REDACTED** DEFENDANT'S MOTION ▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - 5



LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1 ██████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ██████████████████████████████████████████████████

4 ██████████████████████████████████████████████

5 ██████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ██████████████████████████████████████████████████

8 ██████████████████████

### Conclusion

For the reasons stated above, the Court should ████████████████

██████████████████████████████████████████████████████.

DATED this 19th day of January, 2016.

CALFO HARRIGAN LEYH & EAKES LLP


By____*s/Angelo J. Calfo*_____
      Angelo J. Calfo, WSBA #27079

By____*s/Andrea D. Ostrovksy*_____
      Andrea D. Ostrovsky, WSBA #37749

      999 Third Avenue, Suite 4400
      Seattle, WA  98104
      Telephone:  (206) 623-1700
      Fax:  (206) 623-8717
      Email: angeloc@calfoharrigan.com
            andreao@calfoharrigan.com

      Attorneys for Defendant
      Roman Seleznev

**REDACTED** DEFENDANT'S MOTION ████████
████████████████████ - 7

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on January 19, 2016, I electronically filed the foregoing with the

4

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

5

following:

6

Norman McIntosh Barbosa            norman.barbosa@usdoj.gov

7

C. Seth Wilkinson                      seth.wilkinson@usdoj.gov

8

Harold Chun                          Harold.chun@usdoj.gov

9

10                                              *s/Susie Clifford*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**REDACTED** DEFENDANT'S MOTION ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮ - 8

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717