THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    vs.<br><br>ROMAN SELEZNEV,<br><br>                     Defendant. | Case No.  CR11-70RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT AND DECLARATION IN SUPPORT THEREOF |

The Court, having received and reviewed the Defendant's Motion to Seal Motion to Dismiss for Prosecutorial Misconduct and Declaration in Support Thereof, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED:

1. Defendant's Motion to Seal Motion to Dismiss for Prosecutorial Misconduct and Declaration in Support Thereof (Dkt. #244) is GRANTED.

2. The Motion to Dismiss for Prosecutorial Misconduct, filed under Dkt. #245, shall be maintained under seal.

3. The Ostrovsky Declaration and its attachments, filed under Dkt. #246, shall be maintained under seal.

DATED this 25th day of January, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO SEAL MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT AND DECLARATION IN SUPPORT THEREOF - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717