THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ROMAN SELEZNEV,<br><br>                Defendant. | No. CR11-70RAJ<br><br>ORDER DENYING MOTION<br>TO WITHDRAW AS COUNSEL |

THIS MATTER having come before the Court on Defense Counsel's Motion to Withdraw, and the Court having reviewed the file and record herein, and having considered the Motion, together with the materials submitted in support thereof, having heard from Defendant and defense counsel at a hearing on this date, and being fully advised; now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that the Defense Counsel's Motion to Withdraw (Dkt. #257) is DENIED.

DATED this 26th day of January, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge