THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>ROMAN SELEZNEV,<br><br>       Defendant. | Case No.  CR11-70RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the court on Defendant's Motion to Seal Defendant's Motion to Withdraw as Counsel.  Having considered Defendant's motion, the Government's response, and the files and pleadings herein, the court finds there is good cause for the Motion to Withdraw as Counsel to remain under seal.  Therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #256) is GRANTED.  Defendant's Motion to Withdraw as Counsel, filed under Dkt. #257, shall remain filed under seal.  Although not requested by the parties, the court also finds good cause to seal the Government's Response to Defendant's Motion to Withdraw (Dkt. #258) and the Government's Response to Defendant's Motion to Seal the Motion to Withdraw (Dkt. #260).

DATED this 26th day of January, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge