The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR11-0070RAJ |
|---|---|
| Plaintiff | ORDER TO SEAL |
| v. | |
| ROMAN V. SELEZNEV, | |
| Defendant. | |

Having read the Response to the Motion to Dismiss for Prosecutorial Misconduct in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Response to the Motion to Dismiss for Prosecutorial Misconduct be allowed to remain under seal, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #266) is GRANTED. The Government's Response to the Motion to Dismiss for Prosecutorial Misconduct in this matter shall remain sealed.

DATED this 22nd day of February, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
Seleznev/CR11-0070RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970