THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. ROMAN SELEZNEV, Defendant. | No. CR11-70RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL MOTION TO MODIFY COMPLEX CASE SCHEDULING ORDER |
|---|---|

The Court, having received and reviewed the Defendant's Motion to Seal Motion to Modify Complex Case Scheduling Order, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED: Defendant's Motion to Seal Motion to Modify Complex Case Scheduling Order (Dkt. #277) is GRANTED.

1. Defendant's Motion to Modify Complex Case Scheduling Order will be maintained under seal.

2. Declaration of Expert and Attachment will be maintained under seal and *ex parte*.

DATED this 22nd day of February, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO SEAL MOTION TO MODIFY CASE SCHEDULING ORDER - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780