The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>ROMAN V. SELEZNEV,<br><br>  Defendant. | CR11-070RAJ<br><br>ORDER TO SEAL |

    Having read the Government's Motion to Seal and because of sensitive information contained within the Response to Defendant's Motion to Modify Scheduling Order, and finding good cause,

    It is hereby ORDERED that the Government's Motion (Dkt. #280) is GRANTED. The Government's Response to Defendant's Motion to Modify Scheduling Order, shall remain sealed.

    DATED this 22nd day of February, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order to Seal
*United States v. Seleznev*
CR11-070RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970