THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>　　　　　　　　　Defendant. | No. CR11-70RAJ<br><br>FOURTH AMENDED COMPLEX CASE SCHEDULING ORDER |

The Court, having considered Defendant's Motion to Modify Case Scheduling Order (Dkt. #278), and having reviewed the record and files in this case, including the Government's response, and after a consideration of all relevant information and the circumstances of this case, hereby GRANTS the motion in part and issues this Fourth Amended Complex Case Scheduling Order. The parties shall observe the following complex case schedule for the remaining events in this matter:

| Event | Date Ordered |
|---|---|
| Defendant to provide discovery under Rule 16(b)(1)(A)- (B) and Local CrR 16(a)(2) (with continuing obligation as set forth in Rule 16(c) | March 1, 2016 |
| Defendant to provide his preliminary exhibit list related to his case-in-chief | March 1, 2016 |
| Defendant to provide his preliminary witness list related to his case-in-chief | March 1, 2016 |
| Deadline for Defendant to File Replies regarding the Defense Pretrial Motions | March 7, 2016 |

FOURTH AMENDED COMPLEX
CASE SCHEDULING ORDER - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

| Event | Date Ordered |
|---|---|
| Defendant to provide discovery under Rule 16(b)(1)(C) (expert discovery) | March 7, 2016 |
| Status Conference and Hearing on All Motions | March 29, 2016 9:00 a.m. (continuing March 31, 2016, 9:00 a.m., if necessary) |
| Government to produce its final witness list and exhibit list related to its case-in-chief and final disclosure of Rule 404(b) evidence | April 1, 2016 |
| Defendant to produce his final witness list and exhibit list related to his case-in-chief | April 8, 2016 |
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Government to provide rebuttal expert disclosures | April 11, 2016 |
| Parties to file motions *in limine* and motions re: 404(b) and inextricably intertwined evidence.  Response briefs due 04/22/16; Reply briefs due 04/28/16. | April 11, 2016 |
| Defendant to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Defense to provide rebuttal expert disclosures | April 18, 2016 |
| Trial Briefs, Proposed Jury Instructions, Voir Dire and Verdict Forms | April 18, 2016 |
| Pretrial conference; Hearing on motions *in limine* (if necessary) | April 29, 2016 9:00 a.m. |
| Trial | May 9, 2016 9:00 a.m. |

DATED this 22nd day of February, 2016.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

FOURTH AMENDED COMPLEX
CASE SCHEDULING ORDER - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780