THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendant. | No.  CR 11-70RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

The Court, having received and reviewed the Defendant's Motion to Seal, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED Defendant's Motion to Seal (Dkt. #293) is GRANTED.  Defendant's Reply in Support of Motion to Limit Use of Evidence of Defendant's Statement will be maintained under seal.

DATED this 9th day of March, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL- 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780