THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>                            Defendant. | No.  CR11-70RAJ<br><br>ORDER GRANTING SECOND STIPULATED MOTION FOR PROTECTIVE ORDER |

The Court, having received and reviewed the Second Stipulated Motion for Protective Order, and based on all of the other records and files in this prosecution, and good cause appearing,

It is hereby ORDERED:

1.      The Second Stipulated Motion for Protective Order (Dkt. #301) is GRANTED.

2.      The Protective Order (Dkt. #88) entered in this case is modified to allow defense to make reference to and file its exhibits to the Motion for Leave to File Motion to Suppress Evidence Obtained from Sony Vaio Laptop/Tablet (Dkt. #97), in the public record.

DATED this 25th day of March, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING SECOND STIPULATED
MOTION TO MODIFY PROTECTIVE ORDER - 1