# United States of America v. Roman Seleznev
# CR11-70RAJ

## EVIDENTIARY HEARING EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | Letter to Steven Fogg from Government Counsel dated 12-16-2014 | A | 03-29-2016 | |
| 2 | Russian Translation of Letter to Steven Fogg from Government Counsel, certified as translated on 12-18-2014 | A | 03-29-2016 | |
| 3 | Record of Visitors to Prisoners at the Federal Detention Center on 12-12-2014 | A | 03-29-2016 | |
| 4 | Record of Visitors to Prisoners at the Federal Detention Center on 12-19-2014 | A | 03-29-2016 | |
| 5 | Declaration of Roman Seleznev dated 01-18-2016 | A | 03-29-2016 | |