The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendant. | NO. CR11-077RAJ<br><br>UNCLASSIFIED PROTECTIVE ORDER PURSUANT TO SECTION 4 OF CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1) |

This matter has come before the Court on the Government's Classified *In Camera, Ex Parte* Motion for a Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) ("Government's Motion for a Protective Order"). By its motion, the government requested that the Court, pursuant to CIPA § 4, Fed. R. Crim. P. 16(d)(1), and the applicable law: (1) conduct an *in camera, ex parte* review of the government's submission; (2) authorize the government to withhold specified classified information from discovery; and (3) order that the entire text of the government's motion and accompanying exhibits shall not be disclosed to the defense and shall be sealed and preserved in the records of the Court to be made available for any future review of these proceedings.

United States v. Seleznev, CR11-077RAJ
Protective Order- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     The Court, having carefully considered the government's motion and memorandum of law, and supporting materials filed therewith, GRANTS the Government's Motion for a Protective Order in its entirety.

    The Court finds that the Government's Motion for a Protective Order was properly filed *in camera, ex parte* for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1). The Court has conducted an *in camera, ex parte* review.

    On the basis of the Court's independent review of the information and the arguments set forth in the Government's Motion for a Protective Order and the classified material in support of the motion, the Court finds that the classified information referenced in the government's motion and memorandum of law implicates the government's classified information privilege because the information is properly classified and its disclosure could cause serious damage to the national security of the United States. Furthermore, the Court finds that none of the classified information is exculpatory, *see Brady v. Maryland*, 373 U.S. 83 (1963), and that the information is not impeachment material. *See Giglio v. United States*, 405 U.S. 150 (1972).

    Additionally, the Court finds that the "relevant and helpful" standard articulated in *United States v. Rovario*, 353 U.S. 53 (1957), *United States v. Yunis*, 867 F.2d 617 (D.C. Cir. 1989), and *United States v. Klimavicius-Viloria*, 144 F.3d 1249, 1261 (9th Cir. 1998), is the appropriate standard by which to analyze the discoverability of classified information where, as here, the government has properly invoked the classified information privilege. To this end, the Court finds that in applying the *Rovario/Yunis/Klimavicius-Viloria* standard, none of the classified information referenced in the government's motion is relevant and helpful to the defense. This Order also applies to the government's discovery obligations under Federal Rule of Criminal Procedure 16, and *Brady v. Maryland, Giglio v. United States* and their progeny with regard to the information described herin.

    Accordingly, **IT IS ORDERED** that the government is authorized to withhold the specified classified information outlined above from discovery to the defense.

United States v. Seleznev, CR11-077RAJ  
Protective Order- 2

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

**IT IS FURTHER ORDERED**, that the government's motion, memorandum of law, and the accompanying materials shall not be disclosed to the defense, and shall be sealed and maintained in a facility appropriate for the storage of such classified information by the Classified Information Security Officer as the designee of the Clerk of Court, in accordance with established security procedures, for any future review, until further order of this Court.

IT IS SO ORDERED, this 5th day of April, 2016.

RICHARD A. JONES
United States District Judge

Presented by:

/s/ Norman M. Barbosa
NORMAN M. BARBOSA
Assistant United States Attorney


/s/ Seth Wilkinson
Assistant United States Attorney


/s/ Harold Chun
Trial Attorney
United States Department of Justice

United States v. Seleznev, CR11-077RAJ
Protective Order- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970