THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>　　　　　　　　　　Defendant. | No. CR11-70RAJ<br><br>[*PROPOSED*] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE |

The Court, having received and reviewed the Defendant's Motion for Leave to File a Motion to Suppress, and based on all of the other records and files in this prosecution, and good cause appearing,

It is hereby ORDERED:

1. Defendant's motion for leave (Dkt. #297) is GRANTED.
2. Defendant may file a motion to suppress evidence obtained from the Sony Vaio computer.

DATED this 5th day of April, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

[*PROPOSED*] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE- 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780