THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>                              Defendant. | No. CR 11-70RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL DECLARATION OF RANDALL KARSTETTER |

The Court, having received and reviewed the Defendant's motion to seal and file the Declaration of Randall Karstetter *ex parte*, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED: Defendant's Motion to Seal Declaration of Randall Karstetter (Dkt. #304) is GRANTED. The Declaration of Randall Karstetter, submitted as an exhibit to the Defendant's Motion to Continue Trial Date, will be maintained under seal and *ex parte*.

DATED this 5th day of April, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO SEAL DECLARATION OF RANDALL KARSTETTER - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780