THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     vs.<br><br>ROMAN SELEZNEV,<br><br>                           Defendant. | Case No.  CR11-70RAJ<br><br>ORDER CONTINUING TRIAL DATE AND SETTING FIFTH AMENDED COMPLEX CASE SCHEDULE |

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, finds that the ends of justice will best be served by continuing the trial date to August 15, 2016, and orders the parties to comply with the complex case schedule set forth below. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.

The Court makes the following findings:

1. Defendant Roman Seleznev is charged in a Second Superseding Indictment with violations of federal criminal law, including wire fraud in violation of 18 U.S.C. § 1343; crimes in connection with computers in violation of 18 U.S.C. § 1030; access device fraud in violation of 18 U.S.C. § 1029; and aggravated identity theft in violation of 18 U.S.C. § 1028A. The charges in the Second Superseding Indictment involve allegations of a complex international computer fraud scheme, the object of which was to steal credit card numbers which would then be illegally resold over the internet and used to engage in fraudulent transactions. The Second Superseding Indictment alleges that the defendant, using computer

ORDER CONTINUING TRIAL DATE
AND SETTING FIFTH AMENDED
COMPLEX CASE SCHEDULE- 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

infrastructure located in numerous countries around the world, placed malware in the computer systems of hundreds of point of sale businesses, harvested consumer credit card information from those businesses without their knowledge and sold millions of consumer credit card numbers over the internet generating millions of dollars in illicit profits.

2. At a hearing on February 11, 2016, the Court granted counsel Angelo Calfo and Andrea Ostrovsky's motion to withdraw. Dkt. #275. On February 12, 2016, the Court entered an order for substitution of counsel allowing John Henry Browne and Emma C. Scanlan to represent the defendant. Dkt. #276.

3. Defense counsel has indicated that the discovery in this case is voluminous and complex; involves the analysis of multiple complex computer systems; and involves investigations by the government in multiple jurisdictions. Defense counsel requires additional time to gain access to the discovery in related cases and adequately review the discovery in this case in preparation for trial.

4. Defense counsel has shown that there is good cause to continue the trial date in this case to allow for further defense investigation of government expert Ovie Carroll's opinion regarding a laptop computer purportedly seized from the defendant at the time of his apprehension.

5. Based on the foregoing, the Court finds that the ends of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

6. The Court further finds that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

ORDER CONTINUING TRIAL DATE
AND SETTING FIFTH AMENDED
COMPLEX CASE SCHEDULE- 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

7. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case is so unusual and complex, due to the nature of the prosecution, the existence of novel questions of fact or law, and the volume of discovery that it would be unreasonable to expect adequate preparation for trial within the time limits established by 18 U.S.C. § 3161.

8. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), that the period of delay is reasonable.

9. Any and all period of delay resulting from this continuance, from the date of this order, until the date of the rescheduled trial, shall be excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for purposes of computation of the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Section 3161 through 3164.

10. In an order dated April 5, 2016, the court granted leave to the defendant to file a late motion to suppress evidence. Dkt. #316.

11. The defendant has advised that prior to filing his motion to suppress he must conduct additional expert testing of the original laptop computer and solid state drive. Defendant's request for leave of the court for the purpose of the additional proposed testing is DENIED. It is undisputed that the government provided the defendant with a forensic image of the original solid state hard drive from defendant's computer in October 2014. Since that time the defendant has had the opportunity to conduct any testing he believed necessary or appropriate.

12. The Court is not persuaded by defense arguments to justify granting additional testing. The defendant will have the same ability as the government to investigate the activity on the computer at issue between the dates of July 5, 2015 and August 1, 2014. The defense currently has and has had the ability to investigate the file activity on the computer by reviewing the same logs and forensic artifacts that may have been available to the government. Nothing further is required.

ORDER CONTINUING TRIAL DATE
AND SETTING FIFTH AMENDED
COMPLEX CASE SCHEDULE- 3

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

It is therefore ORDERED Defendant's Motion to Continue the Trial Date (Dkt. #305) is GRANTED.  The trial in this matter is hereby continued from May 9, 2016, to August 15, 2016, and that the parties shall observe the following case schedule for the remaining events in this matter:

| Event | Date Ordered |
|---|---|
| Defendant to file Motion to Suppress; Government's Response Due May 16, 2016; Defendant's Reply Due May 23, 2016 | May 9, 2016 |
| Evidentiary Hearing on Defendant's Motion to Suppress | June 6, 2016, 9:00 a.m. |
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Government to provide rebuttal expert disclosures | June 17, 2016 |
| Government to produce its final witness list and exhibit list related to its case-in-chief and final disclosure of Rule 404(b) evidence | July 1, 2016 |
| Defendant to produce his final witness list and exhibit list related to his case-in-chief | July 15, 2016 |
| Defendant to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; Defense to provide rebuttal expert disclosures | July 15, 2016 |
| Parties to file motions *in limine* and motions re: 404(b) and inextricably intertwined evidence.  Response briefs due July 29, 2016; Reply briefs due August 3, 2016 | July 18, 2016 |
| Trial Briefs, Proposed Jury Instructions, Proposed Voir Dire, and Proposed Verdict Forms | July 25, 2016 |
| Pretrial conference; Hearing on motions *in limine* (if necessary) | August 5, 2016, 9:00 a.m. |
| Trial | August 15, 2016, 9:00 a.m. |

DATED this 29th day of April, 2016.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND SETTING FIFTH AMENDED
COMPLEX CASE SCHEDULE- 4

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780