THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>                            Defendant. | No. CR11-70RAJ<br><br>ORDER GRANTING THIRD STIPULATED MOTION TO MODIFY PROTECTIVE ORDER |

The Court, having received and reviewed the Third Stipulated Motion to Modify Protective Order, and based on all of the other records and files in this prosecution, and good cause appearing,

It is hereby ORDERED:

1. The Third Stipulated Motion to Modify Protective Order (Dkt. #330) is GRANTED.

2. The Protective Order entered in this case (Dkt. #88) is modified to allow the defense to make reference to and file its exhibits to the Motion to Suppress (Dkt. #331) in the public record.

DATED this 12th day of May, 2016.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING THIRD STIPULATED
MOTION TO MODIFY PROTECTIVE ORDER - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780