The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN VALERIVICH SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF<br><br>Note on Motion Calendar: May 27, 2016 |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, Leslie R. Caldwell, Assistant Attorney General, Norman M. Barbosa and Seth Wilkinson, Assistant United States Attorneys for said District, and Harold Chun, Trial Attorney, Computer Crime and Intellectual Property Section, hereby seeks an order from this Court permitting the United States to file the Response to Defendant's Motion to Suppress in excess of the twelve-page limitation prescribed in CrR 12(c)(6) of the Local Rules of the United States District Court for the Western District of Washington. Defendant has no objection to this request.

In support of this motion, the government states the following:

1. The government's response must address several distinct issues raised in the defendant's motion to suppress including three separate theories of suppression.

Motion for Leave to File Overlength Brief/Seleznev
CR11-0070RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Although defendant's motion to suppress is less than twelve pages in length, it includes over 100 pages of attachments. Defendant's expert report, which sets forth the bulk of defendant's arguments in support of suppression, is 27 pages. Defendant has also included a 9 page supplemental declaration from their expert setting forth additional arguments.

3. The government requests approval to file a memorandum of up to 20 pages to provide the Court with a full and complete summary of the relevant facts and to adequately frame and respond to the issues raised by the defendant.

Based on the foregoing, the United States respectfully requests that the Court grant this motion to file a memorandum not to exceed 20-pages.

## CONCLUSION

For the reasons set forth above, the United States respectfully requests that the Court grant the Government leave to file a response consisting of up to 20 pages.

DATED this 17th day of May, 2016.

Respectfully submitted,

| | |
|---|---|
| ANNETTE L. HAYES<br>United States Attorney | LESLIE R. CALDWELL<br>Assistant Attorney General |
| *s/ Norman M. Barbosa*<br>NORMAN M. BARBOSA | *s/ Harold Chun*<br>HAROLD CHUN<br>Trial Attorney |
| *s/ Seth Wilkinson*<br>SETH WILKINSON<br>Assistant United States Attorneys | Computer Crime and Intellectual Property Section<br>1301 New York Avenue, NW<br>Washington, D.C. 20530 |

Motion for Leave to File Overlength Brief/Seleznev
CR11-0070RAJ - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov

Motion for Leave to File Overlength Brief/Seleznev
CR11-0070RAJ - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970