**EXHIBIT 2**

| | USN Rcd File Name | E N na : A | USN Rcd Reason | N N N N N N N N N N N N N N N N or R  te IS Ifi  C  l R  S  co ie | USN Rcd Time |
|---|---|---|---|---|---|
| 1 | Microsoft-Windows-Wcmsvc%4Operational.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 14 35 1 27 2 | 2014-07-07 19:47:04.501 |
| 2 | Microsoft-Windows-Diagnostics-Performance%4Operational.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 18 35 2 27 2 | 2014-07-07 19:47:04.882 |
| 3 | System.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 88 35 1 27 2 | 2014-07-07 19:47:04.882 |
| 4 | Microsoft-Windows-Diagnosis-DPS%4Operational.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 16 35 2 27 2 | 2014-07-07 19:47:04.882 |
| 5 | Application.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 96 35 2 27 2 | 2014-07-07 19:47:17.055 |
| 6 | Microsoft-Windows-TerminalServices-LocalSessionManager%4Operational.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 20 35 1 27 2 | 2014-07-07 19:47:17.693 |
| 7 | Security.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 88 35 1 27 2 | 2014-07-07 19:47:18.161 |
| 8 | Microsoft-Windows-SmbClient%4Connectivity.evtx | W Ar | Data_Overwrite | 00 63 27 19 19 16 15 63 2 27 2 | 2014-07-07 19:47:22.799 |
| 9 | Microsoft-Windows-Authentication User Interface%4Operational.evtx | W Ar | Data_Overwrite | 00 20 27 19 19 16 19 20 6 27 2 | 2014-07-07 19:47:25.702 |
| 10 | Microsoft-Windows-WWAN-SVC-Events%4Operational.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 16 35 1 27 2 | 2014-07-07 19:47:37.420 |
| 11 | Microsoft-Windows-WMI-Activity%4Operational.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 16 35 1 27 2 | 2014-07-07 19:48:28.144 |
| 12 | Microsoft-Windows-International%4Operational.evtx | W Ar | Data_Overwrite | 00 35 27 19 19 16 16 35 2 27 2 | 2014-07-07 19:48:28.144 |