# ATTACHMENT 2

| Microsoft-Windows-NetworkProfile%4Operational | Number of events: 335 | | | |
|---|---|---|---|---|
| Level | Date and Time | Source | Event ID | Task Category |
| Information | 7/5/2014 5:37:21 PM | NetworkProfile | 10001 | None |
| Information | 7/3/2014 5:55:18 PM | NetworkProfile | 10000 | None |
| Information | 7/3/2014 5:55:18 PM | NetworkProfile | 4002 | Wait for Identification |
| Information | 7/3/2014 5:55:11 PM | NetworkProfile | 10001 | N... |

Event 10001, NetworkProfile

General | Details

Network Disconnected
    Name: Kanifushi
    Desc: Kanifushi
    Type: Unmanaged
    State: Disconnected
    Category: Public