# ATTACHMENT 10A

```
                                        McSvHost000.log
07/11/2014 04:00:41 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:00:41 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:07:42 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:07:42 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:15:42 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:15:42 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:18:42 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:18:42 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:20:42 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:20:42 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:28:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:28:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:36:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:36:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:39:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:39:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:41:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:41:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:49:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:49:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:57:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:57:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:00:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:00:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:02:43 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:02:43 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:10:44 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:10:44 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:18:44 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:18:44 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:21:44 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:21:44 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:23:44 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:23:44 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:31:21 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:31:21 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:39:21 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:39:21 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:42:21 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:42:21 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:44:21 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:44:21 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
```

McSvHost000.log

```
07/11/2014 05:52:21 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:52:21 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:59:53 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:59:53 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:02:53 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:02:53 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:04:54 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:04:54 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:12:54 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:12:54 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:20:54 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:20:54 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:23:54 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:23:54 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:25:54 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:25:54 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:33:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:33:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:41:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:41:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:44:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:44:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:46:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:46:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:54:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:54:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:02:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:02:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:05:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:05:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:07:56 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:07:56 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:15:56 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:15:56 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:23:56 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:23:56 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:26:56 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:26:56 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:28:56 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:28:56 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:36:56 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:36:56 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
```

McSvHost000.log

```
07/11/2014 07:44:57 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:44:57 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:47:57 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:47:57 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:49:57 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:49:57 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:57:57 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:57:57 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:04:58 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:04:58 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:07:58 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:07:58 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:09:58 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:09:58 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:18:30 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:18:30 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:26:31 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:26:31 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:29:31 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:29:31 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:31:31 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:31:31 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:39:31 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:39:31 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:46:39 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:46:39 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:49:39 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:49:39 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:52:39 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:52:39 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:00:40 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:00:40 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:08:40 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:08:40 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:11:40 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:11:40 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:13:40 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:13:40 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:21:40 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:21:40 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:29:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:29:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                   McSvHost000.log
07/11/2014 09:32:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:32:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:34:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:34:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:42:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:42:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:50:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:50:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:53:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:53:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:55:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:55:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:03:41 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:03:41 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:10:43 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:10:43 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:13:43 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:13:43 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:15:44 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:15:44 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:23:44 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:23:44 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:31:44 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:31:44 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:34:44 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:34:44 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:36:44 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:36:44 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:44:44 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:44:44 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:52:45 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:52:45 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:55:45 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:55:45 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:57:45 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:57:45 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:05:45 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:05:45 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:13:45 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:13:45 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:16:45 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:16:45 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                    McSvHost000.log
07/11/2014 11:18:45 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:18:45 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:26:45 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:26:45 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:34:46 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:34:46 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:37:46 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:37:46 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:39:46 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:39:46 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:47:57 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:47:57 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:54:57 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:54:57 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:57:57 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:57:57 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:00:57 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:00:57 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:07:58 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:07:58 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:15:58 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:15:58 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:18:58 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:18:58 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:20:59 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:20:59 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:31:59 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:31:59 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:31:59 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:31:59 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:31:59 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:31:59 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:34:31 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:34:31 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:35:31 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:35:31 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:35:31 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:35:31 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:37:31 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:37:31 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:39:31 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:39:31 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
```

