# ATTACHMENT 12

