THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>                              Defendant. | No.  CR 11-70RAJ<br><br>DEFENDANT'S AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING ON MOTION TO SUPPRESS<br><br>**EVIDENTIARY HEARING:**<br>**June 1-2, 2016** |

Defendant Roman Seleznev, through his attorneys, John Henry Browne and Emma C. Scanlan, submits the following list of exhibits he intends to introduce at the hearing on his motion to suppress evidence:

### EXHIBITS

| Exhibit | Description | Reference |
|---|---|---|
| 101 | Terry Lahman Digital Forensics Report | |
| 102 | Terry Lahman Curriculum Vitae | Lahman Report, Exhibit A |
| 103 | Image: Winlogon Software Registry Key | Lahman Report, Exhibit C |

DEFENSE AMENDED EXHIBIT LIST
FOR EVIDENTIARY HEARING ON
MOTION TO SUPPRESS - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

| Exhibit | Description | Reference |
|---|---|---|
| 104 | Image: Winlogon LastUsedUsername | Lahman Report, Exhibit D |
| 105 | Image: UsnJrnl Overwrite Changes 7/7/2014 19:47 UTC | Lahman Report, Exhibit E |
| 106 | Image: Operational Event Log Entries – stored entries | Lahman Report, Exhibit F |
| 107 | Image: Application Event Log – missing entries 7/7/2014 19:46 UTC | Lahman Report, Exhibit G |
| 108 | Image: Terminal Services, LocalSessionManager – missing entry | Lahman Report, Exhibit H |
| 109 | Image: Security Event Log – no entries 7/7/2014 19:46 UTC | Lahman Report, Exhibit I |
| 110 | Image: Application Event Log – 6/27/2014 | Lahman Report, Exhibit J |
| 111 | Image: Terminal Services, LocalSessionManager – 6/27/2014 | Lahman Report, Exhibit K |
| 112 | Image: Security Event Log – 6/27/2014 | Lahman Report, Exhibit L |
| 113 | Image:  Prefetch Files – 7/7/2014 19:46 UTC | Lahman Report, Exhibit M |
| 114 | Image: Prefetch File and Last Run for CSRSS.EXE – 7/7/2014 19:46 UTC | Lahman Report, Exhibit N |
| 115 | Image: USnJrnl Entry for CSRSS.EXE Prefetch File Data Write Change | Lahman Report, Exhibit O |
| 116 | Image: Prefetch File and Last Run for DWM.EXE – 7/7/2014 19:46 UTC | Lahman Report, Exhibit P |
| 117 | Image: USnJrnl Entry for DWM.EXE Prefetch File Data Write Change | Lahman Report, Exhibit Q |

DEFENSE AMENDED EXHIBIT LIST
FOR EVIDENTIARY HEARING ON
MOTION TO SUPPRESS - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

| Exhibit | Description | Reference |
|---|---|---|
| 118 | Image: Prefetch File and Last Run for LOGONUI.EXE – 7/7/2014 19:46 UTC | Lahman Report, Exhibit R |
| 119 | Image: USnJrnl Entry for LOGONUI.EXE Prefetch File Data Write Change | Lahman Report, Exhibit S |
| 120 | Image: Prefetch File and Last Run for VESMGRSUB.EXE – 7/7/2014 19:46 UTC | Lahman Report, Exhibit T |
| 121 | Image: USnJrnl Entry for VESMGRSUB.EXE Prefetch File Data Write Change | Lahman Report, Exhibit U |
| 122 | Image: Prefetch File and Last Run for WINLOGON.EXE – 7/7/2014 19:47 UTC | Lahman Report, Exhibit V |
| 123 | Image: USnJrnl Entry for WINLOGON.EXE Prefetch File Data Write Change | Lahman Report, Exhibit W |
| 124 | Image: Prefetch File and Last Run for FACSMON.EXE – 7/7/2014 19:46 UTC | Lahman Report, Exhibit X |
| 125 | Image: USnJrnl Entry for FACSMON.EXE Prefetch File Data Write Change | Lahman Report, Exhibit Y |
| 126 | Image: System.evtx Event Log – previous system shutdown 4:14:54 on 14.07.2014 | Lahman Report, Exhibit Z |
| 127 | Image: System.evtx Event Log – file system repair 5/20/2016 | Lahman Report, Exhibit AA |
| 128 | Image: System.evtx Event Log – computer start 6/27/2014 | Lahman Report, Exhibit AB |
| 129 | Image: Event Log – unexpected shutdown 6/27/2014 | Lahman Report, Exhibit AC |
| 130 | Image: System.evtx Event Log – BugCheck 6/27/2014 | Lahman Report, Exhibit AD |
| 131 | Image: SYSTEM Registry Key – 6/27/2014 | Lahman Report, Exhibit AE |

DEFENSE AMENDED EXHIBIT LIST
FOR EVIDENTIARY HEARING ON
MOTION TO SUPPRESS - 3

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

| Exhibit | Description | Reference |
|---|---|---|
| 132 | Image: System.evtx Event Log – 6/27/2014 | Lahman Report, Exhibit AF |
| 133 | Image: Three Files Modified 8/1/2014 | Lahman Report, Exhibit AG |
| 134 | Image: UsnJrnl Files Modified 7/14/2014 | Lahman Report, Exhibit AH |
| 135 | Eric Blank Report of Investigation (without exhibits) | |
| 136 | Jump List | |
| 137 | Discover Dumps – Word Document | |
| 138 | Image: File Access Dates – Graph View | |
| 139 | Image: Microsoft Word Recent Files Folder | |
| 140 | USSS Evidence Vault Logs – two vaults | USSS_EVID_FORMS_0000093-95 |
| 141 | Agent Mills' Notes | Motion to Suppress, Exhibit 3 |
| 142 | Agent Mills' Report | Motion to Suppress, Exhibit 5 |
| 143 | Agent Mills' Supplemental Report | Motion to Suppress, Exhibit 4 |

DATED this 31st day of May, 2016.

Respectfully submitted,

s/ *John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677

s/ *Emma C. Scanlan*
EMMA C. SCANLAN, WSBA #37835

DEFENSE AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING ON MOTION TO SUPPRESS - 4

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

LAW OFFICES OF JOHN HENRY BROWNE, PS
Attorneys for Roman Seleznev
200 Delmar Building
108 South Washington Street
Seattle, WA  98104
206.388.0777 fax: 206.388.0780
Email:  johnhenry@jhblawyer.com
emma@jhblawyer.com

DEFENSE AMENDED EXHIBIT LIST
FOR EVIDENTIARY HEARING ON
MOTION TO SUPPRESS - 5

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

CERTIFICATE OF SERVICE UPON CLIENT

I, LORIE HUTT, hereby certify that on this 31st day of May, 2016, I served this pleading on Roman Seleznev by regular U.S. mail addressed to Roman Seleznev, #04385-096, Sea-Tac Federal Detention Center, PO Box 13900, Seattle, WA 98198.

s/ *Lorie J. Hutt*
Lorie J. Hutt, Administrative Assistant

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*s/Emma C. Scanlan*
Emma C. Scanlan, WSBA #37835

DEFENSE AMENDED EXHIBIT LIST
FOR EVIDENTIARY HEARING ON
MOTION TO SUPPRESS - 6

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780