The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROMAN V. SELEZNEV,

Defendant.

NO. CR11-0070RAJ

**GOVERNMENT'S AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS**

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Norman M. Barbosa and Seth Wilkinson, Assistant United States Attorneys for said District, and Harold Chun, Trial Attorney, Computer Crimes and Intellectual Property Section, hereby submits the following list of exhibits it intends to introduce at the hearing on defendant's motion to suppress:

1. Sony Vaio Laptop Computer
2. Main Vault Evidence Log
3. ECTF Evidence Vault Log
4. Chain of Custody Log
5. Photograph of Sample Splash Screen
6. Photographs of Sony Vaio Laptop Computer and Solid State Drive
7. E-mail dated July 30, 2014

GOVERNMENT'S AMENDED EXHIBIT LIST FOR HEARING ON
DEFENDANT'S MOTION TO SUPPRESS/CR11-0070RAJ
Seleznev - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 8. | E-mail dated January 15, 2015 |
| 9. | Agent David Mills - FTK Imaging Notes |
| 10. | Agent David Mills – Examination Notes |
| 11. | Declaration of Ovie Carroll |
| 12. | CSEnabled Registry Key – Carroll Attachment 6 |
| 13. | Microsoft Windows DHCP Client Admin Event Log – Carroll Attachment 4 |
| 14. | Microsoft Windows Network Profile Operational Event Log – Carroll Attachment 2 |
| 15. | Microsoft Windows WLAN AutoConfig Operational Event Log – Carroll Attachment 3 |
| 16. | Network Registry Key – Carroll Attachment 1 |
| 17. | Security Event Log – Carroll Attachment 7 |
| 18. | System Resource Usage Monitor Report – Carroll Attachment 8 |
| 19. | User Profile Information |
| 20. | User Profile |
| 21. | USN Journal Post Logoff – Carroll Attachment 9 |
| 22. | Windows Update Log – Carroll Attachment 5 |
| 23. | Agent David Mills – Report of Examination |
| 24. | Agent David Mills – Supplemental Report of Examination |
| 25. | Windows System Event Log ID 6006 – Carroll Attachment 11 |
| 26. | LastShutDown – Carroll Attachment 12 |
| 27. | Report of Ovie Carroll, Director, Department of Justice Cybercrime Laboratory |
| 28. | Airline Tickets for Monday July 7, 2014 – David Iacovetti |

GOVERNMENT'S AMENDED EXHIBIT LIST FOR HEARING ON
DEFENDANT'S MOTION TO SUPPRESS/CR11-0070RAJ
Seleznev - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     DATED this 1st day of June, 2016.

2 Respectfully submitted,

4 ANNETTE L. HAYES
United States Attorney

6
7 LESLIE R. CALDWELL
Assistant Attorney General

9 *s/ Norman M. Barbosa*
10 NORMAN M. BARBOSA

11 *s/ Seth Wilkinson*                      *s/ Harold Chun*
12 SETH WILKINSON                       HAROLD CHUN
                                                                       Trial Attorney
13 Assistant United States Attorneys      Computer Crime and Intellectual
14 700 Stewart Street, Suite 5220          Property Section
Seattle, Washington 98101-1271        1301 New York Avenue, NW
15 Email: Norman.Barbosa@usdoj.gov     Washington, D.C. 20530
Email: Seth.Wilkinson@usdoj.gov       Email: Harold.Chun@usdoj.gov
16

GOVERNMENT'S AMENDED EXHIBIT LIST FOR HEARING ON
DEFENDANT'S MOTION TO SUPPRESS/CR11-0070RAJ
Seleznev - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

*s/ Jacqueline Masonic*
JACQUELINE MASONIC
Supervisory Legal Admin Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-0755
Email:  Jackie.Masonic@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST FOR HEARING ON DEFENDANT'S MOTION TO SUPPRESS/CR11-0070RAJ
Seleznev - Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970