Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the United States' Motion for Leave to File an Overlength Brief in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #333) is GRANTED. The United States may file a memorandum in response to defendant's motion to suppress not to exceed 20 pages.

DATED this 1st day of June, 2016.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge