The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN V. SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>ORDER TO SEAL |

Having read Exhibit 1 of the Response to the Motion to Suppress in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that Exhibit 1 of the Response to the Motion to Suppress be allowed to remain under seal, and the court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #335) is GRANTED. Exhibit 1 of the Response to the Motion to Suppress in this matter shall remain sealed.

DATED this 1st day of June, 2016.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
Seleznev/CR11-0070RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970