THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>    Defendant. | No.  CR 11-70RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF |

The Court, having received and reviewed the Defendant's Motion to File Overlength Brief, and based on all of the other records and files in this prosecution, and good cause appearing,

It is hereby ORDERED that Defendant's Motion to File Overlength Brief (Dkt. #337) is GRANTED.

DATED this 1st day of June, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEEFENDANT'S
MOTION TO FILE OVERLENGTH BRIEF - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780