The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROMAN V. SELEZNEV,<br>Defendant. | NO. CR11-0070RAJ<br>**GOVERNMENT'S SECOND AMENDED EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS** |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Norman M. Barbosa and Seth Wilkinson, Assistant United States Attorneys for said District, and Harold Chun, Trial Attorney, Computer Crimes and Intellectual Property Section, hereby submits the following list of exhibits it intends to introduce at the hearing on defendant's motion to suppress:

1. Sony Vaio Laptop Computer
2. Main Vault Evidence Log
3. ECTF Evidence Vault Log
4. Chain of Custody Log
5. Photograph of Sample Splash Screen
6. Photographs of Sony Vaio Laptop Computer and Solid State Drive
7. E-mail dated July 30, 2014

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. E-mail dated January 15, 2015
9. Agent David Mills - FTK Imaging Notes
10. Agent David Mills – Examination Notes
11. Declaration of Ovie Carroll
12. CSEnabled Registry Key – Carroll Attachment 6
13. Microsoft Windows DHCP Client Admin Event Log – Carroll Attachment 4
14. Microsoft Windows Network Profile Operational Event Log – Carroll Attachment 2
15. Microsoft Windows WLAN AutoConfig Operational Event Log – Carroll Attachment 3
16. Network Registry Key – Carroll Attachment 1
17. Security Event Log – Carroll Attachment 7
18. System Resource Usage Monitor Report – Carroll Attachment 8
19. User Profile Information
20. User Profile
21. USN Journal Post Logoff – Carroll Attachment 9
22. Windows Update Log – Carroll Attachment 5
23. Agent David Mills – Report of Examination
24. Agent David Mills – Supplemental Report of Examination
25. Windows System Event Log ID 6006 – Carroll Attachment 11
26. LastShutDown – Carroll Attachment 12
27. Report of Ovie Carroll, Director, Department of Justice Cybercrime Laboratory
28. Airline Tickets for Monday July 7, 2014 – David Iacovetti
29. Reserved
30. Reserved
31. Report of Eric Blank

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

32. Reserved
33. Reserved
34. Exhibit C to Report of Eric Blank – Access Date times
35. Agent Mills' Examination Report List of Windows Shortcuts
36. Exhibit D to Report of Eric Blank – Recent Folder List (Condensed)
37. User Credentials File 1BACK14MAY
38. Exhibit 1 to Defendant's Reply Brief - Winlogon Registry Key
39. Reserved
40. Reserved
41. Last Event ID 4624 logon in Security Event Log
42. WinLogon Entries on Seleznev Computer
43. USN vs Application Event Log
44. USN vs Security Event Log
45. USN Journal and Last Modified Files for July 14, 2014 and August 1, 2014
46. Prefetch Examples
47. SRUM Network Data Useage
48. WinLogon Entries Changed by System Without User Log In
49. USN Journal Before and After LNK Access Time
50. SRUM Entries After 7/5/2014
51. SRUM Energy Useage
52. Hiberfile Date
53. Guam to UTC Time Conversion

///

///

///

///

///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 2nd day of June, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

LESLIE R. CALDWELL
Assistant Attorney General

*s/ Norman M. Barbosa*
NORMAN M. BARBOSA

*s/ Seth Wilkinson*
SETH WILKINSON

Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Email: Norman.Barbosa@usdoj.gov
Email: Seth.Wilkinson@usdoj.gov

*s/ Harold Chun*
HAROLD CHUN
Trial Attorney
Computer Crime and Intellectual Property Section
1301 New York Avenue, NW
Washington, D.C. 20530
Email: Harold.Chun@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST FOR HEARING ON DEFENDANT'S MOTION TO SUPPRESS/CR11-0070RAJ
Seleznev - Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Dru Mercer*
DRU MERCER
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-2502

GOVERNMENT'S AMENDED EXHIBIT LIST FOR HEARING ON DEFENDANT'S MOTION TO SUPPRESS/CR11-0070RAJ
Seleznev - Page 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970