## United States of America v. Roman Seleznev
## CR11-70RAJ

## EVIDENTIARY HEARING EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | Sony Vaio Laptop Computer | A | 06-01-2016 | |
| 2 | Main Vault Evidence Log | A | 06-02-2016 | |
| 3 | ECTF Evidence Vault Log | A | 06-02-2016 | |
| 4 | Chain of Custody Log | A | 06-01-2016 | |
| 5 | Photograph of Sample Splash Screen | A | 06-02-2016 | |
| 6 | Photographs of Sony Vaio Laptop Computer and Solid State Drive | A | 06-02-2016 | |
| 7 | Email dated July 30, 2014 | A | 06-02-2016 | |
| 8 | Email dated January 15, 2015 | A | 06-02-2016 | |
| 9 | Agent David Mills – FTK Imaging Notes | A | 06-02-2016 | |
| 10 | Agent David Mills – Examination Notes | A | 06-02-2016 | |
| 11 | Declaration of Ovie Carroll | | | |
| 12 | CSEnabled Registry Key | | | |
| 13 | Microsoft Windows DHCP Client Admin Event Log | | | |
| 14 | Microsoft Windows Network Profile Operational Event Log | A | 06-02-2016 | |
| 15 | Microsoft Windows WLAN AutoConfig Operational Event Log | A | 06-02-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 16 | Network Registry Key | A | 06-02-2016 | |
| 17 | Security Event Log | A | 06-02-2016 | Conditionally admitted on 06-01-2016; fully admitted on 06-02-2016 |
| 18 | System Resource Usage Monitor Report | A | 06-02-2016 | |
| 19 | User Profile Information | A | 06-02-2016 | |
| 20 | User Profile | A | 06-02-2016 | |
| 21 | USN Journal Post Logoff | A | 06-02-2016 | |
| 22 | Windows Update Log | A | 06-02-2016 | |
| 23 | Agent David Mills – Report of Examination | A | 06-02-2016 | |
| 24 | Agent David Mills – Supplemental Report of Examination | A | 06-02-2016 | |
| 25 | Windows System Event Log ID 6006 | | | |
| 26 | LastShutDown | | | |
| 27 | Report of Ovie Carroll, Director, Department of Justice Cybercrime Laboratory | A | 06-02-2016 | |
| 28 | Airline Tickets for July 7, 2014 – Agent David Iacovetti | A | 06-01-2016 | |
| 29 | NOT USED | | | |
| 30 | NOT USED | | | |
| 31 | Report of Eric Blank | | | |
| 32 | NOT USED | | | |
| 33 | NOT USED | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 34 | Exhibit C to Report of Eric Blank – Access Date Times | | | |
| 35 | Agent Mills' Examination Report List of Windows Shortcuts | A | 06-02-2016 | Conditionally admitted on 06-01-2016; fully admitted on 06-02-2016 |
| 36 | Exhibit D to Report of Eric Blank – Recent Folder List (Condensed) | A | 06-01-2016 | |
| 37 | User Credentials File 1BACK14MAY | | | |
| 38 | Exhibit 1 to Defendant's Reply Brief – Winlogon Registry Key | | | |
| 39 | NOT USED | | | |
| 40 | NOT USED | | | |
| 41 | Last Event ID 4624 Logon in Security Event Log | A | 06-02-2016 | |
| 42 | WinLogon Entries on Seleznev Computer | A | 06-02-2016 | |
| 43 | USN vs Application Event Log | A | 06-02-2016 | |
| 44 | USN vs Security Event Log | A | 06-02-2016 | |
| 45 | USN Journal and Last Modified Files for July 14, 2014 and August 1, 2014 | A | 06-02-2016 | |
| 46 | Prefetch Examples | | | |
| 47 | SRUM Network Data Usage | A | 06-02-2016 | |
| 48 | WinLogon Entries Changed by System Without User Log In | A | 06-02-2016 | |
| 49 | USN Journal Before and After LNK Access Time | A | 06-02-2016 | |
| 50 | SRUM Entries After July 5, 2014 | A | 06-02-2016 | |
| 51 | SRUM Energy Usage | A | 06-02-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 52 | Hiberfile date | A | 06-02-2016 | |
