THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROMAN SELEZNEV, <br> Defendant. | No. CR 11-70RAJ <br><br> DEFENDANT'S EXHIBIT LIST FOR TRIAL |

Defendant Roman Seleznev, through his attorneys, John Henry Browne and Emma C. Scanlan, submits the following list of exhibits he may introduce at trial:

| Exhibit | Description |
|---|---|
| 101 | Modified Dates – Sony Vaio |
| 102 | Access Dates – Sony Vaio |
| 103 | Discover Dumps – Sony Vaio |
| 104 | Recent Folder List – Sony Vaio |
| 105 | FTK Report, Recent Access – Sony Vaio |
| 106 | Image: File Access Dates, Graph View – Sony Vaio |
| 107 | Image: Microsoft Word Recent Files Folder – Sony Vaio |

DATED this 15th day of July, 2016.

Respectfully submitted,

s/ *John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677

DEFENSE EXHIBIT LIST
FOR TRIAL (CR11-70RAJ) - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                s/ *Emma C. Scanlan*
                EMMA C. SCANLAN, WSBA #37835

                LAW OFFICES OF JOHN HENRY BROWNE, PS
                Attorneys for Roman Seleznev
                200 Delmar Building
                108 South Washington Street
                Seattle, WA  98104
                206.388.0777 fax: 206.388.0780
                Email:  johnhenry@jhblawyer.com
                        emma@jhblawyer.com

DEFENSE EXHIBIT LIST
FOR TRIAL (CR11-70RAJ) - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*s/Emma C. Scanlan*
Emma C. Scanlan, WSBA #37835

DEFENSE EXHIBIT LIST
FOR TRIAL (CR11-70RAJ) - 3

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780