The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ROMAN V. SELEZNEV,

      Defendant,

NO. CR11-0070RAJ

**GOVERNMENT'S PROPOSED
VOIR DIRE**

Trial Date:   August 15, 2016

17
18
19
20
21
22
23
24
25
26
27
28

      The United States submits the following proposed voir dire questions in the above-captioned matter.

      1.     Have any of you heard of this case or the defendant, Roman Seleznev, before today?

      2.     Do any of you personally know any of the attorneys, the defendant, or witnesses in this case?  (Court or counsel to read witness lists.)

      3.     Have any of you ever been a juror in a civil or criminal case?

            a.     If so, was the jury able to reach a verdict?

      4.     Have any of you ever served on a grand jury?

      5.     Have any of you been involved in any lawsuit involving the federal government?

*United States v. Roman v. Seleznev, 11-0070RAJ*
Government's Proposed Voir Dire/ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1    6.    Have any of your relatives been involved in any lawsuit involving the

2  federal government?

3    7.    Have any of your close friends been involved in any lawsuit involving the

4  federal government?

5    8.    Have any of you ever been charged with, or investigated for, a criminal

6  offense?

7    9.    Have any of your relatives ever been charged with, or investigated for, a

8  criminal offense?

9    10.    Have any of your close friends, ever been charged with, or investigated for,

10  a criminal offense?

11    11.    Have you ever had a particularly positive experience with any law

12  enforcement personnel, either local, state, or federal?

13    12.    Have you ever had a particularly negative experience with any law

14  enforcement personnel, either local, state, or federal?

15    13.    Have any of you ever been a witness in a criminal case?

16    14.    Other than for minor traffic offenses and dissolutions, have any of you had

17  to appear in court for any reason?

18    15.    Are any of you employed in law enforcement?

19    16.    Are any of your relatives employed in law enforcement?

20    17.    Are any of your close friends employed in law enforcement?

21    18.    Are any of you a criminal defense lawyer or employed by a criminal

22  defense lawyer or law firm?

23    19.    Are any of your relatives a criminal defense lawyer or employed by a

24  criminal defense lawyer or law firm?

25    20.    Are any of your close friends a criminal defense lawyer or employed by a

26  criminal defense lawyer or law firm?

27    21.    Are any of you employed by a court?

28

*United States v. Roman v. Seleznev, 11-0070RAJ*
Government's Proposed Voir Dire/ - 2

22. Are any of your relatives employed by a court?

23. Are any of your close friends employed by a court?

24. Do any of you have any family emergencies needing your immediate attention that would cause you to not be able to concentrate on the proceedings in court?

25. Do any of you need special accommodation to allow you to concentrate on the proceedings in court for an extended period of time?

26. Have any of you had a negative experience with, or do you hold strong opinions about, the United States government that would prevent you from being fair and impartial in this case?

27. Have any of you had a particularly positive experience with the United States Secret Service?

28. Have any of you had a negative experience with, or do you hold strong opinions about, the United States Secret Service, that would prevent you from being fair and impartial in this case?

29. Have you, a relative, or a close friend, ever worked for the United States Secret Service?

30. Do any of you, or your family members or close friends, work in the restaurant industry?

31. Do any of you have particular familiarity with credit card companies?

32. Do any of you have particular familiarity with banks?

33. Do any of you have particular familiarity with computer programming, computer forensics or computer hacking?

34. Do any of you have particularly strong feelings, either positive or negative, about computer hacking?

35. Do any of you have particular familiarity with network or internet security?

36. Have any of you been the victim of identity theft?

37. Have any of you been the victim of credit card fraud?

*United States v. Roman v. Seleznev, 11-0070RAJ*
Government's Proposed Voir Dire/ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1    38.    Have any of you had a computer infected with malware or a computer

2  virus?

3    39.    Have any of you had one of your personal or work computers accessed by

4  someone outside of your family or workplace without your permission?

5    40.    Are any of you or your relatives or close friends currently employed, or

6  have been previously employed, by any of the following businesses: Broadway Grill in

7  Seattle, WA; Grand Central Baking Company in Seattle, WA; Mad Pizza in Seattle and

8  Tukwila, WA; Village Pizza in Anacortes, WA; Casa Mia Italian Pizzeria in Yelm, WA;

9  Red Pepper Pizza in Duvall, WA; Schlotzky's Deli in Coeur d'Alene, ID; City News

10  Stand locations in Illinois; or Z Pizza locations in California, Montana and Virginia?

11    41.    Do any of you read ,speak, or understand  the Russian language?

12    42.    As a juror, your obligation would be to apply the facts according to the law

13  as given to you by the court.  You must follow the court's instructions on the law, even if

14  you disagree with those instructions.  Is there anyone who would be unable or unwilling

15  to follow the court's instructions if you thought the law was wrong or unfair?

16    43.    Do any of you have any moral, religious, or philosophical beliefs that

17  would prevent you from sitting in judgment of, and returning a verdict against, another

18  person?

19    44.    Do you have any deadlines or emergencies at work that need your

20  immediate attention and would cause you to not be able to concentrate on the proceedings

21  in court?

22

23  //

24

25  //

26

27  //

28

*United States v. Roman v. Seleznev, 11-0070RAJ*
Government's Proposed Voir Dire/ - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1    45.    Can any of you think of any reason that would prevent you from being able

2  to render a fair and impartial verdict based solely on the evidence and the law as the

3  Court will instruct you at the conclusion of this case?

4    DATED this 25th day of July, 2016.

5

6  Respectfully submitted,

7  ANNETTE L. HAYES                    LESLIE R. CALDWELL
   United States Attorney              Assistant Attorney General

8

9  *s/ Norman M. Barbosa*             *s/ Harold Chun*
10 NORMAN M. BARBOSA                  HAROLD CHUN
   Assistant United States Attorney   Trial Attorney
11                                    Computer Crime and Intellectual
12 *s/ Seth Wilkinson*               Property Section
   SETH WILKINSON
13 Assistant United States Attorney

14
   Western District of Washington
15 700 Stewart Street, Suite 5220
16 Seattle, Washington 98101-1271
   Email:  Norman.Barbosa@usdoj.gov
17 Email:  Seth.Wilkinson@usdoj.gov

18

19

20

21

22

23

24

25

26

27

28

*United States v. Roman v. Seleznev, 11-0070RAJ*                    UNITED STATES ATTORNEY
Government's Proposed Voir Dire/ - 5                                700 STEWART STREET, SUITE 5220
                                                                   SEATTLE, WA 98101
                                                                   (206) 553-7970

1

<u>CERTIFICATE OF SERVICE</u>

2

3    I hereby certify that on July 25, 2016, I electronically filed the foregoing with the

4    Clerk of Court using the CM/ECF system which will send notification of such filing to

5    the attorneys of record for the defendant.

6

7                                                          *s/Janet K. Vos*
                                                           JANET K. VOS
8                                                          Paralegal Specialist
9                                                          United States Attorney's Office
                                                           700 Stewart Street, Suite 5220
10                                                         Seattle, Washington 98101-1271
11                                                         Phone: (206) 553-7970
                                                           Fax:   (206) 553-0755
12                                                         E-mail:  Janet.Vos@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Roman v. Seleznev, 11-0070RAJ*
Government's Proposed Voir Dire/ - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970