The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-70 RAJ |
| Plaintiff, | |
| v. | DEFENDANT'S PROPOSED JURY INSTRUCTIONS |
| ROMAN SELEZNEV, | TRIAL DATE: AUGUST 15, 2016 |
| Defendant | |

Defendant Roman Seleznev, by and through his attorneys John Henry Browne and Emma. C Scanlan, proposes that the jury instructions appended to this pleading be given to the jury.

DATED this 25th day of July, 2016.

Respectfully submitted,
s/ *John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677

s/ *Emma C. Scanlan*
EMMA C. SCANLAN, WSBA #37835
LAW OFFICES OF JOHN HENRY BROWNE, PS
Attorneys for Roman Seleznev
200 Delmar Building
108 South Washington Street
Seattle, WA  98104
206.388.0777 fax: 206.388.0780
Email:  johnhenry@jhblawyer.com
          emma@jhblawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*s/Emma C. Scanlan*
Emma C. Scanlan, WSBA #37835

Defense Proposed Instruction No. 1

Instruction No. ___

You are about to hear evidence that the defendant committed other acts not charged here. You may consider this evidence only for its bearing, if any, on the question of the defendant's [intent] [motive] [opportunity] [preparation] [plan] [knowledge] [identity] [absence of mistake] [absence of accident] and for no other purpose. You may not consider this evidence as evidence of guilt of the crime for which the defendant is now on trial.

Ninth Circuit Model Jury Instruction 2.10 (2010)

Defense Proposed Instruction No. 2

Instruction No. ___

You are about to hear evidence that [*describe evidence to be received for limited purpose*]. I instruct you that this evidence is admitted only for the limited purpose of [*describe purpose*] and, therefore, you must consider it only for that limited purpose and not for any other purpose.

Ninth Circuit Model Jury Instruction 2.11 (2010)

Defense Proposed Instruction No. 3

Instruction No. \_\_\_

You have heard evidence that the defendant committed other acts not charged here. You may consider this evidence only for its bearing, if any, on the question of the defendant's [intent] [motive] [opportunity] [preparation] [plan] [knowledge] [identity] [absence of mistake] [absence of accident] and for no other purpose. You may not consider this evidence as evidence of guilt of the crime for which the defendant is now on trial.

Ninth Circuit Model Jury Instruction 4.3 (2010)

Defense Proposed Instruction No. 4

Instruction No. ___

You have heard testimony from Svetlana Zharova, a witness who [received immunity. That testimony was given in exchange for a promise by the government that [the witness will not be prosecuted] [the testimony will not be used in any case against the witness]]; [received [benefits] [compensation] [favored treatment] from the government in connection with this case]; [[admitted being] [was alleged to be] an accomplice to the crime charged. An accomplice is one who voluntarily and intentionally joins with another person in committing a crime];
For [this] [these] reason[s], in evaluating the testimony of Svetlana Zharova, you should consider the extent to which or whether her testimony may have been influenced by [this] [any of these] factor[s]. In addition, you should examine the testimony of Svetlana Zharova with greater caution than that of other witnesses.

Ninth Circuit Model Jury Instruction 4.9 (2010)