The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN V. SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>**GOVERNMENT'S AMENDED EXHIBIT LIST** |

The United States of America, through Annette L. Hayes, United States Attorney for the Western District of Washington, and Norman Barbosa and Seth Wilkinson, Assistant United States Attorneys, and Harold Chun, Trial Attorney, hereby submits this amended list of exhibits it may present in its case-in-chief.  The United States reserves the right to amend this list or to offer additional exhibits as impeachment or rebuttal material.

///

///

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States v. Seleznev - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Ex No. | Description | Admitted |
|---|---|---|
| | **Victim Intrusion Forensic Evidence** | |
| 1.1 | Forensic Evidence Extract : Schlotsky's | |
| 1.2 | Forensic Evidence Extract: Broadway Grill | |
| 1.3 | Forensic Evidence Extract  Mad Pizza First Hill | |
| 1.4 | Forensic Evidence Extract: Mad Pizza Madison Park | |
| 1.5 | Forensic Evidence Extract: Mad Pizza Starfire | |
| 1.6 | Forensic Evidence Extract: Mad Pizza SLU | |
| 1.7 | Forensic Evidence Extract: Casa Mia | |
| 1.8 | Forensic Evidence Extract: Grand Central Baking | |
| 1.9 | Forensic Evidence Extract: Village Pizza | |
| 1.10 | Forensic Evidence Extract: Red Pepper Pizza | |
| 1.10a | Video Demo of Red Pepper Pizza | |
| 1.11 | Track Data From File From Red Pepper Pizza | |
| 1.12 | Extract of RSCA (Malware) Hardcode | |
| 1.13 | Screenshot of Kameo Properties | |
| 1.14 | Photos of Responses to Seattle Victims | |
| 1.15 | Summary of Malware Installation and Mitigation | |
| | **Screen Shots from Bulba.cc** | |
| 2.1 | Bulba.cc Front Page | |
| 2.2 | Track2.name Front Page | |
| 2.3 | Bulba.cc advertisement posts | |
| 2.4 | Bulba.cc search page | |
| 2.5 | Bulba.cc notification of "new feature" | |
| 2.6 | Video of Bulba Website | |
| 2.7 | Bulba.cc Order Screen | |
| 2.8 | Bulba.cc Bin List | |
| 2.9 | Undercover Purchase, Order ID 86653, on Bulba.cc 4/12/2011 | |
| 2.10 | Bulba.cc Support Ticket #21250 | |
| 2.11 | Bulba.cc Support Ticket #20524 | |
| 2.12 | Bulba.cc Support Ticket #20672 | |
| 2.13 | Bulba.cc Support Ticket #24101 | |
| 2.14 | Bulba.cc Support Ticket #25258 | |
| 2.15 | Bulba.cc Support Ticket #27497 | |
| 2.16 | Reserved | |
| 2.17 | Bulba.cc Announcement that Shop is Closing on January 7, 2012 | |

