ATTACHMENT A

**Malware Installation and Mitigation Summary**

| Victim | Malware Installed | Malware Updated | Collection Server IP and Location | Mitigation Date | Exhibit |
|---|---|---|---|---|---|
| Schlotzsky's Deli, Couer d'Alene | 4/1/2010 | N/A | 188.120.226.66 (Ukraine) | 5/17/2010 | 1.1 |
| Broadway Grill, Seattle | 10/22/2010 | N/A | 188.95.159.20 (Russia) | 10/29/2010 | 1.2 |
| Mad Pizza First Hill, Seattle | 8/7/2010 | N/A | 188.120.225.66 (Ukraine) | 2/15/2011 | 1.3 |
| Mad Pizza Madison Park, Seattle | 8/26/2010 | N/A | 188.120.225.66 (Ukraine) | 2/15/2011 | 1.4 |
| Mad Pizza Starfire, Tukwila | 11/2/2010 | 11/29/2010 | 188.95.169.20 (Russia) 66.36.240.69 (Virginia) | 2/1/2011 | 1.5 |
| Mad Pizza South Lake Union, Seattle | 8/28/2010 | 12/15/2010 | 188.95.159.20 (Russia) 66.36.240.69 (Virginia) | 2/1/2011 | 1.6 |
| Casa Mia Italian Pizzeria, Yelm | 8/9/2010 | N/A | 188.120.225.66 (Ukraine) | 2/23/2011 | 1.7 |
| Grand Central Baking, Seattle | 10/4/2010 | N/A | 188.120.225.66 (Ukraine) | 1/20/2011 | 1.8 |
| Village Pizza, Anacortes | 9/13/2010 | 12/16/2010 | 188.95.159.20 (Russia) 66.36.240.69 (Virginia) | 3/26/2011 | 1.9 |

```
U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.15
Admitted _____
```

ATTACHMENT B

# Schlotzsky's Deli (Coeur D'Alene, ID)
# Response May 17. 2010

| | Name | Last Accessed | File Created |
|---|---|---|---|
| 1 | shmak2.exe | 04/15/10 10:27:15 | 04/01/10 07:34:12 |
| 2 | sc.exe | 04/15/10 10:26:53 | 12/31/79 23:00:00 |
| 3 | sc.exe | 04/15/10 10:16:06 | 04/16/09 16:35:08 |
| 4 | RemComSvc.exe | 04/15/10 10:26:39 | 04/01/10 07:34:12 |
| 5 | kameo.exe | 05/17/10 10:47:55 | 04/01/10 07:34:16 |
| 6 | sc.exe | 04/15/10 09:05:28 | 04/16/09 16:35:08 |
| 7 | Far | 05/16/10 22:56:51 | 04/01/10 07:30:19 |

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.1
Admitted _____

# Schlotzsky's Deli (Coeur D'Alene, ID)
# Response May 17. 2010

C\WINDOWS\system32\kameo.exe

```
··w#@···@·@·@·@·@·@·@·@·P·@·····················@@··%s:%d -> %s:%d ·http://188.120.225.66/ftm.php···KAMEO·Service·
·%SystemRoot%\system32\cmd.exe /c kameo.exe··KAMEO···\kameo.exe·······|3@······.PAVCInternetException@@····Content
Type: application/x-www-form-urlencoded·····|3@······.?AVtype_info@@···································
```

C\WINDOWS\system32\shmak2.exe

```
···w#@···@·@·@·@·@·@·@·@···················@@··%s:%d -> %s:%d ·http://188.120.225.66/ftm.php···KAMEO·Service·
·%SystemRoot%\system32\cmd.exe /c kameo.exe··KAMEO···\kameo.exe······|3@······PAVCInternetException@@····Content
-Type: application/x-www-form-urlencoded·····|3@······.?AVtype_info@@·································
```

1.1.002

# Schlotzsky's Deli (Coeur D'Alene, ID)
# Response May 17. 2010

POS SERVER\C\WINDOWS\system32\config\SysEvent.Evt



3

1.1.003

# Broadway Grill (Seattle, WA)
# Response October 29, 2010

| Name | Url Name | Internet Artifact Type | Last Modification Time |
|---|---|---|---|
| _REGISTRY_USER_NTUSER_S-1-5-21-3314409579-1582880562-2984944184-1005 | http://shmak.fvds.ru/dtc2.exe | History\Typed URL | 10/22/10 10:29:07 |
| _REGISTRY_USER_NTUSER_S-1-5-21-3314409579-1582880562-2984944184-1005 | http://sendspace.com/ | History\Typed URL | 10/22/10 10:29:07 |

| | Name | Last Accessed | File Created |
|---|---|---|---|
| 1 | SC.EXE-28F2B663.pf | 10/27/10 17:07:05 | 10/22/10 10:21:30 |
| 2 | RMCCAUDT.zip.lnk | 10/27/10 16:34:34 | 10/22/10 10:28:04 |
| 3 | NOTEPAD.EXE-2F2D61E1.pf | 10/27/10 17:25:04 | 10/22/10 10:25:22 |
| 4 | NET1.EXE-02C3403D.pf | 10/29/10 16:03:00 | 10/22/10 10:20:05 |
| 5 | DTC2[1].EXE-015E9502.pf | 10/27/10 17:07:07 | 10/22/10 10:21:38 |
| 6 | NET.EXE-151FD66D.pf | 10/29/10 16:03:00 | 10/22/10 10:20:02 |
| 7 | CMD.EXE-034B0549.pf | 10/29/10 16:09:58 | 10/22/10 10:20:08 |
| 8 | dtca.exe | 10/29/10 13:34:30 | 10/22/10 10:21:30 |
| 9 | DTCA.EXE-1B852CEB.pf | 10/27/10 17:07:07 | 10/22/10 10:21:40 |

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.2
Admitted _____

# Broadway Grill (Seattle, WA)
# Response October 29, 2010

D\WINDOWS\dtca.exe

```
|.........................................................................
|............Y+@...@·@·@·ª·@·|·@·|·@....................open....sc.exe··delete ·ErrorCode:%d
| ···@@··%s:%d -> %s:%d ·http://188.95.159.20/ftm.php····StartService····CreateService···Dist
|ributed Transaction Client·· %SystemRoot%\system32\cmd.exe /c dtca.exe··OPENSERVICE:····DTC·
|OPENSCMANAGER:···.EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVICE··AfterDELETE·
|kameo···zameo···hameo···!PathFile···AfterSYS····\dtca.exe···\system32···\hameo.exe··\zameo.e
|xe··\kameo.exe··AfterKILL···hameo.exe···zameo.exe···kameo.exe···TRY·ENTER···Ì3@······.PAVCInt
|ernetException@@····Content-Type: application/x-www-form-urlencoded·············Ì3@······.?AV
|type_info@@·················································································
|.........................................................................
```

| User | RID | LM-Password | NT-Password |
|---|---|---|---|
| Administrator | 500 | \<Disabled> | \<Empty> |
| Guest | 501 | \<Disabled> | \<Disabled> |
| SUPPORT_388945a0 | 1002 | \<Disabled> | ?????????????? |
| HelpAssistant | 1004 | IN^0RPQOKFN6WQ | In^0RpqoKFn6WQ |
| Station | 1005 | MARTHA$2010 | Martha$2010 |
| support | 1007 | APPLIEDSBC | appliedsbc |
| QBDataServiceUser... | 1008 | FI@'=3('EU$09Q | FI@'=3('eu$09q |

2

1.2.002

# Mad Pizza First Hill(Seattle)
# Response Feb 15, 2011

| | Name | Last Accessed | File Created |
|---|---|---|---|
| 1 | PWDUMP.EXE-230A72F4... | 08/07/10 21:48:01 | 08/07/10 21:47:23 |
| 2 | pwdump6-2.0.0-beta-ex... | 08/07/10 21:48:16 | 08/07/10 21:46:31 |
| 3 | DTCA.EXE-04E5FFF3.pf | 02/15/11 10:16:00 | 08/07/10 20:12:07 |
| 4 | DTC.EXE-36BEB45A.pf | 08/07/10 20:12:05 | 08/07/10 20:12:05 |
| 5 | SC.EXE-012262AF.pf | 08/07/10 20:11:57 | 08/07/10 20:11:57 |
| 6 | dtca.exe | 02/15/11 10:15:50 | 08/07/10 20:11:56 |
| 7 | REMCOMSVC.EXE-04407... | 08/07/10 20:11:54 | 08/07/10 20:11:54 |
| 8 | dtc.exe | 08/07/10 20:11:55 | 08/07/10 20:11:49 |
| 9 | RemComSvc.exe | 08/07/10 20:11:51 | 08/07/10 20:11:49 |
| 10 | LAN OBSERVER.EXE-020... | 08/07/10 20:11:32 | 08/07/10 20:11:32 |
| 11 | REMCOM.EXE-30901E55.pf | 08/07/10 20:11:54 | 08/07/10 20:11:26 |
| 12 | PACK.EXE-004DE3B9.pf | 08/07/10 20:11:18 | 08/07/10 20:11:18 |
| 13 | NET1.EXE-029B9DB4.pf | 08/08/10 23:05:56 | 08/07/10 20:10:05 |
| 14 | NET.EXE-01A53C2F.pf | 08/08/10 23:05:56 | 08/07/10 20:10:02 |
| 15 | PwDump.exe | 01/29/11 21:08:19 | 08/07/10 21:47:07 |
| 16 | sc.exe | 08/07/10 20:11:56 | 08/04/04 05:00:00 |

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.3
Admitted _____

# Mad Pizza First Hill(Seattle)
# Response Feb 15, 2011

C:\WINDOWS\dtca.exe

```
........................................................................
................................................................y)·@···@·@·@·
·∂·@·|·@···@······················open·····sc.exe··delete··@@··%s:%d·->·%s:%d··http
·://188.120.225.66/ftm.php···Distributed Transaction Client··%SystemRoot%\system3
·2\cmd.exe·/c·dtca.exe···DTC·.EXE····kameo···zameo···hameo···\dtca.exe···\system3
·2···\hameo.exe··\zameo.exe··\kameo.exe··hameo.exe···zameo.exe··kameo.exe·······
·Ã3@······.PAVCInternetException@@····Content-Type: application/x-www-form-urlenco
·ded·············Ã3@······.?AVtype_info@@······································
........................................................................
```

C:\WINDOWS\system32\dtc.exe

```
........................................................................
................................................................y)·@···@·@·@·
·∂·@·|·@···@······················open·····sc.exe··delete··@@··%s:%d·->·%s:%d··http
·://188.120.225.66/ftm.php···Distributed Transaction Client··%SystemRoot%\system3
·2\cmd.exe·/c·dtca.exe···DTC·.EXE····kameo···zameo···hameo···\dtca.exe···\system3
·2···\hameo.exe··\zameo.exe··\kameo.exe··hameo.exe···zameo.exe··kameo.exe·······
·Ã3@······.PAVCInternetException@@····Content-Type: application/x-www-form-urlenco
·ded·············Ã3@······.?AVtype_info@@······································
```

| User | RID | LM-Password | NT-Password | LM-Hash |
|---|---|---|---|---|
| ☐ FireFly Support | 500 | 911FIRE | 911fire | B05A3449EF6C025CAAD3B435B51404EE |
| ☐ Guest | 501 | <Disabled> | <Disabled> | 00000000000000000000000000000000 |
| ☑ SUPPORT_388945a0 | 1002 | <Disabled> | ?????????????? | 00000000000000000000000000000000 |
| ☐ Administrator | 1004 | 4PHOENIX | 4Phoenix | FC8B2E565DC8E97AC187B8085FE1D9DF |
| ☐ posuser | 1005 | PASSWORD | password | E52CAC67419A9A224A3B108F3FA6CB6D |
| ☑ HelpAssistant | 1011 | ?????????????? | ?????????????? | 38267D73C14045EEF9DB4986C574A959 |

2

1.3.002

# Mad Pizza Madison Park (Seattle)
# Response Feb 15, 2011

| Name | Url Name | Internet Artifact Type | Profile Name | Last Accessed | File Name |
|------|----------|------------------------|--------------|---------------|-----------|
| index.dat | http://shmak.fvds.ru/pack.exe | History\Visited Link | FireFly Support | 08/26/10 10:31:22 | |

| | Name | Last Accessed | File Created |
|---|------|---------------|--------------|
| 1 | dtca.exe | 02/15/11 11:01:15 | 08/26/10 10:32:53 |
| 2 | dtc.exe | 08/26/10 10:32:52 | 08/26/10 10:32:51 |
| 3 | RemComSvc.exe | 08/26/10 10:32:51 | 08/26/10 10:32:51 |
| 4 | sc.exe | 08/26/10 10:32:53 | 08/04/04 05:00:00 |

