The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE RE: DEFENDANT'S "KIDNAPPING" ALLEGATIONS |

THE COURT has reviewed the materials relating to the Government's Motion in Limine re: Defendant's "Kidnapping" Allegations. The Defendant has elected not to respond to this motion. The Court finds that the motion (Dkt. #359) should be GRANTED. The Court hereby excludes all evidence and argument that Defendant was "kidnapped" or otherwise apprehended in violation of international law.

Dated this 1st day of August, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE
RE: DEFENDANT'S "KIDNAPPING" ALLEGATIONS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970