The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ROMAN V. SELEZNEV,

Defendant.

NO. CR11-0070RAJ

ORDER TO SEAL

Having reviewed Exhibit A to the Government's Motion in Limine in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that Exhibit A be allowed to remain under seal, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #361) is GRANTED. Exhibit A to the Government's Motion in Limine filed under Dkt. #362 in this matter shall remain sealed.

DATED this 1st day of August, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
Seleznev/CR11-0070RAJ - Page 1