The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN SELEZNEV,<br><br>Defendant. | NO.  CR11-0070RAJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE RE: STATEMENTS OR ARGUMENTS BY COUNSEL INCONSISTENT WITH DEFENDANT'S ADMISSIONS |

THE COURT has reviewed the materials relating to the government's Motion in Limine re: Statements or Arguments by Counsel Inconsistent with Defendant's Admissions. The defendant has elected not to respond to this motion. The Court finds that the motion (Dkt. #360) should be GRANTED. The Court hereby adopts the following procedures to address instances in which the government believes defense counsel has violated the Court's prior ruling:

1) Government counsel shall object as follows: "Objection, violation of pre-trial ruling";

2) Outside the presence of the jury (either at sidebar or with the jury excused) the government shall present the specific factual admissions it believes defense counsel has contradicted, defense may present any arguments in reply, and the Court shall rule on objection;

ORDER RE:  MOTION IN LIMINE ON DEFENDANT'S ADMISSIONS
Seleznev/CR11-0070RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3) Should the Court sustain the objection, the jury will be instructed to disregard defense counsel's statement (relevant to the question asked).

Dated this 1st day of August, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Seleznev/CR11-0070RAJ - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970