THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR 11-70RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO SEAL |
| v. | |
| ROMAN SELEZNEV, | |
| Defendant. | |

The Court, having received and reviewed the Defendant's motion to seal, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED that Defendant's Motion to Seal Attachments A, C, and D to Defendant's Reply in Support of Mr. Seleznev's Motions in Limine and Objection to Summary Exhibit 16.6 (Dkt. #386) is **GRANTED**.

DATED this 4th day of August, 2016.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780