HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ROMAN SELEZNEV,<br><br>            Defendant. | CASE NO. CR11-70RAJ<br><br>MINUTE ORDER AUTHORIZING FOOD AND LIQUIDS |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The Court will allow the attorneys and staff for Defendant Roman Seleznev to bring food, water, and soda into the courthouse for the jury trial scheduled to begin Monday, August 15, 2016, and expected to conclude by September 2, 2016.

Dated this 11th day of August, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

By:  */s/ Victoria Ericksen*
         Deputy Clerk to the
         Hon. Richard A. Jones

MINUTE ORDER AUTHORIZING
FOOD AND LIQUIDS – 1