HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-0070RAJ |
| Plaintiff | |
| v. | ORDER |
| ROMAN SELEZNEV, | |
| Defendant. | |

This matter comes before the Court on the Government's Request for Ruling on Objections to Opening Statement Slides. Dkt. # 404. The Court overrules Defendant's objections to the Government's use of the slides described in the Request. The Government may use those slides for the reasons articulated in its submission to the Court. The Court does not find that the slides prejudice Defendant based on the arguments as proffered in his response.

Therefore, for the foregoing reasons, the Government may use the exhibits as proposed in its Request during its opening statement to the jury.

DATED this 12th day of August, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1