THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-0070RAJ |
| Plaintiff | VERDICT FORM |
| v. | |
| ROMAN V. SELEZNEV, | |
| Defendant. | |

VERDICT FORM - 1

# COUNTS 1-11:
# WIRE FRAUD

***Count 1:*** As to the offense of Wire Fraud with respect to Mad Pizza Madison Park on or about August 6, 2010, as charged in Count 1, we, the jury, unanimously find the defendant:

NOT GUILTY_____                    GUILTY __✓_____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____                    Yes __✓_____

***Count 2:*** As to the offense of Wire Fraud with respect to Mad Pizza First Hill on or about August 7, 2010, as charged in Count 2, we, the jury, unanimously find the defendant:

NOT GUILTY_____                    GUILTY __✓_____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____                    Yes __✓_____

***Count 3:*** As to the offense of Wire Fraud with respect to Casa Mia Italian Pizzeria on or about August 9, 2010, as charged in Count 3, we, the jury, unanimously find the defendant:

NOT GUILTY_____                    GUILTY __✓_____

VERDICT FORM - 2

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____          Yes____✓____

***Count 4:*** As to the offense of Wire Fraud with respect to Mad Pizza South Lake Union on or about August 28, 2010, as charged in Count 4, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY ___✓___

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____          Yes____✓____

***Count 5:*** As to the offense of Wire Fraud with respect to Grand Central Baking Company on or about October 4, 2010, as charged in Count 5, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY ___✓___

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____          Yes____✓____

***Count 6:*** As to the offense of Wire Fraud with respect to Broadway Grill on or about October 22, 2010, as charged in Count 6, we, the jury, unanimously find the defendant:

NOT GUILTY_____            GUILTY __✓__

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____            Yes __✓__

***Count 7:*** As to the offense of Wire Fraud with respect to Mad Pizza Starfire on or about November 2, 2010, as charged in Count 7, we, the jury, unanimously find the defendant:

NOT GUILTY_____            GUILTY __✓__

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____            Yes __✓__

***Count 8:*** As to the offense of Wire Fraud with respect to Mad Pizza South Lake Union on or about December 15, 2010, as charged in Count 8, we, the jury, unanimously find the defendant:

NOT GUILTY_____            GUILTY __✓__

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____                    Yes____✓____

***Count 9:*** As to the offense of Wire Fraud with respect to Village Pizza on or about December 23, 2010, as charged in Count 9, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY ____✓____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____                    Yes____✓____

***Count 10:*** As to the offense of Wire Fraud with respect to Mad Pizza Starfire on or about January 10, 2011, as charged in Count 10, we, the jury, unanimously find the defendant:

NOT GUILTY_____          GUILTY ____✓____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No_____                    Yes____✓____

//

*Count 11:* As to the offense of Wire Fraud with respect to Red Pepper Pizzeria on or about October 26, 2013, as charged in Count 11, we, the jury, unanimously find the defendant:

NOT GUILTY ✓             GUILTY _____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that that the offense affected a financial institution?

No _____             Yes _____

## COUNTS 12-20:
## INTENTIONAL DAMAGE TO A COMPUTER

*Count 12:* As to the offense of Intentional Damage to a Computer with respect to Mad Pizza Madison Park on or about August 6, 2010, as charged in Count 12, we, the jury, unanimously find the defendant:

NOT GUILTY _____             GUILTY ✓

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No _____             Yes ✓

//

VERDICT FORM - 6

***Count 13:*** As to the offense of Intentional Damage to a Computer with respect to Mad Pizza First Hill on or about August 7, 2010, as charged in Count 13, we, the jury, unanimously find the defendant:

NOT GUILTY _____        GUILTY __✓_____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No _____        Yes __✓_____

***Count 14:*** As to the offense of Intentional Damage to a Computer with respect to Casa Mia Italian Resutaurant on or about August 9, 2010, as charged in Count 14, we, the jury, unanimously find the defendant:

NOT GUILTY _____        GUILTY __✓_____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No _____        Yes __✓_____

