**United States of America v. Roman Seleznev**

**CR11-70RAJ**

**TRIAL WITNESS LIST**

| Name | Date(s) Testified |
|------|-------------------|
| Special Agent In Charge David Iacovetti | 08-16-2016 |
| Andrei Medvedev | 08-16-2016 |
| Detective David Dunn | 08-16-2016 08-17-2016 |
| Special Agent John Szydlik | 08-18-2016 |
| Special Agent David Mills | 08-18-2016 |
| Special Agent Michael Fischlin | 08-18-2016 08-19-2016 |
| Richard Noel | 08-19-2016 |
| Jason Winship | 08-19-2016 |
| Special Agent Keith Wojcieszek | 08-19-2016 |
| C.J. Saretto | 08-22-2016 |
| Bob Kerr | 08-22-2016 |
| Christopher Forsyth | 08-22-2016 |
| Diane Cole | 08-22-2016 |
| Joe Angelastri | 08-22-2016 |
| Megan Wood | 08-22-2016 |
| Steven Bussing | 08-23-2016 |
| Christopher Doyle | 08-23-2016 |
| Sidney Fanarof | 08-23-2016 |
| Eric Blank | 08-23-2016 |
| Ovie Carroll | 08-23-2016 |