# United States of America v. Roman Seleznev
## CR11-70RAJ

## TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1.1 | Forensic Evidence Extract: Schlotsky's | A | 08-16-2016 | |
| 1.2 | Forensic Evidence Extract: Broadway Grill | A | 08-17-2016 | |
| 1.3 | Forensic Evidence Extract: Mad Pizza First Hill | A | 08-17-2016 | |
| 1.4 | Forensic Evidence Extract: Mad Pizza Madison Park | A | 08-17-2016 | |
| 1.5 | Forensic Evidence Extract: Mad Pizza Starfire | A | 08-17-2016 | |
| 1.6 | Forensic Evidence Extract: Mad Pizza SLU | A | 08-17-2016 | |
| 1.7 | Forensic Evidence Extract: Casa Mia | A | 08-17-2016 | |
| 1.8 | Forensic Evidence Extract: Grand Central Baking | A | 08-17-2016 | |
| 1.9 | Forensic Evidence Extract: Village Pizza | A | 08-17-2016 | |
| 1.10 | Forensic Evidence Extract: Red Pepper Pizza | A | 08-19-2016 | |
| 1.10a | Video Demo of Red Pepper Pizza | A | 08-19-2016 | |
| 1.11 | Track Data From File From Red Pepper Pizza | A | 08-19-2016 | |
| 1.12 | Extract of RSCA (Malware) Hardcode | | | |
| 1.13 | Screenshot of Kameo Properties | | | |
| 1.14 | Photos of Responses to Seattle Victims | A | 08-16-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1.15 | Summary of Malware Installation and Mitigation | A | 08-17-2016 | |
| 2.1 | Bulba.cc Front Page | A | 08-16-2016 | |
| 2.2 | Track2.name Front Page | A | 08-16-2016 | |
| 2.3 | Bulba.cc advertisement posts | A | 08-16-2016 | |
| 2.4 | Bulba.cc search page | | | |
| 2.5 | Bulba.cc notification of "new feature" | | | |
| 2.6 | Video of Bulba Website | A | 08-19-2016 | |
| 2.7 | Bulba.cc Order Screen | | | |
| 2.8 | Bulba.cc Bin List | | | |
| 2.9 | Undercover Purchase, Order ID 86653, on Bulba.cc 4/12/2011 | | | |
| 2.10 | Bulba.cc Support Ticket #21250 | A | 08-17-2016 | |
| 2.11 | Bulba.cc Support Ticket #20524 | A | 08-17-2016 | |
| 2.12 | Bulba.cc Support Ticket #20672 | A | 08-17-2016 | |
| 2.13 | Bulba.cc Support Ticket #24101 | A | 08-17-2016 | |
| 2.14 | Bulba.cc Support Ticket #25258 | A | 08-17-2016 | |
| 2.15 | Bulba.cc Support Ticket #27497 | A | 08-17-2016 | |
| 2.16 | Reserved | | | |
| 2.17 | Bulba.cc Announcement that Shop is Closing on January 7, 2012 | A | 08-17-2016 | |
| 3.1 | Log File "Active Logs" from HopOne Server Listing dump files by victim IP address | A | 08-17-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 3.1a | Reserved | | | |
| 3.1b | Reserved | | | |
| 3.1c | Reserved | | | |
| 3.2 | Full log file for Mad Pizza Starfire | A | 08-17-2016 | |
| 3.3 | Full log file for Village Pizza | A | 08-17-2016 | |
| 3.4 | Internet history re: visits to shmak.fvds.ru | A | 08-17-2016 | |
| 3.5 | Internet history re: visits to secure.bulba.cc | A | 08-17-2016 | |
| 3.6 | Internet history re: visits to secure.track2.name | A | 08-17-2016 | |
| 3.7 | Internet history re: visits to track2vip.tv | A | 08-17-2016 | |
| 3.8 | Internet history re: visits to Ozon.ru | A | 08-17-2016 | |
| 3.9 | Internet history re: visit to fibotradepro.com | A | 08-17-2016 | |
| 3.10 | Internet history re: Bing searches for "Track2.tv" and "Track2vip.tv" | A | 08-17-2016 | |
| 3.11 | Internet history re: carder.biz | A | 08-17-2016 | |
| 3.12 | Cached web page from carder.biz | | | |
| 3.13 | Reserved | | | |
| 3.14 | Cached web page from carder.biz | | | |
| 3.15 | Cached web page from ebaytoday.ru account for Roman Seleznev | A | 08-17-2016 | |
