The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV<br><br>Defendant. | NO. CR11-070RAJ<br><br>**JOINT CERTIFICATION OF COUNSEL**<br>**RE: ADMITTED TRIAL EXHIBITS** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Leslie R. Caldwell, Assistant Attorney General, Norman M. Barbosa and Seth Wilkinson, Assistant United States Attorneys, and Harold Chun, Trial Attorney, Computer Crime and Intellectual Property Section, and Emma Scanlan and John Henry Browne, Counsel for Roman Seleznev, hereby file the admitted trial exhibits and certify that the exhibits files herewith are true and accurate copies of those admitted at trial.

Joint Certification of Counsel - 1
US v. Seleznev, 11-070RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Pursuant to General Order No. 03-16 "Exhibits Retention Pilot Project," within the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

At the close of the trial, counsel for both parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter. Copies of those exhibits are filed herewith.[1]

//
//
//

---

[1] At defendant's request, the parties are also filing Defense Exhibit 113, which was not admitted at trial. The document was discussed with the Court in connection with the admission of other exhibits, and is filed here to preserve the record.

Joint Certification of Counsel - 2
*US v. Seleznev, 11-070RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Therefore, the undersigned submits that the admitted trial exhibits[2] as listed on Court's Exhibit List (Dkt. No. 424) and hereby filed via CM/ECF event "Admitted Exhibits" are true and correct copies of the documents submitted to the jury in this matter.

Dated this 8th day of September, 2016.

| | |
|---|---|
| ANNETTE L. HAYES<br>Acting United States Attorney | LESLIE R. CALDWELL<br>Assistant Attorney General |
| */s/ Norman M. Barbosa*<br>NORMAN M. BARBOSA<br>Assistant United States Attorney<br>Western District of Washington | */s/ Harold Chun*<br>HAROLD CHUN<br>Trial Attorney<br>Computer Crime and Intellectual<br>Property Section |

*/s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney
Western District of Washington

*/s/ Emma Scanlan (approved via e-mail)*
EMMA SCANLAN
Counsel for Roman Seleznev

*/s/ John Henry Browne (approved via e-mail)*
JOHN HENRY BROWNE
Counsel for Roman Seleznev

---

[2] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States. Other bulk exhibits, such as drugs or firearms, will be maintained by their respective law enforcement agency. Exhibits which contain sensitive information and/or PII will be filed under seal.

Joint Certification of Counsel - 3
*US v. Seleznev, 11-070RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Jennifer J. Witt*
JENNIFER J. WITT
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2520
Fax: 206-553-2502
E-mail: Jennifer.Witt@usdoj.gov

Joint Certification of Counsel - 4
*US v. Seleznev, 11-070RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970