Government's Admitted Bulk Exhibits

| Exhibit Number | Description |
|---|---|
| 11.2 | Full POS Dumps website |
| 12.5 | Seized Credit Cards |
| 12.6 | Seleznev's Internal Russian Federation Passport |
| 12.7 | Seleznev's International Russian Federation Passport |
| 12.8 | Laptop Seized From Seleznev |
| 12.8a | iPhone Seized From Seleznev |
| 12.8b | iPad Seized from Seleznev |
| 12.9 | Miscellaneous Travel Documents, Receipts, and Itineraries |