## Whois Record on Feb 14, 2014

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.120

## Whois Record on Feb 13, 2014

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 4, 2014

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 25, 2014

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.123

## Whois Record on Jan 21, 2014

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

4.6.124

# Whois Record on Jan 14, 2014

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

4.6.125

## Whois Record on Jan 4, 2014

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

4.6.126

## Whois Record on Dec 28, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-12-28T20:22:41+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2017-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# Whois Record on Dec 27, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.128

# Whois Record on Dec 23, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

4.6.129

# Whois Record on Dec 20, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.130

# Whois Record on Dec 19, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.131

## Whois Record on Dec 18, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.132

## Whois Record on Dec 16, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

4.6.133

## Whois Record on Dec 9, 2013

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.134

## Whois Record on Dec 8, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

4.6.135

## Whois Record on Dec 5, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

4.6.136

# Whois Record on Dec 2, 2013

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2015 DomainTools, LLC All Rights Reserved

4.6.137

# Whois Record on Nov 27, 2013

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.138

## Whois Record on Nov 25, 2013

No adjacent screenshot available for this date.

```
Domain Name: 2PAC.CC
Registry Domain ID: 103908448_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2013-02-20T23:31:08+04:00
Creation Date: 2013-02-20T00:00:00+04:00
Registrar Registration Expiration Date: 2014-02-20T04:00:00+04:00
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID: C01288900-RT
Registrant Name: Garanin Evgenij
Registrant Organization: Garanin Evgenij
Registrant Street: ul. Ternopolskaya 15 kv 55
Registrant City: Penza
Registrant State/Province: Penza
Registrant Postal Code: 102111
Registrant Country: RU
Registrant Phone: +7.9652827234
Registrant Email: jchow@bk.ru
Registry Admin ID: CA1288900-RT
Admin Name: Garanin Evgenij
Admin Organization: Garanin Evgenij
Admin Street: ul. Ternopolskaya 15 kv 55
Admin City: Penza
Admin State/Province: Penza
Admin Postal Code: 102111
Admin Country: RU
Admin Phone: +7.9652827234
Admin Email: jchow@bk.ru
Registry Tech ID: CT1288900-RT
Tech Name: Garanin Evgenij
Tech Organization: Garanin Evgenij
Tech Street: ul. Ternopolskaya 15 kv 55
Tech City: Penza
Tech State/Province: Penza
Tech Postal Code: 102111
Tech Country: RU
Tech Phone: +7.9652827234
Tech Email: jchow@bk.ru
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.139

# Whois Record on Apr 15, 2013

No adjacent screenshot available for this date.

```
Domain name: 2pac.cc

Name servers:
    ns1.nameself.com
    ns2.nameself.com

Registrar: Regtime Ltd.
Creation date: 2013-02-20
Expiration date: 2014-02-20

Registrant:
    Garanin Evgenij
    Email: jchow@bk.ru
    Organization: Garanin Evgenij
    Address: ul. Ternopolskaya 15 kv 55
    City: Penza
    State: Penza
    ZIP: 102111
    Country: RU
    Phone: +7.9652827234
Administrative Contact:
    Garanin Evgenij
    Email: jchow@bk.ru
    Organization: Garanin Evgenij
    Address: ul. Ternopolskaya 15 kv 55
    City: Penza
    State: Penza
    ZIP: 102111
    Country: RU
    Phone: +7.9652827234
Technical Contact:
    Garanin Evgenij
    Email: jchow@bk.ru
    Organization: Garanin Evgenij
    Address: ul. Ternopolskaya 15 kv 55
    City: Penza
    State: Penza
    ZIP: 102111
    Country: RU
    Phone: +7.9652827234
Billing Contact:
    Garanin Evgenij
    Email: jchow@bk.ru
    Organization: Garanin Evgenij
    Address: ul. Ternopolskaya 15 kv 55
    City: Penza
    State: Penza
    ZIP: 102111
    Country: RU
    Phone: +7.9652827234
```

 © 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 31, 2012

```
No match for "2PAC.CC" in the registrar database.
```

No adjacent screenshot
available for this date.

© 2015 DomainTools, LLC All Rights Reserved

4.6.141

## Whois Record on Oct 12, 2012

No adjacent screenshot available for this date.

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: 2PAC.CC
    Created on: 14-Oct-11
    Expires on: 14-Oct-12
    Last Updated on: 14-Oct-11

Registrant:
anthony peluso
26 Lakeside Lane
barrington, Illinois 60010
United States

Administrative Contact:
    peluso, anthony   starsonpoker@gmail.com
    26 Lakeside Lane
    barrington, Illinois 60010
    United States
    +1.3102104246

Technical Contact:
    peluso, anthony   starsonpoker@gmail.com
    26 Lakeside Lane
    barrington, Illinois 60010
    United States
    +1.3102104246

Domain servers in listed order:
    NS41.DOMAINCONTROL.COM
    NS42.DOMAINCONTROL.COM
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.142

## Whois Record on Jun 13, 2012

No adjacent screenshot available for this date.

```
Registrant:
    anthony peluso
    26 Lakeside Lane
    barrington, Illinois 60010
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: 2PAC.CC
        Created on: 14-Oct-11
        Expires on: 14-Oct-12
        Last Updated on: 14-Oct-11

    Administrative Contact:
        peluso, anthony  starsonpoker@gmail.com
        26 Lakeside Lane
        barrington, Illinois 60010
        United States
        +1.3102104246

    Technical Contact:
        peluso, anthony  starsonpoker@gmail.com
        26 Lakeside Lane
        barrington, Illinois 60010
        United States
        +1.3102104246

    Domain servers in listed order:
        NS41.DOMAINCONTROL.COM
        NS42.DOMAINCONTROL.COM
```

4.6.143

## Whois Record on Apr 2, 2012

No adjacent screenshot available for this date.

