THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROMAN SELEZNEV,<br><br>                Defendant. | Case No.  CR11-70RAJ<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL |

Having reviewed the Motion for Withdrawal of Counsel, having heard from counsel at a hearing on this date, and being fully advised, it is hereby ORDERED that Defendant's Motion for Withdrawal and Substitution of Counsel (Dkt. #431) is GRANTED. John Henry Browne and Emma Scanlan are granted leave to withdraw as counsel for Defendant Roman Seleznev upon retention or appointment of successor counsel.

DATED this 2nd day of December, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
WITHDRAWAL OF COUNSEL - 1