HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROMAN SELEZNEV,<br><br>　　　　　　Defendant. | CASE NO. CR11-70RAJ<br><br>ORDER GRANTING IN PART MOTION TO CONTINUE SENTENCING |

The Court, having considered Defendant's Motion to Continue Sentencing, the Government's Response, Defendant's Reply, and the files and records herein, it is hereby

ORDERED that Defendant's Motion to Continue Sentencing Hearing (Dkt. #445) is GRANTED IN PART. The Court finds good cause to continue the sentencing hearing in this matter, but will not grant the length of continuance requested by counsel for Defendant. Defendant's sentencing is continued to April 21, 2017 at 9:00 a.m. Absent extraordinary circumstances, there will be no further continuances.

DATED this 4th day of January, 2017.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART
MOTION TO CONTINUE SENTENCING – 1