I WAS BORN IN THE CITY OF VLADIVOSTOK, RUSSIA JULY 23, 1984. I WAS JUST 2 YEARS OLD AND MY PARENTS GOT DIVORCED. MY MOTHER AND I LIVED IN A ROOM THAT WAS APPROXIMATELY $10m^2$. WE LIVED WITH 4 OTHER FAMILIES DURING THESE VERY DIFFICULT TIMES. BY THE TIME I WAS 7 YEARS OLD MY MOTHER BUY A APARTMENTS FROM HER BROTHER. SHE DID NOT PAY THE FULL AMOUNT AT THE TIME AND NEED TO MAKE PAYMENTS EVERY YEAR. MY MOM AND I STRUGGLE VERY BAD DURING THESE YEARS. WE LIVE VERY POORLY AND IT HURT ME AS A CHILD TO SEE MY MOM STRUGGLE EVERYDAY. SHE WORKING HARD AS A CASHIER IN LOCAL GROCERY STORE. MOST OF THE TIME I WAS HOME ALONE WHILE MOM WORK HARD. I LEARN MYSELF ABOUT COMPUTER TECHNOLOGYS. I HAVE GREAT SKILL AT YOUNG AGE AND IT WAS CLEAR TO ALL I CAN DO GREAT THINGS WITH MY LIFE. [REDACTED]

[REDACTED] SO I STUDY HARD IN SCHOOL TO TRY SOMEDAY TO HELP MY MOM. I FINISH HIGH SCHOOL AROUND AGE OF 16 YEARS OLD, THEN GO DIRECT TO COLLEGE. MY STUDY PLACE EMPHASIS ON ADVANCED MATHEMATICS AND COMPUTER SCIENCE. I JUST TRY TO MAKE GOOD LIFE FOR MY MOM AND WANT TO HAVE A FATHER

PROUD FOR ME, I SEE GROWING UP THAT MAKE ME SAD THAT MY MOM DRINK ALCOHOL VERY OFTEN AND SOMETIMES NON-STOP UP TO 7 DAYS, MY MOM WAS ALCOHOLIC. SHE LOVE ME VERY MUCH AND TRY HARD. THE PROBLEM SHE DRINK AND CREATE TO MUCH PAIN TO BOTH US. SHE ALL I HAD SO I WAS AFRAID FOR HER. TRAJEDY HAPPENS WHEN I WAS 17 YEARS OLD, MY MOM DIE AND PASS AWAY, I COME HOME FROM SCHOOL, I FOUND MY MOTHER IN OUR BATHTUB DROWNED. SHE DIE BECAUSE OF THIS ALCOHOLIC POISONING. I PANIC AND CRY SO BAD FROM THIS PAIN AND LOSS OF MY MOM. ON THE NEXT DAY BROTHER OF MY MOM COME TO OUR APARTMENT AND TAKE ALL MY MOMS JEWELRY AND SOME OF HER GOOD CLOTHING AND HE SAY TO ME I MUST LEAVE OUT OF THE APARTMENT IN THE MEANING TIME. BECAUSE HE SAY MY MOM NEVER PAY HIM IN FULL SUM FOR THE APARTMENT. THIS WAS NOT TRUTH, MY MOM PAY ALL DEBT AND I HAD ALL PAPERS TO SHOW TRUTH WAS ALL SUM PAY IN FULL BY MY MOM. I NEVER SPEAK WITH HIM ANYMORE. I BURY MY MOM.

I QUIT GOING TO SCHOOL AND TRY TO FIND SOME JOB. I HAD NO MONEY AND SOMETIMES MY GRANDMOTHER WILL FEED ME. ███████████████████████████
████████████████████████████████████████
I WAS NOT TROUBLE TO ANYONE OR DID MAKE ANY PROBLEMS WHEN WAS YOUNG. I WAS RESPECT, POLITE

