United States v. Roman Seleznev
Victim Restitution Amounts
per Victim Financial Loss Restitution Statements

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **Victim** | **Impact Statement** | **Restitution Statement** | **Restitution Amount Requested** |
| 2 | City Newsstand<br>4018 N Cicero Ave<br>Chicagoe, IL 60641 | yes | yes | $20,991.25 |
| 3 | Double D Market & Catering<br>2595 County Road 516<br>Old Bridge, NJ 08857 | no | yes | $12,128.11 |
| 4 | Fighting Burrito<br>PO Box 1336<br>Ames, IA 50014 | no | yes | $5,995.00 |
| 5 | Foley Fuel &<br>Lumber Company<br>240 Main Street<br>Box 157<br>Foley, MN 56329 | yes | yes | $10,399.88 |
| 6 | G's Pizza<br>200 West Houghton Avenue<br>West Branch, MI 48661 | no | yes | $6,000.00 |
| 7 | Grand Central Baking<br>2249 NW York Street<br>Portland, OR 97210 | no | yes | $6,575.00 |
| 8 | Huston Zoo<br>1513 Cambridge<br>Houston, TX 77030 | yes | yes | $266,163.00 |
| 9 | Mountain Mike's Pizza<br>11974 Highway 88,<br>Suite 2082<br>Jackson, CA 95642 | yes | yes | $7,000.00 |
| 10 | Pasta Factory<br>2 West Street St George Blvd. #8<br>St. George, UT 84770 | yes | yes | $14,806,76 |
| 11 | Shaka Sandwich & Pizza Inc.<br>1770 S. Kihei Road<br>Kihei, HI 96753 | yes | yes | $23,006.34 |
| 12 | Tiffany's Pizza<br>PO Box 24<br>Carleton, MI 48117 | no | yes | $13,500.00 |
| 13 | University Book Exchange, Inc<br>516 S Cotanche Stree<br>Greenville, NC 27858 | yes | yes | $43,214.37 |
| 14 | Village Idiot Pizza<br>2009 Devine Street<br>Columbia, SC 29205 | yes | yes | $18,800.00 |
| 15 | Zpizza Corp.<br>909 Canyon View Drive<br>Laguna Beach, CA 92651 | yes | yes | $31,970.00 |
| 16 | **TOTAL** | | | **$465,742.95** |

Attachment B
CR 11-00070-RAJ