The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA, | NO. CR11-0070RAJ |
| Plaintiff | |
| | UNITED STATES' NOTICE OF FILING |
| v. | PAPER MATERIALS WITH THE |
| | CLERK |
| ROMAN V. SELEZNEV, | |
| Defendant. | |

17    The United States of America, by Annette L. Hayes, United States Attorney for

18  the Western District of Washington, and Norman Barbosa and Seth Wilkinson, Assistant

19  United States Attorneys for said District, hereby gives notice with the Clerk of this Court

20  that a disk containing Attachment A is being filed in physical form with the Clerk's

21  Office for the Western District of Washington.  The document(s) will remain in the

22  Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western

23  District of Washington.

24  //

25

26  //

27

28

UNITED STAES' NOTICE OF FILING
PAPER MATERIALS WITH THE CLERK - 1
SELEZNEV, CR11-070RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

DATED this 14th day of April, 2017.

2

Respectfully submitted,

3

ANNETTE L. HAYES
United States Attorney

4

5

6

7

_s/ Norman Barbosa_                              _s/ Seth Wilkinson_
NORMAN BARBOSA                         SETH WILKINSON

8

Assistant United States Attorney        Assistant United States Attorney
Western District of Washington          Western District of Washington

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STAES' NOTICE OF FILING
PAPER MATERIALS WITH THE CLERK - 2
SELEZNEV, CR11-070RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

1

2          I hereby certify that on April 14, 2017, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system, which will send notification of such filing

4    to the attorney(s) of record for the defendant(s).

5

6

7                                              *s/ Kylie Noble*
                                               KYLIE NOBLE
8                                              Legal Assistant
9                                              United States Attorney's Office
                                               700 Stewart Street, Suite 5220
10                                             Seattle, WA 98101-3903
11                                             Telephone: (206) 553-2520
                                               Fax: (206) 553-4440
12                                             E-mail: kylie.noble@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STAES' NOTICE OF FILING                          UNITED STATES ATTORNEY
PAPER MATERIALS WITH THE CLERK - 3                      700 STEWART STREET, SUITE 5220
SELEZNEV, CR11-070RAJ                                   SEATTLE, WASHINGTON 98101
                                                        (206) 553-7970