The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN VALERYEVICH SELEZNEV,<br><br>Defendant. | No. CR11-070-RAJ<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE UNITED STATES** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Michelle Jensen hereby appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Michelle Jensen at:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

///

Notice of Appearance - 1
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 20th day of April, 2017. |
| 2 | Respectfully submitted, |
| 3 | ANNETTE L. HAYES |
| 4 | United States Attorney |

*[signature]*

MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Notice of Appearance - 2
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, I electronically filed the foregoing Notice with the Clerk of the Court using CM/ECF system, which automatically serves the parties of record.

*Michelle Jensen* (signature)

MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Notice of Appearance - 3
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970