The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN V. SELEZNEV,<br><br>Defendant. | NO. CR11-0070RAJ<br><br>ORDER GRANTING THE SEALING OF DEFENDANT'S STATEMENT ACCEPTING RESPONSIBILITY |

THE COURT, having received and reviewed Defendant's Motion to Seal the unredacted version of Defendant's written statement accepting responsibility, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED that Defendant's Motion to Seal (Dkt. #458) is GRANTED. Defendant's unredacted version of written statement accepting responsibility shall be maintained under seal.

DATED this 21st day of April, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge