The Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROMAN VALERYEVICH SELEZNEV, <br><br> Defendant. | NO. CR11-070-RAJ <br><br> ~~[PROPOSED]~~ <br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' request for an Order of Forfeiture that would forfeit, to the United States, Defendant Roman Valeryevich Seleznev's interest in the following property:

A forfeiture money judgment in the amount of $17,886,971.09 in United States funds.

The Court, having reviewed the papers and pleadings filed in this matter, including the parties' sentencing memoranda (Dkt. Nos. 464, 466, 467 & 468), hereby FINDS entry of an Order of Forfeiture is appropriate because:

- On August 25, 2016, the jury found the Defendant guilty of:

Order of Forfeiture - 1
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Counts 1-10);
- Intentional Damage to a Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2 (Counts 12-19);
- Obtaining Information from a Computer Without Authorization, in violation of 18 U.S.C. §§ 1029(a)(2) and 1029(a)(3) (Counts 21-29); and,
- Access Device Fraud – Unlawful Possession of Access Devices, in violation of 18 U.S.C. §§ 1029(a)(3),1029(c)(1)(A)(i), and 2 (Counts 30-38) (Dkt. No. 422);

- Proceeds traceable to Wire Fraud are forfeitable pursuant to 18 U.S.C. § 982(a)(2);
- Proceeds traceable to Intentional Damage to Computer are forfeitable pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1030(i)(1)(B);
- Proceeds traceable to Obtaining Information from a Computer Without Authorization are forfeitable pursuant to 18 U.S.C. § 982(a)(2)(B);
- Proceeds traceable to Access Device Fraud – Unlawful Possession of Access Devices are forfeitable pursuant to 18 U.S.C. § 982(a)(2)(B);
- In its Second Superseding Indictment, the United States gave notice of its intent to seek a money judgment reflecting the proceeds the Defendant obtained from these offenses (Dkt. No. 90);
- The evidence at trial established the Defendant received at least $17,886,971.09 in proceeds from his commission of these offenses, through his sale of stolen credit card data (Trial Exhibit 9.11; Trial Transcript at 725-726); and,
- Fed. R. Crim. P. 32.2(c)(1) provides "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to the guilty verdicts returned against the Defendant, 18 U.S.C.

Order of Forfeiture - 2
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

§§ 982(a)(2), 982(a)(2)(B), and 1030(i)(1)(B), the Defendant's interest in the above-identified money judgment is fully and finally forfeited, in its entirety, to the United States;

2) No right, title or interest in the money judgment exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the Judgment;

4) In order to satisfy the money judgment in whole or in part, the United States may move to amend this Order at any time, pursuant to Fed. R. Crim. P. 32.2(e), to substitute property not to exceed a cumulatively value of $17,886,971.09; and,

5) The Court shall retain jurisdiction for the purpose of enforcing and amending this Order, as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this ___ day of _____, 2017.

THE HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

///

///

///

Order of Forfeiture - 3
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

_/s/_ _____
NORMAN M. BARBOSA
Assistant United States Attorney


_/s/_ _____
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney

Order of Forfeiture - 4
*U.S. v. Seleznev,* CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970