The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-070-RAJ |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL** |
| ROMAN VALERYEVICH SELEZNEV, | |
| Defendant. | |

PLEASE TAKE NOTICE that Assistant United States Attorney Michelle Jensen hereby withdraws as attorney of record for the United States.

DATED this 25th day of April, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Michelle Jensen*
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Notice of Withdrawal - 1
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, I electronically filed the foregoing Notice with the Clerk of the Court using CM/ECF system, which automatically serves the parties of record.

MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Notice of Withdrawal - 2
U.S. v. Seleznev, CR11-070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970