# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>v.<br><br>ROMAN SELEZNEV<br><br>  Defendant. | **NOTICE OF CRIMINAL APPEAL**<br><br>2:11CR00070RAJ-001<br>(District Court Case Number)<br><br>The Hon. Richard A. Jones<br>(District Court Judge) |

Notice is hereby given that  ROMAN SELEZNEV
                             (Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from the:

Judgment and Sentence

entered in this action on  4/21/2017                     .
                           (Date of Order)

324 months (27 years) custody

(Sentence imposed)

Andrea Ramirez
(Name of Court Reporter)

Transcript Required:       ☒ Yes     ☐ No

**NOTICE OF CRIMINAL APPEAL**         Page   of

If yes, indicate date ordered or to be ordered (including arrangements for payment with court reporter.)

| Transcript for 04/21/17 ordered and arranged to pay the cost of said transaction; transcripts for 8/8/14, 10/16/14, 8/15/14, 10/7/14, 3/29/16, 3/31/16, 4/5/16, 8/5/16 ordered and arranged to pay the cost of said transactions |

If transcript required, complete Transcript Order Form. Contact court reporter immediately to make arrangements for transcription.

May 3, 2017
_____
Dated

s/ Igor Litvak
_____
(Sign or use "s/" and your name)

The Litvak Law Firm, PLLC
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

**NOTICE OF CRIMINAL APPEAL**         Page  of

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing Notice of Criminal Appeal with the clerk of the court using the *CM/ECF* system which will send notification of such filing to the attorney(s) of record for all parties. I hereby certify that I have served any other parties of record that are non *CM/ECF* participants via Tele-fax/US postal mail.

Dated this 3rd day of May, 2017

                                                  s/ Igor Litvak_____

                                                  The Litvak Law Firm, PLLC
                                                  1701 Avenue P
                                                  Brooklyn, New York 11229
                                                  Office: (718) 989-2908