FILED

JUN 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 17-30085 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:11-cr-00070-RAJ-1 |
| v. | Western District of Washington, Seattle |
| ROMAN SELEZNEV, AKA bandysli64, AKA Bulba, AKA Roman Ivanov, AKA nCuX, AKA Ruben Samvelich, AKA shmak, AKA smaus, AKA Track2, AKA Zagreb, | ORDER |
| Defendant-Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

In light of the complex and extended trial court proceedings, and the detailed statement of other professional obligations, appellant's unopposed motion (Docket Entry No. 3) for an extension of time to file the opening brief is granted.

The opening brief is due February 2, 2018. The answering brief March 2, 2018. The optional reply brief is due within 21 days after service of the answering brief.

No further extension of time to file the opening brief will be granted absent extraordinary circumstances.

LK/Pro Mo