UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff - Appellee,<br><br>  v.<br><br>ROMAN SELEZNEV, AKA bandysli64, AKA Bulba, AKA Roman Ivanov, AKA nCuX, AKA Ruben Samvelich, AKA shmak, AKA smaus, AKA Track2, AKA Zagreb,<br><br>                Defendant - Appellant. | No. 17-30085<br><br>D.C. No. 2:11-cr-00070-RAJ-1<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

The opening brief submitted on January 10, 2018 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the File a Document - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or CM/ECF.

The Court has reviewed the excerpts of record submitted on January 10, 2018. Within 7 days of this order, appellant is ordered to file 4 copies of the

excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Van Allen
Deputy Clerk
Ninth Circuit Rule 27-7