McSvHost000.log

```
07/11/2014 12:42:31 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:42:31 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:43:31 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:43:31 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:49:31 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:49:31 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 12:57:31 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 12:57:31 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:00:31 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:00:31 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:02:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:02:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:10:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:10:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:18:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:18:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:21:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:21:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:23:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:23:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:31:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:31:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:33:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:33:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:37:32 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:37:32 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:45:33 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:45:33 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:48:33 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:48:33 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:50:33 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:50:33 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 01:58:33 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 01:58:33 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:06:28 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:06:28 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:09:29 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:09:29 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:11:29 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:11:29 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:19:29 PM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:19:29 PM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                  McSvHost000.log
07/11/2014 02:27:29 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:27:29 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:30:29 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:30:29 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:32:29 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:32:29 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:40:29 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:40:29 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:48:30 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:48:30 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:51:30 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:51:30 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 02:53:30 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 02:53:30 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:01:30 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:01:30 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:09:30 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:09:30 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:12:30 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:12:30 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:14:30 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:14:30 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:22:31 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:22:31 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:30:31 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:30:31 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:33:31 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:33:31 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:35:31 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:35:31 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:43:31 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:43:31 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:51:31 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:51:31 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:54:32 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:54:32 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 03:56:32 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 03:56:32 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:03:32 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:03:32 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:10:34 PM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:10:34 PM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
                                      Page 7
```

```
                                       McSvHost000.log
07/11/2014 04:13:34 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:13:34 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:15:34 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:15:34 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:23:34 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:23:34 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:31:34 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:31:34 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:34:34 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:34:34 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:36:34 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:36:34 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:44:15 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:44:15 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:52:15 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:52:15 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:55:15 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:55:15 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 04:57:15 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 04:57:15 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:05:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:05:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:13:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:13:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:16:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:16:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:18:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:18:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:26:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:26:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:34:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:34:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:37:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:37:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:39:16 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:39:16 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:47:17 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:47:17 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:55:17 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:55:17 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 05:58:17 PM$ -- (Information)$ [       mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 05:58:17 PM$ -- (Information)$ [       mcoobesv.dll]$ Version: 3.8.705.0
```

McSvHost000.log

```
07/11/2014 06:00:17 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:00:17 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:08:19 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:08:19 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:15:19 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:15:19 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:18:19 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:18:19 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:20:19 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:20:19 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:28:19 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:28:19 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:36:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:36:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:39:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:39:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:41:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:41:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:49:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:49:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 06:57:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 06:57:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:00:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:00:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:02:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:02:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:10:20 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:10:20 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:18:21 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:18:21 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:21:21 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:21:21 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:23:21 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:23:21 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:31:21 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:31:21 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:39:21 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:39:21 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:42:21 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:42:21 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:44:21 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:44:21 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
```

McSvHost000.log

```
07/11/2014 07:52:34 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:52:34 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 07:59:34 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 07:59:34 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:02:34 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:02:34 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:05:35 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:05:35 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:12:36 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:12:36 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:20:36 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:20:36 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:23:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:23:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:25:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:25:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:33:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:33:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:41:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:41:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:44:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:44:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:46:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:46:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 08:54:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 08:54:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:02:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:02:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:05:37 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:05:37 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:07:38 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:07:38 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:15:38 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:15:38 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:23:38 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:23:38 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:26:38 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:26:38 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:28:38 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:28:38 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:36:39 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:36:39 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                    McSvHost000.log
07/11/2014 09:43:43 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:43:43 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:46:43 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:46:43 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:49:44 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:49:44 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 09:57:44 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 09:57:44 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:05:44 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:05:44 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:09:16 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:09:16 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:10:16 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:10:16 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:18:52 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:18:52 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:26:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:26:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:29:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:29:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:31:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:31:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:39:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:39:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:47:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:47:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:50:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:50:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 10:52:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 10:52:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:00:53 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:00:53 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:08:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:08:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:11:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:11:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:13:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:13:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:21:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:21:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:29:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:29:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
```