| 53 | Guam to UTC Time Conversion | A | 06-02-2016 | |
| | | | | |
| | | | | |
| 101 | Terry Lahman Digital Forensics Report | | | |
| 102 | Terry Lahman Curriculum Vitae | | | |
| 103 | Image: Winlogon Software Registry Key | A | 06-01-2016 | |
| 104 | Image: Winlogon LastUsedUsername | A | 06-01-2016 | |
| 105 | Image: UsnJrnl Overwrite Changes 7/7/2014 19:47 UTC | A | 06-01-2016 | |
| 106 | Image: Operational Event Log Entries – stored entries | A | 06-01-2016 | |
| 107 | Image: Application Event Log – missing entries 7/7/2014 19:46 UTC | A | 06-01-2016 | |
| 108 | Image: Terminal Services, LocalSessionManager – missing entry | A | 06-01-2016 | |
| 109 | Image: Security Event Log – no entries 7/7/2014 19:46 UTC | A | 06-01-2016 | |
| 110 | Image: Application Event Log – 6/27/2014 | A | 06-01-2016 | |
| 111 | Image: Terminal Services, LocalSessionManager – 6/27/2014 | A | 06-01-2016 | |
| 112 | Image: Security Event Log – 6/27/2014 | A | 06-01-2016 | |
| 113 | Image: Prefetch Files – 7/7/2014 19:46 UTC | A | 06-01-2016 | |
| 114 | Image: Prefetch File and Last Run for CSRSS.EXE –7/7/2014 19:46 UTC | A | 06-01-2016 | |
| 115 | Image: USnJrnl Entry for CSRSS.EXE Prefetch File Data Write Change | A | 06-01-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 116 | Image: Prefetch File and Last Run for DWM.EXE – 7/7/2014 19:46 UTC | A | 06-01-2016 | |
| 117 | Image: USnJrnl Entry for DWM.EXE Prefetch File Data Write Change | A | 06-01-2016 | |
| 118 | Image: Prefetch File and Last Run for LOGONUI.EXE – 7/7/2014 19:46 UTC | A | 06-01-2016 | |
| 119 | Image: USnJrnl Entry for LOGONUI.EXE Prefetch File Data Write Change | A | 06-01-2016 | |
| 120 | Image: Prefetch File and Last Run for VESMGRSUB.EXE – 7/7/2014 19:46 UTC | A | 06-01-2016 | |
| 121 | Image: USnJrnl Entry for VESMGRSUB.EXE Prefetch File Data Write Change | A | 06-01-2016 | |
| 122 | Image: Prefetch File and Last Run for WINLOGON.EXE – 7/7/2014 19:47 UTC | A | 06-01-2016 | |
| 123 | Image: USnJrnl Entry for WINLOGON.EXE Prefetch File Data Write Change | | | |
| 124 | Image: Prefetch File and Last Run for FACSMON.EXE – 7/7/2014 19:46 UTC | | | |
| 125 | Image: USnJrnl Entry for FACSMON.EXE Prefetch File Data Write Change | | | |
| 126 | Image: System.evtx Event Log – previous system shutdown 4:14:54 on 14.07.2014 | A | 06-01-2016 | |
| 127 | Image: System.evtx Event Log – file system repair 5/20/2016 | | | |
| 128 | Image: System.evtx Event Log – computer start 6/27/2014 | | | |
| 129 | Image: Event Log – unexpected shutdown 6/27/2014 | | | |
| 130 | Image: System.evtx Event Log – BugCheck 6/27/2014 | | | |
| 131 | Image: SYSTEM Registry Key – 6/27/2014 | | | |
| 132 | Image: System.evtx Event Log – 6/27/2014 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 133 | Image: Three Files Modified 8/1/2014 | A | 06-01-2016 | |
| 134 | Image: UsnJrnl Files Modified 7/14/2014 | A | 06-01-2016 | |
| 135 | Eric Blank Report of Investigation (without exhibits) | | | |
| 136 | Jump List | A | 06-01-2016 | |
| 137 | Discovery Dumps – Word Document | A | 06-01-2016 | |
| 138 | Image: File Access Dates – Graph View | | | |
| 139 | Image: Microsoft Word Recent Files Folder | | | |
| 140 | USSS Evidence Vault Logs – Two Vaults | | | |
| 141 | Agent Mills' Notes | | | |
| 142 | Agent Mills' Report | | | |
| 143 | Agent Mills' Supplemental Report | | | |