///

///

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States  v. Seleznev - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | Items From Hop One Server | |
|---|---|---|---|
| 1 | 3.1 | Log File "Active Logs" from HopOne Server Listing dump files by victim IP address | |
| 2 | 3.1a | RESERVED | |
| 3 | 3.1b | RESERVED | |
| | 3.1c | RESERVED | |
| 4 | 3.2 | Full log file for Mad Pizza Starfire | |
| 5 | 3.3 | Full log file for Village Pizza | |
| 6 | 3.4 | Internet history re: visits to shmak.fvds.ru | |
| | 3.5 | Internet history re visits to secure.bulba.cc | |
| 7 | 3.6 | Internet history re: visits to secure.track2.name | |
| 8 | 3.7 | Internet history re: visits to track2vip.tv | |
| | 3.8 | Internet history re: visits to Ozon.ru | |
| 9 | 3.9 | Internet history re: visit to fibotradepro.com | |
| 10 | 3.10 | Internet history re: Bing searches for "Track2.tv" and "Track2vip.tv" | |
| 11 | 3.11 | Internet history re: carder.biz | |
| | 3.12 | Cached web page from carder.biz | |
| 12 | 3.13 | Reserved | |
| 13 | 3.14 | Cached web page from carder.biz | |
| | 3.15 | Cached web page from ebaytoday.ru account for Roman Seleznev | |
| 14 | 3.15a | Translation of 3.15 | |
| 15 | 3.16 | Cached web page from Ozon.ru | |
| | 3.16a | Translation of Ex 3.16 | |
| 16 | 3.17 | Cached web page from Ozon.ru | |
| 17 | 3.17a | Translation of 3.17 | |
| | 3.18 | RDP File from My Documents folder on HopOne Server with Finger Lakes Premier Properties IP address | |
| 18 | 3.19 | Page File Data re: romariogro1@mail.ru | |
| 19 | 3.20 | Page File Itinerary for Roman Seleznev flight from Moscow to Bali | |
| | 3.21 | Page File Data re: Roman Seleznev | |
| 20 | 3.22 | Page File Data Re: Roman Seleznev, Alexander Khohlachev, Alexey Smulskiy and Svetlana Smulskaya | |
| 21 | 3.23 | Page File Data Re: Svetlana Selezneva, Eva Selezneva, et al | |
| 22 | 3.24 | Page File Data with flight-itinerary receipt for "Seleznev" and "Gaponov" | |
| 23 | 3.25 | Page File Data Re: Roman Seleznev Svetlana Selezneva, Alexander Khohlachev, and Sergei Nikulnikov | |
| 24 | 3.26 | Page File Data Re: Svetlana Smulskaya, Alexey Smulskiy, Natalia Stepnova, and Eva Selezneva | |
| 25 | 3.27 | Reserved | |
| 26 | 3.28 | Reserved | |
| | 3.29 | Hop One Server Drives | |
| 27 | 3.30 | Hacking Tools from Hop One Server | |
| 28 | 3.31 | Hop One Event Logs – Indonesia | |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States v. Seleznev - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 4 | **Domain Registration Records** | |
|---|---|---|
| 4.1 | Domain Registration for ncux.name | |
| 4.2 | Domain Registration for ncux.asia | |
| 4.3 | Domain Registration for ncux.tv | |
| 4.4 | Domain Registration for Bulba.cc | |
| 4.5 | Domain Registration for Track2.name | |
| 4.6 | Domain Registration for 2pac.cc | |
| 4.7 | Domain Registration Record for PosDumps.com | |
| 4.8 | Domain Registration for Track2.tv | |
| 4.9 | Domain Registration for Track2vip.tv | |
| 4.10 | Domain Registration for Track2.cc | |
| 4.11 | Bulba.cc and Track2.name Reverse IP Lookup | |
| 4.12 | Track2 and Bulba Domain Registration Summary | |
| 4.13 | shmak.fvds.ru Traceroute | |
| 4.14 | nCuX Domain Registration Summary | |
| | **Emails—Boookscafe@yahoo.com** | |
| 5.1 | Yahoo! Business Records reflecting creation of Yahoo! account boookscafe@yahoo.com! | |
| 5.1a | Yahoo! 902 Certification | |
| 5.2 | Yahoo! login records for boookscafe | |
| 5.3 | E-mails from ssav25@rambler.ru to boookscafe@yahoo.com | |
| 5.3a | Translation of 5.3 | |
| 5.4 | E-mails addressed to Roman Seleznev from Vkontakte: | |
| 5.4a | Translations of Exhibit 5.4 | |