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.4
Admitted

# Mad Pizza Madison Park (Seattle)
# Response Feb 15, 2011

C\WINDOWS\dtca.exe

```
· · · · · · · ·y)@···@·@·@·@·@·|·@···@······················open····sc.exe··delete··@@··%s:%d -> %
s:%d ·http://188.120.225.66/ftm.php···Distributed Transaction Client··%SystemRoot%\system3
2\cmd.exe /c dtca.exe···DTC·.EXE····kameo···zameo···hameo···\dtca.exe···\system32···\hameo
.exe··\zameo.exe··\kameo.exe·hameo.exe··zameo.exe···kameo.exe·······Ã3@·····.PAVCInterne
tException@@····Content-Type: application/x-www-form-urlencoded············Ã3@······?AVty
pe info@@··············································································
```

C\WINDOWS\system32\dtc.exe

```
·········y)@···@·@·@·@·@·|·@···@······················open····sc.exe··delete··@@··%s:%d -> %
s:%d ·http://188.120.225.66/ftm.php···Distributed Transaction Client··%SystemRoot%\system3
2\cmd.exe /c dtca.exe···DTC·.EXE····kameo···zameo···hameo···\dtca.exe···\system32···\hameo
.exe··\zameo.exe··\kameo.exe·hameo.exe··zameo.exe···kameo.exe·······Ã3@·····.PAVCInterne
tException@@····Content-Type: application/x-www-form-urlencoded············Ã3@······?AVty
pe info@@··············································································
```

| User | RID | LM-Password | NT-Password | LM-Hash |
|---|---|---|---|---|
| Administrator | 1004 | 4PHOENIX | 4Phoenix | FC8B2E565DC8E97AC187B8085FE1D9DF |
| FireFly Support | 500 | 911FIRE | 911fire | B05A3449EF6C025CAAD3B435B51404EE |
| Guest | 501 | \<Disabled\> | \<Disabled\> | 00000000000000000000000000000000 |
| SUPPORT_388945a0 | 1002 | \<Disabled\> | ?????????????? | 00000000000000000000000000000000 |
| HelpAssistant | 1012 | ?????????????? | ?????????????? | 73998D611F8C60373D04E41DAFD167F8 |
| posuser | 1005 | PASSWORD | password | E52CAC67419A9A224A3B108F3FA6CB6D |

1.4.002

# Mad Pizza Starfire (Tukwila, WA)
# Response Feb 1, 2011

| Name | Last Accessed | Url Name | File Name | Internet Artifact Type | Profile Name |
|------|---------------|----------|-----------|------------------------|--------------|
| index.dat | 11/29/10 00:46:38 | http://shmak.fvds.ru/dtc4.exe | | History\Daily | FireFly Support |
| index.dat | 11/29/10 00:46:38 | shmak.fvds.ru | | History\Daily | FireFly Support |
| dtc4[1].exe | 11/29/10 00:46:35 | http://shmak.fvds.ru/dtc4.exe | dtc4[1].exe | Cache\Code | firefly support |
| dtc2[1].exe | 11/02/10 02:51:35 | http://shmak.fvds.ru/dtc2.exe | dtc2[1].exe | Cache\Code | firefly support |
| index.dat | 11/29/10 00:46:38 | http://shmak.fvds.ru/dtc4.exe | | History\Visited Link | FireFly Support |

| | Name | Last Accessed |
|---|------|---------------|
| 1 | sc.exe | 11/29/10 00:46:38 |
| 2 | dtc4[1].exe | 11/29/10 00:46:38 |
| 3 | dtc2[1].exe | 11/02/10 02:51:37 |
| 4 | rsca.exe | 01/30/11 21:34:04 |

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.5
Admitted _____

# Mad Pizza Starfire (Tukwila, WA)
# Response Feb 1, 2011

Documents and Settings\FireFly Support\Local Settings\Temporary Internet
Files\Content.IE5\81SGPUM3\dtc2[1].exe

```
················open····sc.exe··delete ·ErrorCode:%d ···@@··%s:%d -> %s:%d ·http://188.95.159.20/ftm.php····StartS
ervice····CreateService···Distributed Transaction Client··%SystemRoot%\system32\cmd.exe /c dtca.exe··-OPENSERVICE:
····DTC·OPENSCMANAGER:··.EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVICE··AfterDELETE·kameo···zameo
·hameo···!PathFile··AfterSYS ····\dtca.exe··-\system32···\hameo.exe··-\zameo.exe··-\kameo.exe··AfterKILL···hameo.ex
e··-zameo.exe··-kameo.exe···TRY·ENTER···Ì3@·······PAVCInternetException@@····Content-Type: application/x-www-form-u
rlencoded··············Ì3@·······?AVtype_info@@·································································
```

Documents and Settings\FireFly Support\Local Settings\Temporary Internet
Files\Content.IE5\RT9CNAJG\dtc4[1].exe

```
;················open····sc.exe··delete ·ErrorCode:%d ···@@··%s:%d -> %s:%d ·http://66.36.240.69/ftm.php·StartServ:
)ce····CreateService···Registry System Client··%SystemRoot%\system32\cmd.exe /c rsca.exe···OPENSERVICE:····RSCA···
%OPENSCMANAGER:··.EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVICE··AfterDELETE·"Distributed Transact:
}on Client"····DTC·dtca····!PathFile··AfterSYS····\rsca.exe···\system32···\dtca.exe··AfterKILL···dtca.exe····TRY·
!ENTER···Ì3@·······PAVCInternetException@@····Content-Type: application/x-www-form-urlencoded··············Ì3@·······'
$AVtype_info@@··································································································
```

C:\WINDOWS\rsca.exe

```
················open····sc.exe··delete ·ErrorCode:%d ···@@··%s:%d -> %s:%d ·http://66.36.240.69/ftm.php·StartServi
ce····CreateService···Registry System Client··%SystemRoot%\system32\cmd.exe /c rsca.exe···OPENSERVICE:····RSCA···
OPENSCMANAGER:··.EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVICE··AfterDELETE·"Distributed Transacti
on Client"····DTC·dtca····!PathFile··AfterSYS····\rsca.exe···\system32···\dtca.exe··AfterKILL···dtca.exe····TRY·
ENTER···Ì3@·······PAVCInternetException@@····Content-Type: application/x-www-form-urlencoded··············Ì3@·······?
AVtype_info@@··································································································
```

WINDOWS\system32\sc.exe

| User | RID | LM-Password | NT-Password | LM-Hash |
|------|-----|-------------|-------------|---------|
| FireFly Support | 500 | 911FIRE | 911fire | B05A3449EF6C025CAAD3B435B51404EE |
| Guest | 501 | <Disabled> | <Disabled> | 00000000000000000000000000000000 |
| SUPPORT_388945a0 | 1002 | <Disabled> | ?????????????? | 00000000000000000000000000000000 |
| Administrator | 1004 | 4PHOENIX | 4Phoenix | FC8B2E565DC8E97AC187B8085FE1D9DF |
| posuser | 1005 | PASSWORD | password | E52CAC67419A9A224A3B108F3FA6CB6D |
| HelpAssistant | 1006 | ?????????????? | ?????????????? | 588274DB582550A194CBF5E1EE755CFF |

1.5.002

# Mad Pizza South Lake Union (Seattle)
# Response Feb 1, 2011

| Name | Url Name | Internet Artifact Type | Profile Name | Last Accessed | File Name |
|------|----------|------------------------|--------------|---------------|-----------|
| dtc2[1].exe | http://shmak.fvds.ru/dtc2.exe | Cache\Code | firefly support | 08/28/10 21:48:09 | dtc2[1].exe |
| index.dat | http://shmak.fvds.ru/dtc4.exe | History\Visited Link | FireFly Support | 12/15/10 04:27:18 | |
| index.dat | http://shmak.fvds.ru/dtc4.exe | History\Daily | FireFly Support | 12/15/10 04:27:18 | |
| dtc4[1].exe | http://shmak.fvds.ru/dtc4.exe | Cache\Code | firefly support | 12/15/10 04:27:14 | dtc4[1].exe |

| | Name | Last Accessed | File Created |
|---|------|---------------|--------------|
| 1 | dtc4[1].exe | 12/15/10 04:27:18 | 12/15/10 04:27:13 |
| 2 | telnet.exe | 08/28/10 21:48:40 | 08/04/04 05:00:00 |
| 3 | net.exe | 08/28/10 21:48:36 | 08/04/04 05:00:00 |
| 4 | net1.exe | 08/28/10 21:48:36 | 08/04/04 05:00:00 |
| 5 | dtc2[1].exe | 08/28/10 21:48:11 | 08/28/10 21:48:01 |

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.6
Admitted _____

# Mad Pizza South Lake Union (Seattle)
# Response Feb 1, 2011

C:\Documents and Settings\FireFly Support\Local Settings\Temporary Internet Files\Content.IE5\JG1PDHCG\dtc4[1].exe

```
................................................................................
................................................................+@···-@·@·@·
ß·@·|·@·|·@·····················open····sc.exe··delete·ErrorCode:%d···@@··%s:%
d·->·%s:%d··http://66.36.240.69/ftm.php·StartService····CreateService···Registry
·System·Client··%SystemRoot%\system32\cmd.exe·/c·rsca.exe···OPENSERVICE:····RSCA
····OPENSCMANAGER:··.EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVI
CE··AfterDELETE·"Distributed·Transaction·Client"····DTC·dtca····!PathFile···Afte
rSYS····\rsca.exe···\system32···\dtca.exe··AfterKILL···dtca.exe····TRY·ENTER···
Ì3@·······PAVCInternetException@@····Content-Type:·application/x-www-form-urlenco
ded·············Ì3@·······?AVtype_info@@·····································
```

C:\Documents and Settings\FireFly Support\Local Settings\Temporary Internet Files\Content.IE5\Q61HXI17\dtc2[1].exe

```
................................................................................
................................................................Y+@···-@·@·@·
ß·@·|·@·|·@·····················open····sc.exe··delete·ErrorCode:%d···@@··%s:%
d·->·%s:%d··http://188.95.159.20/ftm.php····StartService····CreateService···Dist
ributed·Transaction·Client··%SystemRoot%\system32\cmd.exe·/c·dtca.exe···OPENSERV
ICE:····DTC·OPENSCMANAGER:··.EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFOREST
ARTSERVICE··AfterDELETE·kameo···zameo···hameo···!PathFile···AfterSYS····\dtca.ex
e···\system32···\hameo.exe··\zameo.exe··\kameo.exe··AfterKILL···hameo.exe···zame
o.exe··kameo.exe···TRY·ENTER···Ì3@······PAVCInternetException@@····Content-Type
:·application/x-www-form-urlencoded··············Ì3@·······?AVtype_info@@········
................................................................................
```

| User | RID | LM-Passw... | NT-Password | LM-Hash | NT-Hash |
|------|-----|-------------|-------------|---------|---------|
| FireFly Support | 500 | 911FIRE | 911fire | B05A3449EF6C025CAAD3B435B51404EE | 86901938E7A2F046445089E64228B322 |
| Guest | 501 | <Disabled> | <Disabled> | 00000000000000000000000000000000 | 00000000000000000000000000000000 |
| SUPPORT_38... | 1002 | <Disabled> | ??????????... | 00000000000000000000000000000000 | EF28DBFD5C6125C907C2DE751BEC71D6 |
| Administrator | 1004 | 4PHOENIX | 4Phoenix | FC8B2E565DC8E97AC187B8085FE1D9DF | EE9043B6FD73A743175AE67CD923E58B |
| posuser | 1005 | PASSWORD | password | E52CAC67419A9A224A3B108F3FA6CB... | 8846F7EAEE8FB117AD06BDD830B7586C |
| HelpAssistant | 1012 | ??????????... | ??????????... | 22A2EE5182DB9E43570960B22F72E7CB | FF5469A1DF77FBA524F1B79S9A3F3F7C |