***Count 15:*** As to the offense of Intentional Damage to a Computer with respect to Mad Pizza South Lake Union on or about August 28, 2010, as charged in Count 15, we, the jury, unanimously find the defendant:

NOT GUILTY _____        GUILTY __✓_____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No_____             Yes___✓____

***Count 16:*** As to the offense of Intentional Damage to a Computer with respect to Village Pizza on or about Sepember 13, 2010, as charged in Count 16, we, the jury, unanimously find the defendant:

NOT GUILTY_____             GUILTY ___✓____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No_____             Yes___✓____

***Count 17:*** As to the offense of Intentional Damage to a Computer with respect to Grand Central Baking Company on or about October 4, 2010, as charged in Count 17, we, the jury, unanimously find the defendant:

NOT GUILTY_____             GUILTY ___✓____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

//

VERDICT FORM - 8

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling t least $5,000 in value?

No_____    Yes ___✓___

**_Count 18:_** As to the offense of Intentional Damage to a Computer with respect to Broadway Grill on or about October 22, 2010, as charged in Count 18, we, the jury, unanimously find the defendant:

NOT GUILTY_____    GUILTY ___✓___

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No_____    Yes ___✓___

**_Count 19:_** As to the offense of Intentional Damage to a Computer with respect to Mad Pizza Starfire on or about November 2, 2010, as charged in Count 19, we, the jury, unanimously find the defendant:

NOT GUILTY_____    GUILTY ___✓___

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No_____    Yes ___✓___

VERDICT FORM - 9

*Count 20:* As to the offense of Intentional Damage to a Computer with respect to Red Pepper Pizzeria on or about October 26, 2013, as charged in Count 20, we, the jury, unanimously find the defendant:

NOT GUILTY ✓    GUILTY _____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that this offense caused loss to one or more persons during a one-year period totaling at least $5,000 in value?

No _____    Yes _____

## COUNTS 21-29:
## OBTAINING INFORMATION FROM A COMPUTER WITHOUT AUTHORIZATION

*Count 21:* As to the offense of Obtaining Information from a Computer Without Authorization with respect to Mad Pizza Madison Park between about August 6, 2010 and about February 15, 2011, as charged in Count 21, we, the jury, unanimously find the defendant:

NOT GUILTY _____    GUILTY ✓

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No _____    Yes ✓

VERDICT FORM - 10

| | |
|---|---|
| 1 | ***Count 22:*** As to the offense of Obtaining Information from a Computer Without Authorization with respect to Mad Pizza First Hill between about August 7, 2010 and about February 15, 2011, as charged in Count 22, we, the jury, unanimously find the defendant: |

NOT GUILTY _____ GUILTY ✓

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No _____ Yes ✓

***Count 23:*** As to the offense of Obtaining Information from a Computer Without Authorization with respect to Casa Mia Italian Pizzeria between about August 9, 2010 and about February 23, 2011, as charged in Count 23, we, the jury, unanimously find the defendant:

NOT GUILTY _____ GUILTY ✓

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No _____ Yes ✓

//

*Count 24:* As to the offense of Obtaining Information from a Computer Without Authorization with respect to Mad Pizza South Lake Union between about August 28, 2010 and about February 1, 2011, as charged in Count 24, we, the jury, unanimously find the defendant:

NOT GUILTY_____    GUILTY ___✓___

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No_____    Yes ___✓___

*Count 25:* As to the offense of Obtaining Information from a Computer Without Authorization with respect to Village Pizza between about September 13, 2010 and about March 26, 2011, as charged in Count 25, we, the jury, unanimously find the defendant:

NOT GUILTY_____    GUILTY ___✓___

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No_____    Yes ___✓___

//

*Count 26:* As to the offense of Obtaining Information from a Computer Without Authorization with respect to Grand Central Baking Company between about October 4, 2010 and about December 1, 2010, as charged in Count 26, we, the jury, unanimously find the defendant:

NOT GUILTY _____          GUILTY ___✓_____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No _____          Yes ___✓_____