| 3.15a | Translation of 3.15 | A | 08-16-2016 | |
| 3.16 | Cached web page from Ozon.ru | A | 08-17-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 3.16a | Translation of Ex 3.16 | A | 08-16-2016 | |
| 3.17 | Cached web page from Ozon.ru | A | 08-17-2016 | |
| 3.17a | Translation of 3.17 | A | 08-16-2016 | |
| 3.18 | RDP File from My Documents folder on HopOne Server with Finger Lakes Premier Properties IP address | A | 08-17-2016 | |
| 3.19 | Page File Data re: romariogro1@mail.ru | A | 08-17-2016 | |
| 3.20 | Page File Itinerary for Roman Seleznev flight from Moscow to Bali | A | 08-17-2016 | |
| 3.21 | Page File Data re: Roman Seleznev | A | 08-17-2016 | |
| 3.22 | Page File Data Re: Roman Seleznev, Alexander Khohlachev, Alexey Smulskiy and Svetlana Smulskaya | A | 08-17-2016 | |
| 3.23 | Page File Data Re: Svetlana Selezneva, Eva Selezneva, et al. | A | 08-17-2016 | |
| 3.24 | Page File Data with flight-itinerary receipt for "Seleznev" and "Gaponov" | A | 08-17-2016 | |
| 3.25 | Page File Data Re: Roman Seleznev Svetlana Selezneva, Alexander Khohlachev, and Sergei Nikulnikov | A | 08-17-2016 | |
| 3.26 | Page File Data Re: Svetlana Smulskaya, Alexey Smulskiy, Natalia Stepnova, and Eva Selezneva | A | 08-17-2016 | |
| 3.27 | Reserved | | | |
| 3.28 | Reserved | | | |
| 3.29 | Hop One Server Drives | | | |
| 3.30 | Hacking Tools from Hop One Server | A | 08-17-2016 | |
| 3.31 | Hop One Event Logs – Indonesia | A | 08-17-2016 | |
| 4.1 | Domain Registration for ncux.name | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 4.1a | Domain Tools 902 Certification | | | |
| 4.2 | Domain Registration for ncux.asia | | | |
| 4.3 | Domain Registration for ncux.tv | A | 08-19-2016 | |
| 4.4 | Domain Registration for Bulba.cc | A | 08-16-2016 | |
| 4.5 | Domain Registration for Track2.name | A | 08-16-2016 | |
| 4.6 | Domain Registration for 2pac.cc | A | 08-19-2016 | |
| 4.7 | Domain Registration Record for PosDumps.com | A | 08-19-2016 | |
| 4.8 | Domain Registration for Track2.tv | A | 08-16-2016 | |
| 4.9 | Domain Registration for Track2vip.tv | A | 08-16-2016 | |
| 4.10 | Domain Registration for Track2.cc | A | 08-16-2016 | |
| 4.11 | Bulba.cc and Track2.name Reverse IP Lookup | A | 08-16-2016 | |
| 4.12 | Track2 and Bulba Domain Registration Summary | A | 08-16-2016 | |
| 4.13 | shmak.fvds.ru Traceroute | A | 08-17-2016 | |
| 4.14 | nCuX Domain Registration Summary | A | 08-19-2016 | |
| 5.1 | Yahoo! Business Records reflecting creation of Yahoo! account boookscafe@yahoo.com! | A | 08-17-2016 | |
| 5.1a | Yahoo! 902 Certification | | | |
| 5.2 | Yahoo! login records for boookscafe | A | 08-17-2016 | |
| 5.3 | E-mails from ssav25@rambler.ru to boookscafe@yahoo.com | A | 08-17-2016 | With redactions |
| 5.3a | Translation of 5.3 | A | 08-16-2016 | With redactions |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 5.4 | E-mails addressed to Roman Seleznev from Vkontakte | A | 08-17-2016 | |
| 5.4a | Translations of Exhibit 5.4 | A | 08-16-2016 | |
| 5.5 | E-mail addressed to Roman Seleznev from Stils.ru | A | 08-17-2016 | |
| 5.5a | Translation of 5.5 | A | 08-16-2016 | |
| 5.6 | E-mails addressed to Roman Seleznev from Sendflowers.ru | A | 08-17-2016 | |
| 5.6a | Translations of Exhibit 5.6 | A | 08-16-2016 | |
| 5.7 | E-mail from Internet Store Defencer.ru to Roman Seleznev re: Order 607 | A | 08-17-2016 | |