```
Registrant:
    anthony peluso
    26 Lakeside Lane
    barrington, Illinois 60010
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: 2PAC.CC
        Created on: 14-Oct-11
        Expires on: 14-Oct-12
        Last Updated on: 14-Oct-11

    Administrative Contact:
        peluso, anthony  starsonpoker@gmail.com
        26 Lakeside Lane
        barrington, Illinois 60010
        United States
        +1.3102104246      Fax --

    Technical Contact:
        peluso, anthony  starsonpoker@gmail.com
        26 Lakeside Lane
        barrington, Illinois 60010
        United States
        +1.3102104246      Fax --

    Domain servers in listed order:
        NS41.DOMAINCONTROL.COM
        NS42.DOMAINCONTROL.COM
```

© 2015 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 16, 2012

No adjacent screenshot
available for this date.

```
Registrant:
    anthony peluso
    26 Lakeside Lane
    barrington, Illinois 60010
    United States

    Registered through: Go Daddy
    Domain Name: 2PAC.CC
        Created on: 14-Oct-11
        Expires on: 14-Oct-12
        Last Updated on: 14-Oct-11

    Administrative Contact:
        peluso, anthony  starsonpoker@gmail.com
        26 Lakeside Lane
        barrington, Illinois 60010
        United States
        +1.3102104246      Fax --

    Technical Contact:
        peluso, anthony  starsonpoker@gmail.com
        26 Lakeside Lane
        barrington, Illinois 60010
        United States
        +1.3102104246      Fax --

    Domain servers in listed order:
        NS41.DOMAINCONTROL.COM
        NS42.DOMAINCONTROL.COM
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.145

## Whois Record on Aug 28, 2010

```
No match for "2PAC.CC".
```

No adjacent screenshot
available for this date.

© 2015 DomainTools, LLC All Rights Reserved

4.6.146

## Whois Record on May 20, 2010

Registrant:
 blahman inc
 603 Doheny Road
 Beverly Hills, CA 90210
 US
 5129837465

Domain Name: 2PAC.CC

Administrative Contact:
 levy, jefery sadistic@live.com
 603 Doheny Road
 Beverly Hills, CA 90210
 US
 5129837465

Technical Contact:
 levy, jefery sadistic@live.com
 603 Doheny Road
 Beverly Hills, CA 90210
 US
 5129837465

Record last updated 07-04-2009 11:28:44 AM
Record expires on 07-04-2010
Record created on 07-04-2009

Domain servers in listed order:
 NS1.AFRAID.ORG 67.19.72.206
 NS2.AFRAID.ORG 174.37.196.55

No adjacent screenshot
available for this date.

© 2015 DomainTools, LLC All Rights Reserved

4.6.147

## Whois Record on Oct 18, 2009

No adjacent screenshot
available for this date.

```
Registrant:
 blahman inc
 603 Doheny Road
 Beverly Hills, CA 90210
 US
 5129837465

Domain Name: 2PAC.CC

Administrative Contact:
 levy, jefery sadistic@live.com
 603 Doheny Road
 Beverly Hills, CA 90210
 US
 5129837465

Technical Contact:
 levy, jefery sadistic@live.com
 603 Doheny Road
 Beverly Hills, CA 90210
 US
 5129837465

Record last updated 07-04-2009 11:28:44 AM
Record expires on 07-04-2010
Record created on 07-04-2009

Domain servers in listed order:
 NS1.AFRAID.ORG 67.19.72.206
 NS2.AFRAID.ORG 66.252.5.14
```

 © 2015 DomainTools, LLC All Rights Reserved

4.6.148

## Whois Record on Nov 19, 2008

No adjacent screenshot available for this date.

```
Registration Service Provided By: Hi-Res, Ltd. - domain names for sale
Contact: eli@nonnegative.com

Domain name: 2pac.cc

Registrant Contact:
    Hi-Res,Ltd.-domainnamesforsale
    Eli Kr ()

    Fax:
    pobox6661
    Tel-Aviv,  61064
    IL

Administrative Contact:
    Hi-Res,Ltd.-domainnamesforsale
    Eli Kr (eli@nonnegative.com)
    507899807
    Fax: 972.35460298
    pobox6661
    Tel-Aviv,  61064
    IL

Technical Contact:
    Hi-Res,Ltd.-domainnamesforsale
    Eli Kr (eli@nonnegative.com)
    507899807
    Fax: 972.35460298
    pobox6661
    Tel-Aviv,  61064
    IL

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 12 Sep 2006 01:49:30
Expiration date: 12 Sep 2008 01:49:30
```

© 2015 DomainTools, LLC All Rights Reserved

4.6.149

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

No records found for this domain.

## Name Server History

No records found for this domain.

## IP Address History

No records found for this domain.

4.6.150

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 1 records collected between Mar 31, 2014 and Mar 31, 2014.



Mar 31, 2014

 © 2015 DomainTools, LLC All Rights Reserved

4.6.151

## Connected Domains

### Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as 2pac.cc. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|--------|---------|------------|

4.6.152

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as 2pac.cc. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|--------|---------|------------|

4.6.153