AND TRY HARD TO DO GOOD ALWAYS. I FIND a JOB AT LOCAL COMPUTER CLUB/STORE. THEY HAPPY TO HIRE ME AND KEEP ME 24 HOURS EACH DAY OF WORK EVERYDAY. PROBLEM IS THEY PAY TO ME ONLY ABOUT $5/PER EACH 24 HOUR DAY. THAT MONEY CANNOT EVEN PAY UTILITY BILL IN MY MOMS APARTMENT SO I STOP WORKING AFTER SHORT TIME AS I SEE THEY TRY TO USING ME. IT SEEM EVERYONE TAKE FROM ME THAT WHICH I DO NOT HAVE. I THEN TRY TO FIND a JOB IN THE INTERNET. AND THIS BECOME THE FOOLISH POINT WHERE MY LIFE FALL DOWN TO THE SIDE OF CRIMINAL ACTIVITY. I WAS 17, STRUGGLE HARD, AND LOSE MY WAY INTO BAD WORLD. I WAS DESPERATE FOR MANY THINGS OTHER THEN MONEY. I FOUND a PLACE THAT ACCEPT ME AND AT 17 I BELIEVED THIS WAS LIKE a FAMILY OR AT LEAST SOME PLACE TO BELONG. I WAS MISTAKEN AND WENT a BAD DIRECTION. MY MOM WOULD NEVER BE PROUD TO ME FOR THIS LIFE. I START TO BECOME HACKER AND I HACK COMPUTER TO FIND CREDIT CARDS OR OTHER DATA AND INFORMATION I CAN SELL. SOMETIMES I FIND SMALL AMOUNTS OF CREDIT CARDS AND SELL THEM. THIS MONEY WAS ENOUGH TO PAY FOR THE FOOD, UTILITY BILL, AND CLOTHING. I WAS USEING MY SKILLS IN a BAD WAY AND I KNEW THIS WAS SHAMEFUL AND WRONG. IN 2007 I FOUND LARGE BASE OF CREDIT CARDS AND I SELL FOR LARGE AMOUNT OF MONEY. I WAS BECOMMING

greedy and out my control.

In 2008 I get married to my wife Svetlana. She get pregnant with a beautiful child and we call her Eva. In 2009 my wife and daughter go away on holiday, they go without me. Robbers suddenly show up in my home, our apartment. I was home. The robbers torture to me all night, they take all password from computer, laptop, money and everything of any value. I never care about material object, as most of my life and my mom had nothing, so again I find my situation to have no money and it was O.K to me. I know its gone because i did bad things. I am thank God that he save life of my wife, child and mine. The robbers knew I was doing wrong so they believe to never get caught. I was scared that the robbers will return as they promise and they want more money or hurt me and my family. I was in fear and I take my family move to another country for our security (Bali, Indonesia). At this time I want out of this life and plan to stop this crime to do a honest and respectable way with my skill as my mom wanted for me. And I make clear to all ,, I am done" I am out", I make clear announcement to all on in the internet that I quit selling credits cards. I attemped to protect the family and find honest career,

By middle 2010 I found myself in a complicated situation as the demand of my family (wife and child) become to much as I was not able to find career in my field due to lack of certifications and university level diplomas. My qualification were more then enough but formal education was not. I again made wrong decision to come back to the criminal activity that I sought to leave behind.

At the end of 2010 my grandmother pass away and I felt great sadness. She was the one of my only true parent. She knew me better then I know myself. She do not know my bad way. She know I do work with computer and I was ashamed to say her about my criminal activity.

████████████████████████████
████████████████████████████
████████████████████ He wanted to visit Marakesh, Morocco and he invited me and my wife. Me and my wife arrive day before my father and wife of father should arrive. My wife and me want to take a breakfast at hotel, we go into restaurant but they tell me they cannot serve me food, I ask them why and they say I need to put suit on. I have no suit to put on that time so we take a walk to closest local cafe.

The waiter say we must wait 30 minute before he can start preparing breakfast to us, I say we will wait. He say bad idea to wait but I don't understand why he think like this. Then waiter bring juice to us, and the suicide bomber blow up himself. The entire cafe blow up with blood and dead peoples everywhere. It blow up half my head and over 20 innocent human being die. God bless my wife didn't get any injury. My condition was grave and I think I die on that floor. I was in comma and dieing. They tell the wife nothing can be done to save life, I needed difficult surgery on a brain which they cannot do in this country. Soon that day somehow my father arrange emergency flight to pick my body and wife, they medical evacuate me out to Moscow, Russia to make complex and advanced surgeries to my brain. After many major surgery on brain every hour my condition became worse and vorse, doctors made a decision to tell my wife and my father that I going to die soon, and even if a miracle will happen, I will be a ,,vegetable on life support for rest of life". I say now is painful to speak about it, but that day my wife leave me behind and fly away to her hometown, she leave thinking i will die. I vas not baptized and in Russian culture

people must be baptized before death. If not they cannot go to heaven and will go to hell. A patient in the hospital was a official priest and a man of God. My father tell me he baptized me emergency. The doctor cannot explain situation but that day miracle happens. After two weeks I came back from comma. I cant speak or walk but I understand and cooperative. After 3 month I can walk again and about 1 year after accident I can speak much less understand. From May 2011 untill the end of 2012 I lived in different hospitals, then I lived in apartment close to hospital. I continued to have many surgery's on neck and brain. On middle of 2012 me and my wife get divorced. The reason, my wife tell me that the reason she leave me that day in hospital — did not want to take care of vegetable. She fled from Russia to United States taking our daughter and all money. She leave all divorce details with attorney and she gone.