McSvHost000.log

```
07/11/2014 11:32:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:32:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:34:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:34:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:42:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:42:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:50:54 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:50:54 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:53:55 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:53:55 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/11/2014 11:55:55 PM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/11/2014 11:55:55 PM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:03:55 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:03:55 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:10:56 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:10:56 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:13:57 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:13:57 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:15:57 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:15:57 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:23:57 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:23:57 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:31:10 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:31:10 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:34:10 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:34:10 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:37:10 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:37:10 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:45:10 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:45:10 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:53:11 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:53:11 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:56:11 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:56:11 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 12:58:11 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 12:58:11 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:06:11 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:06:11 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:14:11 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:14:11 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:17:12 AM$ -- (Information)$ [    mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:17:12 AM$ -- (Information)$ [    mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                    McSvHost000.log
07/12/2014 01:19:12 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:19:12 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:27:12 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:27:12 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:35:12 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:35:12 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:38:12 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:38:12 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:40:12 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:40:12 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:48:12 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:48:12 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:56:13 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:56:13 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 01:59:13 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 01:59:13 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:01:13 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:01:13 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:09:14 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:09:14 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:16:14 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:16:14 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:19:14 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:19:14 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:21:14 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:21:14 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:29:14 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:29:14 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:37:15 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:37:15 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:40:15 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:40:15 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:42:15 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:42:15 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:49:58 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:49:58 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 02:57:59 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 02:57:59 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:00:59 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:00:59 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:02:59 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:02:59 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                    McSvHost000.log
07/12/2014 03:11:32 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:11:32 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:18:32 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:18:32 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:21:33 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:21:33 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:23:33 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:23:33 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:31:33 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:31:33 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:39:33 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:39:33 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:42:33 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:42:33 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:44:33 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:44:33 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 03:52:34 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 03:52:34 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:00:34 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:00:34 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:03:34 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:03:34 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:05:34 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:05:34 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:12:35 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:12:35 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:20:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:20:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:23:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:23:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:25:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:25:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:33:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:33:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:41:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:41:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:44:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:44:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:46:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:46:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 04:54:36 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName:
c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 04:54:36 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                   McSvHost000.log
07/12/2014 05:02:37 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:02:37 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:05:37 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:05:37 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:07:37 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:07:37 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:15:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:15:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:23:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:23:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:26:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:26:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:28:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:28:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:36:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:36:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:44:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:44:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:47:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:47:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:49:17 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:49:17 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 05:57:18 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 05:57:18 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:05:18 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:05:18 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:08:19 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:08:19 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:10:19 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:10:19 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:17:19 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:17:19 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:25:19 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:25:19 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:28:19 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:28:19 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:30:19 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:30:19 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:38:20 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:38:20 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:46:20 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:46:20 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                     McSvHost000.log
07/12/2014 06:49:20 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:49:20 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:51:20 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:51:20 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 06:59:20 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 06:59:20 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:07:03 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:07:03 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:10:04 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:10:04 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:12:04 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:12:04 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:20:04 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:20:04 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:28:04 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:28:04 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:31:04 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:31:04 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:33:04 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:33:04 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:41:04 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:41:04 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:49:05 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:49:05 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:52:05 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:52:05 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 07:54:05 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 07:54:05 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:02:05 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:02:05 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:09:06 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:09:06 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:12:06 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:12:06 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:14:06 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:14:06 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:22:06 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:22:06 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:30:07 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:30:07 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:33:07 AM$ -- (Information)$ [        mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:33:07 AM$ -- (Information)$ [        mcoobesv.dll]$ Version: 3.8.705.0
```

```
                              McSvHost000.log
07/12/2014 08:35:07 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:35:07 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:43:07 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:43:07 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:51:07 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:51:07 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:54:07 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:54:07 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 08:56:07 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 08:56:07 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:04:07 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:04:07 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:12:08 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:12:08 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:15:08 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:15:08 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:17:08 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:17:08 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:25:08 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:25:08 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:32:50 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:32:50 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:35:50 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:35:50 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:37:51 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:37:51 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:45:51 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:45:51 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:53:51 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:53:51 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:56:51 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:56:51 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 09:58:51 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 09:58:51 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:06:51 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:06:51 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:13:52 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:13:52 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:16:53 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:16:53 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:18:53 AM$ -- (Information)$ [     mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:18:53 AM$ -- (Information)$ [     mcoobesv.dll]$ Version: 3.8.705.0
```

```
                                   McSvHost000.log
07/12/2014 10:26:53 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:26:53 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:34:53 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:34:53 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:37:53 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:37:53 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:39:53 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:39:53 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:47:53 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:47:53 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:55:54 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:55:54 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 10:58:54 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 10:58:54 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 11:00:54 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 11:00:54 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 11:08:54 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 11:08:54 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 11:16:54 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 11:16:54 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 11:19:54 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 11:19:54 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 11:21:54 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
07/12/2014 11:21:54 AM$ -- (Information)$ [      mcoobesv.dll]$ Version: 3.8.705.0
07/12/2014 11:29:55 AM$ -- (Information)$ [      mcoobesv.dll]$ GetModuleFileName: c:\PROGRA~1\COMMON~1\mcafee\oobe\mcoobesv.dll
```