| 5.5 | E-mail addressed to Roman Seleznev from Stils.ru | |
| 5.5a | Translation of 5.5 | |
| 5.6 | E-mails addressed to Roman Seleznev from Sendflowers.ru | |
| 5.6a | Translations of Exhibit 5.6 | |
| 5.7 | E-mail from Internet Store Defencer.ru to Roman Seleznev re: Order 607 | |
| 5.7a | Translation of 5.7 | |
| 5.8 | E-mails re: login or user name smaus | |
| 5.8a | Translation of 5.8 | |
| 5.9 | E-mail addressed to nCuX | |
| 5.9a | Translation of 5.9 | |
| 5.10 | E-mails from Reggi.ru Robot | |
| 5.10a | Translations of Exhibit 5.10 | |
| 5.11 | E-mails from FirstVDS | |
| 5.11a | Translation of Exhibit 5.11.1 | |
| 5.12 | E-mails from FirstVDS | |
| 5.13 | E-mail to f32yaris@yahoo.com | |
| 5.14 | E-mail to Christof Paar" | |
| 5.15 | E-mails between "Rick Colho" and boookscafe@yahoo.com r | |
| 5.16 | E-mail from Pokerstars.net | |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States v. Seleznev - Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 5.16a | Translation of 5.16 | |
| 5.17 | E-mail from AmF.ru | |
| 5.17a | Translation of 5.17 | |
| | **Emails—Rubensamvelich@yahoo.com** | |
| 6.1 | Yahoo Business Records reflecting creation of Yahoo! account rubensamvelich@yahoo.com | |
| 6.1a | Yahoo 902 Certification | |
| 6.2 | Login History for RSV Account | |
| 6.3 | Paypal Emails | |
| 6.3a | Translation of 6.3a | |
| 6.4 | NuSphere Emails | |
| 6.5 | Email from Prolexic | |
| 6.6 | Itunes Purchase Emails | |
| 6.7 | Emails evidencing use of "smaus" and "ochko" | |
| 6.8 | Email re: Smaus | |
| 6.8a | Translation of Exhibit 6.8 | |
| 6.9 | Email from Reggi.ru confirming registration of Track2.tv domain | |
| 6.9a | Translation of Exhibit 6.9 | |
| 6.10 | Web Names Emails | |
| 6.10a | Translation of 6.10 | |
| 6.11 | RusTelekom Emails | |
| 6.12 | Reserved | |
| 6.13 | BlackLotus Emails | |
| 6.14 | HostTracker Emails | |
| 6.14a | Translations of Exhibit 6.14 | |
| 6.15 | Liberty Reserve Emails | |
| 6.16 | Messages to Track2 from Carder.su | |
| 6.17 | Purchase of multi-password recovery (cracker) | |
| 6.18 | RESERVED | |
| 6.19 | Email re: Liberty Reserve Account U9614915 | |
| 6.20 | Email re track2.name account | |
| 6.21 | Email from ICQ Acct Service | |
| 6.22 | Emails From Abuse@robodesk | |
| | **Emails-Bulbacc@yahoo.com** | |
| 7.1 | Yahoo! Business Records reflecting creation of Yahoo! account bulbacc@yahoo.com | |
| 7.1a | Yahoo 902 Cert | |
| 7.2 | Yahoo! login records for bulbacc | |
| 7.3 | Emails from WebNames.Ru re: registration | |
| 7.3a | Translation of 7.3 | |
| 7.4 | E-mails from WebNames.Ru re: DNS servers | |
| 7.4a | Translations of Exhibit 7.4 | |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States v. Seleznev - Page 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|  | **nCuX Forum Posts and Registrations** |  |
|---|---|---|
| 8.1 | nCuX Carder Planet Registration Record |  |
| 8.2 | nCuX CardingWorld Registration Record |  |
| 8.3 | nCuX DarkMarket Registration Record |  |
| 8.4 | nCuX Carder.su Registration Record |  |
| 8.5 | nCuX forum thread on Carder.su |  |
| 8.6 | nCuX forum post on Carder.su |  |
| 8.7 | nCuX forum post on CardingWorld |  |
| 8.7a | Translation of 8.7 |  |
|  | **Track2 Forum Posts and Registrations** |  |
| 8.8 | Track2 Carder.su Profile Page 9/26/2009 |  |
| 8.8a | Translation of 8.8 |  |
| 8.9 | Track2 Forum thread on Carder.su 9/26/2009 |  |
| 8.9a | Translation of 8.9 |  |
| 8.10 | Track2 forum thread on Carder.su 12/4/2009 |  |
| 8.11 | Track2 forum post on Carde.su 5/20/2010 |  |
| 8.12 | Track2 forum post on Carder.su 6/7/2010 |  |
| 8.13 | Track2 forum post on Carder.su 7/21/2010 |  |