1.6.002

# Casa Mia (Yelm)
# Response Feb 23, 2011

| Name | Url Name | Internet Artifact Type | Profile Name | Last Accessed | File Name |
|------|----------|------------------------|--------------|---------------|-----------|
| index.dat | http://shmak.fvds.ru/pack.exe | History\Daily | FireFly Support | 08/09/10 00:31:40 | |
| index.dat | http://shmak.fvds.ru/pack.exe | History\Visited Link | FireFly Support | 08/09/10 00:31:40 | |
| index.dat | shmak.fvds.ru | History\Daily | FireFly Support | 08/09/10 00:31:40 | |

| | Name | Last Accessed | File Created |
|---|------|---------------|--------------|
| 1 | dtca.exe | 02/23/11 10:27:33 | 08/09/10 00:32:25 |
| 2 | dtc.exe | 08/09/10 00:32:24 | 08/09/10 00:32:20 |
| 3 | RemComSvc.exe | 08/09/10 00:32:21 | 08/09/10 00:32:20 |
| 4 | net.exe | 08/09/10 00:29:25 | 08/04/04 05:00:00 |
| 5 | net1.exe | 08/09/10 00:29:25 | 08/04/04 05:00:00 |
| 6 | sc.exe | 08/09/10 00:32:25 | 08/04/04 05:00:00 |

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.7
Admitted

# Casa Mia (Yelm)
# Response Feb 23, 2011

C\WINDOWS\dtca.exe

```
············y)@···@·@·@·@·@·|·@···@····················open·····sc.exe··delete··@@··%s:%d ->
%s:%d ·http://188.120.225.66/ftm.php···Distributed Transaction Client··%SystemRoot%\system3
2\cmd.exe /c dtca.exe···DTC·.EXE····kameo···zameo···hameo···\dtca.exe···\system32···\hameo.e
xe··\zameo.exe··\kameo.exe··hameo.exe···zameo.exe···kameo.exe·······Ä3@······PAVCInternetExc
eption@@····Content-Type: application/x-www-form-urlencoded·············Ä3@······?AVtype_inf
o@@··························································································
```

C\WINDOWS\system32\dtc.exe

```
············y)@··@·@·@·@·@·|·@···@····················open·····sc.exe··delete··@@··%s:%d ->
%s:%d ·http://188.120.225.66/ftm.php···Distributed Transaction Client··%SystemRoot%\system3
2\cmd.exe /c dtca.exe···DTC·.EXE····kameo···zameo···hameo···\dtca.exe···\system32···\hameo.e
xe··\zameo.exe··\kameo.exe··hameo.exe···zameo.exe···kameo.exe·······Ä3@······PAVCInternetExc
eption@@····Content-Type: application/x-www-form-urlencoded·············Ä3@······?AVtype_inf
o@@··························································································
```

| User | RID | LM-Passw... | NT-Password | LM-Hash |
|------|-----|-------------|-------------|---------|
| ☐ FireFly Support | 500 | 911FIRE | 911fire | B05A3449EF6C025CAAD3B435B51404EE |
| ☐ Guest | 501 | <Disabled> | <Disabled> | 00000000000000000000000000000000 |
| ☑ SUPPORT_38... | 1002 | <Disabled> | ??????????... | 00000000000000000000000000000000 |
| ☐ Administrator | 1004 | 4PHOENIX | 4Phoenix | FC8B2E565DC8E97AC187B8085FE1D9DF |
| ☑ HelpAssistant | 1012 | ??????????... | ??????????... | 3308917967BA4163D534F98A8CB088D2 |
| ☐ posuser | 1013 | PASSWORD | password | E52CAC67419A9A224A3B108F3FA6CB... |

2

1.7.002

# Grand Central Baking Company(Seattle)
# Response January 20, 2011

| Name | Url Name | Internet Artifact Type | Last Modification Time |
|---|---|---|---|
| _REGISTRY_USER_NT USER_S-1-5-21-73586283-179605362-725345543-1003 | http://188.120.225.66/shmak.exe | History\Typed URL | 10/04/10 17:38:17 |

| | Name | Last Accessed | File Created |
|---|---|---|---|
| 1 | FarRus.hlf | 01/15/11 02:08:25 | 03/29/06 08:29:12 |
| 2 | Far.exe | 01/15/11 02:08:25 | 03/29/06 08:29:10 |
| 3 | Far | 01/15/11 02:08:26 | 10/22/09 17:40:59 |
| 4 | FarEng.hlf | 01/15/11 02:08:25 | 03/29/06 08:29:12 |

C\Unallocated Clusters

```
g$@···@·@·@·@·@·@·@·@·@···················@@·%s:%d -> %s:%d ·http://188
.120.225.66/ftm.php···KAMEO Service···%SystemRoot%\system32\cmd.exe /c
kameo.exe··KAMEO···\kameo.exe·····Œ 3@·····.PAVCInternetException@@····Content-Type:
application/x-www-
form@@·······················································································
··············
```

C\Unallocated Clusters

```
http://rarlab.com/rar/FarManager170.exe
```

C\Unallocated Clusters
Last Accessed
File Created
Last Written
Entry Modified

```
http://188.120.225.66/shmak.exe
```

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.8
Admitted _____

# Grand Central Baking Company(Seattle)
# Response January 20, 2011

| User | RID | LM-Passw... | NT-Password | LM-Hash |
|---|---|---|---|---|
| Administrator | 500 | <Disabled> | <Empty> | 00000000000000000000000000000000 |
| Guest | 501 | <Disabled> | <Disabled> | 00000000000000000000000000000000 |
| HelpAssistant | 1000 | ??????????... | ??????????... | 16491435EB693DA38432F7C84EB396B2 |
| SUPPORT_388945a0 | 1002 | <Disabled> | ??????????... | 00000000000000000000000000000000 |
| microssvc | 1003 | MICROSSVC | microssvc | 8FDE5A2D54848D8BD468F9FB11A613AF |
| IUSR_MICROS01 | 1004 | ??????????... | ??????????... | 52509911336151284655C5F4ED1A676B |
| IWAM_MICROS01 | 1005 | ??????????... | ??????????... | 75473D81BF338446F6480FEA9F7BB605 |
| ASPNET | 1006 | ??????????... | ??????????... | 033833B7289AADEE5669B67FCDEE70... |

1.8.002

# Village Pizza (Anacortes, WA)
# Response March 26, 2011

| | Name | Last Accessed | File Created |
|---|---|---|---|
| 1 | rsca.exe | 02/09/11 23:20:57 | 12/16/10 02:20:46 |
| 2 | RemComSvc.exe | 02/09/11 12:25:58 | 09/13/10 00:32:05 |
| 3 | dtc2.exe | 02/09/11 12:25:42 | 09/13/10 00:32:05 |
| 4 | dtc4.exe | 02/09/11 12:25:42 | 12/16/10 02:20:44 |

1

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 1.9
Admitted _____

# Village Pizza (Anacortes, WA)
# Response March 26, 2011

C\RECYCLER\S-1-5-21-2807227950-3203723743-2968607139-1004\rsca.exe

```
·············)+@···@·@·@·ð·@·|·@·|·@···················open·····sc.exe··delete··ErrorCode:%d
···@@··%s:%d -> %s:%d·http://66.36.240.69/ftm.php·StartService····CreateService···Registry
System Client··%SystemRoot%\system32\cmd.exe /c rsca.exe···OPENSERVICE:····RSCA····OPENSCMA
NAGER:···EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVICE··AfterDELETE·"Distrib
uted Transaction Client"····DTC·dtca····!PathFile··AfterSYS····\rsca.exe···\system32···\dtc
a.exe···AfterKILL···dtca.exe····TRY·ENTER···Ì3@······.PAVCInternetException@@····Content-Type
:·application/x-www-form-urlenced··············Ì3@······.?AVtype_info@@····················
```

C\RECYCLER\S-1-5-21-2807227950-3203723743-2968607139-1004\dtc2.exe

```
············Y+@···@·@·@·ð·@·|·@·|·@····················open·····sc.exe··delete··ErrorCode:%d
···@@··%s:%d -> %s:%d·http://188.95.159.20/ftm.php····StartService····CreateService··Dist
ributed Transaction Client··%SystemRoot%\system32\cmd.exe /c dtca.exe···OPENSERVICE:····DTC·
OPENSCMANAGER:···EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVICE··AfterDELETE·
kameo···zameo···hameo····!PathFile··AfterSYS····\dtca.exe···\system32···\hameo.exe··\zameo.e
xe··\kameo.exe··AfterKILL···hameo.exe···zameo.exe···kameo.exe···TRY·ENTER···Ì3@······.PAVCInt
ernetException@@····Content-Type: application/x-www-form-urlenced··············Ì3@······.?AV
type_info@@··················································································
```

C\RECYCLER\S-1-5-21-2807227950-3203723743-2968607139-1004\dtc4.exe

```
············)+@···@·@·@·ð·@·|·@·|·@····················open·····sc.exe··delete··ErrorCode:%d
···@@··%s:%d -> %s:%d·http://66.36.240.69/ftm.php····StartService····CreateService··Registry
System Client··%SystemRoot%\system32\cmd.exe /c rsca.exe···OPENSERVICE:····RSCA····OPENSCMA
NAGER:···EXE····AfterBIND···BeforeBIND··ELSE!Thread·BEFORESTARTSERVICE··AfterDELETE·"Distrib
uted Transaction Client"····DTC·dtca····!PathFile··AfterSYS····\rsca.exe···\system32···\dtc
a.exe···AfterKILL···dtca.exe····TRY·ENTER···Ì3@······.PAVCInternetException@@····Content-Type
:·application/x-www-form-urlenced··············Ì3@······.?AVtype_info@@····················
```

| User | RID | LM-Password | NT-Password |
|------|-----|-------------|-------------|
| ☐ FireFly Support | 500 | 911FIRE | 911fire |
| ☐ Guest | 501 | <Disabled> | <Disabled> |
| ☑ SUPPORT_388945a0 | 1002 | <Disabled> | ?????????????? |
| ☐ Administrator | 1004 | 4PHOENIX | 4Phoenix |
| ☐ posuser | 1005 | PASSWORD | password |
| ☑ HelpAssistant | 1007 | ?????????????? | ?????????????? |

2

ATTACHMENT C

| Domain Name | Registrar | Creation Date | Name | Registered E-mail Address | Phone Number |
|---|---|---|---|---|---|
| track2.name | Regtime Ltd. | 3/3/2010 | Alexey Davydov | rubensamvelich@yahoo.com | 74956516588 |
| bulba.cc | Regtime Ltd. | 4/26/2010 | Valentin Chinakov | bulbacc@yahoo.com | 74956516581 |
| track2.cc | UK2 Group Ltd. | 3/23/2009 | Nikolay Ivanov | babavasya@mail.ru | 7.87395E+11 |
| track2.tv | Reggi.ru | 9/10/2009 | Ruben Samvelych | rubensamvelich@yahoo.com | 74951111110 |
| track2vip.tv | Reggi.ru | 10/3/2009 | Ruben Samvelych | rubensamvelich@yahoo.com | 74951111110 |

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 4.12
Admitted _____

**Registered Address**
Pr Stroitelei 72, kv 122, Penza, 41001
Ul. Cheremuhovaya 15, kv 91, Krasnodar 320011
Krasnaa 342-23, Moscow 546455
Kutuzovskiy prospekt 11 kv 91, Moskva, 230001
Kutuzovskiy prospekt 11 kv 91, Moskva, 230001

ATTACHMENT D



# Domain Report - Bulba.cc

Domain Name    **Bulba.cc**

Prepared On    **November 10, 2015**



Website Screenshot taken 05/09/2015

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 4.4
Admitted

# About This Report

This report documents a thorough analysis of the Internet domain name "**Bulba.cc**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

© 2015 DomainTools, LLC All Rights Reserved

4.4.002

# Domain Profile

*As of November 10, 2015*

## Ownership

| | |
|---|---|
| Registered Owner | **Valentin Chinakov** |
| Registrar | **godaddy.com, llc** |

## Registration

| | |
|---|---|
| Created | **Jul 3, 2012** |
| Expires | **Jul 3, 2017** |
| Updated | **Jun 11, 2015** |
| Domain Status | **Active** |
| Whois Server | **whois.godaddy.com** |

## Network

| | |
|---|---|
| Website IP Address | **190.123.45.136** |
| IP Location | **Panama-Panama-Panama Panamaserver.Com** |
| IP ASN | **AS52284** |