*Count 27:* As to the offense of Obtaining Information from a Computer Without Authorization with respect to Broadway Grill between about October 22, 2010 and about October 27, 2010, as charged in Count 27, we, the jury, unanimously find the defendant:

NOT GUILTY _____          GUILTY ___✓_____

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No _____          Yes ___✓_____

//

VERDICT FORM - 13

*Count 28:* As to the offense of Obtaining Information from a Computer Without Authorization with respect to Mad Pizza Starfire between about November 2, 2010 and about February 1, 2011, as charged in Count 28, we, the jury, unanimously find the defendant:

NOT GUILTY _____   GUILTY ___✓___

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No _____   Yes ___✓___

*Count 29:* As to the offense of Obtaining Information from a Computer Without Authorization with respect to Red Pepper Pizzeria between about October 26, 2013 and about May 1, 2014, as charged in Count 29, we, the jury, unanimously find the defendant:

NOT GUILTY ~~_____~~   GUILTY ___✓___ GM.

If you find the defendant not guilty of the preceding count, please continue onto the next count and skip the immediately following question.

If you find the defendant guilty of the preceding count, do you find beyond a reasonable doubt that the offense was committed for the purpose of commercial advantage or private financial gain, or was committed in furtherance of wire fraud or access device fraud?

No _____   Yes ___✓___

VERDICT FORM - 14

# COUNTS 30-38:
# ACCESS DEVICE FRAUD -UNLAWFUL POSSESSION OF ACCESS DEVICES

*Count 30:* As to the offense of Unlawful Possession of Access Devices with respect to Mad Pizza Madison Park on or about August 6, 2010, as charged in Count 30, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY ___✓___

*Count 31:* As to the offense of Unlawful Possession of Access Devices with respect to Mad Pizza First Hill on or about August 7, 2010, as charged in Count 31, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY ___✓___

*Count 32:* As to the offense of Unlawful Possession of Access Devices with respect to Casa Mia Italian Pizzeria on or about August 9, 2010, as charged in Count 32, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY ___✓___

*Count 33:* As to the offense of Unlawful Possession of Access Devices with respect to Mad Pizza South Lake Union on or about August 28, 2010, as charged in Count 33, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY ___✓___

*Count 34:* As to the offense of Unlawful Possession of Access Devices with respect to Village Pizza on or about September 13, 2010, as charged in Count 34, we, the jury, unanimously find the defendant:

NOT GUILTY _____     GUILTY ___✓___

*Count 35:* As to the offense of Unlawful Possession of Access Devices with respect to Grand Central Baking Company on or about October 4, 2010, as charged in Count 35, we, the jury, unanimously find the defendant:

NOT GUILTY _____    GUILTY __✓_____

*Count 36:* As to the offense of Unlawful Possession of Access Devices with respect to Broadway Grill on or about October 22, 2010, as charged in Count 36, we, the jury, unanimously find the defendant:

NOT GUILTY _____    GUILTY __✓_____

*Count 37:* As to the offense of Unlawful Possession of Access Devices with respect to Mad Pizza Starfire on or about November 2, 2010, as charged in Count 37, we, the jury, unanimously find the defendant:

NOT GUILTY _____    GUILTY __✓_____

*Count 38:* As to the offense of Unlawful Possession of Access Devices with respect to Red Pepper Pizzeria on or about October 26, 2013, as charged in Count 38, we, the jury, unanimously find the defendant:

NOT GUILTY _____    GUILTY __✓_____

///

VERDICT FORM - 16

## COUNTS 39-40:
## AGGRAVATED IDENTITY THEFT

*Count 39:* As to the offense of Aggravated Identity Theft with respect to the credit card number of the person identified as D.K. on or about October 22, 2010, as charged in Count 39, we, the jury, unanimously find the defendant:

NOT GUILTY_____ GUILTY ✓

*Count 40:* As to the offense of Aggravated Identity Theft with respect to the credit card number of the person identified as R.G. on or about April 9, 2014, as charged in Count 40, we, the jury, unanimously find the defendant:

NOT GUILTY_____ GUILTY ✓

_____
PRESIDING JUROR

DATED: 8/25/2016