| 5.7a | Translation of 5.7 | A | 08-16-2016 | |
| 5.8 | E-mails re: login or user name smaus | A | 08-17-2016 | |
| 5.8a | Translation of 5.8 | A | 08-16-2016 | |
| 5.9 | E-mail addressed to nCuX | A | 08-17-2016 | |
| 5.9a | Translation of 5.9 | A | 08-16-2016 | |
| 5.10 | E-mails from Reggi.ru Robot | A | 08-17-2016 | |
| 5.10a | Translations of Exhibit 5.10 | A | 08-16-2016 | |
| 5.11 | E-mails from FirstVDS | A | 08-17-2016 | |
| 5.11a | Translation of Exhibit 5.11.1 | A | 08-16-2016 | |
| 5.12 | E-mails from FirstVDS | | | |
| 5.13 | E-mail to f32yaris@yahoo.com | A | 08-17-2016 | |
| 5.14 | E-mail to Christof Paar" | A | 08-17-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 5.15 | E-mails between "Rick Colho" and boookscafe@yahoo.com | A | 08-17-2016 | |
| 5.16 | E-mail from Pokerstars.net | | | |
| 5.16a | Translation of 5.16 | | | Provisionally admitted on 08-16-2016, but then withdrawn as Exhibit 5.16 was not admitted |
| 5.17 | E-mail from AmF.ru | A | 08-17-2016 | |
| 5.17a | Translation of 5.17 | A | 08-16-2016 | |
| 6.1 | Yahoo Business Records reflecting creation of Yahoo! account rubensamvelich@yahoo.com | A | 08-16-2016 | |
| 6.1a | Yahoo 902 Certification | | | |
| 6.2 | Login History for RSV Account | A | 08-16-2016 | |
| 6.3 | Paypal Emails | A | 08-16-2016 | |
| 6.3a | Translation of 6.3a | A | 08-16-2016 | |
| 6.4 | NuSphere Emails | A | 08-16-2016 | |
| 6.5 | Email from Prolexic | A | 08-16-2016 | |
| 6.6 | iTunes Purchase Emails | A | 08-16-2016 | |
| 6.7 | Emails evidencing use of "smaus" and "ochko" | A | 08-16-2016 | With redactions |
| 6.8 | Email re: Smaus | | | |
| 6.8a | Translation of Exhibit 6.8 | | | Provisionally admitted on 08-16-2016, but then withdrawn as Exhibit 6.8 was not admitted |
| 6.9 | Email from Reggi.ru confirming registration of Track2.tv domain | A | 08-16-2016 | |
| 6.9a | Translation of Exhibit 6.9 | A | 08-16-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 6.10 | Web Names Emails | A | 08-16-2016 | |
| 6.10a | Translation of 6.10 | A | 08-16-2016 | |
| 6.11 | RusTelekom Emails | A | 08-17-2016 | |
| 6.12 | Reserved | | | |
| 6.13 | BlackLotus Emails | A | 08-16-2016 | With redactions |
| 6.14 | HostTracker Emails | A | 08-16-2016 | |
| 6.14a | Translations of Exhibit 6.14 | A | 08-16-2016 | |
| 6.15 | Liberty Reserve Emails | A | 08-17-2016 | |
| 6.16 | Messages to Track2 from Carder.su | A | 08-17-2016 | |
| 6.17 | Purchase of multi-password recovery (cracker) | A | 08-16-2016 | |
| 6.18 | Reserved | | | |
| 6.19 | Email re: Liberty Reserve Account U9614915 | A | 08-17-2016 | |
| 6.20 | Email re: track2.name account | A | 08-17-2016 | |
| 6.21 | Email from ICQ Acct Service | A | 08-17-2016 | |
| 6.22 | Emails From Abuse@robodesk | A | 08-17-2016 | |
| 7.1 | Yahoo! Business Records reflecting creation of Yahoo! account bulbacc@yahoo.com | A | 08-19-2016 | |
| 7.1a | Yahoo 902 Certification | | | |
| 7.2 | Yahoo! login records for bulbacc | A | 08-19-2016 | |
| 7.3 | Emails from WebNames.Ru re: registration | A | 08-19-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 7.3a | Translation of 7.3 | A | 08-16-2016 | |
| 7.4 | E-mails from WebNames.Ru re: DNS servers | | | |
| 7.4a | Translations of Exhibit 7.4 | | | Provisionally admitted on 08-16-2016, but then withdrawn as Exhibit 7.4 was not admitted |
| 8.1 | nCuX Carder Planet Registration Record | | | |