In 2013 I start hacking computers and selling credit cards once again. My life was terrible and I hated the man I see when I look into a mirror. I ask God why he save me. Why? Then after time I meet Anna and today she is my fiance and she waits for me in Russia. She trully love me and support me.

almost 3 years now, she have a daughter and I want to adopt her. They both support me and love me. My feeling is the same, Anna understand what Im facing in United States, still one love me and pray for my life every day.

In 2014 I was arrested by the United States Goverment. When I get to Jail I have poor English language. I was scared, confused, shocked and did not understand even half of what was going on or what many peoples were telling me. My attorney gave me horrible advice to fight, because he say I getting maybe life sentence anyway if not fight case. Today it is very clear to me and everyone that my attorneys were looking for another trophey and somewhat useing me for publicity and personal gain.

This i guess is a price I had to pay also for my bad actions.

I made many poor choices in my lifetime and I accept responsibility for those choices. I am not perfect and did wrong. Nobody or nothing I can blame except me! I did this and now I will answer for my crimes as a man.

On the trial I carefully listen to innocent victims of my crime, I myself want to cry for them. Some of them even lost a bysiness because of me. I feel so terrible as many peoples suffer of what I did

TO THEM. I SHOULD HAVE USE THESE ABILITIES TO HELP MANKIND, INSTEAD I LOST MY WAY, WAS SELFISH AND GREEDY AND I FAILED AND FAILED BADLY.

I DO ACCEPT FULL RESPONSIBILITY FOR EVERYTHING.

I AM AFRAID OF MY PUNISHMENT, BUT I AM BELIEVED TO HAVE FINALLY GOT CAUGHT AS THE LIFE OF CRIMINAL IS NO GOOD LIFE AT ALL. MY MOM TRY TO TEACH THIS TO ME BUT I FAIL AND I DEEPLY SORRY TO ALL.

SOME OF THE GUILT AND SHAME I NOT ONLY CREATE FINANCIAL SUFFERING TO MY VICTIMS, BUT THEY ALSO LOSE TRUST AND FAITH. BECAUSE OF ACTIVITY LIKE MINE PEOPLES DOESN'T BELIEVE THEY MONEY ARE SAFE, THEIR PERSONAL INFORMATION AND CREDIT IS COMPROMISED AS THE GOVERMENT MENTION ON MY TRIAL. THIS A HUGE PROBLEM AND IT BRINGS ME GREAT SHAME FOR MY ROLE IN THIS CRIMINAL ACTIVITY.

I ROMAN SELEZNEV WANT TO SAY "I WRONG AND I AM SORRY".

IT IS MY HOPE SOMEDAY I WILL GET OUT FROM JAIL. I WILL WORK VERY HARD TO PAY MY DEBT TO MY VICTIMS AND SOCIETY. I WILL WORK HONESTLY.

I HAVE BEEN IN JAIL FOR 3 YEARS AND DURING THIS TIME I HAVE TRIED TO BE PRODUCTIVE. I ALREADY RECEIVE DIMLOMA FOR: PARALEGAL/LEGAL ASSISTANT STUDIES WITH HONORS AND I COMPLETE ADVANCED PARALEGAL CERTIFICATE

IN CRIMINAL STUDIES. THESE COURSES ARE ALL IN ENGLISH. ALSO I GET DIPLOMA FOR "ENGLISH AS A SECOND LANGUAGE".

I HAVE ADDITIONALLY COMPLETED OVER 15 "BIBLE STUDY" COURSES, PROGRAMS AND HAVE ALOT OF CERTIFICATES.

I AM NOT TRYING TO COME ACROSS LIKE "I DID BAD AND NOW SEE THE LIGHT". I WILL JUST SAY THEY ARE HELPFUL FOR ME AND EDUCATIONAL. I WILL TRY TO LIVE AND CHOOSE A GOOD PATH TO WALK.

ALSO I AM STUDYING FOR MY DEGREE IN "HOTEL AND RESTAURANT MANAGEMENT" IN TWO DIFFERENT CAREER INSTITUTES ("STRATFORD CAREER INSTITUTE AND AMERICAN HOTEL AND LODGING EDUCATIONAL INSTITUTE").

SOON I PLAN TO ENROLL IN AN ACCREDITED SCHOOL TO RECIEVE AND EARN A BACHELOR DEGREE WITH EMPHASIS ON BUSINESS ADMINISTRATION.

[REDACTED]

PLEASE UNDERSTAND I WAS A DESPERATE CHILD WHOM GREW INTO A DESPERATE MAN. I WANT TO REPAY

for my wrong doing and make things right as humanly possible.

I am alive today and I thank God and the United States of America Goverment. I was going down a very deadly road before my arrest.

                Thank you very much.
                    R.S.