|  | **2pac Forum Registrations** |  |
| 8.14 | 2pac CarderPro Forum Registration |  |
| 8.15 | 2pac Crimes.ws Forum Registration |  |
| 8.16 | 2pac Verified Forum Registration |  |
| 8.17 | 2pac Vor.cc Forum Registration |  |
|  | **Liberty Reserve Records** |  |
| 9.1 | Registration Records for Liberty Reserve Account U8518741 |  |
| 9.2 | Registration Records for Liberty Reserve Account U0900959 |  |
| 9.3 | Registration Records for Liberty Reserve Account U9614915 |  |
| 9.4 | Registration Records for Liberty Reserve Account U0045772 |  |
| 9.5 | Registration Records for Liberty Reserve Account U4208156 |  |
| 9.6 | Reserved |  |
| 9.7 | Registration Records for Liberty Reserve Account U2286723 |  |
| 9.8 | Registration Records for Liberty Reserve Account U1429380 |  |
| 9.9 | Registration Records for Liberty Reserve Account U6282588 |  |
| 9.10 | Liberty Reserve Transaction Records |  |
| 9.11 | Summary of Liberty Reserve Records |  |
| 9.12 | Liberty Reserve User IP History for Account U8518741 |  |
| 9.13 | Liberty Reserve Transaction History for Account U8518741 |  |
| 9.14 | Liberty Reserve User IP History for Account U0900959 |  |
| 9.15 | Liberty Reserve User IP History for Account U9614915 |  |
| 9.16 | Liberty Reserve Transaction History for Account U9614915 |  |
| 9.17 | Liberty Reserve User IP History for Account U0045772 |  |
| 9.18 | Liberty Reserve Transaction History for Account U0045772 |  |
| 9.19 | Liberty Reserve User IP History for Account U4208156 |  |
| 9.20 | Liberty Reserve Transaction History for Account U4208156 |  |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States  v. Seleznev - Page 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 9.21 | Liberty Reserve User IP History for Account U2286723 | |
| 9.22 | Liberty Reserve Transaction History for Account U2286723 | |
| 9.23 | Liberty Reserve User IP History for Account U1429380 | |
| 9.24 | Liberty Reserve Transaction History for Account U1429380 | |
| 9.25 | Liberty Reserve User IP History for Account U6282588 | |
| 9.26 | Liberty Reserve Transaction History for Account U6282588 | |
| | **2Pac Screen Shots** | |
| 10.1 | Screenshots from 7/8/14 Undercover | |
| 10.2 | Screenshots from 7/10/14 Undercover | |
| 10.3 | Screenshots From 8/14/14 Undercover | |
| 10.4 | Undercover purchase on 2PAC | |
| 10.5 | Dumps Purchased on 2PAC | |
| 10.6 | Additional Screenshots From 7/10/14 Undercover | |
| 10.7 | Postings on 2Pac Feedback Page | |
| 10.7a | Translation of 10.7 | |
| 10.8 | Screenshots from 2/23/14 Undercover | |
| | **Screen Shots from PosDumps.com** | |
| 11.1 | Pages from site PosDumps.com | |
| 11.2 | Full POS Dumps website | |
| | **Male Operation Photos** | |
| 12.1 | Aerial Photographs of the Maldives | |
| 12.2 | Photographs of Seleznev Apprehension Operation | |
| 12.3 | Photograph of Maldives Immigration Record | |
| 12.4 | Photograph of Seleznev personal items | |
| 12.5 | Photo of Seized Credit Cards | |
| 12.6 | Seleznev's Internal Russian Federation Passport (Bulk Exhibit) | |
| 12.6a | Photos of Seleznev's Internal Russian Federation Passport | |
| 12.6b | Translation of Seleznev's Internal Russian Federation Passport | |
| 12.7 | Seleznev's International Russian Federation Passport (Bulk Exhibit) | |
| 12.7a | Photos of Seleznev's International Russian Federation Passport | |
| 12.7b | Translation of Seleznev's International Russian Federation Passport | |
| 12.8 | Laptop Seized From Seleznev (Bulk Exhibit) | |
| 12.8a | Reserved | |
| 12.9 | Travel Reservation Document | |
| 12.9a | Travel Reservation Document (Translation) | |
| 12.10 | Photographs of Flight to Guam | |