## Website

| | |
|---|---|
| Site Title | **bulba.cc** |

© 2015 DomainTools, LLC All Rights Reserved

4.4.003

# Current Whois Record

*Reported on Nov 10, 2015*

```
Domain Name: BULBA.CC
Registrar URL: http://www.godaddy.com
Registrant Name: Valentin Chinakov
Registrant Organization:
Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspx?domain=BULBA.CC
```

4.4.004

# Ownership History

## Whois History for Bulba.cc

DomainTools has 27 distinct historical ownership records for Bulba.cc. The oldest record dates May 18, 2010. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

 © 2015 DomainTools, LLC All Rights Reserved

4.4.005

## Whois Record on Nov 4, 2015

Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-06-11T08:24:27Z
Creation Date: 2012-07-03T08:51:21Z
Registrar Registration Expiration Date: 2017-07-03T08:51:21Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com



Screenshot taken May 9, 2015

© 2015 DomainTools, LLC All Rights Reserved

4.4.006

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes·

---

© 2015 DomainTools, LLC All Rights Reserved

4.4.007

## Whois Record on Jul 28, 2015



Screenshot taken May 9, 2015

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-06-11T08:24:27Z
Creation Date: 2012-07-03T08:51:21Z
Registrar Registration Expiration Date: 2017-07-03T08:51:21Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.008

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes·

---

 © 2015 DomainTools, LLC All Rights Reserved

4.4.009

## Whois Record on Jul 1, 2015



Screenshot taken May 9, 2015

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-06-11T08:24:27Z
Creation Date: 2012-07-03T08:51:21Z
Registrar Registration Expiration Date: 2017-07-03T08:51:21Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.010

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes·

© 2015 DomainTools, LLC All Rights Reserved

4.4.011

## Whois Record on May 25, 2015

Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-05-06T12:21:01Z
Creation Date: 2012-07-03T08:51:21Z
Registrar Registration Expiration Date: 2015-07-03T08:51:21Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com



Screenshot taken May 9, 2015

4.4.012

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes·

© 2015 DomainTools, LLC All Rights Reserved

4.4.013

## Whois Record on Mar 1, 2015

Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-06T16:35:19Z
Creation Date: 2012-07-03T08:51:21Z
Registrar Registration Expiration Date: 2015-07-03T08:51:21Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505


Screenshot taken Jan 1, 2013

Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com

4.4.014

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes·

---

© 2015 DomainTools, LLC All Rights Reserved

4.4.015

## Whois Record on Dec 14, 2014

Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-06T16:35:19Z
Creation Date: 2012-07-03T08:51:21Z
Registrar Registration Expiration Date: 2015-07-03T08:51:21Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505

Screenshot taken Jan 1, 2013

Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com

© 2015 DomainTools, LLC All Rights Reserved

4.4.016

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes·

---

© 2015 DomainTools, LLC All Rights Reserved

4.4.017

## Whois Record on Oct 1, 2014

Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-06 16:35:19
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2015-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com



Screenshot taken Jan 1, 2013

 © 2015 DomainTools, LLC All Rights Reserved

4.4.018

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

4.4.019

## Whois Record on Jul 10, 2014

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-06 16:35:19
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2015-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

4.4.020

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.021

## Whois Record on Jul 9, 2014

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-06 16:35:19
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2015-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

 © 2015 DomainTools, LLC All Rights Reserved

4.4.022

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.023

## Whois Record on Jul 8, 2014

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-06 16:35:19
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2015-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

4.4.024

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.025

## Whois Record on Jul 7, 2014

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-06 16:35:19
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2015-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

4.4.026

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

 © 2015 DomainTools, LLC All Rights Reserved

4.4.027

## Whois Record on Jul 5, 2014

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-01-18 14:13:06
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2014-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

4.4.028

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.029

## Whois Record on Jul 1, 2014

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-01-18 14:13:06
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2014-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

 © 2015 DomainTools, LLC All Rights Reserved

4.4.030

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.031

## Whois Record on Feb 6, 2014

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-01-18 14:13:06
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2014-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

4.4.032

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.033

## Whois Record on Feb 5, 2014

Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-01-18 14:13:06
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2014-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com



Screenshot taken Jan 1, 2013

4.4.034

Name Server: NS43.DOMAINCONTROL.COM
Name Server: NS44.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.035

## Whois Record on Dec 30, 2013

```
Domain Name: BULBA.CC
Registry Domain ID: 100198994_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-03-07 10:38:45
Creation Date: 2012-07-03 08:51:21
Registrar Registration Expiration Date: 2014-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Registrant Phone: +7.74956516582
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: bulbacc@rocketmail.com
Registry Admin ID:
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: bulbacc@rocketmail.com
Registry Tech ID:
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: bulbacc@rocketmail.com
```



Screenshot taken Jan 1, 2013

© 2015 DomainTools, LLC All Rights Reserved

4.4.036

Name Server: DNS7.SH3LLS.NET
Name Server: DNS8.SH3LLS.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2015 DomainTools, LLC All Rights Reserved

4.4.037

## Whois Record on Aug 18, 2013

```
Domain Name: BULBA.CC
Registrar URL: http://www.godaddy.com
Updated Date: 2013-03-07 10:38:45
Creation Date: 2012-07-03 08:51:21
Registrar Expiration Date: 2014-07-03 08:51:21
Registrar: GoDaddy.com, LLC
Registrant Name: Valentin Chinakov
Registrant Organization:
Registrant Street: ul. Cheremuhovaya,15,kv.91
Registrant City: Krasnodar
Registrant State/Province: Krasnodar
Registrant Postal Code: 320011
Registrant Country: Russian Federation
Admin Name: Valentin Chinakov
Admin Organization:
Admin Street: ul. Cheremuhovaya,15,kv.91
Admin City: Krasnodar
Admin State/Province: Krasnodar
Admin Postal Code: 320011
Admin Country: Russian Federation
Admin Phone: +7.74956516582
Admin Fax:
Admin Email: bulbacc@rocketmail.com
Tech Name: Valentin Chinakov
Tech Organization:
Tech Street: ul. Cheremuhovaya,15,kv.91
Tech City: Krasnodar
Tech State/Province: Krasnodar
Tech Postal Code: 320011
Tech Country: Russian Federation
Tech Phone: +7.74956516582
Tech Fax:
Tech Email: bulbacc@rocketmail.com
Name Server: DNS7.SH3LLS.NET
Name Server: DNS8.SH3LLS.NET
```



Screenshot taken Jan 1, 2013

4.4.038

## Whois Record on Apr 21, 2013

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: BULBA.CC
    Created on: 03-Jul-12
    Expires on: 03-Jul-14
    Last Updated on: 07-Mar-13

Registrant:
Valentin Chinakov
ul. Cheremuhovaya,15,kv.91
Krasnodar, Krasnodar 320011
Russian Federation

Administrative Contact:
    Chinakov, Valentin  bulbacc@rocketmail.com
    ul. Cheremuhovaya,15,kv.91
    Krasnodar, Krasnodar 320011
    Russian Federation
    +7.74956516582

Technical Contact:
    Chinakov, Valentin  bulbacc@rocketmail.com
    ul. Cheremuhovaya,15,kv.91
    Krasnodar, Krasnodar 320011
    Russian Federation
    +7.74956516582

Domain servers in listed order:
    DNS7.SH3LLS.NET
    DNS8.SH3LLS.NET
```



Screenshot taken Jan 1, 2013

© 2015 DomainTools, LLC All Rights Reserved

4.4.039

## Whois Record on Nov 24, 2012

No adjacent screenshot available for this date.

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: BULBA.CC
   Created on: 03-Jul-12
   Expires on: 03-Jul-13
   Last Updated on: 18-Nov-12

Registrant:
Valentin Chinakov
ul. Cheremuhovaya,15,kv.91
Krasnodar, Krasnodar 320011
Russian Federation

Administrative Contact:
   Chinakov, Valentin  bulbacc@rocketmail.com
   ul. Cheremuhovaya,15,kv.91
   Krasnodar, Krasnodar 320011
   Russian Federation
   +7.74956516582

Technical Contact:
   Chinakov, Valentin  bulbacc@rocketmail.com
   ul. Cheremuhovaya,15,kv.91
   Krasnodar, Krasnodar 320011
   Russian Federation
   +7.74956516582

Domain servers in listed order:
   DNS7.SH3LLS.NET
   DNS8.SH3LLS.NET
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.040

## Whois Record on Sep 19, 2012

No adjacent screenshot available for this date.

```
Registrant:
   Valentin Chinakov
   ul. Cheremuhovaya,15,kv.91
   Krasnodar, Krasnodar 320011
   Russian Federation

   Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: BULBA.CC
      Created on: 03-Jul-12
      Expires on: 03-Jul-13
      Last Updated on: 18-Sep-12

   Administrative Contact:
      Chinakov, Valentin  bulbacc@rocketmail.com
      ul. Cheremuhovaya,15,kv.91
      Krasnodar, Krasnodar 320011
      Russian Federation
      +7.74956516582

   Technical Contact:
      Chinakov, Valentin  bulbacc@rocketmail.com
      ul. Cheremuhovaya,15,kv.91
      Krasnodar, Krasnodar 320011
      Russian Federation
      +7.74956516582

   Domain servers in listed order:
      DNS7.SH3LLS.NET
      DNS8.SH3LLS.NET
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.041

## Whois Record on Jul 2, 2012

No adjacent screenshot available for this date.

```
Registrant:
 domainhome
 aong street road 888
 hk, hk 852
 US

 Domain name: BULBA.CC

 Administrative Contact:
    domain, home   domainhome@hotmail.com
    aong street road 888
    hk, hk 852
    US
    +852.98698858
 Technical Contact:
    domain, home   domainhome@hotmail.com
    aong street road 888
    hk, hk 852
    US
    +852.98698858

 Registration Service Provider:
    domainhome, domainhome@hotmail.com
    852.98698858
    852.98698858 (fax)
    domain home

 Registrar of Record: TUCOWS, INC.
 Record last updated on 01-Jul-2012.
 Record expires on 01-Jul-2013.
 Record created on 01-Jul-2012.

 Registrar Domain Name Help Center:
    http://tucowsdomains.com

 Domain servers in listed order:
    NS2.BODIS.COM
    NS1.BODIS.COM
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.042

## Whois Record on May 26, 2012

It is our policy not to return whois information for domains owned by other registrars.

Domain bulba.cc not found

No adjacent screenshot available for this date.

© 2015 DomainTools, LLC All Rights Reserved

4.4.043

## Whois Record on Feb 28, 2012

No adjacent screenshot available for this date.

```
Domain name: bulba.cc

Name servers:
    ns1.nameself.com
    ns2.nameself.com

Registrar: Regtime Ltd.
Creation date: 2010-04-26
Expiration date: 2012-04-26

Registrant:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Administrative Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Technical Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Billing Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.044

## Whois Record on Feb 27, 2012

No adjacent screenshot available for this date.

Domain name: bulba.cc

Name servers:
    ns1.nameself.com
    ns2.nameself.com

Registrar: Regtime Ltd.
Creation date: 2010-04-26
Expiration date: 2012-04-26

Registrant, Administrator, Technical:
    Legato LLC
    Email: reg@legato.name
    Address: Lesnaya 23, korpus 49
    City: Samara
    ZIP: 443002
    Country: Russia
    Phone/fax: +7.8463799039

 © 2015 DomainTools, LLC All Rights Reserved

4.4.045

## Whois Record on Jun 7, 2011

No adjacent screenshot available for this date.

```
Domain name: bulba.cc

Name servers:
    ns1.nameself.com
    ns2.nameself.com

Registrar: Regtime Ltd.
Creation date: 2010-04-26
Expiration date: 2012-04-26

Registrant:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Administrative Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Technical Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Billing Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
```

© 2015 DomainTools, LLC All Rights Reserved

4.4.046

## Whois Record on Mar 23, 2011

No adjacent screenshot available for this date.

```
Domain name: bulba.cc

Name servers:
    ns1.nameself.com
    ns2.nameself.com

Registrar: Regtime Ltd.
Creation date: 2010-04-26
Expiration date: 2012-04-26
Status: active

Registrant:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Administrative Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Technical Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Billing Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.047

## Whois Record on May 18, 2010

No adjacent screenshot available for this date.