| 8.2 | nCuX CardingWorld Registration Record | | | |
| 8.3 | nCuX DarkMarket Registration Record | | | |
| 8.4 | nCuX Carder.su Registration Record | | | |
| 8.5 | nCuX forum thread on Carder.su | A | 08-19-2016 | Page 1 and 2 only, with redactions to page 2 |
| 8.6 | nCuX forum post on Carder.su | | | |
| 8.7 | nCuX forum post on CardingWorld | A | 08-19-2016 | |
| 8.7a | Translation of 8.7 | A | 08-16-2016 | |
| 8.8 | Track2 Carder.su Profile Page 9/26/2009 | A | 08-19-2016 | |
| 8.8a | Translation of 8.8 | A | 08-16-2016 | |
| 8.9 | Track2 Forum thread on Carder.su 9/26/2009 | A | 08-19-2016 | |
| 8.9a | Translation of 8.9 | A | 08-16-2016 | |
| 8.10 | Track2 forum thread on Carder.su 12/4/2009 | | | |
| 8.11 | Track2 forum post on Carde.su 5/20/2010 | | | |
| 8.12 | Track2 forum post on Carder.su 6/7/2010 | A | 08-19-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 8.13 | Track2 forum post on Carder.su 7/21/2010 | | | |
| 8.14 | 2pac CarderPro Forum Registration | | | |
| 8.15 | 2pac Crimes.ws Forum Registration | | | |
| 8.16 | 2pac Verified Forum Registration | | | |
| 8.17 | 2pac Vor.cc Forum Registration | | | |
| 9.1 | Registration Records for Liberty Reserve Account U8518741 | A | 08-18-2016 | |
| 9.2 | Registration Records for Liberty Reserve Account U0900959 | A | 08-18-2016 | |
| 9.3 | Registration Records for Liberty Reserve Account U9614915 | A | 08-18-2016 | |
| 9.4 | Registration Records for Liberty Reserve Account U0045772 | A | 08-18-2016 | |
| 9.5 | Registration Records for Liberty Reserve Account U4208156 | A | 08-18-2016 | |
| 9.6 | Reserved | | | |
| 9.7 | Registration Records for Liberty Reserve Account U2286723 | A | 08-18-2016 | |
| 9.8 | Registration Records for Liberty Reserve Account U1429380 | A | 08-18-2016 | |
| 9.9 | Registration Records for Liberty Reserve Account U6282588 | A | 08-18-2016 | |
| 9.10 | Liberty Reserve Transaction Records | A | 08-18-2016 | |
| 9.11 | Summary of Liberty Reserve Records | A | 08-18-2016 | |
| 9.12 | Liberty Reserve User IP History for Account U8518741 | A | 08-18-2016 | |
| 9.13 | Liberty Reserve Transaction History for Account U8518741 | | | |
| 9.14 | Liberty Reserve User IP History for Account U0900959 | A | 08-18-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 9.15 | Liberty Reserve User IP History for Account U9614915 | A | 08-18-2016 | |
| 9.16 | Liberty Reserve Transaction History for Account U9614915 | | | |
| 9.17 | Liberty Reserve User IP History for Account U0045772 | A | 08-18-2016 | |
| 9.18 | Liberty Reserve Transaction History for Account U0045772 | | | |
| 9.19 | Liberty Reserve User IP History for Account U4208156 | A | 08-18-2016 | |
| 9.20 | Liberty Reserve Transaction History for Account U4208156 | A | 08-18-2016 | |
| 9.21 | Liberty Reserve User IP History for Account U2286723 | A | 08-18-2016 | |
| 9.22 | Liberty Reserve Transaction History for Account U2286723 | | | |
| 9.23 | Liberty Reserve User IP History for Account U1429380 | A | 08-18-2016 | |
| 9.24 | Liberty Reserve Transaction History for Account U1429380 | | | |
| 9.25 | Liberty Reserve User IP History for Account U6282588 | A | 08-18-2016 | |
| 9.26 | Liberty Reserve Transaction History for Account U6282588 | | | |
| 10.1 | Screenshots from 7/8/14 Undercover | A | 08-18-2016 | Pages 1-10 only |
| 10.2 | Screenshots from 7/10/14 Undercover | A | 08-18-2016 | |