///

///

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States v. Seleznev - Page 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | Items from Roman's Seleznev's Laptop | |
|---|---|---|---|
| 1 | 13.1 | Image of Seleznev's Passport From Laptop | |
| 2 | 13.1a | Metadata for 13.1 | |
| 3 | 13.2 | Image of Seleznev's Credit Card | |
| | 13.2a | Metadata for 13.2 | |
| 4 | 13.3 | Photos of Seleznev With Friends and Woman(2 pages) | |
| 5 | 13.3a | Metadata for 13.3 | |
| | 13.4 | Photo of Seleznev with Wife and Daughter | |
| 6 | 13.4a | Metadata for 13.4 | |
| 7 | 13.5 | Invoice from Atmosphere Resort | |
| | 13.5a | Metadata for 13.5 | |
| 8 | 13.6 | Animated 2Pac Ad from Desktop | |
| | 13.6a | Metadata for 2Pac Ad | |
| 9 | 13.7 | RESERVED | |
| 10 | 13.8 | Image of Hosts File | |
| | 13.8a | Metadata for 13.8 | |
| 11 | 13.9 | Report of Dump Files on Laptop | |
| 12 | 13.10 | Dump File:  WA | |
| | 13.10a | Metadata for 13.10 | |
| 13 | 13.11 | Dump File:  1000 Washington | |
| | 13.11a | Metadata for 13.11 | |
| 14 | 13.12 | User Credentials File "1BACK14MAY.txt" (Text File Containing Login and Password Info) | |
| 15 | 13.12a | User Credentials File "1BACKUP.txt.txt" (Text File Containing Login and Password Info) | |
| 16 | 13.12b | Metadata for 13.12 and 13.12a | |
| 17 | 13.12c | Translation of 13.12 | |
| 18 | 13.12d | Translation of 13.12a | |
| | 13.13 | POS Dumps Website Template | |
| 19 | 13.13a | Metadata for 13.13 | |
| 20 | | | |
| | 13.14 | Recovered image of POS Dumps Diagnostics | |
| 21 | 13.14a | Metadata for 13.14 | |
| 22 | 13.15 | Recovered Image of Bing Search for POS Dumps | |
| | 13.15a | Metadata for 13.15 | |
| 23 | 13.16 | Recovered image of 2pac Whois diagnostics | |
| 24 | 13.16a | Metadata for 13.16 | |
| | 13.17 | Recovered Image of 2Pac Login to InFraud | |
| 25 | 13.17a | Metadata for 13.17 | |
| | 13.18 | Recovered Image of Omerta Website with 2Pac Ad | |
| 26 | 13.18a | Metadata for 13.18 | |
| 27 | 13.19 | Recovered Image of try2check.me | |
| | 13.19a | Metadata for 13.19 | |
| 28 | 13.20 | Recovered Images of PACER searches | |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States  v. Seleznev - Page 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 13.20a | Metadata for 13.20 | |
| 13.21 | Chat with psych0tic | |
| 13.21a | Metadata for 13.21 | |
| 13.22 | Chat with bitcoingambler | |
| 13.22a | Metadata for 13.22 | |
| 13.23 | Chat with black.russian | |
| 13.23a | Metadata for 13.23 | |
| 13.24 | Chat with xxomax | |
| 13.24a | Metadata for 13.24 | |
| 13.25 | Chat with marysnow | |
| 13.25a | Metadata for 13.25 | |
| 13.26 | Chat with cpro | |
| 13.26a | Metadata for 13.26 | |
| 13.27 | Chat with hd@100500.cc | |
| 13.27a | Metadata for 13.27 | |
| 13.28 | Chat with JB | |
| 13.28a | Metadata from 13.28 | |
| 13.29 | Chat with JB | |
| 13.29a | Metadata from 13.29 | |