```
Domain name: bulba.cc

Name servers:
    ns1.nameself.com
    ns2.nameself.com

Registrar: Regtime Ltd.
Creation date: 2010-04-26
Expiration date: 2011-04-26
Status: active

Registrant:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Administrative Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Technical Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
Billing Contact:
    Valentin Chinakov
    Email: bulbacc@yahoo.com
    Organization: Valentin Chinakov
    Address: ul. Cheremuhovaya,15,kv.91
    City: Krasnodar
    State: Krasnodarskii kray
    ZIP: 320011
    Country: RU
    Phone: +7.4956516581
```

 © 2015 DomainTools, LLC All Rights Reserved

4.4.048

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

### Registrar History

No records found for this domain.

### Name Server History

No records found for this domain.

### IP Address History

No records found for this domain.

 © 2015 DomainTools, LLC All Rights Reserved

4.4.049

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 2 records collected between Jan 1, 2013 and May 9, 2015.


May 9, 2015


Jan 1, 2013

© 2015 DomainTools, LLC All Rights Reserved

4.4.050

# Connected Domains

### Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as Bulba.cc. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|--------|---------|------------|
| bulba.cc | Jul 3, 2012 | Valentin Chinakov |

 © 2015 DomainTools, LLC All Rights Reserved

4.4.051

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as Bulba.cc. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

**Domain**                      **Created**           **Registrant**

© 2015 DomainTools, LLC All Rights Reserved

4.4.052

ATTACHMENT E

| Domain Name | Registrar | Creation Date | Name | Registered E-mail | Phone | Registered Address |
|---|---|---|---|---|---|---|
| ncux.name | DomainContext, Inc. | 4/13/2009 | Andrey Vmotla | boookscafe@yahoo.com | 79147772291 | Kutuza 13 kv 19, Moscow 692300 |
| ncux.asia | DomainContext, Inc. | 4/13/2009 | Andrey Vmotla | boookscafe@yahoo.com | 79147772291 | Kutuza 13 kv 19, Moscow 692300 |
| ncux.tv | DomainContext, Inc. | 4/13/2009 | Andrey Vmotla | boookscafe@yahoo.com | 79147772291 | Kutuza 13 kv 19, Moscow 692300 |

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 4.14
Admitted _____

**Exhibit**

4.1

4.2

4.3

ATTACHMENT F



# Domain Report - NCuX.name

Domain Name   **NCuX.name**

Prepared On   **November 10, 2015**



U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 4.1
Admitted

# About This Report

This report documents a thorough analysis of the Internet domain name "**NCuX.name**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

 © 2015 DomainTools, LLC All Rights Reserved

4.1.002

# Domain Profile

*As of November 10, 2015*

## Ownership

| | |
|---|---|
| Registered Owner | **Artemiy Davidov** |
| Owned Domains | **About 2 other domains** |
| Email Addresses | **abuse@regtime.net**<br>**davydov.artemiy@mail.ru** |
| Registrar | **regtime ltd.** |

## Registration

| | |
|---|---|
| Created | **May 5, 2015** |
| Expires | **May 5, 2016** |
| Updated | **May 5, 2015** |
| Domain Status | **No Website** |
| Whois Server | **whois.regtime.net** |

© 2015 DomainTools, LLC All Rights Reserved

4.1.003

# Current Whois Record

*Reported on Nov 10, 2015*

```
Domain Name: NCUX.NAME
Registry Domain ID: 13202197_DOMAIN_NAME-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2015-05-05T05:32:26Z
Creation Date: 2015-05-05T00:00:00Z
Registrar Registration Expiration Date: 2016-05-05T04:00:00Z
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: CT1667805-RT
Registrant Name: Artemiy Davidov
Registrant Organization: Artemiy Davidov
Registrant Street: Rua de Costa Cabral 2343
Registrant City: Porto
Registrant State/Province: Porto
Registrant Postal Code: 4200232
Registrant Country: PT
Registrant Phone: +7.9670715218
Registrant Email: davydov.artemiy@mail.ru
Registry Admin ID: CT1667805-RT
Admin Name: Artemiy Davidov
Admin Organization: Artemiy Davidov
Admin Street: Rua de Costa Cabral 2343
Admin City: Porto
Admin State/Province: Porto
Admin Postal Code: 4200232
Admin Country: PT
Admin Phone: +7.9670715218
Admin Email: davydov.artemiy@mail.ru
Registry Tech ID: CT1667805-RT
Tech Name: Artemiy Davidov
Tech Organization: Artemiy Davidov
Tech Street: Rua de Costa Cabral 2343
Tech City: Porto
Tech State/Province: Porto
Tech Postal Code: 4200232
Tech Country: PT
Tech Phone: +7.9670715218
Tech Email: davydov.artemiy@mail.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

4.1.004

# Ownership History

### Whois History for NCuX.name

DomainTools has 7 distinct historical ownership records for NCuX.name. The oldest record dates Apr 14, 2009. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

### About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

4.1.005

## Whois Record on Aug 5, 2015

No adjacent screenshot available for this date.

```
Domain Name: NCUX.NAME
Registry Domain ID: 13202197_DOMAIN_NAME-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2015-05-05T05:32:26Z
Creation Date: 2015-05-05T00:00:00Z
Registrar Registration Expiration Date: 2016-05-05T04:00:00Z
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: CT1667805-RT
Registrant Name: Artemiy Davidov
Registrant Organization: Artemiy Davidov
Registrant Street: Rua de Costa Cabral 2343
Registrant City: Porto
Registrant State/Province: Porto
Registrant Postal Code: 4200232
Registrant Country: PT
Registrant Phone: +7.9670715218
Registrant Email: davydov.artemiy@mail.ru
Registry Admin ID: CT1667805-RT
Admin Name: Artemiy Davidov
Admin Organization: Artemiy Davidov
Admin Street: Rua de Costa Cabral 2343
Admin City: Porto
Admin State/Province: Porto
Admin Postal Code: 4200232
Admin Country: PT
Admin Phone: +7.9670715218
Admin Email: davydov.artemiy@mail.ru
Registry Tech ID: CT1667805-RT
Tech Name: Artemiy Davidov
Tech Organization: Artemiy Davidov
Tech Street: Rua de Costa Cabral 2343
Tech City: Porto
Tech State/Province: Porto
Tech Postal Code: 4200232
Tech Country: PT
Tech Phone: +7.9670715218
Tech Email: davydov.artemiy@mail.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

4.1.006

## Whois Record on May 6, 2015

No adjacent screenshot available for this date.

```
Domain Name: NCUX.NAME
Registry Domain ID: 13202197_DOMAIN_NAME-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2015-05-05T05:32:26Z
Creation Date: 2015-05-05T00:00:00Z
Registrar Registration Expiration Date: 2016-05-05T04:00:00Z
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: CT1667805-RT
Registrant Name: Artemiy Davidov
Registrant Organization: Artemiy Davidov
Registrant Street: Rua de Costa Cabral 2343
Registrant City: Porto
Registrant State/Province: Porto
Registrant Postal Code: 4200232
Registrant Country: PT
Registrant Phone: +7.9670715218
Registrant Email: davydov.artemiy@mail.ru
Registry Admin ID: CT1667805-RT
Admin Name: Artemiy Davidov
Admin Organization: Artemiy Davidov
Admin Street: Rua de Costa Cabral 2343
Admin City: Porto
Admin State/Province: Porto
Admin Postal Code: 4200232
Admin Country: PT
Admin Phone: +7.9670715218
Admin Email: davydov.artemiy@mail.ru
Registry Tech ID: CT1667805-RT
Tech Name: Artemiy Davidov
Tech Organization: Artemiy Davidov
Tech Street: Rua de Costa Cabral 2343
Tech City: Porto
Tech State/Province: Porto
Tech Postal Code: 4200232
Tech Country: PT
Tech Phone: +7.9670715218
Tech Email: davydov.artemiy@mail.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

4.1.007

## Whois Record on Apr 15, 2010

Domain Name: NCUX.NAME
Sponsoring Registrar: DomainContext, Inc.
Domain Status: ok
Registrant ID: 3290099CONTACT-NAME
Registrant Organization: N/A
Registrant Name: Andrey Vmotla
Registrant Address: Kutuza 13 kv 19, ,
Registrant City: Moscow
Registrant State/Province:
Registrant Country: RUSSIAN FEDERATION
Registrant Postal Code: 692300
Admin ID: 3290099CONTACT-NAME
Admin Organization: N/A
Admin Name: Andrey Vmotla
Admin Address: Kutuza 13 kv 19, ,
Admin City: Moscow
Admin State/Province:
Admin Country: RUSSIAN FEDERATION
Admin Postal Code: 692300
Admin Phone Number: +7.9147772291
Admin Fax Number:
Admin Email: boookscafe@yahoo.com
Tech ID: 3290099CONTACT-NAME
Tech Organization: N/A
Tech Name: Andrey Vmotla
Tech Address: Kutuza 13 kv 19, ,
Tech City: Moscow
Tech State/Province:
Tech Country: RUSSIAN FEDERATION
Tech Postal Code: 692300
Tech Phone Number: +7.9147772291
Tech Fax Number:
Tech Email: boookscafe@yahoo.com
Billing ID: 3290099CONTACT-NAME
Billing Organization: N/A
Billing Name: Andrey Vmotla
Billing Address: Kutuza 13 kv 19, ,
Billing City: Moscow
Billing State/Province:
Billing Country: RUSSIAN FEDERATION
Billing Postal Code: 692300
Billing Phone Number: +7.9147772291
Billing Fax Number:
Billing Email: boookscafe@yahoo.com
Name Server: SK.S7.ANS1.NS58.KLCZY.COM
Name Server: SK.S7.ANS2.NS58.KLCZY.COM
Created On: 2009-04-13T07:10:14Z
Expires On: 2011-04-13T07:10:14Z
Updated On: 2010-04-14T04:51:35Z

No adjacent screenshot available for this date.

© 2015 DomainTools, LLC All Rights Reserved

4.1.008

## Whois Record on Apr 11, 2010

No adjacent screenshot available for this date.

```
Domain Name: NCUX.NAME
Sponsoring Registrar: DomainContext, Inc.
Domain Status: ok
Registrant ID: 3290099CONTACT-NAME
Registrant Organization: N/A
Registrant Name: Andrey Vmotla
Registrant Address: Kutuza 13 kv 19, ,
Registrant City: Moscow
Registrant State/Province:
Registrant Country: RUSSIAN FEDERATION
Registrant Postal Code: 692300
Admin ID: 3290099CONTACT-NAME
Admin Organization: N/A
Admin Name: Andrey Vmotla
Admin Address: Kutuza 13 kv 19, ,
Admin City: Moscow
Admin State/Province:
Admin Country: RUSSIAN FEDERATION
Admin Postal Code: 692300
Admin Phone Number: +7.9147772291
Admin Fax Number:
Admin Email: boookscafe@yahoo.com
Tech ID: 3290099CONTACT-NAME
Tech Organization: N/A
Tech Name: Andrey Vmotla
Tech Address: Kutuza 13 kv 19, ,
Tech City: Moscow
Tech State/Province:
Tech Country: RUSSIAN FEDERATION
Tech Postal Code: 692300
Tech Phone Number: +7.9147772291
Tech Fax Number:
Tech Email: boookscafe@yahoo.com
Billing ID: 3290099CONTACT-NAME
Billing Organization: N/A
Billing Name: Andrey Vmotla
Billing Address: Kutuza 13 kv 19, ,
Billing City: Moscow
Billing State/Province:
Billing Country: RUSSIAN FEDERATION
Billing Postal Code: 692300
Billing Phone Number: +7.9147772291
Billing Fax Number:
Billing Email: boookscafe@yahoo.com
Name Server: DNS1.WEBDRIVE.RU
Name Server: DNS2.WEBDRIVE.RU
Created On: 2009-04-13T07:10:14Z
Expires On: 2010-04-13T07:10:14Z
Updated On: 2009-06-13T03:36:00Z
```

4.1.009

## Whois Record on Oct 4, 2009

No adjacent screenshot
available for this date.

```
Domain Name ID: 4510351DOMAIN-NAME
Domain Name: NCUX.NAME
Sponsoring Registrar ID: 243REGISTRAR-NAME
Sponsoring Registrar: DomainContext, Inc.
Domain Status: ok
Registrant ID: 3290099CONTACT-NAME
Admin ID: 3290099CONTACT-NAME
Tech ID: 3290099CONTACT-NAME
Billing ID: 3290099CONTACT-NAME
Name Server ID: 1431376HOST-NAME
Name Server: DNS1.WEBDRIVE.RU
Name Server ID: 1431377HOST-NAME
Name Server: DNS2.WEBDRIVE.RU
Created On: 2009-04-13T07:10:14Z
Expires On: 2010-04-13T07:10:14Z
Updated On: 2009-06-13T03:36:00Z
```

© 2015 DomainTools, LLC All Rights Reserved

4.1.010

## Whois Record on Aug 31, 2009

Domain Name ID: 4510351DOMAIN-NAME
Domain Name: NCUX.NAME
Sponsoring Registrar ID: 243REGISTRAR-NAME
Sponsoring Registrar: DomainContext, Inc.
Domain Status: ok
Registrant ID: 3290099CONTACT-NAME
Admin ID: 3290099CONTACT-NAME
Tech ID: 3290099CONTACT-NAME
Billing ID: 3290099CONTACT-NAME
Name Server ID: 1431376HOST-NAME
Name Server: DNS1.WEBDRIVE.RU
Name Server ID: 1431377HOST-NAME
Name Server: DNS2.WEBDRIVE.RU
Created On: 2009-04-13T07:10:14Z
Expires On: 2010-04-13T07:10:14Z
Updated On: 2009-06-13T03:36:00Z

No adjacent screenshot available for this date.