| 10.3 | Screenshots From 8/14/14 Undercover | A | 08-18-2016 | |
| 10.4 | Undercover purchase on 2PAC | | | |
| 10.5 | Dumps Purchased on 2PAC | | | |
| 10.6 | Additional Screenshots From 7/10/14 Undercover | | | |
| 10.7 | Postings on 2Pac Feedback Page | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|-------------|-------------------|------------------------|-------|
| 10.7a | Translation of 10.7 | | | Provisionally admitted on 08-16-2016, but then withdrawn as Exhibit 10.7 was not admitted |
| 10.8 | Screenshots from 2/23/14 Undercover | A | 08-18-2016 | |
| 11.1 | Pages from site PosDumps.com | | | |
| 11.2 | Full POS Dumps website | A | 08-19-2016 | |
| 12.1 | Aerial Photographs of the Maldives | A | 08-16-2016 | |
| 12.2 | Photographs of Seleznev Apprehension Operation | A | 08-16-2016 | |
| 12.3 | Photograph of Maldives Immigration Record | | | |
| 12.4 | Photograph of Seleznev personal items | A | 08-16-2016 | |
| 12.5 | Seized Credit Cards (Bulk Exhibit) | A | 08-16-2016 | |
| 12.6 | Seleznev's Internal Russian Federation Passport (Bulk Exhibit) | A | 08-16-2016 | |
| 12.6a | Photos of Seleznev's Internal Russian Federation Passport | A | 08-16-2016 | |
| 12.6b | Translation of Seleznev's Internal Russian Federation Passport | A | 08-16-2016 | |
| 12.7 | Seleznev's International Russian Federation Passport (Bulk Exhibit) | A | 08-16-2016 | |
| 12.7a | Photos of Seleznev's International Russian Federation Passport | A | 08-16-2016 | |
| 12.7b | Translation of Seleznev's International Russian Federation Passport | A | 08-16-2016 | |
| 12.8 | Laptop Seized From Seleznev (Bulk Exhibit) | A | 08-16-2016 | |
| 12.8a | iPhone Seized from Seleznev (Bulk Exhibit) | A | 08-16-2016 | |
| 12.8b | iPad Seized from Seleznev (Bulk Exhibit) | | | |
| 12.9 | Miscellaneous Travel Documents, Receipts, and Itineraries (Bulk Exhibit) | A | 08-16-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 12.9a | Travel Reservation Document (Translation) | A | 08-16-2016 | |
| 12.10 | Photographs of Flight to Guam | A | 08-16-2016 | |
| 13.1 | Image of Seleznev's Passport From Laptop | A | 08-18-2016 | |
| 13.1a | Metadata for 13.1 | A | 08-18-2016 | |
| 13.2 | Image of Seleznev's Credit Card | A | 08-18-2016 | |
| 13.2a | Metadata for 13.2 | A | 08-18-2016 | |
| 13.3 | Photos of Seleznev With Friends and Woman | A | 08-18-2016 | |
| 13.3a | Metadata for 13.3 | A | 08-18-2016 | |
| 13.4 | Photo of Seleznev with Wife and Daughter | A | 08-18-2016 | |
| 13.4a | Metadata for 13.4 | A | 08-18-2016 | |
| 13.5 | Invoice from Atmosphere Resort | A | 08-18-2016 | |
| 13.5a | Metadata for 13.5 | A | 08-18-2016 | |
| 13.6 | Animated 2Pac Ad from Desktop | A | 08-19-2016 | |
| 13.6a | Metadata for 2Pac Ad | | | |
| 13.7 | Reserved | | | |
| 13.8 | Image of Hosts File | A | 08-19-2016 | |
| 13.8a | Metadata for 13.8 | | | |
| 13.9 | Report of Dump Files on Laptop | A | 08-18-2016 | |
| 13.10 | Dump File: WA | A | 08-18-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 13.10a | Metadata for 13.10 | A | 08-18-2016 | |
| 13.11 | Dump File: 1000 Washington | A | 08-18-2016 | |
| 13.11a | Metadata for 13.11 | A | 08-18-2016 | |
| 13.12 | User Credentials File "1BACK14MAY.txt" (Text File Containing Login and Password Info) | A | 08-19-2016 | |
| 13.12a | User Credentials File "1BACKUP.txt.txt" (Text File Containing Login and Password Info) | A | 08-19-2016 | |