| 13.30 | Summary of Parsed Search Terms From Laptop | |
| 13.31 | Summary of Firefox Form History from Laptop | |
| 13.32 | Chat with Hohoho | |
| 13.32a | Metadata for 13.32 | |
| 13.33 | Screenshots of Restored Computer | |
| 13.33a | Translation of 13.33 | |
| 13.34 | Reserved | |
| 13.35 | Reserved | |
| 13.36 | Cybercrime and Doing Time | |
| 13.36a | Metadata from 13.36 | |
| 13.37 | Chat With Burgled | |
| 13.37a | Metadata from 13.37 | |
| 13.38 | Chat With Vai2000 | |
| 13.38a | Metadata from 13.38 | |
| 13.39 | Snapshot of Chat Applications | |
| 13.39a | Metadata for 13.39 | |
| 13.40 | Summary of Metadata for Laptop Exhibits | |
| 13.41 | Chat With Zarmax | |
| 13.41a | Metadata for 13.31 | |
| 13.42 | USSS Certified Inventory of Evidence | |
| 13.43 | USSS Evidence Vault Security Access Log | |
| 13.44 | Encase Evidence Pane Screenshot | |
| 13.45 | Firefox Web History re:  POS Dumps | |
| 13.46 | Firefox Stored Credentials | |
| 13.46a | Metadata for 13.36 | |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States  v. Seleznev - Page 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   | **Items from Roman Seleznev's iPhone and iPad** |   |
|---|---|---|
| 14.1 | Images from iPhone | |
| 14.1a | Translation of 14.1 | |
| 14.2 | Reserved | |
| 14.3 | Two photographs of Roman Seleznev | |
| 14.4 | Photographs of Roman Seleznev Passports | |
| 14.5 | Photograph of chat session between "2PAC" and "CapitalZ0ne" | |
| 14.5a | Translation of 14.5 | |
| 14.6 | Reserved | |
| 14.7 | Reserved | |
| 14.8 | Device Information record for iPad | |
| 14.9 | iPad Wireless Network SSID entries | |
| 14.10 | BTC-E e-mails to smaus | |
| 14.10a | Translation of 14.10 | |
| 14.11 | iPhone Emails reflecting use of "smaus" and "ochko" login and passwords | |
| 14.11a | Translation of 14.11 | |
| 14.12 | iPhone E-mails confirming reservation at Kanifushi Hotel | |
| 14.12a | Translation of 14.12 | |
| 14.13 | iPhone E-mails related to Bali, Indonesia property | |
| 14.13a | Translation of 14.13 | |
| 14.14 | iPhone E-mails reflecting use of romariogro1@mail.ru address | |
| 14.14a | Translation of 14.14 | |
| 14.15 | Photographs from iPhone | |
|   | **Business Records** |   |
| 15.1 | Grandbury List of IP Addresses | |
| 15.1a | Grandbury 902 Cert | |
| 15.2 | Western Union Wire Transfer Records | |
| 15.2a | Excerpt of Exhibit 15.2 | |
| 15.2b | Western Union 902 Cert | |
| 15.3 | Reserved | |
| 15.3a | Reserved | |
| 15.4 | Black Lotus Subscriber Records | |
| 15.4a | Black Lotus Service E-mails | |
| 15.4b | Black Lotus 902 Cert | |
| 15.5 | PayPal Records for Account number ***************4042 | |
| 15.5a | PayPal 902 Cert | |
| 15.6 | Reserved | |
| 15.7 | Red Pepper Invoice for New POS System | |
| 15.8 | FDIC Certificates | |
| 15.8a | Certificate of Proof of Insured Status for FDIC Certificates | |