© 2015 DomainTools, LLC All Rights Reserved

4.1.011

## Whois Record on Apr 14, 2009

No adjacent screenshot
available for this date.

```
Domain Name: NCUX.NAME

Registrant:
    N/A
    Andrey Vmotla        (boookscafe@yahoo.com)
    Kutuza 13 kv 19
    Moscow
    ,692300
    RU
    Tel. +7.9147772291

Creation Date: 13-Apr-2009
Expiration Date: 13-Apr-2010

Domain servers in listed order:
    dns2.webdrive.ru
    dns1.webdrive.ru

Administrative Contact:
    N/A
    Andrey Vmotla        (boookscafe@yahoo.com)
    Kutuza 13 kv 19
    Moscow
    ,692300
    RU
    Tel. +7.9147772291

Technical Contact:
    N/A
    Andrey Vmotla        (boookscafe@yahoo.com)
    Kutuza 13 kv 19
    Moscow
    ,692300
    RU
    Tel. +7.9147772291

Billing Contact:
    N/A
    Andrey Vmotla        (boookscafe@yahoo.com)
    Kutuza 13 kv 19
    Moscow
    ,692300
    RU
    Tel. +7.9147772291

Status:ACTIVE
```

 © 2015 DomainTools, LLC All Rights Reserved

4.1.012

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

### Registrar History

No records found for this domain.

### Name Server History

No records found for this domain.

### IP Address History

No records found for this domain.

© 2015 DomainTools, LLC All Rights Reserved

4.1.013

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

No records found for this domain.

4.1.014

# Connected Domains

### Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as NCuX.name. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|

4.1.015

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as NCuX.name. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

**Domain**                      **Created**        **Registrant**

4.1.016

ATTACHMENT G

LIBERTY RESERVE USER.SLV

| Account ID | U0065772 | U0014915 | U0000959 | U0518741 | U2286725 | U1425001 | U6292585 | U4200156 |
|---|---|---|---|---|---|---|---|---|
| Account Name | U0065772 | leebus | U0000959 | NYY MK-GROUP | ROREDIT | ROREDIT | ROREDIT | 2fw |
| Email | nikosgroup@tyahoo.com | leebus-croupe@mail.ru | stepan212@tyandex | stepan212@gmail.ru | soren68@tut.by | ronid-gd@tmail.ru | ronid-gd@tb.ru | cover@tb.ru |
| Registration Date | 9/3/2010 | 9/10/2010 | 2/21/2010 | 10/10/2010 | 11/16/2011 | 11/23/2011 | 11/23/2011 | 2/17/2011 |
| Name | Dmitry Maksik | Dmitry Maksik | Artem kibter | Roman Seleznev | Roman Seleznev | Roman Seleznev | Roman Seleznev | James Chow |
| Address | Kalinovskiyprospet 22 - m 4 Molosie Mustoie (6 kill E001) | zaluha 15 /Zmolisoie mustoie thiich Z0442 | Yeasnyak d 15 13 Minovoi Mustoie (6 1001) | Odryalova 26/m 113 Vladivostok Primoryckm 69000 | OSTRYAKOVA 26 /13 Vladivostok Primoryckm 690000 | OSTRYAKOVA 26 /13 Vladivostok Primoryckm 690000 | OSTRYAKOVA 26/13 Vladivostok Primoryckm 690000 | New York New York NY 10001 |
| Phone | 92 3573071701 | 92 357573071703 | 74957771301 | 495 3593540 | 79652542029 | 79652242029 | 79652242029 | 14657580 |
| Birthday | | | | | | | | |
| Occupation | febts | febts | | Management | Professional | Administrative | IT | febts |
| Account Recovery Question | Mother's Maiden Name | Mother's Maiden Name | Mother's Maiden Name | Parents Pet | Mother's Maiden Name | Mother's Maiden Name | Highschool Name | Mother's Maiden Name |
| Account Recovery Answer | goodsmthe | sherwell | LA ZUKA | flehs | goodsmthe | goodsmthe | 111 | qwerts |
| Account Display Text | Who are you my darling... | 9 delij Jereji 13ml | Hey bro are you here? | Good day commander | Ronld + | ROREDIT | Whats up | Janet Chow+ |
| Incoming Transaction Count | 25769 | 44,365 | 80 Transactions | 32 | 16 | 43 | 24 | 5 |
| Incoming Transaction Amount | $11,905,716 04 | $6,401,254 41 | No Transactions | $140,040 10 | $0 00 | $309 34 | $301,470 37 | $30,744 02 |
| **COMMON LOGIN** | **U0065772** | **U0014915** | **U0000959** | **U0518741** | **U2286725** | **U1425001** | **U6292585** | **U4200156** |
| IP ADDRESSES | 109 309 211 232 | | | 091 109 211 232 | | | 109 109 211 232 | |
| | 112 215 43 124 | | | | | | 112 215 43 134 | |
| | 111 92 109 155 | | | | | | 111 92 109 155 | |
| | 115 49 219 02 | | | 115 02219 02 | | | | |
| | 178 177 130 10 | | | 178 177 130 15 | 178 177 130 15 | | 178 177 130 15 | |
| | 178 177 137 183 | 129 122 132 133 | | | | | | |
| | 178 177 151 34 | 178 177 151 34 | | | | | 178 177 151 34 | |
| | 178 177 154 216 | 178 177 154 216 | | | | | 178 177 154 216 | |
| | 178 177 204 179 | 178 077 204 179 | | | | | | |
| | 178 177 221 230 | 979 177 221 230 | | | | | 178 177 221 230 | |
| | 178 177 23 192 | | | 091 173 22 192 | | | | |
| | 178 177 28 107 | | | 178 177 88 107 | | | | |
| | 64 39 240 09 | | | | | | | |
| | | 179 177 210 101 | 59 39 240 09 | | 109 172 234 09 | | 109 373 234 09 | |
| | | | | | 112 99 145 09 | 113 99 513 94 | 212 99 192 09 | |
| | 113 69 219 154 | | | | | | 113 49 219 154 | |
| | | | | | 73 102 175 132 | 173 19391021 | | |

| **AccountID** | **U0045772** |
|---|---|
| **Account Name** | U0045772 |
| **Email** | rubensamvelich@yahoo.com |
| **Registration Date** | 3/10/2010 |
| **Name** | Dmitriy Melnik |
| **Address** | Kutuzovskii prospect 22 - kv 4 Moscow Moscow oblast 32001 |
| **Phone** | 62 85739716781 |
| **Birthday** | |
| **Occupation** | Sales |
| **Account Recovery Question** | Mother's Maiden Name |
| **Account Recovery Answer** | goroshenko |
| **Account Display Text** | Who are you my darling. |
| **Incoming Transaction Count** | 26,789 |
| **Incoming Transaction Amount** | $11,085,716.64 |
| **COMMON LOGIN** | **U0045772** |
| **IP ADDRESSES** | 109.109.211.252 |
| | 112.215.45.124 |
| | 111.92.160.175 |
| | 115.69.219.82 |
| | 178.177.130.15 |
| | 178.177.137.183 |
| | 178.177.151.74 |
| | 178.177.154.216 |
| | 178.177.204.179 |
| | 178.177.227.210 |
| | 178.177.23.130 |
| | 178.177.28.107 |
| | 66.36.240.69 |
| | |
| | 115.69.219.154 |

9.11.002

| AccountID | U9614915 | U0900959 |
|---|---|---|
| **Account Name** | testov | U0900959 |
| **Email** | salitov_maxim@yandex.ru | regmails22@mail.ru |
| **Registration Date** | 3/10/2010 | 5/31/2010 |
| **Name** | Dmitriy Melnik | Artem Mitov |
| **Address** | zuhaba 11-12 moscow moscow oblast 233432 | Voznyak st 12-13 Moscow Moscow ob 10091 |
| **Phone** | 62 85739716781 | 7 4957771812 |
| **Birthday** | | 2/17/1975 |
| **Occupation** | Sales | |
| **Account Recovery Question** | Mother's Maiden Name | Mother's Maiden Name |
| **Account Recovery Answer** | efrewwd | LAZUTA |
| **Account Display Text** | wdefq3weqd 12ed | Hey bro are you here? |
| **Incoming Transaction Count** | 41,893 | No Transactions |
| **Incoming Transaction Amount** | $6,801,254.45 | No Transactions |
| **COMMON LOGIN** | U9614915 | U0900959 |
| **IP ADDRESSES** | | |

178.177.137.183
178.177.151.74
178.177.154.216
178.177.204.179
178.177.227.210

66.36.240.69

178.177.216.56

9.11.003

| | |
|---|---|
| **AccountID** | **U8518741** |
| **Account Name** | GIVE ME GROUP |
| **Email** | romariogrol@mail.ru |
| **Registration Date** | 10/10/2010 |
| **Name** | Roman Seleznev |
| **Address** | Ostryakova 26 kv 113 Vladivostok Primorye 69003 |
| **Phone** | 495 6516588 |
| **Birthday** | |
| **Occupation** | Management |
| **Account Recovery Question** | Favorite Pet |
| **Account Recovery Answer** | t0sha |
| **Account Display Text** | Good day commander |
| **Incoming Transaction Count** | 12 |
| **Incoming Transaction Amount** | $140,049.39 |
| **COMMON LOGIN** | **U8518741** |
| **IP ADDRESSES** | 109.109.211.252 |

115.69.219.82
178.177.130.15

178.177.23.130
178.177.28.107

9.11.004

| | |
|---|---|
| **AccountID** | **U2286723** |
| **Account Name** | ECREDIT |
| **Email** | ecredit@bk.ru |
| **Registration Date** | 11/14/2011 |
| **Name** | Roman Seleznev |
| **Address** | OSTRYAKOVA 26-113 Vladivostok Primoryi krai 690000 |
| **Phone** | 7 9652262429 |
| **Birthday** | ▮ |
| **Occupation** | Professional |
| **Account Recovery Question** | Mother's Maiden Name |
| **Account Recovery Answer** | goroshenko |
| **Account Display Text** | Ecredit ? |
| **Incoming Transaction Count** | 18 |
| **Incoming Transaction Amount** | $8.85 |
| **COMMON LOGIN** | **U2286723** |
| **IP ADDRESSES** | |

178.177.130.15

178.177.216.56
212.98.165.86

77.120.235.231

9.11.005

| AccountID | U1429380 |
| --- | --- |
| **Account Name** | ECREDIT |
| **Email** | ecredit.ru@gmail.com |
| **Registration Date** | 11/20/2011 |
| **Name** | Roman Seleznev |
| **Address** | OSTRYAKOVA 26-113 Vladivostok, Primoryi krai 690000 |
| **Phone** | 7 9652262429 |
| **Birthday** | |
| **Occupation** | Administrative |
| **Account Recovery Question** | Mother's Maiden Name |
| **Account Recovery Answer** | goroshenko |
| **Account Display Text** | ECREDIT |
| **Incoming Transaction Count** | 43 |
| **Incoming Transaction Amount** | $108.54 |
| **COMMON LOGIN** | U1429380 |
| **IP ADDRESSES** | |