| 13.12b | Metadata for 13.12 and 13.12a | | | |
| 13.12c | Translation of 13.12 | A | 08-16-2016 | |
| 13.12d | Translation of 13.12a | A | 08-16-2016 | |
| 13.13 | POS Dumps Website Template | A | 08-19-2016 | |
| 13.13a | Metadata for 13.13 | | | |
| 13.14 | Recovered image of POS Dumps Diagnostics | A | 08-19-2016 | |
| 13.14a | Metadata for 13.14 | | | |
| 13.15 | Recovered Image of Bing Search for POS Dumps | | | |
| 13.15a | Metadata for 13.15 | | | |
| 13.16 | Recovered image of 2pac Whois diagnostics | A | 08-19-2016 | |
| 13.16a | Metadata for 13.16 | | | |
| 13.17 | Recovered Image of 2Pac Login to InFraud | A | 08-19-2016 | |
| 13.17a | Metadata for 13.17 | | | |
| 13.18 | Recovered Image of Omerta Website with 2Pac Ad | A | 08-19-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 13.18a | Metadata for 13.18 | | | |
| 13.19 | Recovered Image of try2check.me | A | 08-19-2016 | |
| 13.19a | Metadata for 13.19 | | | |
| 13.20 | Recovered Images of PACER searches | A | 08-19-2016 | |
| 13.20a | Metadata for 13.20 | | | |
| 13.21 | Chat with psych0tic | A | 08-19-2016 | |
| 13.21a | Metadata for 13.21 | | | |
| 13.22 | Chat with bitcoingambler | A | 08-19-2016 | |
| 13.22a | Metadata for 13.22 | | | |
| 13.23 | Chat with black.russian | A | 08-19-2016 | |
| 13.23a | Metadata for 13.23 | | | |
| 13.24 | Chat with xxomax | A | 08-19-2016 | |
| 13.24a | Metadata for 13.24 | | | |
| 13.25 | Chat with marysnow | A | 08-19-2016 | |
| 13.25a | Metadata for 13.25 | | | |
| 13.26 | Chat with cpro | A | 08-19-2016 | |
| 13.26a | Metadata for 13.26 | | | |
| 13.27 | Chat with hd@100500.cc | A | 08-19-2016 | |
| 13.27a | Metadata for 13.27 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|------|-------------|-------------------|------------------------|-------|
| 13.28 | Chat with JB | A | 08-19-2016 | |
| 13.28a | Metadata from 13.28 | | | |
| 13.29 | Chat with JB | A | 08-19-2016 | |
| 13.29a | Metadata from 13.29 | | | |
| 13.30 | Parsed Search Terms From Laptop | A | 08-19-2016 | |
| 13.31 | Firefox Form History from Laptop | A | 08-19-2016 | |
| 13.32 | Chat with Hohoho | A | 08-19-2016 | |
| 13.32a | Metadata for 13.32 | | | |
| 13.33 | Screenshots of Restored Computer | A | 08-18-2016 | |
| 13.33a | Translation of 13.33 | A | 08-16-2016 | |
| 13.34 | Reserved | | | |
| 13.35 | Reserved | | | |
| 13.36 | Cybercrime and Doing Time | | | |
| 13.36a | Metadata from 13.36 | | | |
| 13.37 | Chat With Burgled | A | 08-19-2016 | |
| 13.37a | Metadata from 13.37 | | | |
| 13.38 | Chat With Vai2000 | | | |
| 13.38a | Metadata from 13.38 | | | |
| 13.39 | Snapshot of Chat Applications | A | 08-19-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 13.39a | Metadata for 13.39 | | | |
| 13.40 | Summary of Metadata for Laptop Exhibits | A | 08-18-2016 | |
| 13.41 | Chat With Zarmax | | | |
| 13.41a | Metadata for 13.31 | | | |
| 13.42 | USSS Certified Inventory of Evidence | | | |
| 13.43 | USSS Evidence Vault Security Access Log | | | |
| 13.44 | Encase Evidence Pane Screenshot | | | |
| 13.45 | Firefox Web History re: POS Dumps | | | |
| 13.46 | Firefox Stored Credentials | A | 08-19-2016 | |
| 13.46a | Metadata for 13.36 | | | |
| 13.47 | AccessData Registry Viewer Screenshot | A | 08-18-2016 | |
| 14.1 | Images from iPhone | A | 08-19-2016 | |
| 14.1a | Translation of 14.1 | A | 08-16-2016 | |
| 14.2 | Reserved | | | |