| 15.9 | NCUA Certificates | |
| 15.10 | Reserved | |
| 15.11 | Cloudflare Records of 2pac.cc account | |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States v. Seleznev - Page 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | |
|---|---|---|---|
| 15.11a | Cloudflare 902 Cert | | |
| 15.12 | Grand Central Banking Business Records—Notice of Bank of America Fine | | |
| 15.13 | BOP Trulincs Contact List | | |
| 15.13a | BOP 902 Cert | | |
| 15.14 | NuSphere Records | | |
| 15.15 | NuSphere 902 Certification | | |
| 15.16 | Broadway Grill Records | | |
| | **Other** | | |
| 16.1 | Photos of Seleznev wedding with Gaponov | | |
| 16.2a | Cesar Carranza Laptop | | |
| 16.2 | nCuX111 chat with ubuywerush re – purchase of MSR206 | | |
| 16.3 | nCuX111 chat with ubuywerush re – Hi this is nCuX | | |
| 16.4 | nCuX111 chat re Western Union to Thailand - Liudmila Bochkareva | | |
| 16.5 | Forensic Artifacts from 2pac.cc server | | |
| 16.6 | Loss Summary | | |
| 16a | Financial Institution Victims | | |
| 16b | Summary of Bank Specific Losses | | |
| 16.7 | Screenshot From Spravku.Net | | |
| 16.7a | Translation of 16.7 | | |
| 16.8 | Reserved | | |
| 16.9 | Reserved | | |
| 16.10 | Forensic Evidence Extract:  Cleveland Drive | | |
| 16.11 | Reserved | | |
| 16.12 | Summary of Victim IP Addresses | | |
| 16.13 | Screenshots From Omerta Website | | |
| 16.14 | Summary of Travel From Passport | | |
| | **Demonstrative Exhibits** | | |
| 17.1 | Sample Credit Card | | |
| 17.2 | MSR 206 (bulk exhibits) | | |
| 17.3 | List of Translations Reviewed for Accuracy by Andrei Medvedev | | |
| 17.4 | Global Map With Relevant IP Addresses | | |
| 17.5 | Point of Sale System Diagram | | |
| 17.6 | Diagram of Track2 Infrastructure | | |
| 17.7 | Reserved | | |
| 17.8 | Sample Encase Evidence Pane Screen Shot | | |

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States  v. Seleznev - Page 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 28th day of July, 2016.

Respectfully submitted,

| | |
|---|---|
| ANNETTE L. HAYES<br>United States Attorney | LESLIE R. CALDWELL<br>Assistant Attorney General |
| *s/ Norman M. Barbosa*<br>NORMAN M. BARBOSA<br>Assistant United States Attorney | *s/ Harold Chun*<br>HAROLD CHUN<br>Trial Attorney<br>Computer Crime and Intellectual<br>Property Section |
| *s/ Seth Wilkinson*<br>SETH WILKINSON<br>Assistant United States Attorney | |

Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Email:  Norman.Barbosa@usdoj.gov
Email:  Seth.Wilkinson@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States  v. Seleznev - Page 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

*s/Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
E-mail: Janet.Vos@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST
CR11-0070RAJ United States v. Seleznev - Page 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970