212.98.165.86

77.120.235.231

Page 5 of 7

9.11.006

| **AccountID** | **U6282588** |
| --- | --- |
| **Account Name** | ECREDIT |
| **Email** | ecreditl@bk.ru |
| **Registration Date** | 11/30/2011 |
| **Name** | Roman Seleznev |
| **Address** | OSTRYAKOVA 26-113 Vladivostok Primoryi krai 690000 |
| **Phone** | 7 9652262429 |
| **Birthday** | |
| **Occupation** | IT |
| **Account Recovery Question** | Highschool Name |
| **Account Recovery Answer** | 111 |
| **Account Display Text** | Whats up? |
| **Incoming Transaction Count** | 24 |
| **Incoming Transaction Amount** | $101,670.77 |
| **COMMON LOGIN** | **U6282588** |
| **IP ADDRESSES** | 109.109.211.252 |
| | 112.215.45.124 |
| | 111.92.160.175 |
| | 178.177.130.15 |
| | 178.177.151.74 |
| | 178.177.154.216 |
| | 178.177.227.210 |
| | 178.177.216.56 |
| | 212.98.165.86 |
| | 115.69.219.154 |

9.11.007

| AccountID | U4208156 |
|---|---|
| **Account Name** | 2Pac |
| **Email** | jchow@bk.ru |
| **Registration Date** | 2/17/2013 |
| **Name** | James Chow |
| **Address** | New York New York NY 10001 |
| **Phone** | 1 48677362 |
| **Birthday** | |
| **Occupation** | Sales |
| **Account Recovery Question** | Mother's Maiden Name |
| **Account Recovery Answer** | gorooo |
| **Account Display Text** | James Chow? |
| **Incoming Transaction Count** | 3 |
| **Incoming Transaction Amount** | $30,748.00 |
| **COMMON LOGIN** | U4208156 |
| **IP ADDRESSES** | |

9.11.008

| AccountID | U0045772 |
|---|---|
| **Account Name** | U0045772 |
| **Email** | rubensamvelich@yahoo.com |
| **Registration Date** | 3/10/2010 |
| **Name** | Dmitriy Melnik |
| **Address** | Kutuzovskii prospect 22 - kv 4 Moscow Moscow oblast 32001 |
| **Phone** | 62 85739716781 |
| **Birthday** | |
| **Occupation** | Sales |
| **Account Recovery Question** | Mother's Maiden Name |
| **Account Recovery Answer** | goroshenko |
| **Account Display Text** | Who are you my darling. |
| **Incoming Transaction Count** | 26,789 |
| **Incoming Transaction Amount** | $11,085,716.64 |
| **COMMON LOGIN** | U0045772 |
| **IP ADDRESSES** | 109.109.211.252 |
| | 112.215.45.124 |
| | 111.92.160.175 |
| | 115.69.219.82 |
| | 178.177.130.15 |
| | 178.177.137.183 |
| | 178.177.151.74 |
| | 178.177.154.216 |
| | 178.177.204.179 |
| | 178.177.227.210 |
| | 178.177.23.130 |
| | 178.177.28.107 |
| | 66.36.240.69 |
| | |
| | 115.69.219.154 |

9.11.009

| AccountID | U9614915 | U0900959 |
|---|---|---|
| **Account Name** | testov | U0900959 |
| **Email** | salitov.maxim@yandex.ru | regmails22@mail.ru |
| **Registration Date** | 3/10/2010 | 5/31/2010 |
| **Name** | Dmitriy Melnik | Artem Mitov |
| **Address** | zuhaba 11-12 moscow moscow oblast 233432 | Voznyak st 12-13 Moscow Moscow ob 10091 |
| **Phone** | 62 85739716781 | 7 4957771812 |
| **Birthday** | | 2/17/1975 |
| **Occupation** | Sales | |
| **Account Recovery Question** | Mother's Maiden Name | Mother's Maiden Name |
| **Account Recovery Answer** | efrewwd | LAZUTA |
| **Account Display Text** | wdefq3weqd 12ed | Hey bro are you here? |
| **Incoming Transaction Count** | 41,893 | No Transactions |
| **Incoming Transaction Amount** | $6,801,254.45 | No Transactions |
| **COMMON LOGIN** | U9614915 | U0900959 |
| **IP ADDRESSES** | | |

178.177.137.183
178.177.151.74
178.177.154.216
178.177.204.179
178.177.227.210

66.36.240.69

178.177.216.56

9.11.010

| **AccountID** | **U8518741** |
|---|---|
| **Account Name** | GIVE ME GROUP |
| **Email** | romariogrol@mail.ru |
| **Registration Date** | 10/10/2010 |
| **Name** | Roman Seleznev |
| **Address** | Ostryakova 26 kv 113 Vladivostok Primorye 69003 |
| **Phone** | 495 6516588 |
| **Birthday** | |
| **Occupation** | Management |
| **Account Recovery Question** | Favorite Pet |
| **Account Recovery Answer** | t0sha |
| **Account Display Text** | Good day commander |
| **Incoming Transaction Count** | 12 |
| **Incoming Transaction Amount** | $140,049.39 |
| **COMMON LOGIN** | **U8518741** |
| **IP ADDRESSES** | 109.109.211.252 |

115.69.219.82
178.177.130.15

178.177.23.130
178.177.28.107

9.11.011

| AccountID | U2286723 |
| --- | --- |
| Account Name | ECREDIT |
| Email | ecredit@bk.ru |
| Registration Date | 11/14/2011 |
| Name | Roman Seleznev |
| Address | OSTRYAKOVA 26-113 Vladivostok Primoryi krai 690000 |
| Phone | 7 9652262429 |
| Birthday | |
| Occupation | Professional |
| Account Recovery Question | Mother's Maiden Name |
| Account Recovery Answer | goroshenko |
| Account Display Text | Ecredit ? |
| Incoming Transaction Count | 18 |
| Incoming Transaction Amount | $8.85 |
| COMMON LOGIN | U2286723 |
| IP ADDRESSES | |

178.177.130.15

178.177.216.56
212.98.165.86

77.120.235.231

9.11.012

| AccountID | U1429380 |
|---|---|
| **Account Name** | ECREDIT |
| **Email** | ecredit.ru@gmail.com |
| **Registration Date** | 11/20/2011 |
| **Name** | Roman Seleznev |
| **Address** | OSTRYAKOVA 26-113 Vladivostok, Primoryi krai 690000 |
| **Phone** | 7 9652262429 |
| **Birthday** | ▇ |
| **Occupation** | Administrative |
| **Account Recovery Question** | Mother's Maiden Name |
| **Account Recovery Answer** | goroshenko |
| **Account Display Text** | ECREDIT |
| **Incoming Transaction Count** | 43 |
| **Incoming Transaction Amount** | $108.54 |
| **COMMON LOGIN** | U1429380 |
| **IP ADDRESSES** | |

212.98.165.86

77.120.235.231

9.11.013

| **AccountID** | **U6282588** |
|---|---|
| **Account Name** | ECREDIT |
| **Email** | ecredit1@bk.ru |
| **Registration Date** | 11/30/2011 |
| **Name** | Roman Seleznev |
| **Address** | OSTRYAKOVA 26-113 Vladivostok Primoryi krai 690000 |
| **Phone** | 7 9652262429 |
| **Birthday** | |
| **Occupation** | IT |
| **Account Recovery Question** | Highschool Name |
| **Account Recovery Answer** | 111 |
| **Account Display Text** | Whats up? |
| **Incoming Transaction Count** | 24 |
| **Incoming Transaction Amount** | $101,670.77 |
| **COMMON LOGIN** | **U6282588** |
| **IP ADDRESSES** | 109.109.211.252 |
| | 112.215.45.124 |
| | 111.92.160.175 |
| | 178.177.130.15 |
| | 178.177.151.74 |
| | 178.177.154.216 |
| | 178.177.227.210 |
| | 178.177.216.56 |
| | 212.98.165.86 |
| | 115.69.219.154 |

Page 6 of 7

9.11.014

| AccountID | U4208156 |
|---|---|
| **Account Name** | 2Pac |
| **Email** | jchow@bk.ru |
| **Registration Date** | 2/17/2013 |
| **Name** | James Chow |
| **Address** | New York New York NY 10001 |
| **Phone** | 1 48677362 |
| **Birthday** | |
| **Occupation** | Sales |
| **Account Recovery Question** | Mother's Maiden Name |
| **Account Recovery Answer** | gorooo |
| **Account Display Text** | James Chow? |
| **Incoming Transaction Count** | 3 |
| **Incoming Transaction Amount** | $30,748.00 |
| **COMMON LOGIN** | U4208156 |
| **IP ADDRESSES** | |

9.11.015

ATTACHMENT H

## Parsed Search Queries

| Record | Search Term | Search Engine | URL | Web Page Title | Date/Time - (UTC) (MM/dd/yyyy) | Artifact |
|---|---|---|---|---|---|---|
| 800 | "omerta.cc" | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=%22omerta.cc%22 | "omerta.cc" - Поиск в Google | 06/22/2014 09:19:09 AM | Firefox Web History |
| 3500 | "rescator.so" | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=%22rescator.so%22&start=60 | "rescator.so" - Поиск в Google | 06/27/2014 08:40:38 PM | Firefox Web History |
| 256 | "roman seleznev" | Google | https://www.google.ru/#newwindow=1&q=%22roman+seleznev%22 | "roman seleznev" - Поиск в Google | 05/19/2014 06:57:31 PM | Firefox Web History |
| 416 | 2pac.cc | Google | https://www.google.ru/#newwindow=1&q=2pac.cc | 2pac.cc - Поиск в Google | 05/27/2014 07:14:03 PM | Firefox Web History |
| 1093 | 46.165.231.15 2pac | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=46.165.231.15+2pac | 46.165.231.15 2pac - Поиск в Google | 07/02/2014 04:48:59 PM | Firefox Web History |
| 395 | buy dumps | Google | https://www.google.ru/#newwindow=1&q=buy+dumps&start=20&tbs=qdr:y | buy dumps - Поиск в Google | 05/27/2014 06:30:17 AM | Firefox Web History |
| 1027 | carderplanet | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=carderplanet&start=10 | carderplanet - Поиск в Google | 06/29/2014 06:35:21 PM | Firefox Web History |
| 343 | dumps shop | Google | https://www.google.ru/#newwindow=1&q=dumps+shop | dumps shop - Поиск в Google | 05/25/2014 10:34:22 AM | Firefox Web History |
| 694 | msr 206 | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=msr+206&start=20 | msr 206 - Поиск в Google | 06/15/2014 11:13:14 AM | Firefox Web History |
| 549 | posdumps.com | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=posdumps.com | posdumps.com - Поиск в Google | 06/06/2014 01:06:33 PM | Firefox Web History |
| 840 | sell dumps | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=sell+dumps | sell dumps - Поиск в Google | 07/03/2014 06:28:28 PM | Firefox Web History |
| 1056 | site:2pac.cc | Bing | http://www.bing.com/search?q=site%3A2pac.cc&qs=n&form=QBRE&pq=site%3A2pac.cc&sc=0-0&sp=-1&sk=&cvid=7bc478cbb59a4acaabb785a13fd2597a | site:2pac.cc - Bing | 06/30/2014 07:43:03 PM | Firefox Web History |
| 808 | track2 bulba | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=track2+bulba | track2 bulba - Поиск в Google | 07/03/2014 08:00:36 PM | Firefox Web History |
| 666 | writing dumps on plastic | Google | https://www.google.ru/?gws_rd=ssl#newwindow=1&q=writing+dumps+on+plastic | writing dumps on plastic - Поиск в Google | 06/13/2014 07:14:32 AM | Firefox Web History |

U.S. v. Roman V. Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 13.30
Admitted _____