| 14.3 | Two photographs of Roman Seleznev | A | 08-19-2016 | |
| 14.4 | Photographs of Roman Seleznev Passports | A | 08-19-2016 | |
| 14.5 | Photograph of chat session between "2PAC" and "CapitalZ0ne" | A | 08-19-2016 | |
| 14.5a | Translation of 14.5 | A | 08-16-2016 | |
| 14.6 | Reserved | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 14.7 | Reserved | | | |
| 14.8 | Reserved | | | |
| 14.9 | Reserved | | | |
| 14.10 | BTC-E e-mails to smaus | A | 08-19-2016 | |
| 14.10a | Translation of 14.10 | A | 08-16-2016 | |
| 14.11 | iPhone Emails reflecting use of "smaus" and "ochko" login and passwords | A | 08-19-2016 | |
| 14.11a | Translation of 14.11 | A | 08-16-2016 | |
| 14.12 | iPhone E-mails confirming reservation at Kanifushi Hotel | | | |
| 14.12a | Translation of 14.12 | | | Provisionally admitted on 08-16-2016, but then withdrawn as Exhibit 14.12 was not admitted |
| 14.13 | iPhone E-mails related to Bali, Indonesia property | | | |
| 14.13a | Translation of 14.13 | | | Provisionally admitted on 08-16-2016, but then withdrawn as Exhibit 14.13 was not admitted |
| 14.14 | iPhone E-mails reflecting use of romariogro1@mail.ru address | | | |
| 14.14a | Translation of 14.14 | | | Provisionally admitted on 08-16-2016, but then withdrawn as Exhibit 14.14 was not admitted |
| 14.15 | Photographs from iPhone | A | 08-19-2016 | Pages .004 and .005 only |
| 15.1 | Grandbury List of IP Addresses | A | 08-17-2016 | |
| 15.1a | Grandbury 902 Certification | | | |
| 15.2 | Western Union Wire Transfer Records | A | 08-16-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 15.2a | Excerpt of Exhibit 15.2 | A | 08-16-2016 | Illustrative Only |
| 15.2b | Western Union 902 Certification | | | |
| 15.3 | Reserved | | | |
| 15.3a | Reserved | | | |
| 15.4 | BlackLotus Subscriber Records | A | 08-16-2016 | |
| 15.4a | BlackLotus Service E-mails | | | |
| 15.4b | BlackLotus 902 Certification | | | |
| 15.5 | PayPal Records for Account number ***************4042 | A | 08-16-2016 | |
| 15.5a | PayPal 902 Certification | | | |
| 15.6 | Reserved | | | |
| 15.7 | Red Pepper Invoice for New POS System | | | |
| 15.8 | FDIC Certificates | | | |
| 15.8a | Certificate of Proof of Insured Status for FDIC Certificates | | | |
| 15.9 | NCUA Certificates | | | |
| 15.10 | Reserved | | | |
| 15.11 | Cloudflare Records of 2pac.cc account | | | |
| 15.11a | Cloudflare 902 Certification | | | |
| 15.12 | Grand Central Banking Business Records—Notice of Bank of America Fine | | | |
| 15.13 | Bureau of Prisons Trulincs Contact List | A | 08-16-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 15.13a | Bureau of Prisons 902 Certification | | | |
| 15.14 | NuSphere Records | A | 08-16-2016 | |
| 15.15 | NuSphere 902 Certification | | | |
| 15.16 | Broadway Grill Records | | | |
| 15.17 | BECU Records for David Knoernschild | A | 08-22-2016 | |
| 16.1 | Photos of Seleznev wedding with Gaponov | | | |
| 16.2a | Cesar Carranza Laptop | | | |
| 16.2 | nCuX111 chat with ubuywerush re – purchase of MSR206 | A | 08-17-2016 | |
| 16.3 | nCuX111 chat with ubuywerush re – Hi this is nCuX | A | 08-17-2016 | |
| 16.4 | nCuX111 chat re Western Union to Thailand - Liudmila Bochkareva | | | |
| 16.5 | Forensic Artifacts from 2pac.cc server | | | |
| 16.6 | Loss Summary | A | 08-22-2016 | |
| 16a | Financial Institution Victims | | | |
| 16b | Summary of Bank Specific Losses | | | |