ATTACHMENT I

# Firefox FormHistory

| Record | Field Name | Value | First Used Date/Time - (UTC) (MM/dd/yyyy) | Last Used Date/Time - (UTC) (MM/dd/yyyy) |
|--------|-----------|-------|------------------------------------------|------------------------------------------|
| 1829 | ADT_birth_1 | 23.07.1984 | 06/16/2014 05:20:09 PM | 06/16/2014 05:20:34 PM |
| 1830 | ADT_passport_number_1 | 640410831 | 06/16/2014 05:20:09 PM | 06/16/2014 05:20:34 PM |
| 1857 | Contact_email | romariogro1@mail.ru | 06/16/2014 05:20:34 PM | 06/16/2014 05:20:34 PM |
| 1861 | doc_number_1 | 640410831 | 06/16/2014 05:39:07 PM | 06/16/2014 05:39:07 PM |
| 31 | email | romariogro1@mail.ru | 05/15/2014 01:36:11 PM | 07/03/2014 11:31:24 AM |
| 685 | email | jchow@bk.ru | 05/27/2014 05:40:39 AM | 06/27/2014 05:25:01 PM |
| 2333 | firstname | Roman | 06/30/2014 01:37:25 PM | 07/02/2014 06:39:44 PM |
| 1175 | input_name | James Chow | 06/04/2014 10:25:26 AM | 06/04/2014 10:25:46 AM |
| 2334 | lastname | Seleznev | 06/30/2014 01:37:25 PM | 07/02/2014 06:39:44 PM |
| 223 | login | romariogro1@mail.ru | 05/19/2014 11:55:34 AM | 06/17/2014 08:23:48 AM |
| 249 | login | 2pac | 05/19/2014 03:31:30 PM | 05/26/2014 01:43:42 PM |
| 1080 | login | jchow | 06/03/2014 09:00:31 AM | 06/27/2014 05:25:25 PM |
| 2331 | login_name | romanseleznev | 06/30/2014 01:36:07 PM | 07/02/2014 08:01:18 PM |
| 2335 | street | Ostryakova 26 - 113 | 06/30/2014 01:37:25 PM | 06/30/2014 01:37:25 PM |
| 361 | username | 2pac | 05/21/2014 03:48:27 PM | 07/02/2014 02:03:14 PM |
| 2241 | username | jchow@bk.ru | 06/27/2014 05:25:01 PM | 06/27/2014 05:25:01 PM |

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 13.31
Admitted _____

ATTACHMENT J

**SUMMARY OF FILE DATES FOR CERTAIN ITEMS ON LAPTOP**

| Number | Description | Created | Last Accessed | Last Written |
|--------|-------------|---------|---------------|--------------|
| 13.1 | Image of Passport | 05/15/14 01:38:23PM | 05/31/14 07:24:20PM | 10/08/13 08:21:10PM |
| 13.2 | Image of Credit Card | 05/15/14 01:38:23PM | 07/02/14 10:40:52PM | 05/28/13 03:49:58PM |
| 13.3 | Photos (p.1) | 05/15/14 01:38:21PM | 05/31/14 07:24:20PM | 09/08/13 02:45:30PM |
| | (p.2) | 05/15/14 01:36:20PM | 05/31/14 07:24:26PM | 09/08/13 01:46:08PM |
| 13.4 | Photo | 05/15/14 01:36:26PM | 05/31/14 07:24:29PM | 03/08/10 07:24:56PM |
| 13.5 | Invoice from Atmosphere Resort | 06/20/14 04:27:25PM | 06/20/14 04:35:20PM | 06/20/14 04:27:25PM |
| 13.6 | Animated 2Pac Ad from Desktop | 06/03/14 02:41:51PM | 07/13/14 10:18:36AM | 06/03/14 02:41:51PM |
| 13.7 | Reserved | N/A | N/A | N/A |
| 13.8 | Image of Hosts File | 07/26/12 09:26:52AM | 07/04/14 08:08:42PM | 05/15/14 02:05:17PM |
| 13.9 | Report Dump Files on Laptop | N/A | N/A | N/A |
| 13.10 | "WA" | 05/15/14 01:37:20PM | 05/15/14 01:37:20PM | 01/09/14 03:21:46PM |
| 13.11 | "1000 Washington" | 05/15/14 01:37:16PM | 05/15/14 01:37:16PM | 03/06/14 05:18:30PM |
| 13.12 | 1BACKUP.txt | 05/15/14 01:38:21PM | 06/18/14 09:42:28PM | 11/14/13 10:14:00PM |
| 13.12a | 1BACK14MAY.txt | 05/15/14 01:38:21PM | 07/04/14 08:33:20PM | 07/04/14 08:33:19PM |
| 13.13 | Components of POS Dumps Website | 06/03/14 01:38:34PM | 06/04/14 01:54:31PM | 06/03/14 04:09:38PM |
| 13.14 | Recovered image of POS Dumps Diagnostics | 07/01/14 05:19:22PM | 07/03/14 05:05:48PM | 07/03/14 05:05:48PM |
| 13.15 | Recovered Image of Bing Search for POS Dumps | 06/30/14 11:43:51PM | 06/30/14 11:43:51PM | 06/30/14 11:43:51PM |
| 13.16 | Recovered image of 2pac Whois diagnostics | 07/02/14 08:49:04PM | 07/02/14 08:49:04PM | 07/02/14 08:49:04PM |
| 13.17 | Recovered Image of 2Pac Login to InFraud | 07/01/14 04:38:40PM | 07/01/14 04:38:40PM | 07/01/14 04:38:40PM |
| 13.18 | Recovered Image of Omerta Website with 2Pac Ad | 07/02/14 05:47:46PM | 07/02/14 05:47:47PM | 07/02/14 05:47:47PM |
| 13.19 | Recovered Image of try2check.me | 05/15/14 01:36:20PM | 05/31/14 07:24:26PM | 02/02/14 08:00:24PM |
| 13.20 | Recovered Images of PACER Searches | 06/27/14 04:46:29PM | 07/05/14 06:24:45AM | 07/05/14 06:24:45AM |
| 13.21 | Chat with psych0tic re Validity Rate | 05/16/14 09:13:45PM | 06/27/14 05:19:28PM | 06/27/14 05:18:59PM |
| 13.22 | Chat with Bitcoingambler | 06/29/14 10:56:55PM | 07/04/14 04:47:31PM | 07/04/14 04:47:02PM |
| 13.23 | Chat with black.russian re Valid Rate Too Low | 05/15/14 10:09:15PM | 06/20/14 04:00:21PM | 06/20/14 03:59:55PM |
| 13.24 | Chat with xxomax | 05/15/14 09:05:44PM | 06/12/14 04:52:34PM | 06/12/14 04:52:34PM |
| 13.25 | Chat with marysnow | 06/11/14 03:39:11PM | 07/05/14 06:22:56AM | 07/05/14 06:22:56AM |
| 13.26 | Chat with cpro | 05/26/14 09:31:08AM | 06/23/14 04:22:53PM | 05/26/14 11:51:04AM |
| 13.27 | Chat with hd@100500.cc | 05/16/14 09:29:29AM | 06/22/14 09:39:16PM | 06/22/14 09:38:46PM |
| 13.28 | Chat with JB | 05/15/14 06:57:49PM | 07/02/14 09:17:00PM | 07/02/14 09:16:31PM |
| 13.29 | Chat with JB | 05/15/14 06:57:49PM | 07/02/14 09:17:00PM | 07/02/14 09:16:31PM |
| 13.30 | Summary of Parsed Search Terms From Laptop | 05/15/14 01:33:19PM | 07/05/14 06:24:45AM | 07/05/14 06:24:44AM |

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 13.40
Admitted _____

**SUMMARY OF FILE DATES FOR CERTAIN ITEMS ON LAPTOP**

| Number | Description | Created | Last Accessed | Last Written |
|--------|-------------|---------|---------------|--------------|
| 13.31 | Summary of Firefox Form History from Laptop | 05/15/14 01:34:15PM | 07/05/14 06:24:45AM | 07/04/14 10:31:48PM |
| 13.32 | Chat with Hohoho | 06/22/14 10:30:07AM | 06/30/14 08:54:42PM | 06/30/14 08:54:15PM |
| 13.33 | Screenshots of Restored Computer | N/A | N/A | N/A |
| 13.34 | Reserved | N/A | N/A | N/A |
| 13.35 | Reserved | N/A | N/A | N/A |
| 13.36 | Web History: Cybercrime and Doing Time | 07/04/14 12:01:55AM | 07/04/14 12:02:36AM | 07/04/14 12:01:55AM |
| 13.37 | Chat With Burgled | 05/31/14 12:57:40PM | 06/04/14 08:20:10AM | 06/04/14 08:19:41AM |
| 13.38 | Chat With Vai200 | 06/20/14 02:12:34AM | 06/23/14 06:54:39PM | 06/23/14 06:54:39PM |
| 13.39 | Snapshot of Chat Applications | N/A | N/A | N/A |
| 13.40 | Summary of Metadata of Files from Laptop | N/A | N/A | N/A |
| 13.41 | Chat With Zarmax | 05/20/14 10:22:58PM | 07/03/14 11:39:29PM | 07/03/14 11:39:29PM |
| 13.42 | USSS Certified Inventory of Evidence | N/A | N/A | N/A |
| 13.43 | USSS Evidence Vault Security Access Log | N/A | N/A | N/A |
| 13.44 | Encase Evidence Pane Screenshot | N/A | N/A | N/A |
| 13.45 | Firefox Web History re: POS Dumps | 05/15/14 01:33:19PM | 07/05/14 06:24:45AM | 07/05/14 06:24:44AM |

13.40.002

ATTACHMENT K

# SUMMARY OF TRAVEL DATES FROM INTERNATIONAL PASSPORT

| Date | Arrival/Departure | Country | Passport Page |
|------|-------------------|---------|---------------|
| February 4, 2010 | Departure | Indonesia | Page 32 |
| February 18, 2010 | Arrival | Singapore | Page 3 |
| February 20, 2010 | Departure | Singapore | Page 3 |
| April 7, 2010 | Departure | Indonesia | Page 8 |
| April 7, 2010 | Arrival | Singapore | Page 4 |
| April 9, 2010 | Departure | Singapore | Page 4 |
| July 7, 2010 | Departure | Indonesia | Page 10 |
| July 18, 2010 | Departure | Indonesia | Page 31 |
| July 18, 2010 | Arrival | Singapore | Page 6 |
| July 20, 2010 | Departure | Singapore | Page 6 |
| October 15, 2010 | Departure | Indonesia | Page 12 |
| November 10, 2010 | Arrival | Indonesia | Page 13 |
| December 2, 2010 | Departure | Indonesia | Page 13 |
| March 14, 2011 | Departure | Indonesia | Page 15 |
| April 17, 2011 | Arrival | Indonesia | Page 13 |
| April 26, 2011 | Departure | Indonesia | Page 13 |
| April 27, 2011 | Arrival | Morocco | Page 17 |
| January 11, 2012 | Arrival | Indonesia | Page 14 |
| February 9, 2012 | Departure | Indonesia | Page 14 |
| February 14, 2012 | Arrival | Indonesia | Page 10 |

U.S. v. Roman Seleznev
CR11-0070RAJ
Plaintiff's Exhibit No. 16.14
Admitted _____

# SUMMARY OF TRAVEL DATES FROM INTERNATIONAL PASSPORT

| Date | Arrival/Departure | Country | Passport Page |
|------|-------------------|---------|---------------|
| March 4, 2012 | Departure | Indonesia | Page 10 |
| March 25, 2012 | Arrival | Indonesia | Page 16 |
| April 6, 2012 | Departure | Indonesia | Page 16 |
| May 23, 2012 | Arrival | Maldives | Page 12 |
| May 30, 2012 | Departure | Maldives | Page 12 |
| August 22, 2012 | Arrival | Indonesia | Page 18 |
| September 2, 2012 | Departure | Indonesia | Page 18 |
| December 15, 2012 | Arrival | Indonesia | Page 19 |
| January 20, 2013 | Departure | Indonesia | Page 19 |
| January 20, 2013 | Arrival | China | Page 10 |
| May 6, 2013 | Departure | China | Page 31 |
| May 7, 2013 | Arrival | Indonesia | Page 28 |
| May 31, 2013 | Departure | Indonesia | Page 28 |
| November 9, 2013 | Arrival | Indonesia | Page 19 |
| January 7, 2014 | Departure | Indonesia | Page 20 |
| January 13, 2014 | Arrival | Indonesia | Page 20 |
| January 27, 2014 | Departure | Indonesia | Page 20 |
| May 4, 2014 | Arrival | China | Page 27 |
| May 14, 2014 | Departure | China | Page 27 |
| June 21, 2014 | Arrival | Maldives | Page 21 |
| July 5, 2014 | Departure | Maldives | Page 21 |

16.14.002