| 16.7 | Screenshot From Spravku.Net | A | 08-19-2016 | |
| 16.7a | Translation of 16.7 | A | 08-16-2016 | |
| 16.8 | Reserved | | | |
| 16.9 | Reserved | | | |
| 16.10 | Forensic Evidence Extract: Cleveland Drive | A | 08-16-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 16.11 | Reserved | | | |
| 16.12 | Summary of Victim IP Addresses | A | 08-17-2016 | |
| 16.13 | Screenshots From Omerta Website | A | 08-18-2016 | Pages 1 and 2 only |
| 16.14 | Summary of Travel From Passport | | | |
| 16.15 | Chats Between Special Agent Wojcieszek and Track2 | A | 08-19-2016 | |
| 17.1 | Sample Credit Card | A | 08-16-2016 | Illustrative Only |
| 17.2 | MSR 206 (Bulk Exhibits) | | | |
| 17.3 | List of Translations Reviewed for Accuracy by Andrei Medvedev | A | 08-16-2016 | Illustrative Only |
| 17.4 | Global Map With Relevant IP Addresses | | | |
| 17.5 | Point of Sale System Diagram | A | 08-16-2016 | Illustrative Only |
| 17.6 | Diagram of Track2 Infrastructure | | | |
| 17.7 | Diagram of Track2 Infrastructure with Email Accounts | A | 08-16-2016 | Illustrative Only |
| 17.8 | Sample Encase Evidence Pane Screen Shot | A | 08-16-2016 | Illustrative Only |
| 17.9 | Diagram of Track2 Infrastructure with Victims | A | 08-17-2016 | Illustrative Only |
| 18.1 | Software Registry Hive – Network Profile Registry Key (wifi) | A | 08-23-2016 | Originally offered and refused; re-offered and admitted |
| 18.2 | Network Profile Operation Event Log – Connected | A | 08-23-2016 | |
| 18.3 | Network Profile Operation Event Log - Connected | A | 08-23-2016 | |
| 18.4 | WLAN AutoConfig Operation | A | 08-23-2016 | |
| 18.5 | WindowsUpdateLog | A | 08-23-2016 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 18.6 | SRUM | A | 08-23-2016 | |
| 18.7 | Software Registry Hive – Network Profile Registry Key (cellular) | | | |
| 18.8 | Software Registry Hive - HotSpot Authority | A | 08-23-2016 | |
| 18.9 | Security Event Log | A | 08-23-2016 | |
| 18.10 | SAM Registry Hive | A | 08-23-2016 | |
| 18.11 | SRUM – User Activity | A | 08-23-2016 | |
| 18.12 | USN Journal Log | A | 08-23-2016 | |
| 18.13 | SRUM – Application Resource Usage Table | A | 08-23-2016 | |
| 18.14 | USN Journal Log | | | |
| 18.15 | SRUM - Battery | | | |
| 18.16 | Hiberfile.sys | | | |
| 18.17 | Link files | A | 08-23-2016 | |
| 19 | Reserved | | | |
| 20 | Reserved | | | |
| 21 | Malware IP | | | |
| 22 | Report of Eric Blank | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 101 | Modified Dates – Sony Vaio | | | |
| 102 | Access Dates – Sony Vaio | | | |
| 103 | Discovery Dumps – Sony Vaio | | | |
| 104 | Recent Folder List – Sony Vaio | | | |
| 105 | FTK Report, Recent Access – Sony Vaio | | | |
| 106 | Image: File Access Dates, Graph View – Sony Vaio | A | 08-23-2016 | |
| 107 | Image: Microsoft Word Recent Files Folder – Sony Vaio | | | |
| 108 | Email from tvister@gmail.com to rubensamelich@yahoo.com re: General Abuse Report with attached Abuse Report from "Australian Federal Police" | A | 08-17-2016 | |
| 109 | PayPal Records – Account Into for Roman Ivanov | A | 08-17-2016 | |
| 110 | Email from John Szydlik to Michael Fischlin re: For Affidavit | | | |
| 111 | Email from Keith Wojcieszek to David Dunn | | | |
| 112 | Transcript of Testimony of Special Agent Michael Fischlin | | | |
| 113 | MasterCard Records | | | |
| 114 | Access Log Created by Eric Blank | A | 08-23-2016 | |