| Financial Institution and Address | USD |
|---|---|
| CITIBANK N.A. PHILIPPINES<br>9/F CITIBANK TOWER<br>8741 PASEO DE ROXAS STREET<br>MAKATI CITY 1226, PHILIPPINES | $10,555,215.14 |
| CHASE REMIT DEPARTMENT<br>2500 WESTFIELD DRIVE<br>SUITE: IL1-6025 C/O RESTITUTION<br>ELGIN, IL 60124 | $10,507,885.99 |
| CAPITAL ONE BANK<br>ATTN: FRAUD INVESTIGATIONS<br>PO BOX 85582<br>RICHMOND, VA 23260 | $9,737,267.52 |
| AMERICAN EXPRESS – GLOBAL SECURITY<br>888 S FIGUEROA ST, SUITE 1770<br>LOS ANGELES, CA 90017 | $9,519,270.46 |
| USAA<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO TX 78288 | $6,658,969.29 |
| WELLS FARGO CARD SERVICES<br>P.O. BOX 30086<br>LOS ANGELES, CA 90030-0086 | $6,500,226.60 |
| BARBARA RIBLET<br>BANK OF AMERICA<br>101 SO. MARENGO AVE.<br>CA9-702-02-06<br>PASADENA, CA 91101 | $5,922,899.84 |
| DISCOVER FINANCIAL SERVICES<br>PO BOX 30943<br>SALT LAKE CITY, UT 84130 | $5,441,746.38 |

BARBARA RIBLET
BANK OF AMERICA
101 SO. MARENGO AVE.
CA9-702-02-06
PASADENA, CA 91101                              $5,262,559.92

JPMORGAN CHASE BANK
FRAUD RECOVER INVESTIGATIONS
1111 POLARIS PARKWAY, FLOOR 2
COLUMBUS, OH 43240                              $4,598,807.10

NAVY FEDERAL SECURITY
PO BOX 2464
MERRIFIELD, VA 22116-2464                       $4,063,455.64

TD BANK, NATIONAL ASSOCIATION
2035 LIMESTONE ROAD
WILMINGTON, DE 19808                            $3,981,575.71

PNC BANK, NATIONAL ASSOCIATION
222 DELAWARE AVE
WILMINGTON, DE 19899                            $3,330,909.31

U.S. BANK
RESTITUTION AND RECOVERY
PO BOX 650
MILWAUKEE WI 53278                              $3,207,422.56

BARCLAYS BANK DELAWARE
100 SOUTH WEST STREET
WILMINGTON, DE 19801 USA                        $3,064,100.20

FIFTH THIRD BANK
10909D 38 FOUNTAIN SQUARE PLAZA
CINCINNATI OH 45263                             $1,939,564.27

SYNCHRONY BANK
777 LONG RIDGE ROAD BUILDING B
STAMFORD CT 06902                               $1,873,938.64

CIBC FRAUD LOSS PREVENTION AND INVESTIGATIONS
INTEGRATED BUSINESS CONTROL SERVICES
ATTENTION: MARIA BELLOMO
750 LAWRENCE AVE W. E-G
TORONTO, ON M6A 1B8
*PLEASE PUT FILE# CM2014-2318 ON CHECK OR
PAPERWORK THAT COMES WITH RESTITUTION*          $1,543,731.80

BANCO DO BRASIL S.A.
SBS/QD.04-BL.C - LOTE 32 - EDIF.SEDE III
BRASILIA, DF 70070-100 BRAZIL                   $1,521,741.70

WILMINGTON TRUST, NATIONAL ASSOCIATION
ONE M&T PLAZA
BUFFALO, NY 14203 USA                           $1,494,005.71

BANK OF MONTREAL
55 BLOOR STREET WEST 19TH FLOOR
TORONTO CANADA M4W 3N5                          $1,438,076.69

UNKNOWN                                         $1,182,295.91

RBC ROYAL BANK (TRINIDAD & TOBAGO) LIMITED
3B CHANCERY LANE
PORT OF SPAIN,   TRINIDAD AND TOBAGO            $1,142,355.87

SUNTRUST BANK
7455 CHANCELLOR DRIVE FL
ORLANDO FL 32809                                $1,135,136.64

CAIXA ECONOMICA FEDERAL
SBS QDA 4, LOTES 3/4 6º ANDAR
BRASILIA BRAZIL 70092900                        $1,040,294.52

BB&T CORPORATE INVESTIGATIONS
2208 HOLIDAY MANOR CENTER
LOUISVILLE, KY 40222                            $1,014,301.47

BMO HARRIS BANK NA
55 BLOOR STREET WEST 19TH FLOOR
TORONTO CANADA M4W 3N5                            $999,562.60

| | |
|---|---|
| JACK HENRY & ASSOCIATES<br>1021 CENTRAL EXPRESSWAY S<br>ATTN PASSPORT EFT ADM<br>ALLEN TX 75013 | $975,381.24 |
| BANK OF SCOTLAND PLC<br>MANAGER SCHEMES<br>155 BISHOPSGATE<br>LONDON UNITED KINGDOM EC2M 3YB | $857,141.85 |
| BARCLAYS BANK PLC<br>1 CHURCHILL PLACE<br>LONDON, EN E14 5HP UNITED KINGDOM | $756,940.94 |
| CITIZENS BANK, NATIONAL ASSOCIATION<br>ONE CITIZENS PLAZA<br>PROVIDENCE, RI 2903 USA | $709,995.56 |
| FISERV SOLUTIONS<br>4550 SW MACADAM AVENUE<br>PORTLAND OR 97239 | $694,878.68 |
| BANCO BRADESCO CARTOES S.A.<br>CIDADE DE DEUS S/N PREDIO CINZA -<br>1 ANDAR  OSASCO, SP 06029-901 BRAZIL | $691,929.58 |
| THE BANCORP BANK<br>12312 PORT GRACE BLVD<br>LA VISTA NE 68128 | $689,296.44 |
| MITSUBISHI UFJ NICOS CO., LTD<br>3-33-5 HONGO, BUNKYO-KU<br>TOKYO,  113-8411 JAPAN | $622,237.37 |
| BANCO ITAUCARD, S.A.<br>PçA ALFREDO E. SOUZA ARANHA,<br>100 TORRE C<br>SAO PAULO, SP 04344-902 BRAZIL | $587,291.55 |
| WORLD'S FOREMOST BANK<br>ONE CABELA DRIVE<br>SIDNEY, NE 69160 | $587,187.41 |

BARBARA RIBLET
BANK OF AMERICA
101 SO. MARENGO AVE.
CA9-702-02-06
PASADENA, CA 91101                                  $530,531.61
COMPASS BANK
15 SOUTH 20TH STREET
BIRMINGHAM,ALABAMA U.S.A. 35233                      $526,892.30
UMB BANK N.A.
MAILSTOP 1010601
928 GRAND BLVD
KANSAS CITY, MO 64106                                $503,624.90
LLOYDS BANK PLC
25 GRESHAM STREET
LONDON, EN EC2V 7AE UNITED KINGDOM                   $498,957.62
THE BANK OF NOVA SCOTIA JAMAICA LIMITED
31-33 TRAFALGAR ROAD
KINGSTON-10,   JAMAICA                               $480,324.02
CARD SERVICES FOR CREDIT UNIONS
3031 N. ROCKY POINT DR W SUITE 750
TAMPA FL 33607                                       $478,388.37
STATE EMPLOYEES' CREDIT UNION
3808 SIX FORKS ROAD
RALEIGH,NORTH CAROLINA U.S.A. 27609                  $475,615.91
REGIONS BANK
201 MILAN PARKWAY
BIRMINGHAM AL 37027                                  $461,532.13
NATIONAL WESTMINSTER BANK PLC
PREMIER PLACE LEVEL 6
LONDON UNITED KINGDOM EC2M 4BA                       $459,948.17
KEYBANK NATIONAL ASSOCIATION
1950 SOUTH REYNOLDS ROAD
TOLEDO OH 43614                                      $447,888.79

PENTAGON FEDERAL CREDIT UNION
2930 EISENHOWER AVENUE
ALEXANDRIA VA 22314                                      $445,375.91

ITAU UNIBANCO S.A.
RUA BOA VISTA 176
SAO PAULO, SP,  01092-900 BRAZIL                         $419,250.54

CU COOPERATIVE SYSTEMS
6801 PARKWOOD BLVD.
PLANO TX 75024                                          $409,456.47

SCHOOLSFIRST FEDERAL CREDIT UNION
FRAUD MANAGEMENT
15222 DEL AMO AVE
TUSTIN CA 92780                                         $407,458.44

FIDELITY INFORMATION SERVICES
601 RIVERSIDE AVE
JACKSONVILLE, FL 32204                                  $400,750.71

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
OMAHA NE 68197-3198                                     $396,772.58

FIRST NIAGARA BANK
55 EAST AVE
LOCKPORT NY 14094                                       $367,352.27

BECU
M/S 1079-2
PO BOX 97050
SEATTLE, WA 98124                                       $355,504.52

NORDSTROM FSB
13531 EAST CALEY AVENUE
CENTENNIAL,COLORADO U.S.A. 80111                        $345,841.71

SUSQUEHANNA BANK PA
26 NORTH CEDAR STREET
LITITZ, PENNSYLVANIA U.S.A. 17543                       $341,024.07

| | |
|---|---|
| PSCU INCORPORATED<br>560 CARILLON PARKWAY<br>ST. PETERSBURG FL 33716 | $337,795.88 |
| ISRAEL CREDIT CARDS LTD<br>CEO 13 TFUTZOT ISRAEL ST.<br>GIVATAYIM ISRAEL 53583 | $336,458.52 |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA<br>LEVEL 6, TOWER 1, MILLENNIUM CITY 1 388 KWUN TONG RD<br>KOWLOON HONG KONG | $335,630.85 |
| INTERNATIONAL BANK OF COMMERCE<br>1200 SAN BERNARDO AVE<br>LAREDO, TX 78042 | $326,378.34 |
| BANK OF THE WEST<br>COMMERCIAL CARD USA<br>180 MONTGOMERY STREET<br>SAN FRANCISCO CA 94104 | $320,774.66 |
| HSBC BANK PLC<br>8 CANADA SQUARE<br>LONDON, EN E14 5HQ UNITED KINGDOM | $312,208.27 |
| CITI COMMERCIAL<br>3900 PARADISE ROAD, SUITE 127<br>LAS VEGAS, NV 89109 USA | $294,220.61 |
| BANK OF CHINA LIMITED<br>NO. 1 FUXINGMEN NEI DAIJIE.<br>BEIJING, 100818 CHINA | $288,833.81 |
| SHAZAM INC.<br>1500 NW 118TH ST<br>DES MOINES IA 50325 | $286,016.33 |
| WHITNEY BANK<br>2510 14TH STREET<br>ONE HANCOCK PLAZA<br>GULFPORT, MS 39501 USA | $284,680.50 |

MOUNTAIN AMERICA CREDIT UNION
P. O. BOX 9001
WEST JORDAN,UTAH U.S.A. 84084-0001                $282,631.91
ICBA BANCARD INC
1615 L STREET NW SUITE 900
WASHINGTON, DC 20036                              $276,099.43
BANCO SANTANDER S.A.
RUA SETE DE SETEMBRO, 1028
PORTO ALEGRE-RS, RS 90010-191 BRAZIL             $274,139.07
STAR PROCESSING INC.
495 NORTH KELLER ROAD SUITE 400
MAITLAND FL 32751                                 $268,692.23
COMERICA BANK
7614 39200 W SIX MILE ROAD
LIVONIA MI 48154                                  $255,557.47
THE GOLDEN 1 CREDIT UNION
P. O. BOX 15966
SACRAMENTO,CALIFORNIA U.S.A. 95852               $255,158.97
CHINA MERCHANTS BANK
CEO CREDIT CARD CENTER
NO.316 LAOSHAN ROAD
SHANGHAI PEOPLES REPUBLIC OF CHINA               $251,888.42
STATE FARM BANK
ONE STATE FARM PLAZA E-6
BLOOMINGTON, IL 61710                             $247,183.84
METABANK
5501 S. BROAD BAND LANE
SIOUX FALLS SD 57108                              $244,411.35
BANCO BRADESCO SA
AL. RIO NEGRO 585
ED. DEMINI - 12 ANDAR
BARUERI - SP BRAZIL 06454-000                     $241,548.91

THE STANDARD BANK OF SOUTH AFRICA LIMITED
5 SIMMONDS STREET 1ST FLOOR
JOHANNESBURG, SOUTH AFRICA 2001                     $236,052.81

CHINA EVERBRIGHT BANK -
CREDIT CARD CENTER BUILDING 1,
YARD NO. 6, ZHENGDA ROAD SHIJINGSHAN DISTRICT
BEJING, CHINA, PEOPLES REP. OF 100043               $232,364.62

VJA
1-2-20, KAIGAN, MINATO-KU
TOKYO,  105-0022 JAPAN                              $231,545.74

HUNTINGTON NATIONAL BANK
7 EASTON OVAL
COLUMBUS OH 43219                                   $218,363.52

GREEN DOT BANK
1675 N FREEDOM BLVD
PROVO UT 84604                                      $217,334.72

LA FEDERATION DES CAISSES DESJARDINS DU QUEBEC
1, COMPLEXE DESJARDINS P.O. BOX 7, 40TH FLOOR,
SOUTH TOWER
MONTREAL, QC H5B 1B2 CANADA                         $216,255.40

BANCO SANTANDER (BRASIL) SA
RUA AMADOR BUENO 474
DIRETORIA DE CARTOES
SAO PAULO 04752005, BRAZIL                          $213,562.30

BOKF, NATIONAL ASSOCIATION
ONE WILLIAMS CENTER 14 SW
TULSA, OK 74172 USA                                 $213,493.23

HSBC BANK USA, NATIONAL ASSOCIATION
1800 TYSONS BOULEVARD, SUITE 50
MCLEAN, VA 22102 USA                                $207,528.12

| | |
|---|---|
| MBNA LIMITED<br>CHESTER BUSINESS PARK WREXHAM ROAD<br>CHESTER UNITED KINGDOM CH4 9FB | $207,319.47 |
| POLICE & FIRE FEDERAL CREDIT UNION<br>901 ARCH STREET<br>PHILADELPHIA, PA 19107 USA | $204,983.14 |
| TARJETAS BANAMEX, SA DE CV, SOFOM E.R.<br>ACT. ROBERTO MEDELLIN 800 2oP NORTE<br>COL. SANTA FE<br>01210 MEXICO, MEXICO | $204,051.40 |
| HSBC BANK NEVADA NA<br>111 TOWN CENTER DRIVE<br>LAS VEGAS, NV 89134 | $201,093.63 |
| FIRST-CITIZENS BANK & TRUST COMPANY<br>239 FAYETTEVILLE STREET<br>RALEIGH, NC 27601 USA | $199,963.18 |
| BANQUE FEDERATIVE DU CREDIT MUTUEL<br>MANAGER PAYMENT SYSTEMS<br>34 RUE DU WACKEN<br>STRASBOURG FRANCE 67000 | $199,634.15 |
| WESTPAC BANKING CORPORATION<br>26M6 LEVEL 26, 275 KENT STREET<br>SYDNEY NSW AUSTRALIA 2000 | $195,235.91 |
| FIRST TECH FEDERAL CREDIT UNION<br>PO BOX 2100<br>BEAVERTON, OR 97075 | $194,762.64 |
| CARTASI SPA<br>CORSO SEMPIONE, 55<br>MIILANO ITALY | $191,902.92 |
| BANCO POPULAR DE PUERTO RICO<br>URB CARIBE FLR. 4 SUITE PISO<br>SAN JUAN PUERTO RICO 009363228 | $191,866.00 |

| | |
|---|---|
| FIRST FEDERAL BANK OF FLORIDA<br>4705 WEST US HIGHWAY 90<br>LAKE CITY, FL 32056 USA | $191,696.84 |
| COMMONWEALTH BANK OF AUSTRALIA<br>TOWER 1, 201 SUSSEX ST<br>SYDNEY NSW AUSTRALIA 2000 | $186,575.45 |
| CAPITAL CITY BANK<br>P. O. BOX 900<br>TALLAHASSEE,FLORIDA U.S.A. 32302 | $180,845.36 |
| PENNSYLVANIA STATE EMPLOYEES CREDIT UNION<br>P. O. BOX 67013<br>HARRISBURG,PENNSYLVANIA U.S.A. 17106 | $169,824.59 |
| SOCIETE GENERALE S.A.<br>29 BOULEVARD HAUSSMANN<br>PARIS,  75009 FRANCE | $165,590.90 |
| TELLER AS<br>HOFFSVEIEN 1E<br>OSLO NORWAY NO-0213 | $161,991.84 |
| LA BANQUE POSTALE CNM<br>RUE DE LA CERAMIQUE- BATIMENT E<br>LIMOGES CEDEX 9, FRANCE 87074 | $156,128.44 |
| CREDIT ONE BANK NATIONAL ASSOCIATION<br>585 PILOT ROAD<br>LAS VEGAS NV 89119 | $151,729.40 |
| BBVA BANCOMER S.A.<br>AVE. UNIVERSIDAD 1200 COLONIA XOCO<br>MEXICO CITY,  3339 MEXICO | $150,974.37 |
| PNC BANK, GLOBAL INVESTMENT SERVICING<br>249 FIFTH AVENUE, 1 PNC PLAZA<br>PITTSBURGH, PA 15222 USA | $150,798.61 |
| NORWEGIAN VISA-BANKGROUP<br>C.J. HAMBROES PLASS 2C<br>OSLO,  N-0164 NORWAY | $150,057.50 |

CREDIT UNION OF NEW JERSEY
1301 PARKWAY AVE
EWING, NJ 08628                                    $148,195.24

VISA BELGIUM
RUE D'ARLON 82
BRUSSELS,  1040 BELGIUM                            $147,751.37

CHEMICAL BANK
333 E MAIN STREET
MIDLAND MI 48641                                   $147,705.39

FULTON BANK, NATIONAL ASSOCIATION
ONE PENN SQUARE
LANCASTER, PA 17604 USA                            $146,208.81

ABSA BANK LIMITED
337 PETROLEUM STREET
WATLOO PRETORIA SOUTH AFRICA                       $145,932.06

UNITED COMMUNITY BANK
125 HWY 515 EAST
PO BOX 398
BLAIRSVILLE, GA 30514                              $145,776.10

ONPOINT COMMUNITY CREDIT UNION
2701 NW VAUGHN
PORTLAND, OR 97210 USA                             $145,728.44

FIRST TENNESSEE BANK N.A.
P. O. BOX 2091
MEMPHIS,TENNESSEE U.S.A. 38101                     $139,503.76

RANDOLPH BROOKS FEDERAL CREDIT UNION
ONE RANDOLPH BROOKS PKWY
UNIVERSAL CITY TX 78148 2097                       $139,239.35

PEOPLE'S UNITED BANK
CREDIT CARD SERVICES
2 BURLINGTON SQUARE
BURLINGTON VT                                      $138,478.43

| | |
|---|---|
| BPCE<br>50, AVENUE PIERRE MENDES FRANCE<br>75201 PARIS CEDEX 13 | $138,294.21 |
| BANORTE IXE TARJETAS S.A. DE C.V. SOF<br>MARIANO ESCOBEDO 595<br>COL. RINCON DEL BOSQUE MEXICO DIF MEXICO 11580 | $138,033.76 |
| CREDIT AGRICOLE SA<br>12 PLACE DES ETATS-UNIS<br>MONTROUGE FRANCE 92127 | $136,250.30 |
| RENASANT BANK<br>3618 W JACKSON STREET EXT<br>TUPELO MS 38803 | $133,801.05 |
| YAPI VE KREDI BANKASI A.S.<br>YAPIKREDI BANKACILIKUSSU<br>GEBZE<br>41480 KOCAELI, TURKEY | $133,082.80 |
| SOUTH STATE BANK<br>520 GERVAIS STREET<br>COLUMBIA, SC 29201 USA | $132,951.76 |
| N/A | $131,357.50 |
| SUNCOAST CREDIT UNION<br>6801 EAST HILLSBOROUGH AVENUE<br>TAMPA, FL 33610 USA | $130,127.12 |
| BNP PARIBAS - APAC MONÉTIQUE PARIS DOMAINE<br>INTERNATIONAL<br>19-21 RUE POISSONNIERE 75450<br>PARIS CEDEX 09, FRANCE | $129,820.44 |
| ASOCIACION GREMIAL DE INSTITUCIONES FINANCIERAS -<br>CREDIBANCO<br>CALLE 72 NO. 6-12<br>BOGOTA,   COLOMBIA | $129,726.75 |

COMMERCE BANCSHARES, INC.
1000 WALNUT STREET
KANSAS CITY, MO 64106 USA                                    $127,261.67

THE GOVERNOR AND COMPANY OF THE BANK OF
IRELAND
C/O CREDIT CARD CENTRE
33-35 NASSAU STREET
DUBLIN 2, IRELAND                                           $126,447.25

SANTANDER UK PLC
ABBEY NATIONAL HOUSE,
2 TRITON SQUARE REGENT'S PLACE
LONDON, EN NW1 3AN UNITED KINGDOM                           $126,172.78

UNKNOWN                                                     $125,174.10

MEMBERS 1ST FEDERAL CREDIT UNION
P. O. BOX 40
MECHANICSBURG,PENNSYLVANIA U.S.A. 17055                     $124,536.17

BANK LEUMI LE-ISRAEL B.M.
35 YEHUDA HALEYV STREET
TEL AVIV,  61000 ISRAEL                                     $121,712.60

UNIVERSITY FEDERAL CREDIT UNION
3305 STECK AVENUE
AUSTIN, TX 78757 USA                                        $120,751.13

BANCOLOMBIA S.A.
OPERATIONS CREDIT CARD
CRA 48 N° 26 - 85 PISO 9A
MEDELLIN COLOMBIA                                           $120,349.06

BANK OF COMMUNICATIONS
NO.80, SONGTAO RD, PUDONG ZHANGJIANG HI-TECH
PARK
SHANGHAI PEOPLES REPUBLIC OF CHINA 201203                   $120,165.42

WILMINGTON SAVINGS FUND SOCIETY, FSB
500 DELAWARE AVE
WILMINGTON, DE 19801                                        $118,844.55

ARMED FORCES BANK, NATIONAL ASSOCIATION
320 KANSAS AVENUE
FORT LEAVENWORTH,KANSAS U.S.A. 66027          $116,225.30
UBS BANK USA
299 SOUTH MAIN STREET, SUITE 2275
SALT LAKE CITY, UT 84111          $113,368.64
SECURITY SERVICE FEDERAL CREDIT UNION
16211 LA CANTERA PARKWAY MARKETING
SAN ANTONIO TX 78256-2419          $110,737.19
MERRICK BANK CORPORATION
SUITE 200
10705 S. JORDAN GATEWAY
SOUTH JORDAN UT 84095          $110,477.07
PRISMA MEDIOS DE PAGO S.A.
AVE. CORRIENTES 1437
BUENOS AIRES,  1042 ARGENTINA          $110,061.72
TRUSTMARK NATIONAL BANK
103 OFFICE PARK DRIVE
ATTENTION: LESLIE BLAKENEY
BRANDON, MS 39042          $109,775.18
THE HONGKONG AND SHANGHAI BANKING CORPORATION
LIMITED
HSBC MAIN BUILDING 1 QUEEN'S ROAD  CENTRAL,
HONG KONG, CHINA          $109,649.93
ARROWHEAD CREDIT UNION
550 EAST HOSPITALITY LANE SUITE 200
SAN BERNARDINO,CALIFORNIA U.S.A. 92408          $108,643.89
UNIVEST BANK AND TRUST CO.
16 HARBOR PLACE
SOUDERTON PA 18964          $105,164.54
DEUTSCHE KREDITBANK AKTIENGESELLSCAFT
TUERKENSTR. 9
MUNICH GERMANY 80333          $102,816.21

DELTA COMMUNITY CREDIT UNION
P. O. BOX 20541
ATLANTA,GEORGIA U.S.A. 30320-2541                    $102,245.31

SYNOVUS BANK
1125 1ST AVENUE
COLUMBUS GA 31901                                    $101,471.31

BANCO CITIBANK S.A.
AVENIDA PAULISTA, 1111
SAO PAULO,   BRAZIL                                  $100,031.67

BERKSHIRE BANK
99 NORTH STREET
PITTSFIELD MA 01202-1308                             $99,677.55


STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC.
971 CORPORATE BLVD SUITE 228
LINTHICUM,MARYLAND U.S.A. 21090-2337                 $99,532.42

HSBC MEXICO S.A., INSTITUCION DE BANCA MULTIPLE,
GRUPO FINANCIERO HSBC
PASEO DE LA REFORMA 156
COLONIA JUAREZ  MEXICO D.F.,  6600 MEXICO            $99,263.58

SANTANDER CONSUMO S.A. DE C.V. SOFOM E.R.
PROLONGACION PASEO DE LA REFORMA
500 COLONIA LOMAS DE
SANTA FE  MEXICO D.F.,  1219 MEXICO                  $99,160.72

DEUTSCHER SPARKASSEN- UND GIROVERBAND
CHARLOTTENSTRASSE 47
BERLIN,  10117 GERMANY                               $98,372.55

ACADEMY BANK, NATIONAL ASSOCIATION
COMMUNITY CENTER DRIVE BUILDING 5122
U.S. AIR FORCE ACADEMY,COLORADO U.S.A. 80840         $96,754.04

STATE EMPLOYEES FEDERAL CREDIT UNION
700 PATROON CREEK BOULEVARD
ALBANY, NY 12206 USA                                 $94,722.35

FIRSTBANK
12345 WEST COLFAX AVE
LAKEWOOD CO 80215-3742                              $94,548.78

FAIRWINDS CREDIT UNION
135 W CENTRAL BLVD, STE 1220
ORLANDO, FL 32801 USA                              $94,449.58

ONEAZ CREDIT UNION (ARIZONA STATE CU)
2355 W. PINNACLE PEAK RD.
PHOENIX, AZ 85027 USA                              $94,200.58

CREDIT SAISON CO LTD
SUNSHINE 60,
52ND FLOOR 1-1 HIGASHI-IKEBUKURO 3-CHOME
TOKYO JAPAN 170-6073                               $93,640.01

PRESIDENT'S CHOICE BANK
25 YORK STREET 7TH FLOOR
TORONTO ON CANADA M5J 2V5                          $89,010.47

ARVEST BANK
225 E. EUFAULA ST.
NORMAN OK 73069-6018                               $88,761.12

CREDIT DU NORD
CARTES BANCAIRES BP 569 LILLE
CEDEX, FRANCE 59023                                $88,260.20

ARAB FINANCIAL SERVICES COMPANY
OCEAN CENTRE,
40 - TALPUR ROAD,
KARACHI, KARACHI PAKISTAN                          $86,864.28

INTERNATIONAL CARD SERVICES BV
DIRECTOR WISSELWERKING 32
DIEMEN NETHERLANDS, THE 1112 XP                    $86,007.17

CAPITAL ONE BANK
ATTN: FRAUD INVESTIGATIONS
PO BOX 85582
RICHMOND, VA 23260                                 $84,909.77

CHARLES SCHWAB BANK
211 MAIN STREET MAIL STOP SF211MN-11-333
SAN FRANCISCO,CALIFORNIA U.S.A. 94105      $84,908.76

FIREFIGHTERS FIRST CREDIT UNION
1520 WEST COLORADO BOULEVARD
PASADENA, CA 91105 USA      $84,419.90

VISA SWEDEN FORENING (EK. FOR)
STORTORGET 13B
MALMO,  SE 21122 SWEDEN      $84,062.32

BMW BANK OF NORTH AMERICA
2735 EAST PARLEYS WAY, SUITE 301
SALT LAKE CITY, UT 84109 USA      $81,964.50

CHEVRON FEDERAL CREDIT UNION
475 14TH STREET
OAKLAND CA 94604      $81,634.33

INDIANA UNIVERSITY CREDIT UNION
105 E WINSLOW RD
PO BOX 368
BLOOMINGTON IN 47402      $81,498.13

ISRACARD LTD.
40 HAMASGER STREET
TEL AVIV ISRAEL 61620      $81,089.74

TESCO PERSONAL FINANCE LIMITED
22 HAYMARKET YARDS
EDINBURGH UNITED KINGDOM EHI2 5BH      $80,733.59

MARINE FEDERAL CREDIT UNION
PO BOX 1551
JACKSONVILLE, NC 28541      $80,439.49

EUROPAY BELGIUM
GENERAL SECRETARY
CHAUSSEE DE HAECHT 1426
1130BRUXELLES BELGIUM      $79,733.92

SAVINGS INSTITUTE BANK AND TRUST COMPANY
803 MAIN ST
WILLIMANTIC CT 06226-2503                              $79,198.00

FIRST FINANCIAL OF MARYLAND FEDERAL CREDIT UNION
1215 YORK ROAD
LUTHERVILLE,MARYLAND U.S.A. 21093                      $78,458.83

STATE DEPARTMENT FEDERAL CREDIT UNION
1630 KING STREET
ALEXANDRIA, VA 22314 USA                               $78,125.14

ITS BANK
6700 PIONEER PARKWAY
JOHNSTON, IA 50131 USA                                 $78,119.98

CITIBANK SINGAPORE LTD.
3 TEMASEK AVE., #12-00
CENTENNIAL TOWER
SINGAPORE,  39190 SINGAPORE                            $78,084.74

APPLE FEDERAL CREDIT UNION
4029 RIDGE TOP ROAD
FAIRFAX, VA 22030 USA                                  $76,738.62

COMMUNITY & SOUTHERN BANK
201 MAPLE STREET
CARROLLTON, GA 30117 USA                               $76,636.30

CENTRAL TRUST BANK
SECOND VP/BANKCARD CENTER BANKCARD
111 E MILLER STREET
JEFFERSON CITY MO 65101                                $76,217.24

AMERICA FIRST CREDIT UNION
P. O. BOX 9199
OGDEN,UTAH U.S.A. 84409                                $75,953.46

AGRICULTURAL BANK OF CHINA
BANKING CARD DEPT
23A FUXING RD
BEIJING PEOPLES REPUBLIC OF CHINA 100036               $75,840.05

THE CO-OPERATIVE BANK PLC
FRAUD OPERATIONS
P O BOX 300 DELF HOUSE
SKELMERSDALE, LANCS,ENGLAND UNITED KINGDOM WN8
6NY                                                    $75,455.54
ATB FINANCIAL
2 WEST, 3699 63 AVE NE
CALGARY, AB, T3J 0G7                                    $74,129.67
AFFINITY FEDERAL CREDIT UNION
73 MOUNTAIN VIEW BLVD
BASKING RIDGE,NEW JERSEY U.S.A. 07920                   $71,716.22
TRAVIS CREDIT UNION
1 TRAVIS WAY
VACAVILLE, CA 95687 USA                                 $70,174.64
MUNICIPAL CREDIT UNION
22 CORTLANDT STREET
NEW YORK, NY 10007-3107 USA                             $70,044.71
NATIONAL AUSTRALIA BANK LIMITED
MERCHANT RISK
GROUND FLOOR 151 RATHDOWNE ST,
CARLTON, VIC 3053                                       $68,821.06
BANCORPSOUTH BANK
SENIOR VICE PRESIDENT
2778 W JACKSON
TUPELO MS 38801                                         $68,783.59
TCF NATIONAL BANK
801 MARQUETTE AVENUE,
ELECTRONIC TRAN. DISPUTE SERVICES 001-17-V
MINNEAPOLIS,MINNESOTA U.S.A. 55402                      $68,404.79
PROVIDENT CREDIT UNION
303 TWIN DOLPHIN DRIVE
REDWOOD CITY, CA 94065 USA                              $68,135.34

| | |
|---|---|
| EUROCARD AB<br>SEB KORT KORTUTGIVNING MAGNUS LADULASGATAN 2<br>STOCKHOLM SWEDEN 10383 | $67,333.13 |
| SERVIRED, SOCIEDAD ESPANOLA DE MEDIOS DE PAGO, S.A<br>CALLE GUSTAVO FERNANDEZ BALBUENA 15<br>MADRID,  28002 SPAIN | $66,680.02 |
| ORIGIN BANK (COMMUNITY TRUST BANK)<br>3921 ELM STREET<br>CHOUDRANT, LA 71227 USA | $66,376.56 |
| CITADEL FEDERAL CREDIT UNION<br>CARD SERVICES<br>520 EAGLEVIEW BLVD<br>THORNDALE PA 19372 | $66,180.96 |
| FIRST HAWAIIAN BANK<br>2339 KAMEHAMEHA HIGHWAY<br>HONOLULU HI 96819 | $65,762.57 |
| DZ BANK AG DEUTSCHE ZENTRAL-<br>GENOSSENSCHAFTSBANK<br>PLATZ DER REPUBLIK<br>60325 FRANKFURT, GERMANY | $65,592.75 |
| NORTHWEST FEDERAL CREDIT UNION<br>200 SPRING ST<br>HERNDON VA 20170 | $65,300.82 |
| FIRSTRAND BANK LIMITED<br>1ST FLOOR, NO 2 FIRST PLACE BANK CITY<br>JOHANNESBURG SOUTH AFRICA 2000 | $64,973.35 |
| QATAR NATIONAL BANK AL AHLI S.A.E.<br>5 CHAMPOLLION STREET<br>DAR CHAMPOLLION  CAIRO,   EGYPT | $63,766.17 |
| BC CARD CO LTD.<br>1587, SEOCHO-DONG SEOCHO-GU<br>SEOUL SOUTH KOREA 157777 | $63,205.52 |

PHILADELPHIA FEDERAL CREDIT UNION
12800 TOWNSEND RD
PHILADELPHIA, PA 19154                                   $63,091.57

MB FINANCIAL BANK, NA
6111 NORTH RIVER ROAD
ROSEMONT IL 60018                                        $62,724.40

SAMBA FINANCIAL GROUP
SHAREE AL-MATTAR KING ABDULAZIZ STREET
RIYADH,  11421 SAUDI ARABIA                              $62,664.21


ABERDEEN PROVING GROUND FEDERAL CREDIT UNION
996 BEARDS HILL RD
ABERDEEN, MD 21001                                       $62,655.87

ALLIED IRISH BANKS
UNIT 33, SANDYFORD BUSINESS PARK, BLACKTHORN
ROAD,
DUBLIN 18 IRELAND                                        $62,642.75

FIRST NATIONAL BANK OF PENNSYLVANIA
166 MAIN STREET
GREENVILLE, PA 16125-2146 USA                            $62,481.33


NATIONAL BANK OF ABU DHABI
HEAD OF CARDS NBAD CARD CENTER AL MUROOR STREET
ABU DHABI UNITED ARAB EMIRATES 28886                     $62,422.82

UNION BANK
400 CALIFORNIA ST
SAN FRANCISCO, CA 94104                                  $62,344.06

BANCO MERCANTIL DEL NORTE
PADRE MIER 227 OTE COL. CENTRO
MONTERREY NLE MEXICO 64000                               $62,153.14

HSBC BANK CANADA
885 WEST GEORGIA ST
VANCOUVER BC V6C 3G1, CANADA                             $62,016.82

| | |
|---|---|
| FIRST MIDWEST BANK<br>3RD FLOOR 50 WEST JEFFERSON ST<br>JOLIET IL 60432 | $61,900.35 |
| TIB THE INDEPENDENT BANKERSBANK<br>350 PHELPS DRIVE<br>IRVING TX 75038 | $61,594.22 |
| EDUCATIONAL SYSTEMS EMPLOYEES FEDERAL CREDIT<br>UNION<br>P. O. BOX 226<br>BLADENSBURG,MARYLAND U.S.A. 20710-0226 | $61,441.97 |
| CITIGROUP PTY LIMITED<br>2 PARK STREET<br>SYDNEY, NS 2000 AUSTRALIA | $61,135.64 |
| 1ST FINANCIAL BANK USA<br>ATTN: MATT FIEDLER<br>363 WEST ANCHOR DR.<br>DAKOTA DUNES, SD 57049 | $60,732.04 |
| COUNTRY BANK FOR SAVINGS<br>AVP ATM DEPT 15 SOUTH ST<br>WARE MA 01082 | $60,405.10 |
| FIRST BANK PUERTO RICO<br>1519 AVE PONCE DE LEON<br>SAN JUAN 00908, PUERTO RICO | $60,283.83 |
| UBS SWITZERLAND AG<br>BAHNHOFSTRASSE 45<br>ZURICH,  8001 SWITZERLAND | $60,259.58 |
| BANCO NACIONAL DE MEXICO S.A.<br>ACT ROBERTO MEDELLIN<br>800 1ER PISO NORTE COL SANTA FE<br>CIUDAD DE MEXICO DIF MEXICO 01210 | $59,837.81 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP<br>CARD SCHEMES LIAISON LVL 6,<br>833 COLLINS STREET<br>DOCKLANDS VIC AUSTRALIA 3008 | $59,225.55 |

MICHIGAN STATE UNIVERSITY FEDERAL CREDIT UNION
3777 WEST ROAD EAST
LANSING,MICHIGAN U.S.A. 48823                    $59,111.03

TEACHERS CREDIT UNION
110 SOUTH MAIN STREET
SOUTH BEND IN 46601                              $58,439.89

MERCK SHARP & DOHME FEDERAL CREDIT UNION
335 WEST BUTLER AVENUE,
P.O. BOX 127
CHALFONT, PA 18914 USA                           $58,269.32

CREDIT ANDORRA
AVDA. MERITXELL, 80   ANDORRA LA VELLA,
AD500 ANDORRA                                    $58,007.19

LE CREDIT LYONNAIS
18 RUE DE LA REPUBLIQUE
LYONS,  69002 FRANCE                             $57,761.70

HSBC BANK MALAYSIA BERHAD
NO.2 LEBOH AMPANG
KUALA LUMPUR,  50100 MALAYSIA                    $57,299.03

NATIONAL BANK OF CANADA
700 DE LA GAUCHETIERE ST. W. 7TH FLOOR
MONTREAL QC CANADA H3B3B5                        $57,186.48

BANCO FINANCIERA COMERCIAL HONDUREñA, S.A.
ENTR. LAS COLINAS EDIF. PLAZA VICTORIA
TEGUCIGALPA,   HONDURAS                          $56,433.62

UTILITIES EMPLOYEES CREDIT UNION
11 MERIDIAN BLVD
WYOMISSING,PENNSYLVANIA U.S.A. 19610             $56,131.54

THE ROYAL BANK OF SCOTLAND PLC.
PREMIER PLACE LEVEL 6
LONDON UNITED KINGDOM EC2M 4BA                   $55,132.79

CORNER BANCA N.A.
CARD CENTER MANAGER
BCC VIA CANOVA 16
LUGANO SWITZERLAND 6901                     $55,040.14

PATELCO CREDIT UNION
5050 HOPYARD ROAD
PLEASANTON, CA 94588 USA                    $54,694.66

HSBC BANK BRASIL S.A. - BANCO MULTIPLO
TRAVESSA OLIVEIRA BELLO, 34
CURITIBA,  81020-030 BRAZIL                  $54,520.30

PUBLIX EMPLOYEES FEDERAL CREDIT UNION
3005 NEW TAMPA HIGHWAY
LAKELAND,FLORIDA U.S.A. 33815               $54,119.74

BANGKOK BANK PUBLIC COMPANY LIMITED
333 (1ST FLR TRINITY COMPLEX BLDG) SILOM ROAD,
SILOM
BANGKOK THAILAND 10500                      $54,093.62

SILICON VALLEY BANK
4750 WEST 210 SOUTH 3RD FLOOR - UT 300
SALT LAKE CITY NV 84044                     $53,940.29

DESERT SCHOOLS FEDERAL CREDIT UNION
148 NORTH 48TH STREET
PHOENIX, AZ 85034 USA                       $53,682.86

VISECA CARD SERVICES SA
HAGENHOLZSTRASSE 56 POSTFACH 7007
ZURICH,  8050 SWITZERLAND                   $53,533.13

ALTURA CREDIT UNION
2847 CAMPUS PARKWAY DR.
RIVERSIDE,CALIFORNIA U.S.A. 92507           $53,015.01

REDSTONE FEDERAL CREDIT UNION
ATTN: ALETHEA LAWSON
220 WYNN DR
HUNTSVILLE, AL 35893                        $52,600.62

| | |
|---|---|
| ASSOCIATED CREDIT UNION<br>6251 CROOKED CREEK ROAD<br>NORCROSS,GEORGIA U.S.A. 30092 | $52,413.13 |
| ESL FEDERAL CREDIT UNION<br>225 CHESTNUT STREET<br>ROCHESTER, NY 14604 USA | $52,288.34 |
| SHINHAN CARD CO., LTD.<br>A-14, POST TOWER<br>CHUNGMURO 1-GA, 21<br>JUNG-GU<br>SEOUL 100709, KOREA, REPUBLIC OF | $52,174.20 |
| ST. GEORGE BANK LIMITED<br>4-16 MONTGOMERY STREET<br>KOGARAH, NS 2217 AUSTRALIA | $52,069.61 |
| MIDFIRST BANK<br>11001 NORTH ROCKWELL OPERATIONS<br>OKLAHOMA CITY OK 73162 | $51,987.86 |
| HSBC BANK - EGYPT SAE<br>ABOU EL FEDA BUILDING<br>3 ABOU EL FEDA STREET, ZAMALEK<br>CAIRO,  EGYPT | $51,866.10 |
| UNIVERSITY OF WISCONSIN CREDIT UNION<br>P. O. BOX 44963<br>MADISON,WISCONSIN U.S.A. 53744-4963 | $51,033.46 |
| JSC FEDERAL CREDIT UNION<br>PO BOX 58346<br>HOUSTON, TX 77258 | $50,997.94 |
| CLYDESDALE BANK PLC<br>20 MERRION WAY<br>LEEDS UNITED KINGDOM LS2 8NZ | $50,549.73 |
| DIGITAL FEDERAL CREDIT UNION<br>220 DONALD LYNCH BLVD.<br>MARLBORO,MASSACHUSETTS U.S.A. 01752 | $50,439.02 |

| | |
|---|---|
| FREEDOM CREDIT UNION<br>626 JACKSONVILLE ROAD, SUITE 250<br>WARMINSTER, PA 18974 USA | $50,406.40 |
| BANNER BANK<br>10 SOUTH FIRST STREET<br>WALLA WALLA, WA 99362 USA | $49,537.57 |
| TINKER FEDERAL CREDIT UNION<br>4140 W I-40 STE 106<br>TINKER AFB OK 73145-0750 | $49,367.40 |
| VTB 24 (PJSC)<br>DOLGORUKOVSKAYA 5<br>MOSCOW,  103006 RUSSIAN FEDERATION | $49,317.77 |
| AUSTIN TELCO FEDERAL CREDIT UNION<br>8929 SHOAL CREEK BLVD<br>AUSTIN,TEXAS U.S.A. 78757 | $49,252.81 |
| CARTER BANK AND TRUST<br>PRESIDENT & CEO CORPORATE<br>1300 KINGS MOUNTAIN ROAD<br>MARTINSVILLE VA 24112 | $48,893.03 |
| FROST BANK<br>508 W WALL SUITE 1000<br>MIDLAND TX 79701 | $48,849.82 |
| CHESTNUT RUN FEDERAL CREDIT UNION<br>P. O. BOX 5037<br>WILMINGTON,DELAWARE U.S.A. 19808-0037 | $48,639.31 |
| AMEGY BANK NATIONAL ASSOCIATION<br>4400 POST OAK PARKWAY<br>HOUSTON, TX 77027 USA | $48,316.25 |
| ALASKA USA FEDERAL CREDIT UNION<br>DISPUTE RESOLUTION<br>ATTN: GREGORY PUTMAN<br>4000 CREDIT UNION DR.<br>ANCHORAGE, ALASKA 99501 | $47,781.93 |

| | |
|---|---|
| EASTERN BANK<br>195 MARKET STREET<br>LYNN MA 01901 | $47,354.76 |
| FIRST ARKANSAS BANK AND TRUST<br>600 WEST MAIN STREET<br>JACKSONVILLE, AR 72076 | $47,022.35 |
| EURO KARTENSYSTEME GMBH<br>SANDSSTRASSE 33<br>MUNICH GERMANY 80335 | $46,903.97 |
| PORTOSEG SA CREDITO FINANCIAMENTO E IN<br>DIRECTOR RUA TAGIPURU 906 - 3O ANDAR - B<br>SAO PAULO BRAZIL 01156000 | $46,692.13 |
| CORNING FEDERAL CREDIT UNION<br>ONE CREDIT UNION PLAZA<br>CORNING, NY 14830-1050 USA | $45,729.38 |
| INVESTORS BANK<br>DEPOSIT OPERATIONS - ATM DEPARTMENT<br>ATT. SHERYL SHARA<br>101 S WOOD AVE<br>ISELIN NJ 08830 | $45,529.37 |
| LAFAYETTE SCHOOLS FEDERAL CREDIT UNION<br>216-A LA RUE FRANCE<br>LAFAYETTE,LOUISIANA U.S.A. 70508 | $45,335.46 |
| SCOTIABANK INVERLAT S.A.<br>BLVD. MANUEL AVILA CAMACHO #1-15 COLONIA<br>POLANCO<br>MEXICO D.F.,  11009 MEXICO | $45,082.49 |
| RBS CITIZENS, N.A.<br>1000 LAFAYETTE BLVD<br>BRIDGEPORT CT 06604 | $44,909.29 |
| WASHINGTON STATE EMPLOYEES CREDIT UNION<br>400 UNION AVENUE SE<br>OLYMPIA, WA 98501 USA | $44,844.77 |

| | |
|---|---|
| DNB BANK SA<br>DRONNING EUFEMIAS GT 30 DNB FINANS<br>OSLO NORWAY NO-0021 | $44,524.08 |
| AMALGAMATED BANK OF CHICAGO<br>ONE WEST MONROE<br>CHICAGO, IL 60603 | $44,365.28 |
| EMIRATES NBD BANK (P.J.S.C.)<br>DEIRA   DUBAI,  777 UNITED ARAB EMIRATES | $44,178.98 |
| CITY NATIONAL BANK<br>WEST OLYMPIC BOULEVARD<br>LOS ANGELES,CALIFORNIA U.S.A. 90006 | $44,117.16 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57117 | $44,060.38 |
| SIMMONS BANK<br>ATTN: TERRI DRISKILL<br>PO BOX 6609<br>PINE BLUFF AR 71611 | $43,609.81 |
| FIRST INTERSTATE BANK<br>401 N 31ST ST. SUITE 1400<br>BILLINGS MT 59116 | $43,431.08 |
| BANESTES S.A. - BANCO DO ESTADO DO ESPIRITO SANTO<br>AVE. PRINCESA ISABEL 574, BLOCO B<br>VITORIA, ES 29019-900 BRAZIL | $43,410.82 |
| SPACE COAST CREDIT UNION<br>8045 N. WICKHAM ROAD<br>MELBOURNE,FLORIDA U.S.A. 32940 | $43,337.23 |
| WESCOM CENTRAL CREDIT UNION<br>123 SOUTH MARENGO AVENUE<br>PASADENA, CA 91109 USA | $43,021.09 |
| DESERET FIRST CREDIT UNION<br>P.O. BOX 45046<br>SALT LAKE CITY,UTAH U.S.A. 84145 | $42,966.67 |

UNICREDIT SPA
HEAD CARD INNOVATIONS AND NETWORKS VIA LIVIO
CAMBI 1
MILANO ITALY 20158                                          $42,905.04
ZIONS FIRST NATIONAL BANK
FRAUD DEPARTMENT
P. O. BOX 25787
SALT LAKE CITY,UTAH U.S.A. 84125-0787                       $42,745.20
MECHANICS BANK
725 ALFRED NOBEL DR
HERCULES CA 94547-1806                                      $42,729.55
KINECTA FEDERAL CREDIT UNION
1440 ROSECRANS AVENUE
MANHATTAN BEACH CA 90266                                    $42,699.44

MCB BANK LIMITED
3RD FL. MCB BANK BLDG. KHAYABAN-E-IQBAL BLOCK 5
SCHON CIRCLE CLIFTON KARACHI, PAKISTAN                      $42,519.20
TURKIYE IS BANKASI A.S.
IS KULELERI KULE 1 KAT 8 LEVENT GÜNESLI -
ISTANBUL TURKEY 34330                                       $42,429.76

MISSION FEDERAL CREDIT UNION
5785 OBERLIN DR ELECTRONIC PAYMENT PROCESSING
SAN DIEGO CA 92121-3749                                     $42,202.14
FIVE COUNTY CREDIT UNION
P.O. BOX 598
BATH,MAINE U.S.A. 04530                                     $41,846.66
CORPORATE AMERICA FAMILY CREDIT UNION
2075 BIG TIMBER RD.
ELGIN, IL 60123                                             $41,347.13
ASSOCIATED BANK NA
1305 MAIN ST
STEVENS POINT WI 54481-2830                                 $41,294.41

BANK OF THE OZARKS
12615 CHENAL PARKWAY
LITTLE ROCK,ARKANSAS U.S.A. 72211          $41,262.95

AMERIS BANK
317 SOUTH MAIN ST.
MOULTRIE, GA 31768          $40,972.36

NORTHWEST SAVINGS BANK
100 LIBERTY STREET
WARREN, PA 16365 USA          $40,911.93

UNITED OVERSEAS BANK LTD
480 LORONG 6 TOA PAYOH #18-01 HDB HUB EAST WING
SINGAPORE, SINGAPORE 310480          $40,836.20

FIRSTMERIT BANK, N. A.
106 S. MAIN STREET
AKRON,OHIO U.S.A. 44308          $40,777.98

SAN DIEGO COUNTY CREDIT UNION
6545 SEQUENCE DRIVE
SAN DIEGO,CALIFORNIA U.S.A. 92121          $40,529.34

VYSTAR CREDIT UNION
4949 BLANDING BOULEVARD
JACKSONVILLE, FL 32210 USA          $39,988.08

UMPQUA BANK
445 SOUTHEAST MAIN STREET
ROSEBURG, OR 97470 USA          $39,696.56

EGLIN FCU
ATTN: INTERNAL AUDITING
PO BOX 854
SHALIMAR, FL 32579          $39,537.43

BELLCO CREDIT UNION
7600 EAST ORCHARD ROAD
GREENWOOD VILLAGE,COLORADO U.S.A. 80111          $39,516.31

FIRST ENTERTAINMENT CREDIT UNION
6735 FOREST LAWN DRIVE
HOLLYWOOD, CA 90068 USA                                  $39,507.75

SOUTH FLORIDA EDUCATIONAL FEDERAL CREDIT UNION
7800 SW 117 AVE.
MIAMI, FLORIDA 33183                                     $39,502.09

RBC BANK (GEORGIA) NATIONAL ASSOCIATION
75 FIFTH STREET NORTHWEST SUITE 900
ATLANTA, GA 30308 USA                                    $39,437.75

FORUM CREDIT UNION
PO BOX 50738
INDIANAPOLIS IN 46250                                    $39,275.55

ALATRUST CREDIT UNION
1810 MERCHANTS DRIVE
HOOVER, AL 35244 USA                                     $38,910.17

MAINE SAVINGS FEDERAL CREDIT UNION
101 WESTERN AVENUE
HAMPDEN,MAINE U.S.A. 04444                               $38,890.79

BANCO GENERAL, S.A.
AVE. CUBA Y CALLE 34
PANAMA 5,  PANAMA                                        $38,864.68

OREGON COMMUNITY CREDIT UNION
2880 CHAD DRIVE
EUGENE, OR 97408 USA                                     $38,834.48

NORDEA BANK DANMARK A/S
STRANDGADE 3 PO BOX 850
COPENHAGEN K,  1401 DENMARK                              $38,809.83

GE CAPITAL FINANCE AUSTRALIA
572 SWAN STREET
RICHMOND VIC AUSTRALIA                                   $38,725.26

SAN ROBERTO 997
PROFESSIONAL OFFICE PARK
9TH FLOOR
RIO PIEDRAS 00926, PUERTO RICO                    $38,584.50

BANK OF BUTTERFIELD INTERNATIONAL (CAYMAN) LTD.
BUTTERFIELD HOUSE 68, FORT STREET
GRAND CAYMAN, CAYMAN ISLANDS                      $38,548.48
UNKNOWN                                           $38,489.13

TURKIYE GARANTI BANKASI A.S.
EVREN MAHALLESI KOCMAN CADDESI NO34 GUNESLI
ISTANBUL TURKEY 34212                             $38,449.33

WESTERN FEDERAL CREDIT UNION
P. O. BOX 10018
MANHATTAN BEACH,CALIFORNIA U.S.A. 90267-7518      $38,233.83

HSBC BANK A.S.
ESENTEPE MAH. BUYUKDERE CAD. NO:128
SISLI ISTANBUL,  34394 TURKEY                     $38,194.46

ARIZONA FEDERAL CREDIT UNION
333 NORTH 44TH STREET
PHOENIX,ARIZONA U.S.A. 85008                      $37,531.42

SCHOOL EMPLOYEES CREDIT UNION WA
325 EASTLAKE AVE E
SEATTLE, WA 98109                                 $37,512.62

SCHOOLS FINANCIAL CREDIT UNION
1485 RESPONSE ROAD SUITE 126
SACRAMENTO,CALIFORNIA U.S.A. 95815                $37,248.10

BAYER HERITAGE FEDERAL CREDIT UNION
17612 ENERGY ROAD
PROCTOR, WV 26055 USA                             $37,030.60

FIRST FINANCIAL BANK, NATIONAL ASSOCIATION
300 HIGH STREET
HAMILTON, OH 45011 USA                            $37,016.34

SAFE CREDIT UNION
2295 IRON POINT ROAD, SUITE 100
FOLSOM,CALIFORNIA U.S.A. 95630-8765          $37,007.68

LOS ANGELES FEDERAL CREDIT UNION
300 SOUTH GLENDALE AVENUE
GLENDALE, CA 91205 USA          $36,844.50

FEDEX EMPLOYEES CREDIT ASSOCIATION
8115 COUNTRY VILLAGE DRIVE
CORDOVA,TENNESSEE U.S.A. 38016          $36,824.38

BANCO BPI S.A.
AV. CASAL RIBEIRO, 59 - 6
LISBON PORTUGAL 1049-053          $36,794.74

MUNICIPAL EMPLOYEES CREDIT UNION OF BALTIMORE, INC.
7 EAST REDWOOD STREET
BALTIMORE, MD 21202 USA          $36,767.24

SANTANDER BANK, NATIONAL ASSOCIATION
840 PENN AVENUE
WYOMISSING, PA 19610 USA          $36,761.27

TRUWEST CREDIT UNION
1667 N PRIEST DR
TEMPE AZ 85281          $36,663.54

FLORIDA CREDIT UNION
2831 NORTH WEST 43RD STREET
GAINESVILLE, FL 32606 USA          $36,648.38

GREATER TEXAS FEDERAL CREDIT UNION
6411 N. LAMAR BLVD.
AUSTIN,TEXAS U.S.A. 78752          $36,365.34

BAHRAIN ISLAMIC BANK B.S.C.
CARD CENTRE MANAGER
CARD CENTRE AL SALAM TOWER DIPLOMATIC AREA
MANAMA BAHRAIN          $36,313.20

COLUMBIA STATE BANK
PO BOX 2156
TACOMA, WA 98401                                      $35,888.61
BANCO SANTANDER PUERTO RICO
PONCE DE LEON 207
HATO REY,  917 PUERTO RICO                            $35,713.66
MASHREQBANK,
DUBAI OUTSOURCE ZONE
DUBAI UNITED ARAB EMIRATES 1250                       $35,516.19


OPERATING ENGINEERS LOCAL #3 FEDERAL CREDIT UNION
250 NORTH CANYONS PARKWAY
LIVERMORE,CALIFORNIA U.S.A. 94551                     $35,343.19
NATIONAL PENN BANK
PHILADELPHIA & READINGS AVENUES
BOYERSTOWN,PENNSYLVANIA U.S.A. 19512                  $35,329.44


LIFECARD CO. LTD.
BANZAI BLDG. 3F 31-19, SHIBA 2-CHOME, MINATO-KU
TOKYO JAPAN 105 0014                                  $35,010.72
IBERIABANK
200 WEST CONGRESS STREET
LAFAYETTE, LA 70501 USA                               $34,902.10
NBT BANK, N.A.
52 SOUTH BROAD STREET
NORWICH,NEW YORK U.S.A. 13815                         $34,831.34
EDUCATIONAL EMPLOYEES CREDIT UNION
2222 WEST SHAW AVENUE
FRESNO,CALIFORNIA U.S.A. 93711-3419                   $34,721.84
NASA FEDERAL CREDIT UNION
500 PRINCE GEORGE'S BOULEVARD
UPPER MARLBORO, MD 20774 USA                          $34,574.06

| | |
|---|---|
| LISTERHILL CREDIT UNION<br>4790 EAST SECOND STREET<br>MUSCLE SHOALS, AL 35661 USA | $34,567.70 |
| FIRST DATA CONO SUR S.R.L.<br>PERU 143 - 4TH FLOOR<br>BUENOS AIRES ARGENTINA C1067AAC | $34,480.77 |
| BANCO DE CHILE<br>SUB-GERENTE DE TARJETAS/CREDIT AGUSTINAS 733<br>SANTIAGO CHILE | $34,390.89 |
| DANSKE BANK A/S<br>HOLMENS KANAL 2-12<br>COPENHAGEN K,  1092 DENMARK | $34,185.37 |
| AEVIS EUROPA S.L.<br>C/FRANCISCO SANCHA 12<br>MADRID,  28034 SPAIN | $33,607.90 |
| COMMERCIAL BANK OF KUWAIT S.A.K.<br>MANAGER, IT DEPT. IT DEPT.<br>MUBARAK AL KABIR STREET<br>KUWAIT KUWAIT 13029 | $33,387.46 |
| PSCU FINANCIAL SERVICES, INC.<br>711 EAST HENDERSON AVENUE<br>TAMPA FL 33602 | $33,352.88 |
| FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS)<br>LIMITED<br>308 EAST BAY STREET<br>NASSAU,  BAHAMAS | $33,305.34 |
| ROBINS FEDERAL CREDIT UNION<br>P. O. BOX 6849<br>WARNER ROBINS,GEORGIA U.S.A. 31095-6849 | $33,272.24 |
| LIVERPOOL PC, S.A. DE C.V.<br>MARIO PANI 200 SANTA FE DE CUAJIMALPA<br>MEXICO DF,  5348 MEXICO | $33,186.15 |

| | |
|---|---|
| WRIGHT PATMAN CONGRESSIONAL FEDERAL CREDIT UNION<br>10461 WHITE GRANITE DRIVE SUITE 300<br>OAKTON, VA 22124 USA | $33,131.35 |
| SKYONE FEDERAL CREDIT UNION<br>14600 AVIATION BOULEVARD<br>HAWTHORNE, CA 90250-6656 USA | $33,068.61 |
| NETWORK INTERNATIONAL LLC<br>BURJUMAL OFFICE TOWER<br>12TH FLOOR<br>DUBAI UNITED ARAB EMIRATES | $32,953.95 |
| BANK OF NORTH CAROLINA<br>831 JULIAN AVENUE<br>THOMASVILLE,NORTH CAROLINA U.S.A. 27360 | $32,891.90 |
| DELAWARE STATE POLICE FEDERAL CREDIT UNION<br>700 NORTH BEDFORD STREET<br>GEORGETOWN,DELAWARE U.S.A. 19947 | $32,577.31 |
| HSBC BANK ARGENTINA S.A.<br>201 FLORIDA STREET<br>C1005AAE BUENOS AIRES ARGENTINA | $32,542.06 |
| INSIGHT CREDIT UNION<br>480 SOUTH KELLER ROAD<br>ORLANDO, FL 32810 USA | $32,496.96 |
| AKBANK T.A.S.<br>SABANCI CENTER 4 LEVENT<br>ISTANBUL,  34330 TURKEY | $32,453.77 |
| IDAHO CENTRAL CREDIT UNION<br>4400 CENTRAL WAY<br>CHUBBUCK,IDAHO U.S.A. 83202 | $32,407.01 |
| LOGIX FEDERAL CREDIT UNION<br>SVP MARKETING 2340 HOLLYWOOD WAY<br>BURBANK CA 91505 | $32,352.77 |

| | |
|---|---|
| THE SAUDI BRITISH BANK<br>DABAAB STREET, HOR-CFD<br>HEAD OFFICE BLDG,<br>RIYADH,  11413 SAUDI ARABIA | $32,325.77 |
| COMMERZBANK<br>GALLUSANLAGE 7<br>FRANKFURT AM MAIN GERMANY 60329 | $32,293.18 |
| WAL-MART CANADA BANK<br>1940 ARGENTIA ROAD<br>MISSISSAGUA ON L5N 1P9, CANADA | $32,275.27 |
| HDFC BANK LIMITED<br>I THINK TECHNO CAMPUS 2ND LEVEL<br>MUMBAI INDIA 400042 | $32,103.99 |
| WOODFOREST NATIONAL BANK<br>25231 GROGANS MILL RD<br>THE WOODLANDS TX 77380 | $32,075.16 |
| CARREFOUR BANQUE<br>FINANCE & ADMINISTRATIVE<br>HEAD 1 PLACE COPERNIC<br>EVRY FRANCE 91051 | $32,062.03 |
| FIRST CITY CREDIT UNION<br>P. O. BOX 86008<br>LOS ANGELES,CALIFORNIA U.S.A. 90086-9999 | $32,056.35 |
| MUFG UNION BANK N.A.<br>3151 IMPERIAL HWY<br>B02-469<br>BREA CA 92821 | $32,015.78 |
| STAR ONE CREDIT UNION<br>P.O. BOX 3643<br>SUNNYVALE CA 94088 | $31,916.81 |
| BANK RESPUBLIKA OPEN JOINT STOCK COMPANY<br>21 KHAGANI STREET<br>BAKU AZERBAIJAN AZ1000 | $31,827.14 |

NATIONWIDE BUILDING SOCIETY
SPECIAL INVESTIGATIONS DEPARTMENT NATIONWIDE
HOUSE, PIPERS WAY
SWINDON,ENGLAND UNITED KINGDOM SN38 1NW          $31,799.16

DEXSTA FEDERAL CREDIT UNION
300 FOULK ROAD
WILMINGTON, DE 19803-3819 USA          $31,762.18

BANK BPH SPOLKA AKCYJNA
PLK. JANA PALUBICKIEGO 2
80-175 GDANSK, POLAND          $31,725.72

BASHAR IBRAHIM
NATIONAL BANK OF KUWAIT - OPS DIV.
PO BOX 95
13001 KUWAIT CITY KUWAIT          $31,686.06

GENISYS CREDIT UNION
2100 EXECUTIVE HILLS BLVD
AUBURN HILLS MI 48326          $31,378.40

ELGA CREDIT UNION
2303 S. CENTER RD.
BURTON,MICHIGAN U.S.A. 48519          $31,188.33

INTESA SANPAOLO SPA
PIAZZA SAN CARLO, 156
TORINO ITALY I-10121          $31,167.56

AMERICAN AIRLINES EMPLOYEES FEDERAL CREDIT UNION
4200 AMON CARTER BLVD.
MD 2100
FORT WORTH,TEXAS U.S.A. 76155          $31,159.15

COOPERATIEVE CENTRALE RAIFFEISEN-BOEREN-LEENBANK
BA
VICE PRESIDENT CARD & E-COMMER GILDERKWARTIER
199
UTRECHT NETHERLANDS, THE          $31,108.60

FIRST AMERICAN BANK
1650 LOUIS AVE
ELK GROVE VILLAGE, IL 60007
ATTN: SARA SAVANELLI                              $30,761.58
FIRST BANK & TRUST
520 6TH STREET
BROOKINGS, SD 57006-5057 USA                      $30,750.01
SIERRA CENTRAL CREDIT UNION
1351 HARTER PARKWAY
YUBA CITY, CA 95993 USA                           $30,733.82
NASSAU EDUCATORS FEDERAL CREDIT UNION
1000 CORPORATE DRIVE
WESTBURY, NY 11593 USA                            $30,660.96
COMPLEX COMMUNITY FEDERAL CREDIT UNION
4900 EAST 52ND STREET, SUITE 304
ODESSA, TX 79762 USA                              $30,622.89
SWEDBANK AB
KONSTITUCIJOS AVE 20A
VILNIUS,  3502 LITHUANIA                          $30,582.34
THE NATIONAL COMMERCIAL BANK
7TH FLOOR, AL-KALIDIYAH BUILDING
AL RAWDAH DIST, PO BOX 19396
JEDDAH, SAUDI ARABIA 21435                        $30,355.85
CANADIAN TIRE BANK
MGR MC OPERATIONS CARD PRODUCT
3475 SUPERIOR COURT
OAKVILLE ON CANADA L6L 0CL                        $30,242.96
LAKE MICHIGAN CREDIT UNION
4027 LAKE DRIVE
GRAND RAPIDS MI 49501                             $30,214.49
COASTAL FEDERAL CREDIT UNION
1000 ST. ALBANS DRIVE
RALEIGH,NORTH CAROLINA U.S.A. 27609               $30,178.55

DIAMOND CREDIT UNION
1600 MEDICAL DRIVE
POTTSTOWN PA 19464                                    $30,146.25

SOUTHERN BANK AND TRUST COMPANY
100 NORTH CENTER ST
MOUNT OLIVE, NC 28365                                 $30,104.67

VALLEY NATIONAL BANK
1445 VALLEY ROAD
WAYNE NJ 074740558                                    $30,070.27

CITI CARDS JAPAN INC
X TOWER 36F, 1-8-10 CHUO-KU, HARUMI
TOKYO JAPAN 104-6035                                  $30,045.16

A+ FEDERAL CREDIT UNION
PO BOX 14867
AUSTIN, TX 78761                                      $30,031.31

COMMUNITY AMERICA CREDIT UNION
9777 RIDGE DRIVE
LENEXA, KS 66219 USA                                  $29,943.02

OAKLAND COUNTY CREDIT UNION
1220 COUNTY CENTER DRIVE WEST
WATERFORD, MI 48328 USA                               $29,918.93

ACHIEVA CREDIT UNION
10125 ULMERTON ROAD
LARGO, FL 33037                                       $29,648.54

WGZ BANK AG WESTDEUTSCHE GENOSSENSCHAFTS
LUDWIG-ERHARD-ALLEE 20
DUESSELDORF GERMANY 40227                             $29,416.62

SUN NATIONAL BANK
226 LANDIS AVENUE
VINELAND,NEW JERSEY U.S.A. 08360                      $29,205.25

BANCO DE BOGOTA
CARRERA 13 NO. 26-45 ENTRE PISO
BOGOTA COLOMBIA                                       $29,165.32

| | |
|---|---|
| ING BANK NV<br>BIJLMERPLEIN 888<br>AMSTERDAM ZUIDO NETHERLANDS, THE 1000BV | $29,155.48 |
| GULF COAST BANK<br>221 SOUTH STATE STREET<br>ABBEVILLE,LOUISIANA U.S.A. 70510 | $29,135.59 |
| ANDREWS FEDERAL CREDIT UNION<br>5711 ALLENTOWN ROAD, SUITE 400<br>SUITLAND, MD 20746 USA | $28,985.43 |
| COMMONWEALTH CREDIT UNION, INC.<br>417 HIGH STREET<br>FRANKFORT, KY 40601 USA | $28,744.64 |
| FLORIDA CAPITAL BANK, NATIONAL ASSOCIATION<br>10151 DEERWOOD PARK BOULEVARD, BLDG 300 SUITE 110<br>JACKSONVILLE, FL 32256 USA | $28,709.15 |
| NATIONAL BANK OF OMAN,<br>CREDIT DIVISION P. O. BOX 751 RUWI<br>MUSCAT, OMAN 112 | $28,682.89 |
| BUSEY BANK<br>502 W. WINDSOR RD<br>CHAMPAIGN IL 61820 | $28,660.57 |
| FARMERS & MERCHANTS BANK<br>ATTN. :CARD FRAUD DEPARTMENT<br>P. O. BOX 2087<br>LONG BEACH, CA 90801 | $28,583.45 |
| HEBRON SAVINGS BANK<br>101 MAIN ST.<br>HEBRON,MARYLAND U.S.A. 21830 | $28,573.63 |
| SECURITYPLUS FEDERAL CREDIT UNION<br>7135 WINDSOR BOULEVARD<br>BALTIMORE, MD 21244 USA | $28,368.24 |

| | |
|---|---|
| CHINA CONSTRUCTION BANK<br>CREDIT CARD CENTER<br>292 SHENBO ROAD 2/B<br>SHANGHAI, CHINA, PEOPLES REP. OF 201204 | $28,298.75 |
| BANCO LAFISE S.A.<br>OFIPLAZA DEL ESTE, EDIFICIO C BARRIO ESCALANTE<br>SAN JOSé,   COSTA RICA | $28,228.41 |
| JEWETT CITY SAVINGS BANK<br>111 MAIN STREET<br>JEWETT CITY,CONNECTICUT U.S.A. 06351 | $28,214.17 |
| ARKANSAS FEDERAL CREDIT UNION<br>2424 MARSHALL ROAD<br>JACKSONVILLE, AR 72076 USA | $28,109.76 |
| CITIBANK CANADA<br>355 WELLINGTON STREET<br>LONDON ON N6A 3N7, CANADA | $28,075.62 |
| CREDIT MUTUEL ARKEA<br>CEDEX 09<br>BREST CEDEX 09 FRANCE 29808 | $27,920.60 |
| BANCO ITAU URUGUAY S.A.<br>ZABALA 1463<br>MONTEVIDEO,   URUGUAY | $27,893.15 |
| PARTNERS FEDERAL CREDIT UNION<br>100 NORTH FIRST STREET SUITE 400<br>BURBANK, CA 91502 USA | $27,824.31 |
| AMPLIFY FEDERAL CREDIT UNION<br>PAYMENTS & OPERATIONS<br>2608 BROCKTON DRIVE<br>AUSTIN TX 78758 | $27,721.27 |
| CARD COMPLETE SERVICE BANK AG<br>LASSALLESTRASSE 3<br>VIENNA AUSTRIA 1020 | $27,718.44 |

PRINCE GEORGE'S EMPLOYEES FEDERAL CREDIT UNION
14450 OLD MILL ROAD
UPPER MARLBORO,MARYLAND U.S.A. 20772          $27,681.47

COMMUNITY POWERED FCU
PO BOX 7739
NEWARK, DE 19714          $27,631.05

BANCO VOTORANTIM SA
1374 7TH FLOOR
SAO PAULO BRAZIL 01310-916          $27,596.75

BURKE & HERBERT BANK & TRUST COMPANY
100 SOUTH FAIRFAX STREET
ALEXANDRIA,VIRGINIA U.S.A. 22314-3383          $27,583.57

EAST WEST BANK
135 NORTH LOS ROBLES AVENUE, 7TH FLOOR
PASADENA, CA 91101 USA          $27,549.67

MIDWEST AMERICA FEDERAL CREDIT UNION
1104 MEDICAL PARK DRIVE
FT. WAYNE,INDIANA U.S.A. 46825          $27,229.48

BENEFICIAL BANK
1818 MARKET STREET
PHILADELPHIA, PA 19103 USA          $27,218.41

ALPINE BANK
400 7TH STREET SOUTH
RIFLE,COLORADO U.S.A. 81650          $27,202.19

LOUVIERS FEDERAL CREDIT UNION
185 SOUTH MAIN STREET
NEWARK, DE 19711 USA          $27,196.28

NORTH ISLAND FINANCIAL CREDIT UNION
5898 COPLEY DR
SAN DIEGO, CA 92111 USA          $27,158.21

| | |
|---|---|
| SB1 FEDERAL CREDIT UNION<br>P. O. BOX<br>7480 PHILADELPHIA,PENNSYLVANIA U.S.A. 19101-7480 | $27,143.17 |
| BANCO AGRICOLA S.A.<br>PASEO GRAL. ESCALON 3635<br>SAN SALVADOR,   EL SALVADOR | $27,071.75 |
| UNITED STATES SENATE FEDERAL CREDIT UNION<br>P. O. BOX 77920<br>WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20013 | $27,047.80 |
| BOC CREDIT CARD (INTERNATIONAL) LIMITED<br>20/F, BOC CREDIT CARD CTR<br>68 CONNAUGHT ROAD WEST<br>HONG KONG HONG KONG | $27,005.35 |
| BOFI FEDERAL BANK<br>4350 LA JOLLA VILLAGE DR. STE 140<br>SAN DIEGO CA 92122 | $26,964.39 |
| ARLINGTON COMMUNITY FEDERAL CREDIT UNION<br>5666 COLUMBIA PIKE<br>FALLS CHURCH, VA 22041 USA | $26,919.11 |
| GULF COAST EDUCATORS FEDERAL CREDIT UNION<br>5953 FAIRMONT PARKWAY<br>PASADENA, TX 77505 USA | $26,911.67 |
| BAYPORT CREDIT UNION<br>11820 FOUNTAIN WAY, SUITE 400<br>NEWPORT NEWS, VA 23606 USA | $26,768.70 |
| BAY FEDERAL CREDIT UNION<br>3333 CLARES STREET<br>CAPITOLA,CALIFORNIA U.S.A. 95010 | $26,563.12 |
| TWINSTAR CREDIT UNION<br>4525 INTELCO LOOP SOUTHEAST<br>LACEY, WA 98503 USA | $26,393.19 |

REDEBAN MULTICOLOR S.A.
PRESIDENT CUNDINAMARCA CARRERA 20 NO. 33-15
BOGOTA COLOMBIA                                          $26,384.67

FIRST NATIONAL BANK OF PENNSYLVANIA (METRO BANK)
166 MAIN STREET
GREENVILLE, PA 16125-2146 USA                            $26,325.04

FIRST FLORIDA CREDIT UNION
500 WEST FIRST STREET
JACKSONVILLE,FLORIDA U.S.A. 32202                        $26,291.39

DUPONT COMMUNITY CREDIT UNION
PO BOX 1365
WAYNESBORO, VA 22980                                     $26,200.12

GUARDIAN CREDIT UNION
4501 WEST GREENFIELD AVENUE
WEST MILWAUKEE, WI 53214 USA                             $26,151.73

SAN FRANCISCO FIRE CREDIT UNION
3201 CALIFORNIA STREET
SAN FRANCISCO, CA 94118-1903 USA                         $25,749.56

UNIVERSAL 1 CREDIT UNION, INC.
ONE RIVER PARK DRIVE
DAYTON, OH 45409 USA                                     $25,705.81

BORGUN H.F.
CHIEF EXECUTIVE OFFICER ARMULI 30
REYKJAVIK ICELAND 108                                    $25,674.93

EMPOWER FEDERAL CREDIT UNION
1 MEMBER WAY
SYRACUSE,NEW YORK U.S.A. 13212                           $25,674.90

INTRUST BANK, NATIONAL ASSOCIATION
105 NORTH MAIN STREET
WICHITA, KS 67202                                        $25,636.96

BAYERISCHE LANDESBANK
BRIENNER STRASSE 18
MUENCHEN,  80333 GERMANY                                 $25,615.14

VANTAGE WEST CREDIT UNION
2480 NORTH ARCADIA AVENUE
TUCSON, AZ 85712 USA                                    $25,553.47

BANAMEX USA
2029 CENTURY PARK EAST, 42ND FLOOR
LOS ANGELES, CA 90067                                   $25,393.67


METROBANK CARD CORPORATION (A FINANCE COMPANY)
METROBANK CARD BUILDING,
6778 AYALA AVE
MAKATI,  1200 PHILIPPINES                               $25,390.70

FIRSTMARK CREDIT UNION
2023 GOLD CANYON ROAD
SAN ANTONIO TX 78232-1703                               $25,297.49

H&R BLOCK BANK
ONE H&R BLOCK WAY
KANSAS CITY MO 64105                                    $25,204.54

NATIONAL PENN BANK (3RD FED)
PHILADELPHIA & READINGS AVENUES
BOYERSTOWN,PENNSYLVANIA U.S.A. 19512                    $25,097.77

VANCOUVER CITY SAVINGS CREDIT UNION
183 TERMINAL AVENUE
VANCOUVER,BRITISH COLUMBIA CANADA V6A 4G2               $25,016.53

FIRST UNITED BANK AND TRUST COMPANY
1400 WEST MAIN
DURANT, OK 74702 USA                                    $24,967.12

EASTMAN CREDIT UNION
201 SOUTH WILCOX DRIVE
KINGSPORT,TENNESSEE U.S.A. 37660                        $24,948.85

BANCO DEL PACIFICO S.A. P.
ICAZA #200 Y PICHINCKA MATRIZ P-6
GUAYAQUIL, ECUADOR 09017011                             $24,914.62

PIRAEUS BANK S.A.
26 FIDIPPIDOU STR
ATHENS GREECE 11527                                      $24,798.32
DEL-ONE FEDERAL CREDIT UNION
150 EAST WATER STREET
DOVER, DE 19901 USA                                      $24,739.28
KBC BANKVERZEKERINGSHOLDING (KBC BANK N.
HAVENLAAN 2
BRUSSELS BELGIUM 1080                                    $24,721.18
VISALUX S.C.
10 RUE GABRIEL LIPPMAN
MUNSBACH,  L-2956 LUXEMBOURG                             $24,677.70
AFFINITY PLUS FEDERAL CREDIT UNION
175 WEST LAFAYETTE ROAD
ST. PAUL, MN 55107 USA                                   $24,652.66
SANDIA LABORATORY FEDERAL CREDIT UNION
3707 JUAN TABO BLVD NE
ALBUQUERQUE NM 87111                                     $24,639.67
UNKNOWN                                                  $24,635.35
ABSA GROUP LIMITED
ABSA TOWERS EAST
170 MAIN STREET
JOHANNESBURG,  2001 SOUTH AFRICA                         $24,598.22
UNICREDIT BANK AG
SEDERANGER 5
80538 MÜNCHEN GERMANY                                    $24,590.53
RABOBANK, NATIONAL ASSOCIATION
915 HIGHLAND POINTE DRIVE, SUITE 350
ROSEVILLE, CA 95678 USA                                  $24,527.47
NETS OY
TEOLLISUUSKATU 21
HELSINKI FINLAND 00510                                   $24,467.95

RAINBOW FEDERAL CREDIT UNION
20 WASHINGTON ST.
AUBURN,MAINE U.S.A. 04210                                          $24,405.05

AIB GROUP (UK) P.L.C.
4 QUEEN'S SQUARE
BELFAST, NI BT1 3DJ UNITED KINGDOM                                 $24,330.83

SWISSCARD AECS GMBH
NEUGASSE 18
HORGEN,  8810 SWITZERLAND                                          $24,329.31

CALIFORNIA BANK & TRUST
11622 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130 USA                                            $24,287.25

ABCO FEDERAL CREDIT UNION
P. O. BOX 247
RANCOCAS,NEW JERSEY U.S.A. 08073                                   $24,279.95

COMMUNITY FIRST CREDIT UNION
2626 S ONEIDA ST
APPLETON WI 54915-2101                                             $24,249.00

FRANKLIN MINT FEDERAL CREDIT UNION
1974 SPROUL ROAD, SUITE 300
BROOMALL,PENNSYLVANIA U.S.A. 19008                                 $24,189.63

FIRST COMMUNITY CREDIT UNION OF HOUSTON
15260 FM 529
HOUSTON TX 770953252                                               $24,162.05

SERVICE 1ST FEDERAL CREDIT UNION
1207 BLOOM STREET
DANVILLE, PA 17821 USA                                             $24,123.73

BANK FUND STAFF FEDERAL CREDIT UNION
1725 I STREET, NW SUITE 600
WASHINGTON, DC 20006 USA                                           $24,082.51

THE AMERICAN NATIONAL BANK OF TEXAS
102 WEST MOORE AVE
TERRELL, TX 75160                                                  $24,024.66

SERVICES CREDIT UNION
1807 WEST DIEHL ROAD
NAPERVILLE, IL 60563 USA                                        $23,963.71

BESSEMER TRUST COMPANY, NATIONAL ASSOCIATION
630 FIFTH AVENUE
NEW YORK, NY 10111 USA                                          $23,951.82

ST. MARY'S BANK CREDIT UNION
200 BEDFORD ST.
MANCHESTER,NEW HAMPSHIRE U.S.A. 03101                           $23,736.07

FIRSTCARIBBEAN INTERNATIONAL BANK (BARBADOS)
LIMITED
COCKSPUR HOUSE, 2ND FLOOR NILE STREET
BRIDGETOWN,   BARBADOS                                          $23,626.14

DOW CHEMICAL EMPLOYEES' CREDIT UNION
PO BOX 1649
MIDLAND,MICHIGAN U.S.A. 48641-1649                              $23,613.14

SERVICE CREDIT UNION
3003 LAFAYETTE ROAD
PORTSMOUTH, NH 3801 USA                                         $23,600.93

ADVANTIS CREDIT UNION
3010 SE BELMONT ST.
PORTLAND,OREGON U.S.A. 97214-4097                               $23,586.65

STANFORD FEDERAL CREDIT UNION
1860 EMBARCADERO ROAD
PALO ALTO,CALIFORNIA U.S.A. 94303                               $23,581.91

RIYAD BANK HEAD OFFICE
OLD AIRPORT ROAD
RIYADH 11416, SAUDI ARABIA                                      $23,563.98

YOLO FEDERAL CREDIT UNION
P. O. BOX 657
WOODLAND,CALIFORNIA U.S.A. 95776-0657                           $23,558.29

HSBC BANK AUSTRALIA LIMITED
HSBC CENTRE,
L9 580 GEORGE STREET
SYDNEY, NS 2000 AUSTRALIA                    $23,554.32

BAXTER CREDIT UNION
340 NORTH MILWAUKEE AVENUE
VERNON HILLS, IL 60061 USA                   $23,453.48

STAR FINANCIAL BANK
3610 RIVER CROSSING PKWY
INDIANAPOLIS IN 46240                        $23,386.03

VISIONS FEDERAL CREDIT UNION
24 MCKINLEY AVE
ENDICOTT, NY 13760                           $23,313.06

VIST BANK
1240 BROADCASTING ROAD
WYOMISSING, PA 19610 USA                     $23,298.47

EDUCATORS CREDIT UNION
1400 NORTH NEWMAN ROAD
RACINE,WISCONSIN U.S.A. 53406                $23,288.98

ING LUXEMBOURG
52, ROUTE D'ESCH
LUXEMBOURG, LUXEMBOURG L-2965                $23,177.33

STANDARD CHARTERED BANK (HONG KONG) LTD
STANDARD CHARTERED TOWER
388 KWUN TONG ROAD, KOWLOON
HONG KONG,   HONG KONG, CHINA                $23,130.09

UC CARD CO., LTD.
2-3-2,
DAIBA,
MINATO-KU,
TOKYO 1358601, JAPAN                         $23,115.96

JOHNS HOPKINS FEDERAL CREDIT UNION
2027 EAST MONUMENT STREET
BALTIMORE,MARYLAND U.S.A. 21287              $23,088.34

CAMPUS USA CREDIT UNION
14007 NW 1ST ROAD
JONESVILLE,FLORIDA U.S.A. 32669                    $23,007.66

BALTIMORE COUNTY EMPLOYEES FEDERAL CREDIT UNION
23 WEST SUSQUEHANNA AVENUE
TOWSON,MARYLAND U.S.A. 21204                        $22,875.05

NATIONAL BANK OF ARIZONA
335 NORTH WILMOT ROAD
TUCSON, AZ 85711-2632 USA                           $22,873.70

GESA CREDIT UNION
825 GOETHALS DRIVE
RICHLAND,WASHINGTON U.S.A. 99352                     $22,862.36

ANHEUSER-BUSCH EMPLOYEES' CREDIT UNION
1001 LYNCH STREET
ST. LOUIS, MO 63118 USA                             $22,765.68

BANCO REGIONAL DE MONTERREY S.A. BANREGIO
AV. ROMULO GARZA #555
COL. INDUSTRIAS DEL VIDRIO
NEUVO LEON, MEXICO 66470                             $22,733.45

BANCO DE COSTA RICA
AVENIDA CENTRAL Y SEGUNDA
CALLES 4 Y 6 SEXTO PISO
SAN JOSE COSTA RICA 10035-1000                      $22,724.21

SOUTH JERSEY FEDERAL CREDIT UNION
1615 HURFFVILLE ROAD
DEPTFORD,NEW JERSEY U.S.A. 08096                    $22,718.65

DBS BANK LTD
6 SHENTON WAY DBS BUILDING
SINGAPORE,  68809 SINGAPORE                         $22,623.25

TRULIANT FEDERAL CREDIT UNION
P. O. BOX 26000
WINSTON-SALEM,NORTH CAROLINA U.S.A. 27114-6000      $22,582.18

FIRSTCARIBBEAN INTERNATIONAL BANK (CAYMAN)
LIMITED
54 EDWARD STREET
GEORGETOWN,   CAYMAN ISLANDS                    $22,553.13

BANK OF N.T. BUTTERFIELD + SON LIMITED GROUP
HEAD OF CARDS CARD SERVICES
65 FRONT STREET
HAMILTON BERMUDA 12                             $22,514.97

AMERICAN EAGLE FINANCIAL CREDIT UNION
417 MAIN STREET
EAST HARTFORD, CT 06128-0128 USA               $22,464.82

DEUTSCHE BANK AG
TAUNUSANLAGE 12
FRANKFURT,  60325 GERMANY                       $22,446.20

CITIZENS EQUITY FIRST CREDIT UNION
PO BOX 1805
PEORIA, IL 61656                                $22,420.02

CREDIT UNION OF COLORADO
1390 LOGAN STREET
DENVER, CO 80203 USA                            $22,376.12

FIRST COAST COMMUNITY CREDIT UNION
306 SOUTH PALM AVENUE
PALATKA, FL 32177 USA                           $22,274.64

ENTERCARD NORGE AS
ATTN: GROUP FRAUD & CHARGEBACK DEPT
PO BOX 6783, ST. OLAVS PLASS
0130 OSLO NORWAY                                $22,178.91

COMENITY BANK
3100 EASTON SQUARE PLACE
COLUMBUS OH 43219                               $22,135.63

WINGS FINANCIAL CREDIT UNION
14985 GLAZIER AVENUE
APPLE VALLEY, MN 55124 USA                      $22,029.72

PIMA FEDERAL CREDIT UNION
6850 NORTH ORACLE ROAD #6860
TUCSON, AZ 85704 USA                              $21,953.87

GEORGIA'S OWN CREDIT UNION
1155 PEACHTREE STREET, SUITE 400
ATLANTA, GA 30308 USA                             $21,926.77

ATLANTIC COAST BANK
4655 SALISBURY RD, STE. 110
JACKSONVILLE, FL 32256 USA                        $21,923.32

MEMBERS HERITAGE CREDIT UNION
440 PARK PLACE
LEXINGTON, KY 40511 USA                           $21,897.14

MAINE FAMILY FEDERAL CREDIT UNION
55 SABATTUS ST.
LEWISTOWN,MAINE U.S.A. 04240                      $21,837.90

RBC ROYAL BANK N.V.
KAYA FLAMBOYAN 1
WILLEMSTAD, CURACAO,   CURACAO                    $21,820.35

U-MASS/FIVE COLLEGE FEDERAL CREDIT UNION
200 WESTEGATE CENTER DRIVE
HADLEY, MA 1035 USA                               $21,786.22

USALLIANCE FEDERAL CREDIT UNION
600 MIDLAND AVENUE
RYE, NY 10580-3999 USA                            $21,728.97


CENTRAL FLORIDA EDUCATORS FEDERAL CREDIT UNION
1200 WEBER ST
ORLANDO FL 32803-3334                             $21,728.68

ATLANTIC FINANCIAL FEDERAL CREDIT UNION
40 SCHILLING ROAD
HUNT VALLEY,MARYLAND U.S.A. 21031                 $21,666.29

CAIXA GERAL DE DEPOSITOS SA
GENERAL MANAGER CARDS DIVISION
AV JOAO XXI, 63
LISBOA PORTUGAL 1000-300                    $21,566.95

NORTH COMMUNITY BANK
3639 NORTH BROADWAY
CHICAGO IL 60613                            $21,501.79

GE CAPITAL RETAIL BANK
777 LONG RIDGE ROAD
STAMFORD CT 06902                           $21,470.45

PEOPLESBANK, A CODORUS VALLEY COMPANY
105 LEADER HEIGHTS ROAD
YORK, PA 17403 USA                          $21,450.91

FD COMMUNITY FEDERAL CREDIT UNION
601 WATERTOWN AVENUE
WATERBURY, CT 6708 USA                      $21,424.50

HSBC BANK BERMUDA LIMITED
6 FRONT STREET
HAMILTON,  42521 BERMUDA                    $21,290.83

DFCU FINANCIAL
400 TOWN CENTER DRIVE
DEARBORN, MI 48126 USA                      $21,243.22

MERCANTIL COMMERCEBANK N.A.
12496 NW 25 STREET
MIAMI FL 33133                              $21,242.15

LIBERTY BANK
315 MAIN ST
MIDDLETOWN CT 06457-3345                    $21,172.39

BANCO SANTANDER TOTTA
S.A. RUA AUREA 88
LISBOA,  1100 PORTUGAL                      $21,077.87

HYUNDAICARD CO LTD
15-21 YOUIDO-DONG
SEOUL SOUTH KOREA 150-706                   $20,996.47

NORDEA BANK FINLAND PLC
ALEKSANTERINKATU 36
HELSINKI,  20 FINLAND                              $20,968.60
BREMER BANK N.A.
MN-001-79FO 8555 EAGLE POINT BLVD
LAKE ELMO MN                                       $20,955.97
TARGOBANK AG & CO. KGAA
KASERNENSTRASSE 10
DUESSELDORF,  40213 GERMANY                         $20,919.40
POWSZECHNA KASA OSZCZEDNOSCI BANK POLSKI
UL. WOLCZYNSKA 133
WARSAW POLAND 01-919                                $20,909.43
CENTRAL NATIONAL BANK
802 NORTH WASHINGTON STREET
JUNCTION CITY, KS 66441 USA                         $20,849.15
VIRGINIA CREDIT UNION
P.O. BOX 90010
RICHMOND, VA 23225                                  $20,827.09
EXTRACO BANKS
18 SOUTH MAIN STREET
TEMPLE,TEXAS U.S.A. 76501                           $20,791.06
NATIONWIDE BANK
ONE NATIONWIDE PLAZA 38397
COLUMBUS, OH 43215 USA                              $20,703.97
DANSKE BANK AKTIESELSKAB DENMARK SWEDEN
PO BOX 328
LINKOPING SE 581 03, SWEDEN                         $20,683.22
BANQUE ET CAISSE D'EPARGNE DE L'ETAT
ELECTRONIC BANKING & BUSINESS 1,
PLACE DE MEDITERRANNEE
SARCELLES FRANCE 95200                              $20,677.96

| | |
|---|---|
| CALIFORNIA COAST CREDIT UNION<br>CREDIT CARD MANAGER<br>9201 SPECTRUM CENTER BLVD<br>SAN DIEGO CA 92150 | $20,638.42 |
| BANCO ESPIRITO SANTO S.A.<br>AVENIDA DA LIBERDADE, 195, SANTO<br>LISBOA 1250-142 | $20,555.40 |
| ELEVATIONS CREDIT UNION<br>2300 55TH STREET<br>BOULDER, CO 80301 USA | $20,457.66 |
| ALLIANT CREDIT UNION<br>11545 WEST TOUHY AVENUE<br>CHICAGO,ILLINOIS U.S.A. 60666 | $20,193.96 |
| SOUTH CAROLINA FEDERAL CREDIT UNION<br>2175 CREDIT UNION LANE NORTH<br>CHARLESTON SC 29406 | $20,183.64 |
| SCHLUMBERGER EMPLOYEES CREDIT UNION<br>225 SCHLUMBERGER DRIVE<br>SUGAR LAND, TX 77478 USA | $20,119.47 |
| FIRST COMMUNITY BANK OF MERCER COUNTY<br>211 FEDERAL STREET<br>BLUEFIELD,WEST VIRGINIA U.S.A. 24701 | $20,038.60 |
| ETRADE BANK<br>671 N. GLEBE RD.<br>ARLINGTON,VIRGINIA U.S.A. 22203 | $20,027.70 |
| LIBERTY SAVINGS BANK, FSB<br>2251 ROMBACH<br>WILMINGTON,OHIO U.S.A. 45177 | $19,938.08 |
| ARAB NATIONAL BANK<br>ARAB NATIONAL BANK BUILDING<br>MOURABA STREET<br>RIYADH,  11564 SAUDI ARABIA | $19,876.31 |

NEDBANK LIMITED
5TH FLOOR, BLOCK I, NEDBANK HO 135 RIVONIA ROAD
JOHANNESBURG SOUTH AFRICA 2000                    $19,786.68

ADVANCIAL FEDERAL CREDIT UNION
1845 WOODALL RODGERS FREEWAY SUITE 1300
DALLAS,TEXAS U.S.A. 75201                          $19,709.95

GEORGIA FEDERAL CREDIT UNION
6705 SUGARLOAF PKWY
DULUTH,GEORGIA U.S.A. 30097                        $19,701.54

FAA CREDIT UNION
10201 S. WESTERN AVE.
OKLAHOMA CITY,OKLAHOMA U.S.A. 73139               $19,579.19

BANCA DI SASSARI S.P.A.
VIALE MANCINI 2
SASSARI,  1700 ITALY                              $19,565.56


CAPITAL COMMUNICATIONS FEDERAL CREDIT UNION
4 WINNERS CIRCLE
ALBANY, NY 12205 USA                              $19,516.08

ABU DHABI ISLAMIC BANK - CARD CENTER
SULTAN BLDG. AL NAJDA STREET 12TH FLOOR
P. O. BOX 34613
ABU DHABI, UNITED ARAB EMIRATES                   $19,502.79

UNIVERSITY OF ILLINOIS EMPLOYEES CREDIT UNION
2201 SOUTH FIRST STREET
CHAMPAIGN, IL 61820 USA                           $19,481.86

BELCO COMMUNITY CREDIT UNION
403 N. SECOND STREET
P.O. BOX 82
HARRISBURGH,PENNSYLVANIA U.S.A. 17108             $19,468.30

HEARTLAND BANK AND TRUST COMPANY
P. O. BOX 67
BLOOMINGTON,ILLINOIS U.S.A. 61702                 $19,446.22

KUWAIT FINANCE HOUSE
NR. SALMIYA CINEMA
SALMIYA,  22020 KUWAIT                                    $19,419.11

COMMONWEALTH CENTRAL CREDIT UNION
5890 SILVER CREEK VALLEY ROAD
SAN JOSE, CA 95138 USA                                    $19,301.39

OCEANFIRST BANK
975 HOOPER AVENUE
TOMS RIVER,NEW JERSEY U.S.A. 08753                        $19,294.04

SECURITY FIRST BANK
5505 RED ROCK LANE
LINCOLN, NE 68516 USA                                     $19,169.43

CREDIT UNION OF TEXAS
8131 LBJ FREEWAY SUITE 550
DALLAS TX 75251                                           $19,150.72

UNITED NATIONS FEDERAL CREDIT UNION
COURT SQUARE PLACE
24-01 44TH RD., 4TH FLOOR
LONG ISLAND CITY NY 11101-4605                            $18,992.26

CAIXABANK S.A.
GRAN VIA CARLOS III, 94 ENTL. ED. TRADE
BARCELONA SPAIN 08028                                     $18,990.63

BANCOLOMBIA CAYMAN
FORT STREET GEORGETOWN
GRAND CAYMAN,   CAYMAN ISLANDS                            $18,888.20

SWEDBANK AS
BALASTA DAMBIS 15
RIGA,  LV-1048 LATVIA                                     $18,812.06

SOCIEDAD FINANCIERA INBURSA S.A. DE C.V. SOFOM ER
GRUPO FINANCIERO INBURSA
INSURGENTES SUR 3500 PB COL PEñA POBRE
MEXICO CITY,  14060 MEXICO                                $18,777.67

FIRSTBANK PUERTO RICO
1130 AVE MUNOZ RIVERA
SAN JUAN, PUERTO RICO 00927                              $18,765.94


TEXAS COMMUNITY BANK, NATIONAL ASSOCIATION
6800 MCPHERSON
LAREDO,TEXAS U.S.A. 78045                                $18,609.71

COMMUNICATION FEDERAL CREDIT UNION
4141 NW EXPWY STE 200
OKLAHOMA CITY,OKLAHOMA U.S.A. 73116                      $18,525.58

BELVOIR FEDERAL CREDIT UNION
14040 CENTRAL LOOP
WOODBRIDGE, VA 22193                                     $18,500.68

SAN ANTONIO FEDERAL CREDIT UNION
6061 IH 10 WEST
SAN ANTONIO TX 78295                                     $18,472.31

AMERICAN NATIONAL BANK AND TRUST COMPANY
628 MAIN STREET
DANVILLE, VA 24541 USA                                   $18,419.93

CENTURY SAVINGS BANK
75 NORTH LAUREL STREET
BRIDGETON, NJ 08302-1911 USA                             $18,410.47

JUSTICE FEDERAL CREDIT UNION
5175 PARKSTONE DR., SUITE 200
CHANTILLY, VA 20151                                      $18,369.54

DUPAGE CREDIT UNION
1515 BOND STREET
NAPERVILLE,ILLINOIS U.S.A. 60563                         $18,225.39

TEG FEDERAL CREDIT UNION
1 COMMERCE STREET
POUGHKEEPSIE NY 12603                                    $18,170.72

PREMIERONE CREDIT UNION
140 ASBURY STREET
SAN JOSE, CA 95110 USA                                   $18,159.64

S & T BANK
PO BOX 190
INDIANA,PENNSYLVANIA U.S.A. 15701                    $18,046.19

GROW FINANCIAL FEDERAL CREDIT UNION
PO BOX 89909
TAMPA, FL 33689                                      $17,963.67

NORDEA BANK AB (PUBL)
PO BOX L833
STOCKHOLM, SWEDEN                                    $17,937.49

FIRST MARINER BANK
1501 SOUTH CLINTON STREET
BALTIMORE, MD 21244 USA                              $17,917.30

PEOPLES SECURITY BANK AND TRUST COMPANY
150 N. WASHINGTON AVENUE
SCRANTON PA 18503-1843                               $17,885.19

FIRST BANK
600 MCDONNELL BLVD
M1-199-046
HAZELWOOD, MO 63042                                  $17,798.45

TOYOTA FINANCE CORPORATION
2-2-2 UCHISAIWAICHO CHIYODA-KU
TOKYO JAPAN 1000011                                  $17,793.37

MAINE STATE CREDIT UNION
200 CAPITOL ST.
AUGUSTA,MAINE U.S.A. 04330                           $17,744.51

SCOTIABANK DE COSTA RICA S.A.
AVE. 1RA. Y CALLES 2DA. Y CENTRAL
SAN JOSE,   COSTA RICA                               $17,739.94

CREDIT SUISSE
NEUGASSE 18
HORGEN SWITZERLAND 8810                              $17,647.36

FIVE STAR BANK
55 NORTH MAIN STREET
WARSAW, NY 14569 USA                                 $17,612.12

SIGNAL FINANCIAL FEDERAL CREDIT UNION
3015 UNIVERSITY BOULEVARD WEST
KENSINGTON, MD 20895 USA                          $17,602.76

SKB-BANK
75 KUIBYSHEVA STREET
EKATERINBURG, RUSSIAN FEDERATION 620026           $17,547.88

VISA AUSTRIA
LASSALLESTRASSE 3
VIENNA,  1020 AUSTRIA                             $17,538.57

SPOKANE TEACHERS CREDIT UNION
1620 NORTH SIGNAL DRIVE
LIBERTY LAKE,WASHINGTON U.S.A. 99019-9517         $17,461.77

IBM SOUTHEAST EMPLOYEES FEDERAL CREDIT UNION
P. O. BOX 5090
BOCA RATON,FLORIDA U.S.A. 33431-0890              $17,457.91

UNITUS COMMUNITY CREDIT UNION
P.O. BOX 1937
PORTLAND,OREGON U.S.A. 97207-1937                 $17,413.71

HERITAGE BANK (WHIDBEY ISLAND BANK)
PO BOX 9188
TACOMA, WA 98490                                  $17,373.82

LONE STAR NATIONAL BANK
206 WEST FERGUSON STREET
PHARR, TX 78577 USA                               $17,312.07

BANCO BDI S.A.
AVE. SARASOTA #27 LA JULIA
SANTO DOMINGO, DOMINICAN REPUBLIC                 $17,272.96

EUROPAY LUXEMBOURG S.C.
GENERAL MANAGER
10, PARC D'ACTIVITÉ SYRDALL
MUNSBACH LUXEMBOURG L-5365                        $17,216.76

| | |
|---|---|
| CAPITAL ONE BANK<br>ATTN: FRAUD INVESTIGATIONS<br>PO BOX 85582<br>RICHMOND, VA 23260 | $17,140.13 |
| POINT BREEZE CREDIT UNION<br>11104 MCCORMICK ROAD<br>HUNT VALLEY, MD 21031 USA | $17,089.63 |
| REDWOOD CREDIT UNION<br>P. O. BOX 6104<br>SANTA ROSA,CALIFORNIA U.S.A. 95406 | $16,990.59 |
| OREGON STATE CREDIT UNION<br>1980 NW 9TH STREET<br>CORVALLIS, OR 97330 USA | $16,935.15 |
| BLACK HILLS FEDERAL CREDIT UNION<br>P. O. BOX 1420<br>RAPID CITY,SOUTH DAKOTA U.S.A. 57709-1420 | $16,920.82 |
| STANDARD CHARTERED BANK (SINGAPORE) LIMITED<br>8 MARINA BOULEVARD,<br>#27-01 MARINA BAY FINANCIAL CENTRE<br>SINGAPORE,  18981 SINGAPORE | $16,905.49 |
| VALES INTERCONTINENTALES S.A.<br>SAN JOSE CENTRO, EDIF. METROPOLITANO PISO 3°<br>SAN JOSE, COSTA RICA 2150-1000 | $16,897.04 |
| LGE COMMUNITY CREDIT UNION<br>430 COMMERCE PARK DRIVE<br>MARIETTA, GA 30060 | $16,831.65 |
| FOX CHASE BANK<br>4390 DAVISVILLE ROAD<br>HATBORO, PA 19040-2544 USA | $16,810.02 |
| HUDSON VALLEY FEDERAL CREDIT UNION<br>159 BARNEGAT ROAD<br>POUGHKEEPSIE, NY 12601 USA | $16,803.60 |

| | |
|---|---|
| KINETIC CREDIT UNION<br>1251 13TH STREET<br>COLUMBUS, GA 31901 USA | $16,800.59 |
| SAN MATEO CREDIT UNION<br>P. O. BOX 910<br>SAN MATEO,CALIFORNIA U.S.A. 95355-1164 | $16,768.53 |
| ARGENTA SPAARBANK<br>BELGIËLEI 49-53<br>ANTWERP, 2018<br>BELGIUM | $16,677.72 |
| UNITED BANK LIMITED<br>STATE LIFE BUILDING #1, I.I. CHUNDRIGAR ROAD,<br>KARACHI,  75500 PAKISTAN | $16,647.03 |
| JACCS CO., LTD.<br>EBISU NEONATE BLDG<br>1-18 EBISU 4 CHOME<br>SHIBUYA KU<br>TOKYO 1508932, JAPAN | $16,645.17 |
| SUMMIT CREDIT UNION<br>4800 AMERICAN PARKWAY<br>MADISON, WI 53718 USA | $16,614.12 |
| FIRST FINANCIAL BANKSHARES, INC.<br>400 PINE ST<br>PO BOX 701<br>ABILENE, TX 79601 | $16,582.95 |
| KOREA EXCHANGE BANK<br>935-34, BANGBAE-DONG<br>SEOUL SOUTH KOREA | $16,572.03 |
| CECABANK<br>DEPARTAMENTO DE MEDIOS DE PAGO<br>CALLE ALCALA 27<br>28014 MADRID<br>SPAIN | $16,540.60 |

PELICAN STATE CREDIT UNION
11585 LAKE SHERWOOD AVENUE NORTH
BATON ROUGE,LOUISIANA U.S.A. 70816                    $16,492.56

CITIBANK (HONG KONG) LIMITED
DORSET HOUSE, TAIKOO PLACE 979 KING'S ROAD,
QUARRY BAY
HONG KONG,   HONG KONG, CHINA                         $16,436.12

MEMBERS FIRST CREDIT UNION
600 WEST WACKERLY STREET
MIDLAND, MI 48640 USA                                $16,409.17

LA CAPITOL FEDERAL CREDIT UNION
660 LAUREL STREET
BATON ROUGE, LA 70802 USA                            $16,386.84

BANK OF THE PHILIPPINE ISLANDS
8753 PASEO DE ROXAS
16/F BPI CARD CENTER
MAKATI CITY PHILIPPINES 1200                         $16,385.90

BANCO BILBAO VIZCAYA ARGENTARIA COLOMBIA
CARRERA 9 NO. 72-21
BOGOTA, COLOMBIA                                     $16,273.15

JEANNE D'ARC CREDIT UNION
630 MERRIMACK STREET
LOWELL, MA 1854 USA                                  $16,250.32

GRANITE STATE CREDIT UNION
1415 ELM STREET
MANCHESTER, NH 3101 USA                              $16,221.90


BANCO COMERCIAL PORTUGUES - CARDS DEPARTMENT
EDIFICIO D LUIS
RUA DO INSTITUTO INDUSTRIAL 7- 4TH FLOOR
LISBON, PORTUGAL 1249-006                            $16,216.03

SELCO COMMUNITY CREDIT UNION
1050 HIGH STREET
EUGENE, OR 97401 USA                                 $16,211.10

JEFFERSON FINANCIAL CREDIT UNION
7701 AIRLINE DRIVE
METAIRIE, LA 70003 USA                                    $16,158.23

THE BANK OF NOVA SCOTIA
44 KING STREET WEST SCOTIA PLAZA
TORONTO, ON M5H 1H1 CANADA                                $16,148.14

COMPUTER SERVICES INC.
2401 N CALUMET AVE
VALPARAISO IN 46383                                       $16,135.12

ASTORIA BANK
37-16 30TH AVENUE
LONG ISLAND CITY, NY 11103 USA                            $16,126.62

TAICHUNG COMMERCIAL BANK
1F., NO.87, MINCYUAN RD., WEST DISTRICT,
TAICHUNG CITY 403, TAIWAN (R.O.C.)                        $16,046.17

VALOR FEDERAL CREDIT UNION (TOBYHANNA FCU)
315 FRANKLIN AVE.
SCRANTON, PA 18503 USA                                    $16,042.98

SEVEN SEVENTEEN CREDIT UNION, INC.
3181 LARCHMONT AVE., N.E.
WARREN,OHIO U.S.A. 44483-2498                             $16,033.70

RAIFFEISEN BANK S.A.
246C, CALEA FLOREASCA SKY TOWERE BUILDING,
BUCHAREST  BUCHAREST,  14476 ROMANIA                      $15,950.44

BANCO DE CREDITO DEL PERU
JIRON LAMPA 499
LIMA, PERU 01                                            $15,945.73

F & A FEDERAL CREDIT UNION
2625 CORPORATE PLACE
MONTEREY PARK,CALIFORNIA U.S.A. 91754-7631                $15,940.89

DOLLAR BANK A FEDERAL SAVINGS BANK
THREE GATEWAY CENTER
PITTSBURGH PA 15222                                       $15,907.24

| | |
|---|---|
| WESTPAC NEW ZEALAND LIMITED<br>LEVEL 3SS, WESTPAC ON TAKUTAI SQUARE<br>16 TAKUTAI SQUARE<br>AUCKLAND CENTRAL<br>AUCKLAND 1010 | $15,883.80 |
| SCOTIABANK PERU S.A.A.<br>JR. CUZCO NO. 245<br>LIMA,  1 PERU | $15,863.95 |
| THE COMMERCIAL AND SAVINGS BANK OF MILLERSBURG,<br>OHIO<br>91 NORTH CLAY STREET<br>MILLERSBURG, OH 44654 USA | $15,857.86 |
| BLOM BANK SAL<br>2 WADI EL NIL, STREET, 10 TH FLOOR<br>GIZA EGYPT | $15,854.84 |
| TEACHERS FEDERAL CREDIT UNION<br>2410 NORTH OCEAN AVENUE<br>FARMINGVILLE, NY 11738 USA | $15,791.84 |
| BANCO POPULAR NORTH AMERICA<br>DEBIT CARD PRODUCT MANAGEMENT<br>9600 WEST BRYN MAWR<br>ROSEMONT IL 60018 | $15,783.36 |
| BANCO POPULAR DOMINICANO<br>JHON F.KENNEDY # 20<br>DOMINICAN REPUBLIC DOMINICAN REPUBLIC | $15,628.07 |
| LEHIGH VALLEY EDUCATORS CREDIT UNION<br>3720 HAMILTON BLVD.<br>ALLENTOWN, PA 18103 USA | $15,589.76 |
| FIRSTRUST SAVINGS BANK<br>1 WALNUT GROVE DRIVE<br>HORSHAM,PENNSYLVANIA U.S.A. 19044 | $15,525.83 |
| TUCSON FEDERAL CREDIT UNION<br>1160 NORTH WINSTEL BOULEVARD<br>TUCSON, AZ 85716-4023 USA | $15,493.45 |

HOUSTON FEDERAL CREDIT UNION
16320 KENSINGTON DRIVE
SUGAR LAND, TX 77479 USA                      $15,342.63

NEW YORK COMMUNITY BANK
615 MERRICK AVENUE
WESTBURY, NY 11590 USA                        $15,298.44

DATA CENTER INCORPORATED
20 WEST SECOND AVE
HUTCHINSON KS 67501                           $15,283.61

UNITED HERITAGE CREDIT UNION
12208 NORTH MOPAC EXPRESSWAY
AUSTIN,TEXAS U.S.A. 78758                      $15,231.32

FRANSABANK SAL
HAMRA - FRANSABANK CENTER
BEIRUT LEBANON 11-0393                         $15,224.17

VIBE CREDIT UNION
44575 WEST TWELVE MILE ROAD
NOVI, MI 48377 USA                            $15,182.50

MUTUAL OF OMAHA BANK
1500 NW 118TH STREET
CLIVE IA 50325                                $15,117.46

JSC BANK OF GEORGIA
3, PUSHKIN STREET
TBILISI,  380007 GEORGIA                       $15,107.43

MERITRUST CREDIT UNION
8710 EAST 32ND STREET NORTH
WICHITA, KS 67226 USA                         $15,103.52

VERITY CREDIT UNION
P.O. BOX 75974
SEATTLE, WA 98175-0974                        $15,047.90

PACIFIC MARINE CREDIT UNION
MARINE CORPS EXCHANGE COMPLEX
CAMP PENDLETON, CA 92055 USA                  $14,952.59

BV FINANCEIRA S.A. CREDITO FINANCIAMENTO E
INVESTIMENTO
AV. ROQUE PETRONI JR, 999
SAO PAOLO, SP 0000-00 BRAZIL                    $14,853.21

VERBAND DER SPARDA BANKEN E.V.
HAMBURGER ALLEE 4
FRANKFURT GERMANY 60486                         $14,846.49

COLONIAL BANK/CAPE BANK
201 SHORE RD
LINWOOD, NJ 08221                               $14,840.07

BANQUE SAUDI FRANSI
P. O. BOX 56006
RIYADH, SAUDI ARABIA 11554                      $14,813.13

KERN SCHOOLS FEDERAL CREDIT UNION
P.O. BOX 9506
BAKERSFIELD,CALIFORNIA U.S.A. 93389             $14,794.81

SOUND CREDIT UNION
ATTN: RISK MANAGEMENT
PO BOX 1595
TACOMA, WA 98402                                $14,784.44

FIRST NBC BANK
210 BARONNE STREET
NEW ORLEANS, LA 70112 USA                       $14,723.22

TRUPOINT BANK
US ROUTE 460 EAST
GRUNDY,VIRGINIA U.S.A. 24614                     $14,673.18

SEATTLE METROPOLITAN CREDIT UNION
801 THIRD AVENUE
SEATTLE, WA 98104 USA                           $14,666.94

THE INTERNATIONAL BANK OF AZERBAIJAN
67 NIZAMI ST
BAKU AZERBAIJAN AZ1001                          $14,647.22

MAZUMA CREDIT UNION
9300 TROOST AVENUE
KANSAS CITY,MISSOURI U.S.A. 64131                    $14,621.20

FIDELITY BANK PLC
2 KOFO ABAYOMI STREET
VICTORIA ISLAND LAGOS, NIGERIA                       $14,610.86

1ST ADVANTAGE FEDERAL CREDIT UNION
PO BOX 2116
NEWPORT NEWS, VA 23609                               $14,522.33

APPLIED BANK
800 DELAWARE AVE.
WILMINGTON,DELAWARE U.S.A. 19801                     $14,491.00

UNIVERSITY CREDIT UNION
5779 RANGELEY ROAD
UNIVERSITY OF MAINE
ORONO, ME 4469 USA                                   $14,465.33

MAX CREDIT UNION
400 EASTDALE CIRCLE
MONTGOMERY, AL 36117 USA                             $14,464.68

BANCA SELLA SPA
AREA DI BUSINESS SIST. PAGAMENTO
C/O CED NUOVI UFF PIANO-1
BIELLA ITALY 13900                                   $14,422.10

ATLANTA POSTAL CREDIT UNION
3900 CROWN ROAD
ATLANTA,GEORGIA U.S.A. 30380-0001                    $14,412.73

POINT LOMA CREDIT UNION
9420 FARNHAM STREET
SAN DIEGO, CA 92123-1393 USA                         $14,401.41

THE FARMERS STATE BANK AND TRUST COMPANY
P.O. BOX 1330
JACKSONVILLE, IL 62651-1330                          $14,349.16

TAPCO CREDIT UNION
6312 19TH STREET WEST
TACOMA,WASHINGTON U.S.A. 98466                    $14,309.63

BANCO ITAU PARAGUAY, S.A.
OLIVA NO. 349 C/CHILE
ASUNCION,   PARAGUAY                              $14,308.31

FINANCIAL CENTER FIRST (FEDERAL) CREDIT UNION
7101 EAST 56TH STREET
INDIANAPOLIS, IN 46226 USA                        $14,290.08

SAINSBURY'S BANK PLC
155 BISHOPSGATE
LONDON UNITED KINGDOM EC2M 3YB                    $14,284.05

TCM BANK, NATIONAL ASSOCIATION
2701 NORTH ROCKY POINTE DRIVE, SUITE 700
TAMPA, FL 33607                                   $14,259.08

TRI COUNTY AREA FCU
1550 MEDICAL DRIVE
POTTSTOWN, PA 19464                               $14,208.89

BANCO DE LA NACION ARGENTINA
BARTOLOMÉ MITRE 326 - OFICINA 247 CIUDAD
AUTONOMA DE BUENOS AIRES
CAPITAL FEDERAL ARGENTINA 1036                    $14,203.42

ICA BANKEN AB
LAGERCRANTZ PLATS 3
BORAS SWEDEN 50482                                $14,172.53

CYPRUS FEDERAL CREDIT UNION
3876 WEST CENTER VIEW WAY
WEST JORDAN, UT 84084 USA                         $14,170.32

AMERICAN FIRST CREDIT UNION
700 N. HARBOR BLVD.
LA HABRA, CA 90631                                $14,131.06

SUN FEDERAL CREDIT UNION
1627 HOLLAND ROAD
MAUMEE, OH 43537 USA                              $14,111.61

CONSUMERS COOPERATIVE CREDIT UNION
1075 TRI STATE PARKWAY, SUITE- 850
GURNEE, IL 60031-9182 USA                        $14,101.64

PT. BANK CENTRAL ASIA
MENARA BCA LANTAI 31 JL. M.H. THAMRIN NO.1
JAKARTA PUSAT INDONESIA                          $14,014.02

FOUNDERS FEDERAL CREDIT UNION
737 PLANTATION ROAD
LANCASTER, SC 29720 USA                          $13,989.06

CITIBANK TAIWAN LIMITED
4F, 89 SUNG REN ROAD
TAIPEI,  111 TAIWAN                              $13,974.90

CREDOMATIC LATINO AMERICANA
AVENIDA PETAPA
38-39 ZONA 12
GUATEMALA, GUATEMALA                             $13,960.11

ALPHA BANK
11 SOPHOCLEOUS STR
CARDS & PAYMENTS DIVISION
ATHENS GREECE 10559                              $13,944.95

FINANSBANK A.S.
INKILAP MAH DR. FAZIL KUCUK CAD
11 B BLOK UMRANIYE
ISTANBUL TURKEY                                  $13,886.76

MASRAF AL RAYAN
GRAND HAMAD STREET P.O. BOX 28888
DOHA, QATAR                                      $13,880.72

FLORIDA STATE UNIVERSITY CREDIT UNION
2806 SHARER ROAD
TALLAHASSEE, FL 32312 USA                        $13,865.16

SOUTHEAST BANK & TRUST
1878 S. CONGRESS PARKWAY
ATHENS,TENNESSEE U.S.A. 37303                    $13,801.14

BANCO CREDICARD SA
PÇA ALFREDO EGYDIO DE SOUZA ARANHA, 100
SAO PAULO BRAZIL 04344-902                                      $13,703.72

ARIZONA CENTRAL CREDIT UNION
2020 N CENTRAL AVE STE 800
PHOENIX,ARIZONA U.S.A. 85004                                    $13,701.30

ICICI BANK LTD
LANDMARK, RACE COURSE CIRCLE ALKAPURI
BARODA, GU 390007 INDIA                                         $13,613.87

SCOTIABANK TRINIDAD AND TOBAGO LIMITED
56-58 RICHMOND STREET
PORT OF SPAIN,   TRINIDAD AND TOBAGO                            $13,544.59

BANCO SANTANDER SOCIEDAD ANONIMA
PO BOX 11100
MONTEVIDEO, URUGUAY                                             $13,541.72

BOEING HELICOPTERS CREDIT UNION
501 INDUSTRIAL HIGHWAY
RIDLEY PARK,PENNSYLVANIA U.S.A. 19078                           $13,533.87

BANK OF HAWAII
130 MERCHANT ST. SUITE 1620
HONOLULU HI 96813                                               $13,524.26

VIACAJAS S.A.
CALLE ALCALA 27
MADRID,  28014 SPAIN                                            $13,507.86

USF FEDERAL CREDIT UNION
13302 NORTH PALM DRIVE
TAMPA, FL 33612 USA                                             $13,423.13

FAMILY TRUST FEDERAL CREDIT UNION
1605 PROGRESS WAY
ROCK HILL,SOUTH CAROLINA U.S.A. 29730                           $13,412.67

HANG SENG BANK LIMITED
12/F HANG SENG, TELFORD PLAZA 33 WAI YIP STREET,
KOWLOON
HONG KONG HONG KONG                                             $13,352.11

| | |
|---|---|
| BANK OF OCEAN CITY | |
| 10005 GOLF COURSE ROAD | |
| OCEAN CITY, MD 21842 USA | $13,340.66 |
| COMMUNITY BANK, NATIONAL ASSOCIATION | |
| 45-49 COURT STREET | |
| CANTON, NY 13617 USA | $13,338.54 |
| PEOPLE'S TRUST FEDERAL CREDIT UNION | |
| PO BOX 4511 | |
| HOUSTON, TX 77210 | $13,315.80 |
| THREE RIVERS FEDERAL CREDIT UNION | |
| 1615 NORTHLAND BOULEVARD | |
| FORT WAYNE,INDIANA U.S.A. 46825 | $13,221.80 |
| COATESVILLE SAVINGS BANK | |
| 185 EAST LINCOLN HIGHWAY | |
| COATESVILLE, PA 19320 USA | $13,187.68 |
| BBVA BANCO FRANCES | |
| PTE. JUAN DOMINGO PERON | |
| 380 - 5 FLOOR | |
| 1038 CAPITAL FEDERAL ARGENTINA | $13,184.34 |
| WEX BANK | |
| 7090 SOUTH UNION PARK CENTER, SUITE 350 | |
| MIDVALE, UT USA 84047 | $13,134.54 |
| UNKNOWN | $13,101.12 |
| CI BANCO S.A. | |
| PASEO LAS PALMAS | |
| 215 PISO 7. COL. LOMAS DE CHAPULTEPEC DELEGACION | |
| MIGUEL HIDALGO | |
| MEXICO D.F.,  11000 MEXICO | $13,077.09 |
| CHARTWAY FEDERAL CREDIT UNION | |
| 160 NEWTON ROAD | |
| VIRGINIA BEACH,VIRGINIA U.S.A. 23462 | $13,013.61 |
| SPIRITBANK | |
| 1800 SOUTH BALTIMORE - 7TH FLOOR | |
| TULSA,OKLAHOMA U.S.A. 74119 | $12,974.63 |

| | |
|---|---|
| THE JUNIATA VALLEY BANK<br>ATTN: CATHY BARLOW<br>PO BOX 66<br>MIFFLINTOWN, PA 17059 | $12,960.79 |
| BANCO DE CREDITO E INVERSIONES<br>HUERFANOS 1134<br>SANTIAGO,   CHILE | $12,935.03 |
| ADVANZIA BANK S.A.<br>9, RUE GABRIEL LIPPMANN<br>MUNSBACH LUXEMBOURG L-5365 | $12,914.26 |
| CENTRAL CREDIT UNION OF FLORIDA<br>6200 NORTH W STREET<br>PENSACOLA, FL 32505 USA | $12,892.60 |
| L.A. FINANCIAL FEDERAL CREDIT UNION<br>1520 W. COLORADO BLVD<br>PASADENA, CA 91105 USA | $12,875.20 |
| SANDY SPRING BANK<br>17801 GEORGIA AVE<br>OLNEY, MD 20832 | $12,870.75 |
| FIRST COMMONWEALTH FCU<br>PO BOX 20450<br>LEHIGH VALLEY, PA 18002 | $12,839.54 |
| CLARK COUNTY CREDIT UNION<br>ATTN: DEBBIE EDILLON<br>P O BOX 36490<br>LAS VEGAS, NV 89133 | $12,812.71 |
| QATAR ISLAMIC BANK (S.A.Q.)<br>GRAND HAMAD AVENUE<br>DOHA,   QATAR | $12,788.82 |
| FIRST PIONEERS FEDERAL CREDIT UNION<br>2235 S. COLLEGE ROAD<br>LAFAYETTE, LA 70508 USA | $12,784.90 |

| | |
|---|---|
| BANCO COOPERATIVO DE PUERTO<br>RICK AVE PONCE DE LEON # 623 PH FLOOR<br>SAN JUAN PUERTO RICO 00936 | $12,781.91 |
| KIRTLAND FEDERAL CREDIT UNION<br>6440 GIBSON BOULEVARD SOUTHEAST<br>ALBUQUERQUE, NM 87108 USA | $12,772.81 |
| TEXAS FIRST BANK<br>3232 PALMER HIGHWAY<br>TEXAS CITY, TX 77590 | $12,752.80 |
| REPUBLIC BANK LIMITED<br>87 CIPRIANI BOULEVARD<br>PORT OF SPAIN, TRINIDAD AND TOBAGO | $12,750.93 |
| FAIRFAX COUNTY FEDERAL CREDIT UNION<br>4201 MEMBERS WAY<br>FAIRFAX, VA 22030 USA | $12,720.49 |
| BOUBYAN BANK K.S.C.<br>P.O. BOX 25507<br>SAFAT, KUWAIT 13116 | $12,690.90 |
| FRESNO COUNTY FEDERAL CREDIT UNION<br>2580 WEST SHAW LANE<br>FRESNO, CA 93711 USA | $12,685.93 |
| SRP FEDERAL CREDIT UNION<br>1920 WHISKEY ROAD,<br>SOUTH AIKEN,SOUTH CAROLINA U.S.A. 29803 | $12,630.71 |
| GLACIER BANK<br>49 COMMONS LOOP<br>KALISPELL, MT 59901 USA | $12,624.27 |
| PEOPLE'S ALLIANCE FEDERAL CREDIT UNION<br>125 WIRELESS BOULEVARD<br>HAUPPAUGE, NY 11788-3908 USA | $12,624.24 |
| BANISTMO S.A.<br>AVE. AQUILINO DE LA GUARDIA CL.47 MARBELLA EDIF.<br>PLAZA HSBC<br>PANAMA PANAMA 0000 | $12,593.97 |

COMMERCIAL BANK OF QATAR QSC
LEVEL 4 CITY CENTRE BUILDING WESTBAY
DOHA QATAR 3232                                          $12,556.99
BANK OF TENNESSEE
301 EAST CENTER STREET
KINGSPORT, TN 37660 USA                                 $12,529.29
CITIBANK INTERNATIONAL
PO BOX 54
SALFORD QUAY MANCHESTER
M53BP, UNITED KINGDOM                                   $12,525.45
INVESTEC BANK LIMITED
100 GRAYSTON DRIVE
SANDOWN, SANDTON
JOHANNESBURG, GAUTENG, SOUTH AFRICA 2196                $12,463.82
QUORUM FEDERAL CREDIT UNION
2500 WESTCHESTER AVENUE SUITE 411
PURCHASE, NY 10577 USA                                  $12,459.19
MUTUAL SECURITY CREDIT UNION, INC.
23 HUBBARD ROAD
WILTON,CONNECTICUT U.S.A. 06897                         $12,451.15
RHB BANK BERHAD
LEVEL 12, MENARA YAYASAN TUN RAZAK
KUALA LUMPUR MALAYSIA 55100                             $12,435.82
LANDESBANK BERLIN AG
ALEXANDERPLATZ 2
BERLIN,  10178 GERMANY                                  $12,340.25
BANK OF CHARLES TOWN
111 EAST WASHINGTON STREET
CHARLES TOWN,WEST VIRGINIA U.S.A. 25414-1071            $12,329.54
KNOXVILLE TVA EMPLOYEES CREDIT UNION
301 WALL AVENUE
KNOXVILLE,TENNESSEE U.S.A. 37901                        $12,297.08

SOCIETE GENERALE HAITIENNE DE CARTES DE
C-198 PMB 800 6800 SW 40TH ST.
MIAMI FL 33155-3708                                         $12,275.72

UNIVERSITY OF KENTUCKY FEDERAL CREDIT UNION
2557 SIR BARTON WAY
LEXINGTON, KY 40509 USA                                     $12,228.24

HONDA FEDERAL CREDIT UNION
19701 HAMILTON AVE. SUITE 130
TORRANCE,CALIFORNIA U.S.A. 90502                            $12,204.55

TRAVELEX CARD SERVICES LIMITED
16TH-19TH FLOORS, PRINCE'S BUILDING 10 CHATER ROAD
CENTRAL HONG KONG 8887                                      $12,197.74

BANCO DAVIVIENDA (COSTA RICA) S.A.
AVE. PRIMERA CALLE CERO
SAN JOSE,   COSTA RICA                                      $12,178.64

CENTRIS FEDERAL CREDIT UNION
11825 Q ST
OMAHA, NE 68137-3503 USA                                    $12,171.01

BETHPAGE FEDERAL CREDIT UNION
899 S OYSTER BAY ROAD
BETHPAGE NY 11714                                           $12,163.26

NEWFIELD NATIONAL BANK
18 WEST BLVD.
NEWFIELD,NEW JERSEY U.S.A. 08344                            $12,153.42

PHILIPPINE NATIONAL BANK
3F ALLIED BANK CENTER
6754 AYALA AVENUE
MAKATI PHILIPPINES 0716                                     $12,147.99

A S I FEDERAL CREDIT UNION
5508 CITRUS BOULEVARD
HARAHAN, LA 70123 USA                                       $12,141.58

COAST CENTRAL CREDIT UNION
2650 HARRISON AVE.
EUREKA,CALIFORNIA U.S.A. 95501                    $12,128.22
PEACH STATE FEDERAL CREDIT UNION
175 NORTH CLAYTON STREET
LAWRENCEVILLE, GA 30045 USA                       $12,109.91
FIRST US BANK
131 WEST FRONT STREET
THOMASVILLE, AL 36784 USA                         $12,107.78
TYNDALL FEDERAL CREDIT UNION
P. O. BOX 59760
PANAMA CITY,FLORIDA U.S.A. 32412-0760             $12,080.45
RUSSOBANK
10 PLYUSHCHIKHA STREET
MOSCOW,  119121 RUSSIAN FEDERATION                $12,052.26
NEVADA STATE BANK
750 EAST WARM SPRINGS ROAD
LAS VEGAS, NV 89119 USA                           $12,037.22
NEW ENGLAND BANKCARD ASSOCIATION, INC.
516 EDGEWATER DRIVE
WAKEFIELD MA 01880                                $12,024.57
KB KOOKMIN CARD CO. LTD
DAEWOO BLDG., 7TH FLLOOR, 167 NAESU-DONG,
JONGRO-GU
SEOUL SOUTH KOREA                                 $11,999.78
THE CAMDEN NATIONAL BANK
2 ELM STREET
CAMDEN, ME 04843                                  $11,997.25
VALLEY FEDERAL CREDIT UNION OF MONTANA
1541 CUSTER AVENUE
BILLINGS, MT 59102 USA                            $11,980.25

BANKMUSCAT (SAOG)
BANKMUSCAT CARD SERVICES
P. O. BOX 134
RUWI SULTANATE OF OMAN RUWI-SULTANATE, OMAN
P.C. 112                                        $11,889.89

SOUTHSIDE BANK
1201 S BECKHAM AVE
TYLER TX 75701-3320                             $11,888.63

AIR ACADEMY FEDERAL CREDIT UNION
1355 KELLY JOHNSON BOULEVARD
COLORADO SPRINGS, CO 80920 USA                 $11,839.00

MIDCOAST FEDERAL CREDIT UNION
P.O. BOX 780
BATH,MAINE U.S.A. 04530                        $11,791.15

NORTH AMERICAN SAVINGS BANK, F.S.B.
125TH AND SOUTH SEVENTY-ONE HIGHWAY
GRANDVIEW, MO 64030 USA                        $11,790.28

MICHIGAN SCHOOLS AND GOVERNMENT CREDIT UNION
40400 GARFIELD ROAD
CLINTON TOWNSHIP, MI 48038 USA                 $11,739.80

COMMONWEALTH BANK LTD
HEAD OFFICE 2ND FL THE PLAZA
PO BOX SSS-5541 NASSAU BAHAMAS                 $11,734.60

THE SUMMIT FEDERAL CREDIT UNION
100 MARINA DRIVE
ROCHESTER, NY 14626 USA                        $11,724.53

NYCE PAYMENTS NETWORK, LLC
400 PLAZA DRIVE
ATRIUM 2
SECAUCUS NJ 07094-3605                         $11,695.45

VISA ICELAND EHF
DALSHRAUN 3
HAFNARFJORDUR,  220 ICELAND                    $11,564.35

MIDSOUTH BANK, NATIONAL ASSOCIATION
102 VERSAILLES BLVD
LAFAYETTE, LA 70501                              $11,539.27

BANCO CONTINENTAL, S.A.
ESTRELLA 621
ASUNCION,   PARAGUAY                             $11,530.12

UNICRE - INSTITUIÇÃO FINANCEIRA DE CRÉDITO
SECURITY DEPARTMENT
ATT : SECURITY MANAGER - ANTÓNIO BOA-NOVA
AV. ANTÓNIO AUGUSTO DE AGUIAR, 122 - 11º.
1050-019 LISBON
PORTUGAL                                        $11,529.71

KELLI NUESSEN
C/O WECU®
PO BOX 9750
BELLINGHAM WA 98227-9750                         $11,507.78

CEDAR POINT FEDERAL CREDIT UNION
22745 MAPLE ROAD
LEXINGTON PARK, MD 20653 USA                     $11,502.54

ONE NEVADA CREDIT UNION
2645 SOUTH MOJAVE ROAD
LAS VEGAS, NV 89121 USA                          $11,495.86

MERIWEST CREDIT UNION
5615 CHESBRO AVE.
SAN JOSE,CALIFORNIA U.S.A. 95153-3047            $11,493.50

BANCO SANTANDER-CHILE
BANDERA 172
SANTIAGO,   CHILE                               $11,493.37

UNKNOWN                                          $11,461.82

MIDLAND STATES BANK
8320 S HARDY DRIVE
TEMPE AZ 85284                                   $11,453.34

HSBC BANK MIDDLE EAST
1ST FLOOR, WEST WING DUBAI INTERNET CITY
DUBAI,   UNITED ARAB EMIRATES                    $11,445.96

BANCFIRST
PO BOX 26788
OKLAHOMA CITY, OKLAHOMA 73126                    $11,423.79


COMMUNITY BANK OF TEXAS, NATIONAL ASSOCIATION
3300 EDGAR BROWN DR.
ORANGE,TEXAS U.S.A. 77630                         $11,403.53

TEXAS DOW EMPLOYEES CREDIT UNION
1001 FM 2004
LAKE JACKSON,TEXAS U.S.A. 77566                   $11,393.19

LUFTHANSA AIRPLUS SERVICEKARTEN GMBH
JX T-OPERATIONS & PROCESSING DORNHOFSTR. 10
NEU-ISENBURG GERMANY 63263                        $11,387.73

BANK OF EDWARDSVILLE
330 W. VANDALIA
EDWARDSVILLE IL 62025                             $11,378.63

WEBSTER BANK
436 SLATER RD
NEW BRITAIN,CONNECTICUT U.S.A. 06053              $11,352.82

POLISH & SLAVIC FEDERAL CREDIT UNION
100 MCGUINNESS BLVD
BROOKLYN, NY 11222 USA                            $11,319.31

THE SOUTHERN CREDIT UNION
430 EAST LANIER AVENUE
FAYETTEVILLE, GA 30214 USA                        $11,290.59

INVESTEX CREDIT UNION
905 ALDINE BENDER ROAD
HOUSTON,TEXAS U.S.A. 77032                        $11,286.46

COMENITY CAPITAL BANK
2855 EAST COTTONWOOD PARKWAY, SUITE 100
SALT LAKE CITY, UT 84121 USA                      $11,258.62

| | |
|---|---|
| IQ CREDIT UNION<br>P. O. BOX 1846<br>VANCOUVER,WASHINGTON U.S.A. 98668 | $11,251.17 |
| BANK RHODE ISLAND<br>ONE TURKS HEAD PLACE<br>PROVIDENCE RI 02903 | $11,232.61 |
| DEUTSCHE POSTBANK AG<br>FRIEDRICH-EBERT-ALLEE 114-126<br>BONN,  53113 GERMANY | $11,228.63 |
| QNB BANK<br>15 NORTH THIRD STREET<br>QUAKERTOWN, PA 18951 USA | $11,219.35 |
| UNKNOWN | $11,195.09 |
| AMBOY BANK<br>3590 US HIGHWAY 9<br>OLD BRIDGE, NJ 08857<br>ATTN: DONNA CLARK | $11,144.83 |
| BANCO GANADERO S.A.<br>CALLE 24 DE SEPTIEMBRE 110<br>SANTA CRUZ,   BOLIVIA | $11,144.58 |
| COMMUNITY WEST CREDIT UNION<br>4045 60TH ST. SE<br>KENTWOOD, MI 49512 USA | $11,133.93 |
| BELL STATE BANK & TRUST<br>3100 13TH AVENUE SOUTH<br>FARGO, ND 58103 USA | $11,090.44 |
| ONEWEST BANK, FSB<br>888 EAST WALNUT STREET<br>PASADENA CA 91101 | $11,043.19 |
| SUNSTATE FEDERAL CREDIT UNION<br>405 SOUTHEAST 2ND PLACE<br>GAINESVILLE, FL 32601-6890 USA | $11,033.18 |

FIRST COMMUNITY CREDIT UNION
200 NORTH ADAMS STREET
COQUILLE, OR 97423 USA                          $11,014.68
ALLEGIANCE CREDIT UNION
4235 NORTH MERIDIAN
OKLAHOMA CITY,OKLAHOMA U.S.A. 73110             $11,000.33
FLAGSTAR BANK, FSB
5151 CORPORATE DRIVE
TROY, MI 48098-2639 USA                         $10,985.19
GTE FEDERAL CREDIT UNION
711 SOUTH DALE MABRY HWY
TAMPA, FL 33609 USA                             $10,978.09
PUBLIC SERVICE FEDERAL CREDIT UNION
619 UNION AVENUE, BUILDING 2, UNIT 2
MIDDLESEX, NJ 8846 USA                          $10,971.04
CALIFORNIA CREDIT UNION
701 NORTH BRAND BOULEVARD
GLENDALE, CA 91203 USA                          $10,967.86
WESTFIELD BANK, FSB
TWO PARK CIRCLE
WESTFIELD CENTER, OH 44251 USA                  $10,957.10
DADE COUNTY FEDERAL CREDIT UNION
1500 NORTHWEST 107TH AVENUE
SWEETWATER,FLORIDA U.S.A. 33172                 $10,952.04
FIBRE FEDERAL CREDIT UNION
822 COMMERCE AVENUE
LONGVIEW, WA 98632 USA                          $10,917.14
NORTHEAST CREDIT UNION
100 BORTHWICK AVENUE
PORTSMOUTH,NEW HAMPSHIRE U.S.A. 03802           $10,914.98
MADURO & CURIEL'S BANK N.V.
SCHOTTEGATWEG OOST 130
WILLEMSTAD, CURACAO                             $10,889.65

ANDROSCOGGIN SAVINGS BANK
P. O. BOX 1407
LEWISTON,MAINE U.S.A. 04240                              $10,875.99
CONTECNICA, S.A.
VIA 6 6-60, ZONA 4
GUATEMALA, GUATEMALA 01004                               $10,840.68
COMMUNITY FINANCIAL MEMBERS FEDERAL CREDIT
UNION
500 SOUTH HARVEY
PLYMOUTH,MICHIGAN U.S.A. 48170                           $10,840.15
OP COOPERATIVE
TEOLLISUUSKATU 1B
HELSINKI,  FI - 00101 FINLAND                            $10,835.30
BENCHMARK FEDERAL CREDIT UNION
PO BOX 2387
WEST CHESTER PA 19380                                    $10,834.76
SAN FRANCISCO FEDERAL CREDIT UNION
770 GOLDEN GATE AVENUE
SAN FRANCISCO,CALIFORNIA U.S.A. 94102-3195               $10,831.04
UNKNOWN                                                  $10,821.65
ALLY BANK
PO BOX 950
HORSHAM, PA                                              $10,815.09
SECURITY BANK CORPORATION
114 VALERO ST. SALCEDO VILLAGE
MAKATI CITY PHILIPPINES 0717                             $10,799.94
NBH BANK, N.A. - CARD SUPPORT DEPARTMENT
1111 MAIN STREET, SUITE 300
KANSAS CITY,MISSOURI U.S.A. 64105                        $10,782.56
WHITE ROSE CREDIT UNION
3498 INDUSTRIAL DRIVE
YORK,PENNSYLVANIA U.S.A. 17402-9050                      $10,771.50

MCCOY FCU
PO BOX 593806
ORLANDO, FL 32859-3806                                    $10,739.71

COMMERCE BANK
PO BOX 411036
KANSAS CITY, MO 64141                                     $10,731.72

BYLINE BANK
3639 NORTH BROADWAY
CHICAGO IL 60613                                          $10,699.13

UNITED COMMUNITY BANK
301 NORTH MAIN STREET
CHATHAM, IL 62629 USA                                     $10,674.06

OVERSEA CHINESE BANKING CORPORATION
63 CHULIA STREET #05-00
SINGAPORE SINGAPORE 049479                               $10,641.70

SCOTIABANK (BAHAMAS) LIMITED
SCOTIABANK BUILDING RAWSON SQUARE, BAY STREET
NASSAU,   BAHAMAS                                        $10,637.13

WAYNE BANK
717 MAIN STREET
HONESDALE, PA 18431 USA                                   $10,623.12

CREDICORP BANK S.A.
EDIFICIO 218, VIA ESPANA
PANAMA, PANAMA                                            $10,585.36

VANTAGE CREDIT UNION
4020 FEE FEE ROAD
BRIDGETON, MO 63044 USA                                   $10,553.60

BANK OF SHANGHAI
CREDIT CARD CENTER
NO. 363, TIANMU MIDDLE RD
SHANGHAI PEOPLES REPUBLIC OF CHINA 200070                 $10,530.30

NORDEA BANK NORGE ASA
HK ESSENDROPS GATE 7 POSTBOKS 1166 SENTRUM
OSLO,  N 0107 NORWAY                                  $10,507.01

FIRST FINANCIAL FEDERAL CREDIT UNION
PO BOX 1172
TOMS RIVER, NJ 08754-1172                            $10,492.90

PAWTUCKET CREDIT UNION
727 CENTRAL AVENUE
PAWTUCKET, RI 02861-2101 USA                         $10,414.86

COMMUNITY NATIONAL BANK
14 NORTH LINCOLN
CHANUTE,KANSAS U.S.A. 66720                          $10,397.47

MIDFLORIDA CREDIT UNION
129 SOUTH KENTUCKY AVENUE
LAKELAND, FL 33801 USA                               $10,384.33

1ST CONSTITUTION BANK
74 N. MAIN ST.
CRANBURY,NEW JERSEY U.S.A. 08512                     $10,371.05

PARK STERLING BANK
1043 EAST MOREHEAD STREET, SUITE 201
CHARLOTTE, NC 28204 USA                              $10,353.00

ILLIANA FINANCIAL CREDIT UNION
1600 HUNTINGTON DRIVE
CALUMET CITY, IL 60409 USA                           $10,329.38

COMMUNITY FIRST CREDIT UNION OF FLORIDA
637 NORTH LEE STREET
JACKSONVILLE, FL 32207 USA                           $10,312.61

UNIVERSITY CREDIT UNION
13241 SOUTHWEST 136TH STREET
MIAMI, FL 33186 USA                                  $10,280.53

SECURITY BANK
602 WEST MAIN STREET
NEWBERN, TN 38024 USA                                $10,276.88

| | |
|---|---|
| BANCO DE LA PRODUCCION SA PRODUBAN CO CREDIT CARD COMMERCIAL AV. AMAZONAS 35211 Y JAPON QUITO ECUADOR | $10,267.12 |
| BANCO MULTIPLE BHD LEON, S.A. AVE. W. CHURCHILL ESQ. LUIS F. THOMEN SANTO DOMINGO,   REPUBLICA DOMINICANA | $10,227.53 |
| VALORES INTERNACIONALES, S.A. AVENIDA PETAPA 38-39 ZONA 12 GUATEMALA CITY, GUATEMALA 01012 | $10,217.04 |
| KANE COUNTY TEACHERS CREDIT UNION 111 SOUTH HAWTHORNE ELGIN,ILLINOIS U.S.A. 60123 | $10,213.97 |
| CREDOMATIC INTERNATIONAL SA SAN JOSE CENTRO EDIF METROPOLITANO PISO 3O SAN JOSE 2150-1000, COSTA RICA | $10,179.32 |
| BANCO SECURITY APOQUINDO 3669 PISO 3 SANTIAGO CHILE | $10,178.31 |
| FIVE STAR CREDIT UNION 411 NORTH FOSTER STREET DOTHAN,ALABAMA U.S.A. 36302 | $10,151.16 |
| CHELSEA GROTON BANK ONE FRANKLIN SQUARE NORWICH, CT 6360 USA | $10,141.91 |
| AGOS DUCATO SPA VIA CARLO ANGELONI, 45 LUCCA (LU) ITALY 55100 | $10,139.08 |
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION 312 WEST SEVENTH STREET HANFORD, CA 93230 USA | $10,113.37 |

NCMIC FINANCE CORPORATION
14001 UNIVERSITY AVE
CLIVE IA 50325                                        $10,103.09

FIRST UNITED BANK & TRUST
19 SOUTH SECOND STREET
OAKLAND, MD 21550 USA                                 $10,066.68

BMI FEDERAL CREDIT UNION
P. O. BOX 182531
COLUMBUS,OHIO U.S.A. 43218                            $10,065.78

UNITED FEDERAL CREDIT UNION
2807 S STATE ST
SAINT JOSEPH, MI 49085                                $10,025.15

SCOTIABANK DE PUERTO RICO
PLAZA SCOTIABANK
273 PONCE DE LEON AVE
HATO REY 00917-1932, PUERTO RICO                      $10,012.86

FINECOBANK S.P.A.
PIAZZA DURANTE 11
MILANO,  20131 ITALY                                  $10,010.00

ROYAL CREDIT UNION
200 RIVERFRONT TERRACE
EAU CLAIRE, WI 54701 USA                              $10,008.96

CREDIT UNION 1
200 EAST CHAMPAIGN AVENUE
RANTOUL, IL 61866 USA                                 $9,992.56

TAISHIN INTERNATIONAL BANK
3F NO 207 SEC 2
JIOUZONG RD.
NEIHU CHIU
TAIPEI 114, TAIWAN                                    $9,992.17

CHRISTIAN COMMUNITY CREDIT UNION
101 SOUTH BARRANCA AVENUE
COVINA, CA 91722 USA                                  $9,965.43

KITSAP CREDIT UNION
P. O. BOX 990
BREMERTON,WASHINGTON U.S.A. 98337          $9,941.04

FLORIDA COMMUNITY BANK, NATIONAL ASSOCIATION
2500 WESTON ROAD
WESTON, FL 33331 USA          $9,941.03

EPOS CARD COMPANY, LIMITED
3-2, NAKANO, 4-CHOME NAKANO-KU
TOKYO,  164-8701 JAPAN          $9,940.48

VENTAS INTERNACIONALES, S.A. DE C.V.
EDIF. INTERAMERICANA, CUARTO PISO BLVD. MORAZAN
TEGUCIAGALPA, HONDURAS          $9,938.36

AMERICAN BANK CENTER
140 FIRST AVENUE WEST
DICKINSON, ND 58601 USA          $9,926.91

STANDARD CHARTERED BANK NIGERIA LTD
105B AJOSE ADEOGON STREET
VICTORIA ISLAND  LAGOS,  80038 NIGERIA          $9,890.86

AEON CREDIT SERVICE (ASIA) CO., LTD
WORLD TRADE CENTRE
280 GLOUCESTER ROAD,
CAUSEWAY BAY,
HONG KONG, CHINA          $9,887.48

NATIONAL BANK OF RAS ALKHAIMAH
3RD FLOOR RAKBANK BUILDING
DUBAI UNITED ARAB EMIRATES          $9,875.55

HAMILTON HORIZONS FEDERAL CREDIT UNION
3535 QUAKERBRIDGE ROAD SUITE 600
HAMILTON TOWNSHIP,NEW JERSEY U.S.A. 08619          $9,861.05

ASYA KATILIM BANKASI A.S.
SARAY MAH. DR. ADNAN BÜYÜKDENIZ CD. UMRANIYE
GÜNESLI -
ISTANBUL TURKEY                                      $9,847.24
TRUSTONE FINANCIAL FEDERAL CREDIT UNION
14601 27TH AVENUE NORTH SUITE 104
PLYMOUTH, MN 55447 USA                              $9,838.45
CSC BANK SAL
150 COMMODORE STREET HAMRA
BEIRUT LEBANON 1103 2120                            $9,822.65
RIZAL COMMERCIAL BANKING CORPORATION
31 FLR. ROBINSONS EQUITABLE TWR. 4 ADB AVE. COR.
POVEDA ST.
PASIG CITY PHILIPPINES                              $9,818.81
COMMUNITY NATIONAL BANK
1502 AVENUE M
HONDO, TX 78861 USA                                 $9,803.82
SEB KORT DANMARK
PARK ALLE 292
BRONDBY DK 2605, DENMARK                            $9,754.12
FIRST FINANCIAL CREDIT UNION
1600 WEST CAMERON AVENUE
WEST COVINA, CA 91790 USA                           $9,736.34
AO UNICREDIT BANK
9 PRECHISTENSKAYA EMB
MOSCOW,  119034 RUSSIAN FEDERATION                  $9,724.00
THRIVENT FEDERAL CREDIT UNION
122 EAST COLLEGE AVENUE SUITE 1E
APPLETON, WI 54911 USA                              $9,707.34
NATIONAL BANK OF EGYPT
1187 CORNICHE EL NILE BOULAK
CAIRO EGYPT                                         $9,680.41

THE FIRST BANK AND TRUST COMPANY
PO BOX 1000
18528 LEE HWY
ABINGDON, VA 24212                                $9,632.32

THE ADVANTAGE NETWORK THE FIRST NATIONAL BANK IN
SIOUX FALLS
100 SOUTH PHILLIPS AVENUE
SIOUX FALLS,SOUTH DAKOTA U.S.A. 57104            $9,624.29

UNKNOWN                                          $9,600.18

THE PEOPLES BANK, BILOXI, MISSISSIPPI
155 LAMUESE STREET
BILOXI,MISSISSIPPI U.S.A. 39531                  $9,586.80

THE NORTHERN TRUST COMPANY
50 SOUTH LA SALLE STREET
CHICAGO, IL 60675 USA                            $9,568.71

RAYMOND JAMES FINANCIAL
P.O. BOX 13187
ST. PETERSBURG,FLORIDA U.S.A. 33733             $9,535.54

DEUTSCHE BANK S.P.A.
PIAZZA DEL CALENDARIO, 3
MILAN,  20126 ITALY                              $9,471.36

MEMBERS EQUITY BANK LIMITED
LEVEL 18 360 COLLINS STREET
MELBOURNE VIC AUSTRALIA 3000                     $9,465.41

THE HOME SAVINGS AND LOAN COMPANY
275 FEDERAL PLAZA WEST
YOUNGSTOWN, OH 44503 USA                         $9,458.15

ENT FEDERAL CREDIT UNION
PO BOX 15819
COLORADO SPRINGS, CO 80935                       $9,430.80


FIRST SHORE FEDERAL SAVINGS AND LOAN ASSOCIATION
106-108 SOUTH DIVISION AT CAMDEN STREET
SALISBURY, MD 21801 USA                          $9,425.73

CBC FEDERAL CREDIT UNION
2151 EAST GONZALES ROAD
OXNARD,CALIFORNIA U.S.A. 93036                $9,418.21

PUBLIC JSC BANK 'FINANCE AND CREDIT'
62, SHEVCHENKO BLVD.
KIEV 01032, UKRAINE                          $9,395.50

SANTA ANA FEDERAL CREDIT UNION
800 WEST SANTA ANA BLVD
SANTA ANA,CALIFORNIA U.S.A. 92701            $9,378.12

TOPCARD SERVICE AG
C/O UBS CARD CENTER AG
FLUGHOFSTRASSE 35
GLATTBRUGG,  8152 SWITZERLAND                $9,375.33

DEERE EMPLOYEES CREDIT UNION
3950 38TH AVENUE
MOLINE, IL 61265 USA                         $9,361.38

FAMILY SECURITY CREDIT UNION
2204 FAMILY SECURITY PLACE S.W.
DECATUR,ALABAMA U.S.A. 35603                 $9,350.39

CREDIT LIBANAIS
CL TOWER, ADELIEH, ASHRAFIEH
BEIRUT, LEBANON                              $9,343.90

HAR-CO CREDIT UNION
30 HICKORY AVENUE
BEL AIR, MD 21014 USA                        $9,276.88

TOWERBANK INTERNATIONAL INC.
CALLE 50 Y BEATRIZ M. DE CABAL
PANAMA,   PANAMA                             $9,265.44

BANCO CSF SA
MARKETING DIRECTOR MARKETING RUA GEORGE
EASTMAN 213
SAO PAULO BRAZIL 05690-000                   $9,263.55

SAG-AFTRA FEDERAL CREDIT UNION
134 NORTH KENWOOD STREET
BURBANK, CA 91505 USA                                    $9,261.74
AMERICAN SPIRIT FEDERAL CREDIT UNION
1110 ELKTON ROAD
NEWARK, DE 19711 USA                                     $9,242.93
CESKA SPORITELNA A.S.
CARD CENTER SECTION
BUD?JOVICKA 1912/64 B
PRAHA CZECH REPUBLIC 140 00                              $9,225.66
CUMBERLAND COUNTY TEACHERS FEDERAL CREDIT
UNION
101 GRAY ROAD
FALMOUTH,MAINE U.S.A. 04105                              $9,224.26
YORK COUNTY FEDERAL CREDIT UNION
1516 MAIN STREET
SANFORD,MAINE U.S.A. 04073                               $9,213.42
BANQUE LIBANO-FRANCAISE SAL
BANQUE LIBANO-FRANCAISE BLDG
FASSOUH-ASHRAFIEH 4TH FLOOR
BEIRUT, LEBANON                                          $9,212.40

BANCO DE OCCIDENTE SA
CARRERA 13 N° 27-47 SOPORTE TARJETA DE CREDITO
SANTA FE DE BOGOTA, D.C. COLOMBIA                        $9,161.95
PURDUE FEDERAL CREDIT UNION
PO BOX 1950
WEST LAFAYETTE, IN 47996                                 $9,153.74
CENTRA CREDIT UNION
2010 W 450 S
COLUMBUS IN 47202                                        $9,151.71
FIRSTLIGHT FEDERAL CREDIT UNION
9983 KENWORTHY STREET
EL PASO, TX 79924 USA                                    $9,140.51

EMMC FEDERAL CREDIT UNION
489 STATE STREET
BANGOR,MAINE U.S.A. 04401                          $9,134.62

MCT CREDIT UNION
2736 NALL STREET
PORT NECHES,TEXAS U.S.A. 77651                      $9,121.24

MID-HUDSON VALLEY FEDERAL CREDIT UNION
1099 MORTON BOULEVARD
KINGSTON, NY 12401 USA                             $9,118.39

NEWTOWN SAVINGS BANK
39 MAIN STREET
NEWTOWN,CONNECTICUT U.S.A. 06740                    $9,112.21

LAKE FOREST BANK + TRUST COMPANY
EXECUTIVE VP PERSONAL BANKING
727 NORTH BANK LANE
LAKE FOREST IL 60045                               $9,105.80

CREDIT UNION OF SOUTHERN CALIFORNIA
8028 SOUTH GREENLEAF AVENUE
WHITTIER,CALIFORNIA U.S.A. 90602                    $9,094.74

APL FEDERAL CREDIT UNION
11050 JOHNS HOPKINS ROAD
LAUREL, MD 20723-6099 USA                          $9,085.12

BANQUE ACCORD
40 AVENUE DE FLANDRE
59170 CROIX, FRANCE                                $9,067.33

COMDIRECT BANK AG
PASCALKEHRE 15
QUICKBORN,  25451 GERMANY                          $9,038.80

BEOBANK NV SA
GENERAAL JACQUESLAAN 263G
BRUSSELS 1050, BELGIUM                             $9,035.78

| | |
|---|---|
| UNIBANK S.A.<br>DEPARTMENT OPERATIONS<br>94 GEFFRARD PLACE<br>PORT-AU-PRINCE, HAITI | $9,035.56 |
| BANCA INTESA AD BEOGRAD<br>CARD DEPARTMENT<br>BULEVAR ZORANA DJINDJICA 2A<br>NOVI BEOGRAD SERBIA 11070 | $9,035.47 |
| ARSENAL CREDIT UNION<br>3780 VOGEL ROAD<br>ARNOLD, MO 63010 USA | $9,027.78 |
| BANCO MERCANTIL DO BRASIL S.A.<br>RUA DO ROSARIO, 213<br>JUNDIAI, SP, BRAZIL 13201-014 | $9,016.49 |
| POPULAR BANK CAYMAN LIMITED<br>C/ 47 E Y AVE. AQUILO DE LA GUARDIA TORRE BANCO<br>GENERAL PISO 20<br>PANAMA PANAMA | $8,994.33 |
| K V FEDERAL CREDIT UNION<br>316 NORTHERN AVE.<br>P.O. BOX 2108 AUGUSTA,MAINE U.S.A. 04330 | $8,993.87 |
| SESLOC FEDERAL CREDIT UNION<br>P. O. BOX 5360<br>SAN LUIS OBISPO,CALIFORNIA U.S.A. 93403-5360 | $8,973.39 |
| ALABAMA TEACHERS CREDIT UNION<br>402 SOUTH 6TH STREET<br>GADSDEN,ALABAMA U.S.A. 35902 | $8,928.89 |
| PREPAY TECHNOLOGIES LTD<br>20 MERRION WAY<br>LEEDS, LS2 8NZ<br>LEEDS LS2 8NZ, UNITED KINGDOM | $8,921.12 |
| FARMERS & MERCHANTS BANK<br>138 NORTH SALISBURY AVENUE<br>GRANITE QUARRY, NC 28072-0777 USA | $8,920.44 |

| | |
|---|---|
| BARCLAYS BANK (SEYCHELLES) LIMITED<br>INDEPENDENCE AVENUE VICTORIA<br>MAHE,  SEYCHELLES | $8,918.43 |
| DBS BANK (HONG KONG) LIMITED<br>160 GLOUCESTER ROAD WANCHAI<br>HONG KONG,  HONG KONG, CHINA | $8,915.10 |
| CHINA CITIC BANK<br>C BLOCK FU HUA MANSION, NO. 8<br>CHAOYANG MEN BEI DAJIE DONG CHENG DISTRICT<br>BEIJING,  100027 CHINA | $8,874.52 |
| SUN CREDIT UNION<br>4205 HOLLYWOOD BOULEVARD<br>HOLLYWOOD, FL 33021-4840 USA | $8,873.86 |
| UNKNOWN | $8,822.12 |
| BANK OF VALLETTA PLC<br>CARD SERVICES CANNON ROAD<br>SANTA VENERA, MALTA SVR 9030 | $8,812.45 |
| TRIANGLE CREDIT UNION<br>33 FRANKLIN STREET<br>NASHUA,NEW HAMPSHIRE U.S.A. 03064 | $8,765.42 |
| PENN LIBERTY BANK<br>724 WEST LANCASTER AVENUE<br>WAYNE, PA 19087 USA | $8,757.31 |
| CHOICE BANK LIMITED<br>ONE CONEY DRIVE 3RD FLOOR<br>BELIZE CITY BELIZE 2291 | $8,717.04 |
| FIRST BANK<br>STE 516<br>500 EDGEWATER DR<br>WAKEFIELD, MA 01880 | $8,708.85 |
| NEW ENGLAND FEDERAL CREDIT UNION<br>141 HARVEST LANE<br>WILLISTON,VERMONT U.S.A. 05495 | $8,705.00 |

NATIONAL COMMERCIAL BANK JAMAICA LIMITED
32 TRAFALGAR ROAD
KINGSTON,  10 JAMAICA                                    $8,696.34

SCE FEDERAL CREDIT UNION
P. O. BOX 8017
EL MONTE,CALIFORNIA U.S.A. 91734                         $8,695.39

SHANGHAI COMMERCIAL + SAVINGS BANK
3F., NO.87,JHENGJHOURD.,
DATONG DISTRICT
TAIPEI TAIWAN 103                                        $8,674.43

FIDELITY BANK
3490 PIEDMONT ROAD NORTH EAST
ATLANTA, GA 30305 USA                                    $8,666.79

PAYLIFE BANK GMBH
MARXERGASSE 1B
VIENNA AUSTRIA 1030                                      $8,646.29

ALIVE CREDIT UNION
9790 TOUCHTON ROAD
JACKSONVILLE, FL 32246 USA                              $8,643.21

CREDICARD S.A.
MULTICENTRO CAMINO DE ORIENTE CARRETERA A
MASAYA
MANAGUA,  NICARAGUA                                      $8,633.46

NORTHWEST GEORGIA CREDIT UNION
1307 REDMOND CIRCLE
ROME,GEORGIA U.S.A. 30165                                $8,628.06

FIRST NATIONAL BANK
307 EAST HUSTON AVENUE
FORT PIERRE, SD 57532 USA                               $8,618.90

SHANGHAI PUDONG DEVELOPMENT BANK
6F ZHONGDA TOWER
NO. 989 DONGFANG ROAD
SHANGHAI, CHINA, PEOPLES REP. OF 200122                  $8,616.12

CENTENNIAL BANK
PO BOX 751 RUWI
JONESBORO AR 72403                          $8,613.36

POWER FINANCIAL CREDIT UNION
2020 NORTHWEST 150 AVENUE
PEMBROKE PINES, FL 33028 USA                $8,609.75

AMERIPRISE
834 AMERIPRISE
FINANCIAL CENTER
MINNEAPOLIS, MN 55474                       $8,609.11

KOMERCNI BANKA A.S.
VACLAVSKE NAM. 42
PRAHA CZECH REPUBLIC 11407                  $8,606.89

GUARANTY TRUST BANK PLC
1400 TIAMIYU SAVAGE STREET
VICTORIA ISLAND
LAGOS, NIGERIA                              $8,583.98

LAKE SUNAPEE BANK
9 MAIN STREET
NEWPORT,NEW HAMPSHIRE U.S.A. 03773          $8,547.83

C. HOARE & COMPANY
37 FLEET STREET
LONDON,ENGLAND UNITED KINGDOM EC4P 4DQ      $8,540.60

NORTHWEST COMMUNITY CREDIT UNION
3660 GATEWAY STREET
SPRINGFIELD,OREGON U.S.A. 97477             $8,540.53

ABNB FEDERAL CREDIT UNION
830 GREENBRIER CIRCLE
CHESAPEAKE, VA 23320                        $8,537.69

GENERAL MANAGER BANCARD S.A.
AVDA. BRASILIA N° 765
ASUNCION PARAGUAY 01434                     $8,517.02

SERVISFIRST BANK
3300 CAHABA RD
BIRMINGHAM,ALABAMA U.S.A. 35223                $8,504.29

CATELLA BANK S.A.
PARC D'ACTIVITÉS CAPELLEN
38, RUE PAFEBRUCH
L-8308 CAPELLEN
LUXEMBOURG                                     $8,502.47

BDO UNIBANK INC.
8F SOUTH TOWER BDO CORPORATE CENTER
MAKATI CITY PHILIPPINES 0726                   $8,502.44

FIRST COMMAND BANK
1 FIRST COM PLAZA
FORT WORTH, TX 76109 USA                       $8,497.24

NEW CASTLE COUNTY SCHOOL EMPLOYEES FEDERAL
CREDIT UNION
113 WEST 6TH STREET
NEW CASTLE, DE 19720 USA                       $8,471.78

STILLMAN BANCCORP N.A.
101 EAST MAIN STREET
STILLMAN VALLEY, IL 61084 USA                  $8,439.94

TMB BANK PUBLIC COMPANY LIMITED
34 PHAYATHAI ROAD
BANGKOK,  10400 THAILAND                       $8,385.80

VISTERRA CREDIT UNION
PO BOX 9500
MORENO VALLEY, CA 92552                        $8,379.54

BRIGHTSTAR CREDIT UNION
5901 DEL LARGO CIRCLE
SUNRISE, FL 33313 USA                          $8,370.37

CLEARVIEW FEDERAL CREDIT UNION
8805 UNIVERSITY BOULEVARD
MOON TOWNSHIP, PA 15108 USA                    $8,365.92

PLAINSCAPITAL BANK
2323 VICTORY AVE
DALLAS, TX 75219                                    $8,357.70

SVENSKA HANDELSBANKEN
HFCR
STOCKHOLM, SWEDEN 106 35                            $8,340.36

BROADWAY NATIONAL BANK
1177 NE LOOP 410
SAN ANTONIO,TEXAS U.S.A. 78209                      $8,338.01

MARRIOTT EMPLOYEES FEDERAL CREDIT UNION
10401 FERNWOOD ROAD SUITE 3001
BETHESDA, MD 20817 USA                             $8,319.54

GREENVILLE NATIONAL BANK
446 SOUTH BROADWAY
GREENVILLE,OHIO U.S.A. 45331                        $8,291.36

TROPICAL FINANCIAL CREDIT UNION
3050 CORPORATE WAY
MIRAMAR,FLORIDA U.S.A. 33025                        $8,274.13

CAPITOL FEDERAL SAVINGS BANK
700 SOUTH KANSAS AVENUE
TOPEKA,KANSAS U.S.A. 66603                          $8,269.79

PEN AIR FEDERAL CREDIT UNION
1495 EAST NINE MILE RD
PENSACOLA FL 32514                                  $8,263.47

INTOUCH CREDIT UNION
EVP ADMINISTRATION 5640 DEMOCRACY DR
PLANO TX 75024                                      $8,252.58

PARTNERS 1ST FEDERAL CREDIT UNION
1330 DIRECTORS ROW
FORT WAYNE, IN 46808 USA                            $8,240.21

DENALI ALASKAN FEDERAL CREDIT UNION
3400 LATOUCHE STREET
ANCHORAGE,ALASKA U.S.A. 99508                       $8,235.35

| | |
|---|---|
| BANK INDEPENDENT<br>PO BOX 5000<br>SHEFFIELD AL 35660 | $8,234.29 |
| UTAH COMMUNITY CREDIT UNION<br>P. O. BOX 1900<br>PROVO,UTAH U.S.A. 84603-1900 | $8,233.73 |
| ACCENTRA CREDIT UNION<br>400 4TH AVENUE, NORTHEAST<br>AUSTIN, MN 55912 USA | $8,228.36 |
| CENTRAL CREDIT UNION OF ILLINOIS<br>1001 MANNHEIM ROAD<br>BELLWOOD, IL 60104 USA | $8,209.80 |
| AMALGAMATED BANK<br>FIRST VICE PRESIDENT<br>275 SEVENTH AVENUE<br>NEW YORK NY 10001 | $8,200.85 |
| MONTGOMERY COUNTY EMPLOYEES FEDERAL CREDIT UNION<br>19785 CRYSTAL ROCK DRIVE SUITE 201<br>GERMANTOWN, MD 20874 USA | $8,200.82 |
| BRYANT BANK<br>234 GOODWIN CREST DR. STE. 500<br>HOMEWOOD, AL 35209 | $8,194.12 |
| KLEIN BANK<br>1550 AUDUBON RD CORPORATE SERVICES<br>CHASKA MN 55318 | $8,185.54 |
| BANCO DE FOMENTO SARL<br>RUA AMILCAR CABRAL NO. 58<br>LUANDA,   ANGOLA | $8,152.19 |
| SIX PAYMENT SERVICES (AUSTRIA) GMBH<br>MARXERGASSE 1B<br>VIENNA,  1030 AUSTRIA | $8,115.77 |

| | |
|---|---|
| DENVER COMMUNITY CREDIT UNION<br>1075 ACOMA STREET<br>DENVER, CO 80204 USA | $8,114.18 |
| RIDGEWOOD SAVINGS BANK<br>7102 FOREST AVENUE<br>RIDGEWOOD NY 11385 | $8,112.98 |
| PERMANENT TSB<br>CORPORATE CENTRE 56-59 ST STEPHENS GREEN<br>FRAUD DEPARTMENT<br>DUBLIN, IRELAND, REPUBLIC OF 2 | $8,102.60 |
| ORNL FEDERAL CREDIT UNION<br>221 SOUTH RUTGERS AVENUE<br>OAK RIDGE, TN 37830 USA | $8,084.36 |
| ASCEND FEDERAL CREDIT UNION<br>520 AIRPARK DRIVE<br>TULLAHOMA,TENNESSEE U.S.A. 37388 | $8,071.51 |
| UNKNOWN | $8,062.20 |
| WESTERRA CREDIT UNION<br>3700 EAST ALAMEDA AVENUE<br>DENVER,COLORADO U.S.A. 80209-3100 | $8,056.91 |
| FIRST CREDIT UNION<br>25 S. ARIZONA PL. SUITE 111<br>CHANDLER,ARIZONA U.S.A. 85225 | $8,033.80 |
| FIRST COMMERCIAL BANK<br>10F.NO.203.PA-TE RD., SEC. 2<br>TAIPEI TAIWAN 104 | $8,032.24 |
| PENOBSCOT COUNTY FEDERAL CREDIT UNION<br>191 MAIN STREET<br>OLD TOWN,MAINE U.S.A. 04468 | $7,998.29 |
| LBS FINANCIAL CREDIT UNION<br>5505 GARDEN GROVE BLVD.<br>WESTMINSTER,CALIFORNIA U.S.A. 92683 | $7,991.62 |

VANTAGESOUTH BANK/YADKIN
708 SOUTH CHURCH ST
BURLINGTON, NC 27215                                    $7,988.79

AL HILAL BANK P.J.S.C.
ABU DHABI INVESTMENT AUTHORITY BUILDING (SULTAN
BUILDING) CORNICHE ROAD
ABU DHABI,  63111 UNITED ARAB EMIRATES                 $7,956.02

LEGACY COMMUNITY FEDERAL CREDIT UNION
1400 SOUTH 20TH STREET
BIRMINGHAM, AL 35205 USA                               $7,952.79

MIDCOUNTRY BANK
7825 WASHINGTON AVE S SUITE 923
BLOOMINGTON MN 55439-2441                              $7,905.53

COMMUNITY CHOICE CREDIT UNION
31155 NORTHWESTERN HWY
FARMINGTON HILLS, MI 48334 USA                         $7,904.92

WASHINGTON FEDERAL
425 PIKE STREET
SEATTLE, WA 98101 USA                                  $7,900.80

NYMEO FEDERAL CREDIT UNION
5210 CHAIRMANS COURT
FREDERICK, MD 21703 USA                                $7,894.79

GREAT WESTERN BANK
35 1ST AVENUE NORTHEAST
WATERTOWN, SD 57201 USA                                $7,884.68

OKLAHOMA EMPLOYEES CREDIT UNION
3020 NORTH STILES
OKLAHOMA CITY, OK 73105 USA                            $7,864.37

R. RAPHAEL + SONS PLC
ALBANY COURT YARD 47-48 PICCADILLY
LONDON UNITED KINGDOM W1J 0LR                          $7,837.68

PEOPLES SAVINGS BANK
314 HIGH STREET
HOLYOKE,MASSACHUSETTS U.S.A. 01040                     $7,836.66

| | |
|---|---|
| ZEAL CREDIT UNION<br>29550 FIVE MILE ROAD<br>LIVONIA, MI 48154 USA | $7,814.73 |
| URBAN TRUST BANK<br>400 COLONIAL CENTER PRKWY<br>SUITE 150<br>LAKE MARY FL 32746 | $7,784.29 |
| EFCU FINANCIAL FEDERAL CREDIT UNION<br>10719 AIRLINE HIGHWAY<br>BATON ROUGE, LA 70816 USA | $7,735.23 |
| WEST SUBURBAN BANK<br>701-711 SOUTH WESTMORE AVENUE<br>LOMBARD, IL 60148 USA | $7,734.68 |
| FLORENCE SAVINGS BANK<br>85 MAIN ST<br>FLORENCE, MA 01062 | $7,691.82 |
| MID-ATLANTIC FEDERAL CREDIT UNION<br>12820 WISTERIA DRIVE<br>GERMANTOWN, MD 20874 USA | $7,683.50 |
| NUMERICA CREDIT UNION<br>14610 E SPRAGUE AVE<br>SPOKANE VALLEY,WASHINGTON U.S.A. 99216 | $7,663.36 |
| RELIANT COMMUNITY FEDERAL CREDIT UNION<br>10 BENTON PLACE<br>SODUS, NY 14551 USA | $7,635.31 |
| CDC FEDERAL CREDIT UNION<br>2301 PARKLAKE DRIVE, NE<br>ATLANTA, GA 30345-2912 USA | $7,618.86 |
| SIKORSKY FEDERAL CREDIT UNION<br>1000 ORONOQUE LANE<br>STRATFORD,CONNECTICUT U.S.A. 06497 | $7,618.80 |

| | |
|---|---|
| NUSENDA FEDERAL CREDIT UNION (NEW MEXICO EDUCATORS FCU)<br>4100 PAN AMERICAN FREEWAY NORTHEAST<br>ALBUQUERQUE, NM 87107 USA | $7,600.21 |
| JOHNSON BANK<br>555 MAIN STREET, #490<br>RACINE, WI 53403 USA | $7,559.28 |
| COMMUNITY BANK OF OKLAHOMA<br>101 WEST HIGHWAY 62<br>VERDEN, OK 73092 USA | $7,550.25 |
| WINSOUTH CREDIT UNION<br>110 SOUTH 26TH STREET<br>GADSDEN, AL 35904 USA | $7,543.24 |
| EVERBANK<br>8100 NATIONS WAY<br>JACKSONVILLE, FL 32256 USA | $7,519.87 |
| FIRST SAVINGS BANK, FSB<br>500 EAST 60TH STREET N<br>SIOUX FALLS SD 57104 | $7,514.42 |
| WE FLORIDA FINANCIAL (CITY COUNTY CREDIT UNION OF FORT LAUDERDALE)<br>1982 NORTH STATE ROAD 7<br>MARGATE, FL 33063 USA | $7,488.62 |
| BLUCURRENT CREDIT UNION<br>1770 WEST SUNSET STREET<br>SPRINGFIELD, MO 65807 USA | $7,488.05 |
| MISSISSIPPI FEDERAL CREDIT UNION<br>2500 NORTH STATE STREET<br>JACKSON, MS 39216 USA | $7,483.22 |
| RAKUTEN CARD CO., LTD.<br>4-4-20 TENJIN NORTH FRONT BLD 4F<br>TENJIN, CHUO-KU<br>FUKUOKA, FUKUOKA, JAPAN 810-0001 | $7,481.99 |

HERITAGE TRUST FEDERAL CREDIT UNION
200 MARYMEADE LN
SUMMERVILLE SC 29483-5243                    $7,459.89

EXPRINTER INTERNATIONAL BANK N.V.
PIETERMAAI 123
WILLEMSTAD,  6066 CURACAO                     $7,449.29

RHODE ISLAND CREDIT UNION
160 FRANCIS STREET
PROVIDENCE, RI 2903 USA                       $7,437.44

FIRST REPUBLIC BANK
111 PINE STREET
SAN FRANCISCO, CA 94111 USA                   $7,436.95

UNITED SOUTHEAST FEDERAL CREDIT UNION
1712 VOLUNTEER PARKWAY
BRISTOL, TN 37620 USA                         $7,414.35

ANDERSON BROTHERS BANK
101 NORTH MAIN STREET
MULLINS,SOUTH CAROLINA U.S.A. 29574           $7,406.57

SUNWEST FEDERAL CREDIT UNION
11827 N 28TH DRIVE
PHOENIX, AZ 85029                             $7,392.65

CUSTOMERS BANK
99 BRIDGE STREET
PHOENIXVILLE, PA 19460 USA                    $7,368.01

UNITED BAY COMMUNITY CREDIT UNION
1309 NORTH LINCOLN
BAY CITY, MI 48708 USA                        $7,335.25

FIRST SAVINGS BANK OF PERKASIE
219 SOUTH 9TH STREET
PO BOX 176
PERKASIE, PA 18944                            $7,333.57

UNION BANK & TRUST (UNION FIRST MARKET BANK)
1051 EAST CARY STREET SUITE 1200
RICHMOND, VA 23219 USA                          $7,332.02

CUSCAL LIMITED
1 MARGARET STREET
SYDNEY, N.S.W., AUSTRALIA 2000                   $7,320.20

FARMERS & MERCHANTS BANK
205 SOUTH MAIN STREET
TIMBERVILLE, VA 22853 USA                        $7,317.08

COUTTS & CO
440 THE STRAND
LONDON, EN WC2R 0QS UNITED KINGDOM               $7,307.96

BAC FINANCIAL CORPORATION
CALLE 52 ELVIRA HENDEZ
PANAMA PANAMA                                    $7,305.45

ISABELLA BANK & TRUST
200 EAST BROADWAY
MT. PLEASANT,MICHIGAN U.S.A. 48858               $7,269.23

PT BANK ANZ INDONESIA
26TH FLR, GKBI BUILDING JL. JEND.
SUDIRMAN NO. 28
JAKARTA,  10210 INDONESIA                        $7,257.22

VIRGINIA BEACH SCHOOLS FEDERAL CREDIT UNION
3500 VIRGINIA BEACH BLVD.
VIRGINIA BEACH,VIRGINIA U.S.A. 23452             $7,255.63

CREDOMATIC DE CENTROAMERICA SA
55 AV SUR ENTRE ALAMEDA
ROOSEVELT
Y AV OLIMPICA EDIF CREDOMATIC
SAN SALVADOR, EL SALVADOR                        $7,240.15

KEYPOINT CREDIT UNION
2805 BOWERS AVENUE
SANTA CLARA, CA 95051 USA                        $7,220.19

| | |
|---|---|
| SIAM COMMERCIAL BANK PUBLIC COMPANY LIMI<br>1060 , 11TH FL., TOWER 2 NEW PHETCHABURI ROAD,<br>BANGKOK THAILAND 10400 | $7,198.84 |
| CAROLINA TRUST FCU<br>PO BOX 780004<br>MYRTLE BEACH SC 29578 | $7,195.92 |
| BREWER FEDERAL CREDIT UNION<br>229 DIRIGO DRIVE<br>BREWER, ME 4412 USA | $7,165.50 |
| CREDIT UNION WEST<br>P.O. BOX 7600<br>GLENDALE,ARIZONA U.S.A. 85312-7600 | $7,165.26 |
| CITIBANK KOREA INC.<br>39, DA-DONG CHUNG-GU<br>SEOUL,  100-180 SOUTH KOREA | $7,163.71 |
| SAN DIEGO METROPOLITAN CREDIT UNION<br>P. O. BOX 719099<br>SAN DIEGO,CALIFORNIA U.S.A. 92171-9099 | $7,144.72 |
| ICCREA BANCA S.P.A. - ISTITUTO CENTRALE DEL CREDITO<br>COOPERATIVO<br>VIA LUCREZIA ROMANA 41/47<br>ROME,  178 ITALY | $7,133.26 |
| THE STATE BANK<br>175 NORTH LEROY STREET<br>FENTON, MI 48430 USA | $7,118.64 |
| HIWAY FEDERAL CREDIT UNION<br>111 EMPIRE DRIVE<br>ST. PAUL, MN 55103-1899 USA | $7,116.91 |
| FOUR OAKS BANK & TRUST COMPANY<br>6144 US HIGHWAY 301 SOUTH<br>FOUR OAKS, NC 27524 USA | $7,104.63 |
| BANCA NAZIONALE DEL LAVORO S.P.A. B NL<br>VIA DEGLI ALDOBRANDESCHI 300<br>ROMA ITALY 00163 | $7,092.18 |

TRONA VALLEY COMMUNITY FEDERAL CREDIT UNION
840 HITCHING POST DRIVE
GREEN RIVER,WYOMING U.S.A. 82935                    $7,032.33

CONSTELLATION FCU
1810 SAMUEL MORSE DRIVE
RESTON VA 20190                                     $7,024.60

CAROLINAS TELCO FEDERAL CREDIT UNION
2821 CRISMAN STREET
CHARLOTTE, NC 28208 USA                             $7,024.41

THE CONWAY NATIONAL BANK
1400 THIRD AVENUE
CONWAY, SC 29526                                    $7,022.90

SUMITOMO MITSUI CARD COMPANY LIMITED
1-2-20 SHIODOME-BUILDING KAIGAN MINATO-KU
TOKYO JAPAN 105-0022                                $7,010.86

HOWARD BANK
6011 UNIVERSITY BOULEVARD, SUITE 370
ELLICOTT CITY, MD 21043 USA                         $6,978.50

DUTCH POINT CREDIT UNION, INC.
195 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 6109 USA                           $6,958.48

HORIZON BANK NA
3631 SOUTH FRANKLIN STREET
MICHIGAN CITY, IN 46360                             $6,931.24

U S POSTAL SERVICE FEDERAL CREDIT UNION
7905 MALCOLM ROAD, SUITE 311
CLINTON, MD 20735 USA                               $6,920.11

TECHNOLOGY CREDIT UNION
PO BOX 1409
SAN JOSE, CA 95109-1409                             $6,901.85

BANCO UNION S.A.
CALLE LIBERTAD 156 CASILLA 4057
SANTA CRUZ,   BOLIVIA                               $6,895.37

WEOKIE CREDIT UNION
P. O. BOX 26090
OKLAHOMA CITY,OKLAHOMA U.S.A. 73126-0090          $6,895.27

LANDMARK CREDIT UNION
5445 SOUTH WESTRIDGE DRIVE
NEW BERLIN, WI 53151 USA          $6,890.37

CENTIER BANK
600 EAST 84TH AVENUE
MERRILLVILLE,INDIANA U.S.A. 46410          $6,885.76

INDUSTRIAL BANK CO., LTD
ZHONG SHAN BUILDING NO. 154 HU DONG ROAD
FUZHOU,  350003 CHINA          $6,877.37

EUROBANK ERGASIAS S.A.
20 AMALIAS AVENUE.
ATHENS 10557, GREECE          $6,854.61

THE BANK OF DELMARVA, NATIONAL ASSOCIATION
12 EAST STATE STREET
DELMAR,MARYLAND U.S.A. 21875          $6,851.41

LANDESBANK BADEN-WUERTTEMBERG
AM HAUPTBAHNHOF 2
STUTTGART,  70173 GERMANY          $6,848.74

BANCO DI CARIBE
N.V. SCHOTTEGATWEG OOST 205 WILLEMSTAD
CURACAO,   CURACAO          $6,845.90

LAKE TRUST CREDIT UNION
4605 SOUTH OLD US HIGHWAY 23
BRIGHTON, MI 48114 USA          $6,837.57

THE BANK OF SAN ANTONIO
8000 I. H. 10 WEST, SUITE 1100
SAN ANTONIO, TX 78230 USA          $6,827.74

UNIVERSITY FIRST FEDERAL CREDIT UNION
3450 S. HIGHLAND DRIVE
SALT LAKE CITY,UTAH U.S.A. 84106-3375          $6,826.81

UNKNOWN          $6,823.72

SENTINEL FEDERAL CREDIT UNION
P. O. BOX 700
BOX ELDER,SOUTH DAKOTA U.S.A. 57719          $6,822.71

DORT FEDERAL CREDIT UNION
2845 DAVISON ROAD
FLINT,MICHIGAN U.S.A. 48506          $6,815.84

PWC EMPLOYEES CREDIT UNION
2080 OLD BRIDGE ROAD, SUITE 101
WOODBRIDGE, VA 22192 USA          $6,800.58

CITIBANK EUROPE PLC
1 NORTH WALL QUAY
DUBLIN,  1 REPUBLIC OF IRELAND          $6,785.08

SKB BANKA D.D.
AJDOVSCINA 4
LJUBLJANA SLOVENIA 1513          $6,771.54

FIRST NORTHERN CREDIT UNION
230 WEST MONROE STREET
CHICAGO, IL 60606 USA          $6,758.99

COASTHILLS CREDIT UNION
P. O. BOX 200
LOMPOC,CALIFORNIA U.S.A. 93438          $6,738.51

CAMPBELL EMPLOYEES FEDERAL CREDIT UNION
EXECUTIVE CAMPUS #2
CHERRY HILL, NJ 8002 USA          $6,735.27

1ST FINANCIAL FEDERAL CREDIT UNION
1407 WASHINGTON AVENUE
ST LOUIS, MO 63103          $6,729.23

LAURENTIAN BANK OF CANADA
CP 368 SUCC. B
MONTREAL,QUEBEC CANADA H3B9Z9          $6,710.99

PREMIERBANK
70 NORTH MAIN STREET
FORT ATKINSON, WI 53538 USA          $6,695.26

UFCW COMMUNITY FEDERAL CREDIT UNION
377 WYOMING AVENUE
P.O. BOX 4258
WYOMING, PA 18644 USA                                      $6,691.70

BANCO INDUSTRIAL
7A AVENIDA 5-10 ZONA 4 CENTRO FINANCIERO TORRE I
NIVEL 4
GUATEMALA GUATEMALA 01004                                  $6,689.18

BANGOR FEDERAL CREDIT UNION
339 HOGAN RD.
P.O. BOX 1161
BANGOR,MAINE U.S.A. 04401                                  $6,688.75

UNION SAVINGS BANK
226 MAIN STREET
DANBURY, CT 6810 USA                                       $6,682.85

MICHIGAN FIRST CREDIT UNION
7700 PURITAN AVENUE
DETROIT, MI 48238-1292 USA                                 $6,680.27

MALAYAN BANKING BERHAD
8F, MENARA MAYBANK 100, JALAN TUN PERAK
KUALA LUMPUR MALAYSIA 50740                                $6,679.74

UNITED 1ST FEDERAL CREDIT UNION
162 NORTH GROSS ROAD
KINGSLAND,GEORGIA U.S.A. 31548                             $6,679.15

BANK OF JORDAN
ABDELHAMID SHARAF ST. SHEMISANI
AMMAN,  11181 JORDAN                                       $6,673.07

LAUNCH FEDERAL CREDIT UNION
300 S. PLUMOSA STREET
MERRITT ISLAND, FL 32952 USA                              $6,647.85

ILLINOIS STATE POLICE FEDERAL CREDIT UNION
730 ENGINEERING AVENUE
SPRINGFIELD, IL 62703 USA                                 $6,634.24

FORT KNOX FEDERAL CREDIT UNION
3939 SOUTH DIXIE
RADCLIFF,KENTUCKY U.S.A. 40160                    $6,616.87

EL DORADO SAVINGS BANK, F.S.B.
4040 EL DORADO ROAD
PLACERVILLE, CA 95667 USA                         $6,605.30

POSTFINANCE AG
MINGERSTRASSE 20
BERN,  CH-3030 SWITZERLAND                         $6,600.34

PINNACLE BANK
1401 N STREET
LINCOLN, NE 68508 USA                             $6,594.86

PREMIER AMERICA CREDIT UNION
19867 PRAIRIE ST
CHATSWORTH CA 91311-6532                          $6,579.76

SUSSEX COUNTY FEDERAL CREDIT UNION
1941 BRIDGEVILLE HIGHWAY
SEAFORD,DELAWARE U.S.A. 19973                     $6,549.33

BANK MILLENNIUM SPOLKA AKCYJNA
ULICA STANISLAWA ZARYNA 2A
WARSAW,  02-593 POLAND                            $6,534.46

SUNNY BANK
3F, NO.88, SEC.1, SHIPAI
TAIPEI CITY 112, TAIWAN,
TAIPAI, TAIWAN                                    $6,517.57

CAPITAL BANK S.A.
149-151 RUE DES MIRACLES
PORT-AU-PRINCE,   HAITI                           $6,502.27

CEMBRA MONEY BANK AG
BAENDLIWEG 20
ZUERICH 8048, SWITZERLAND                         $6,501.00

SEACOAST NATIONAL BANK
815 COLORADO AVENUE
STUART,FLORIDA U.S.A. 34994                       $6,489.75

VIEWPOINT BANK
1309 WEST 15TH STREET STE. 300
PLANO,TEXAS U.S.A. 75075                                          $6,477.86

BANCO DE LA PROVINCIA DE CORDOBA
GENERAL PAZ 44 3 PISO
CORDOBA ARGENTINA 5000                                           $6,458.18

EVANGELICAL CHRISTIAN CREDIT UNION
955 WEST IMPERIAL HWY
BREA,CALIFORNIA U.S.A. 92821                                     $6,431.92

GREATER NEVADA CREDIT UNION
451 EAGLE STATION LANE
CARSON CITY,NEVADA U.S.A. 89701                                  $6,428.96

AMOCO FEDERAL CREDIT UNION
2300 TEXAS AVE
TEXAS CITY, TX 77590                                             $6,427.56

SUMISHIN LIFE CARD COMPANY, LIMITED
BANZAI BLDG., 31-19, SHIBA 2-CHOME MINATO-KU
TOKYO,  105-0014 JAPAN                                           $6,408.03

FINANCIAL RESOURCES FEDERAL CREDIT UNION
520 ROUTE 22 EAST, 1ST FLOOR
BRIDGEWATER, NJ 8807 USA                                         $6,392.04

EVOLVE FEDERAL CREDIT UNION
8840 GAZELLE DRIVE
EL PASO, TX 79925 USA                                            $6,383.03

UNIVERSITY OF VIRGINIA COMMUNITY CREDIT UNION INC.
3300 BERKMAR DRIVE
CHARLOTTESVILLE, VA 22901 USA                                    $6,380.80

LATITUDE FINANCE AUSTRALIA
572 SWAN ST
RICHMOND VIC 3121, AUSTRALIA                                     $6,375.97

SHARONVIEW FEDERAL CREDIT UNION
1081-521 CORPORATE CENTER DRIVE
FORT MILL SC 29715                                               $6,357.74

ALLEGACY FEDERAL CREDIT UNION
1691 WESTBROOK PLAZA DRIVE WINSTON-SALEM,
NORTH CAROLINA U.S.A. 27103                       $6,357.33

KAPLAN STATE BANK
201 NORTH CUSHING AVENUE
KAPLAN, LA 70548 USA                              $6,349.69

BANK ZACHODNI WBK SA
OBSZAR DIRECT BANKING
POZNAN POLAND 61-894                              $6,336.59

UNITY ONE CREDIT UNION
6701 BURLINGTON BLVD
FORT WORTH, TX 76131                              $6,333.89

LEUMICARD LTD.
11 BEN-GURION ST.
BNEI BRAK ISRAEL 51260                            $6,328.93

THE TALBOT BANK OF EASTON, MARYLAND
18-20 DOVER STREET
EASTON,MARYLAND U.S.A. 21601                      $6,318.81

BANK AUDI SAL
CHARLES MALEK AVENUE SOFIL CENTER
BEIRUT LEBANON 11-2560                            $6,310.64

SKYWARD CREDIT UNION (CESSNA ECU)
4 CESSNA BOULEVARD
WICHITA, KS 67218 USA                            $6,305.78

NORTH JERSEY FEDERAL CREDIT UNION
711 UNION BOULEVARD
TOTOWA, NJ 7512 USA                              $6,304.33

OPTUM BANK INC.
2525 LAKE PARK BLVD
SALT LAKE CITY UT 84120                          $6,303.19

GLOBAL CREDIT UNION
1520 WEST THIRD AVENUE
SPOKANE, WA 99201 USA                            $6,300.34

CITY NATIONAL BANK OF SULPHUR SPRINGS
201 CONNALLY STREET
SULPHUR SPRINGS,TEXAS U.S.A. 75483                      $6,297.39
FIRST SOUTH BANK
1311 CAROLINA AVENUE
WASHINGTON, NC 27889 USA                               $6,296.66
PEOPLES BANK AND TRUST
1809 RED CRUCE COURT
BUFORD,GEORGIA U.S.A. 30518                            $6,235.58
OMAN ARAB BANK SAO
BANK AL-MARKAZI STREET
NEXT TO CHAMBER OF COMMERCE BUILDING
RUWI,  112 OMAN                                        $6,220.44
MOTOROLA EMPLOYEES CREDIT UNION
1205 EAST ALGONQUIN ROAD
SCHAUMBURG, IL 60196 USA                               $6,210.40
THE BANK OF NEW YORK MELLON
154-0510 500 ROSS STREET
PITTSBURGH PA 15262                                    $6,190.31
ASB CENTRE
135 ALBERT STREET
AUCKLAND NEW ZEALAND 1140                              $6,159.74

GENERATIONS COMMUNITY FEDERAL CREDIT UNION
9311 SAN PEDRO AVE, SUITE 1100
SAN ANTONIO, TX 78216 USA                              $6,155.01
LANDMARK BANK, NATIONAL ASSOCIATION
801 EAST BROADWAY
COLUMBIA, MO 65201 USA                                 $6,152.89
CAROLINA POSTAL CREDIT UNION
3601 MULBERRY CHURCH ROAD
CHARLOTTE, NC 28208 USA                                $6,147.83

BASE INTERCHANGE SYSTEM ASSOCIATION PUERTO RICO
LEAGUE INC.
1595 ALDA STREET, URBANIZACION CARIBE
SAN JUAN,  926 PUERTO RICO                                    $6,144.09

RIVERVIEW COMMUNITY BANK
17205 SE MILL PLAIN BLVD
VANCOUVER,WASHINGTON U.S.A. 986883              $6,141.36

DOVER FEDERAL CREDIT UNION BUILDING
264 CHAD & ARNOLD STREET
DOVER AIR FORCE BASE,DELAWARE U.S.A. 19902     $6,139.50

FARMERS INSURANCE GROUP FEDERAL CREDIT UNION
PO BOX 36911
LOS ANGELES, CA 90036                                        $6,138.41

HEALTHCARE EMPLOYEES FEDERAL CREDIT UNION
101 CAMPUS DRIVE,
UNIVERSITY SQUARE
PRINCETON,NEW JERSEY U.S.A. 08543                  $6,138.28

MIDWEST CARPENTERS & MILLWRIGHTS FEDERAL CREDIT
UNION
680 UNION STREET
HOBART, IN 46342 USA                                          $6,127.69

HIGHLANDS UNION BANK
340 WEST MAIN STREET
ABINGDON, VA 24210 USA                                     $6,105.01

ISLAND FEDERAL CREDIT UNION
120 MOTOR PARKWAY
HAUPPAUGE, NY 11788-5160 USA                         $6,067.07

COUNTY EDUCATORS FEDERAL CREDIT UNION
16 EAST LINCOLN AVENUE
ROSELLE PARK,NEW JERSEY U.S.A. 07204             $6,064.90

JACKSONVILLE SAVINGS BANK
1211 WEST MORTON AVENUE
JACKSONVILLE, IL 62650 USA                                $6,062.90

| | |
|---|---|
| BANCO DE LA REPUBLICA ORIENTAL DEL URUGUAY | |
| CERRITO 351 | |
| MONTEVIDEO,  11000 URUGUAY | $6,061.81 |
| FAMILY HORIZONS CREDIT UNION | |
| 6665 EAST 21ST STREET | |
| INDIANAPOLIS, IN 46219 USA | $6,046.12 |
| EVANS BANK, NATIONAL ASSOCIATION | |
| 14-16 NORTH MAIN STREET | |
| ANGOLA, NY 14006 USA | $6,040.58 |
| FIRST U.S. COMMUNITY CREDIT UNION | |
| 580 UNIVERSITY AVENUE | |
| SACRAMENTO,CALIFORNIA U.S.A. 95825 | $6,032.67 |
| HEART OF LOUISIANA FEDERAL CREDIT UNION | |
| 303 EDGEWOOD DRIVE | |
| PINEVILLE, LA 71360 USA | $6,024.25 |
| COREPLUS FEDERAL CREDIT UNION | |
| 202 SALEM TURNPIKE | |
| NORWICH,CONNECTICUT U.S.A. 06360 | $5,996.23 |
| PINNACLE FEDERAL CREDIT UNION | |
| 135 RARITAN CENTER PKWY | |
| EDISON,NEW JERSEY U.S.A. 08837-3685 | $5,993.31 |
| DIRECTIONS CREDIT UNION | |
| 5121 WHITEFORD ROAD | |
| SYLVANIA,OHIO U.S.A. 43560 | $5,982.66 |
| FIRST NATIONAL BANK TEXAS | |
| PO BOX 73 | |
| KILLEEN TX 76540 | |
| ATTN: ASSET RECOVERY | $5,968.81 |
| BANQUE COMMERCIALE INTERNATIONALE | |
| AVENUE AMILCAR CABRAL | |
| BRAZZAVILLE,  BP 147 CONGO | $5,926.76 |
| THE PARK NATIONAL BANK | |
| PO BOX 3500 | |
| NEWARK, OH 43058 | $5,922.79 |

BEACON FEDERAL CREDIT UNION
2901 SENS ROAD
LA PORTE, TX 77571 USA                    $5,918.65

PINNACLE BANK
1811 2ND AVENUE
JASPER, AL 35501 USA                      $5,910.64

MICHIGAN EDUCATIONAL CREDIT UNION
9200 HAGGERTY RD
PLYMOUTH MI 48170                         $5,902.79

BRIDGEWATER BANK
SUITE 150 926 - 5TH AVENUE SW
CALGARY AB CANADA T2P 0N7                 $5,900.16

BANK OF NEW ZEALAND
LEVEL 2, DELOITTE CENTRE
80 QUEEN STREET
AUCKLAND 1010 NEW ZEALAND                 $5,893.05

TAIWAN COOPERATIVE BANK
7F., NO.77, KUEN-MING ST.,
TAIPEI TAIWAN 10807                       $5,878.11

NEW ORLEANS FIREMENS FEDERAL CREDIT UNION
4401 WEST NAPOLEAN
METAIRIE,LOUISIANA U.S.A. 70001           $5,853.48

WINSLOW COMMUNITY FEDERAL CREDIT UNION
P O BOX 8117
WINSLOW,MAINE U.S.A. 04901                $5,849.66

HEALTHCARE ASSOCIATES CREDIT UNION
1151 EAST WARRENVILLE ROAD
NAPERVILLE,ILLINOIS U.S.A. 60563-9339     $5,838.91

WATERBURY CONNECTICUT TEACHERS FEDERAL CREDIT
UNION
99 NORTH MAIN STREET
WATERBURY, CT 6722 USA                    $5,829.14

BANK OF CHINA (CANADA)
50 MINTHORN BLVD, SUITE 600
MARKHAM ON L3T 7X8, CANADA                          $5,827.10

JOINT STOCK COMMERCIAL BANK FOR FOREIGN TRADE OF
VIETNAM
198 TRAN QUANG KHAI
HANOI,   VIETNAM                                    $5,810.72

FIRST HERITAGE FEDERAL CREDIT UNION
110 VILLAGE SQUARE
PAINTED POST, NY 14870 USA                          $5,810.17

ILLINOIS NATIONAL BANK
322 EAST CAPITOL AVENUE
SPRINGFIELD,ILLINOIS U.S.A. 62701                   $5,808.03

OKLAHOMA CENTRAL CREDIT UNION
P.O. BOX 471227
TULSA,OKLAHOMA U.S.A. 74147                         $5,800.79

ABRI CREDIT UNION
1350 WEST RENWICK ROAD
ROMEOVILLE, IL 60446 USA                            $5,796.08

OLD SECOND NATIONAL BANK OF AURORA
37 S RIVER ST
AURORA IL 60506-4173                                $5,770.05

THE CITIZENS BANK OF PHILADELPHIA, MISSISSIPPI
521 MAIN STREET
PHILADELPHIA, MS 39350 USA                          $5,766.16

EDWARDS FEDERAL CREDIT UNION
10 SOUTH MUROC DRIVE
EDWARDS AFB,CALIFORNIA U.S.A. 93524-1259            $5,751.47

BANK OF IRELAND (UK) PLC
BOW BELLS HOUSE 1 BREAD STREET
LONDON, EN EC4M 9BE UNITED KINGDOM                  $5,750.96

ABBOTT LABORATORIES EMPLOYEES CREDIT UNION
401 NORTH RIVERSIDE DRIVE
GURNEE,ILLINOIS U.S.A. 60031                        $5,750.82

| | |
|---|---|
| LLOYDS BANK INTERNATIONAL LIMITED<br>25 NEW STREET ST HELIER<br>JERSEY, CZ JE4 8RG UNITED KINGDOM | $5,742.00 |
| 1ST UNITED SERVICES CREDIT UNION<br>6901 GIBRALTAR DRIVE<br>PLEASANTON, CA 94588 | $5,736.33 |
| FIRST BANK (NORTHWEST GA BANK)<br>30 SOUTH MAIN STREET<br>LEXINGTON, TN 38351 USA | $5,729.45 |
| RAIFFEISENBANK A.D., BEOGRAD<br>RESAVSKA 22<br>BEOGRAD,  11 000 REPUBLIC OF SERBIA | $5,712.85 |
| SOUTHERN HERITAGE BANK<br>3290 KEITH STREET<br>NORTHWEST CLEVELAND,TENNESSEE U.S.A. 37312 | $5,710.52 |
| DIME BANK<br>290 SALEM TURNPIKE<br>NORWICH, CT 6360 USA | $5,704.25 |
| THE FIRST NATIONAL BANK OF SONORA<br>2502 SOUTHLAND BLVD<br>SAN ANGELO,TEXAS U.S.A. 76904 | $5,702.27 |
| ELEMENTS FINANCIAL FEDERAL CREDIT UNION (ELI LILLY FCU)<br>225 SOUTH EAST STREET, SUITE 300<br>INDIANAPOLIS, IN 46202 USA | $5,700.19 |
| WESTERN ROCKIES FEDERAL CREDIT UNION<br>2302 NORTH AVENUE<br>GRAND JUNCTION,COLORADO U.S.A. 81501 | $5,694.57 |
| CAPITAL EDUCATORS FEDERAL CREDIT UNION<br>275 S STRATFORD DRIVE<br>MERIDIAN,IDAHO U.S.A. 83642 | $5,666.55 |
| PACIFIC CASCADE FEDERAL CREDIT UNION<br>1075 OAK STREET<br>EUGENE,OREGON U.S.A. 97401 | $5,655.13 |

ABU DHABI COMMERCIAL BANK
AL SALAAM STREET, 16TH FLOOR HEAD OFFICE
P.O. BOX 939
ABU DHABI, UNITED ARAB EMIRATES          $5,643.63
NOTRE DAME WATERVILLE FEDERAL CREDIT UNION
61 GROVE STREET
WATERVILLE,MAINE U.S.A. 04901          $5,623.45
UNIVERSITY OF IOWA COMMUNITY CREDIT UNION
PO BOX 800
NORTH LIBERTY, IA 52317          $5,613.27
UNIBANK FOR SAVINGS
49 CHURCH STREET
WHITINSVILLE, MA 01588-1400 USA          $5,608.19
WORLD FINANCIAL NETWORK BANK
ONE RIGHTER PARKWAY
SUITE 100
WILMINGTON DE 19803          $5,602.31
ROCKY MOUNTAIN LAW ENFORCEMENT FEDERAL CREDIT
UNION
700 WEST 39TH AVENUE
DENVER, CO 80216 USA          $5,593.82
DISCOVERY FEDERAL CREDIT UNION
2744 CENTURY BOULEVARD
WYOMISSING, PA 19610 USA          $5,591.16
REPUBLIC BANK & TRUST COMPANY
601 WEST MARKET STREET
LOUISVILLE, KY 40202 USA          $5,579.11
MAYO EMPLOYEES FEDERAL CREDIT UNION
130 23RD AVE SOUTHWEST
ROCHESTER, MN 55902 USA          $5,569.95

SBI CARD CO. LTD.
SUMITOMOFUDOSANKUDANBLDG
1-8-10 KUDAN KITA
CHIYODA-KU
TOKYO 102 0073, JAPAN                          $5,562.21

BANCO REGIONAL S.A.
C.A. LOPEZ NO. 1348
ENCARNACION,  PARAGUAY                          $5,546.86

TARJETAS DE CREDITO DE OCCIDENTE S.A.
7A. AVE. 7-41, ZONA 9
GUATEMALA,  1009 GUATEMALA                      $5,529.12

TTCU THE CREDIT UNION
3720 EAST 31ST STREET
TULSA, OK 74135 USA                             $5,525.60

SCHOOL SYSTEMS FEDERAL CREDIT UNION
PINE WEST PLAZA #4 WASHINGTON AVENUE EXIT
ALBANY,NEW YORK U.S.A. 12205                    $5,525.09

NOTRE DAME FEDERAL CREDIT UNION
19033 DOUGLAS ROAD
SOUTH BEND, IN 46637 USA                        $5,521.21

AVADIAN CREDIT UNION (ALABAMA TELCO CU)
1 RIVERCHASE PARKWAY SOUTH
HOOVER, AL 35244 USA                            $5,512.65

CENTERSTATE BANK OF FLORIDA N.A.
400 INTERSTATE N PKWY STE 200
ATLANTA GA 30339                                $5,496.07

ADMINISTRADORA DE TARJETAS DE CREDITO
AV. CAMACHO 1448 PISO 11
LA PAZ BOLIVIA                                  $5,486.49

CONTINENTAL DE CREDITOS S.A.
6A AVENIDA 9 - 08 ZONA 9 NIVEL 6
GUATEMALA, GUATEMALA 01009                      $5,482.13

CAPITAL CREDIT UNION
825 MORRIS AVENUE
GREEN BAY, WI 54304 USA                          $5,479.97

FEDCHOICE FEDERAL CREDIT UNION
10001 WILLOWDALE ROAD
LANHAM, MD 20706 USA                             $5,470.37

STANDARD CHARTERED BANK (PAKISTAN) LIMITED
4TH FLOOR, SCBPL I.I. CHUNDRIGAR ROAD,
KARACHI,   PAKISTAN                              $5,469.84

FLEETWOOD BANK
PO BOX 105
FLEETWOOD, PA 19522                              $5,468.20

THE LUZERNE BANK
118 MAIN STREET
LUZERNE, PA 18709 USA                            $5,460.43

FIREFIGHTERS COMMUNITY CREDIT UNION
2300 ST. CLAIR AVENUE
CLEVELAND, OH 44114 USA                          $5,456.15

EAGLE ONE FEDERAL CREDIT UNION
2303 FRANKFORD AVENUE
PHILADELPHIA, PA 19125 USA                       $5,455.08

CNB BANK
ONE SOUTH SECOND STREET
CLEARFIELD, PA 16830 USA                         $5,446.35

UNIVERSITY + STATE EMPLOYEES CREDIT UNION
10120 PACIFIC HEIGHTS BLVD
SAN DIEGO SAN DIAGO CA 92121                     $5,437.12

US FEDERAL CREDIT UNION
1400 RIVERWOOD DRIVE
BURNSVILLE,MINNESOTA U.S.A. 55337                $5,427.24

SHREVEPORT FEDERAL CREDIT UNION
8530 FERN AVENUE
SHREVEPORT, LA 71105 USA                         $5,422.32

HANSCOM FEDERAL CREDIT UNION
1610 EGLIN STREET
HANSCOM AFB, MA 01731                                    $5,420.21
LOCAL GOVERNMENT FEDERAL CREDIT UNION
QUORUM CENTER
323 WEST JONES STREET, SUITE 600
RALEIGH, NC 27603                                        $5,396.47
DEER VALLEY CREDIT UNION
16215 NORTH 28TH AVENUE
PHOENIX, AZ 85053 USA                                    $5,384.93
1ST SOURCE BANK
1704 COMMERCE DRIVE
SOUTH BEND, IN 46634                                     $5,377.68
BANCO INBURSA S.A.
INSUGENTES SUR # 3500
COL. PENA POBRE
MEXICO, D.F., MEXICO 14060                               $5,354.68
HERITAGE VALLEY FEDERAL CREDIT UNION
ATTN: ROXANN BARE
2400 PLEASANT VALLEY ROAD
PO BOX 3617
YORK PA 17402                                            $5,350.75
PINNACLE BANK
150 3RD AVE SOUTH, SUITE 900
NASHVILLE, TN 37201                                      $5,331.60
SCOTT CREDIT UNION
1100 BELTLINE RD
COLLINSVILLE, IL 62234                                   $5,331.18
OTIS FEDERAL CREDIT UNION
P. O. BOX 27
170 MAIN STREET
JAY,MAINE U.S.A. 04239                                   $5,326.23
UNKNOWN                                                  $5,323.18

PEOPLES BANK OF ALTENBURG
8537 MAIN STREET
ALTENBURG, MO 63732 USA                          $5,314.30

CSE FEDERAL CREDIT UNION
2154 SWISCO ROAD
SULPHUR, LA 70665 USA                            $5,308.00

OLD WEST FEDERAL CREDIT UNION
650 WEST MAIN
JOHN DAY, OR 97845 USA                           $5,305.16

STANDARD CHARTERED BANK UGANDA LTD
5 SPEKE ROAD
KAMPALA,  UGANDA                                 $5,281.84

SRI FEDERAL CREDIT UNION
333 RAVENSWOOD AVENUE
MENLO PARK, CA 94025 USA                         $5,279.88

ACME CONTINENTAL CREDIT UNION
13601 SOUTH PERRY AVENUE
RIVERDALE,ILLINOIS U.S.A. 60827                  $5,264.59

JSCB BANK OF MOSCOW
14 ZHUKOVSKOGO STR.
MOSCOW, RUSSIAN FEDERATION 105062                $5,262.17

ING-DIBA AG
THEODOR-HEUSS-ALLEE 2
FRANKFURT AM MAIN,  60486 GERMANY                $5,252.64

BRAGG MUTUAL FEDERAL CREDIT UNION
2917 VILLAGE DRIVE
FAYETTEVILLE,NORTH CAROLINA U.S.A. 28304         $5,233.02

FNB COMMUNITY BANK
PO BOX 10600
MIDWEST CITY, OK 73140                           $5,231.97

TRUSERVICE COMMUNITY FEDERAL CREDIT UNION
11001 HERMITAGE RD
LITTLE ROCK,ARKANSAS U.S.A. 72211                $5,225.85

| | |
|---|---|
| STANDARD CHARTERED BANK (VIETNAM) LIMITED<br>49 HAI BA TRUNG, HOAN KIEM DISTRICT<br>HANOI,   VIETNAM | $5,225.65 |
| CENTRAL NATIONAL BANK<br>8320 W HWY 84<br>WACO TX 76712 | $5,211.61 |
| STANDARD CHARTERED BANK<br>1 ALDERMANBURY SQUARE<br>LONDON, EN EC2V 7SB UNITED KINGDOM | $5,176.29 |
| FIRST NATIONAL BANK OF CHADRON<br>SECOND AND MAIN<br>CHADRON, NE 69337 USA | $5,174.25 |
| STANDARD CHARTERED BANK MALAYSIA BERHAD<br>NO.4, JALAN AMPANG<br>KUALA LUMPUR,  50450 MALAYSIA | $5,155.10 |
| NUVISION FEDERAL CREDIT UNION<br>7812 EDINGER AVENUE<br>HUNTINGTON BEACH, CA 92647 USA | $5,147.36 |
| LINKSER SERVICIOS BANCARIOS AUXILIARES S.A.<br>CALLE MANUEL IGNACIO SALVATIERRA #520<br>SANTA CRUZ, BOLIVIA 3024 | $5,137.81 |
| GUARANTY BANK<br>4000 WEST BROWN DEER ROAD<br>BROWN DEER,WISCONSIN U.S.A. 53209 | $5,137.04 |
| MEMBERS CREDIT UNION<br>2250 SILAS CREEK PARKWAY<br>WINSTON-SALEM,NORTH CAROLINA U.S.A. 27103 | $5,102.22 |
| BAY-VANGUARD FEDERAL SAVINGS BANK<br>7114 NORTH POINT ROAD<br>BALTIMORE,MARYLAND U.S.A. 21219 | $5,098.49 |
| S.C. STATE FEDERAL CREDIT UNION<br>800 HUGER STREET<br>COLUMBIA, SC 29201 USA | $5,087.91 |

ENERGY ONE FEDERAL CREDIT UNION
ATTN: CARMEN WARDEN
6100 S YALE AVE STE 100
TULSA, OK 74136                                    $5,083.38
FIRST NATIONAL BANK AND TRUST COMPANY OF
NEWTOWN
40 SOUTH STATE STREET
NEWTOWN, PA 18940 USA                              $5,066.20
ALINMA BANK
KINGDOM TOWER 23RD FLOOR
RIYADH,  11586 SAUDI ARABIA                        $5,060.28
BANCO ITAU CHILE
MONEDA 799
SANTIAGO, CHILE                                    $5,040.45
BANCO POPOLARE DI MILANO
E-MONEY SECTOR OFFICER MARKETING
VIA S. PAOLO, 16 MILAN ITALY 20121                 $5,014.44
PIRAEUS BANK (CYPRUS) LIMITED
1 SPYROU KYPRIANOU
NICOSIA,  1065 CYPRUS                              $5,011.34
BANKERS' BANK OF THE WEST
1099 18TH STREET, SUITE 2700
DENVER, CO 80202-1927 USA                          $5,007.11
CARDINAL BANK
8270 GREENSBORO DRIVE, SUITE 500
MCLEAN, VA 22102 USA                               $5,003.82
SNS BANK N.V.
PGM CROESELAAN 1
UTRECHT NETHERLANDS, THE                           $4,995.51
GEMC FEDERAL CREDIT UNION
2100 EAST EXCHANGE PLACE
TUCKER, GA 30084 USA                               $4,992.23

GREAT LAKES CREDIT UNION
2525 GREEN BAY RD.
NORTH CHICAGO,ILLINOIS U.S.A. 60064                $4,989.49
UNKNOWN                                            $4,984.51
HERITAGE OAKS BANK
545 TWELFTH STREET
PASO ROBLES, CA 93446 USA                          $4,959.08
N B A CREDIT UNION
23 COMMERCE CIRCLE
BRISTOL, PA 19007 USA                              $4,955.94
NECHES FEDERAL CREDIT UNION
776 MAGNOLIA AVENUE
PORT NECHES, TX 77651 USA                          $4,950.96
CIMB BANK BERHAD
NO. 83, MEDAN SETIA 1 MENARA SBB, LEVEL 2, PLZ
DAMANSARA
KUALA LUMPUR MALAYSIA 50756                        $4,948.02
MERRIMACK VALLEY FEDERAL CREDIT UNION
500 MERRIMACK STREET
LAWRENCE, MA 1843 USA                              $4,942.58
DANSKE BANK OYJ
HIILILAITURINKUJA 2
HELSINKI,  75 FINLAND                              $4,941.44
HORIZON CREDIT UNION
13224 EAST MANSVILE AVENUE, STE 300
SPOKANE VALLEY, WA 99216 USA                       $4,934.94
TRUITY FEDERAL CREDIT UNION
501 SOUTH JOHNSTONE
BARTLESVILLE, OK 74003 USA                         $4,929.91
JEFFERSON BANK
2900 FREDERICKSBURG RD.
SAN ANTONIO,TEXAS U.S.A. 78201                     $4,926.68

PENNSYLVANIA CENTRAL FEDERAL CREDIT UNION
959 EAST PARK DRIVE
HARRISBURG, PA 17111 USA                            $4,924.93

GAZPROMBANK (JOINT STOCK COMPANY)
NAMETKINA STREET,16-1
117420 MOSCOW, RUSSIAN FEDERATION                   $4,912.64

CONNEXUS CREDIT UNION
2600 PINE RIDGE BOULEVARD
WAUSAU, WI 54401 USA                                $4,905.29

BANKFINANCIAL
VISA CHECK CARD FRAUD DEPARTMENT
48 ORLAND SQUARE DR.
ORLAND PARK, IL 60462                               $4,902.05

BRIDGEWAY FEDERAL CREDIT UNION
71 DUTCHESS TURNPIKE - 44 PLAZA
POUGHKEEPSIE, NY 12603-6422 USA                     $4,885.40

OPEN JOINT STOCK COMPANY 'BANK URALSI B'
PROFSOUZNAYA STREET 56
MOSCOW RUSSIAN FEDERATION 117393                    $4,881.07

FREMONT BANK
25151 CLAWITER ROAD
HAYWARD,CALIFORNIA U.S.A. 94545                     $4,870.42

COOSA PINES FEDERAL CREDIT UNION
33710 US HIGHWAY 280
CHILDERSBURG, AL 35044 USA                          $4,860.05

SHINHAN BANK AMERICA
330 FIFTH AVENUE 4TH FLOOR
NEW YORK,NEW YORK U.S.A. 10001                      $4,840.79

THE QUEENSTOWN BANK OF MARYLAND
7101 MAIN STREET
QUEENSTOWN, MD 21658 USA                            $4,839.18

JAX FEDERAL CREDIT UNION
562 PARK STREET
JACKSONVILLE,FLORIDA U.S.A. 32204                   $4,838.21

GCS CREDIT UNION
3970 MARYVILLE ROAD
GRANITE CITY, IL 62040 USA                          $4,831.93

BULLDOG FEDERAL CREDIT UNION
580 NORTHERN AVE
HANGERSTOWN, MD 21742                               $4,828.27

CENTER NATIONAL BANK
301 NORTH RAMSEY AVENUE
LITCHFIELD, MN 55355 USA                            $4,826.52

SBERBANK OF RUSSIA
19 VAVILOVA STR.
MOSCOW RUSSIAN FEDERATION 117997                    $4,821.88


NEW JERSEY LAW AND PUBLIC SAFETY CREDIT UNION
225 EAST STATE STREET
TRENTON, NJ 8666 USA                                $4,807.87

PACIFIC SERVICE CREDIT UNION
2850 SHADELANDS DRIVE
WALNUT CREEK,CALIFORNIA U.S.A. 94598                $4,806.87

RTN FEDERAL CREDIT UNION
600 MAIN STREET
WALTHAM, MA 02452-5537 USA                          $4,800.71

CRANE CREDIT UNION
1 WEST GATE DRIVE
ODON, IN 47562 USA                                  $4,783.54


CRDB BANK LIMITED
4TH FLOOR
ACCOMMODATION SCHEME BUILDING AZIKIWE STREET
DAR ES SALAAM,   UNITED REP. OF TANZANIA            $4,770.43

LEGACY TEXAS BANK
E 707 ARAPAHO RD
RICHARDSON TX 75081                                 $4,764.53

AMERICAN TRUST BANK OF EAST TENNESSEE
256 MEDICAL PARK DRIVE
LENOIR CITY, TN 37771 USA                        $4,759.22

CFCU COMMUNITY CREDIT UNION
1030 CRAFT RD
ITHACA NY 14850                                  $4,755.42

FIRST ATLANTIC FEDERAL CREDIT UNION
468 INDUSTRIAL WAY WEST
EATONTOWN, NJ 7724 USA                           $4,754.93

PICATINNY FEDERAL CREDIT UNION
100 MINERAL SPRINGS DRIVE
DOVER, NJ 7801 USA                               $4,750.94

SOMERSET TRUST COMPANY
151 WEST MAIN STREET
SOMERSET PA 15501                                $4,744.41

WILDFIRE CREDIT UNION
6640 BAY ROAD
SAGINAW, MI 48604 USA                            $4,741.91

GREENEVILLE FEDERAL BANK, FSB
130 W. SUMMER STREET
GREENVILLE,TENNESSEE U.S.A. 37743                $4,737.51

TMG FINANCIAL SERVICES, INC.
1500 NW 118TH STREET
CLIVE IA 50325                                   $4,733.65

TENNESSEE VALLEY FEDERAL CREDIT UNION
715 MARKET STREET
CHATTANOOGA, TN 37402 USA                        $4,727.10

CATHAY UNITED BANK
7, SONG REN ROAD
TAIPEI, 110
TAIWAN                                           $4,724.33

AMERICHOICE FEDERAL CREDIT UNION
20 SPORTING GREEN DRIVE
MECHANICSBURG, PA 17050 USA                      $4,713.99

UNKNOWN                                                    $4,713.04

BAIDURI BANK BHD
BLK A, UNIT 1-4, KIARONG COMPLEX
LEBUHRAYA SULTAN HASSANAL BOLKIAH
BANDAR SERI BEGAWAN,  BE 1318 BRUNEI DARUSSALAM            $4,704.49
PEOPLES TRUST COMPANY
888 DUNSMUIR STREET
SUITE #1400
VANCOUVER BC V6C 3K4, CANADA                               $4,699.97

HALLMARK TRUST LTD
COURTYARD PLAZA LEEWARD HWY PROVIDENCIALES
TURKS & CAICOS ISLES BWI                                   $4,693.53
CENTRAL NATIONAL BANK & TRUST CO., OF ENID
324 WEST BROADWAY
ENID, OK 73701 USA                                         $4,688.99
RAIFFEISEN BANK INTERNATIONAL AG
AM STADTPARK 9
VIENNA,  1030 AUSTRIA                                      $4,680.16
POINT WEST CREDIT UNION
718 NORTHEAST 12TH AVENUE
PORTLAND,OREGON U.S.A. 97232                               $4,679.26
OXFORD FEDERAL CREDIT UNION
P.O. BOX 252
MEXICO,MAINE U.S.A. 04257-0252                             $4,677.34
FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF
PORT ANGELES
105 WEST 8TH STREET
PORT ANGELES, WA 98362 USA                                 $4,672.41
JM ASSOCIATES FEDERAL CREDIT UNION
9987 PRITCHARD ROAD
JACKSONVILLE, FL 32219 USA                                 $4,660.34

| | |
|---|---|
| COMMONWEALTH ONE FEDERAL CREDIT UNION<br>4875 EISENHOWER AVENUE #100<br>ALEXANDRIA, VA 22304-0797 USA | $4,642.97 |
| AUBURN BANK<br>132 NORTH GAY STREET<br>P. O. BOX 3110<br>AUBURN,ALABAMA U.S.A. 36830 | $4,640.58 |
| BANCO DEL PAIS S.A.<br>EDIFICIO TORRE DEL PAíS<br>BOULEVARD JOSé ANTONIO PERAZA<br>SAN PEDRO SULA,   HONDURAS | $4,623.80 |
| PROVIDENT STATE BANK, INC.<br>239 MAIN ST.<br>PRESTON,MARYLAND U.S.A. 21625 | $4,611.59 |
| USX FEDERAL CREDIT UNION<br>1293 FREEDOM ROAD<br>CRANBERRY, PA 16066 USA | $4,607.97 |
| WESTBURY BANK<br>200 SOUTH MAIN ST<br>WEST BEND WI 53095 | $4,607.33 |
| FORT BRAGG FEDERAL CREDIT UNION<br>1638 SKIBO ROAD<br>FAYETTEVILLE, NC 28303 USA | $4,597.74 |
| MBANK S.A.<br>PIOTRKOWSKA 148/150<br>LODZ POLAND 90-063 | $4,589.98 |
| UNION BANK AND TRUST COMPANY<br>3643 SOUTH 48TH STREET<br>LINCOLN, NE 68506 USA | $4,585.92 |
| DAY AIR CREDIT UNION, INC.<br>3501 WILMINGTON PIKE<br>KETTERING, OH 45429 USA | $4,584.22 |
| UNKNOWN | $4,574.16 |

BANCO POPULAR Y DE DESARROLLO COMUNAL
50 METROS OESTE DE LA MUNICIPALIDAD DE
GOICOECHEA, SAN JOSE
SAN JOSE, COSTA RICA 10190-1000                         $4,573.65

JETSTREAM FCU
6600 COW PEN ROAD
MIAMI LAKES, FL 33014                                   $4,572.75

ARMENIAN CARD
G. NJDEH 32/1
YEREVAN ARMENIA 0026                                    $4,561.70

DENIZBANK AS
AYAZAGA MH. MASLAK YOLU NO5 AYAZAGA SISLI
ISTANBUL TURKEY 34396                                   $4,555.28

RAIFFEISEN BANK POLSKA S.A.
ULICA PIEKNA 20
WARSZAWA,  00 549 POLAND                                $4,538.48

TELCO COMMUNITY CREDIT UNION
712 NEW LEICESTER HIGHWAY
ASHEVILLE,NORTH CAROLINA U.S.A. 28806                   $4,535.24

ENVISION CREDIT UNION
440 NORTH MONROE STREET
TALLAHASSEE, FL 32301 USA                               $4,534.48

HSBC BANK MALTA PLC
116, ARCHBISHOP STREET
VALLETTA,  VLT 1444 MALTA                               $4,534.27

CAYMAN NATIONAL BANK LTD
200 ELGIN AVENUE
P.O. BOX 1097
GRAND CAYMAN KY1-1102, CAYMAN ISLANDS                   $4,527.34

CAPITOL CREDIT UNION
ATTN: BRIAN DUCIAUME
11902A BURNET ROAD
AUSTIN, TEXAS 78758.                                    $4,518.24

BANK OF CLARKE COUNTY
2 EAST MAIN STREET
BERRYVILLE,VIRGINIA U.S.A. 22611                           $4,517.88
CASTPARTS EMPLOYEES FEDERAL CREDIT UNION
8120 SOUTH EAST LUTHER ROAD
PORTLAND, OR 97206 USA                                     $4,516.16
SOLVAY BANK
1537 MILTON AVENUE
SOLVAY, NY 13209 USA                                       $4,515.71
THE BANK OF N.T. BUTTERFIELD & SON, LTD.
65 FRONT STREET
HAMILTON HM 11,   BERMUDA                                  $4,514.26
ENERGY CAPITAL CREDIT UNION
700 LEELAND SUITE 100
HOUSTON,TEXAS U.S.A. 77252                                 $4,509.64
SLOVENIAN SAVINGS & LOAN ASSOCIATION OF FRANKLIN-
CONEMAUGH
361 FIRST STREET
CONEMAUGH, PA 15909                                        $4,486.12
BENDIGO AND ADELAIDE BANK LIMITED
ACCESS & PAYMENT SYSTEMS 22 - 44 BATH LANE
BENDIGO
VIC AUSTRALIA 3550                                         $4,485.57
NEW PEOPLES BANK, INC.
102 GENT DRIVE
HONAKER,VIRGINIA U.S.A. 24260                              $4,481.38
THE NATIONAL BANK OF INDIANAPOLIS
107 N. PENNSYLVANIA STE 400
INDIANAPOLIS,INDIANA U.S.A. 46204                          $4,472.39
GREATER NEW ORLEANS FEDERAL CREDIT UNION
3105 LIME STREET
METAIRIE,LOUISIANA U.S.A. 70006                            $4,467.19

CLACKAMAS FEDERAL CREDIT UNION
270 WARNER MILNE ROAD
OREGON CITY,OREGON U.S.A. 97045                $4,467.06

CHARLOTTE METRO CREDIT UNION
718 CENTRAL AVENUE
CHARLOTTE,NORTH CAROLINA U.S.A. 28204          $4,441.47

BRYANT STATE BANK
PO BOX 5085
SIOUX FALLS, SD 57117-5085                     $4,439.71

THE DIME SVGS. BANK OF WILLIAMSBURGH
209 HAVEMEYER STREET
BROOKLYN, NY 11211 USA                         $4,437.26

TATRA BANKA A.S.
BRATISLAVA 55
SLOVAKIA 85005                                 $4,434.22

CENTRAL JERSEY FEDERAL CREDIT UNION
380 BERRY ST.
WOODBRIDGE,NEW JERSEY U.S.A. 07095             $4,424.63


MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION
56-18 69TH STREET
MASPETH, NY 11378 USA                          $4,419.41

VOLKSWAGEN BANK GMBH
GIFHORNER STRASSE 57
BRAUNSCHWEIG,  38112 GERMANY                    $4,412.06

VISION BANK, NATIONAL ASSOCIATION
101 E. MAIN STREET
ADA,OKLAHOMA U.S.A. 74820                       $4,403.92

POSTE ITALIANE
VIALE EUROPA 175
ROMA ITALY 00144                                $4,393.45

CADENCE BANK, N.A.
2100 THIRD AVENUE NORTH
BIRMINGHAM, AL 35203 USA                        $4,390.90

AL RAJHI BANKING & INVESTMENT CORP.
CARDS OPERATIONS DEPARTMENT
AKARIAH PHASE 3, OLAYA,
P. O. BOX 28
RIYADH, SAUDI ARABIA 11411                          $4,390.09

FLORIDA HOSPITAL CREDIT UNION
601 E. ROLLINS STREET
ORLANDO,FLORIDA U.S.A. 32803                        $4,389.33

FOOTHILLS CREDIT UNION
7990 W ALAMEDA AVENUE
LAKEWOOD,COLORADO U.S.A. 80226                      $4,377.71


AGRICULTURE FEDERAL CREDIT UNION
P. O. BOX 44367
WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20026-4367   $4,372.45

CREDIMAX BSC
BUILDING NO 858 ROAD NO 3616
MANAMA BAHRAIN                                       $4,368.80

VONS EMPLOYEES FEDERAL CREDIT UNION
4455 ARDEN DRIVE
EL MONTE,CALIFORNIA U.S.A. 91731                     $4,360.26

FIRST LIBERTY BANK
9601 N. MAY AVE.
OKLAHOMA CITY,OKLAHOMA U.S.A. 73120                  $4,347.17

HATBORO FEDERAL SAVINGS
221 SOUTH YORK ROAD
HARTBORO,PENNSYLVANIA U.S.A. 19040                   $4,346.20

SABATTUS REGIONAL CREDIT UNION
P. O. BOX 250
2 MIDDLE ROAD
SABATTUS,MAINE U.S.A. 04280                          $4,344.59

UNITED TELETECH FINANCIAL FEDERAL CREDIT UNION
205 HANCE AVE
TINTON FALLS, NJ 07724                                  $4,338.21
PROPONENT FEDERAL CREDIT UNION
536 WASHINGTON AVENUE
NUTLEY,NEW JERSEY U.S.A. 07110                          $4,324.08
SCIENT FEDERAL CREDIT UNION
60 COLVER AVENUE
GROTON, CT 6340 USA                                     $4,320.89

BANCO BILBAO VIZCAYA ARGENTARIA URUGUAY S.A.
25 DE MAYO 401
MONTEVIDEO,  11 URUGUAY                                 $4,316.35
DUGOOD FEDERAL CREDIT UNION
4008 NORTH TWIN CITY HIGHWAY
NEDERLAND, TX 77627 USA                                 $4,316.28
UNKNOWN                                                 $4,312.12
GREAT LAKES BANKERS BANK
300 WEST WILSON BRIDGE ROAD, SUITE 220
WORTHINGTON, OH 43085                                   $4,308.77
THE GULF BANK K.S.C.
MUBARAK AL KABIR STREET SAFAT
KUWAIT CITY,   KUWAIT                                   $4,292.49
FAIRLESS CREDIT UNION
1900 S. PENNSYLVANIA AVE
MORRISVILLE, PA 19067                                   $4,266.58
JOINT STOCK COMPANY ALFA-BANK
11 M PORYVAEVA STR.
MOSCOW,  107078 RUSSIAN FEDERATION                      $4,262.95
SUPERIOR CREDIT UNION
GERMANTOWN PIKE & CROSSKEYS ROAD
COLLEGEVILLE, PA 19426 USA                              $4,257.48

| | |
|---|---|
| GENERAL ELECTRIC CREDIT UNION<br>10485 READING ROAD<br>CINCINNATI, OH 45241 USA | $4,254.99 |
| TEXAS STATE BANK<br>2201 SHERWOOD WAY<br>SAN ANGELO,TEXAS U.S.A. 76902 | $4,252.21 |
| FISCAL CREDIT UNION<br>P. O. BOX 251029<br>GLENDALE,CALIFORNIA U.S.A. 91225-1029 | $4,252.17 |
| PULSE NETWORK LLC<br>1301 MCKINNEY SUITE 2500<br>HOUSTON TX 77010 | $4,243.17 |
| FIRST INTERNET BANK OF INDIANA<br>7820 INNOVATION BLVD SUITE 210<br>INDIANAPOLIS,INDIANA U.S.A. 46278 | $4,240.65 |
| ACADEMY BANK, NATIONAL ASSOCIATION (SUNBANK)<br>2835 BRIARGATE BLVD.<br>COLORADO SPRINGS, CO 80920 USA | $4,230.29 |
| CAIXA ECONOMICA MONTEPIO GERAL<br>RUA DO OURO 219-241<br>LISBOA,  1100 PORTUGAL | $4,228.61 |
| METROPOLITAN COMMERCIAL BANK<br>99 PARK AVENUE, 4TH FLOOR<br>NEW YORK, NY 10016 USA | $4,214.34 |
| DSK BANK PLC<br>19, MOSKOVSKA STR.<br>SOFIA, BULGARIA 1036 | $4,209.37 |
| CITIZENS NATIONAL BANK OF TEXAS<br>200 N. ELM ST<br>WAXAHACHIE,TEXAS U.S.A. 75165 | $4,207.56 |
| BANKER'S BANK OF KANSAS<br>555 NORTH WOODLAWN STREET<br>WICHITA, KS 67208 USA | $4,201.19 |

CPORT CREDIT UNION
50 RIVERSIDE INDUSTRIAL PARKWAY
PORTLAND, ME 4103 USA                                    $4,197.00

S.F. POLICE CREDIT UNION
2550 IRVING STREET
SAN FRANCISCO, CA 94122 USA                             $4,178.53

ALTAONE FEDERAL CREDIT UNION
701 SOUTH CHINA LAKE BOULEVARD
RIDGECREST, CA 93555 USA                                $4,177.51

FIRST BANK
112 WEST KING STREET
STRASBURG, VA 22657 USA                                 $4,175.86

HEALTHCARE SYSTEMS FEDERAL CREDIT UNION
3300 GALLOWS ROAD
FALLS CHURCH, VA 22042 USA                              $4,175.62

CHINA MINSHENG BANKING CORP.,LTD -
RISK MGMT DEPT.
5/F, UNIT A2, OFFICE BLDG 9, NO. 6 YARD, HAIYING ROAD,
FENGTAI DISTRICT BEIJING, CHINA, PEOPLES REP. OF
100070                                                  $4,166.70

RELIANT FEDERAL CREDIT UNION
4015 PLAZA DRIVE
CASPER,WYOMING U.S.A. 82604                             $4,164.00

121 FINANCIAL CREDIT UNION
9700 TOUCHTON RD
JACKSONVILLE, FL 32246                                  $4,161.81

CHARTER OAK FEDERAL CREDIT UNION
32 CHICAGO AVENUE
GROTON, CT 6340 USA                                     $4,158.62

MIDDLESEX SAVINGS BANK
PO BOX 5210
WESTBOROUGH, MA 01581                                   $4,141.37

CAMBRIDGE SAVINGS BANK
BANK OPERATIONS
1374 MASSACHUSETTS AVENUE
CAMBRIDGE MA 02238                          $4,123.28

BANCO FALABELLA PERU S.A.
CALLE CHINCHON NO. 1060 SAN ISIDRO
LIMA,   PERU                                $4,114.51

GUARANTY BANK AND TRUST COMPANY
1331 17TH STREET
DENVER,COLORADO U.S.A. 80202               $4,112.44

BANCO DE ORO UNIBANK, INC.
12 ADB AVENUE, ORTIGAS CENTER,
MANDALUYONG CITY,  METRO
MANILA,   PHILIPPINES                       $4,110.49

QUALSTAR CREDIT UNION
2115 152ND AVENUE NE
REDMOND,WASHINGTON U.S.A. 98052            $4,109.86

WOORI AMERICA BANK
1250 BROADWAY
NEW YORK, NY 10001 USA                      $4,099.71

SILVER STATE SCHOOLS CREDIT UNION
P.O.BOX 12037
LAS VEGAS,NEVADA U.S.A. 89112-2037         $4,094.61

INTERBANK - BANCO INTERNACIONAL DEL PERU
AV. RIVERA NAVARRETE 791 PISO 2,
SAN ISIDRO LIMA, PERU L-27                  $4,086.33

PACIFIC NW FEDERAL CREDIT UNION
12106 NORTHEAST MARX STREET
PORTLAND, OR 97220 USA                      $4,085.65

FIRST PEOPLES COMMUNITY FEDERAL CREDIT UNION
153 BALTIMORE STREET
CUMBERLAND, MD 21502 USA                    $4,076.93

RESOURCE BANK, N.A.
555 BETHANY ROAD
DE KALB,ILLINOIS U.S.A. 60115                          $4,076.54

BANCO AGROMERCANTIL S.A.
7MA. AVENIDA 7-30 ZONA 9 EDIFICIO BANCO
AGROMERCANTIL
GUATEMALA GUATEMALA 01009                             $4,049.63

STATE BANK OF INDIA
PAYMENT SYSTEM GROUP
GLOBAL IT CENTRE SECTOR 11, CBD BELAPUR NAVI
MUMBAI, INDIA 400614                                  $4,049.23

SELECT BANK & TRUST COMPANY
700 WEST CUMBERLAND STREET
DUNN, NC 28334 USA                                    $4,043.74

CHRISTIAN FINANCIAL CREDIT UNION
18441 UTICA ROAD
ROSEVILLE, MI 48066 USA                               $4,031.83

PIEDMONT ADVANTAGE CREDIT UNION
3810 N LIBERTY STREET
WINSTON-SALEM,NORTH CAROLINA U.S.A. 27105             $4,028.43

WAVE FEDERAL CREDIT UNION
480 GREENWICH AVE.
WARWICK,RHODE ISLAND U.S.A. 02886                     $4,026.34

ORIENT CORPORATION
2-1, KOJIMACHI 5 CHOME CHIYODA-KU
TOKYO JAPAN 102-8503                                  $4,023.22

RED CANOE CREDIT UNION
P.O. BOX 3020
LONGVIEW,WASHINGTON U.S.A. 98632                      $4,010.92

CITIZENS STATE BANK
209 8TH ST.
SOMMERVILLE,TEXAS U.S.A. 77879                        $4,004.18

360 FEDERAL CREDIT UNION
191 ELLA GRASSO TURNPIKE
WINDSOR LOCKS, CT 6096 USA                          $4,001.12

METRO CREDIT UNION
200 REVERE BEACH PARKWAY
CHELSEA, MA 02150-9001 USA                          $3,994.19

OCEANSIDE CHRISTOPHER FEDERAL CREDIT UNION
45 ATLANTIC AVENUE
OCEANSIDE, NY 11572 USA                             $3,992.24

AMERICA'S FIRST FCU
1200 4TH AVE N
BIRMINGHAM AL 35203-1631                            $3,987.05

RAIFFEISENBANK A.S.
HVEZDOVA 1716/2B
PRAGUE 4,  14078 CZECH REPUBLIC                     $3,981.37

ALIGN CREDIT UNION
40 MARKET STREET
LOWELL, MA 1852 USA                                 $3,971.54

BANK HANDLOWY W WARSZAWIE S.A.
CARDS OPERATIONS SENATORSKA 16
WARSAW POLAND 00923                                 $3,967.68

THE CHESAPEAKE BANK AND TRUST COMPANY
245 HIGH STREET
CHESTERTOWN,MARYLAND U.S.A. 21620                   $3,966.49

ALLSOUTH FEDERAL CREDIT UNION
6923 NORTH TRENHOLM ROAD
COLUMBIA, SC 29206 USA                              $3,962.05

PEOPLES BANK
418 GROVER STREET
LYNDEN, WA 98264 USA                                $3,960.21

ALOHA PACIFIC CREDIT UNION
2200 KAMEHAMEHA
HONOLULU,HAWAII U.S.A. 96819                        $3,944.90

| | |
|---|---|
| MATANUSKA VALLEY FCU<br>1020 SOUTH BAILEY STREET<br>PALMER,ALASKA U.S.A. 99645 | $3,942.09 |
| UNKNOWN | $3,935.86 |
| COLUMBIA COMMUNITY CREDIT UNION<br>200 SOUTHEAST PARK PLAZA DRIVE<br>VANCOUVER,WASHINGTON U.S.A. 98684 | $3,933.02 |
| IDEAL CREDIT UNION<br>8499 TAMARACK ROAD<br>WOODBURY, MN 55125 USA | $3,918.91 |
| JORDAN CREDIT UNION<br>9260 SOUTH 300<br>EAST SANDY,UTAH U.S.A. 84070 | $3,918.35 |
| THE PEOPLES BANK OF BULLITT COUNTY<br>ATTN: SANDY HURST<br>P O BOX 247<br>SHEPHERDSVILLE, KY 40165-0247 | $3,911.55 |
| CANYON STATE CREDIT UNION<br>3440 WEST DEER VALLEY ROAD<br>PHOENIX, AZ 85027 USA | $3,911.34 |
| SECTION 705 FEDERAL CREDIT UNION<br>1455 WEST WILLOW STREET<br>LAFAYETTE, LA 70506 USA | $3,908.44 |
| RIEGEL FEDERAL CREDIT UNION<br>515 MILFORD WARREN GLEN ROAD<br>MILFORD, NJ 8848 USA | $3,898.92 |
| BANCO LAFISE BANCENTRO, S.A.<br>EDIF. BANCENTRO,<br>KILOMETRO 4-1/2 CARRETERA A MASAYA.<br>MANAGUA,  NICARAGUA | $3,896.63 |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY FEDERAL<br>CREDIT UNION<br>700 TECHNOLOGY SQUARE<br>CAMBRIDGE, MA 2139 USA | $3,890.26 |

UNITY BANK
64 OLD HIGHWAY 22
CLINTON, NJ 8809 USA                                             $3,882.60
SUSQUESHANNA VALLEY FEDERAL CREDIT UNION
3850 HARTZDALE DR.
CAMP HILL,PENNSYLVANIA U.S.A. 17011                              $3,864.07
UNKNOWN                                                          $3,863.03
ESSENTIAL FEDERAL CREDIT UNION
21925 HIGHWAY 1 SOUTH
PLAQUEMINE, LA 70764 USA                                         $3,856.28
PREMIER MEMBERS FEDERAL CREDIT UNION
5495 ARAPAHOE AVENUE
BOULDER,COLORADO U.S.A. 80303                                    $3,854.90
SANTANDER CONSUMER BANK AG
SANTANDER-PLATZ 1
MOENCHENGLADBACH,  41061 GERMANY                                 $3,851.34
DUBAI ISLAMIC BANK
AL MAKTOUM STREET NEAR CLOCK TOWER R/A
DUBAI,   UNITED ARAB EMIRATES                                    $3,848.33
NEW WINDSOR STATE BANK
213 MAIN STREET
NEW WINDSOR, MD 21776 USA                                        $3,840.34
CITIBANK BERHAD
28 MEDAN PASAR
KUALA LUMPUR,  50050 MALAYSIA                                    $3,834.03
NUEVO BANCO DE ENTRE RIOS (BERSA)
GERENTE TARJETAS DE CREDITO 128 MONTE CASEROS
PARANA,
ENTRE RIOS ARGENTINA 3100                                        $3,821.88
CENTRAL MAINE FEDERAL CREDIT UNION
1000 LISBON STREET
LEWISTON, ME 04240-1746 USA                                      $3,814.11

| | |
|---|---|
| EDUCATION FIRST FCU<br>P O BOX 26751<br>BEAUMONT, TEXAS 77720-6751 | $3,803.04 |
| BURGAN BANK S.A.K.<br>MANAGER CARD OPERATION AL SHARQ - ABDULLAH AL AHMED ST<br>AL SAFAT KUWAIT 12170 | $3,802.02 |
| NEW HORIZONS CREDIT UNION<br>6320 AIRPORT BOULEVARD<br>MOBILE, AL 36608 USA | $3,799.64 |
| BANK AL ETIHAD<br>PRINCE SHAKER BIN ZAID STREET SHMEISANI<br>AMMAN,  JORDAN | $3,779.54 |
| WESTAMERICA BANK<br>1108 FIFTH AVENUE<br>SAN RAFAEL, CA 94901 USA | $3,777.62 |
| TSB BANK PLC.<br>6TH FLOOR 155 BISHOPSGATE<br>LONDON UNITED KINGDOM EC2M 3YB | $3,767.86 |
| BANKINTER S.A.<br>PASEO DE LA CASTELLANA 29<br>28046 MADRID, SPAIN | $3,766.80 |
| SOUTHWEST AIRLINES FEDERAL CREDIT UNION<br>2430 SHORECREST DRIVE<br>DALLAS, TX 75235 USA | $3,764.56 |
| MONEY ONE FEDERAL CREDIT UNION<br>9800 TECHNOLOGY WAY<br>LARGO, MD 20774 USA | $3,760.20 |
| EARTHMOVER CREDIT UNION<br>2195 BASELINE ROAD<br>OSWEGO, IL 60543 USA | $3,755.13 |
| HARBORSTONE CREDIT UNION<br>9611 GRAVELLY LAKE DR SOUTHWEST<br>LAKEWOOD, WA 98499 USA | $3,753.08 |

| | |
|---|---|
| UNKNOWN | $3,749.03 |
| PRIMEWAY FEDERAL CREDIT UNION | |
| 12811 NORTHWEST FREEWAY | |
| HOUSTON, TX 77040 USA | $3,746.71 |
| CONSUMERS CREDIT UNION | |
| 7040 STADIUM DRIVE | |
| KALAMAZOO MI 49009 | $3,745.09 |
| BANK OF CLEVELAND | |
| 75 FIRST STREET, NORTHWEST | |
| CLEVELAND, TN 37320 USA | $3,742.08 |
| POPA FEDERAL CREDIT UNION | |
| 13304 E ALONDRA BLVD | |
| CERRITOS,CALIFORNIA U.S.A. 90703 | $3,718.63 |
| AS MERIDIAN TRADE BANK | |
| MANAGER PAYMENT CARD DEPARTMENT ELIZABETES 57 | |
| RIGA LATVIA LV-1772 | $3,715.00 |
| FIRE POLICE CITY COUNTY FEDERAL CREDIT UNION | |
| 3306 N. CLINTON ST. | |
| FT. WAYNE,INDIANA U.S.A. 46805 | $3,708.10 |
| FRANKLIN-SOMERSET FEDERAL CREDIT UNION | |
| 26 LEAVITT ST. | |
| SKOWHEGAN,MAINE U.S.A. 04976 | $3,698.35 |
| ATTICA BANK S.A. | |
| 23 OMIROU STREET | |
| ATHENS,  10672 GREECE | $3,684.75 |
| BANK OF LOUISIANA | |
| VICE PRESIDENT CREDIT CARDS | |
| 3340 SEVERN AVE | |
| METAIRIE LA 70002 | $3,679.17 |
| THE FIDELITY DEPOSIT AND DISCOUNT BANK | |
| 338 NORTH WASHINGTON AVENUE | |
| SCRANTON,PENNSYLVANIA U.S.A. 18503 | $3,677.32 |

| | |
|---|---|
| SANTA CRUZ COMMUNITY CREDIT UNION<br>512 FRONT STREET<br>SANTA CRUZ, CA 95060 USA | $3,675.18 |
| COMMUNITY NATIONAL BANK<br>ROUTE 5<br>DERBY, VT 5829 USA | $3,664.53 |
| RIVER CITY BANK<br>2485 NATOMAS PARK DRIVE<br>SACRAMENTO, CA 95833 USA | $3,649.07 |
| HERITAGE GROVE FEDERAL CREDIT UNION<br>631 WINTER STREET NORTHEAST<br>SALEM, OR 97301 USA | $3,646.60 |
| COMMUNITY RESOURCE CREDIT UNION<br>2900 DECKER DRIVE<br>BAYTOWN, TX 77520 USA | $3,644.78 |
| FIRST FIDELITY BANK, NATIONAL ASSOCIATION<br>5100 NORTH CLASSEN BOULEVARD SUITE 500<br>OKLAHOMA CITY,OKLAHOMA U.S.A. 73118 | $3,638.28 |
| THE BANK OF TESCOTT<br>104 S. MAIN STREET<br>TESCOTT,KANSAS U.S.A. 67484 | $3,637.63 |
| J.S.C.B. BANK STANDARD<br>4 AZERBAIJAN AVE.<br>BAKU AZERBAIJAN AZ1005 | $3,635.85 |
| INOVA FEDERAL CREDIT UNION<br>358 SOUTH ELKHART AVENUE<br>ELKHART, IN 46516 USA | $3,621.75 |
| GLENDALE AREA SCHOOLS FEDERAL CREDIT UNION<br>P. O. BOX 556<br>MONTROSE,CALIFORNIA U.S.A. 91020 | $3,611.42 |
| EASTHAMPTON SAVINGS BANK<br>36 MAIN STREET<br>EASTHAMPTON,MASSACHUSETTS U.S.A. 01027 | $3,610.71 |

LANDINGS CREDIT UNION
2800 SOUTH MILL AVENUE
TEMPE, AZ 85282 USA                                        $3,605.92

SALAL CREDIT UNION
1515 DEXTER AVENUE
NORTH SEATTLE,WASHINGTON U.S.A. 98109                      $3,601.10

FIRST COMMUNITY CREDIT UNION
17151 CHESTERFIELD AIRPORT ROAD
CHESTERFIELD, MO 63005 USA                                $3,600.18

COASTLINE FEDERAL CREDIT UNION
4651 EMERSON STREET
JACKSONVILLE, FL 32207 USA                                $3,600.18


UNABLE TO DETERMINE - MULTIPLE BANKS SAME NAME            $3,568.96

BONUSCARD.CH AG
POSTFACH ZURICH, SWITZERLAND 8021                         $3,563.63

CESKOSLOVENSKA OBCHODNI BANKA A.S.
RADLICKA 333/150
PRAGUE,  150 57 CZECH REPUBLIC                            $3,558.22

THE FIRST NATIONAL BANK OF EAGLE LAKE
100 COMMERCE STREET
EAGLE LAKE,TEXAS U.S.A. 77434                             $3,557.79

BAR HARBOR BANK & TRUST
82 MAIN STREET
BAR HARBOR, ME 4609 USA                                   $3,544.01

BP FEDERAL CREDIT UNION
580 WESTLAKE PARK BOULEVARD SUITE 150
HOUSTON, TX 77079 USA                                     $3,541.82

CATALYST CORPORATE FEDERAL CREDIT UNION
6801 PARKWOOD BLVD
PLANO,TEXAS U.S.A. 75024                                  $3,541.54

DEPARTMENT OF COMMERCE FCU
14TH AND CONSTITUTION AVENUE ROOM B841A
WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20044              $3,540.42

KASIKORNBANK PUBLIC COMPANY LTD.
47/7 MOO 3 TAMBON BANMAI AMPHUR PAKKRET
NONTHABURI, THAILAND 11120                    $3,539.83

VERIDIAN CREDIT UNION
P. O. BOX 6000
WATERLOO,IOWA U.S.A. 50704                    $3,536.38

BANCO INTERNACIONAL DEL PERU
AV. RIVERA NAVARRETE 791
SAN ISIDRO
LIMA LIMA 27, PERU                            $3,530.15

T.C. ZIRAAT BANKASI A.S.
GIRNE MAHALLESI NARLIDERE CADDESI NO:55
ISTANBUL, TURKEY 34840                        $3,529.48

WICHITA FEDERAL CREDIT UNION
3730 WEST 13TH STREET
WICHITA,KANSAS U.S.A. 67203                   $3,528.07

U. S. EAGLE FEDERAL CREDIT UNION (U.S. NEW MEXICO
FCU)
3939 OSUNA ROAD NORTHEAST
ALBUQUERQUE, NM 87109 USA                     $3,524.61

BAYCOAST BANK
30 BEDFORD STREET
FALL RIVER, MA 2721 USA                       $3,522.68

CHANGING SEASONS FCU (BANGOR HYDRO FCU)
193 BROAD STREET
BANGOR,MAINE U.S.A. 04401                     $3,514.48

TUSCALOOSA COUNTY CREDIT UNION
2615 6TH STREET
TUSCALOOSA,ALABAMA U.S.A. 35401               $3,513.04

HIGHMARK FEDERAL CREDIT UNION
725 FIFTH STREET
RAPID CITY, SD 57701-3604 USA                 $3,501.21

BANK OF EAST ASIA LIMITED
33/F, BEA TOWER MILLENNIUM CITY 5 KOWLOON
HONG KONG 100125                                           $3,485.45

MARKET USA FEDERAL CREDIT UNION
8871 GERMAN ROAD
LAUREL,MARYLAND U.S.A. 20723                               $3,482.97

PT BANK MANDIRI (PERSERO), TBK.
PLAZA MANDIRI, FLOOR 11TH JL. JEND GATOT SUBROTO
KAV. 36-38
JAKARTA, INDONESIA 12190                                   $3,473.01

SOUTHLAND CREDIT UNION
8545 FLORENCE AVENUE
DOWNEY,CALIFORNIA U.S.A. 90241-7022                        $3,472.56

LINCONE FEDERAL CREDIT UNION
4638 W STREET
LINCOLN, NE 68503-2833 USA                                 $3,470.37

EL PASO AREA TEACHERS FEDERAL CREDIT UNION
12020 ROJAS DRIVE
EL PASO, TX 79936 USA                                      $3,466.11

BROWARD HEALTHCARE FEDERAL CREDIT UNION
2350 WEST COMMERCIAL BOULEVARD
FORT LAUDERDALE,FLORIDA U.S.A. 33309                       $3,465.78

LAKE CITY BANK
202 EAST CENTER STREET
WARSAW, IN 46580 USA                                       $3,459.02

HEALTHFIRST FEDERAL CREDIT UNION
9 QUARRY ROAD
WATERVILLE,MAINE U.S.A. 04901                              $3,450.42

TRUMARK FINANCIAL CREDIT UNION
1000 NORTHBROOK DRIVE
TREVOSE, PA 19053 USA                                      $3,449.69

FORT GORDON AND COMMUNITY CREDIT UNION
BUILDING
36305 AVE OF THE STATES AT 37TH
FORT GORDON, GA 30905 USA                                $3,449.64

VIBRANT CREDIT UNION (DHCU COMM CREDIT UNION)
1900 52ND AVENUE
MOLINE,ILLINOIS U.S.A. 61265                              $3,445.03

FIRST FINANCIAL BANK, NATIONAL ASSOCIATION
ONE FIRST FINANCIAL PLAZA
TERRE HAUTE, IN 47807 USA                                $3,441.01

MENLO SURVEY FEDERAL CREDIT UNION
345 MIDDLEFIELD ROAD
MENLO PARK, CA 94025 USA                                 $3,437.12

COMMERCIAL INTERNATIONAL BANK (EGYPT)
2 ELHEGAZ ST
CEDARE BLDG HELIOPOLIS
CAIRO EGYPT 11757                                        $3,433.76

PROVIDENT SAVINGS BANK, FSB
3756 CENTRAL AVENUE
RIVERSIDE,CALIFORNIA U.S.A. 92506                        $3,432.10

ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG
GRABEN 21
WIEN,  1010 AUSTRIA                                      $3,431.89

NATIONAL BANK OF COMMERCE
1127 TOWER AVENUE
SUPERIOR,WISCONSIN U.S.A. 54880                          $3,424.01

KIMBERLY CLARK CREDIT UNION
1520 N. SECOND STREET
MEMPHIS TN 38107                                         $3,417.00

| | |
|---|---|
| PATRIOT FEDERAL CREDIT UNION<br>ATTN: SUPPORT SERVICES<br>PO BOX 778<br>CHAMBERSBURG, PA 17201 | $3,410.72 |
| BANK OF STOCKTON<br>301 EAST MINER AVENUE<br>STOCKTON, CA 95202 USA | $3,408.47 |
| THE HALSTEAD BANK<br>314 MAIN STREET<br>HALSTEAD, KS 67056 USA | $3,402.40 |
| SENTRAL SENAYAN 3 17TH FL<br>JL. ASIA AFRIKA NO.8<br>JAKARTA PUSAT 10270, INDONESIA | $3,394.38 |
| RESONA BANK, LIMITED<br>2-1, BINGOMACHI 2-CHOME CHUO-KU<br>OSAKA,  JAPAN | $3,394.21 |
| UKRAINIAN FEDERAL CREDIT UNION<br>824 RIDGE ROAD EAST<br>ROCHESTER, NY 14621 USA | $3,389.39 |
| AERO FEDERAL CREDIT UNION<br>18301 NORTH 79TH AVENUE, BUILDING A-100<br>GLENDALE, AZ 85308 USA | $3,387.43 |
| BANK OF THE CASCADES<br>PO BOX 369<br>BEND, OR 97709 | $3,386.12 |
| REDSTONE BANK (GREEN BANK)<br>109 N. POST OAK LANE SUITE 100<br>HOUSTON,TEXAS U.S.A. 77027 | $3,371.72 |
| NORTHERN STAR CREDIT UNION, INCORPORATED<br>5100 GEORGE WASHINGTON HIGHWAY<br>PORTSMOUTH, VA 23702 USA | $3,369.12 |
| UNIVERSITY CREDIT UNION<br>1500 SOUTH SEPULVEDA BOULEVARD<br>LOS ANGELES, CA 90025-3312 USA | $3,366.79 |

| | |
|---|---|
| CORNERSTONE COMMUNITY FINANCIAL CREDIT UNION | |
| 2955 UNIVERSITY DRIVE | |
| AUBURN HILLS, MI 48326 USA | $3,363.08 |
| WHITAKER BANK | |
| 2001 PLEASANT RIDGE DRIVE | |
| LEXINGTON, KY 40505 USA | $3,348.50 |
| BANCO ACTINVER S.A. INSTITUCION DE BANCA MULTIPLE, | |
| GRUPO FINANCIERO ACTINVER | |
| GUILLERMO GONZALEZ CAMARENA #1200 PISO 5,9 Y 10 | |
| COL. CENTRO CIUDAD SANTA FE | |
| MEXICO D.F.,  1210 MEXICO | $3,347.79 |
| SC CITADELE BANKA | |
| REPUBLIKAS SQUARE 2A | |
| RIGA LV-1010, LATVIA | $3,343.93 |
| VALLEY VIEW STATE BANK | |
| 7500 WEST 95TH STREET | |
| OVERLAND PARK,KANSAS U.S.A. 66212 | $3,343.59 |
| CTBC BANK CO., LTD. | |
| 11F., NO. 188, JINGMAO 2ND ROAD | |
| TAIPEI,  115 TAIWAN | $3,331.12 |
| BANCO CATHAY DE COSTA RICA S.A. | |
| SYLVANIA-PAVAS, 500 MTS. OESTE | |
| SAN JOSE,   COSTA RICA | $3,330.75 |
| FALL RIVER MUNICIPAL EMPLOYEES CREDIT UNION | |
| 333 MILLIKEN BOULEVARD | |
| FALL RIVER, MA 2721 USA | $3,305.11 |
| FIRST SOUTHWEST BANK | |
| 720 MAIN STREET | |
| ALAMOSA, CO 81101 USA | $3,287.10 |
| SPIRE CREDIT UNION | |
| 2025 LARPENTEUR AVENUE W | |
| FALCON HEIGHTS, MN 55113 USA | $3,278.33 |

SNO FALLS CREDIT UNION
9025 MEADOWBROOK WAY SW
SNOQUALMIE,WASHINGTON U.S.A. 98065                    $3,271.36

AIR FORCE FEDERAL CREDIT UNION
1560 CABLE RANCH ROAD, SUITE 200
SAN ANTONIO, TX 78245 USA                             $3,269.16

TAMPA BAY FEDERAL
P.O. BOX 7492
TAMPA, FL 33673-7492                                  $3,262.77

KRUNGTHAI CARD PUBLIC COMPANY LIMITED
591 UBC II, 23 FL., SUKHUMVIT 33 RD.
BANGKOK THAILAND 10110                                $3,261.62

BANCO SAFRA SA
SUPERINTENDENT CARDS
AV PAULISTA, 2.100 14TH FLOOR
SAO PAULO BRAZIL 01310930                             $3,259.51

TAIPEI FUBON COMMERCIAL BANK CO., LTD.
6F, NO.50, SEC. 2
CHUNGSHAN N. ROAD
CHUNGSHAN DISTRICT
TAIPEI 10419, TAIWAN                                  $3,258.37

NAS JRB CREDIT UNION NAVAL AIR STATION,
BUILDING 262
NEW ORLEANS, LA 70143-5999 USA                        $3,251.79

MACQUARIE BANK LIMITED
1 SHELLEY STREET
SYDNEY NSW 2000, AUSTRALIA                            $3,250.28

WRIGHT-PATT CREDIT UNION, INC.
3560 PENTAGON BLVD
BEAVERCREEK,OHIO U.S.A. 45431                         $3,245.36

ISTITUTO CENTRALE DELLE BANCHE DI CREDIT
MANAGER SERVIZIO E-BANK VIA LUCREZIA ROMANA, 41
ROME ITALY 00178                                      $3,244.96

LINCOLN MAINE FEDERAL CREDIT UNION
PO BOX 220
LINCOLN, ME 04457                                    $3,239.03
ALABAMA ONE CREDIT UNION
1215 VETERANS MEMORIAL PARKWAY
TUSCALOOSA, AL 35404 USA                             $3,235.21
THE CITY NATIONAL BANK & TRUST COMPANY
500 MONTGOMERY SQUARE
LAWTON,OKLAHOMA U.S.A. 73501                         $3,227.28
AMERICAN 1 FEDERAL CREDIT UNION
718 EAST MICHIGAN AVENUE
JACKSON,MICHIGAN U.S.A. 49201                        $3,225.17
CITIZENS BUSINESS BANK
AVP BANKCARD OPERATIONS
701 N HAVEN AVENUE
ONTARIO CA 91764                                     $3,225.00
CREDITO EMILIANO SPA
HEAD OF CREDIT CARDS
VIA EMILIA SAN PIETRO 4 REGGIO
EMILIA ITALY                                         $3,222.05
FARM BUREAU BANK FSB
2165 GREEN VISTA DRIVE
SPARKS, NV 89431 USA                                 $3,221.07
UNKNOWN                                              $3,217.24
ONTARIO-MONTCLAIR SCHOOL EMPLOYEES FEDERAL
CREDIT UNION
1520 N. PALMETTO AVE.
ONTARIO,CALIFORNIA U.S.A. 91762                      $3,214.20
UNKNOWN                                              $3,205.76
HILLTOP NATIONAL BANK
300 COUNTRY CLUB ROAD
CASPER, WY 82609 USA                                 $3,200.11

CONSOLIDATED FEDERAL CREDIT UNION
2021 NORTHEAST SANDY BLVD.
PORTLAND,OREGON U.S.A. 97232          $3,178.35

MERCED SCHOOL EMPLOYEES FEDERAL CREDIT UNION
1021 OLIVEWOOD DRIVE
MERCED,CALIFORNIA U.S.A. 95348          $3,173.20

EAST ALABAMA MEDICAL CENTER FEDERAL CREDIT UNION
509 EAST THOMASON CIRCLE
OPELIKA,ALABAMA U.S.A. 36801          $3,171.96

FINANCIAL PLUS CREDIT UNION
800 CHESTNUT STREET
OTTAWA, IL 61350 USA          $3,171.50

AO RAIFFEISENBANK
17/1, TROITZKAYA STREET
MOSCOW,  129090 RUSSIAN FEDERATION          $3,158.15

HERITAGE BANK LIMITED
400 RUTHVEN STREET TOOWOOMBA
QUEENSLAND 4350 QLD AUSTRALIA          $3,154.73

KATAHDIN TRUST COMPANY
11 MAIN STREET
PATTEN, ME 4765 USA          $3,148.94

SAMSUNG CARD CO. LTD.
SAMSUNG MAIN BUILDING
SEOUL SOUTH KOREA          $3,128.53

FIRST BANK
30 SOUTH MAIN STREET
LEXINGTON, TN 38351 USA          $3,120.07

FIRST BASIN CREDIT UNION
2740 NORTH COUNTY ROAD WEST
ODESSA, TX 79764          $3,118.73

DIAMOND BANK LIMITED
PLOT 1261 ADEOLA HOPEWELL STREET
VICTORIA ISLAND
LAGOS,   NIGERIA                                                    $3,107.75

LEHIGH VALLEY FEDERAL CREDIT UNION
2218 WALBERT AVENUE
ALLENTOWN,PENNSYLVANIA U.S.A. 18104-1439            $3,100.69

COMMUNITY TRUST BANK, INC.
346 NORTH MAYO TRAIL
PIKEVILLE, KY 41501 USA                                        $3,098.67

FAMILY FIRST OF NY CREDIT UNION
2520 BROWNCROFT BLVD.
ROCHESTER,NEW YORK U.S.A. 14625-1526                $3,096.00

ST. GEORGES BANK & COMPANY INC.
CALLE 50 Y 74 ESTE, SAN FRANCISCO EDIFICIO ST.
GEORGES BANK
PANAMA,   PANAMA                                              $3,095.05

MEMBERS CHOICE CREDIT UNION
14960 PARK ROW
HOUSTON,TEXAS U.S.A. 77084                                $3,094.80

MERCEDES-BENZ BANK AG
SIEMENSSTRASSE 7
STUTTGART,  70469 GERMANY                               $3,091.52

SG HAMBROS BANK LIMITED
NORFOLK HOUSE 31 ST JAMES'S SQUARE
LONDON, EN SW1Y 4JJ UNITED KINGDOM                $3,089.76

FIRST AMERICAN NATIONAL BANK
1251 FIRST AMERICAN DRIVE
IUKA, MS 38852 USA                                             $3,084.02

LOS ANGELES POLICE FEDERAL CREDIT UNION
16150 SHERMAN WAY
VAN NUYS, CA 91406 USA                                      $3,083.15

| | |
|---|---|
| CENTRAL ONE FEDERAL CREDIT UNION<br>714 MAIN STREET<br>SHREWSBURY,MASSACHUSETTS U.S.A. 01545 | $3,072.32 |
| FOUR SEASONS FEDERAL CREDIT UNION<br>2915 PEPPERELL PARKWAY<br>OPELIKA, AL 36801 USA | $3,065.01 |
| CREDIT UNION OF AMERICA<br>711 WEST DOUGLAS<br>WICHITA, KS 67213 USA | $3,064.20 |
| NORTH SHORE BANK, FSB<br>15700 W BLUEMOUND RD<br>BROOKFIELD WI 53005-6024 | $3,063.90 |
| FIDELITY BANK<br>100 EAST ENGLISH STREET<br>WICHITA, KS 67202 USA | $3,055.82 |
| BOULDER VALLEY CREDIT UNION<br>5505 ARAPAHOE AVENUE<br>BOULDER,COLORADO U.S.A. 80303 | $3,053.53 |
| RAILROAD & INDUSTRIAL FEDERAL CREDIT UNION<br>3710 50TH STREET NORTH<br>TAMPA, FL 33619 USA | $3,051.92 |
| FARMERS & MERCHANTS BANK OF CENTRAL CALIFORNIA<br>121 WEST PINE STREET<br>LODI, CA 95242 USA | $3,050.54 |
| MEMBERSOURCE CREDIT UNION<br>10100 RICHMOND AVE.<br>HOUSTON,TEXAS U.S.A. 77042 | $3,045.88 |
| THE FIRST NATIONAL BANK OF MIFFLINTOWN<br>2 NORTH MAIN STREET<br>MIFFLINTOWN, PA 17059 USA | $3,043.62 |
| UNKNOWN | $3,033.22 |

FORCHT BANK, NATIONAL ASSOCIATION
2404 SIR BARTON WAY
LEXINGTON, KY 40509 USA                          $3,029.70

ARTISANS' BANK
2961 CENTERVILLE RD
WILMINGTON, DE 19808                             $3,024.61

CITIBANK COLOMBIA
CALLE 70 #7-30 PISO 5
BOGOTA, COLOMBIA                                 $3,017.11

FARMERS BANK & TRUST COMPANY
200 EAST MAIN STREET
MAGNOLIA, AR 71753 USA                           $3,005.79

YADKIN BANK
110 WEST MARKET STREET
ELKIN, NC 28621 USA                              $3,000.67

THE FIDELITY BANK
100 SOUTH MAIN STREET
FUQUAY-VARINA, NC 27526 USA                      $2,990.32

LANGLEY FEDERAL CREDIT UNION
721 LAKEFRONT COMMONS, SUITE 400
NEWPORT NEWS, VA 23606 USA                       $2,976.86

PEOPLES BANK NATIONAL ASSOCIATION
138 PUTNAM ST
MARIETTA OH 45750-2923                           $2,975.59

REGIONAL FEDERAL CREDIT UNION
7144 KENNEDY AVENUE
HAMMOND, IN 46323 USA                            $2,972.60

MERCANTILE BANK OF MICHIGAN
5610 BYRON CENTER AVENUE SOUTH WEST
WYOMING, MI 49519 USA                            $2,966.82

UNKNOWN                                          $2,965.16

| | |
|---|---|
| FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF LORAIN<br>3721 OBERLIN AVENUE<br>LORAIN, OH 44053-2761 USA | $2,960.83 |
| WASHINGTON TRUST BANK<br>P.O. BOX 2127<br>SPOKANE, WA, 99210-2127 | $2,957.61 |
| ESSEX BANK<br>323 PRINCE STREET<br>TAPPAHANNOCK, VA 22560 USA | $2,952.51 |
| CITIZENS SAVINGS BANK<br>1725 SULLIVAN DRIVE<br>BOGALUSA, LA 70427 USA | $2,951.74 |
| PEAPACK-GLADSTONE BANK<br>500 HILLS DRIVE<br>BEDMINSTER,NEW JERSEY U.S.A. 07921 | $2,948.95 |
| BANCO CORPBANCA COLUMBIA S.A.<br>GERENTE MEDIOS DE PAGO<br>CRA 7 NO. 99- 53 PISO 20<br>BOGOTA COLOMBIA | $2,942.00 |
| THE COMMERCIAL SAVINGS BANK<br>118 SOUTH SANDUSKY AVENUE<br>UPPER SANDUSKY, OH 43351 USA | $2,936.45 |
| MERCHANTS COMMERCIAL BANK<br>PORT OF SALE MALL SUITE 15<br>ST. THOMAS,  00802-3602 U.S. VIRGIN ISLANDS | $2,929.79 |
| ALTANA FEDERAL CREDIT UNION<br>3212 CENTRAL AVE<br>BILLINGS, MT 59102-6646 USA | $2,916.27 |
| BAC INTERNATIONAL BANK<br>EDIFICIO LNTERSECO PISO 7<br>PANAMA, PANAMA | $2,912.29 |

BATON ROUGE TELCO FEDERAL CREDIT UNION
13404 AIRLINE HWY
BATON ROUGE,LOUISIANA U.S.A. 70817-5917          $2,904.07

OAS STAFF FEDERAL CREDIT UNION
1889 F STREET NORTHWEST
WASHINGTON, DC 20006 USA          $2,883.27

TELHIO CREDIT UNION
96 NORTH 4TH ST.
COLUMBUS,OHIO U.S.A. 43215          $2,879.83

MID AMERICA BANK + TRUST COMPANY
960 S. BISHOP
ROLLA MO 65401          $2,870.00

SEA WEST COAST GUARD FEDERAL CREDIT UNION
PO BOX 4949
OAKLAND, CA 94605          $2,856.13

ENERGY FEDERAL CREDIT UNION
5 CHOKE CHERRY ROAD SUITE 110
ROCKVILLE,MARYLAND U.S.A. 20850          $2,853.15

PEOPLES BANK
518 WEST C STREET
NEWTON, NC 28658-0467 USA          $2,844.74

NONGHYUP BANK
9F, NH NEW BLDG, #85, CHUNGJEONGNO 1-GA, JUNG-GU,
SEOUL SOUTH KOREA 100707          $2,834.62

UNKNOWN          $2,829.03

AGILLITAS SOLUCOES DE PAGAMENTOS LTDA.
AVENIDA BRIGADEIRO FARIA LIMA, 2066 18° ANDAR - JD
PAULISTANO
SAO PAULO, SP 1451905 BRAZIL          $2,827.24

FIDELITY BANK (FIDELITY HOMESTEAD SAVINGS BANK)
201 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70170 USA          $2,823.40

SUTTON BANK
1 SOUTH MAIN STREET
ATTICA, OH 44807 USA                        $2,823.03

VENTURA COUNTY CREDIT UNION
6026 TELEPHONE ROAD
VENTURA, CA 93006 USA                       $2,821.66

CECIL COUNTY SCHOOL EMPLOYEES' FEDERAL CREDIT
UNION
203 BOOTH STREET
ELKTON,MARYLAND U.S.A. 21921                $2,821.34

MIDDLETOWN VALLEY BANK
24 WEST MAIN STREET
MIDDLETOWN,MARYLAND U.S.A. 21769            $2,816.34

SAVINGS BANK OF DANBURY
220 MAIN STREET
DANBURY, CT 6810 USA                        $2,810.84

MIAMI POSTAL SERVICE CREDIT UNION
2190 NORTHWEST 72 AVENUE
MIAMI, FL 33122 USA                         $2,809.48

POWERCO FEDERAL CREDIT UNION
241 RALPH MCGILL BOULEVARD
ATLANTA, GA 30308 USA                       $2,803.70

INDIANA MEMBERS CREDIT UNION
C/O MEMBER SERVICES
PO BOX 47769
INDIANAPOLIS, IN 46247                      $2,802.97

UNKNOWN                                     $2,800.00

FIRST NATIONAL BANK OF BOTSWANA LIMITED
PLOT 54362
GBD GABORONE
PO BOX 1552
GABORONE                                    $2,797.69

CLEAR MOUNTAIN BANK
MORGANTOWN STREET
BRUCETON MILLS, WV 26525 USA                         $2,792.91

FIRST CENTRAL CREDIT UNION
6201 SANGER
WACO,TEXAS U.S.A. 76710                              $2,791.88


SAUDI HOLLANDI BANK
HEAD OFFICE - AL DHABAB STREET AL RASHID CENTRE
RIYADH,  11431 SAUDI ARABIA                          $2,791.19

TURKIYE VAKIFLAR BANKASI T.A.O.
BASIN EKSPRES YOLU GÜNESLI -
ISTANBUL TURKEY                                      $2,788.53

UNKNOWN                                              $2,786.21

PALMETTO STATE BANK
601 FIRST STREET WEST
HAMPTON,SOUTH CAROLINA U.S.A. 29924                  $2,783.49

KEB HANA CARD CO.,LTD.
24, NAMDAEMUN-RO 9-GIL JUNG-GU
SEOUL,  100-180 SOUTH KOREA                          $2,778.54

CORNER POST FEDERAL CREDIT UNION
566 SOUTH MAIN STREET
WILKES-BARRE, PA 18701 USA                           $2,777.78

BANKPLUS
385 A HIGHLAND COLONY PARKWAY SUITE 110
RIDGELAND,MISSISSIPPI U.S.A. 39157                   $2,777.10

BANK SNB
608 SOUTH MAIN STREET
STILLWATER, OK 74074 USA                             $2,776.41

I.H. MISSISSIPPI VALLEY CREDIT UNION
2121 47TH STREET
MOLINE,ILLINOIS U.S.A. 61265                         $2,774.84

TRAILHEAD FEDERAL CREDIT UNION
221 NORTHWEST SECOND AVENUE
PORTLAND, OR 97209-3905 USA                          $2,773.34

EAST WEST BANKING CORPORATION
1ST FLOOR, THE BEAUFORT,
5TH AVE CORNER 23RD STREET,
FORT BONIFACIO CITY  TAGUIG CITY,  1630 PHILIPPINES     $2,770.27

CAPITAL BANK INC.
CALLE 50, PH GLOBAL PLAZA
PLAZA BAJA
PANAMA 0823-05992, PANAMA                            $2,767.67

NEW SYMBOL UNIVERSAL COMMERCIAL BANK
FORHUMANITARIAN INVESTMENTS CJSC
8, 2ND SILIKATNY PROEZD
MOSCOW,  123007 RUSSIAN FEDERATION                   $2,761.94

NCPD FEDERAL CREDIT UNION
1490 FRANKLIN AVENUE
MINEOLA, NY 11501 USA                                $2,761.67

FIRST NATIONAL BANK ALASKA
1753 GAMBELL STE 316
ANCHORAGE AK 99501                                   $2,753.77

ADVANCED FINANCIAL FEDERAL CREDIT UNION
785 CENTRAL AVENUE
NEW PROVIDENCE,NEW JERSEY U.S.A. 07974               $2,753.13

NEW GENERATIONS FEDERAL CREDIT UNION
1700 ROBIN HOOD ROAD
RICHMOND, VA 23220 USA                               $2,747.84

WINONA NATIONAL BANK
204 MAIN STREET
WINONA, MN 55987 USA                                 $2,746.98

BANCO DEL BAJIO, S.A.
AV. MANUEL J. CLOUTHIER 508
COL. JARDINES DEL CAMPESTRE
LEON, GTO. MEXICO C.P., MEXICO 37128          $2,745.39

INDUSTRIAL FEDERAL CREDIT UNION
1115 SAGAMORE PARKWAY SOUTH
LAFAYETTE, IN 47905 USA                       $2,740.31

JORDAN AHLI BANK
SHMESANI ST
AMMAN JORDAN 11181                            $2,739.04

ALLIANCE BANK
100 WEST JEFFERSON ST.
SULPHUR SPRINGS,TEXAS U.S.A. 75482            $2,738.95

ORION FEDERAL CREDIT UNION
7845 HIGHWAY 64
MEMPHIS, TN 38133 USA                         $2,736.75

LAFCU
106 NORTH MARKETPLACE BOULEVARD
LANSING, MI 48917 USA                         $2,726.99

BANKATLANTIC
2100 WEST CYPRESS CREEK RD
FT LAUDERDALE, FL 33309                       $2,726.27

COUNTY FIRST BANK
202 E. CENTENNIAL STREET
LAPLATA,MARYLAND U.S.A. 20646                 $2,724.28

ECOBANK NIGERIA LIMITED
2 AJOSE ADEOGUN STREET
VICTORIA ISLAND  LAGOS,   NIGERIA             $2,721.33

BANKERS TRUST COMPANY
SECURITY DEPARTMENT
ATTN: RESTITUTION PAYMENT
453 7TH ST
DES MOINES, IA 50309                          $2,715.62

MOCSE FEDERAL CREDIT UNION
3600 COFFEE ROAD
MODESTO, CA 95355 USA                              $2,708.39

TEXAS GULF BANK, N.A.
200 WEST SECOND ST.
FREEPORT,TEXAS U.S.A. 77541                        $2,704.30

S C TELCO FEDERAL CREDIT UNION
10 TOY STREET
GREENVILLE, SC 29601 USA                           $2,702.24

ULSTER BANK IRELAND LIMITED
ULSTER BANK GROUP CENTRE GEORGE'S QUAY
DUBLIN,  2 REPUBLIC OF IRELAND                     $2,695.31

BANCO ITAU ARGENTINA S.A.
CERRITO 740 PISO 19
CIUDAD AUTONOMA DE BUENOS
BUENOS AIRES, ARGENTINA                            $2,694.60

WAUKESHA STATE BANK
ATTN: CARD SERVICES DEPT
151 E ST PAUL AVE
PO BOX 648
WAUKESHA WI 53187-0648                             $2,689.27

VELOCITY COMMUNITY FEDERAL CREDIT UNION
2801 PGA BLVD
PALM BEACH GARDENS,FLORIDA U.S.A. 33410            $2,686.50

FRANKENMUTH CREDIT UNION
580 NORTH MAIN
FRANKENMUTH,MICHIGAN U.S.A. 48734                  $2,682.48

AXIS BANK LIMITED
6TH FLOOR, GIGAPLEX, PLOT NO. IT-5, MIDC
AIROLI KNOWLEDGE PARK
NAVI, MAHARASHTRA, INDIA 400708                    $2,679.11

SOUTHWEST OKLAHOMA FEDERAL CREDIT UNION
1806 LIBERTY
LAWTON, OK 73507 USA                               $2,671.43

| | |
|---|---|
| UNKNOWN | $2,655.44 |
| ISRAEL DISCOUNT BANK OF NEW YORK<br>511 FIFTH AVENUE<br>NEW YORK, NY 10017 USA | $2,654.27 |
| GUARDIAN CREDIT UNION (PBC CREDIT UNION)<br>3469 SUMMIT BOULEVARD<br>WEST PALM BEACH, FL 33406-4193 USA | $2,642.17 |
| CONESTOGA BANK<br>165 POTTSTOWN PIKE<br>CHESTER SPRINGS, PA 19425 | $2,639.79 |
| STRATEGIC FEDERAL CREDIT UNION<br>22110 PACIFIC BOULEVARD SUITE 100<br>STERLING, VA 20116 USA | $2,639.33 |
| AFENA FEDERAL CREDIT UNION<br>424 N. BRADNER AVENUE<br>MARION,INDIANA U.S.A. 46952 | $2,633.57 |
| FIRST FLIGHT FEDERAL CREDIT UNION<br>1815 KILDAIRE FARM ROAD, SUITE A<br>CARY,NORTH CAROLINA U.S.A. 27518 | $2,617.65 |
| KSW FEDERAL CREDIT UNION<br>222 COLLEGE AVENUE<br>WATERVILLE,MAINE U.S.A. 04901 | $2,616.16 |
| JOURDANTON STATE BANK<br>WALTON STREET AND HIGHWAY 97<br>JOURDANTON, TX 78026 USA | $2,602.77 |
| THE NATIONAL CAPITAL BANK OF WASHINGTON<br>316 PENNSYLVANIA AVENUE S.E.<br>WASHINGTON, DC 20003 USA | $2,597.98 |
| DEPARTMENT OF THE INTERIOR FEDERAL CREDIT UNION<br>1849 C STREET NW ROOM 4045<br>WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20240 | $2,592.53 |

ALLIANCE CREDIT UNION OF FLORIDA (FIRST CU OF
GAINESVILLE)
412 EAST UNIVERSITY AVE
GAINESVILLE, FL 32601 USA                                          $2,587.74


BANCO INVEX S.A. INSTITUCION DE BANCA MULTIPLE
BLVD. MANUEL AVILA CAMACHO NO. 40
COL.LOMAS DE CHAPULTEPEC-DEL. A.
OBREGON  MEXICO D.F.,  11000 MEXICO                                $2,587.13

THE PENNSVILLE NATIONAL BANK
170 SOUTH BROADWAY
PENNSVILLE, NJ 8070 USA                                           $2,575.70

INTERSTATE UNLIMITED FEDERAL CREDIT UNION
1147 WEST CHERRY STREET
JESUP, GA 31545 USA                                               $2,573.43

UNION BANK OF TAIWAN
5F NO. 399 RUEIGUANG ROAD NEIHU DISTRICT
TAIPEI CITY, TAIWAN 114                                           $2,570.94

AMERICA'S CHRISTIAN CREDIT UNION
2100 EAST ROUTE 66
GLENDORA, CA 91740 USA                                            $2,570.92

SUMMIT FEDERAL CREDIT UNION
100 WHEELER STREET
AKRON, OH 44311 USA                                               $2,570.61

THINK MUTUAL BANK
5200 MEMBERS PARKWAY NW
ROCHESTER, MN 55901 USA                                           $2,566.84

THINKWISE FEDERAL CREDIT UNION (SAN BERNARDINO
SCHOOL EFCU)
2441 NORTH SIERRA WAY
SAN BERNARDINO, CA 92405 USA                                      $2,566.80

SEA COMM FEDERAL CREDIT UNION
30 STEARNS STREET
MASSENA, NY 13662 USA                                             $2,561.97

OPTION 1 CREDIT UNION
630 32ND STREET SOUTHEAST
GRAND RAPIDS, MI 49548 USA                                $2,558.56

FIRST CAPITAL BANK
4101 DOMINION BLVD.
GLENN ALLEN,VIRGINIA U.S.A. 23060                         $2,551.88

CALL FEDERAL CREDIT UNION
4605 COMMERCE ROAD
RICHMOND, VA 23234 USA                                    $2,548.41


GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION
3135 EASTON TURNPIKE WS23
FAIRFIELD,CONNECTICUT U.S.A. 06431                        $2,547.39

1ST ED CREDIT UNION
1156 KENNEBEC DRIVE
CHAMBERSBURG, PA 17201 USA                                $2,547.26

EDUCATIONAL COMMUNITY CREDIT UNION
1551 S 9TH ST
KALAMAZOO MI 49009-9404                                   $2,541.48

CAPE SAVINGS BANK
225 N MAIN STREET
CAPE MAY COURT HOUSE,NEW JERSEY U.S.A. 08210              $2,534.43

ALERUS FINANCIAL
2401 DEMERS AVENUE
GRAND FORKS,NORTH DAKOTA U.S.A. 58201                     $2,532.06

XPLORE FEDERAL CREDIT UNION
701 POYDRAS STREET, SUITE P100
NEW ORLEANS,LOUISIANA U.S.A. 70139                        $2,523.70

JSC TBC BANK
7, MARJANISHVILI STR.
TBILISI, GEORGIA 0102                                     $2,517.79

SOUNDVIEW FINANCIAL CREDIT UNION
14 RESEARCH DRIVE
BETHEL, CT 06801                                          $2,513.21

FIRST MID-ILLINOIS BANK & TRUST, N.A.
1515 CHARLESTON AVENUE
MATTOON,ILLINOIS U.S.A. 61938                    $2,507.61
HAPO COMMUNITY CREDIT UNION
601 WILLIAMS BLVD.
RICHLAND,WASHINGTON U.S.A. 99354                 $2,507.21

AMERICA'S CREDIT UNION, A FEDERAL CREDIT UNION
12TH AND PENDELTON
FORT LEWIS,WASHINGTON U.S.A. 98433               $2,506.82
SANTA CLARA COUNTY FEDERAL CREDIT UNION
1641 NORTH FIRST STREET, SUITE 245
SAN JOSE, CA 95112-4519 USA                      $2,504.86
BAYOU FEDERAL CREDIT UNION
5880 FLORIDA BLVD.
BATON ROUGE,LOUISIANA U.S.A. 70806               $2,500.24
PROSPERITY BANK
1301 NORTH MECHANIC STREET
EL CAMPO, TX 77437 USA                           $2,499.54
ON THE GRID FINANCIAL FEDERAL CREDIT UNION (GA
POWER FCU)
5901 PEACHTREE DUNWOODY RD SUITE A275
ATLANTA, GA 30328-7173 USA                       $2,491.53
UNKNOWN                                          $2,483.09
BANCO DAVIVIENDA
AV DORADO NO 68C-61
PISO 10
BOGOTA 111321, COLUMBIA                          $2,482.97
MAINE HIGHLANDS FEDERAL CREDIT UNION
73 MAIN STREET
DEXTER, ME 4930 USA                              $2,476.62
MEMBERS "FIRST" CREDIT UNION
1201 NORTH 24TH
QUINCY,ILLINOIS U.S.A. 62306                     $2,474.26

| | |
|---|---|
| FARMERS AND MECHANICS FEDERAL SAVINGS AND LOAN ASSOCIATION<br>225 EAST MAIN STREET<br>BLOOMFIELD, IN 47424 USA | $2,470.07 |
| RAIFFEISEN BANK LTD<br>AKADEMIA U 6<br>BUDAPEST 1054, HUNGARY | $2,467.98 |
| FIVE POINTS BANK<br>2015 NORTH BROADWELL AVENUE<br>GRAND ISLAND, NE 68803 USA | $2,465.53 |
| MARION & POLK SCHOOLS CREDIT UNION<br>451 DIVISION STREET<br>SALEM,OREGON U.S.A. 97301 | $2,453.11 |
| FIRST NATIONAL BANK OF FORT SMITH<br>600 GARRISON AVE.<br>FORT SMITH,ARKANSAS U.S.A. 72901 | $2,445.87 |
| INFINITY FEDERAL CREDIT UNION<br>202 LARRABEE ROAD<br>WESTBROOK, ME 4092 USA | $2,444.07 |
| THE OLD POINT NATIONAL BANK OF PHOEBUS<br>1 WEST MELLEN STREET<br>HAMPTON, VA 23663 | $2,437.01 |
| THE CITIZENS BANK<br>124 EAST MAIN STREET<br>OLANTA, SC 29114 USA | $2,435.76 |
| EVERENCE FEDERAL CREDIT UNION<br>2160 LINCOLN HWY E, STE 20<br>LANCASTER, PA 17602-1150 | $2,426.20 |
| FINANCIAL CENTER CREDIT UNION<br>18 SOUTH CENTER STREET<br>STOCKTON, CA 95202-2803 USA | $2,424.40 |

BANCO SABADELL SA
CARDS MANAGER CARDS DEPARTMENT PLAÇA DE
CATALUNYA,
1 SABADELL SPAIN                                        $2,423.17

COFIDIS S.A.
RUE DU GLATEGNIES 4
TOURNAI,  7500 BELGIUM                                  $2,418.91

ENTREPRISE DES POSTES ET TELECOMMUNICATIONS
8A AVENUE MONTEREY
LUXEMBOURG,  L-2020 LUXEMBOURG                          $2,417.13

LIBERTY BANK AND TRUST COMPANY
6600 PLAZA DRIVE, SUITE 600
NEW ORLEANS, LA 70127 USA                               $2,414.05

ERIE FEDERAL CREDIT UNION
MASTERCARD COORDINATOR
1109 E 38TH ST
ERIE PA 16504                                          $2,399.71

STATE BANK OF LIZTON
206 N. STATE STREET
LIZTON,INDIANA U.S.A. 46149                            $2,397.38

MERCER COUNTY N J TEACHERS FEDERAL CREDIT UNION
2271 STATE HIGHWAY 33, SUITE 108
HAMILTON SQUARE, NJ 8690 USA                           $2,397.26

WINTHROP AREA FEDERAL CREDIT UNION
P O BOX 55 HIGHLAND AVE.
WINTHROP,MAINE U.S.A. 04364                            $2,395.23

WALLKILL VALLEY FEDERAL SAVINGS AND LOAN
ASSOCIATION
23 WALLKILL AVENUE
WALLKILL,NEW YORK U.S.A. 12589                         $2,393.16

THE FORT SILL NATIONAL BANK
1647 RANDOLPH ROAD
FORT SILL,OKLAHOMA U.S.A. 73503                        $2,391.80

BNY MELLON NATIONAL ASSOCIATION
525 WILLIAM PENN PLACE SUITE 1105
PITTSBURGH PA 15259                                    $2,389.16

EW #401 CREDIT UNION
2713 E. 4TH STREET
RENO,NEVADA U.S.A. 89512                              $2,382.29

IRVIN WORKS FEDERAL CREDIT UNION
1301 CAMP HOLLOW ROAD WEST
MIFFLIN,PENNSYLVANIA U.S.A. 15122                      $2,382.23

SUNFLOWER BANK, NATIONAL ASSOCIATION
3025 CORTLAND CIRCLE
SALINA, KS 67401 USA                                  $2,371.54

BANK OF STAR VALLEY
384 WASHINGTON STREET
AFTON, WY 83110 USA                                   $2,371.42

MEMBERS ALLIANCE CREDIT UNION
2550 SOUTH ALPINE ROAD
ROCKFORD,ILLINOIS U.S.A. 61108                        $2,369.68

GREAT RIVER FEDERAL CREDIT UNION
1532 WEST ST. GERMAIN STREET
ST. CLOUD, MN 56301 USA                               $2,368.72

PACIFICARD S.A.
P.ICAZA #200 Y PICHINCHA, 6TO. PISO BANCO DEL
PACIFICO - MATRIZ GUAYAQUIL
ECUADOR 09-01-7011                                    $2,364.91

WANIGAS CREDIT UNION
1837 BAGLEY STREET
SAGINAW, MI 48602 USA                                 $2,360.09

THE CENTRAL TRUST BANK
238 MADISON STREET
JEFFERSON CITY, MO 65101 USA                          $2,344.93

CITYWIDE BANKS
ATM CHECKCARD DEPT.
13731 EAST MISSISSIPPI AVENUE
AURORA,COLORADO U.S.A. 80012                    $2,338.74

ACCESS FEDERAL CREDIT UNION
6 FRANKLIN AVE
CLINTON,NEW YORK U.S.A. 13323                    $2,333.40

ANZ BANK NEW ZEALAND LIMITED
LEVEL 10, 170-186 FEATHERSTON STREET
WELLINGTON,  6011 NEW ZEALAND                    $2,332.93

BANK OF PRAIRIE VILLAGE
3515 WEST 75TH STREET
PRAIRIE VILLAGE, KS 66208 USA                    $2,331.47

BANCO PAN SA
AV PAULISTA, 1374 9 ANDAR PLANEJAMENTO CARTOES
SAO PAULO/SP BRAZIL 01310916                    $2,331.22

FIDELITY BANK (CAYMAN) LIMITED
36A DOCTOR ROY'S DRIVE
GEORGETOWN,   CAYMAN ISLANDS                    $2,327.64

SIGNATURE BANK
6400 NORTH NORTHWEST HIGHWAY
CHICAGO, IL 60631 USA                            $2,326.42

WASHINGTONFIRST BANK
11636 PLAZA AMERICA DRIVE
RESTON, VA 20190 USA                            $2,325.33

HIGH POINT BANK AND TRUST COMPANY
300 NORTH MAIN STREET
HIGH POINT,NORTH CAROLINA U.S.A. 27261-2270      $2,323.13

KEESLER FEDERAL CREDIT UNION
2602 PASS ROAD
BILOXI, MS 39531 USA                            $2,323.08

| | |
|---|---|
| MANATEE COMMUNITY FEDERAL CREDIT UNION<br>604 13TH AVENUE EAST<br>BRADENTON, FL 34208 USA | $2,317.77 |
| LATROBE AREA HOSPITAL FEDERAL CREDIT UNION<br>121 WEST 2ND AVENUE<br>LATROBE,PENNSYLVANIA U.S.A. 15650-1096 | $2,316.09 |
| INDUE LTD.<br>LEVEL 3, 601 CORONATION DRIVE TOOWONG,<br>QUEENSLAND, AUSTRALIA 4066 | $2,311.76 |
| KOHLER CREDIT UNION<br>850 WOODLAKE ROAD<br>KOHLER, WI 53044 USA | $2,298.36 |
| SEBASTICOOK VALLEY FEDERAL CREDIT UNION<br>505 SOMERSET AVENUE<br>PITTSFIELD, ME 4967 USA | $2,297.71 |
| POLICE FEDERAL CREDIT UNION<br>300 INDIANA AVENUE NW # 4067<br>WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20001 | $2,294.77 |
| TRANSIT EMPLOYEES FEDERAL CREDIT UNION<br>2000 BLADENSBURG ROAD NE<br>WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20018 | $2,292.78 |
| GARDEN SAVINGS FEDERAL CREDIT UNION<br>129 LITTLETON ROAD<br>PARSIPPANY, NJ 07054-1869 USA | $2,290.25 |
| TOWN & COUNTRY FEDERAL CREDIT UNION<br>P. O. BOX 9420<br>SOUTH PORTLAND,MAINE U.S.A. 04106 | $2,286.52 |
| APCO EMPLOYEES CREDIT UNION<br>1608 7TH AVENUE NORTH<br>BIRMINGHAM,ALABAMA U.S.A. 35203 | $2,283.94 |
| BEACH MUNICIPAL FCU<br>4164 VIRGINIA BEACH BLVD<br>VIRGINIA BEACH, VA 23452 | $2,279.52 |

FIRST CAPITAL FEDERAL CREDIT UNION
1601 KENNETH ROAD
YORK, PA 17404-2228 USA                                    $2,278.64

ABA CARD SOLUTIONS
1120 CONNECTICUT AVE. NW 8TH FLOOR
WASHINGTON, DC 20036                                       $2,271.48

PLAZA BANK (BANK OF MANHATTAN)
18200 VON KARMEN AVENUE SUITE 500
IRVINE, CA 92612 USA                                       $2,268.22

HILLS BANK AND TRUST COMPANY
131 MAIN STREET
HILLS, IA 52235 USA                                        $2,263.63

VECTRA BANK COLORADO, NATIONAL ASSOCIATION
2000 EAST 20TH STREET
FARMINGTON, NM 87401 USA                                   $2,258.93

POLONIA BANK
3393 HUNTINGDON PIKE
HUNTINGDON VALLEY,PENNSYLVANIA U.S.A. 19006                $2,255.74

PROFED FEDERAL CREDIT UNION
1710 ST. JOE RIVER DRIVE
FORT WAYNE, IN 46805-1436 USA                              $2,255.24

AB SEB BANKAS
GEDIMINO PR. 12
VILNIUS, LITHUANIA
LT-01103                                                  $2,251.70

INTEGRITY BANK, SSB
4040 WASHINGTON AVENUE
HOUSTON, TX 77007 USA                                      $2,251.59

NATIONAL INSTITUTES OF HEALTH FEDERAL CREDIT
UNION
111 ROCKVILLE PIKE, SUITE 500
ROCKVILLE, MD 20850 USA                                    $2,247.85

SVYAZNOY BANK JSC
27 BLD.1 ERMOLAEVSKY LANE
123001 MOSCOW, RUSSIAN FEDERATION            $2,247.10

BLACKHAWK COMMUNITY CREDIT UNION
2640 WEST COURT STREET
JANESVILLE, WI 53548 USA                     $2,245.55

MEMBERS FIRST CREDIT UNION OF FLORIDA
64 SOUTH REUS STREET
PENSACOLA, FL 32501 USA                      $2,245.12

BANK OF ST. PETERSBURG
777 PASADENA AVENUE SOUTH
ST. PETERSBURG,FLORIDA U.S.A. 33707          $2,242.67

HELM BANK USA
999 BRICKELL AVE
MIAMI, FL 33131                              $2,240.44

SEABOARD FEDERAL CREDIT UNION
177 MAIN STREET
BUCKSPORT,MAINE U.S.A. 04416                 $2,239.32

THE BANK OF GLEN BURNIE
101 CRAIN HIGHWAY SOUTHEAST
GLEN BURNIE, MD 21061 USA                    $2,238.79

SPIRIT OF ALASKA FEDERAL CREDIT UNION
1417 GILLAM WAY
FAIRBANKS,ALASKA U.S.A. 99707                $2,235.15

KEYS FEDERAL CREDIT UNION
PO BOX 1898
KEY WEST, FL 33041                           $2,232.73

THE CITIZENS BANK
THIRD AND COLLEGE STREETS
BATESVILLE, AR 72501 USA                     $2,227.61

MILLINGTON BANK
1902 LONG HILL ROAD
MILLINGTON, NJ 7946 USA                      $2,217.59

SALISBURY BANK + TRUST COMPANY
5 BISSELL ST
LAKEVILLE CT 06039-1212                                    $2,215.84

BANQUE DE DEVELOPPEMENT DU MALI
AVENUE MOBIDO KEITA
BAMAKO,  MALI                                             $2,215.79

PUBLIC JOINT STOCK COMPANY COMMERCIAL BA
50 NABEREZHNAYA POBEDY ST
DNIPROPETROVSK 49094, UKRAINE                             $2,213.36

O BEE CREDIT UNION
3900 CLEVELAND AVENUE SE
TUMWATER,WASHINGTON U.S.A. 98501                          $2,207.00

S.M.W. 104 FEDERAL CREDIT UNION
1750 ABRAM COURT
SAN LEANDRO,CALIFORNIA U.S.A. 94577                       $2,204.02

BANCO DO BRASIL AMERICAS
2 S BISCAYNE BLVD SUITE # 3870
MIAMI, FL 33131 USA                                      $2,202.97

AMERICAN HERITAGE BANK
2 SOUTH MAIN STREET
SAPULPA, OK 74066 USA                                    $2,201.37

BANK OF AMERICAN FORK
33 E MAIN ST.
AMERICAN FORK, UT 84003                                  $2,201.00

MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD.
100 CHI LIN ROAD
TAIPEI,  10424 TAIWAN                                    $2,200.39

ALTRA FEDERAL CREDIT UNION
2715 LOSEY BOULEVARD SOUTH
LA CROSSE, WI 54601 USA                                  $2,200.18

CAPITAL AREA FEDERAL CREDIT UNION
P. O. BOX 2626
AUGUSTA,MAINE U.S.A. 04338-2626                          $2,190.22

WELD SCHOOLS CREDIT UNION
2555 47TH AVENUE
GREELEY,COLORADO U.S.A. 80634                $2,188.24
FIRST RELIANCE FEDERAL CREDIT UNION
205 COLLINS INDUSTRIAL BLVD.
ATHENS,GEORGIA U.S.A. 30601                  $2,188.08
ADIRONDACK REGIONAL FEDERAL CREDIT UNION
280 PARK STREET
TUPPER LAKE,NEW YORK U.S.A. 12986            $2,187.90
NOVA LJUBLJANSKA BANKA D.D. LJUBLJAN A
SMARTINSKA 132 CARD DEVELOPMENT AREA
LJUBLJANA SLOVENIA 1520                      $2,176.52
LIBERTY BANK OF ARKANSAS
2901 E HIGHLAND DR
JONESBORO AR 72401                           $2,170.13
BANCO BONSUCESSO CONSIGNADO, S.A.
RUA ALVARENGA PEIXOTO, 974, 8 ANDAR
BELO HORIZONTE, MG 30180-120 BRAZIL          $2,164.76
UNKNOWN                                      $2,156.03
BENCHMARK BANK
5700 LEGACY DRIVE
PLANO,TEXAS U.S.A. 75024                     $2,148.31
MUTUALBANK
110 EAST CHARLES STREET
MUNCIE, IN 47305 USA                         $2,147.17
UNKNOWN                                      $2,144.47
CENTURY FEDERAL CREDIT UNION
1240 EAST 9TH STREET
CLEVELAND, OH 44199 USA                      $2,138.61
RABOBANK AUSTRALIA LIMITED
LEVEL 8, 115 PITT STREET
SYDNEY NSW, WA 2000 AUSTRALIA                $2,134.26
UNKNOWN                                      $2,134.15

| | |
|---|---|
| BANK ALFALAH LIMITED<br>B.A BUILDING, I I CHUNDRIGAR ROAD,<br>KARACHI,   PAKISTAN | $2,133.26 |
| GREATER SPRINGFIELD CREDIT UNION<br>1030 WILBRAHAM ROAD<br>SPRINGFIELD, MA 1109 USA | $2,131.77 |
| NEIGHBORS FEDERAL CREDIT UNION<br>12529 PERKINS ROAD<br>BATON ROUGE, LA 70810 USA | $2,131.40 |
| SUDAMERIS BANK S.A.E.C.A.<br>INDEPENDENCIA NACIONAL 513 ESQ. CERRO CORA<br>ASUNCION,   PARAGUAY | $2,121.34 |
| OAK TRUST CREDIT UNION<br>1 S. 4650 SUMMIT AVENUE SUITE 290<br>OAKBROOK TERRACE,ILLINOIS U.S.A. 60181 | $2,118.56 |
| ALABAMA STATE EMPLOYEES CREDIT UNION<br>1000 INTERSTATE PARK DRIVE<br>MONTGOMERY, AL 36109 USA | $2,116.06 |
| ABILENE TEACHERS FEDERAL CREDIT UNION<br>3849 ANTILLEY ROAD<br>ABILENE, TX 79606 USA | $2,114.50 |
| HARBORONE BANK<br>68 LEGION PARKWAY<br>BROCKTON, MA 2301 USA | $2,111.63 |
| BANK OF EARLY<br>P. O. BOX 527<br>BLAKELY,GEORGIA U.S.A. 31723 | $2,111.39 |
| THE FARMERS AND MERCHANTS NATIONAL BANK OF<br>FAIRVIEW<br>312 NORTH MAIN<br>FAIRVIEW, OK 73737-1625 USA | $2,103.12 |
| THE FIRST STATE BANK & TRUST CO. OF LARNED<br>116 WEST SIXTH STREET<br>LARNED, KS 67550 USA | $2,102.95 |

| | |
|---|---|
| UNKNOWN | $2,094.60 |
| PT. BANK DANAMON INDONESIA<br>JLN. PRAPATAN NO. 50 3RD FLOOR<br>JAKARTA INDONESIA 10110 | $2,087.25 |
| UNKNOWN | $2,086.99 |
| HORIZONS NORTH CREDIT UNION<br>11455 PEARL STREET<br>NORTHGLENN,COLORADO U.S.A. 80233-3400 | $2,086.35 |
| AMERICAN PARTNERS FEDERAL CREDIT UNION<br>P. O. BOX 1198 618 N. SCALES STREET<br>REIDSVILLE,NORTH CAROLINA U.S.A. 27323-1198 | $2,083.37 |
| GRAND BANK, NATIONAL ASSOCIATION<br>1 EDINBURG ROAD<br>HAMILTON, NJ 8619 USA | $2,080.94 |
| TEXAS CHAMPION BANK<br>6124 S STAPLES<br>CORPUS CHRISTI, TX 78413 | $2,077.97 |
| UNICREDIT BANK SERBIA JSC BELGRAD<br>RAJICEVA 27-29<br>BEOGRAD,  11000 REPUBLIC OF SERBIA | $2,074.10 |
| BUTLER ARMCO EMPLOYEES CREDIT UNION<br>101 HOLLYWOOD DRIVE<br>BUTLER,PENNSYLVANIA U.S.A. 16003 | $2,068.24 |
| WASHINGTON GAS LIGHT FCU<br>ATTN: MIRIAM ORELLANA<br>PO BOX 1607<br>SPRINGFIELD, VA 22151 | $2,066.31 |
| AL KHALIJ COMMERCIAL BANK (Q.S.C.)<br>AL JAZI TOWER, ASIA STREET 60 WEST BAY<br>DOHA,  QATAR | $2,064.19 |
| BANCO ATLANTIDA, S.A.<br>AGENCIA EL TRAPICHE, BLVD. SUYAPA<br>TEGUCIGALPA, HONDURAS 4076 | $2,063.82 |

ISABELLA COMMUNITY CREDIT UNION
PO BOX 427
MT PLEASANT, MI 48804                               $2,061.41

CITY + COUNTY CREDIT UNION
144 11TH ST EAST
ST PAUL, MN 55101                                   $2,061.09

RIVERFRONT FEDERAL CREDIT UNION
430 SOUTH FOURTH STREET
READING, PA 19602-2698 USA                          $2,059.89

QATAR INTERNATIONAL ISLAMIC BANK
GRAND HAMAD STREET
DOHA, QATAR 664                                     $2,059.61

MARINE BANK, SPRINGFIELD
3050 WABASH AVE.
SPRINGFIELD,ILLINOIS U.S.A. 62704                   $2,057.98

STATE BANK OF MAURITIUS LTD.
LEVEL 10-STATE BANK TOWER
1 QUEEN ELIZABETH II AVE.
PORT LOUIS 230, MAURITIUS                           $2,048.75

FIRST GULF BANK
CONSUMER BANKING
7TH STREET,
P.O. BOX 6316
ABU DHABI UNITED ARAB EMIRATES 6316                 $2,048.53

CAROLINA FOOTHILLS FEDERAL CREDIT UNION
520 NORTH CHURCH STREET
SPARTANBURG,SOUTH CAROLINA U.S.A. 29304             $2,044.39

EGYPTIAN BANKS CO. FOR TECHNOLOGICAL
ADVANCEMENT,
EVERGREEN TOWER 15TH FLR
10 TALAAT HARB ST
CAIRO EGYPT 11522                                   $2,042.98

| | |
|---|---|
| THE MAURITIUS COMMERCIAL BANK LIMITED<br>SIR WILLIAM NEWTON STREET<br>PORT LOUIS,   MAURITIUS | $2,042.73 |
| KAZKOMMERTSBANK BANK<br>CARDS DEPARTMENT GAGARIN ST. #135 ZH<br>ALMATY, KAZAKHSTAN 480060 | $2,040.42 |
| HIGHWAY FEDERAL CREDIT UNION<br>140 INDUSTRIAL DRIVE<br>PITTSTON, PA 18640-9605 USA | $2,035.54 |
| HERITAGE BANK<br>110 EAST 9TH STREET<br>WOOD RIVER, NE 68883 USA | $2,030.43 |
| BANCO G+T CONTINENTAL S.A.<br>7A. AV. 1-86<br>ZONA 4<br>4TO. NIVEL<br>GUATEMALA 01004, GUATEMALA | $2,027.70 |
| FIRST CAROLINA BANK<br>137 NORTH WINSTEAD AVENUE<br>ROCKY MOUNT, NC 27804 USA | $2,023.05 |
| SAMPATH BANK PLC<br>110, SIR JAMES PIERIS MAWATHA<br>COLOMBO,  2 SRI LANKA | $2,022.40 |
| OCEAN CITY HOME BANK<br>1777 NEW ROAD<br>LINWOOD,NEW JERSEY U.S.A. 08221 | $2,020.78 |
| PSE CREDIT UNION, INC.<br>5255 REGENCY DRIVE<br>PARMA, OH 44129 USA | $2,020.11 |
| UNKNOWN | $2,019.76 |
| CREATION FINANCIAL SERVICES LIMITED<br>CHADWICK HOUSE<br>BLENHEIM COURT<br>SOLIHULL, WEST MIDLANDS B91 2AA, UK | $2,014.89 |

ALLENTOWN FEDERAL CREDIT UNION
1325 OXFORD DRIVE
ALLENTOWN, PA 18103 USA                    $2,008.28

THE FARMERS BANK OF WILLARDS
7484 MARKET STREET
WILLARDS, MARYLAND 21874                   $2,007.06

NEW YORK UNIVERSITY FEDERAL CREDIT UNION
726 BROADWAY SUITE 110
NEW YORK, NY 10003 USA                     $2,005.86

TOPLINE FEDERAL CREDIT UNION
9353 JEFFERSON HIGHWAY
MAPLE GROVE, MN 55369 USA                  $2,003.03

FIRST FEDERAL BANK, F.S.B.
2315 9TH STREET
TUSCALOOSA,ALABAMA U.S.A. 35401            $2,002.43

WAUCHULA STATE BANK
106 EAST MAIN STREET
WAUCHULA, FL 33873 USA                     $1,999.23

TEXAS HEALTH RESOURCES CREDIT UNION
10670 NORTH CENTRAL EXPRESSWAY SUITE 110
DALLAS,TEXAS U.S.A. 75231                  $1,994.13

COMMUNITYONE BANK, NATIONAL ASSOCIATION
101 SUNSET AVENUE
ASHEBORO, NC 27203 USA                     $1,986.29

CITIZENS SAVINGS BANK
45 POCONO BLVD.
MOUNT POCONO, PA 18503 USA                 $1,984.10

BANCO CONTINENTAL
AVE. REPUBLICA DE PANAMA NO. 3055
SAN ISIDRO LIMA, PERU 01                   $1,981.89

ABBEY CREDIT UNION, INC.
800 FALLS CREEK DRIVE
VANDALIA, OH 45377 USA                     $1,980.50

| | |
|---|---|
| BAY FEDERAL CREDIT UNION (SANTA CRUZ COUNTY ECU)<br>3333 CLARES STREET<br>CAPITOLA, CA 95010 USA | $1,980.00 |
| FIRST MIDWEST BANK (NATIONAL BANK & TRUST SYCAMORE)<br>ONE PIERCE PLACE, SUITE 1500<br>ITASCA, IL 60143 USA | $1,979.96 |
| DEMOCRACY FEDERAL CREDIT UNION (HEW FCU)<br>400 NORTH COLUMBUS STREET<br>ALEXANDRIA, VA 22314 USA | $1,971.34 |
| MIDDLETON COMMUNITY BANK<br>3207 WEST BELTLINE HIGHWAY<br>MIDDLETON, WI 53562 USA | $1,966.43 |
| HOME TRUST COMPANY<br>145 KING STREET WEST SUITE 2300<br>TORONTO, ON M5H 1J8 CANADA | $1,965.14 |
| ANCHOR D BANK<br>222 WEST MAIN STREET<br>TEXHOMA, OK 73949 USA | $1,964.20 |
| HARBOR CREDIT UNION<br>800 WEISE STREET<br>GREEN BAY, WI 54305 USA | $1,964.11 |
| NATIONAL BANK TRUST (OJSC)<br>SPARTAKOVSKAYA STR. 5, BLD. 1<br>MOSCOW, RUSSIAN FEDERATION 105066 | $1,962.03 |
| THE BANK OF CASTILE<br>50 MAIN STREET<br>CASTILE, NY 14427 USA | $1,960.86 |
| COLORADO CREDIT UNION<br>8331 CONTINENTAL DIVIDE BOULEVARD<br>LITTLETON, CO 80127 USA | $1,960.83 |

| | |
|---|---|
| VILLAGE BANK<br>307 AUBURN ST<br>AUBURNDALE, MA 02466 | $1,955.74 |
| DEPARTMENT OF LABOR FEDERAL CREDIT UNION<br>200 CONSTITUTION AVENUE, NORTH WEST #S3220<br>WASHINGTON, DC 20210 USA | $1,953.16 |
| WESTERN HERITAGE CREDIT UNION<br>103 EAST FIRST STREET<br>ALLIANCE,NEBRASKA U.S.A. 69301 | $1,952.88 |
| CENTRAL SUSQUEHANNA COMMUNITY FEDERAL CREDIT<br>UNION<br>308 RAILROAD STREET<br>DANVILLE, PA 17821 USA | $1,942.67 |
| EMPIRE STATE BANK<br>68 NORTH PLANK ROAD<br>NEWBURGH, NY 12550 USA | $1,939.92 |
| STANDARD CHARTERED BANK (THAI) PUBLIC COMPANY<br>LIMITED<br>90 NORTH SATHORN ROAD SILOM,<br>BANGRAK  BANGKOK,  10500 THAILAND | $1,935.49 |
| HEARTLAND FEDERAL CREDIT UNION (AFFINIA FCU)<br>3400 OFFICE PARK DRIVE<br>DAYTON, OH 45439 USA | $1,935.15 |
| BANKMED SAL,<br>CARD BUSINESS OPERATIONS<br>CHARLES MALEK AVENUE<br>TABARIS HEAD OFFICE - P.O. BOX: 11-034<br>BEIRUT, LEBANON 2022 9302 | $1,932.55 |
| HSH NORDBANK AG<br>GERHART-HAUPTMANN-PLATZ 50<br>HAMBURG,  20095 GERMANY | $1,929.51 |
| MULTICREDIT S.A.<br>4TA AVENIDA 10-01, ZONA 10<br>GUATEMALA,  1010 GUATEMALA | $1,923.25 |

THE STATE BANK AND TRUST COMPANY
401 CLINTON STREET
DEFIANCE, OH 43512 USA                                    $1,917.31

PRIMETRUST FINANCIAL CREDIT UNION
3700 WEST BETHEL AVENUE
MUNCIE,INDIANA U.S.A. 47304                               $1,914.96

GOLOMT BANK OF MONGOLIA
SUKHBAATAR SQUARE 6/3 ULAANBAATAR 210620A
MONGOLIA,   MONGOLIA                                      $1,911.09

ISLANDERS BANK
225 BLAIR STREET
FRIDAY HARBOR, WA 98250 USA                               $1,909.71

REPUBLIC BANK OF CHICAGO
2221 CAMDEN COURT
OAK BROOK, IL 60523 USA                                   $1,903.28

PANHANDLE EDUCATORS FEDERAL CREDIT UNION
2718 HIGHWAY 77
PANAMA CITY,FLORIDA U.S.A. 32405                          $1,898.37

SBI CARDS AND PAYMENT SERVICES PTE LTD
TOWER-C, DLF INFINITY TOWERS, BLOCK-2 BLDG 3, 10TH
FL. DLF CYBER CITY,
PHASEII GURGAON, HARYANA, INDIA 122 002                   $1,896.25

UNION YES FEDERAL CREDIT UNION
1918 WEST CHAPMAN AVENUE, SUITE 100
ORANGE, CA 92868 USA                                      $1,896.11


FIRST CITIZENS BANK LIMITED
31-33 ABERCROMBY STREET 3RD FLOOR-TEMPLE COURT
PORT OF SPAIN,   TRINIDAD AND TOBAGO                      $1,894.45


SCHOOL EMPLOYEES LORAIN COUNTY CREDIT UNION
340 GRISWOLD ROAD
ELYRIA,OHIO U.S.A. 44035                                  $1,890.40

| | |
|---|---|
| WESTCONSIN CREDIT UNION<br>3333 SCHNEIDER AVENUE<br>MENOMONIE, WI 54751 USA | $1,887.70 |
| ROCKWOOD BANK<br>219 THRESHER DRIVE<br>EUREKA, MO 63025 USA | $1,885.39 |
| CONNEX CREDIT UNION, INC.<br>412 WASHINGTON AVENUE<br>NORTH HAVEN,CONNECTICUT U.S.A. 06473 | $1,882.23 |
| CONNECTS FEDERAL CREDIT UNION<br>OPERATIONS MANAGER<br>7700 SHRADER ROAD<br>RICHMOND,VIRGINIA U.S.A. 23228 | $1,879.24 |
| BANCO DE LA PROVINCIA DE BUENOS AIRES<br>BARTOLOME MITRE 457<br>BUENOS AIRES,  1036 ARGENTINA | $1,876.09 |
| QUINCY CREDIT UNION<br>100 QUINCY AVENUE<br>QUINCY, MA 2169 USA | $1,875.56 |
| CITIZENS BANK<br>300 BROAD STREET<br>ELIZABETHTON, TN 37643 USA | $1,875.22 |
| UNKNOWN | $1,872.55 |
| GATEWAY METRO CREDIT UNION<br>1001 PINE STREET<br>ST. LOUIS,MISSOURI U.S.A. 63101 | $1,871.45 |
| ASHLAND CREDIT UNION<br>1300 CENTRAL AVENUE<br>ASHLAND, KY 41101 USA | $1,870.96 |
| CORNER BANK, NA<br>900 MAIN<br>WINFIELD,KANSAS U.S.A. 67156-0545 | $1,867.02 |

C & G SAVINGS BANK
1201 12TH STREET
ALTOONA,PENNSYLVANIA U.S.A. 16601                    $1,862.42

YORKSHIRE BUILDING SOCIETY
YORKSHIRE HOUSE YORKSHIRE DRIVE
BRADFORD, EN BD5 8LJ UNITED KINGDOM                  $1,858.11

ITAU UNIBANCO FINANCEIRA S.A. - CREDITO
FINANCIAMENTO E INVESTIMENTO
PRACA ALFREDO EGIDIO DE SOUZA ARANHA
100 T. CONCEICAO 7 AND.
SAO PAULO, SP 04-344-902 BRAZIL                      $1,857.46

CITIZENS & NORTHERN BANK
90-92 MAIN STREET
WELLSBORO, PA 16901 USA                              $1,850.03

TAMPA POSTAL FEDERAL CREDIT UNION
15916 N FLORIDA AVE
LUTZ FL 335496127                                    $1,846.46

LEOMINSTER CREDIT UNION
20 ADAMS STREET
LEOMINSTER, MA 1453 USA                              $1,839.77

APPLE BANK FOR SAVINGS
122 EAST 42ND STREET
NEW YORK,NEW YORK U.S.A. 10168                       $1,837.92

CEDYNA FINANCIAL CORPORATION
CARD PLANNING DEPARTMENT
2-16-4, KONAN, MINATO-KU
TOKYO JAPAN 108-8117                                 $1,834.68

DELAWARE COUNTY BANK & TRUST COMPANY
P.O. BOX 1001
LEWIS CENTER,OHIO U.S.A. 43035                       $1,833.21


IBEW AND UNITED WORKERS FEDERAL CREDIT UNION
9955 SOUTHEAST WASHINGTON
PORTLAND, OR 97216-2439 USA                          $1,831.63

KOTAK MAHINDRA BANK LTD
36-38A NARIMAN BHAVAN 227 NARIMAN POINT
MUMBAI, MH 400 021 INDIA                    $1,828.81
BREWTON MILL FEDERAL CREDIT UNION
2549 SOUTH BOULEVARD
BREWTON, AL 36426 USA                      $1,825.36
ARAPAHOE CREDIT UNION
3999 EAST ARAPAHOE ROAD
LITTLETON,COLORADO U.S.A. 80122-2076       $1,825.10
BANK OF RIPLEY
134 NORTH JEFFERSON STREET
RIPLEY, TN 38063-0269 USA                  $1,824.97
BANCO CITIBANK DE COSTA RICA S.A.
PO BOX 189-1230
SAN JOSE, COSTA RICA                       $1,823.93
COLUMBIA BANK
19-01 ROUTE 208 NORTH
FAIR LAWN,NEW JERSEY U.S.A. 07410          $1,823.04
HARFORD BANK
8 WEST BEL AIR AVENUE
ABERDEEN, MD 21001 USA                     $1,822.13
MOUNTAINCREST CREDIT UNION
1328 BROADWAY
EVERETT, WA 98201 USA                      $1,821.76
PYRAMAX BANK, FSB
7001 WEST EDGERTON AVENUE
GREENFIELD, WI 53220-0927 USA              $1,820.04
FRANKLIN FIRST FEDERAL CREDIT UNION
57 NEWTON ST
GREENFIELD, MA 01301                       $1,816.40
BANKNEWPORT
10 WASHINGTON SQUARE
NEWPORT, RI 2840 USA                       $1,815.84

IKANO BANK SE
LENSMANSLIA 4 ASKER, 1372
NORWAY                                              $1,813.94

THE OCULINA BANK
1100 COLONNADES DRIVE
FT. PIERCE,FLORIDA U.S.A. 34949                     $1,813.55

UNKNOWN                                             $1,813.22

CHESSIE FEDERAL CREDIT UNION
15 COMMERCE DRIVE
P.O. BOX 689
CUMBERLAND, MD 21502                                $1,813.10

EVANSVILLE TEACHERS FEDERAL CREDIT UNION
4401 THEATER DRIVE
EVANSVILLE, IN 47715 USA                            $1,803.11


ELAVON FINANCIAL SERVICES LIMITED
CHERRYWOOD SCIENCE & TECHNOLOGY PARK BLOCK E,
LOUGLINSTOWN  DUBLIN,  18 REPUBLIC OF IRELAND       $1,802.09

GARDINER FEDERAL CREDIT UNION
RR5 BOX 105
GARDINER,MAINE U.S.A. 04345                         $1,802.07

MISSOULA FEDERAL CREDIT UNION
3600 BROOKS ST
MISSOULA, MT 59801                                  $1,799.98

GRANITE FEDERAL CREDIT UNION
3675 SOUTH 900 EAST
SALT LAKE CITY,UTAH U.S.A. 84106-1964               $1,799.79

NEXTTIER BANK, N.A.
222 MARKET STREET
KITTANNING, PA 16201 USA                            $1,799.27

SABADELL UNITED BANK, NATIONAL ASSOCIATION
1111 BRICKELL AVENUE
MIAMI, FL 33131 USA                                 $1,798.42

UNKNOWN                                             $1,794.16

| | |
|---|---|
| FIRST VOLUNTEER BANK<br>728 BROAD STREET<br>CHATTANOOGA, TN 37402 USA | $1,792.72 |
| CREDOMATIC DE MEXICO S.A.<br>DE C.V. AVENIDA LAZARO CARDENAS NUM. 3590<br>JARDINES DE LOS ARCOS<br>GUADALAJARA,  44120 MEXICO | $1,790.76 |
| WESTSTAR CREDIT UNION<br>2775 SOUTH RAINBOW BOULEVARD<br>LAS VEGAS, NV 89146 USA | $1,789.48 |
| BOULDER DAM CREDIT UNION<br>P.O. BOX 61410<br>BOULDER CITY,NEVADA U.S.A. 89006-1410 | $1,776.93 |
| ULSTER BANK LIMITED<br>47 DONEGALL PLACE<br>BELFAST, NI BT1 5AL UNITED KINGDOM | $1,774.31 |
| MASS BAY CREDIT UNION<br>147 WEST FOURTH STREET<br>SOUTH BOSTON, MA 2127 USA | $1,774.29 |
| INDUSIND BANK LIMITED<br>425, DADASAHEB BHADKAMKAR MARG<br>MUMBAI, MH 400 004 INDIA | $1,769.87 |
| MERCANTIL C.A. BANCO UNIVERSAL<br>TORRE MERCANTIL,<br>AV. ANDRES BELLO SAN BERNARDINO<br>CARACAS,  1010-A VENEZUELA | $1,768.59 |
| LATAH FEDERAL CREDIT UNION<br>912 SOUTH WASHINGTON<br>MOSCOW,IDAHO U.S.A. 83843 | $1,766.44 |
| RESOURCE ONE CREDIT UNION<br>PO BOX 660077<br>DALLAS, TX 75266 | $1,765.55 |

PREMIER VALLEY BANK
255 EAST RIVER PARK CIRCLE SUITE 180
FRESNO, CA 93720 USA                              $1,763.54

ACCESS BANK PLC
999C DANMOLE STREET
VICTORIA ISLAND LAGOS, NIGERIA                     $1,755.31

PENN STATE FEDERAL CREDIT UNION
1937 NORTH ATHERTON STREET
STATE COLLEGE,PENNSYLVANIA U.S.A. 16803            $1,751.08


RIVERFALL CREDIT UNION (TUSCALOOSA TEACHERS CU)
2520 6TH STREET
TUSCALOOSA, AL 35401 USA                           $1,750.90

CENTURY BANK, FEDERAL SAVINGS BANK
100 SOUTH FEDERAL PLACE
SANTA FE,NEW MEXICO U.S.A. 87501                   $1,750.10

SURUGA BANK, LTD.
500, SURUGADAIRA, NAGAIZUMI-CHO SUNTO-GUN,
SHIZUOKA-KEN, JAPAN 411-8689                        $1,748.61

WOODSBORO BANK
5 NORTH MAIN STREET
WOODSBORO, MD 21798 USA                             $1,747.72

NEW CUMBERLAND FEDERAL CREDIT UNION
345 LEWISBERRY ROAD
NEW CUMBERLAND, PA 17070 USA                        $1,746.86

PAYBOX BANK AG
LASSALLESTRASSE 9
VIENNA,  1020 AUSTRIA                               $1,746.83

PYRAMID FEDERAL CREDIT UNION
7740 EAST SPEEDWAY BOULEVARD
TUCSON, AZ 85710 USA                                $1,745.06

AMERICA'S CREDIT UNION
2154 FOREST LANE
GARLAND, TX 75042 USA                               $1,743.05

DIAMOND VALLEY FEDERAL CREDIT UNION
840 DIAMOND AVENUE
EVANSVILLE, IN 47711 USA                        $1,741.59

AS DNB BANKA
12 SKANSTES STREET
RIGA, LATVIA LV-1013                            $1,740.91

BANK OF TRAVELERS REST
42 PLAZA DRIVE
TRAVELERS REST, SC 29690-1688 USA              $1,740.88

TRADITION BANK
1515 SOUTH GRAND PARKWAY
BELLAIRE,TEXAS U.S.A. 77081                     $1,736.39

UNITED OVERSEAS BANK (MALAYSIA) BERHAD
LEVEL 4, MENARA UOB JALAN RAJA LAUT
KUALA LUMPUR MALAYSIA 50350                     $1,734.18

EAGLE LOUISIANA FEDERAL CREDIT UNION
P.O. BOX 64630
BATON ROUGE,LOUISIANA U.S.A. 70896             $1,731.61

CREDITO SA
CENTRO BAC KM.4.5 CARRETERA MASAYA
MANAGUA NICARAGUA                              $1,730.05

BRAINTREE COOPERATIVE BANK
1010 WASHINGTON STREET
BRAINTREE,MASSACHUSETTS U.S.A. 02184           $1,728.64

WESTERN VISTA FEDERAL CREDIT UNION
3207 SPARKS ROAD
CHEYENNE, WY 82001 USA                         $1,726.83

ANAHUAC NATIONAL BANK
HWY 563 & BELTON LANE
ANAHUAC,TEXAS U.S.A. 77514                     $1,726.29

FAR EASTERN BANK
RUSSIAN FEDERATION, ZIP 690990,
VLADIVOSTOK, VERKHNEPORTOVAYA STR., 27A.       $1,717.20

NORTHFIELD BANK
1731 VICTORY BOULEVARD
STATEN ISLAND, NY 10314-3598 USA                      $1,716.88

HOME FEDERAL BANK OF TENNESSEE, F.S.B.
515 MARKET STREET
KNOXVILLE,TENNESSEE U.S.A. 37902                       $1,711.34

AEA FCU
1780 SOUTH 1ST AVE
YUMA, AZ 85364                                         $1,709.64

SANDIA AREA FEDERAL CREDIT UNION
1850 WYOMING BLVD SOUTHEAST
ALBUQUERQUE, NM 87112-2864 USA                         $1,707.48

WORCESTER CREDIT UNION
520 WEST BOYLSTON STREET
WORCESTER, MA 1606 USA                                 $1,706.76

SOUTH CENTRAL BANK, INC.
208 SOUTH BROADWAY
GLASGOW, KY 42141 USA                                  $1,699.98

HERITAGE FAMILY CREDIT UNION
30 ALLEN STREET
RUTLAND, VT 05701                                      $1,699.16

VIA CREDIT UNION
4505 SOUTH ADAMS STREET
MARION, IN 46953 USA                                   $1,697.05

CITIZENS BANK OF CANADA
183 TERMINAL AVENUE
VANCOUVER,BRITISH COLUMBIA CANADA V6A 4G2              $1,696.49

ALABAMA CENTRAL CREDIT UNION
3601 4TH AVENUE SOUTH
BIRMINGHAM, AL 35222 USA                               $1,690.09

FIRST COMMONWEALTH BANK
495 NORTH KELLER ROAD SUITE 400
MAITLAND FL 32751                                      $1,687.58

FAIRFIELD FEDERAL CREDIT UNION
206 HIGHWAY 81 NORTH
PINE BLUFF, AR 71611 USA                    $1,685.25
UNKNOWN                                     $1,684.77
COMMUNITY CREDIT UNION
144 PINE STREET
LEWISTON, ME 4240 USA                       $1,681.23
KERN FEDERAL CREDIT UNION
1717 TRUXTUN AVENUE
BAKERSFIELD, CA 93301 USA                   $1,679.91
CENTRAL BANK OF KANSAS CITY
2301 INDEPENDENCE BLVD
KANSAS CITY,MISSOURI U.S.A. 64124           $1,679.65
ACNB BANK
16 LINCOLN SQUARE
GETTYSBURG, PA 17325-0129 USA               $1,676.73
NATIONAL BANK FOR FOREIGN ECONOMIC ACTIVITY OF
THE REPUBLIC OF UZBEKISTAN
23, AKHUNBABAEVA STR.
TASHKENT,  700047 UZBEKISTAN                $1,676.31
SIGNATURE FEDERAL CREDIT UNION (NAPUS)
12 HERBERT STREET
ALEXANDRIA, VA 22305 USA                    $1,674.66
SJN BANK OF KANSAS
THIRD AND BROADWAY
ST JOHN, KS 67576 USA                       $1,674.00
SUMITOMO MITSUI TRUST CLUB CO. LTD.
TOKYO 1046037, JAPAN                        $1,672.77
BANCO CITIBANK (PANAMA), S.A.
PO BOX 555
PANAMA, PANAMA                              $1,666.20
ELECTRO SAVINGS CREDIT UNION
1850 CRAIGSHIRE DRIVE SUITE 203
ST. LOUIS,MISSOURI U.S.A. 63146             $1,664.78

FREMONT FEDERAL CREDIT UNION
315 CROGHAN STREET
FREMONT, OH 43420 USA                                   $1,664.67

FIRST NATIONAL BANK SOUTH
423 W. 12TH STREET
ALMA,GEORGIA U.S.A. 31510                               $1,664.51

FINANCEIRA ITAU CBD S.A. CREDITO FINANCIAMENTO E
INVESTIMENTO
AV. BRIGADEIRO LUIZ ANTONIO,
3172
SAO PAULO - SP,  01402-002 BRAZIL                       $1,663.34

CORNERSTONE FEDERAL CREDIT UNION
5 EAST GATE DRIVE
CARLISLE, PA 17013 USA                                  $1,660.59

MONTGOMERY BANK, NATIONAL ASSOCIATION
1 MONTGOMERY BANK PLAZA
SIKESTON, MO 63801 USA                                  $1,659.02

XCEED FINANCIAL FEDERAL CREDIT UNION
888 NORTH NASH STREET
EL SEGUNDO, CA 90245 USA                                $1,658.28

DOWNEY FEDERAL CREDIT UNION
8237 THIRD STREET
DOWNEY,CALIFORNIA U.S.A. 90241                          $1,657.11

SOUTHSIDE BANK (ONMIAMERICAN BANK)
1201 SOUTH BECKHAM STREET
TYLER, TX 75701 USA                                     $1,653.67

HOME STATE BANK
2695 W.EISENHOWER BLVD.
LOVELAND CO 80537                                       $1,652.70

SEVERNY MORSKOY PUT' OPEN JOINT STOCK C
2ND VLADIMIRSKAYA, 26 A
111401 MOSCOW, RUSSIAN FEDERATION                       $1,650.97

SERV U FEDERAL CREDIT UNION
9823 SCIENCE CENTER RD.
PAINTED POST,NEW YORK U.S.A. 14870          $1,648.33

ITHMAAR BANK B.S.C.
AL SEEF TOWER SEEF DISTRICT
MANAMA BAHRAIN          $1,648.25

FIRST FEDERAL SAVINGS BANK
633 LASALLE STREET
OTTAWA, IL 61350 USA          $1,647.83

EDUCATIONAL COMMUNITY CREDIT UNION
1221 EAST GRAND
SPRINGFIELD, MO 65804 USA          $1,646.46

KATAHDIN FEDERAL CREDIT UNION
1000 CENTRAL STREET
MILLINOCKET, ME 04462          $1,645.81

UNKNOWN          $1,645.10

CAMINO FEDERAL CREDIT UNION
520 NORTH TAYLOR AVENUE
MONTEBELLO, CA 90640 USA          $1,641.85

FIRST CALIFORNIA FEDERAL CREDIT UNION
2525 EAST SHIELDS AVENUE
FRESNO,CALIFORNIA U.S.A. 93726          $1,640.70

THE FIRST STATE BANK
660 CENTRAL AVENUE
BARBOURSVILLE, WV 25504 USA          $1,640.20

SELF-HELP FEDERAL CREDIT UNION
301 WEST MAIN STREET
DURHAM, NC 27701 USA          $1,634.40

PACIFIC PREMIER BANK
17901 VON KARMAN AVENUE, SUITE 1200
IRVINE, CA 92614 USA          $1,633.53

QUALTRUST CREDIT UNION
P. O. BOX 165448
IRVING,TEXAS U.S.A. 75016-5448          $1,625.95

Y-12 FEDERAL CREDIT UNION
501 LAFAYETTE DRIVE
OAK RIDGE, TN 37831 USA                         $1,624.86

TRADEMARK FEDERAL CREDIT UNION
44 EDISON DRIVE
AUGUSTA,MAINE U.S.A. 04332-1056                 $1,623.87


CRNOGORSKA KOMERCIJALNA BANKA AD PODGORICA
MOSKOVSKA BB PODGORICA, MONTENEGRO 81000        $1,623.30

BEACON CREDIT UNION
641 SOUTH MIAMI STREET
WABASH, IN 46992 USA                            $1,622.99

THE ADIRONDACK TRUST COMPANY
473 BROADWAY
SARATOGA SPRINGS, NY 12866-0326 USA             $1,618.02

OJSC DEMIRBANK
GARABAKH STR, 31
BAKU AZERBAIJAN AZ1008                          $1,617.88

FAA FEDERAL CREDIT UNION
3920 WHITEBROOK DRIVE
MEMPHIS, TN 38181 USA                           $1,615.83

LANCASTER RED ROSE CREDIT UNION
1010 NEW HOLLAND AVENUE
LANCASTER, PA 17601 USA                         $1,615.03

FARMERS & MERCHANTS BANK
116 SOUTH GRAND STREET
CRESCENT, OK 73028 USA                          $1,614.27

TOLLESON PRIVATE BANK
5500 PRESTON ROAD, SUITE B
DALLAS,TEXAS U.S.A. 75205                        $1,612.86

MONEY FEDERAL CREDIT UNION
PO BOX 957
SYRACUS, NY 13201                               $1,603.59

| | |
|---|---|
| COMMERCIAL STATE BANK | |
| 407 N. BIG SPRING STREET | |
| MIDLAND,TEXAS U.S.A. 79701 | $1,603.13 |
| THE ELMIRA SAVINGS BANK, FSB | |
| 333 EAST WATER STREET | |
| ELMIRA, NY 14901 USA | $1,599.97 |
| FLORIDA BUSINESS BANK | |
| 340 NORTH HARBOR CITY BOULEVARD | |
| MELBOURNE, FL 32935 USA | $1,599.93 |
| THE CITIZENS BANK OF EDMOND | |
| 1 EAST FIRST STREET | |
| EDMOND,OKLAHOMA U.S.A. 73034 | $1,599.88 |
| PALISADES FEDERAL CREDIT UNION | |
| 300 MIDDLETOWN ROAD | |
| PEARL RIVER,NEW YORK U.S.A. 10965 | $1,599.35 |
| VALLEY OAK CREDIT UNION | |
| 40870 SIERRA DRIVE | |
| THREE RIVERS, CA 93271 USA | $1,597.94 |
| WILSHIRE BANK | |
| 3200 WILSHIRE BOULEVARD | |
| LOS ANGELES, CA 90010 USA | $1,597.83 |
| RED ROCKS FEDERAL CREDIT UNION | |
| 9325 DORCHESTER STREET | |
| HIGHLANDS RANCH,COLORADO U.S.A. 80129 | $1,597.55 |
| CME FEDERAL CREDIT UNION | |
| 150 EAST MOUND STREET, SUITE 100 | |
| COLUMBUS,OHIO U.S.A. 43215 | $1,597.05 |
| BANCO CREDITO INVERSIONES | |
| GERENTE BANCO RETAIL EL GOLF 125 PISO 16 | |
| SANTIAGO CHILE 8320000 | $1,595.55 |
| CLEARPATH FEDERAL CREDIT UNION | |
| 340 ARDEN AVENUE | |
| GLENDALE, CA 91203 USA | $1,590.51 |
| UNKNOWN | $1,589.56 |

| | |
|---|---|
| NESC FEDERAL CREDIT UNION<br>310 LOWELL STREET<br>ANDOVER, MA 1810 USA | $1,588.10 |
| FIVE STAR BANK<br>6810 FIVE STAR BOULEVARD<br>ROCKLIN, CA 95765 USA | $1,587.10 |
| PLATTE VALLEY BANK<br>1212 CIRCLE DRIVE<br>SCOTTSBLUFF, NE 69361 USA | $1,585.50 |
| MY PERSONAL CREDIT UNION<br>1414 BURTON SOUTHWEST<br>WYOMING, MI 49509-1488 USA | $1,584.27 |
| GOLDENWEST FEDERAL CREDIT UNION<br>5025 S. ADAMS AVENUE<br>OGDEN,UTAH U.S.A. 84403 | $1,582.78 |
| SOONER STATE BANK<br>2 SOUTHEAST FOURTH<br>TUTTLE, OK 73089 USA | $1,579.82 |
| CASCADE FEDERAL CREDIT UNION<br>18020 80TH AVENUE<br>SOUTH KENT,WASHINGTON U.S.A. 98032 | $1,579.13 |
| COOPERATIVE CENTER FEDERAL CREDIT UNION<br>P. O. BOX 248<br>BERKELEY,CALIFORNIA U.S.A. 94701 | $1,578.28 |
| NEW ALLIANCE FEDERAL CREDIT UNION<br>835 MERCHANT STREET<br>AMBRIDGE,PENNSYLVANIA U.S.A. 15003 | $1,576.64 |
| BANCO NACIONAL DE BOLIVIA S.A.<br>CHUQIOSACA<br>SUCRE, BOLIVIA | $1,574.68 |
| NORTHEAST COMMUNITY BANK<br>325 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 USA | $1,572.52 |

AMERICAN NATIONAL BANK
PO BOX 2139
OMAHA, NE 68103                                          $1,570.73
CPM FEDERAL CREDIT UNION
1066 EAST MONTAGUE AVENUE
CHARLESTON, SC 29405 USA                                 $1,570.03
BANKIA S.A.
GABRIEL GARCIA MARQUEZ 1
LAS ROZAS
MADRID SPAIN 28232                                       $1,569.54
CHEMUNG CANAL TRUST COMPANY
ONE CHEMUNG CANAL PLAZA
ELMIRA, NY 14901                                         $1,568.93
CAPITAL HOUSE 2, BRUNTCLIFFE WAY,
MORLEY
LEEDS LS27 0JG, UNITED KINGDOM                           $1,568.70
PEOPLES BANK (THE NATIONAL BANK AND TRUST
COMPANY)
138 PUTNAM STREET
MARIETTA, OH 45750 USA                                   $1,567.38
BANCO COOPERATIVO DO BRASIL SA
SQS QUADRA 06 BLOCO A N 5 DISTRITO FEDERAL
BRASILIA BRAZIL 70 306 902                               $1,566.99
HOMESTREET BANK (SIMPLICITY BANK)
2000 TWO UNION SQUARE,
601 UNION STREET
SEATTLE, WA 98101-2326 USA                               $1,566.66
COMMERCIAL BANK
1901 MAIN STREET
PARSONS,KANSAS U.S.A. 67357-3336                         $1,564.59
FIRST MISSOURI STATE BANK OF CAPE COUNTY
2 SOUTH MOUNT AUBURN ROAD
CAPE GIRARDEAU, MO 63703 USA                             $1,564.02

BANK OF CYPRUS LIMITED
97 KERYNIAS AVENUE PLATY AGLANTZIA
NICOSA, CYPRUS 2114                                    $1,558.67

BANK OF DUDLEY
P. O. BOX 7
DUDLEY,GEORGIA U.S.A. 31022                            $1,557.40


GLYNN COUNTY FEDERAL EMPLOYEES CREDIT UNION
C/O FLETC BUILDING 86
GLYNCO,GEORGIA U.S.A. 31524                            $1,556.24

OLD OCEAN FEDERAL CREDIT UNION
COUNTY RD 359 @ FM524
OLD OCEAN,TEXAS U.S.A. 77463                           $1,555.27

THE NATIONAL BANK OF MALVERN
KING STREET & WARREN AVENUE
MALVERN,PENNSYLVANIA U.S.A. 19355                      $1,551.53

NORTHRIM BANK
PO BOX 241489
ANCHORAGE, AK 99524                                    $1,548.71

VISION ONE CREDIT UNION
3279 RAMOS CIRCLE
SACRAMENTO,CALIFORNIA U.S.A. 95827                     $1,548.63

FORT HOOD NATIONAL BANK
PO BOX 73
KILLEEN TX 76540
ATTN: ASSET RECOVERY                                   $1,542.59

DENVER FIRE DEPARTMENT FEDERAL CREDIT UNION
2201 FEDERAL BOULEVARD
DENVER, CO 80211 USA                                   $1,535.06

ASSEMBLIES OF GOD CREDIT UNION
1535 NORTH CAMPBELL AVENUE
SPRINGFIELD, MO 65803-2733 USA                         $1,535.04

VALLEY FIRST CREDIT UNION
1117 L STREET
MODESTO, CA 95353 USA                          $1,528.95
FIRST NATIONAL BANK OF CROSSETT
210 MAIN STREET
CROSSETT, AR 71635 USA                         $1,528.19
MIRAMAR FEDERAL CREDIT UNION
9494 MIRAMAR ROAD
SAN DIEGO, CA 92126 USA                        $1,525.98
FORTERA FEDERAL CREDIT UNION (FORT CAMPBELL)
2050 LOWE'S DRIVE
CLARKSVILLE, TN 37040 USA                      $1,525.32
BARCLAYS BANK OF ZIMBABWE LIMITED
BARCLAY HOUSE
JASON MOYO AVENUE/1ST STREET
HARARE,  ZIMBABWE                              $1,524.48
PALMETTO CITIZENS FEDERAL CREDIT UNION
1320 WASHINGTON STREET
COLUMBIA,SOUTH CAROLINA U.S.A. 29201           $1,523.43
UNKNOWN                                        $1,521.21
GLENVIEW STATE BANK
 800 WAUKEGAN RD
GLENVIEW IL 60025-4381                         $1,519.39
BANK OF SPRINGFIELD
3400 WEST WABASH
SPRINGFIELD, IL 62711 USA                      $1,518.01
TICONDEROGA FEDERAL CREDIT UNION
WICKER ST. P. O. BOX 30
TICONDEROGA,NEW YORK U.S.A. 12883              $1,515.85
DANVILLE CITY EMPLOYEES FEDERAL CREDIT UNION
320 OLD RIVERSIDE DRIVE
DANVILLE, VA 24541 USA                         $1,512.76

| | |
|---|---|
| NEW MEXICO BANK & TRUST<br>320 GOLD STREET, SOUTH WEST<br>ALBUQUERQUE, NM 87102 USA | $1,512.28 |
| COMMUNITY VALLEY BANK<br>203 SOUTH IMPERIAL AVENUE<br>EL CENTRO, CA 92243 USA | $1,511.59 |
| DELTA SCHOOLS FEDERAL CREDIT UNION<br>701 W. 18TH STREET<br>ANTIOCH,CALIFORNIA U.S.A. 94509 | $1,508.21 |
| CLARIEN BANK LIMITED<br>PRODUCT MANAGER CARD SERVICES<br>19 REID STREET HAMILTON BERMUDA HM11 | $1,505.95 |
| SOUTHEASTERN ARIZONA FEDERAL CREDIT UNION<br>1019 F AVENUE<br>DOUGLAS, AZ 85608-1059 USA | $1,505.04 |
| PJSC MTS-BANK<br>18, BLD. 1. ANDROPOVA AVENUE<br>MOSCOW,  115432 RUSSIAN FEDERATION | $1,504.82 |
| CITIZENS BANK<br>33 NORTH INDIANA STREET<br>MOORESVILLE, IN 46158 USA | $1,504.58 |
| BANCO CITIBANK DE HONDURAS S.A.<br>EDIFICO CENTRO FINANCIERO<br>BOSCO<br>MORAZAN TEGUCIAGALPA, HONDURAS | $1,502.98 |
| BANK OF ST. CROIX, INC.<br>5025 ANCHOR WAY, GALLOWS BAY<br>ST. CROIX,  820 U.S. VIRGIN ISLANDS | $1,502.06 |
| FIRST STATE BANK<br>422 DIBRELL AVENUE<br>THREE RIVERS, TX 78071 USA | $1,499.99 |
| ADVANCED PAYMENT SOLLUTIONS LTD<br>COTTONS CENTRE, COTTONS LANE<br>LONDON SE1 2QG, UNITED KINGDOM | $1,499.36 |

PINELLAS COUNTY EMPLOYEES FEDERAL CREDIT UNION
10273 ULMERTON ROAD
LARGO,FLORIDA U.S.A. 33771-4118                    $1,498.70

ACIPCO FEDERAL CREDIT UNION
2930 NORTH 16TH STREET
BIRMINGHAM, AL 35207 USA                           $1,492.65

CHARLOTTE FIRE DEPARTMENT CREDIT UNION
2100 COMMONWEALTH AVE.
CHARLOTTE,NORTH CAROLINA U.S.A. 28205              $1,492.21

SEB KORT BANK AB (HELSINKI BRANCH)
UNIONINKATU 30
HELSINKI 00100, FINLAND                            $1,491.61

UNKNOWN                                            $1,489.94

EVERGREEN CREDIT UNION
P.O. BOX 1038
PORTLAND,MAINE U.S.A. 04104                        $1,488.04

EXCEL FEDERAL CREDIT UNION
5070 PEACHTREE INDUSTRIAL BOULEVARD
NORCROSS, GA 30071 USA                             $1,486.57

GULF WINDS FEDERAL CREDIT UNION
220 EAST NINE MILE ROAD
PENSACOLA, FL 32534 USA                            $1,485.31

WARREN FEDERAL CREDIT UNION
PO BOX 3200
CHEYENNE, WY 82003-3200                            $1,481.94

MEMBERS CHOICE CREDIT UNION
145 RUSSELL ROAD
ASHLAND, KY 41101 USA                              $1,479.00

ZIA CREDIT UNION
1001 CENTRAL AVENUE
LOS ALAMOS, NM 87544 USA                           $1,473.09

UNKNOWN                                            $1,472.05

MEMBER ONE FEDERAL CREDIT UNION
202 4TH STREET NORTHEAST
ROANOKE, VA 24016 USA                        $1,471.14

INDEPENDENT BANK (HOUSTON COMMUNITY BANK)
3090 CRAIG DRIVE
MCKINNEY, TX 75070 USA                       $1,469.97
HOLY ROSARY CREDIT UNION
133 BROCK STREET
ROCHESTER, NH 3867 USA                       $1,469.86
CITIZENS AND FARMERS BANK
EIGHTH & MAIN STREET
WEST POINT, VA 23181 USA                     $1,469.38
UNKNOWN                                      $1,468.35
WEST MILTON STATE BANK
940 HIGH STREET
WEST MILTON,PENNSYLVANIA U.S.A. 17886        $1,459.49
1ST MIDAMERICA CREDIT UNION
731 E BETHALTO DR
BETHALTO, IL 62010                           $1,453.19
DOWN EAST CREDIT UNION
23 3RD AVENUE
BAILEYVILLE, ME 4694 USA                     $1,452.48
STANDARD CHARTERED BANK ZAMBIA PLC
STANDARD CHARTERED HOUSE
CAIRO ROAD
LUSAKA,   ZAMBIA                             $1,451.14
LES FEDERAL CREDIT UNION
950 NORTH 22ND STREET SUITE C
BATON ROUGE,LOUISIANA U.S.A. 70802           $1,447.86
SELFRELIANCE UKRAINIAN AMERICAN FEDERAL CREDIT
UNION
2332 WEST CHICAGO AVENUE
CHICAGO, IL 60622 USA                        $1,447.48

STANDARD BANK ISLE OF MAN LIMITED
STANDARD BANK HOUSE
ONE CIRCULAR ROAD
DOUGLAS,ISLE OF MAN UNITED KINGDOM IM1 1SB          $1,446.94

SECURITY CREDIT UNION
3801 WEST BOULEVARD DRIVE
FLINT, MI 48505 USA          $1,446.92

AMERICAN CHARTERED BANK
1199 EAST HIGGINS ROAD
SCHAUMBURG,ILLINOIS U.S.A. 60173          $1,445.74

METRO CREDIT UNION
447 SOUTH CAMPBELL STREET
SPRINGFIELD, MO 65806 USA          $1,445.62

WYHY FEDERAL CREDIT UNION
1715 SILLWATER AVENUE
CHEYENNE,WYOMING U.S.A. 82009          $1,443.87

CARTER FEDERAL CREDIT UNION
119 SOUTH MAIN STREET
SPRINGHILL,LOUISIANA U.S.A. 71075          $1,439.34

BANK OF RICHMONDVILLE
5 EAST MAIN
RICHMONDVILLE, NY 12149 USA          $1,433.66

FIELDPOINT PRIVATE BANK & TRUST
100 FIELD POINT ROAD
GREENWICH, CT 6830 USA          $1,426.53

THE SECURITY NATIONAL BANK OF SIOUX CITY, IOWA
601 PIERCE STREET
SIOUX CITY, IA 51101 USA          $1,425.31

TRANSPORTATION ALLIANCE BANK INC.
4185 S HARRISON BLVD SUITE 200
OGDEN UT 84403          $1,424.13

SHARON SAVINGS BANK
3 CHESTER PIKE
DARBY,PENNSYLVANIA U.S.A. 19023          $1,423.32

ING BANK FSB
1 SOUTH ORANGE STREET
WILMINGTON DE 19801                      $1,422.59

THE VALLEY STATE BANK
502 NORTH MERCHANT STREET
BELLE PLAINE, KS 67013 USA               $1,421.07

THE HARBOR BANK OF MARYLAND
25 WEST FAYETTE STREET
BALTIMORE,MARYLAND U.S.A. 21201          $1,420.81

HOMELAND CREDIT UNION, INC.
310 CALDWELL STREET
CHILLICOTHE, OH 45601 USA                $1,412.33

XCEL FEDERAL CREDIT UNION
1460 BROAD STREET
BLOOMFIELD, NJ 7003 USA                  $1,411.45

NATIONAL BANK OF DOMINICA
64 HILLSBOROUGH STREET
ROSEAU, DOMINICA                         $1,411.06

SCOTIABANK (BELIZE) LTD
#4A ALBERT ST
PO BOX 708
BELIZE CITY, BELIZE                      $1,410.74

GUARANTY BANK & TRUST, NATIONAL ASSOCIATION
100 WEST ARKANSAS STREET
MT. PLEASANT, TX 75455 USA               $1,407.39

CAPITAL BANK OF NEW JERSEY
ATTENTION: DEPOSIT OPERATIONS
245 BELLEVUE AVE
HAMMONTON, NJ 08037                      $1,404.19

AIR LINE PILOTS ASSOCIATION FEDERAL CREDIT UNION
825 MIDWAY DRIVE
WILLOWBROOK, IL 60527 USA                    $1,403.64

DUTRAC COMMUNITY CREDIT UNION
3465 ASBURY ROAD
DUBUQUE IA 52004                             $1,401.55

RICHMOND POSTAL CREDIT UNION
1601 OWNBY LANE
RICHMOND, VA 23220-1318 USA                  $1,397.97

BANESCO S.A.
AV. SAMUEL LEWIS - TORRE HONG KONG BANK
PANAMA,   PANAMA                             $1,397.81

POPULAR BANK LTD. INC.
TORRE POPULAR AV. J.F.KENNEDY ESQ. AV.
MAXIMO GOMEZ
SANTO DOMINGO,   REPUBLICA DOMINICANA        $1,397.40

CHACO CREDIT UNION, INC.
601 PARK AVENUE
HAMILTON, OH 45013 USA                       $1,391.92

FIRST NATIONAL BANK OF LA GRANGE
620 W BURLINGTON AVE
LA GRANGE, IL 60525                          $1,390.49

BANK OF LEE'S SUMMIT
210 SOUTH MAIN LEE'S
SUMMIT,MISSOURI U.S.A. 64063                 $1,389.72

THE HENRY COUNTY BANK
122 EAST WASHINGTON STREET
NAPOLEON,OHIO U.S.A. 43545                   $1,388.83

MEMBERS CHOICE FEDERAL CREDIT UNION
507 WEST DAVIS STREET
BLOOMINGTON, IN 47403-4724 USA               $1,387.72

PIONEER BANK
252 EAST MAIN STREET
STANLEY,VIRGINIA U.S.A. 22851                    $1,386.64

NORSTATE FEDERAL CREDIT UNION
78 FOX STREET
MADAWASKA,MAINE U.S.A. 04756                     $1,385.79

COMMUNITY ONE CREDIT UNION OF OHIO
6583 FRANK AVENUE NORTHWEST
NORTH CANTON, OH 44720 USA                       $1,384.15

FIRST CALIFORNIA BANK
72-750 EL PASEO
SUITE C-1
PALM DESERT CA 92260                             $1,383.74

MEMORIAL CREDIT UNION
6800 LONGVIEW ROAD
CHATANOOGA, TN 37421                             $1,383.28

ANCHORBANK
25 WEST MAIN STREET
MADISON,WISCONSIN U.S.A. 53703                   $1,382.92

CATHOLIC UNITED FINANCIAL CREDIT UNION
3499 NORTH LEXINGTON
ST. PAUL, MN 55126 USA                           $1,381.53

HERITAGE BANK
2700 FORT CAMPBELL BOULEVARD
HOPKINSVILLE, KY 42240 USA                       $1,379.21

ROME FEDERAL CREDIT UNION
937 SENECA STREET
ROME, NY 13440 USA                               $1,378.19

FIRST AND CITIZENS BANK
MAIN & SPRUCE
MONTEREY, VA 24465 USA                           $1,377.82

DIRECT FEDERAL CREDIT UNION
50 CABOT STREET
NEEDHAM HEIGHTS, MA 02194-2808 USA               $1,377.58

MID-SOUTHERN SAVINGS BANK, FSB
300 NORTH WATER STREET
SALEM,INDIANA U.S.A. 47167-1700                    $1,374.37

BAKER FEDERAL CREDIT UNION
501 BALTIMORE STREET
PHILLIPSBURGH,NEW JERSEY U.S.A. 08865              $1,373.67

DELCO POSTAL CREDIT UNION
P. O. BOX 195
UPPER DARBY,PENNSYLVANIA U.S.A. 19082              $1,373.43

DEPARTMENT OF VETERANS AFFAIRS FEDERAL CREDIT
UNION
810 VERMONT AVENUE, NW (831)
WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20420       $1,371.49

VALLEY BANK AND TRUST CO.
1701 FIRST AVENUE
SCOTTSBLUFF, NE 69361 USA                          $1,371.04

RIVERVIEW BANK
200 FRONT STREET
MARYSVILLE, PA 17053 USA                           $1,369.39

PERRY POINT FEDERAL CREDIT UNION
FIFTH STREET AND AVENUE D
PERRY POINT,MARYLAND U.S.A. 21902                  $1,368.00

BANCO PROMERICA DE COSTA RICA
OFICENTRO EL CEDRAL, EDIFICIO #2
TREJOS MONTEALEGRE, CONTIGUO A WALMART
SAN JOSE, COSTA RICA 1289-1200                     $1,367.56

VIETNAM PROSPERITY JOINT STOCK COMMERCIAL BANK
NO 362 HUE STREET HAI BA TRUNG DISTRICT
HANOI VIETNAM                                      $1,365.59

CITIBANK, NATIONAL ASSOCIATION
701 EAST 60TH STREET NORTH
SIOUX FALLS, SD 57104 USA                          $1,364.80

APEX COMMUNITY FEDERAL CREDIT UNION
540 OLD READING PIKE
STOWE, PA 19464 USA                                    $1,364.25
FIRST NEW YORK FEDERAL CREDIT UNION
1776 UNION STREET
SCHENECTADY, NY 12309 USA                              $1,364.01
MCGRAW-HILL FCU
120 WINDSOR CENTER DRIVE EAST
WINDSOR,NEW JERSEY U.S.A. 08520                        $1,363.20
SEAPORT FEDERAL CREDIT UNION
5080 MCLESTER STREET
ELIZABETH, NJ 7201 USA                                 $1,359.67
ROCKLAND FEDERAL CREDIT UNION
241 UNION ST
ROCKLAND, MA 02370                                     $1,359.58
WALTERS BANK AND TRUST COMPANY
201 NORTH BROADWAY
WALTERS, OK 73572 USA                                  $1,358.21
UNKNOWN                                                $1,356.03
GLATCO CREDIT UNION
53 S MAIN ST
SPRING GROVE,PENNSYLVANIA U.S.A. 17362                 $1,353.80
BANK OF ENGLAND
123 SOUTH MAIN
ENGLAND,ARKANSAS U.S.A. 72046                          $1,352.24

THE FIRST INTERNATIONAL BANK OF ISRAEL LIMITED
42 ROTHSCHILD BLVD
TEL-AVIV,  66883 ISRAEL                                $1,351.32
BANCO DO ESTADO DO RIO GRANDE DO SUL SA
RUA CAPITAO MONTANHA, 177
PORTO ALEGRE BRAZIL 90018900                           $1,350.30

| | |
|---|---|
| COOPERATIVA NACIONAL DE EDUCADORES R.L. (COOPENAE R.L.) CALLE 0, AVENIDAS 12 Y 14 50 NORTE DE CLINICA BIBLICA SAN JOSE,  10097 1000 COSTA RICA | $1,348.72 |
| LION'S SHARE FEDERAL CREDIT UNION 850 HARRISON ROAD SALISBURY, NC 28147 USA | $1,347.77 |
| CIBANK JSC 1 TZAR BORIS IIII BLVD SOFIA, BULGARIA 1612 | $1,347.66 |
| PEOPLES BANK SB 9204 COLUMBIA AVENUE MUNSTER, IN 46321 USA | $1,346.73 |
| GUARDIAN CREDIT UNION 1789 CONGRESSMAN W.L. DICKINSON DRIVE MONTGOMERY, AL 36109-0199 USA | $1,339.58 |
| ARBUTHNOT LATHAM & CO. LIMITED ARBUTHNOT HOUSE 7 WILSON STREET LONDON,ENGLAND UNITED KINGDOM EC2M 2SN | $1,339.45 |
| SECNY FEDERAL CREDIT UNION 4727 WEST SENECA TURNPIKE SYRACUSE, NY 13215-0040 USA | $1,337.49 |
| FIREFIGHTERS FIRST CREDIT UNION P.O. BOX 60890 LOS ANGELES,CALIFORNIA U.S.A. 90099 | $1,337.44 |
| IROQUOIS FEDERAL SAVINGS & LOAN ASSOCIATION 201 E. CHERRY ST. WATSEKA,ILLINOIS U.S.A. 60970 | $1,333.72 |
| THE CONVERSE COUNTY BANK 322 WALNUT STREET P.O. BOX 689 DOUGLAS,WYOMING U.S.A. 82633 | $1,325.74 |

| | |
|---|---|
| CORNERSTONE BANK<br>529 SOUTH LINCOLN AVENUE<br>YORK, NE 68467 USA | $1,322.35 |
| CHARTER BANK<br>1721 MEDICAL PARK DRIVE<br>BILOXI, MS 39531 USA | $1,316.98 |
| BANCO INTERNACIONAL DO FUNCHAL S.A. (BANIF)<br>RUA JOAO TAVIRA NO. 30<br>FUNCHAL-MADEIRA,  9000-509 PORTUGAL | $1,316.50 |
| AMERICAN COMMERCE BANK, N.A.<br>400 U.S. HIGHWAY 27 BYPASS<br>BREMEN, GA 30110 USA | $1,316.45 |
| SIERRA PACIFIC FEDERAL CREDIT UNION<br>6100 NEIL ROAD, SUITE 150<br>RENO,NEVADA U.S.A. 89511 | $1,315.37 |
| SHAREFAX CREDIT UNION, INC.<br>1147 OLD STREET RT. 74<br>BATAVIA, OH 45103 USA | $1,314.03 |
| SECURITY NATIONAL BANK OF OMAHA<br>1120 SOUTH 101 STREET<br>OMAHA, NE 68124 USA | $1,312.53 |
| BANCO CITIBANK DE EL SALVADOR, S.A.<br>PIRAMIDE CUSCATLAN,<br>KM. 10 1/2 CARRETERA A SANTA TECLA<br>SAN SALVADOR,   EL SALVADOR | $1,310.19 |
| FIRST COMMUNITY BANK OF EAST TENNESSEE<br>1101 E. MCKINNEY AVE<br>ROGERSVILLE,TENNESSEE U.S.A. 37857 | $1,308.23 |
| TRAVELEX JAPAN<br>6F ORIX AKASAKA 2-CHOME BUILDING 2-9-11<br>AKASAKA MINATO-KU TOKYO 107-0052 | $1,300.67 |
| AURGROUP FINANCIAL CREDIT UNION<br>8811 HOLDEN BOULEVARD<br>FAIRFIELD, OH 45014-2109 USA | $1,297.56 |

MAJID AL FUTTAIM FINANCE LLC
5TH FLOOR, MAF TOWER, DEIRA
PO BOX 60811
DUBAI,   UNITED ARAB EMIRATES          $1,296.83

PUBLIC BANK BERHAD
BANGUNAN PUBLIC BANK, 21ST FLOOR NO. 6, JALAN
SULTAN SULAIMAN
KUALA LUMPUR,  50000 MALAYSIA          $1,294.86

HERITAGE INTERNATIONAL BANK + TRUST LIM
35 BARRACK ROAD, 1ST FLOOR
BELIZE CITY, BELIZE          $1,291.84

CAPITEC BANK LIMITED
CARD SERVICES, BUSINESS DEVELO TECHNOPARK,
10 QUANTUM ROAD
STELLENBOSCH SOUTH AFRICA 7600          $1,291.42

HENRICO FEDERAL CREDIT UNION
9401 WEST BROAD STREET
HENRICO, VA 23294 USA          $1,282.43

UNIVERSITY OF NEBRASKA FEDERAL CREDIT UNION
1720 P STREET
LINCOLN, NE 68508 USA          $1,282.36

THE CECILIAN BANK
104 EAST MAIN
CECILIA, KY 42724 USA          $1,279.46

ROYAL BANK OF CANADA
200 BAY STREET, ROYAL BANK PLAZA 8TH FLOOR, SOUTH
TOWER
TORONTO, ON M5J 2J5 CANADA          $1,277.26

BELGRADE STATE BANK
401 MAIN STREET
BELGRADE, MO 63622 USA          $1,275.52

WEPCO FEDERAL CREDIT UNION
204 NORTH BRANCH AVENUE
BLOOMINGTON, MD 21523 USA          $1,275.16

PERFECT CIRCLE CREDIT UNION
327 EAST MAIN STREET
HAGERSTOWN,INDIANA U.S.A. 47346                    $1,274.49

FIVEPOINT FEDERAL CREDIT UNION
3700 SKYLINE DR
PO BOX 1366
NEDERLAND, TX 77627                                $1,273.56

NARFE PREMIER FEDERAL CREDIT UNION
6462 LITTLE RIVER TURNPIKE
ALEXANDRIA, VA 22312                               $1,273.09

P & G MEHOOPANY EMPLOYEES FEDERAL CREDIT UNION
51 WARREN STREET
MEHOOPANY,PENNSYLVANIA U.S.A. 18657                $1,271.78

SECURITY STATE BANK
402 BROADWAY
CHEYENNE, OK 73628 USA                             $1,268.77

MID AMERICAN CREDIT UNION
8404 WEST KELLOGG DRIVE
WICHITA, KS 67209-1897 USA                         $1,268.05

SKYLINE FINANCIAL FEDERAL CREDIT UNION (WATERBURY
TELEPHONE FCU)
2457 EAST MAIN STREET
WATERBURY, CT 6705 USA                             $1,266.48

ARLINGTON FEDERAL CREDIT UNION
909 WEST SANFORD
ARLINGTON,TEXAS U.S.A. 76012                       $1,264.47

SECURITY STATE BANK
1930 SOUTH GOLD STREET
CENTRALIA, WA 98531 USA                            $1,264.33

LATITUDE 32 FEDERAL CREDIT UNION
1845 SAM RITTENBERG BOULEVARD
CHARLESTON, SC 29407 USA                           $1,264.16

BANCO CITIBANK DE GUATEMALA S.A.
15 CALLE 1-04, ZONA 10
CIUDAD DE GUATEMALA,  1010 GUATEMALA                    $1,261.08

INSTITUTION FOR SAVINGS IN NEWBURYPORT AND ITS
VICINITY
93 STATE STREET
NEWBURYPORT,MASSACHUSETTS U.S.A. 01950                  $1,259.75

COVANTAGE CREDIT UNION
PO BOX 107
ANTIGO WI 54409-0107                                    $1,257.09

COMMONWEALTH CREDIT UNION
563 WILLIAM R LATHAM SENIOR DRIVE
BOURBONNAIS, IL 60914 USA                               $1,255.22

RIVER CITY FEDERAL CREDIT UNION
610 AUGUSTA STREET
SAN ANTONIO,TEXAS U.S.A. 78215                          $1,254.02

MARTIN FEDERAL CREDIT UNION
1727 ORLANDO CENTRAL PKWY
ORLANDO, FL 32809                                       $1,253.80

BANK OF MARIN
504 REDWOOD BOULEVARD
NOVATO, CA 94947 USA                                    $1,253.79

GLASS CAP FEDERAL CREDIT UNION
202 WEST PARK AVENUE SOUTH
CONNELLSVILLE,PENNSYLVANIA U.S.A. 15425                 $1,252.64

LA LOMA FEDERAL CREDIT UNION
PO BOX 906
LOMA LINDA,CALIFORNIA U.S.A. 92354                      $1,249.89

NUTMEG STATE FINANCIAL CREDIT UNION, INC.
521 CROMWELL AVENUE
ROCKY HILL, CT 06067-0066 USA                           $1,247.15

| | |
|---|---|
| FIRST CHOICE AMERICA COMMUNITY FEDERAL CREDIT UNION<br>3501 MAIN STREET<br>WEIRTON, WV 26062 USA | $1,242.25 |
| UNKNOWN | $1,236.57 |
| PEARLAND STATE BANK<br>2301 NORTH MAIN<br>PEARLAND,TEXAS U.S.A. 77588 | $1,233.64 |
| JSTC EMPLOYEES FEDERAL CREDIT UNION<br>211 COLLEGE PARK PLAZA<br>JOHNSTOWN, PA 15904 USA | $1,230.20 |
| AEON FINANCIAL SERVICE CO., LTD.<br>1-1 NISHIKI-CHO KANDA CHIYODA-KU<br>TOKYO,  101-0054 JAPAN | $1,227.30 |
| AMERICAN SAVINGS BANK, FSB<br>1001 BISHOP STREET, SUITE 100<br>HONOLULU, HI 96813 USA | $1,226.40 |
| MERCANTILE BANK LIMITED<br>142 WEST STREET, SANDOWN SANDTON<br>GAUTENG, SOUTH AFRICA 2196 | $1,224.86 |
| FIRST EDUCATION FEDERAL CREDIT UNION<br>120 WEST CARLSON STREET<br>CHEYENNE, WY 82009 USA | $1,223.09 |
| BANK OF QUEENSLAND, LTD.<br>LEVEL 15/259 QUEEN STREET<br>UNIT/GROUP RISK<br>BRISBANE,QUEENSLAND AUSTRALIA 4000 | $1,222.68 |
| UNION BANK OF NIGERIA PLC<br>36 MARINA LAGOS STALLION PLAZA<br>LAGOS, NIGERIA 01234 | $1,222.65 |
| HERITAGE COMMUNITY CREDIT UNION<br>P. O. BOX 790<br>RANCHO CORDOVA,CALIFORNIA U.S.A. 95741-0790 | $1,221.83 |

FIRST NATIONAL BANK OF HUNTSVILLE
P.O. BOX 659
HUNTSVILLE,TEXAS U.S.A. 77342                        $1,221.40

UTAH FIRST FEDERAL CREDIT UNION
200 EAST SOUTH TEMPLE
SALT LAKE CITY,UTAH U.S.A. 84111                     $1,220.79

AEROQUIP EMPLOYEES CREDIT UNION
901 PLYMOUTH ST.
JACKSON,MICHIGAN U.S.A. 49201                        $1,218.95

UNKNOWN                                              $1,218.48

STURGIS BANK TRUST COMPANY
125 EAST CHICAGO RD.
STURGIS,MICHIGAN U.S.A. 49091                        $1,214.52

BANCA AFIRME SA
AV.FELIX U GOMEZ4204 NTE
COL.VALLE DEL NOGALAR
AZTECA HID MEXICO 66480                              $1,213.93

NORTHEAST FAMILY FEDERAL CREDIT UNION
233 MAIN STREET
MANCHESTER, CT 6040 USA                              $1,213.84


GSA FEDERAL CREDIT UNION
ACCOUNTING DEPT 18TH & F STREET NW, ROOM G-112
WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20405         $1,213.40

FARMERS AND MERCHANTS BANK
213 SOUTH MAIN STREET
LAOTTO, IN 46763 USA                                 $1,213.32

GLASS CITY FEDERAL CREDIT UNION
1340 ARROWHEAD DRIVE
MAUMEE, OH 43537 USA                                 $1,212.23

POTLATCH NO. 1 FEDERAL CREDIT UNION
654 SOUTHWAY AVENUE
LEWISTON, ID 83501-0497 USA                          $1,207.69

COMMUNITY BANK AND TRUST - WEST GEORGIA
201 BROAD STREET
LAGRANGE,GEORGIA U.S.A. 30240                    $1,205.88

TEACHERS CREDIT UNION (LAKESIDE FCU)
110 SOUTH MAIN STREET
SOUTH BEND, IN 46601 USA                         $1,205.19

CALIFORNIA COMMUNITY CREDIT UNION
3113 WISSEMANN DRIVE
SACRAMENTO, CA 95826 USA                         $1,200.22

NEIGHBORS CREDIT UNION
6300 SOUTH LINDBERGH
SAINT LOUIS, MO 63123 USA                        $1,197.97

MID OREGON FEDERAL CREDIT UNION
1386 NE CUSHING DRIVE
BEND,OREGON U.S.A. 97701                         $1,197.20

AVENTA CREDIT UNION
2735 DUBLIN BOULEVARD
COLORADO SPRINGS, CO 80918 USA                   $1,194.66

HORIZON FEDERAL CREDIT UNION
1007 EAST THIRD STREET
WILLIAMSPORT, PA 17701 USA                       $1,193.17

CINFED FEDERAL CREDIT UNION
550 MAIN STREET, ROOM 5510
CINCINNATI, OH 45202-3275 USA                    $1,191.50

ASSOCIATED HEALTHCARE CU
360 SHERMAN ST STE B-10
ST PAUL, MN 55102                                $1,190.74

CALIFORNIA BEAR CREDIT UNION
350 S. FIGUEROA ST# 180
LOS ANGELES,CALIFORNIA U.S.A. 90071              $1,189.49

DACOTAH BANK
308 SOUTH MAIN STREET
ABERDEEN, SD 57401-4146 USA                      $1,188.30

| | |
|---|---|
| FORT WORTH CITY CREDIT UNION<br>2309 MONTGOMERY<br>FORT WORTH, TX 76107 USA | $1,186.65 |
| EASTMILL FEDERAL CREDIT UNION<br>60 MAIN ST.<br>EAST MILLINOCKET,MAINE U.S.A. 04430 | $1,185.83 |
| AMARILLO NATIONAL BANK<br>410 SOUTH TAYLOR<br>AMARILLO, TX 79101 USA | $1,177.00 |
| NEWBRIDGE BANK<br>1501 HIGHWOODS BOULEVARD, SUITE 400<br>GREENSBORO, NC 27410 USA | $1,173.46 |
| EAST COUNTY SCHOOLS FEDERAL CREDIT UNION<br>(GROSSMONT)<br>1069 GRAVES AVENUE SUITE 100<br>EL CAJON, CA 92021 USA | $1,171.45 |
| FIRST LIBERTY FCU<br>6200 3RD AVE N<br>GREAT FALLS, MT 59405 | $1,170.30 |
| L. A. HEALTHCARE FEDERAL CREDIT UNION<br>637 SOUTH LUCAS, GROUND FLOOR<br>LOS ANGELES,CALIFORNIA U.S.A. 90017 | $1,168.68 |
| RAIFFEISENBANK AUSTRIA D.D.<br>PETRINJSKA 59<br>ZAGREB,  10000 CROATIA | $1,168.23 |
| PEOPLE FIRST FEDERAL CREDIT<br>2141 DOWNYFLAKE LANE<br>ALLENTOWN,PENNSYLVANIA U.S.A. 18103-4774 | $1,168.00 |
| CONSUM.IT.S.P.A.<br>VIA VITTORIO EMANUELE,<br>10 CALENZANO<br>FLORENCE ITALY 50041 | $1,165.16 |

POWER ONE FEDERAL CREDIT UNION
1520 SPY RUN AVENUE
FORT WAYNE, IN 46805 USA                          $1,163.55

KEMBA CREDIT UNION, INC.
8763 UNION CENTRE BOULEVARD
WEST CHESTER, OH 45069 USA                        $1,158.12

OLD NATIONAL BANK
1 MAIN STREET
EVANSVILLE,INDIANA U.S.A. 47708                   $1,157.54

CENTRIC FEDERAL CREDIT UNION
1091 THOMAS ROAD
WEST MONROE, LA 71292 USA                         $1,154.32

BAC COMMUNITY BANK
2021 WEST MARCH LANE
STOCKTON, CA 95207 USA                            $1,152.18

CHAFFEY FEDERAL CREDIT UNION
410 N. LEMON AVE.
ONTARIO,CALIFORNIA U.S.A. 91764                   $1,151.41

ONE BANK & TRUST, NATIONAL ASSOCIATION
300 WEST CAPITOL AVENUE
LITTLE ROCK,ARKANSAS U.S.A. 72201                 $1,151.29

CREDIT UNION 1
1941 ABBOTT ROAD
ANCHORAGE, AK 99507                               $1,147.95

THOMASTON SAVINGS BANK
203 MAIN STREET
THOMASTON, CT 6787 USA                            $1,142.00

FIRST COMMUNITY BANK
438 FIRST STREET
SANTA ROSA, CA 95404 USA                          $1,141.77

BRIDGEWATER CREDIT UNION
75 MAIN STREET
BRIDGEWATER,MASSACHUSETTS U.S.A. 02324            $1,140.44

A.O.D. FEDERAL CREDIT UNION
334 HARRY AYERS DRIVE
BYNUM,ALABAMA U.S.A. 36253                    $1,140.25

ALLEGANY COUNTY MARYLAND TEACHERS FEDERAL
CREDIT UNION
14316 NATIONAL HIGHWAY SOUTHWEST
LA VALE,MARYLAND U.S.A. 21502                  $1,138.59

COMMUNITY BANK OF THE SOUTH
3016 ATLANTA ROAD
SMYRNA, GA 30080 USA                          $1,138.14

PROCREDIT BANK
86 BOZHENKA VUL.
KYIV,  3150 UKRAINE                           $1,137.69

UNITED COMMERCIAL BANK
60, MOTIJHEEL COMMERCIAL AREA
DHAKA,  1000 BANGLADESH                       $1,136.50

RIVERSET CREDIT UNION
1700 JANE STREET
PITTSBURGH, PA 15203 USA                      $1,133.04

CONNECTED CREDIT UNION
15 UNIVERISTY DRIVE
AUGUSTA, ME 4330 USA                          $1,132.26

TRUCHOICE FEDERAL CREDIT UNION
PO BOX 10659
PORTLAND, ME 04104                            $1,131.46

COASTWAY COMMUNITY BANK
ONE COASTWAY BLVD
WARWICK, RI 2886 USA                          $1,129.83

QATAR NATIONAL BANK, S. A. Q.
C-RING ROAD
PO BOX 1000  DOHA,   QATAR                    $1,129.26

U.S. EMPLOYEES CREDIT UNION
230 SOUTH DEARBORN, SUITE 2982
CHICAGO,ILLINOIS U.S.A. 60604                 $1,124.55

| | |
|---|---|
| COMMUNITY BANK & TRUST, WACO, TEXAS<br>1800 WASHINGTON AVENUE<br>WACO, TX 76701 USA | $1,124.47 |
| KELLOGG MIDWEST FEDERAL CREDIT UNION<br>1724 NORTH 120TH STREET<br>OMAHA, NE 68154 USA | $1,124.35 |
| AMERICAN SOUTHWEST CREDIT UNION<br>3090 EAST FRY BOULEVARD<br>SIERRA VISTA, AZ 85635 USA | $1,122.45 |
| NEW BEDFORD CREDIT UNION<br>1150 PURCHASE STREET<br>NEW BEDFORD,MASSACHUSETTS U.S.A. 02740 | $1,118.02 |
| SOCIETE GENERALE HAITIENNE DE BANQUE S.A.<br>(SOGEBANK S.A.)<br>DELMAS ROAD<br>PORT-AU-PRINCE,   HAITI | $1,117.46 |
| MASSMUTUAL FEDERAL CREDIT UNION<br>1295 STATE STREET<br>SPRINGFIELD, MA 1111 USA | $1,116.58 |
| MOTION FEDERAL CREDIT UNION<br>1400 PARK AVENUE<br>LINDEN, NJ 7036 USA | $1,116.50 |
| FIRST CHATHAM BANK<br>111 BARNARD STREET<br>SAVANNAH, GA 31401 USA | $1,116.03 |
| POSTAL FAMILY FEDERAL CREDIT UNION<br>657 2ND AVENUE NORTH, ROOM 360<br>FARGO, ND 58108-2663 USA | $1,111.87 |
| FIRST NATIONAL BANK OF MUSCATINE<br>300 EAST SECOND STREET<br>MUSCATINE, IA 52761 | $1,107.95 |
| UNITED CREDIT UNION<br>802 EAST BRECKENRIDGE<br>MEXICO, MO 65265-2687 USA | $1,105.97 |

FAMILY BANK
134 HAND AVENUE
PELHAM, GA 31779 USA                          $1,101.29

CNLBANK
450 SOUTH ORANGE AVENUE
ORLANDO,FLORIDA U.S.A. 32801                   $1,096.73

ABN AMRO BANK N.V
PO BOX 22764
DIEMEN 1100 DG, NETHERLANDS                    $1,089.85

HUGHES FEDERAL CREDIT UNION
951 EAST HERMANS ROAD
TUCSON, AZ 85706 USA                           $1,087.47

RIVER BANK & TRUST
2611 LEGENDS DRIVE
PRATTVILLE, AL 36066 USA                        $1,086.03

BAY ATLANTIC FEDERAL CREDIT UNION
101 WEST ELMER ROAD
VINELAND, NJ 8360 USA                           $1,085.19

CANTON SCHOOL EMPLOYEES FEDERAL CREDIT UNION
1380 MARKET AVE NORTH
CANTON, OH 44714 USA                            $1,077.98

PRINCETON FEDERAL CREDIT UNION
104 CARNEGIE CENTER, SUITE 103
PRINCETON, NJ 8540 USA                          $1,077.27

OTERO FEDERAL CREDIT UNION
823 10TH STREET
ALAMOGORDO, NM 88310 USA                        $1,075.18

RURAL COOPERATIVES CREDIT UNION, INC.
4515 BISHOP LANE
LOUISVILLE, KY 40218 USA                        $1,072.32

THE NATIONAL BANK OF COXSACKIE
3-7 REED STREET
COXSACKIE, NY 12051-0400 USA                    $1,066.96

FIRST FEDERAL SAVINGS BANK OF TWIN FALLS
383 SHOSHONE STREET NORTH
TWIN FALLS, ID 83301 USA                                  $1,066.72

VASCO FEDERAL CREDIT UNION
432 DEPOT STREET
LATROBE, PA 15650-1567 USA                                $1,066.60

HOUSTON TEXAS FIREFIGHTERS FEDERAL CREDIT UNION
PO BOX 70009
HOUSTON, TX 77270                                         $1,064.98

SIU CREDIT UNION
395 NORTH GIANT CITY ROAD
CARBONDALE, IL 62902 USA                                  $1,064.28

GLENS FALLS NATIONAL BANK AND TRUST COMPANY
250 GLEN STREET
GLENS FALLS, NY 12801 USA                                 $1,061.69

THE PARK BANK
2401 SOUTH PARK STREET
MADISON, WI 53713-2099 USA                                $1,060.84

UNKNOWN                                                   $1,057.92

THE FIRST NATIONAL BANK OF HUTCHINSON
1 NORTH MAIN STREET
HUTCHINSON, KS 67501 USA                                  $1,055.79

MALAGA BANK F.S.B.
2514 VIA TEJON
PALOS VERDES PENINSULA, CA 90274 USA                      $1,054.94

UNKNOWN                                                   $1,051.67

BANCO SANTANDER INTERNATIONAL
1401 BRICKELL AVE
SUITE 1500
MIAMI, FL 33131                                           $1,050.57

N.G.H. CREDIT UNION
1818 ALBION STREET
NASHVILLE, TN 37208 USA $1,050.49
HITACHI CAPITAL CORPORATION
2-15-12,NISHISHIMBASHI, MINATO-KU
TOKYO JAPAN 105-8712 $1,049.66
UNICREDIT BULBANK AD
7 SVETA NEDELYA SQUARE
SOFIA,  1000 BULGARIA $1,048.38
UNKNOWN $1,048.29
BELMONT SAVINGS BANK
TWO LEONARD STREET
BELMONT, MA 2478 USA $1,046.82
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
HUERFANOS 1234
SANTIAGO,   CHILE $1,044.34
UNKNOWN $1,043.69
MEMBERS FIRST CREDIT UNION
5444 SOUTH STAPLES STREET, SUITE- 101
CORPUS CHRISTI, TX 78411-4663 USA $1,042.33
MINERS EXCHANGE BANK
US ALTERNATE 58
COEBURN, VA 24230 USA $1,041.60
UNKNOWN $1,037.34
UNITED BANK INC.
514 MARKET ST
VIENNA WV 26105-5190 $1,035.59
HOMESTREET BANK
2000 TWO UNION SQUARE,
601 UNION STREET
SEATTLE, WA 98101-2326 USA $1,034.95
SEASONS FEDERAL CREDIT UNION
524 SOUTH MAIN STREET
MIDDLETOWN, CT 6457 USA $1,034.75

OHIO CATHOLIC FEDERAL CREDIT UNION
13623 ROCKSIDE ROAD
GARFIELD HEIGHTS, OH 44125-5196 USA          $1,031.95

COMMERCE BANK
306 SOUTH CASS STREET
CORINTH, MS 38834 USA                        $1,031.69

BANK AL JAZIRA
AL AMIR FAHD STREET
JEDDAH,  21442 SAUDI ARABIA                  $1,026.72

SCHOOLS FEDERAL CREDIT UNION
2200 WEST ARTESIA BOULEVARD
RANCHO DOMINGUEZ, CA 90220 USA               $1,025.95

HEARTLAND BANK
212 S CENTRAL AVE
ST. LOUIS MO 631053506                       $1,023.62

CAIXA CENTRAL DE CREDITO AGRICOLA MUTUO C.R.L.
RUA CASTILLO 223-233
LISBOA, PORTUGAL 1099-004                     $1,021.71

WING LUNG BANK LIMITED
45 DES VOEUX ROAD CENTRAL
HONG KONG,   HONG KONG, CHINA                 $1,017.00

UNKNOWN                                      $1,016.56

BANCO BAC SAN JOSE S.A.
CALLE 0 AVENIDA 3 Y 4
SAN JOSE,   COSTA RICA                        $1,016.24

BANK OF MILLBROOK
3263 FRANKLIN AVENUE
MILLBROOK, NY 12545 USA                       $1,015.83

BANCO BICE
TEATINOS 220
SANTIAGO,   CHILE                             $1,013.90

EVABANK
4113 EVA ROAD EVA,
ALABAMA U.S.A. 35621                                        $1,013.10
UNITED BANK (MONROE COUNTY BANK)
400 GRIFFIN STREET
ZEBULON, GA 30295 USA                                      $1,011.14
VALLEY CREDIT UNION
200 EAST 6TH STREET
TUSCUMBIA,ALABAMA U.S.A. 35674                              $1,005.54
ST. LAWRENCE FEDERAL CREDIT UNION
800 COMMERCE PARK DRIVE
OGDENSBURG,NEW YORK U.S.A. 13669                            $1,000.36
TEXAS FEDERAL CREDIT UNION
1100 COMMERCE STREET, SUITE 745
DALLAS, TX 75242 USA                                        $1,000.08
ALLEGHENY VALLEY BANK OF PITTSBURGH
5137 BUTLER STREET
PITTSBURGH, PA 15201 USA                                    $1,000.00
UNKNOWN                                                     $1,000.00
HERITAGE SOUTH CREDIT UNION
60 GENE E. STEWART BLVD
SYLACAUGA,GEORGIA U.S.A. 35151                              $1,000.00

BANCO BRADESCARD SA
ALAMEDA RIO NEGRO, 585 EDIFICIO PADAURI BARUERI
BRAZIL 06454000                                            $997.66
RSI BANK
1500 IRVING STREET
RAHWAY,NEW JERSEY U.S.A. 07065                             $996.93
LANCO FEDERAL CREDIT UNION
349 WEST ROSEVILLE ROAD
LANCASTER, PA 17601 USA                                    $995.40

COPOCO COMMUNITY CREDIT UNION
4265 EAST WILDER ROAD
BAY CITY, MI 48706-2298 USA                 $994.65

ALLIANCE BLACKSTONE VALLEY FEDERAL CREDIT UNION
594 CENTRAL AVENUE
PAWTUCKET,RHODE ISLAND U.S.A. 02861         $994.58

IRON WORKERS SAVINGS BANK
249 CONCORD ROAD
ASTON, PA 19014 USA                         $993.84

VERMONT FEDERAL CREDIT UNION
84 PINE STREET
BURLINGTON, VT 5401 USA                     $992.54

INNOVATIONS FEDERAL CREDIT UNION
910 THOMAS DRIVE
PANAMA CITY,FLORIDA U.S.A. 32408            $989.72

THE STOCK EXCHANGE BANK, CALDWELL, KANSAS
103 SOUTH MAIN STREET
CALDWELL, KS 67022-1607 USA                 $988.79

DUPACO COMMUNITY CREDIT UNION
3999 PENNSYLVANIA AVE
DUBUQUE IA 52002                            $988.74

CITIZENS BANK OF BLOUNT COUNTY
330 EAST BROADWAY
MARYVILLE,TENNESSEE U.S.A. 37804            $988.46

AMERICAN BANK
4029 WEST TILGHMAN STREET
ALLENTOWN, PA 18104 USA                     $987.89

FIRST FINANCIAL CREDIT UNION
5550 WEST TOUHY AVENUE, SUITE 102
SKOKIE, IL 60077 USA                        $987.26

BLUE RIDGE BANK
17 WEST MAIN STREET
LURAY, VA 22835 USA                         $985.43

WEST MICHIGAN CREDIT UNION
1319 FRONT STREET, NW
GRAND RAPIDS, MI 49504 USA                $985.18

THE PAULS VALLEY NATIONAL BANK
101 WEST PAUL AVENUE
PAULS VALLEY, OK 73075 USA                $984.88

HADDON SAVINGS BANK
201 WHITE HORSE PIKE
HADDON HEIGHTS, NJ 8035 USA               $983.11

ASSOCIATED SCHOOL EMPLOYEES CREDIT UNION
1690 SOUTH CANFIELD NILES ROAD
YOUNGSTOWN, OH 44515 USA                  $983.01

FARMERS BANK
914 MAIN STREET
BUHL, ID 83316 USA                        $980.84

EAGLEBANK
7815 WOODMONT AVENUE
BETHESDA, MD 20814 USA                    $980.38

MEDIA MEMBERS FEDERAL CREDIT UNION
400 NORTH BROAD STREET
PHILADELPHIA, PA 19130-4099 USA           $980.00

MONMOUTH FEDERAL CREDIT UNION
1176 MAIN STREET
MONMOUTH,MAINE U.S.A. 04259               $978.73

WYO CENTRAL FEDERAL CREDIT UNION
190 SOUTH DAVID STREET
CASPER, WY 82601 USA                      $976.58

HAMILTON STATE BANK
1907 HIGHWAY 211
HOSCHTON, GA 30548 USA                    $975.48

UNKNOWN                                   $974.79

CHICAGO PATROLMEN'S FEDERAL CREDIT UNION
1407 W. WASHINGTON
CHICAGO, IL 60607 USA                     $974.07

PITTSBURGH CENTRAL FEDERAL CREDIT UNION
1711 BABCOCK BOULEVARD
PITTSBURGH,PENNSYLVANIA U.S.A. 15209                   $973.31

THE FIRST, A NATIONAL BANKING ASSOCIATION
6480 HIGHWAY 98 W.
HATTIESBURG,MISSISSIPPI U.S.A. 39402                   $971.09

FIO BANKA A.S.
V CELNICI 10
PRAGUE CZECH REPUBLIC                                  $970.85

NEXTTIER BANK, N.A. (EUREKA BANK)
222 MARKET STREET
KITTANNING, PA 16201 USA                              $970.58

PROFESSIONAL FIRE FIGHTERS CREDIT UNION
6015 HEARNE AVENUE
SHREVEPORT, LA 71108 USA                              $970.27

DNB FIRST, NATIONAL ASSOCIATION
4 BRANDYWINE AVENUE
DOWNINGTON,PENNSYLVANIA U.S.A. 19335                  $967.88

LEWISTON MUNICIPAL FEDERAL CREDIT UNION
P.O. BOX 60
LEWISTON,MAINE U.S.A. 04240                           $967.28

UNCLE CREDIT UNION
2100 LAS POSITAS COURT
LIVERMORE,CALIFORNIA U.S.A. 94550                     $967.19

CENTRAL CREDIT UNION OF MARYLAND
8501 LASALLE ROAD
BALTIMORE MD 21286                                    $966.10

KIWIBANK LIMITED
RADIO NEW ZEALAND HOUSE 155 THE TERRACE
WELLINGTON NEW ZEALAND                               $963.41

BANK OF JAMESTOWN
PUBLIC SQUARE P. O. BOX 6
JAMESTOWN,KENTUCKY U.S.A. 42629                       $962.03

| | |
|---|---|
| OWEN COUNTY STATE BANK<br>201 WEST MORGAN STREET<br>SPENCER,INDIANA U.S.A. 47460 | $960.60 |
| UNIVERSITY OF MICHIGAN CREDIT UNION<br>340 EAST HURON, SUITE 100<br>ANN ARBOR,MICHIGAN U.S.A. 48104 | $960.06 |
| UNKNOWN | $955.79 |
| NEFFS NATIONAL BANK<br>5629 ROUTE 873<br>NEFFS,PENNSYLVANIA U.S.A. 18065 | $954.95 |
| UNKNOWN | $953.47 |
| BANK OF PERRY COUNTY<br>102 S. MAIN ST.<br>LOBELVILLE,TENNESSEE U.S.A. 37097 | $952.84 |
| BELLCO FEDERAL CREDIT UNION<br>609 SPRING STREET<br>WYOMISSING,PENNSYLVANIA U.S.A. 19610 | $951.16 |
| WUESTENROT BANK AG PFANDBRIEFBANK<br>WUESTENROTSTRASSE 1<br>LUDWIGSBURG,  71638 GERMANY | $951.12 |
| UWHARRIE BANK/BANK OF STANLY<br>P. O. BOX 338<br>ALBEMARLE,NORTH CAROLINA U.S.A. 28002-0388 | $950.90 |
| DEGUSSA BANK AG<br>THEODOR-HEUSS-ALLEE 74<br>FRANKFURT AM MAIN,  60486 GERMANY | $947.22 |
| SBERBANK HUNGARY LTD<br>RAKOCZI UT. 7<br>BUDAPEST 1088, HUNGARY | $947.10 |
| RUTGERS FEDERAL CREDIT UNION<br>100 COLLEGE AVENUE<br>NEW BRUNSWICK, NJ 8901 USA | $946.91 |

BETHLEHEM 1ST FEDERAL CREDIT UNION (TEACHERS)
2317 EASTON AVENUE
BETHLEHEM, PA 18017-5099 USA                    $945.67

NORDSTROM FEDERAL CREDIT UNION
4221 WINSLOW PLACE NORTH
SEATTLE, WA 98103 USA                           $941.59

COMMUNITY TRUST CREDIT UNION
1313 SKOKIE HIGHWAY
GURNEE, IL 60031 USA                            $940.84

M E A FEDERAL CREDIT UNION
6333 WHITESVILLE ROAD
COLUMBUS,GEORGIA U.S.A. 31904                   $939.59

HERITAGE BANK/SOUTHERN BANK AND TRUST COMPANY
100 NORTH CENTER STREET
MOUNT OLIVE, NC 28365 USA                       $937.96

HONEYWELL PHILADELPHIA DIVISION FEDERAL CREDIT
UNION
512 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034 USA                   $937.22

UNKNOWN                                         $936.54

JL. JEND.SUDIRMAN KAV.1
JAKARTA 10220, INDONESIA                        $928.48

FIRST KEYSTONE COMMUNITY BANK
111 WEST FRONT STREET
BERWICK, PA 18603 USA                           $928.14

UNKNOWN                                         $927.00

WATERFORD BANK, N.A.
3900 NORTH MCCORD ROAD
TOLEDO, OH 43617 USA                            $924.25

YOUR HOMETOWN FEDERAL CREDIT UNION
2338 STREET ROUTE 45 NORTH
MAYFIELD, KY 42066 USA                          $923.71

| | |
|---|---|
| FIRST FEDERAL BANK<br>200 EAST DIVINE STREET<br>DUNN, NC 28335 USA | $923.04 |
| METHODIST HEALTHCARE FEDERAL CREDIT UNION<br>7130 GOODLETT FARMS PARKWAY<br>CORDOVA, TN 38016 USA | $922.62 |
| CTBC BANK CORP. (USA)<br>801 SOUTH FIGUEROA STREET<br>LOS ANGELES, CA 90017 USA | $922.04 |
| GREYLOCK FEDERAL CREDIT UNION<br>150 WEST STREET<br>PITTSFIELD, MA 01201-4396 USA | $920.88 |
| FIRST COMMUNITY FINANCIAL BANK<br>14150 SOUTH ROUTE 30<br>PLAINFIELD, IL 60544 USA | $916.70 |
| RELIANCE FEDERAL CREDIT UNION<br>20102 VALLEY FORGE CIRCLE<br>KING OF PRUSSIA,PENNSYLVANIA U.S.A. 19406 | $916.01 |
| MTCU<br>1505 NORTH MIDLAND DRIVE<br>MIDLAND, TX 79703 USA | $912.97 |
| TACONNET FEDERAL CREDIT UNION<br>60 BENTON AVE<br>WINSLOW,MAINE U.S.A. 04901 | $912.75 |
| V.A.C.EMPLOYEES FEDERAL CREDIT UNION<br>2 WILSON AVENUE<br>BATH, NY 14810 USA | $911.70 |
| PT. BANK SINARMAS<br>WISMA BANK SINARMAS JALAN MH. THAMRIN NO. 51<br>JAKARTA,  10350 INDONESIA | $911.04 |
| DEL NORTE CREDIT UNION<br>1911 CENTRAL AVENUE<br>LOS ALAMOS, NM 87544 USA | $908.04 |

1880 BANK (EASTON BANK & TRUST)
304 HIGH STREET
CAMBRIDGE, MD 21613 USA                           $907.60

AL BILAD BANK
SALAHUDDIN ROAD (AL SITTEEN STREET)
RIYADH,   SAUDI ARABIA                            $904.92


JEFFERSON PARISH EMPLOYEES FEDERAL CREDIT UNION
1221 ELMWOOD PARK BLVD. RM. 207
HARAHAN,LOUISIANA U.S.A. 70123                     $904.42

ICON BANK OF TEXAS NA
7908 NORTH SAM HOUSTON PARKWAY WEST
HOUSTON, TX 77064                                 $904.28

SECURITY BANK USA
1025 PAUL BUNYAN DRIVE NORTHWEST
BEMIDJI, MN 56601 USA                             $904.22

UNKNOWN                                           $902.51
UNKNOWN                                           $900.99

VIJAYA BANK
4 1/2 , M G ROAD KARNATAKA
BANGALORE,KARNATAKA INDIA 560 001                 $900.42

FINANCIAL FEDERAL CREDIT UNION
22 EAST FLAGLER STREET 6TH FLOOR
MIAMI, FL 33131 USA                               $899.66

THE PADUCAH BANK AND TRUST COMPANY
555 JEFFERSON STREET
PADUCAH, KY 42001 USA                             $898.53

SCOTIABANK EL SALVADOR S.A.
TORRE SCOTIABANK AV. OLIMPICA NO. 129
SAN SALVADOR,   EL SALVADOR                       $897.88

THE TENNESSEE CREDIT UNION
1400 EIGHT AVENUE SOUTH
NASHVILLE, TN 37203 USA                           $897.60

GIBSLAND BANK & TRUST COMPANY
1246 THIRD STREET
GIBSLAND, LA 71028 USA                          $896.63

HEARTLAND CREDIT UNION
5325 HIGH CROSSING BLVD
MADISON,WISCONSIN U.S.A. 53718                  $896.56

CAPITAL BANK
625 BATTLEFIELD PARKWAY
FORT OGLETHORPE,GEORGIA U.S.A. 30742            $894.76

CLASSIC BANK, NATIONAL ASSOCIATION
102 NORTH HOUSTON
P. O. BOX 835
CAMERON,TEXAS U.S.A. 76520                      $894.38

PITTSFORD FEDERAL CREDIT UNION
20 TOBEY VILLAGE OFFICE ROAD
PITTSFORD,NEW YORK U.S.A. 14534                 $894.25

CORNERSTONE FINANCIAL CREDIT UNION
1701 21ST AVENUE SOUTH
NASHVILLE, TN 37212-0729 USA                    $893.47

GREENWOOD CREDIT UNION
2669 POST ROAD
WARWICK,RHODE ISLAND U.S.A. 02886              $893.00

SISTEMAS INTERNACIONALES S.A. DE C.V.
55 AVENIDA SUR E/ AL. ROOSEVELT Y AVE. OLIMPICA -
EDIFICIO CREDOMATIC
SAN SALVADOR,   EL SALVADOR                     $890.53

FIRST BANK
1221 SOUTH BLACK HORSE PIKE
WILLIAMSTOWN, NJ 8094 USA                       $890.10

RABUN COUNTY BANK
121 RICKMAN STREET
CLAYTON, GA 30525 USA                           $889.74

UNKNOWN                                         $882.26

| | |
|---|---|
| FIRST KANSAS BANK<br>101 NORTH MAIN<br>HOISINGTON, KS 67544 USA | $882.00 |
| PEOPLE DRIVEN CREDIT UNION<br>24333 LAHSER ROAD<br>SOUTHFIELD, MI 48034-6041 USA | $880.54 |
| INTERCOMMERCIAL BANK LIMITED<br>DSM PLAZA, OLD SOUTHERN MAIN ROAD<br>CHAGUANAS, TRINIDAD,   TRINIDAD AND TOBAGO | $880.47 |
| GRAND VALLEY BANK<br>925 NORTH 7TH STREET<br>GRAND JUNCTION, CO 81501 USA | $879.50 |
| ANECA FEDERAL CREDIT UNION<br>4361 YOUREE DRIVE<br>SHREVEPORT, LA 71105 USA | $878.40 |
| ASHEVILLE SAVINGS BANK, FSB<br>P. O. BOX 652<br>ASHEVILLE,NORTH CAROLINA U.S.A. 28802 | $877.58 |
| CENTRAL-EUROPEAN INTERNATIONAL BANK<br>PETREZSELYEM UTCA 2-8<br>BUDAPEST HUNGARY 1024 | $876.20 |
| NATIONAL BANK & TRUST<br>145 WEST COLORADO STREET<br>LA GRANGE, TX 78945 USA | $874.44 |
| (FINCEN ACTIONED) FBME CARD SERVICES LIMITED<br>90 ARCH. MAKARIOS III AVENUE<br>NICOSIA,  1077 CYPRUS | $874.35 |
| PIONEER FEDERAL CREDIT UNION<br>250 WEST 3RD SOUTH<br>MOUNTAIN HOME,IDAHO U.S.A. 83647 | $874.34 |
| UNKNOWN | $874.09 |
| BANK OF MONTGOMERY<br>1000 CADDO STREET<br>MONTGOMERY, LA 71454 USA | $874.06 |

OTP BANK PLC
PO BOX 1023
BUDAPEST 1023, HUNGARY                          $873.98

MISSISSIPPI NATIONAL GUARD FEDERAL CREDIT UNION
142 MILITARY DRIVE
JACKSON, MS 39232 USA                           $873.54

UTAH POWER CREDIT UNION
957 EAST 6600 SOUTH
SALT LAKE CITY, UT 84121 USA                    $871.87

TRANSPORTATION FEDERAL CREDIT UNION
400 7TH STREET, SOUTH WEST
WASHINGTON, DC 20590 USA                        $869.82

MISSION BANK
1330 TRUXTUN AVENUE
BAKERSFIELD,CALIFORNIA U.S.A. 93301             $869.37

GULF COAST COMMUNITY FEDERAL CREDIT UNION
12364 HIGHWAY 49
GULFPORT, MS 39503 USA                          $868.93

PEOPLES BANK AND TRUST COMPANY
101 SOUTH MAIN STREET
MCPHERSON, KS 67460 USA                         $868.76

CONNECTICUT COMMUNITY BANK, NATIONAL
ASSOCIATION
1495 POST ROAD EAST
WESTPORT, CT 6880 USA                           $868.65

CITIZENS BANK AND TRUST COMPANY
515 WASHINGTON STREET
CHILLICOTHE, MO 64601 USA                       $864.83

LOS ALAMOS NATIONAL BANK
1200 TRINITY DRIVE
LOS ALAMOS,NEW MEXICO U.S.A. 87544              $862.73

| | |
|---|---|
| LISBON COMMUNITY FEDERAL CREDIT UNION<br>325 LISBON STREET<br>LISBON,MAINE U.S.A. 04250 | $861.52 |
| MOODY NATIONAL BANK<br>2302 POST OFFICE STREET<br>GALVESTON,TEXAS U.S.A. 77550-1913 | $859.71 |
| SUNCORP-METWAY LIMITED<br>G.P.O. BOX 1453 (FI008)<br>BRISBANE, AUSTRALIA QLD 4001 | $858.90 |
| ALLIANCE CREDIT UNION<br>3315 ALMADEN EXPRESSWAY, SUITE 55<br>SAN JOSE, CA 95118 USA | $858.12 |
| PATTERSON STATE BANK<br>1130 HIGHWAY 90 WEST<br>PATTERSON, LA 70392 USA | $856.57 |
| ADVANTAGE FEDERAL CREDIT UNION<br>1975 BUFFALO ROAD<br>ROCHESTER, NY 14624 USA | $852.83 |
| YAMPA VALLEY BANK<br>600 SOUTH LINCOLN AVENUE<br>STEAMBOAT SPRINGS, CO 80487 USA | $850.52 |
| UNIWYO FEDERAL CREDIT UNION<br>1610 EAST REYNOLDS STREET<br>LARAMIE,WYOMING U.S.A. 82072 | $848.84 |
| MALVERN FEDERAL SAVINGS BANK<br>42 EAST LANCASTER AVE.<br>MALVERN,PENNSYLVANIA U.S.A. 19301 | $848.24 |
| ASIAN BANK<br>815-837 ARCH STREET<br>PHILADELPHIA, PA 19107 USA | $848.06 |
| HERITAGE FEDERAL CREDIT UNION<br>5388 OLD STATE ROAD 66<br>NEWBURGH,INDIANA U.S.A. 47630 | $844.49 |

THE SUFFOLK COUNTY NATIONAL BANK OF RIVERHEAD
6 WEST SECOND STREET
RIVERHEAD, NY 11901 USA                              $843.01

MARINERS BANK
935 RIVER ROAD
EDGEWATER, NJ 7020 USA                              $841.97

DECATUR EARTHMOVER CREDIT UNION
260 WEST MARION AVENUE
FORSYTH, IL 62535 USA                              $841.16

KIT FEDERAL CREDIT UNION
3415 BARDSTOWN ROAD SUITE 103A
LOUISVILLE,KENTUCKY U.S.A. 40218                    $837.46

THE BENNINGTON STATE BANK
2130 SOUTH OHIO STREET
SALINA, KS 67401 USA                              $836.55

VALLEY PREMIER BANK (STATE BANK OF HAWLEY)
416 SIXTH STREET
HAWLEY, MN 56549 USA                              $835.98

ENERGY PLUS CREDIT UNION
1230 WEST MORRIS STREET
INDIANAPOLIS,INDIANA U.S.A. 46221                  $833.93

BUFFALO SERVICE CREDIT UNION
130 SOUTH ELMWOOD AVENUE
BUFFALO, NY 14202 USA                              $832.65

PARTNER COLORADO CREDIT UNION
6221 SHERIDAN BOULEVARD
ARVADA, CO 80003 USA                              $831.80

MONTEREY CREDIT UNION
P.O. BOX 3288
MONTEREY,CALIFORNIA U.S.A. 93942                    $828.65

LEXINGTON AVENUE FEDERAL CREDIT UNION
1275 LEXINGTON AVENUE
ROCHESTER,NEW YORK U.S.A. 14606                    $828.36

NBC OKLAHOMA
13401 NORTH PENNSYLVANIA AVENUE
OKLAHOMA CITY,OKLAHOMA U.S.A. 73120          $827.57
UNKNOWN                                       $827.34
HERITAGE BANK OF CENTRAL ILLINOIS
615 NORTH TRIVOLI AVENUE
TRIVOLI,ILLINOIS U.S.A. 61569                 $824.61
THE EVANGELINE BANK AND TRUST COMPANY
497 WEST MAIN STREET
VILLE PLATTE, LA 70586 USA                    $823.94
POST OAK BANK, N. A.
2000 WEST LOOP SOUTH, SUITE 100
HOUSTON, TX 77027 USA                         $822.43
OLYMPIA CREDIT UNION
202 9TH AVENUE SE
OLYMPIA,WASHINGTON U.S.A. 98501               $819.00

FARMERS & MERCHANTS BANK OF SOUTH CAROLINA
8624 OLD STATE ROAD
HOLLY HILL,SOUTH CAROLINA U.S.A. 29059        $818.17
GRAND RAPIDS STATE BANK
MAIN STREET
GRAND RAPIDS, MN 55744 USA                    $817.52
WIRECARD CARD SOLUTIONS LIMITED
3-5 HOOD STREET 3RD FLOOR
GRAINGER CHAMBERS
NEWCASTLE UPON TYNE UNITED KINGDOM NE1 6JQ    $817.40
LAKEVIEW FEDERAL CREDIT UNION
2909 STATE ROAD
ASHTABULA, OH 44004 USA                       $817.24
DEPARTMENT OF CORRECTIONS CREDIT UNION
504 MAYFLOWER ST. BLDG 5
BATON ROUGE,LOUISIANA U.S.A. 70802            $815.29

MONROE EDUCATION EMPLOYEES FEDERAL CREDIT
UNION
456 S. ALA AVENUE
MONROEVILLE,ALABAMA U.S.A. 36461                     $813.39

ANDHRA BANK KOTI SULTAN BAZAR, 2ND FLOOR
CREDIT CARD DIVISION
HYDERBAD,ANDHRA PRADESH INDIA 500095                 $811.60


NORTH CAROLINA COMMUNITY FEDERAL CREDIT UNION
2401 EAST ASH STREET
GOLDSBORO, NC 27534 USA                              $811.60

AMERICAN UNITED FAMILY OF CREDIT UNIONS FEDERAL
CREDIT UNION
500 FOOTHILL DRIVE
SALT LAKE CITY, UT 84148 USA                         $810.27

UNKNOWN                                              $807.58

THE FEDERAL SAVINGS BANK
7900 COLLEGE BLVD
OVERLAND PARK, KS 66210 USA                          $805.96

UNKNOWN                                              $805.24

LIBERTY BANK FOR SAVINGS
2392 NORTH MILWAUKEE AVENUE
CHICAGO, IL 60647 USA                                $800.66

TEXAS CITIZENS BANK,NATIONAL ASSOCIATION
4130 FAIRMONT PARKWAY
PASADENA, U.S.A. 77504                               $800.66

NIAGARA'S CHOICE FEDERAL CREDIT UNION
3619 PACKARD ROAD
NIAGARA FALLS, NY 14303 USA                          $800.51

THE BANK OF NEW GLARUS
501 FIRST STREET
NEW GLARUS, WI 53574-0129 USA                        $800.00

STATE BANK OF LINCOLN
P. O. BOX 529
LINCOLN,ILLINOIS U.S.A. 62656                              $798.19

SOUTHERN FEDERAL CREDIT UNION
PO BOX 2765
HOUSTON, TX 77252                                         $793.14

FLINT AREA SCHOOL EMPLOYEES CREDIT UNION
4411 CALKINS ROAD
FLINT, MI 48532 USA                                       $789.95

SPACE AGE FCU
2495 S HAVANA STREET F 18
AURORA,COLORADO U.S.A. 80014                              $789.07

FREEDOM BANK
209 W. MEDCALF STREET
DALE,INDIANA U.S.A. 47523                                 $789.05

COREFIRST BANK & TRUST
3035 SOUTH TOPEKA AVENUE
TOPEKA, KS 66611 USA                                      $788.82


GREATER HARTFORD POLICE FEDERAL CREDIT UNION
50 JENNINGS ROAD
HARTFORD,CONNECTICUT U.S.A. 06120                         $787.96

NEW CENTURY FEDERAL CREDIT UNION
971 N. COLLINS STREET
JOLIET,ILLINOIS U.S.A. 60432                              $787.36

IVY BANK (CLOSED JOINT-STOCK COMPANY):
125195, MOSCOW, LENINGRADSKOE SH.,. 59                    $787.10

CITIZENS STATE BANK
2000 SOUTH BYRON BUTLER PARKWAY
PERRY, FL 32348 USA                                       $786.78

THE JONES NATIONAL BANK AND TRUST COMPANY OF
SEWARD
203 SOUTH SIXTH
SEWARD, NE 68434-0469 USA                                 $786.47

PS BANK
ROUTE 6 EAST
WYALUSING, PA 18853 USA                            $786.29
LAS COLINAS FEDERAL CREDIT UNION
P. O. BOX 152072
IRVING,TEXAS U.S.A. 75015-2072                     $786.24
SUMMIT HAMPTON ROADS FEDERAL CREDIT UNION
150 KINGSLEY LANE
NORFOLK,VIRGINIA U.S.A. 23505                      $784.32
SPENCER SAVINGS BANK, SAVINGS AND LOAN
ASSOCIATION
34 OUTWATER LANE
GARFIELD,NEW JERSEY U.S.A. 07026                   $782.83
THE CAPE COD FIVE CENTS SAVINGS BANK
532 MAIN STREET
HARWICH PORT, MA 2646 USA                          $782.70

VALLEY HEALTH AND POSTAL EMPLOYEES CREDIT UNION
2096 MISSION STREET SOUTHEAST
SALEM, OR 97302 USA                                $782.37
NRL FEDERAL CREDIT UNION
5440 CHEROKEE AVENUE SUITE 200
ALEXANDRIA, VA 22312 USA                           $781.17
MERCHANTS & FARMERS BANK & TRUST COMPANY
501 SOUTH FIFTH STREET
LEESVILLE,LOUISIANA U.S.A. 71446                   $780.95
FLORIDA DEPARTMENT OF TRANSPORTATION DISTRICT 3
CREDIT UNION
640 EAST GAINES STREET
TALLAHASSEE, FL 32301 USA                          $780.86
PINNACLE BANK (MAGNA BANK)
211 COMMERCE STREET
NASHVILLE, TN 37201 USA                            $779.49
UNKNOWN                                            $778.08

| | |
|---|---|
| COMMUNITYWIDE FEDERAL CREDIT UNION<br>1555 WEST WESTERN AVENUE<br>SOUTH BEND, IN 46619-3742 USA | $777.66 |
| WESTMARK CREDIT UNION<br>1050 FOOTE DRIVE<br>IDAHO FALLS, ID 83403 USA | $777.33 |
| CAPITAL BANK, NATIONAL ASSOCIATION<br>ONE CHURCH STREET<br>ROCKVILLE, MD 20850 USA | $777.15 |
| LIBERTY SAVINGS FEDERAL CREDIT UNION<br>666 NEWARK AVENUE<br>JERSEY CITY, NJ 7306 USA | $776.44 |
| THE LYONS NATIONAL BANK<br>35 WILLIAMS STREET<br>LYONS, NY 14489 USA | $776.25 |
| COLLEGEDALE CREDIT UNION<br>5000 FLEMING PLAZA<br>COLLEGEDALE, TN 37315 USA | $775.14 |
| SABADELL UNITED BANK, NATIONAL ASSOCIATION (JGB BANK)<br>1111 BRICKELL AVENUE<br>MIAMI, FL 33131 USA | $774.59 |
| MID MINNESOTA FEDERAL CREDIT UNION<br>13283 ISLE DR<br>BAXTER, MN 56425 USA | $773.03 |
| CHESTERFIELD FEDERAL CREDIT UNION<br>6737 PUBLIC SAFETY WAY<br>CHESTERFIELD, VA 23832 USA | $770.31 |
| THE MIDDLEBURG BANK<br>111 WEST WASHINGTON STREET<br>MIDDLEBURG, VA 20117 USA | $769.36 |
| WYOCHEM FEDERAL CREDIT UNION<br>520 WILKES DRIVE, SUITE 17<br>GREEN RIVER, WY 82935 USA | $766.76 |

BANESCO USA
150 ALHAMBRA CIRCLE, SUITE 100
CORAL GABLES, FL 33134 USA                    $766.04

TRUITY FEDERAL CREDIT UNION (66 FED CU)
PO BOX 1358
BARTLESVILLE, OK 74005                        $765.92

THE BANK N.A.
P. O. BOX 1067
MCALESTER,OKLAHOMA U.S.A. 74502               $764.09

COMMUNITY NATIONAL BANK
1271 MARKET STREET
DAYTON, TN 37321 USA                          $762.09

SKY FEDERAL CREDIT UNION
111 NORTH B STREET
LIVINGSTON,MONTANA U.S.A. 59047               $760.89

RIVER BANK
145 NORTH MAIN STREET
STODDARD, WI 54658-0280 USA                   $758.00

1ST SECURITY BANK OF WA
WASHINGTON CREDIT UNION
6920-220TH ST SW, SUITE 300
MOUNTLAKE, TERRACE, WA 98043                  $757.16

SAFE FEDERAL CREDIT UNION
ATTN: ROBIN KELLY
PO BOX 2008
SUMTER, SC 29151                              $756.52

TOMPKINS COUNTY TRUST COMPANY
THE COMMONS BOX 460
ITHACA,NEW YORK U.S.A. 14851                  $753.01

STERLING HEIGHTS COMMUNITY FEDERAL CREDIT UNION
34236 VAN DYKE AVENUE
STERLING HEIGHTS, MI 48312 USA               $752.25

THUNDERBOLT AREA FEDERAL CREDIT UNION
12 BEACON AVENUE
MILLVILLE MUNICIPAL AIRPORT
MILLVILLE,NEW JERSEY U.S.A. 08332                    $752.17

FIREFIGHTERS CREDIT UNION
501 NORTH NEW JERSEY STREET
INDIANAPOLIS, IN 46204 USA                           $751.89

USPLK EMPLOYEES FEDERAL CREDIT UNION
16055 SANTA FE TRAIL
LEAVENWORTH, KS 66048 USA                            $747.46

HEARTLAND FEDERAL CREDIT UNION
3400 OFFICE PARK DRIVE
DAYTON, OH 45439 USA                                 $747.18


UNITED BANK FOR AFRICA (UBA) PLC
2éME ETAGE IMMEUBLE KHARRAT BLVD.
BOTREAU ROUSSEL  ABIDJAN,  17 BP 808 COTE D'IVOIRE   $746.57

SETEFI S.P.A.
VIALE GIULIO RICHARD 7
20143 MILANO, ITALY                                  $746.35

PILOT BANK
2901 EAST FOWLER AVENUE
TAMPA, FL 33612 USA                                  $745.16

PORTLAND LOCAL NO. 8 FEDERAL CREDIT UNION
2435 NORTHWEST FRONT AVE SUITE A
PORTLAND, OR 97209 USA                               $745.00

UNKNOWN                                              $744.30

TULSA FEDERAL CREDIT UNION
9323 EAST 21ST STREET
TULSA, OK 74129 USA                                  $744.09

TOMAH AREA CREDIT UNION
940 N SUPERIOR AVE
TOMAH, WI 54660                                      $743.28

LINN-CO FEDERAL CREDIT UNION
485 SECOND STREET
LEBANON, OR 97355 USA                               $741.59
SAGELINK CREDIT UNION
311 NORTH SAGINAW STREET
DURAND, MI 48429 USA                                $740.16
GREENVILLE FEDERAL
690 WAGNER AVENUE
GREENVILLE, OH 45331 USA                            $739.31
COMMONWEALTH BANK AND TRUST COMPANY
4350 BROWNSBORO ROAD, SUITE 310
LOUISVILLE, KY 40207 USA                            $738.27
PARTNERS FINANCIAL FEDERAL CREDIT UNION
1200 NEW YORK AVENUE
GLEN ALLEN, VA 23060 USA                            $738.08
UNKNOWN                                             $737.20
PEOPLES BANK & TRUST COMPANY
101 N. MAIN STREET
OWENTON, KY 40359 USA                               $736.44
CHEVRON VALLEY CREDIT UNION
8200 GRANITE FALLS DRIVE
BAKERSFIELD, CA 93312                               $732.36
NORTHWEST UNITED FEDERAL CREDIT UNION
6320 OLDE WADSWORTH BOULEVARD
ARVADA, CO 80003 USA                                $731.79
GERMAN AMERICAN BANCORP
711 MAIN STREET
JASPER, IN 47546 USA                                $730.87
UKRAINIAN SELFRELIANCE FEDERAL CREDIT UNION
1729 COTTMAN AVENUE
PHILADELPHIA, PA 19111 USA                          $729.75
TEXOMA EDUCATORS FEDERAL CREDIT UNION
506 W. LAMAR STREET
SHERMAN,TEXAS U.S.A. 75090                          $729.68

| | |
|---|---|
| AVIDBANK<br>400 EMERSON STREET<br>PALO ALTO, CA 94301 USA | $729.56 |
| NUCOR EMPLOYEE'S CREDIT UNION<br>1202 N. CASHUA DR.<br>FLORENCE,SOUTH CAROLINA U.S.A. 29501 | $729.39 |
| KANSAS CITY CREDIT UNION<br>5110 ARARAT DRIVE<br>KANSAS CITY,MISSOURI U.S.A. 64129 | $728.30 |
| UNKNOWN | $726.42 |
| THOMAS COOK (INDIA) LIMITED<br>WORLDWIDE HOUSE, THORPE WOOD PETERBOROUGH<br>UNITED KINGDOM PE3 6SB | $724.19 |
| EAST BOSTON SAVINGS BANK<br>P.O. BOX 111<br>EAST BOSTON, MA 02128 | $720.71 |
| UNKNOWN | $719.67 |
| ANTHEM BANK & TRUST<br>PO BOX 341569<br>LAKEWAY, TX 78734 | $719.26 |
| BEACON CREDIT UNION<br>107 LEROY BOWEN DRIVE<br>LYNCHBURG, VA 24502 USA | $717.94 |
| KAIPERM NW FCU<br>500 NE MULTNOMAH STREET SUITE 320<br>PORTLAND, OR 97232 | $717.66 |
| EBS BUILDING SOCIETY<br>UNIT 33 BLACKTHORN ROAD<br>SANDYFORD<br>DUBLIN 18 IRELAND | $717.50 |
| IRCO COMMUNITY FEDERAL CREDIT UNION<br>450 HILLCREST BOULEVARD<br>PHILLIPSBURG, NJ 8865 USA | $715.71 |

| | |
|---|---|
| UNKNOWN | $715.56 |
| PIONEER WEST VIRGINIA FCU | |
| 1320 KANAWHA BLVD E | |
| CHARLESTON,WEST VIRGINIA U.S.A. 25301 | $714.71 |
| PLUS CREDIT UNION | |
| 1900 S JONES BOULEVARD | |
| LAS VEGAS, NV 89146 USA | $713.44 |
| BANKTENNESSEE | |
| 1125 WEST POPLAR AVENUE | |
| COLLIERVILLE, TN 38017 USA | $713.06 |
| THE CENTREVILLE NATIONAL BANK OF MARYLAND | |
| 109 N. COMMERCE STREET | |
| CENTREVILLE,MARYLAND U.S.A. 21617 | $710.27 |
| UNKNOWN | $709.01 |
| LEA COUNTY STATE BANK | |
| 1017 NORTH TURNER | |
| HOBBS, NM 88241 USA | $707.98 |
| 1ST SUMMIT BANK | |
| 125 DONALD LANE | |
| JOHNSTOWN, PA 15904 | $705.50 |
| RIVERMARK COMMUNITY CREDIT UNION | |
| 8505 SOUTHWEST CREEKSIDE PLACE | |
| BEAVERTON, OR 97008 USA | $702.20 |
| WAUNA FEDERAL CREDIT UNION | |
| 101 SOUTH EAST TRUHAAK | |
| CLATSKANIE, OR 97016 USA | $701.26 |
| JEFFERSON SECURITY BANK | |
| PRINCESS AND WASHINGTON STREETS | |
| SHEPHERDSTOWN,WEST VIRGINIA U.S.A. 25443 | $700.20 |
| MINNCO CREDIT UNION | |
| 235 1ST AVENUE WEST | |
| CAMBRIDGE, MN 55008 USA | $700.00 |

| | |
|---|---|
| AS SEB PANK<br>CARDS AND PAYMENT SYSTEMS<br>TORNIMÄE 2<br>TALLINN ESTONIA | $699.58 |
| DCH CREDIT UNION<br>424 PAUL BRYANT DR. E.<br>TUSCALOOSA,ALABAMA U.S.A. 35401 | $699.03 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS<br>60 WALL STREET<br>NEW YORK, NY 10005 USA | $698.68 |
| PJSC TASCOMBANK<br>15,A KURENIVSKA STR<br>KYIV,  4073 UKRAINE | $697.54 |
| SOUTH BAY CREDIT UNION<br>2304 ARTESIA BOULEVARD<br>REDONDO BEACH, CA 90278 USA | $696.78 |
| NW PREFERRED FEDERAL CREDIT UNION<br>13333 SOUTHWEST 68TH PARKWAY<br>TIGARD, OR 97223 USA | $695.04 |
| KEMBA DELTA FEDERAL CREDIT UNION<br>4095 AMERICAN WAY, SUITE 10<br>MEMPHIS, TN 38118 USA | $693.11 |
| CAPITOL NATIONAL BANK<br>200 WASHINGTON SQUARE NORTH<br>LANSING, MI 48933 USA | $692.88 |
| UNKNOWN | $692.17 |
| ISRAEL DISCOUNT BANK LTD.<br>HERZL STREET 160<br>TEL AVIV 68101, ISRAEL | $691.42 |
| PEOPLES BANK OF ALABAMA<br>811 2ND AVENUE SOUTHWEST<br>CULLMAN, AL 35055 USA | $690.44 |

FARMERS-MERCHANTS NATIONAL BANK OF PAXTON
101 NORTH TAFT STREET
PAXTON,ILLINOIS U.S.A. 60957                          $690.40

BANCO DE VENEZUELA S.A.
AVE. UNIVERSIDAD ESQ.
SOCIEDAD TORRE BANCO DE VENEZUELA
CARACAS,  1010 VENEZUELA                             $690.00

LEE BANK AND TRUST COMPANY
600 WEST MORGAN AVENUE
PENNINGTON GAP, VA 24277 USA                         $689.10

CENTRAL COAST FEDERAL CREDIT UNION
4242 GIGLING ROAD
SEASIDE,CALIFORNIA U.S.A. 93955                      $687.85

BANESCO BANCO UNIVERSAL C.A.
TORRE BANESCO I, AV. PPAL.
LAS MERCEDES C/C GUAICAIPURO  EL ROSAL,
CARACAS,  1060 VENEZUELA                             $687.37

PACIFIC COMMUNITY CREDIT UNION
401 EAST IMPERIAL HIGHWAY
FULLERTON,CALIFORNIA U.S.A. 92635-1199               $686.62

TOWN OF HEMPSTEAD EMPLOYEES FEDERAL CREDIT
UNION
1830 GRAND AVENUE
BALDWIN,NEW YORK U.S.A. 11510-2416                   $685.65

CREDIT UNION OF GEORGIA
3048 EAGLE DRIVE
WOODSTOCK, GA 30189 USA                              $684.62

NORTH MIDDLESEX SAVINGS BANK
7 MAIN STREET
AYER, MA 1432 USA                                    $684.32

POST COMMUNITY CREDIT UNION
275 CLIFF STREET
BATTLE CREEK, MI 49016 USA                           $683.90

EMPRISE BANK -
DEPOSIT OPERATIONS
257 NORTH BROADWAY
WICHITA,KANSAS U.S.A. 67201                        $683.21

VIRGINIA NATIONAL BANK
1180 SEMINOLE TRAIL
CHARLOTTESVILLE,VIRGINIA U.S.A. 22901              $682.60

WESTMINSTER FEDERAL CREDIT UNION
7280 IRVING STREET
WESTMINSTER,COLORADO U.S.A. 80030                  $680.64

LEDYARD NATIONAL BANK
320 MAIN ST
NORWICH, VT 05055                                  $678.81

FRIEND BANK
220 E LAWRENCE HARRIS HWY
SLOCOMB,ALABAMA U.S.A. 36375                        $677.38

MERIDIAN TRUST FEDERAL CREDIT UNION
4349 EAST LINCOLNWAY
CHEYENNE, WY 82001 USA                             $676.07

TRI COUNTIES BANK
63 CONSTITUTION DRIVE
CHICO, CA 95973 USA                                $673.42

THE BANK OF GREENE COUNTY
P O BOX 470
CATSKILL,NEW YORK U.S.A. 12414                     $673.34

PARK STATE BANK & TRUST
710 W HWY 24 (PO BOX 9)
WOODLAND PARK CO 80866                             $672.05

SPC COOPERATIVE CREDIT UNION
204 NORTH FIFTH STREET
HARTSVILLE,SOUTH CAROLINA U.S.A. 29550             $671.83

COUNTYBANK
419 MAIN STREET
GREENWOOD, SC 29646 USA                            $671.42

THE NATIONAL UNION BANK OF KINDERHOOK
ONE HUDSON STREET
KINDERHOOK,NEW YORK U.S.A. 12106                    $671.28
KS BANK, INC.
103 W. BRIGHTLEAF BLVD
SMITHFIELD,NORTH CAROLINA U.S.A. 27577              $671.27
FIRST STATE BANK OF UVALDE
PO BOX 1908
UVALDE, TX 78802                                    $670.90
ILWU CREDIT UNION
1134 NORTH AVALON BLVD.
WILMINGTON,CALIFORNIA U.S.A. 90748                  $669.79
UNKNOWN                                             $669.45
BNC NATIONAL BANK
322 EAST MAIN AVENUE
BISMARCK,NORTH DAKOTA U.S.A. 58504                  $668.22
AMERISERV FINANCIAL BANK
216 FRANKLIN STREET
JOHNSTOWN, PA 15901 USA                             $665.53
MERIDIAN BANK
9 OLD LINCOLN HWY
MALVERN, PA 19355 USA                               $664.21
BFG FEDERAL CREDIT UNION
445 SOUTH MAIN STREET
AKRON,OHIO U.S.A. 44311                             $662.26
ADVIA CREDIT UNION
550 SOUTH RIVERVIEW DRIVE
PARCHMENT, MI 49004 USA                             $659.83
UNKNOWN                                             $658.64
CENTRAL MINNESOTA FEDERAL CREDIT UNION
20 SOUTH 4TH AVENUE
EAST MELROSE,MINNESOTA U.S.A. 56352                 $658.41

| | |
|---|---|
| MISSION CITY FEDERAL CREDIT UNION<br>1391 FRANKLIN STREET<br>SANTA CLARA, CA 95050 USA | $658.13 |
| PEOPLESCHOICE CREDIT UNION<br>PO BOX 463<br>BIDDEFORD, ME 04005 | $657.11 |
| CONVERSE BANK CORPORATION<br>26/1 V. SARGSYAN STR.<br>YEREVAN, ARMENIA 0010 | $657.09 |
| BRB-BANCO DE BRASILIA S.A.<br>SBS QUADRA 01 BLOCO E EDIF.<br>BRASILIA   BRASILIA, DF 70072-900 BRAZIL | $656.19 |
| DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT<br>UNION<br>2000 14TH STREET NW, 2ND FLOOR<br>WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20009 | $656.16 |
| TRADE & DEVELOPMENT BANK OF MONGOLIA<br>KHUDALDAANY 7<br>ULAANBAATAR,  11 MONGOLIA | $656.15 |
| GHS FEDERAL CREDIT UNION<br>910 FRONT STREET<br>BINGHAMTON,NEW YORK U.S.A. 13905 | $655.43 |
| SANTA BARBARA COUNTY FEDERAL CREDIT UNION<br>2623 DE LA VINA STREET<br>SANTA BARBARA, CA 93105 USA | $652.24 |
| JSC PROCREDIT BANK<br>TAMAR MEPHE AVE 18<br>TBILISI,  112 GEORGIA | $652.16 |
| PRAIRIE STATE BANK AND TRUST<br>340 MAIN STREET<br>MT. ZION,ILLINOIS U.S.A. 62549 | $651.97 |
| SUPERIOR CREDIT UNION INC.<br>1205 EAST KIBBY STREET<br>LIMA, OH 45804 USA | $649.88 |

PARTNERSHIP FINANCIAL CREDIT UNION
5940 LINCOLN AVENUE
MORTON GROVE, IL 60053 USA                          $649.75

THRIVE FEDERAL CREDIT UNION (INDUSTRIAL CENTRE
FEDERAL CREDIT UNION)
4501 SOUTH DELAWARE DRIVE
MUNCIE, IN 47302 USA                                $649.48

COMMERCIAL BANK 'RENAISSANCE CREDIT' (LI
KOZHEVNICHESKAYA ST. 14
115114 MOSCOW, RUSSIAN FEDERATION                  $648.29

POST OFFICE EMPLOYEES CREDIT UNION
4624 W. NAPOLEON
METAIRIE,LOUISIANA U.S.A. 70001                     $648.14

COAST-TEL FEDERAL CREDIT UNION
45 WEST ALISAL STREET
SALINAS, CA 93901 USA                               $644.86

CAPSTAR BANK
201 4TH AVENUE NORTH, SUITE 950
NASHVILLE, TN 37219 USA                             $642.16

CLEVELAND BRADLEY COUNTY TEACHERS FEDERAL CREDIT
UNION
P. O. BOX 4168
CLEVELAND,TENNESSEE U.S.A. 37320                    $641.89

STREATOR ONIZED CREDIT UNION
912 NORTH SHABBONA STREET
STREATOR, IL 61364 USA                              $641.77

SANTA BARBARA BANK & TRUST, NA
490 S. FAIRVIEW STE 110
GOLETA CA 93117                                     $641.68

ALIOR BANK SPOLKA AKCYJNA
?OPUSZA?SKA 38D OPERATIONAL DEPARTMENT
WARSZAWA POLAND 02-232                              $641.17

COAST360 FEDERAL CREDIT UNION
450 ROUTE 8
MAITE,  96910 GUAM                                        $640.02

ANB BANK
3033 EAST FIRST AVENUE
DENVER, CO 80206 USA                                      $639.90

ARROWHEAD BANK
108 W. SANDSTONE
LLANO,TEXAS U.S.A. 78643                                  $638.04

GRAND JUNCTION FEDERAL CREDIT UNION
910 MAIN ST.
GRAND JUNCTION,COLORADO U.S.A. 81501                      $637.29

UNKNOWN                                                   $636.70

ST. HELENS COMMUNITY FEDERAL CREDIT UNION
1720 ST. HELENS STREET
ST. HELENS, OR 97051 USA                                  $636.53

AUBURN UNIVERSITY FEDERAL CREDIT UNION
543 WEST MAGNOLIA AVENUE
AUBURN,ALABAMA U.S.A. 36830                               $636.30

CIT BANK, NATIONAL ASSOCIATION
155 NORTH LAKE AVENUE
PASADENA, CA 91101 USA                                    $635.37

SEAMEN'S BANK
221 COMMERCIAL STREET
PROVINCETOWN, MA 2657 USA                                 $634.00

ALAMO FEDERAL CREDIT UNION
6577 FIRST PARK TEN BOULEVARD
SAN ANTONIO, TX 78213 USA                                 $633.65

SOUTHERN MISSISSIPPI FEDERAL CREDIT UNION
3318 HARDY STREET
HATTIESBURG, MS 39401 USA                                 $632.72

DOCO SCHOOL EMPLOYEES FEDERAL CREDIT UNION
P.O. BOX 71389
ALBANY,GEORGIA U.S.A. 31708                               $632.44

TEUTOPOLIS STATE BANK
106 EAST MAIN STREET
TEUTOPOLIS, IL 62467 USA                          $631.48

THE PATASKALA BANKING COMPANY
354 SOUTH MAIN STREET
PATASKALA, OH 43062-9626 USA                      $628.49


FIRST CITIZENS STATE BANK (PALMYRA STATE BANK)
207 WEST MAIN STREET
WHITEWATER, WI 53190 USA                          $628.06

APS BANK LTD
APS CENTRE TOWER STREET
BKARA,  BKR 4012 MALTA                            $627.93


LOYOLA UNIVERSITY EMPLOYEES FEDERAL CREDIT UNION
2160 SOUTH FIRST AVENUE
MAYWOOD, IL 60153 USA                             $627.87

MAGNOLIA STATE BANK
28 HIGHWAY 528
BAY SPRINGS, MS 39422 USA                         $627.19

PORTAGE COUNTY BANK
1155 WEST COUNTY ROAD D
ALMOND, WI 54909 USA                              $625.97

UNICREDIT BANK SLOVAKIA A.S.
SANCOVA 1/A
BRATISLAVA,  81333 SLOVAKIA                        $623.32

RIVER VALLEY BANK
327 NORTH SEVENTEENTH AVENUE
WAUSAU, WI 54401 USA                              $623.19

MAINSTREET CREDIT UNION
13001 W 95TH ST
LENEXA KS 66215-3726                              $623.19

BANK OF CAMILLA
50 EAST BROAD STREET
CAMILLA, GA 31730 USA                                    $621.23

ASPIRE FEDERAL CREDIT UNION
67 WALNUT AVENUE
CLARK, NJ 7066 USA                                       $621.01

HOPE FEDERAL CREDIT UNION
4 OLD RIVER PLACE, SUITE A
JACKSON,MISSISSIPPI U.S.A. 39202                         $618.20

STANBIC BANK UGANDA LTD
45 KAMPALA ROAD
KAMPALA,   UGANDA                                        $615.47

ST. LOUIS COMMUNITY CU
3651 FOREST PARK AVENUE
ST. LOUIS,MISSOURI U.S.A. 63108                          $612.64

FIBERGLAS FEDERAL CREDIT UNION
215 DEO DRIVE
NEWARK OH 43055
(NAME CHANGING TO "TRUECORE FEDERAL CREDIT
UNION 2/1/15)                                            $610.21

CORTRUST BANK NATIONAL ASSOCIATION
100 EAST HAVENS & MAIN
MITCHELL SD 57301                                        $610.17

CB UNIASTRUM BANK
1 SUVOROVSKAYA SQ.
MOSCOW,  127473 RUSSIAN FEDERATION                       $609.98

AAA FEDERAL CREDIT UNION
ATTN: PAM HARDMAN
60600 US 31 S
SOUTH BEND, IN 46614                                     $609.65

THE CITIZENS NATIONAL BANK OF MERIDIAN
512 22ND AVENUE
MERIDIAN, MS 39301 USA                                   $607.48

HOWLAND-ENFIELD FEDERAL CREDIT UNION
4 COFFIN STREET
P.O. BOX 405
HOWLAND,MAINE U.S.A. 04448-0405                    $607.47

GOLDEN PLAINS CREDIT UNION
1714 EAST KANSAS AVENUE
GARDEN CITY, KS 67846 USA                          $605.03

WILSON & MUIR BANK & TRUST CO.
P. O. BOX 346
BARDSTOWN,KENTUCKY U.S.A. 40004                    $602.42

SUMMIT CREDIT UNION
8210 WEST MARKET STREET
GREENSBORO, NC 27409 USA                           $601.41

EMORY ALLIANCE CREDIT UNION
1237 CLAIRMONT ROAD
DECATUR, GA 30030 USA                              $600.46

IDAHO UNITED CREDIT UNION
333 NORTH 13TH STREET
BOISE,IDAHO U.S.A. 83702                            $600.00

BANCO DOMINICANO DEL PROGRESO S.A. - BANCO
MULTIPLE
AVE. JOHN F. KENNEDY #3 EDIFICIO BANCO DEL
PROGRESO
SANTO DOMINGO,   REPUBLICA DOMINICANA              $599.72

BANCO BNP PARIBAS
PERSONAL FINANCE SA TORRES DE LISBOA TORRE G - 15º
ANDAR
LISBOA PORTUGAL 1600-209                           $599.20

VERMONT STATE EMPLOYEES CREDIT UNION
ONE BAILEY AVENUE
MONTPELIER, VT 5602 USA                            $595.00

SOLARITY CREDIT UNION
110 NORTH 5TH AVENUE
YAKIMA,WASHINGTON U.S.A. 98902                      $593.20

ARK VALLEY CREDIT UNION
1501 NORTH SUMMIT
ARKANSAS CITY, KS 67005 USA                              $593.15

IDAHO INDEPENDENT BANK
1260 WEST RIVERSTONE DRIVE
COEUR D'ALENE, ID 83814 USA                              $590.75

SAINT VINCENT ERIE FEDERAL CREDIT UNION
2314 SASSAFRAS STREET SUITE 100
ERIE, PA 16502 USA                                      $590.12

SAFE 1 CREDIT UNION
1400 MILL ROCK WAY
BAKERSFIELD, CA 93311
ATTN: PAT JACKSON, OPERATIONS MANAGER                   $588.05

WEST PLAINS BANK AND TRUST COMPANY
11 COURT SQUARE
WEST PLAINS, MO 65775 USA                               $587.57

CAMPCO FEDERAL CREDIT UNION
1110 EAST BOXELDER ROAD
GILLETTE, WY 82718 USA                                  $584.84

FINANCIAL HEALTH FEDERAL CREDIT UNION
1515 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46206 USA                              $583.58

S-PANKKI OY (S-BANK LIMITED)
FLEMINGINKATU 34
HELSINKI,  510 FINLAND                                  $583.27

THE FIRST NATIONAL BANK OF LOUISBURG
1201 WEST AMITY
LOUISBURG, KS 66053 USA                                 $581.75

INTEGRA BANK NATIONAL ASSOCIATION
21 SE THIRD ST
EVANSVILLE IN 47708                                     $579.97

CITY NATIONAL BANK OF FLORIDA
25 WEST FLAGER STREET
MIAMI, FL 33130 USA                                     $578.80

| | |
|---|---|
| FIRST BRISTOL FEDERAL CREDIT UNION | |
| 25 NORTH STREET | |
| P.O. BOX 698 | |
| BRISTOL,CONNECTICUT U.S.A. 06010 | $578.40 |
| HOMETOWN BANK OF PENNSYLVANIA | |
| 306 WEST MAIN STREET | |
| EVERETT, PA 15537 USA | $577.80 |
| FLAG CREDIT UNION | |
| 3115 CONNER BOULEVARD | |
| TALLAHASSEE, FL 32311 USA | $576.74 |
| NEW RESOURCE BANK | |
| 405 HOWARD STREET, SUITE 110 | |
| SAN FRANCISCO, CA 94105 USA | $576.64 |
| UNKNOWN | $576.17 |
| TECHNICOLOR FEDERAL CREDIT UNION | |
| 434 WEST ALAMEDA AVENUE | |
| BURBANK,CALIFORNIA U.S.A. 91506 | $574.70 |
| REGIONAL MEMBERS FEDERAL CREDIT UNION | |
| 3610 GENTIAN BOULEVARD | |
| COLUMBUS, GA 31907 USA | $574.22 |
| JURA ALUNANA STR. 2 | |
| RIGA LV-1010, LATVIA | $574.02 |
| FIRST INTERNATIONAL BANK & TRUST | |
| 100 NORTH MAIN STREET | |
| PO BOX 607 | |
| WATFORD CITY,NORTH DAKOTA U.S.A. 58854 | $573.44 |
| CAROLINA TRUST BANK | |
| 901 EAST MAIN STREET | |
| LINCOLNTON,NORTH CAROLINA U.S.A. 28093 | $571.75 |
| ROCKET CITY FEDERAL CREDIT UNION | |
| 2401 TRIANA BOULEVARD | |
| HUNTSVILLE, AL 35805 USA | $570.66 |

MIAMI FIREFIGHTERS FCU
1111 NW 7TH ST
MIAMI, FL 33136                                          $567.86

PLANTERS BANK & TRUST COMPANY
212 CATCHINGS STREET
INDIANOLA, MS 38751 USA                                  $565.66

FREEDOM FIRST FEDERAL CREDIT UNION
5240 VALLEYPARK DRIVE
ROANOKE, VA 24019 USA                                    $563.93

SI VALE MEXICO S.A. DE C.V.
PASEO DE LA REFORMA 284 COL JUAREZ MEXICO DIF
MEXICO 06600                                             $563.79

NASSAU FINANCIAL FEDERAL CREDIT UNION
865 MERRICK AVENUE, SUITE 250N
WESTBURY, NY 11590 USA                                   $562.94

HUDSON RIVER COMMUNITY CREDIT UNION
312 PALMER AVENUE
CORINTH, NY 12822-9989 USA                               $562.46

TNCONNECT CREDIT UNION
6211 MIDDLEBROOK PIKE
KNOXVILLE, TN 37909 USA                                  $562.39

PACIFIC NORTHWEST IRONWORKERS FEDERAL CREDIT
UNION
11620 NE AINSWORTH CIRCLE SUITE 400
PORTLAND,OREGON U.S.A. 97220                             $561.92

COMMUNITY BANK OF PLEASANT HILL
2401 NORTH HIGHWAY 7
PLEASANT HILL, MO 64080 USA                              $561.91

PJSC UKRSIBBANK
60, MOSKOVSKY AVE.
KHARKIV,  61005 UKRAINE                                  $561.04

AURORA FEDERAL CREDIT UNION
12028 EAST MISSISSIPPI AVENUE UNIT-J
AURORA, CO 80012 USA                                     $560.22

| | |
|---|---|
| USX FEDERAL CREDIT UNION (NABCO FCU) | |
| 1293 FREEDOM ROAD | |
| CRANBERRY, PA 16066 USA | $559.97 |
| SELF- HELP CREDIT UNION | |
| 301 W MAIN ST | |
| DURHAM, NC 27701 | $558.44 |
| ACCESS CREDIT UNION | |
| 1807 WEST CERMAK ROAD | |
| BROADVIEW, IL 60155 USA | $555.55 |
| GENERAL CARD SERVICES LTD | |
| 1-6,8-11 FL CAPITAL TOWER ALL SEASONS PLACE, | |
| 87/1 WIRELESS RD | |
| BANGKOK THAILAND | $554.95 |
| CASHMERE VALLEY BANK | |
| 117 APLETS WAY | |
| CASHMERE,WASHINGTON U.S.A. 98815 | $554.89 |
| ESCAMBIA COUNTY BANK | |
| 400 RINGOLD | |
| FLOMATON,ALABAMA U.S.A. 36411 | $554.76 |
| ST. JOHNS BANK & TRUST | |
| 8924 ST. CHARLES ROCK ROAD | |
| ST. JOHNS,MISSOURI U.S.A. 63114 | $553.80 |
| EXCHANGE NATIONAL BANK & TRUST CO. | |
| 600 COMMERCIAL STREET | |
| ATCHISON, KS 66002 USA | $552.29 |
| ENTRUST FINANCIAL CREDIT UNION | |
| 1801 DABNEY ROAD | |
| RICHMOND, VA 23230 USA | $551.97 |
| U S #1364 FEDERAL CREDIT UNION | |
| 8400 BROADWAY | |
| MERRILLVILLE, IN 46410 USA | $550.68 |
| UNKNOWN | $550.66 |

THE FIRST NATIONAL BANK OF TRENTON
106 HAMILTON STREET
TRENTON, TX 75490 USA                                $550.35

NEW TRIPOLI BANK
MARKET AND MADISON STREET
NEW TRIPOLI, PA 18066-0468 USA                       $547.16

BANK OF GUAM
111 CHALAN SANTO PAPA,
HAGATNA,  96910 GUAM                                 $546.43

AMERICAN SAVINGS BANK, FSB
503 CHILLICOTHE STREET
PORTSMOUTH, OH 45662 USA                             $546.20

FIRST NATIONAL BANK IN FAIRFIELD
100 EAST BURLINGTON
FAIRFIELD,IOWA U.S.A. 52556                          $546.04

STEUBEN TRUST COMPANY
ONE STEUBEN SQUARE
HORNELL,NEW YORK U.S.A. 14843                        $545.72

POLICE FINANCIAL SERVICES LIMITED
121 CARDIGAN STREET
CARLTON, VI 3053 AUSTRALIA                           $544.82

GREATER WATERTOWN FEDERAL CREDIT UNION
48 WOODRUFF AVENUE
WATERTOWN, CT 06795-2532 USA                         $543.92

FIRST CHOICE BANK (FIRST NATIONAL BANK OF
PONTOTOC)
19 SOUTH MAIN STREET
PONTOTOC, MS 38863 USA                               $543.91

EASYBANK AG
QUELLENSTRASSE 51-55
VIENNA,  A-1100 AUSTRIA                              $543.25

METROPOLITAN BANK
201 SOUTH JACKSON STREET
CRYSTAL SPRINGS, MS 39059-0837 USA                   $543.20

| | |
|---|---|
| THE CITIZENS BANK OF LOGAN, OHIO<br>188 WEST MAIN STREET<br>LOGAN, OH 43138 | $542.61 |
| FIRST NATIONAL BANK OF SOUTHERN CALIFORNIA<br>3727 ARLINGTON AVENUE, STE 202 A<br>RIVERSIDE, CA 92506 USA | $542.55 |
| BEDFORD LOAN & DEPOSIT BANK<br>P.O. BOX 276 45 HIGHWAY 42<br>EAST BEDFORD,KENTUCKY U.S.A. 40006 | $541.88 |
| OLD LINE BANK<br>1525 POINTER RIDGE PLACE<br>BOWIE, MD 20716 USA | $541.39 |
| CITIZENS BANK OF LAS CRUCES<br>505 SOUTH MAIN STREET<br>LAS CRUCES,NEW MEXICO U.S.A. 88001 | $539.81 |
| DOUGLAS COUNTY BANK<br>609 NORTH 291 HIGHWAY<br>LEES SUMMIT, MO 64086 | $539.51 |
| NORTH COAST CREDIT UNION<br>1100 DUPONT STREET<br>BELLINGHAM, WA 98225 USA | $539.42 |
| ROCK VALLEY FEDERAL CREDIT UNION<br>1201 CLIFFORD AVENUE<br>LOVES PARK,ILLINOIS U.S.A. 61111 | $538.61 |
| PT BANK PANIN TBK<br>JI.JEND SUDIRMAN (SENAYAN)<br>JAKARTA,  10270 INDONESIA | $537.76 |
| COMMUNITY BANK DELAWARE<br>16982 KINGS HIGHWAY<br>LEWES,DELAWARE U.S.A. 19958 | $537.73 |
| NEWBANK<br>146-01 NORTHERN BLVD<br>FLUSHING,NEW YORK U.S.A. 11354 | $537.73 |

BRAZOS VALLEY SCHOOLS CREDIT UNION
438 FM 1463
KATY, TX 77494 USA                          $532.96

FEDFINANCIAL FEDERAL CREDIT UNION
1616-D ROCKVILLE PIKE
ROCKVILLE, MD 20852 USA                      $532.82

PASADENA FEDERAL CREDIT UNION
1038 SOUTH FAIR OAKS AVENUE
PASADENA, CA 91105 USA                       $532.39

STALEY CREDIT UNION
3330 NORTH WOODFORD STREET
DECATUR, IL 62526 USA                        $531.50

MERCY CREDIT UNION
1444 EAST SUNSHINE STREET
SPRINGFIELD, MO 65804 USA                    $530.69

UNB BANK
1 NORTH OAK STREET
P.O. BOX 367
MOUNT CARMEL, PA 17851 USA                   $530.24

SCOTIABANK CHILE
MORANDE 226
SANTIAGO,  CHILE                             $530.00

MERIDIAN MUTUAL FEDERAL CREDIT UNION
809 26TH AVENUE
MERIDIAN, MS 39302 USA                       $528.16

TEXAR FEDERAL CREDIT UNION
2301 RICHMOND RD
TEXARKANA, TX 75503                          $525.46

FIELDSTONE CREDIT UNION
395 NORTH KINZIE AVENUE
BRADLEY, IL 60915 USA                        $525.38

CENTRAL BANK & TRUST CO.
300 WEST VINE STREET
LEXINGTON, KY 40507 USA                      $525.02

SAVANNAH FEDERAL CREDIT UNION
124 BARNARD STREET, ROOM B110
SAVANNAH, GA 31401 USA                                          $524.36

SABINE STATE BANK AND TRUST COMPANY
297 ELIZABETH STREET
MANY, LA 71449 USA                                              $522.78

ORLANDO FEDERAL CREDIT UNION
1117 SOUTH WESTMORELAND DRIVE
ORLANDO, FL 32805 USA                                          $521.70

BANK OF SUNSET AND TRUST COMPANY
863 NAPOLEON AVENUE
SUNSET, LA 70584 USA                                            $520.54

TOWN SQUARE BANK
1500 CARTER AVENUE
ASHLAND, KY 41101-7695 USA                                    $519.95

MCKESSON EFCU
ONE POST STREET, #300
SAN FRANCISCO,CALIFORNIA U.S.A. 94104                          $519.47

CREDIT UNION SOUTH
400 VETERANS AVE BLDG 18
BILOXI,MISSISSIPPI U.S.A. 39531                                 $519.21

BANCO NACIONAL DE COSTA RICA
EN SAN PEDRO, TERCER PISO DE LA SUCURSAL DEL BANCO
NACIONAL
SAN JOSE COSTA RICA 2580-1000                                  $517.84

PROVIDENCE BANK, LLC
630 EAST 162ND STREET
SOUTH HOLLAND, IL 60473 USA                                    $516.39

ENTERPRISE BANK, N.A.
12800 W. CENTER ROAD
OMAHA,NEBRASKA U.S.A. 68144                                    $515.34

BANKPACIFIC, LIMITED
151 ASPINALL AVENUE,
HAGATNA   GUAM,  96910 GUAM                                    $514.42

STANDARD CHARTERED BANK OF BOTSWANA LTD
STANDARD HOUSE, THE MALL
 GABORONE,  BOTSWANA                                          $513.82

MERIDIAN BANK
9 OLD LINCOLN HWY
MALVERN, PA 19355 USA                                        $512.76

CITIZENS BANK OF FLORIDA
156 GENEVA DRIVE
OVIEDO, FL 32765 USA                                         $509.88

NSWC FEDERAL CREDIT UNION
1600 JENKINS ROAD
DAHLGREN, VA 22448 USA                                       $509.85

GREATER EASTERN CREDIT UNION
2110 MOUNTCASTLE DRIVE
JOHNSON CITY, TN 37604-2514 USA                              $508.47

NEW YORK COMMERCIAL BANK
1601 VETERANS MEMORIAL HIGHWAY, STE. 120
ISLANDIA, NY 11749 USA                                       $508.47

ROLLSTONE BANK & TRUST
780 MAIN STREET
FITCHBURG, MA 1420 USA                                       $507.73

FMS BANK
520 SHERMAN STREET
FORT MORGAN, CO 80701 USA                                    $507.03

TENSAS STATE BANK
307 VERONA STREET
NEWELLTON, LA 71357 USA                                      $506.97

RESOURCE BANK
70533 HIGHWAY 21
COVINGTON, LA 70433 USA                                      $506.48

KAW VALLEY BANK
1110 NORTH KANSAS AVENUE
TOPEKA, KS 66608 USA                                         $506.44

ING BANK SLASKI SA
UL. SOKOLSKA 34
KATOWICE,  40-086 POLAND                           $506.10

CREDIT UNION OF OHIO
5500 BRITTON PARKWAY
HILLIARD,OHIO U.S.A. 43026                         $505.76

PARSONS FEDERAL CREDIT UNION
100 WEST WALNUT STREET
PASADENA,CALIFORNIA U.S.A. 91124-3635              $505.34

GLACIER HILLS CREDIT UNION
2150 SOUTH MAIN STREET
WEST BEND,WISCONSIN U.S.A. 53095                   $504.76

ALLIED HEALTHCARE FEDERAL CREDIT UNION
2801 ATLANTIC AVENUE
LONG BEACH, CA 90801 USA                           $504.17

AMERICAN PATRIOT BANK
3095 EAST ANDREW JOHNSON HWY
GREENEVILLE,TENNESSEE U.S.A. 37745                 $503.81

AMERICU CREDIT UNION
1916 BLACK RIVER BOULEVARD
ROME, NY 13440 USA                                 $503.28

SPACE CITY CREDIT UNION
3101 HARRISBURG
BOULEVARD   HOUSTON, TX 77003 USA                  $503.17

ROCKFORD BELL CREDIT UNION
4225 PERRYVILLE RD
LOVES PARK,ILLINOIS U.S.A. 61111                   $501.88


NORTH SHORE HEALTH SYSTEM FEDERAL CREDIT UNION
972 BRUSH HOLLOW ROAD
WESTBURY,NEW YORK U.S.A. 11590                     $501.84

NATIONAL EXCHANGE BANK AND TRUST
130 SOUTH MAIN STREET
FOND DU LAC, WI 54935-4248 USA                     $501.73

CAPITAL CREDIT UNION
204 WEST THAYER AVENUE
BISMARCK, ND 58501 USA                          $501.72

FEDERAL EMPLOYEES CREDIT UNION
1509 4TH AVENUE SOUTH
BIRMINGHAM, AL 35233 USA                        $501.63

BANCO CITIBANK DE NICARAGUA SA
MANAGUA, NICARAGUA                              $498.20

CERDO BANKPARTNER AB
RONNOWSGATAN 6
HELSINGBORG 25106, SWEDEN                       $497.89

THE JACKSONVILLE BANK
100 N LAURA STREET, 6TH FLOOR
JACKSONVILLE,FLORIDA U.S.A. 32202               $497.71

HASKELL NATIONAL BANK
P.O. BOX 998
HASKELL,TEXAS U.S.A. 79521                      $496.86

P?K JANA PA?UBICKIEGO 2
80-175 GDANSK, POLAND                           $496.04

FIRST STATE BANK AND TRUST COMPANY, INC.
100 W. THIRD STREET
CARUTHERVILLE,MISSOURI U.S.A. 63830             $495.54

UNKNOWN                                         $495.00

FARMERS STATE BANK
103 EAST 2ND STREET
PINE BLUFFS, WY 82082 USA                       $495.00

THE FIRST NATIONAL BANK & TRUST COMPANY OF
ROCHELLE
340 MAY MART DRIVE
ROCHELLE, IL 61068 USA                          $494.41

SHELBY COUNTY FEDERAL CREDIT UNION
157 POPLAR AVENUE, SUITE 401
MEMPHIS, TN 38103-1948 USA                      $494.33

FIRST COMMUNITY BANK AND TRUST
1111 DIXIE HWY
BEECHER IL 60401                                        $493.80
BANK OF COMMERCE
101 WEST MAIN STREET
CHANUTE, KS 66720 USA                                   $493.08
JSB PROBUSINESSBANK
18/2 BLD. 1 PETROVKA STREET
MOSCOW, RUSSIAN FEDERATION 127051                       $492.44
GRAND COUNTY CREDIT UNION
725 NORTH MAIN
MOAB, UT 84532 USA                                      $491.64
BANK OF ANN ARBOR
125 SOUTH FIFTH AVENUE
ANN ARBOR, MI 48104 USA                                 $490.80

PHILADELPHIA LETTER CARRIERS FEDERAL CREDIT UNION
900 MARKET STREET, ROOM 101
PHILADELPHIA, PA 19107 USA                              $489.61
UNKNOWN                                                 $489.52
UNKNOWN                                                 $489.27
NORTH SHORE BANK (SAUGUSBANK)
248 ANDOVER ST
PEABODY, MA 01960                                       $489.14
WILSON BANK & TRUST
623 WEST MAIN STREET
LEBANON,TENNESSEE U.S.A. 37087                          $488.99
FORT FINANCIAL FEDERAL CREDIT UNION
3102 SPRING STREET
FORT WAYNE, IN 46808-2998 USA                           $487.50
CHINA GUANGFA BANK CO. LTD
NO.10 ZHUJIANG WEST ROAD,
ZHUJIANG NEW TOWN, GUANGZHOU PEOPLES REPUBLIC
OF CHINA                                                $487.13

BAYOU CITY FEDERAL CREDIT UNION
6414 FANNIN STREET G50
HOUSTON, TX 77030 USA                             $487.06

ARMENIAN ECONOMY DEVELOPMENT BANK OJSC
23/1 AMIRYAN STREET
YEREVAN,  2 ARMENIA                                $486.75

THE CLINTON NATIONAL BANK
235 6TH AVENUE SOUTH
CLINTON, IA 52732 USA                             $485.63

GREAT LAKES CREDIT UNION INC.
624 WEST SOUTH BOUNDARY
PERRYSBURG, OH 43551 USA                          $484.61

TEXAS BANK AND TRUST COMPANY
300 E. WHALEY
LONGVIEW,TEXAS U.S.A. 75601                        $483.95

ORANGE COUNTY TRUST COMPANY
212 DOLSON AVENUE
MIDDLETOWN, NY 10940 USA                           $483.65

GREATER CHAUTAUQUA FEDERAL CREDIT UNION
51 EAST MAIN STREET
FALCONER, NY 14733 USA                             $482.70

EAST IDAHO CREDIT UNION
865 SOUTH WOODRUFF
IDAHO FALLS, ID 83401 USA                          $482.56

BANK OF LABOR
756 MINNESOTA AVENUE
KANSAS CITY, KS 66101 USA                          $481.78

RIVER VALLEY CREDIT UNION
7575 EAST FULTON
ADA, MI 49301 USA                                  $481.71

CITY EMPLOYEES CREDIT UNION
1720 WESTERN AVE
KNOXVILLE, TN 37921 USA                            $480.56

FIRST CHEYENNE FEDERAL CREDIT UNION
2360 EAST PERSHING BLVD
CHEYENNE, WY 82001 USA                              $480.00

CITIZENS BANK
MAIN STREET
AMSTERDAM, MO 64723 USA                            $479.75

INDIANA FIRST BANK
935 PHILADELPHIA STREET
INDIANA,PENNSYLVANIA U.S.A. 15701                  $478.50

ALLIANCE BANK CENTRAL TEXAS
4721 BOSQUE BOULEVARD
WACO, TX 76710 USA                                 $477.71

ALGONQUIN STATE BANK, NATIONAL ASSOCIATION
2400 HUNTINGTON DRIVE NORTH
ALGONQUIN,ILLINOIS U.S.A. 60102                    $477.22

PPL GOLD CREDIT UNION
4703 HAMILTON BOULEVARD
ALLENTOWN,PENNSYLVANIA U.S.A. 18103                $477.16

KALSEE CREDIT UNION
2501 MILLCORK
KALAMAZOO, MI 49001 USA                            $475.25

NEWCASTLE PERMANENT BUILDING SOCIETY, LTD.
307 KING STREET
NEWCASTLE NSW, AUSTRALIA 2302                      $474.46

GREAT FALLS REGIONAL FEDERAL CREDIT UNION
34 BATES STREET
LEWISTON,MAINE U.S.A. 04240                        $473.39

CAYUGA LAKE NATIONAL BANK
3 NORTH CAYUGA STREET
UNION SPRINGS, NY 13160 USA                        $473.25

GREER STATE BANK
601 NORTH MAIN STREET
GREER,SOUTH CAROLINA U.S.A. 29652                  $472.13

FREEDOM BANK, INC.
315 CRIM AVENUE
BELINGTON, WV 26250 USA                                        $471.94

AVANTCARD LIMITED
DUBLIN ROAD
CARRICK ON SHANNON,  Co Leitrim REPUBLIC OF IRELAND           $470.97

NUMARK CREDIT UNION
1654 TERRY DRIVE AND ROUTE 6
JOLIET, IL 60436 USA                                          $470.74

MOBILE EDUCATORS CREDIT UNION
3150 AIRPORT BOULEVARD
MOBILE, AL 36606 USA                                          $469.68

UNION BANK, INC.
107 DODD STREET
MIDDLEBOURNE, WV 26149 USA                                    $468.47

ANDERSON FEDERAL CREDIT UNION
P. O. BOX 4146
ANDERSON,SOUTH CAROLINA U.S.A. 29622                          $468.20

UNKNOWN                                                       $467.98

TURK EKONOMI BANKASI A.S.
TEB KAMPUS SARAY MAHALLESI SOKULLU CAD NO
7A, UMRANIYE
ISTANBUL,  34768 TURKEY                                       $465.99

WASATCH PEAKS COMMUNITY CREDIT UNION
2780 ADAMS AVENUE
OGDEN,UTAH U.S.A. 84403                                       $464.49

CATHOLIC FEDERAL CREDIT UNION
6180 STATE STREET
SAGINAW, MI 48603 USA                                         $463.96

INDIANA STATE UNIVERSITY FEDERAL CREDIT UNION
444 N 3RD ST TERRE
HAUTE,INDIANA U.S.A. 47807                                    $462.62

CENTRAL ALLIANCE CREDIT UNION (KIMCENTRAL CU)
625 DEERWOOD AVENUE
NEENAH, WI 54956 USA                                    $462.14

BROKAW CREDIT UNION
300 EVEREST AVENUE
BROKAW, WI 54417 USA                                   $460.53

GEOVISTA FEDERAL CREDIT UNION
111 WEST HENDRY STREET
HINESVILLE, GA 31313 USA                               $460.20

HSBC FRANCE
103 AVENUE DES CHAMPS-ELYSEES
PARIS CEDEX 08,  75419 FRANCE                          $459.55

PRIORITY ONE CREDIT UNION
1631 HUNTINGTON DRIVE SOUTH
PASADENA,CALIFORNIA U.S.A. 91030                       $457.63

IH CREDIT UNION, INC.
5000 URBANA ROAD
SPRINGFIELD, OH 45502 USA                              $457.61

IW BANK S.P.A.
PIAZZALE FRATELLI ZAVATTARI 12
MILANO,  20149 ITALY                                   $457.58

HERITAGE SOUTH COMMUNITY CREDIT UNION
763 N MAIN ST
SHELBYVILLE,TENNESSEE U.S.A. 37160                     $457.28

BANCO AGROMERCANTIL DE GUATEMALA S.A.
7A. AVENIDA 7-30, ZONA 9
GUATEMALA,   GUATEMALA                                 $456.75

FARMERS STATE BANK
1240 EIGHTH AVENUE
MARION, IA 52302 USA                                   $456.18

WORKERS CREDIT UNION
815 MAIN STREET
FITCHBURG, MA 1420 USA                                 $456.08

HOOSIER HILLS CREDIT UNION
630 LINCOLN AVENUE
BEDFORD, IN 47421 USA                                    $455.95

PEOPLES FEDERAL SAVINGS BANK OF DEKALB C
212 W SEVENTH ST
AUBURN IN 46706                                          $455.62

A.H.E. PLANT 3 FEDERAL CREDIT UNION
720 WEST FRANKLIN STREET
WINCHESTER, IN 47394                                     $454.72

NORTHWOODS CREDIT UNION
POTLATCH CORP MILL AVENUE
CLOQUET, MN 55720 USA                                    $454.52

TUCSON OLD PUEBLO CREDIT UNION
2500 EAST 22ND STREET
TUCSON, AZ 85713 USA                                     $454.51

UNKNOWN                                                  $454.28

BENCHMARK COMMUNITY BANK
100 SOUTH BROAD STREET
KENBRIDGE, VA 23944 USA                                  $454.24

TUSCALOOSA CREDIT UNION
1100 21ST AVE.
TUSCALOOSA,ALABAMA U.S.A. 35401                          $453.07

FIRST BANK & TRUST
820 CHURCH STREET
EVANSTON, IL 60201 USA                                   $451.12

PUBLIC SERVICE FEDERAL CREDIT UNION
619 UNION AVE
MIDDLESEX, NJ 08846                                      $450.87

ALLUS CREDIT UNION
20 WEST MARKET STREET
SALINAS,CALIFORNIA U.S.A. 93901                          $450.51

PENINSULA COMMUNITY FEDERAL CREDIT UNION
521 WEST RAILROAD AVENUE
SHELTON, WA 98584 USA                                    $449.16

PRIMESOUTH BANK
301 MAIN STREET
TALLASSEE, AL 36078 USA                                     $449.00

THE FIRST NATIONAL BANK OF GILMER
P.O. BOX 520
GILMER,TEXAS U.S.A. 75664                                   $448.95

FIRST SOURCE FEDERAL CREDIT UNION
4451 COMMERCIAL DRIVE
NEW HARTFORD, NY 13413 USA                                  $448.61

QUINNIPIAC VALLEY COMMUNITY FEDERAL CREDIT UNION
163 WASHINGTON STREET
WALLINGFORD, CT 6492 USA                                    $448.55

UNION STATE BANK OF FARGO
4530 17TH AVENUE SOUTH
FARGO, ND 58103 USA                                         $448.47

STANBIC BANK ZAMBIA LIMITED
6TH FLOOR, WOODGATE HOUSE, CAIRO ROAD
LUSAKA,   ZAMBIA                                            $448.02

UNITED ADVANTAGE NW FEDERAL CREDIT UNION
1430 NORTH KILLINGSWORTH STREET
PORTLAND, OR 97217 USA                                      $447.34

UNKNOWN                                                     $447.20

BANCO POPULAR ESPANOL S.A.
CALLE FRANCISCO SANCHA, 12
28034 MADRID, SPAIN                                         $446.89

JERSEY SHORE STATE BANK
115 SOUTH MAIN STREET
JERSEY SHORE, PA 17740 USA                                  $445.56

UNKNOWN                                                     $445.28

TULARE COUNTY FEDERAL CREDIT UNION
334 NORTH 'K' STREET
TULARE, CA 93274 USA                                        $443.20

CHOICE ONE COMMUNITY FEDERAL CREDIT UNION
101 HAZLE STREET
WILKES-BARRE, PA 18702 USA                          $443.15

SAI GON HA NOI COMMERCIAL JOINT STOCK
77 TRAN HUNG DAO STREET
HOAN KIEM DISTRICT
HANOI 84, VIET NAM                                  $442.78

CESKOSLOVENSKA OBCHODNA BANKA A.S.
MICHALSKA 18
BRATISLAVA,  815 63 SLOVAKIA                         $442.26

AMERICAN BANK, NATIONAL ASSOCIATION
200 WEST STATE HIGHWAY 6
WOODWAY, TX 76710 USA                               $440.54

BENTON COUNTY SCHOOLS CREDIT UNION
2101 NORTHWEST PROFESSIONAL DRIVE
CORVALLIS, OR 97330 USA                             $440.18

BANKFIVE
79 NORTH MAIN STREET
FALL RIVER, MA 2720 USA                             $439.97

UNKNOWN                                             $439.89

UNKNOWN                                             $438.97

HEALTH ASSOCIATES FEDERAL CREDIT UNION
P.O. BOX 5159
ORANGE,CALIFORNIA U.S.A. 92868                      $438.73

PROGRESSIVE NATIONAL BANK OF DESOTO PARISH
300 WASHINGTON AVENUE
MANSFIELD, LA 71052 USA                             $437.87

OTP BANK ROMANIA S.A.
66 - 68 BUZESTI AVENUE SECTOR 1
BUCHAREST,  11017 ROMANIA                           $437.13

CITY BANK & TRUST CO.
2929 PINE LAKE ROAD
LINCOLN, NE 68516 USA                               $435.45

CITIZENS BANK
128 SOUTH BROAD STREET
CAIRO, GA 31728 USA                                    $435.25
UNKNOWN                                                $435.16
BYRON BANK
200 NORTH WALNUT
BYRON, IL 61010 USA                                    $434.43
AFFILIATED TRADES CREDIT UNION (LOCAL #380)
3900 RIDGE PIKE
COLLEGEVILLE, PA 19426 USA                             $434.41
FOOD INDUSTRIES CREDIT UNION
3030 GATEWAY LOOP
SPRINGFIELD, OR 97477 USA                              $434.40
LIBRA BANK S.A.
SEMILUNEI STREET NO 4-6,
DISTRICT 2 BUCHAREST, ROMANIA 020797                   $434.07
EQUITABLE FEDERAL CREDIT UNION
2000 BRITTAIN ROAD
(INSIDE KAUFMAN'S STORE)
AKRON, OH 44310 USA                                    $433.95
IDBI BANK LTD
IDBI TOWER,WTC COMPLEX
CUFFE PARADE, COLABA, MUMBAI 400005                    $433.56
FARMERS BANK & CAPITAL TRUST COMPANY
125 WEST MAIN STREET
FRANKFORT, KY 40601 USA                                $433.09
AS SEB BANKA
MEISTARU 1, VALDLAUCI
KEKAVAS PAGASTS, KEKAVAS NOVADS
RIGA, LATVIA LV-1076                                   $432.68
SIDNEY FEDERAL CREDIT UNION
42 UNION STREET
SIDNEY,NEW YORK U.S.A. 13838                           $431.95

| | |
|---|---|
| FAYSAL HOUSE<br>ST-02 SHAHRAH-E-FAISAL<br>Karachi Pakistan 75500 | $431.90 |
| FIRST BANK KANSAS<br>235 SOUTH SANTA FE<br>SALINA, KS 67402 USA | $431.63 |
| PREMIER COMMUNITY CREDIT UNION<br>3255 WEST BENJAMIN HOLT DRIVE<br>STOCKTON, CA 95219 USA | $430.96 |
| BANCO COOPERATIVO SICREDI S.A.<br>AV ASSIS BRASIL NO. 3940, 12 ANDAR<br>PORTO ALEGRE - RS, RS 91010-003 BRAZIL | $430.60 |
| GEAUGA SAVINGS BANK<br>10800 KINSMAN ROAD<br>NEWBURY, OH 44065 USA | $430.38 |
| SOUTHERN MIDDLESEX COUNTY TEACHERS FEDERAL<br>CREDIT UNION<br>39 BRUNSWICK WOODS DRIVE<br>EAST BRUNSWICK, NJ 08816-5601 USA | $429.76 |
| OCONEE STATE BANK<br>35 NORTH MAIN ST.<br>WATKINSVILLE,GEORGIA U.S.A. 30677 | $428.13 |
| BLUEOX CREDIT UNION (UNITED ED CU)<br>115 RIVERSIDE DRIVE<br>BATTLE CREEK, MI 49016 USA | $425.39 |
| THE FIRST NATIONAL BANK OF SANTA FE<br>THE PLAZA WEST<br>SANTA FE, NM 87501 USA | $424.28 |
| LA JOYA AREA FEDERAL CREDIT UNION<br>214 EAST HIGHWAY 83<br>LA JOYA, TX 78560 USA | $424.26 |
| THE METAMORA STATE BANK<br>120 EAST MAIN STREET<br>METAMORA, OH 43540 USA | $424.21 |

WOODSFIELD SAVINGS BANK
600 LEWISVILLE ROAD
WOODSFIELD, OH 43793 USA                    $424.09

BAR-CONS FEDERAL CREDIT UNION
1142 NORTH MARR ROAD
COLUMBUS,INDIANA U.S.A. 47201               $422.93

FOCUS CREDIT UNION
303 EAST WASHINGTON STREET
CHATTAHOOCHEE, FL 32324-0119 USA            $422.93

SOUTHERN LAKES CREDIT UNION
3000 80TH STREET
KENOSHA, WI 53142 USA                       $422.64

NORTHWESTERN MUTUAL CREDIT UNION
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202 USA                     $421.52

CHICAGO MUNICIPAL EMPLOYEES CREDIT UNION
33 NORTH LASALLE STREET, SUITE 300
CHICAGO, IL 60602 USA                       $420.80

VALLEY BANK AND TRUST
4900 EAST BROMLEY LANE
BRIGHTON, CO 80601 USA                      $419.56

STONEHAMBANK, A CO-OPERATIVE BANK
80 MONTVALE AVENUE
STONEHAM, MA 2180 USA                       $419.55

PAPER CITY SAVINGS ASSOCIATION
4200 EIGHTH STREET SOUTH
WISCONSIN RAPIDS, WI 54494 USA              $419.20

TEXELL CREDIT UNION
17 SOUTH 1ST STREET
TEMPLE,TEXAS U.S.A. 76501                   $419.00

SISKIYOU CENTRAL CREDIT UNION
P. O. BOX 1125
YREKA,CALIFORNIA U.S.A. 96097               $418.13

| | |
|---|---|
| METRUM COMMUNITY CREDIT UNION<br>6980 S. HOLLY CIRCLE<br>CENTENNIAL,COLORADO U.S.A. 80112 | $417.24 |
| ACTORS FEDERAL CREDIT UNION<br>165 WEST 46TH STREET<br>NEW YORK,NEW YORK U.S.A. 10036 | $416.77 |
| BANK OF KEYSTONE<br>MAIN STREET<br>KEYSTONE, NE 69144 USA | $416.52 |
| BANCO BIC PORTUGUES S.A.<br>AVENIDA ANTONIO AUGUSTO DE AGUIAR NO 132<br>LISBOA,  1050-020 PORTUGAL | $416.13 |
| VISION FINANCIAL FEDERAL CREDIT UNION<br>214 PACIFIC AVENUE<br>DURHAM,NORTH CAROLINA U.S.A. 27704 | $414.86 |
| REACH FEDERAL CREDIT UNION<br>3715 HAVEN AVENUE, SUITE 200<br>MENLO PARK, CA 94025 USA | $414.81 |
| SOUTHWEST MISSOURI BANK<br>300 WEST THIRD STREET<br>CARTHAGE, MO 64836 USA | $414.44 |
| NORTHERN INDIANA FEDERAL CREDIT UNION<br>8121 GRAND BOULEVARD<br>MERRILLVILLE, IN 46410 USA | $413.23 |
| COLUMBIA CREDIT UNION<br>310 EAST WALNUT STREET<br>COLUMBIA, MO 65201 USA | $410.99 |
| WHITE RIVER CREDIT UNION<br>P. O. BOX 35<br>ENUMCLAW,WASHINGTON U.S.A. 98022 | $409.90 |
| ROANOKE VALLEY COMMUNITY FEDERAL CREDIT UNION<br>723 FIFTH STREET NORTHEAST<br>ROANOKE, VA 24016 USA | $409.37 |

BANCO DE LA PRODUCCION, S.A.
CENTRO CORPORATIVO BANPRO,
ROTONDA EL GUEGUENSE 1C. ESTE.
MANAGUA,  NICARAGUA                              $408.15

TOTAL COMMUNITY CREDIT UNION
25155 GOODARD
TAYLOR,MICHIGAN U.S.A. 48180                     $408.06

COMMUNITY CREDIT UNION
1030 SOUTH US HIGHWAY 1
ROCKLEDGE, FL 32955 USA                          $407.81

ALL AMERICA BANK
200 SOUTH ROCKWELL AVENUE
OKLAHOMA CITY, OK 73128 USA                      $407.03

FIRST NATIONAL BANK, CORTEZ
140 WEST MAIN
CORTEZ,COLORADO U.S.A. 81321                     $407.02

RELIANCE SAVINGS BANK
1119 12TH STREET
ALTOONA,PENNSYLVANIA U.S.A. 16603-3419           $406.76

LEYDEN CREDIT UNION
2701 NORTH 25TH AVENUE
FRANKLIN, IL 60131 USA                           $406.26

SAN LUIS VALLEY FEDERAL BANK
401 EDISON AVENUE
ALAMOSA, CO 81101 USA                            $405.46

KENTUCKY EMPLOYEES CREDIT UNION
100 MOORE DRIVE
FRANKFORT, KY 40601-8295 USA                     $405.25

FIRST BANK RICHMOND, NATIONAL ASSOCIATION
20 NORTH 9TH STREET
RICHMOND, IN 47374 USA                           $404.95

UNKNOWN                                          $404.83

| | |
|---|---|
| CENTRAL MISSOURI COMMUNITY CREDIT UNION<br>201 S. HOLDEN<br>WARRENSBURG,MISSOURI U.S.A. 64093 | $404.68 |
| ABNB FEDERAL CREDIT UNION (GUARDIAN FCU)<br>830 GREENBRIER CIRCLE<br>CHESAPEAKE, VA 23320 USA | $404.44 |
| SINGING RIVER FEDERAL CREDIT UNION<br>6006 HIGHWAY 63<br>MOSS POINT, MS 39563 USA | $403.35 |
| FNBC BANK<br>636 ASH FLAT DRIVE<br>ASH FLAT, AR 72513 USA | $403.00 |
| LEADERS CREDIT UNION<br>214 OIL WELL ROAD<br>JACKSON TN 38305 | $402.96 |
| COMMUNITY NATIONAL BANK<br>901 EAST HIGHWAY 60<br>MONETT, MO 65708 USA | $402.80 |
| CENTURY BANK OF KENTUCKY, INC.<br>201 WEST WOODFORD STREET<br>LAWRENCEBURG, KY 40342 USA | $401.69 |
| UNKNOWN | $401.69 |
| INNER LAKES FEDERAL CREDIT UNION<br>19-21 EAST MAIN STREET<br>WESTFIELD, NY 14787 USA | $401.31 |
| THE AMERICAN NATIONAL BANK OF SIDNEY<br>901 10TH AVENUE<br>SIDNEY, NE 69162 USA | $400.71 |
| LANIER FEDERAL CREDIT UNION<br>3640 MUNDY MILL ROAD SUITE 178<br>GAINESVILLE,GEORGIA U.S.A. 30504 | $399.07 |
| FIRST BANK<br>341 NORTH MAIN STREET<br>TROY, NC 27371 | $398.84 |

| | |
|---|---|
| MUTUAL CREDIT UNION<br>1604 CHERRY STREET<br>VICKSBURG,MISSISSIPPI U.S.A. 39180-3586 | $398.34 |
| CALIFORNIA ADVENTIST FEDERAL CREDIT UNION<br>1441 EAST CHEVY CHASE DRIVE<br>GLENDALE,CALIFORNIA U.S.A. 91206 | $397.85 |
| GULF COAST BANK AND TRUST COMPANY<br>200 ST. CHARLES AVENUE<br>NEW ORLEANS LA 70130 | $396.78 |
| MIDWEST BANKCENTRE<br>2191 LEMAY FERRY ROAD<br>LEMAY, MO 63125 USA | $396.27 |
| COMMERCIAL BANK<br>6710 CUMBERLAND GAP PARKWAY<br>HARROGATE, TN 37752 USA | $394.39 |
| SOUTHERN SELECT COMMUNITY CREDIT UNION<br>169 DALE EARNHARDT BOULEVARD<br>KANNAPOLIS, NC 28081 USA | $391.42 |
| USSCO JOHNSTOWN FEDERAL CREDIT UNION<br>532 OAKRIDGE DRIVE<br>JOHNSTOWN, PA 15904 USA | $391.19 |
| FOX COMMUNITIES CREDIT UNION<br>3401 EAST CALUMET STREET<br>APPLETON,WISCONSIN U.S.A. 54915 | $390.46 |
| TOWN AND COUNTRY CREDIT UNION<br>1215 SOUTH BROADWAY<br>MINOT, ND 58702 USA | $390.28 |
| FRESNO POLICE DEPARTMENT CREDIT UNION<br>1004 VAN NESS<br>FRESNO,CALIFORNIA U.S.A. 93728 | $390.00 |
| STATEWIDE FEDERAL CREDIT UNION<br>295 EAST LAYFAIR DRIVE<br>FLOWOOD, MS 39232 USA | $387.95 |

GOVERNMENT PRINTING OFFICE FEDERAL CREDIT UNION
732 NORTH CAPITOL STREET NW
WASHINGTON, DC 20401 USA                              $387.43

BROWN COUNTY STATE BANK
101-103 EAST MAIN STREET
MOUNT STERLING, IL 62353-1033 USA                     $386.86

TRANSWEST CREDIT UNION
6189 SOUTH REDWOOD ROAD
TAYLORSVILLE,UTAH U.S.A. 84123                        $386.65

THE URAL BANK FOR RECONSTRUCTION & DEVELOPMENT
JSC
67 SAKKO I VANTSETTI STREET
EKATERINBURG, RUSSIAN FEDERATION 620014               $386.04

FIRST FINANCIAL BANK
1630 4TH AVENUE NORTH
BESSEMER, AL 35020 USA                                $385.64

LOWER COLUMBIA LONGSHOREMEN'S FEDERAL CREDIT
UNION
629 14TH AVENUE
LONGVIEW, WA 98632 USA                                $385.60

FIRST STATE BANK OF THE FLORIDA KEYS
1201 SIMONTON STREET
KEY WEST,FLORIDA U.S.A. 33040                         $385.14

FINGER LAKES FEDERAL CREDIT UNION
27 SENECA STREET
GENEVA, NY 14456 USA                                  $384.65

POSTEL FAMILY CREDIT UNION
3410 MCNIEL AVENUE
WICHITA FALLS,TEXAS U.S.A. 76308                      $382.07

PROMOTORA CMR FALABELLA S.A.
AHUMADA 236, PISO 7 OF. 715
SANTIAGO,  CHILE                                      $381.44

BANK ZENIT
9 BANNY PEREULOK
MOSCOW, RUSSIAN FEDERATION 129110      $381.35

MID-KANSAS CREDIT UNION
104 SOUTH AVENUE B
MOUNDRIDGE, KS 67107 USA      $380.62

MEMBERSFIRST CREDIT UNION
675 CAMPBELL HILL STREET
MARIETTA, GA 30060 USA      $380.11

DENMARK STATE BANK
103 EAST MAIN ST.
DENMARK,WISCONSIN U.S.A. 54208      $379.01

PATENT AND TRADEMARK OFFICE FEDERAL CREDIT UNION
501 DULANY STREET
ALEXANDRIA, VA 22314 USA      $377.78

SOUTHWEST FINANCIAL FEDERAL CREDIT UNION
7610 STEMMONS FREEWAY STE 110
DALLAS,TEXAS U.S.A. 75247      $377.47

LEGACY FEDERAL CREDIT UNION
2148 NW OVERTON
PORTLAND,OREGON U.S.A. 97210      $376.68

PEOPLES BANK OF KENTUCKY
120 FRONTIER BLVD.
STANFORD,KENTUCKY U.S.A. 40484-0366      $376.54

IAB FINANCIAL BANK
118 EAST LUDWIG ROAD
FORT WAYNE,INDIANA U.S.A. 46825      $376.39

CITIZENS STATE BANK OF NEW CASTLE, INDIANA
1238 BROAD STREET
NEW CASTLE, IN 47362 USA      $374.50

COLUMBIA-GREENE FEDERAL CREDIT UNION
207 A GREEN STREET
HUDSON, NY 12534 USA      $374.19

PT BANK MEGA TBK
MENARA BANK MEGA KUNINGAN CARD CENTER
JL.RS.MATA AINI KAV 5-6 KUNIGAN,SETIABUD
JAKARTA SELATAN, INDONESIA 12920          $372.70

MOUNTAIN COMMERCE BANK
201 SOUTH MAIN STREET
ERWIN, TN 37650 USA                        $370.47

PROVIDENCE FEDERAL CREDIT UNION
6400 SOUTHEAST LAKE ROAD, SUITE 125
MILWAUKIE, OR 97222 USA                    $370.00

TUCOEMAS FEDERAL CREDIT UNION
5222 W. CYPRESS AVENUE
VISALIA,CALIFORNIA U.S.A. 93277            $369.92

THE PEOPLES STATE BANK
601 EAST TEMPERANCE STREET
ELLETTSVILLE, IN 47429-1532 USA            $369.17

COMMUNITY CHOICE CREDIT UNION
8404 NORTH WEST 62ND AVENUE
JOHNSTON, IA 50131 USA                     $368.58

BAY RIDGE FEDERAL CREDIT UNION
9000 4TH AVENUE
BROOKLYN, NY 11209 USA                     $368.37

C.A.H.P. CREDIT UNION
2843 MANLOVE ROAD
SACRAMENTO, CA 95826 USA                   $365.95

ULSTER SAVINGS BANK
PO BOX 3337
KINGSTON, NY 12402                         $365.44

MEMBERS FIRST OF MARYLAND FEDERAL CREDIT UNION
535 DUNDALK AVENUE
BALTIMORE, MD 21224 USA                    $364.83

NORTHERN COMMUNITIES CREDIT UNION
3311 WEST ARROWHEAD ROAD
DULUTH, MN 55811 USA                          $363.93

PATRIOT BANK, NATIONAL ASSOCIATION
900 BEDFORD STREET
STAMFORD, CT 6901 USA                         $363.64

THE FARMERS SAVINGS BANK
111 WEST MAIN STREET
SPENCER, OH 44275 USA                         $363.62

FIRST ILLINOIS BANK
327 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201 USA                  $363.34

THE BANK OF MARION
102 WEST MAIN STREET
MARION, VA 24354-2599 USA                     $363.19

MEMPHIS CITY EMPLOYEES CREDIT UNION
2608 AVERY AVENUE
MEMPHIS, TN 38112-4896 USA                    $362.52

SUNSET SCIENCE PARK FEDERAL CREDIT UNION
1100 N.W. MURRAY BLVD. SUITE 200
PORTLAND,OREGON U.S.A. 97229                  $360.34

HAWAII COMMUNITY FEDERAL CREDIT UNION
73-5611 OLOWALU STREET
KAILUA KONA, HI 96740 USA                     $360.03

THE FIRST NATIONAL BANK OF GERMANTOWN
17 NORTH MAIN STREET
GERMANTOWN, OH 45327 USA                      $359.90

ALL TRANS FINANCIAL SERVICES CREDIT UNION LTD.
107 ATLANTIC AVE STE. STE. 201
TORONTO, ON M6K 1Y2 CANADA                    $359.33

AMERICAN TRUST & SAVINGS BANK
9TH AND MAIN STREETS
DUBUQUE, IA 52001 USA                         $357.90

EVERGREEN DIRECT CREDIT UNION
1018 EAST UNION AVENUE
OLYMPIA, WA 98501 USA                                  $357.90

BUILDING TRADES FEDERAL CREDIT UNION
12080 73RD AVENUE N
MAPLE GROVE, MN 55369-5260 USA                         $357.75

COMMERCE BANK OF ARIZONA
698 EAST WETMORE, SUITE 424
TUSCON, AZ 85705 USA                                   $357.18

TCT FEDERAL CREDIT UNION
416 ROWLAND STREET
BALLSTON SPA, NY 12020 USA                             $356.27

GRANCO FEDERAL CREDIT UNION
217 ALDER STREET SOUTHWEST
EPHRATA,WASHINGTON U.S.A. 98823                        $354.03

CENTRAL KEYSTONE FEDERAL CREDIT UNION
1000 MARKET STREET
SUNBURY,PENNSYLVANIA U.S.A. 17801-0234                 $353.79

FIRST PRIORITY CREDIT UNION
3165 SOUTH 27TH STREET
ABILENE,TEXAS U.S.A. 79605                             $353.50

HERSHEY FEDERAL CREDIT UNION
232 HERSHEY ROAD
HUMMELSTOWN,PENNSYLVANIA U.S.A. 17036                  $353.49

DISTRICT OF COLUMBIA TEACHERS FEDERAL CREDIT
UNION
9TH & D STREETS, NE
WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20002           $352.72

VITAL FEDERAL CREDIT UNION
1000 ASHEVILLE HIGHWAY
SPARTANBURG, SC 29303 USA                              $351.69

FIRST CAROLINA PEOPLE'S CREDIT UNION
201 E ASH ST.
GOLDSBORO, NC 27530 USA                                $351.46

| | |
|---|---|
| FIRST FARMERS AND MERCHANTS BANK | |
| 816 SOUTH GARDEN STREET | |
| COLUMBIA, TN 38401 USA | $351.39 |
| STANDARD BANK, PASB | |
| 2640 MONROEVILLE BLVD. | |
| MONROEVILLE,PENNSYLVANIA U.S.A. 15146-2300 | $350.74 |
| UNKNOWN | $350.00 |
| EAST RIVER BANK | |
| 4341 RIDGE AVENUE | |
| PHILADELPHIA, PA 19129 USA | $350.00 |
| NW PRIORITY CREDIT UNION | |
| 12630 SE DIVISION | |
| PORTLAND,OREGON U.S.A. 97236 | $350.00 |
| ING BANK (AUSTRALIA) LIMITED | |
| 347 KENT STREET | |
| SYDNEY, NS 2000 AUSTRALIA | $349.42 |
| LEBANON FEDERAL CREDIT UNION | |
| 300 SCHNEIDER DR. | |
| LEBANON,PENNSYLVANIA U.S.A. 17046 | $348.86 |
| PRIORITY ONE CREDIT UNION OF FLORIDA | |
| 3000 N. UNIVERSITY DRIVE | |
| SUNRISE, FL 33322 USA | $348.56 |
| CITIZENSFIRST/VERVE | |
| PO BOX 3046 | |
| OSHKOSH, WI 54903 | $347.74 |
| GRANITE HILLS CREDIT UNION | |
| 266 NORTH MAIN STREET | |
| BARRE, VT 05641-4126 USA | $347.74 |
| THE FIRST NATIONAL BANK IN COOPER | |
| 11 WEST SIDE SQUARE | |
| COOPER, TX 75432 USA | $347.66 |
| HOME STATE BANK N.A. | |
| 40 GRANT ST | |
| CRYSTAL LAKE IL 60014-4314 | $346.43 |

| | |
|---|---|
| WATERTOWN SAVINGS BANK<br>111 CLINTON ST.<br>WATERTOWN,NEW YORK U.S.A. 13601 | $346.01 |
| CENCOSUD S.A.<br>GERENTE DE OPERACIONES OPERACIONES PARANA 3617<br>ED 100<br>BUENOS AIRES ARGENTINA 1640 | $344.18 |
| GWINNETT COMMUNITY BANK<br>2775 BUFORD HIGHWAY<br>DULUTH, GA 30096 USA | $343.51 |
| PEOPLES TRUST AND SAVINGS BANK<br>132 SOUTH 3RD STREET<br>BOONVILLE, IN 47601 USA | $341.13 |
| PULASKI SAVINGS BANK<br>3156 SOUTH MORGAN STREET<br>CHICAGO, IL 60608 USA | $340.33 |
| BANCO NACIONAL DEL EJERCITO, FUERZA AEREA Y<br>ARMADA, S.N.C.<br>AV. INDUSTRIA MILITAR 1055 COLONIA LOMAS DE<br>SOTELO<br>MEXICO D.F.,  11200 MEXICO | $340.27 |
| SALEM FIVE CENTS SAVINGS BANK<br>71 WASHINGTON STREET<br>SALEM, MA 1970 USA | $340.00 |
| AFL CIO EMPLOYEES FEDERAL CREDIT UNION<br>1750 NEW YORK AVENUE NORTHWEST<br>WASHINGTON, DC 20006 USA | $338.31 |
| LESCO FEDERAL CREDIT UNION<br>6 AVENUE D<br>LATROBE, PA 15650 USA | $337.91 |
| THE FIRST NATIONAL BANK OF MCGREGOR<br>P.O. BOX 387<br>MCGREGOR,TEXAS U.S.A. 76657 | $337.76 |

| | |
|---|---|
| U.P.S. EMPLOYEES FEDERAL CREDIT UNION 8000 SOUTH PAINTER AVENUE WHITTIER, CA 90602 USA | $337.47 |
| OXFORD BANK & TRUST 1111 WEST 22ND STREET SUITE 800 OAK BROOK, IL 60523 USA | $336.67 |
| HANCOCK COUNTY SAVINGS BANK, F.S.B. 351 CAROLINA AVENUE CHESTER, WV 26034 USA | $336.07 |
| ENCOMPASS FEDERAL CREDIT UNION 201 NORTH MAIN STREET TIPTON, IN 46072 USA | $334.97 |
| C1 BANK 9001 BELCHER ROAD PINELLAS PARK FL 33781 | $334.58 |
| PREFERRED BANK P.O. BOX 160 CASEY,ILLINOIS U.S.A. 62420 | $333.38 |
| BANK OF MINGO ROUTE 65 & US HIGHWAY 52 NAUGATUCK, WV 25685 USA | $331.66 |
| THE FIRST NATIONAL BANK OF ABSECON 106 NEW JERSEY AVENUE ABSECON, NJ 8201 USA | $331.32 |
| BANCO CREDITO AGRICOLA DE CARTAGO AVE. 2, CALLE 2 Y 4 EDIFICIO GALERIA LA PAZ SAN JOSE,   COSTA RICA | $331.18 |
| U.S. EMPLOYEES O.C. FEDERAL CREDIT UNION 4301 SOUTH WEST I-44 OKLAHOMA CITY, OK 73119 USA | $330.40 |
| UNITED HEALTH CREDIT UNION 1860 EL CAMINO REAL, SUITE 100 BURLINGAME, CA 94010 USA | $329.95 |

COMMUNITY FIRST GUAM FEDERAL CREDIT UNION
810 WEST MARINE DRIVE, ROUTE ONE,
HAGATNA,  96932 GUAM                                    $329.68

COUNTY BANK
19927 SHUTTLE ROAD
REHOBOTH BEACH, DE 19971 USA                           $328.73

UNION BUILDING TRADES FEDERAL CREDIT UNION
205 CHERRY HILL ROAD
PARSIPPANY, NJ 7054 USA                                $328.71

UNKNOWN                                                $328.69

TEB J.S.C.
STR. AGIM RAMADANI NR. 15
PRISHTINE,   KOSOVO                                     $328.64

PLYMOUTH COUNTY TEACHERS FEDERAL CREDIT UNION
2203 CRANBERRY HIGHWAY
WEST WAREHAM, MA 2576 USA                              $328.49

VALLEY BANK OF KALISPELL
41 THIRD STREET WEST
KALISPELL, MT 59903-0048 USA                           $327.26

FIRST FINANCIAL BANK
214 NORTH WASHINGTON STREET
EL DORADO, AR 71730 USA                                $327.03

FIVEPOINT CREDIT UNION
3700 SKYLINE DRIVE
NEDERLAND, TX 77627 USA                                $326.91

CORNERSTONE COMMUNITY FEDERAL CREDIT UNION
6485 SOUTH TRANSIT ROAD
LOCKPORT,NEW YORK U.S.A. 14094                         $326.08

ILLINOIS COMMUNITY CREDIT UNION
508 WEST STATE STREET
SYCAMORE, IL 60178 USA                                 $325.92

| | |
|---|---|
| FARMERS STATE BANK<br>108 EAST ADAMS STREET<br>PITTSFIELD, IL 62363 USA | $325.25 |
| LAMAR BANK AND TRUST COMPANY<br>1000 BROADWAY<br>LAMAR,MISSOURI U.S.A. 64759 | $325.08 |
| AEROSPACE FEDERAL CREDIT UNION<br>2350 EAST EL SEGUNDO BOULEVARD<br>EL SEGUNDO, CA 90245 USA | $324.00 |
| AMERIANA BANK<br>2118 BUNDY AVENUE<br>NEW CASTLE, IN 47362 USA | $323.75 |
| CORNHUSKER BANK<br>1101 CORNHUSKER HIGHWAY<br>LINCOLN, NE 68521 USA | $323.69 |
| THE FAUQUIER BANK<br>10 COURTHOUSE SQUARE<br>WARRENTON, VA 20186 USA | $323.59 |
| SIGNET FEDERAL CREDIT UNION<br>1600 CLARK STREET<br>PADUCAH, KY 42001 USA | $321.00 |
| INTERBANK<br>4921 NORTH MAY AVENUE<br>OKLAHOMA CITY, OK 73112 USA | $320.56 |
| UNKNOWN | $320.19 |
| MANUFACTURERS & TRADERS TRUST COMPANY<br>FINANCIAL SERV CTR<br>1100 N MARKET ST<br>WILMINGTON DE 19801 | $319.54 |
| MINEOLA COMMUNITY BANK, S.S.B.<br>215 WEST BROAD<br>MINEOLA, TX 75773 USA | $317.95 |

BANCO MULTIPLE PROMERICA DE LA REPUBLICA
DOMINICANA, C. POR A.
AVENIDA SAN MARTIN NO. 253 EDIFICIO SANTA ANITA
SANTO DOMINGO,  REPUBLICA DOMINICANA                $317.15

MUNICIPAL EMPLOYEES CREDIT UNION OF OKLAHOMA
CITY
101 NORTH WALKER
OKLAHOMA CITY, OK 73102 USA                          $317.14

METRO BANK
3801 PAXTON ST.
HARRISBURG,PENNSYLVANIA U.S.A. 17111                 $316.45

STANBIC IBTC BANK PLC
IBTC PLACE, WALTER CARRINGTON CRESCENT VICTORIA
ISLAND
LAGOS,  NIGERIA                                      $316.30

PEOPLES FEDERAL CREDIT UNION
419 FIRST AVENUE SOUTH
NITRO, WV 25143 USA                                  $316.08

BOX ELDER COUNTY FEDERAL CREDIT UNION
30 EAST 700 SOUTH STREET
BRIGHAM CITY, UT 84302 USA                           $315.64

SACO VALLEY CREDIT UNION
312 MAIN STREET
SACO,MAINE U.S.A. 04072                              $314.99

UNKNOWN                                              $314.71

TRI COUNTIES BANK (NORTH VALLEY BANK)
63 CONSTITUTION DRIVE
CHICO, CA 95973 USA                                  $314.53

CASCADE COMMUNITY FEDERAL CREDIT UNION
1123 WEST HARVARD AVENUE
ROSEBURG, OR 97470 USA                               $314.45

MIAMI FEDERAL CREDIT UNION
51 SOUTH WEST FIRST AVENUE, SUITE 604
MIAMI, FL 33130-1679 USA                         $313.85
UNKNOWN                                          $313.52
THE FIRST NATIONAL BANK
432 W. GALLATIN ST.
VANDALIA,ILLINOIS U.S.A. 62471                   $313.08
CENTRAL VALLEY COMMUNITY BANK
600 POLLASKY AVENUE
CLOVIS,CALIFORNIA U.S.A. 93612                   $312.59
TENNESSEE STATE BANK
2210 PARKWAY
PIGEON FORGE,TENNESSEE U.S.A. 37883              $312.33
ECLIPSE BANK, INC.
3827 SHELBYVILLE ROAD
LOUISVILLE, KY 40207 USA                         $312.07
WESTAR FEDERAL CREDIT UNION
2565 HAMBLETONIAN WAY
CAMILLUS, NY 13031 USA                           $311.91
COLORADO EAST BANK & TRUST
100 WEST PEARL STREET
LAMAR, CO 81052 USA                              $311.84
UNKNOWN                                          $311.63
WEST DENVER COMMUNITY CREDIT UNION
3299 WEST ALAMEDA
DENVER, CO 80219 USA                             $311.10
UNKNOWN                                          $310.82
ADAMS BANK & TRUST
315 NORTH SPRUCE STREET
OGALLALA, NE 69153                               $310.36
UNICREDIT BANK D.D.
KARDINALA STEPINCA BB MOSTAR,
BOSNIA AND HERZEGOVINA 88000                     $310.14

| | |
|---|---|
| BANCO MULTIPLE ADEMI, S.A.<br>AVE PEDRO HENRIQUEZ URENA NO. 78<br>SANTO DOMINGO,   REPUBLICA DOMINICANA | $309.64 |
| MORTON COMMUNITY BANK<br>721 WEST JACKSON STREET<br>MORTON, IL 61550-1535 USA | $309.62 |
| SUPERIOR NATIONAL BANK & TRUST COMPANY<br>235 QUINCY STREET<br>HANCOCK, MI 49930 USA | $309.15 |
| CASS COUNTY BANK, INC.<br>2020 WEST HOLDREDGE STREET<br>PLATTSMOUTH, NE 68048 USA | $308.98 |
| BROOKLINE MUNICIPAL CREDIT UNION<br>334 WASHINGTON STREET<br>BROOKLINE, MA 02447-0776 USA | $308.70 |
| UNITED SOUTHERN BANK<br>750 NORTH CENTRAL AVENUE<br>UMATILLA,FLORIDA U.S.A. 32784 | $307.80 |
| PEOPLES BANK & TRUST COMPANY OF HAZARD<br>524 MAIN STREET<br>HAZARD, KY 41701 USA | $307.28 |
| BANK OF THE SIERRA (SANTA CLARA VALLEY BANK)<br>PO BOX 1930<br>PORTERVILLE, CA 93258 | $307.10 |
| SHANGHAI COMMERCIAL BANK LIMITED<br>47, CATCHICK STREET KENNEDY TOWN  KOWLOON,<br>HONG KONG, CHINA | $306.59 |
| DAMASCUS COMMUNITY BANK<br>26500 RIDGE ROAD<br>DAMASCUS, MD 20872 USA | $306.00 |
| EAST WISCONSIN SAVINGS BANK, S.A.<br>109 WEST SECOND STREET<br>KAUKAUNA, WI 54130 USA | $305.93 |

MECHANICS AND FARMERS BANK
116 WEST PARRISH STREET
DURHAM,NORTH CAROLINA U.S.A. 27701          $305.76
RAIFFEISEN BANK AVAL PJSC
9 LESKOVA STR.
KIEV,  1011 UKRAINE          $305.17
UNKNOWN          $304.95
ELECTRUS FEDERAL CREDIT UNION
7100 BROOKLYN BOULEVARD
BROOKLYN CENTER, MN 55429 USA          $304.05
METROPOLITAN COMMERCIAL BANK
402 S BROAD STREET
SCOTTSBORO, AL 35768          $303.98
THE BANK OF SOUTH CAROLINA
256 MEETING STREET
CHARLESTON, SC 29401 USA          $303.67
MARIN COUNTY FEDERAL CREDIT UNION
30 NORTH SAN PEDRO RD. #115
SAN RAFAEL,CALIFORNIA U.S.A. 94903          $300.60
BANCO BICENTENARIO
AV. VENEZUELA, TRR BICENTENARIO, PS 8,,
GERENCIA GRAL OPERACIONES
CARACAS VENEZUELA 1050          $300.00
COMMUNITY SAVINGS
425 MAIN STREET
CALDWELL, OH 43724 USA          $300.00
LOMBARD BANK MALTA P.L.C.
LEVEL 3, COBALT HOUSE, NOTABILE ROAD MRIEHEL
MALTA BKR 3000          $300.00
THE FIRST NATIONAL BANK OF DENNISON
105 GRANT STREET
DENNISON,OHIO U.S.A. 44621          $300.00

| | |
|---|---|
| CASCADE CENTRAL CREDIT UNION<br>1206 12TH STREET<br>HOOD RIVER, OR 97031-1604 USA | $297.90 |
| THE LINCOLN NATIONAL BANK OF HODGENVILLE<br>(KENTUCKY HOME BANK)<br>MAIN STREET<br>HODGENVILLE, KY 42748 USA | $295.68 |
| FIRST WESTROADS BANK, INC.<br>10855 WEST DODGE ROAD<br>OMAHA, NE 68154 USA | $295.49 |
| EVER $ GREEN FEDERAL CREDIT UNION<br>2761 EAST HENRIETTA ROAD<br>HENRIETTA, NY 14467 USA | $294.99 |
| HOME FEDERAL BANK<br>225 S MAIN AVE<br>SIOUX FALLS SD 57104 | $294.83 |
| HOME SAVINGS & LOAN ASSOCIATION OF OKLAHOMA<br>CITY<br>3301 SOUTH WESTERN STREET<br>OKLAHOMA CITY, OK 73109 USA | $294.11 |
| FIRST BANK OF NEWTON<br>128 EAST BROADWAY<br>NEWTON, KS 67114 USA | $293.84 |
| COMMUNITY GUARANTY SAVINGS BANK<br>28 SOUTH MAIN STREET<br>PLYMOUTH, NH 3267 USA | $292.73 |
| COVENTRY BUILDING SOCIETY<br>P.O. BOX 9, HIGH STREET<br>WEST MIDLANDS, UNITED KINGDOM CVI 5ON | $290.75 |
| METUCHEN SAVINGS BANK<br>429 MAIN STREET<br>METUCHEN, NJ 08840-0431 USA | $290.66 |

APPLETREE CREDIT UNION
11333 WEST GREENFIELD AVENUE
WEST ALLIS, WI 53214 USA                          $290.61

WRIGHT EXPRESS FINANCIAL SERVICES CORPORATION
5353 SOUTH 960 EAST
SUITE 200
SALT LAKE CITY UT 84117                           $290.19

BANCA COMERCIALA ROMANA S.A.
CALEA VICTORIEI 15, SECTOR 3
BUCHAREST, ROMANIA 030027                         $289.55

LOUISIANA USA FEDERAL CREDIT UNION
10289 AIRLINE HIGHWAY
BATON ROUGE, LA 70816 USA                         $288.66

PORTAGE COMMUNITY BANK
1311 EAST MAIN STREET
RAVENNA, OH 44266 USA                             $288.36

PINNACLE CREDIT UNION
536 NORTH AVENUE, NE
ATLANTA, GA 30308 USA                             $288.25

ARKANSAS EMPLOYEES FEDERAL CREDIT UNION
306 SOUTH CROSS STREET
LITTLE ROCK, AR 72201 USA                         $287.68

IOWA - NEBRASKA STATE BANK
2021 DAKOTA AVENUE
SOUTH SIOUX CITY, NE 68776-0037 USA               $286.29

SKYE BANK PLC
3 AKIN ADESOLA STREET VICTORIA ISLAND
LAGOS,   NIGERIA                                  $286.00

WEST CENTRAL BANK
400 EAST BUCHANAN
ASHLAND, IL 62612 USA                             $285.97

FORT WORTH COMMUNITY CREDIT UNION
P.O. BOX 210848
BEDFORD, TX 76095-7848 USA                    $285.65


NORDDEUTSCHE LANDESBANK GIROZENTRALE NORD LB
FRIEDRICHSWALL 10
HANNOVER,  30159 GERMANY                       $285.56

GREENVILLE HERITAGE FEDERAL CREDIT UNION
75 REEDY VIEW DRIVE
GREENVILLE,SOUTH CAROLINA U.S.A. 29601          $285.12

SOUTHEAST FINANCIAL CREDIT UNION
220 SOUTH ROYAL OAKS
FRANKLIN, TN 37064 USA                          $285.09

SECURITY FIRST NATIONAL BANK OF HUGO
100 SOUTH BROADWAY
HUGO, OK 74743-4418 USA                         $285.02

HOLLEY CREDIT UNION
1107 MINERAL WELLS AVENUE
PARIS, TN 38242 USA                             $284.69

COMMUNITY BANK AND TRUST
100 SOUTH WOOD STREET
NEOSHO,MISSOURI U.S.A. 64850                     $284.42

WYROPE WILLIAMSPORT FEDERAL CREDIT UNION
1536 RIVERSIDE DRIVE
SOUTH WILLIAMSPORT, PA 17702 USA                $283.99


HOMEFIELD CREDIT UNION (GRAFTON SUBURBAN CU)
86 WORCESTER STREET
NORTH GRAFTON, MA 1536 USA                      $283.50

CATHAY BANK
777 NORTH BROADWAY
LOS ANGELES,CALIFORNIA U.S.A. 90012             $283.27

| | |
|---|---|
| DEUTSCHE BANK POLSKA S.A.<br>AL. ARMII LUDOWEJ 26<br>WARSAW,  00-609 POLAND | $283.10 |
| ALLEGENT COMMUNITY FEDERAL CREDIT UNION<br>1001 LIBERTY AVENUE, SUITE 100<br>PITTSBURGH, PA 15222 USA | $282.98 |
| RELYANCE BANK, NATIONAL ASSOCIATION<br>912 SOUTH POPLAR STREET<br>PINE BLUFF, AR 71611 USA | $280.44 |
| UNITED METHODIST FEDERAL CREDIT UNION<br>5405 ARROW HIGHWAY, #104<br>MONTCLAIR, CA 91763 USA | $280.00 |
| TUSCOLA NATIONAL BANK<br>900 SOUTH PROGRESS BLVD.<br>TUSCOLA,ILLINOIS U.S.A. 61953 | $279.27 |
| UNKNOWN | $279.19 |
| HARVESTER'S FEDERAL CREDIT UNION<br>480 HIGHWAY 29 SOUTH<br>CANTONMENT, FL 32533 USA | $278.94 |
| TRI-TOWN TEACHERS FEDERAL CREDIT UNION<br>61 JESUP ROAD<br>WESTPORT,CONNECTICUT U.S.A. 06881 | $278.43 |
| CSD CREDIT UNION<br>8510 E. BANNISTER RD.<br>KANSAS CITY,MISSOURI U.S.A. 64134 | $277.95 |
| TELCOMM CREDIT UNION<br>2155 EAST SUNSHINE STREET<br>SPRINGFIELD, MO 65804 USA | $276.88 |
| WOODSTONE CREDIT UNION<br>1825 S 316TH STREET<br>FEDERAL WAY, WA 98003- USA | $276.62 |
| GREATER IOWA CREDIT UNION<br>801 LINCOLN WAY<br>AMES, IA 50010-0665 USA | $276.20 |

| | |
|---|---|
| UNITED BANK OF PHILADELPHIA<br>300 NORTH 3RD STREET<br>PHILADELPHIA, PA 19106 USA | $274.91 |
| SAN ANTONIO CITIZENS FEDERAL CREDIT UNION<br>12542 NORTH CURLEY ROAD<br>SAN ANTONIO,TEXAS U.S.A. 33576 | $274.77 |
| DEPOSIT BANK OF CARLISLE<br>102 EAST MAIN STREET<br>CARLISLE, KY 40311 USA | $273.10 |
| DOMINION CREDIT UNION<br>701 EAST CARY STREET<br>RICHMOND, VA 23261 USA | $272.54 |
| FIRST UNITED CREDIT UNION<br>3140 IVANREST AVENUE SOUTHWEST<br>GRANDVILLE, MI 49418 USA | $271.17 |
| THE HONDO NATIONAL BANK<br>1112 18TH STREET<br>HONDO,TEXAS U.S.A. 78861 | $271.13 |
| UNKNOWN | $270.83 |
| DEMOTTE STATE BANK<br>P. O. BOX 400<br>DEMOTTE,INDIANA U.S.A. 46310 | $270.81 |
| FOUNDATION BANK<br>3001 112TH AVENUE NORTHEAST<br>BELLEVUE, WA 98004 USA | $269.99 |
| GRANDVIEW BANK<br>SECOND AND CRINER STREETS<br>GRANDVIEW, TX 76050 USA | $269.92 |
| BANK OF WIGGINS<br>109 WEST PINE AVENUE<br>WIGGINS, MS 39577 USA | $269.01 |
| COASTLAND FEDERAL CREDIT UNION<br>1301 CLEARVIEW BLVD<br>METAIRIE,LOUISIANA U.S.A. 70001 | $268.98 |

ECO CREDIT UNION
105 FRANKFURT CIRCLE
BIRMINGHAM, AL 35211 USA                                $268.80

OKLAHOMA STATE BANK
120 WEST CANADIAN STREET
VINITA, OK 74301 USA                                    $268.43

CATHOLIC FAMILY FEDERAL CREDIT UNION
1902 WEST DOUGLAS
WICHITA,KANSAS U.S.A. 67203-5732                        $268.35

NEW CASTLE COUNTY DELAWARE EMPLOYEES FEDERAL
CREDIT UNION
100 NEW CHURCHMANS ROAD
NEW CASTLE, DE 19720 USA                                $267.86

REDSTONE BANK
15765 EAST ARAPAHOE ROAD
CENTENNIAL, CO 80016 USA                                $266.70

VALLEY BANK OF NEVADA
3000 WEST ANN ROAD, SUITE 107
LAS VEGAS, NV 89130 USA                                 $266.65

VACI UTCA 38.
BUDAPEST 1056, HUNGARY                                  $266.45


UNIVERSITY OF SOUTH ALABAMA FEDERAL CREDIT UNION
67 SOUTH UNIVERSITY BLVD.
MOBILE,ALABAMA U.S.A. 36608                             $265.90

CREDIT AGRICOLE BANK POLSKA S.A.
BANK ZACHODNI WBK S.A.
PL. ANDERSA 5 POZNAN, POLAND 61-894                     $265.84

NUSENDA FEDERAL CREDIT UNION
4100 PAN AMERICAN FREEWAY NORTHEAST
ALBUQUERQUE, NM 87107 USA                               $265.14

LOTTE CARD COMPANY, LIMITED
157, SAMSUNG-DONG GANGNAM-GU
SEOUL,  135-974 SOUTH KOREA                             $265.00

PORTALLIANCE FEDERAL CREDIT UNION
5670 RABY ROAD
NORFOLK,VIRGINIA U.S.A. 23502                    $264.30

COMMUNITY NEIGHBOR BANK
3 WATER STREET
CAMDEN, AL 36726 USA                             $263.95

FARMERS SAVINGS BANK
305 DOTY STREET
MINERAL POINT, WI 53565 USA                      $263.73

ERSTE BANK HUNGARY ZRT.
NEPFURDO UTCA 24-26
BUDAPEST,  1138 HUNGARY                          $262.95

KITSAP BANK
619 BAY STREET
PORT ORCHARD, WA 98366 USA                       $262.65

THE FIRST NATIONAL BANK-FOX VALLEY
550 S. GREEN BAY ROAD
NEENAH,WISCONSIN U.S.A. 54956-0629               $261.90

OPEN BANK
1000 WILSHIRE BOULEVARD, SUITE 100
LOS ANGELES, CA 90017 USA                        $261.58

CROSS KEYS BANK
307 PLANK ROAD
SAINT JOSEPH, LA 71366 USA                       $260.43

WHITE EAGLE CREDIT UNION
2830 OHIO
AUGUSTA, KS 67010 USA                            $260.06

THE BANK OF OLD MONROE
101 LOCUST STREET
OLD MONROE, MO 63369 USA                         $259.95

DESCO FEDERAL CREDIT UNION
401 CHILLICOTHE STREET
PORTSMOUTH, OH 45662 USA                         $259.90

| | |
|---|---|
| FINANCIAL PLUS CREDIT UNION<br>G 3381 VAN SLYKE ROAD<br>FLINT, MI 48507 USA | $259.71 |
| METRO HEALTH SERVICES FEDERAL CREDIT UNION<br>14509 F STREET<br>OMAHA,NEBRASKA U.S.A. 68137 | $258.00 |
| CAROLINA COOPERATIVE CREDIT UNION<br>6502 MCMAHON DRIVE<br>CHARLOTTE,NORTH CAROLINA U.S.A. 28226 | $257.84 |
| CORNERSTONE BANK<br>115 WEST A STREET<br>WATONGA, OK 73772 USA | $257.34 |
| UNKNOWN | $256.73 |
| CHESAPEAKE BANK<br>97 NORTH MAIN STREET<br>KILMARNOCK,VIRGINIA U.S.A. 22482 | $256.72 |
| BRITISH AIRWAYS EMPLOYEES FEDERAL CREDIT UNION<br>75-20 ASTORIA BLVD<br>JACKSON HEIGHTS,NEW YORK U.S.A. 11370 | $256.37 |
| FARMERS-MERCHANTS BANK & TRUST COMPANY<br>100 SOUTH MAIN STREET<br>BREAUX BRIDGE, LA 70517 USA | $255.95 |
| CONSUMERS NATIONAL BANK<br>614 EAST LINCOLN WAY<br>MINERVA,OHIO U.S.A. 44657 | $255.28 |
| UNIVERSITY OF VIRGINIA COMMUNITY CREDIT UNION INC.<br>(NORTHERN PIEDMONT FCU)<br>3300 BERKMAR DRIVE<br>CHARLOTTESVILLE, VA 22901 USA | $254.94 |
| THE UNION STATE BANK<br>127 S. SUMMIT STREET<br>ARKANSAS CITY,KANSAS U.S.A. 30601 | $254.57 |

BEAVER VALLEY FEDERAL CREDIT UNION
601 37TH ST.
BEAVER FALLS,PENNSYLVANIA U.S.A. 15010-3441          $254.57
UNKNOWN          $253.95
SEB BANKAS AB
DEV GEDIMINO AVE 12
VILNIUS LITHUANIA LT-01103          $251.57
BEEHIVE FEDERAL CREDIT UNION
P. O. BOX 40
REXBURG,IDAHO U.S.A. 83440-0040          $250.28
MEMBERS EXCHANGE CREDIT UNION
107 MARKETRIDGE DRIVE
RIDGELAND,MISSISSIPPI U.S.A. 39157          $250.00
STATE BANK LLC
BAGATOIRUU 7/1, 1ST KHOROO, CHINGELTEI
ULAANBAATAR,   MONGOLIA          $250.00
INDUSTRIAL BANK
4812 GEORGIA AVENUE, NW
WASHINGTON, DC 20011 USA          $249.98
RHINEBECK BANK
6414 MONTGOMERY STREET
RHINEBECK, NY 12572 USA          $249.09
SERVICE ONE CREDIT UNION, INC
1609 CAMPBELL LANE
BOWLING GREEN, KY 42104-4196 USA          $248.00
FIRST BANK OF TENNESSEE
369 FRONT STREET
SPRING CITY, TN 37381 USA          $244.66
FIRST SOUTHERN NATIONAL
27 PUBLIC SQUARE
LANCASTER, KY 40444 USA          $243.04
BANK OF AYUDHYA PUBLIC COMPANY LIMITED
550 PLOENCHIT ROAD, PATHUMWAN
BANGKOK,  10330 THAILAND          $242.80

CHELINDBANK
80 KARL MARX STREET
CHELYABINSK, RUSSIAN FEDERATION 454091                    $242.60

THE CITIZENS STATE BANK
201 SOUTH CHRISTIAN
MOUNDRIDGE, KS 67107 USA                                  $241.38

THE NATIONAL BANK OF GEORGIA
2234 WEST BROAD STREET
ATHENS, GA 30606 USA                                      $239.55

BOWATER EMPLOYEES CREDIT UNION
454 HIGHWAY 163
CALHOUN, TN 37309 USA                                     $239.24

ST. CLOUD FEDERAL CREDIT UNION
3030 SOUTH 1ST STREET
ST. CLOUD, MN 56301 USA                                   $239.12

OJSC BPS-SBERBANK
6, BLVD. LUNACHARSKOGO
MINSK,  220071 BELARUS                                    $238.61

LONG ISLAND COMMUNITY FEDERAL CREDIT UNION
P.O. BOX 467
PORT JEFFERSON STATION,NEW YORK U.S.A. 11776              $238.12

MUSKOGEE FEDERAL CREDIT UNION
1910 WEST SHAWNEE
MUSKOGEE, OK 74401 USA                                    $237.68

T & I CREDIT UNION
600 NORTH MAIN STREET
CLAWSON, MI 48017 USA                                     $237.51

MAINSOURCE BANK
201 N. BROADWAY
GREENSBURG,INDIANA U.S.A. 47240                           $236.63

PRIVREDNA BANKA ZAGREB D.D.
RADNICKA 44
ZAGREB, CROATIA 10000                                     $235.98

| | |
|---|---|
| JOINT STOCK COMMERCIAL BANK FOR INVESTMENT AND DEVELOPMENT<br>VINCOM TOWER, BLOCK A, 191 BA TRIEU HAI BA TRUNG,<br>HANOI, VIETNAM HANOI VIETNAM | $235.77 |
| FREEHOLD SAVINGS AND LOAN ASSOCIATION<br>68 WEST MAIN STREET<br>FREEHOLD,NEW JERSEY U.S.A. 07728 | $235.64 |
| MTC FEDERAL CREDIT UNION<br>517C MICHELIN ROAD<br>GREENVILLE, SC 29605 USA | $235.59 |
| BOSTON PRIVATE BANK & TRUST COMPANY<br>10 POST OFFICE SQUARE<br>BOSTON,MASSACHUSETTS U.S.A. 02109 | $235.00 |
| KCB BANK<br>950 WEST 92 HIGHWAY<br>KEARNEY, MO 64060 USA | $234.99 |
| UNKNOWN | $234.92 |
| PRICE CHOPPER EMPLOYEES FEDERAL CREDIT UNION<br>404 PRINCETOWN ROAD<br>SCHENECTADY, NY 12306 USA | $234.42 |
| OSHKOSH COMMUNITY CREDIT UNION<br>250 PEARL AVENUE<br>OSHKOSH, WI 54901 USA | $234.20 |
| CANNON FEDERAL CREDIT UNION<br>4205 NORTH PRINCE STREET<br>CLOVIS, MN 55102 USA | $234.01 |
| PIEDMONT CREDIT UNION<br>366 PINEY FOREST RD<br>DANVILLE, VA 24540 USA | $233.58 |
| BANK OF HAMPTON ROADS<br>641 LYNNHAVEN PARKWAY<br>VIRGINIA BEACH, VA 23452 USA | $233.48 |

CORP BANCA
845 THIRD AVE.
5TH FLOOR
NEW YORK NY 10022                                        $232.56
NMA FEDERAL CREDIT UNION
4920 HAYGOOD ROAD
VIRGINIA BEACH, VA 23455 USA                             $231.84
EXCHANGE BANK AND TRUST COMPANY, NATCHITOCHES,
LOUISIANA
700 FRONT STREET
NATCHITOCHES, LA 71457 USA                               $230.37
UNKNOWN                                                  $230.21
SUNSOUTH BANK
108 JAMESTOWN BOULEVARD
DOTHAN, AL 36301 USA                                     $229.98
CLACKAMAS COUNTY BANK
P. O. BOX 38
SANDY,OREGON U.S.A. 97055                                $229.96
PREMIER FEDERAL CREDIT UNION
1400 YANCEYVILLE STREET
GREENSBORO, NC 27405 USA                                 $228.21
MICARD CO., LTD
5-17-18, SHINJUKU, SHINJUKU-KU
TOKYO,  160-0022 JAPAN                                   $227.68
UNKNOWN                                                  $227.57
PUEBLO HORIZONS FEDERAL CREDIT UNION
1825 HOOD AVENUE
PUEBLO, CO 81003 USA                                     $227.30
SEKERBANK T.A.S.
CUMHURIYET MAH. A.IPEKCI CAD KARMAN SOK NO:9
YAKACIK KARTAL
ISTANBUL, TURKEY 34878                                   $226.82

| | |
|---|---|
| CIVISTA BANK (THE CITIZENS BANKING COMPANY) 100 EAST WATER STREET SANDUSKY, OH 44870 USA | $226.26 |
| BANCO POPOLARE SOCIETA COOPERATIVA DR. MARKETING RETAIL VIA QUINTINO SELLA, 4 VERONA ITALY 37121 | $226.25 |
| COLLINS COMMUNITY CREDIT UNION 1150 42ND STREET, N.E. CEDAR RAPIDS,IOWA U.S.A. 52402 | $226.21 |
| SPOKANE FEDERAL CREDIT UNION 601 WEST MALLON SPOKANE, WA 99201 USA | $225.64 |
| SOUTHCOAST FEDERAL CREDIT UNION 101 PAGE STREET NEW BEDFORD, MA 2740 USA | $225.51 |
| NORTH COUNTY CREDIT UNION 17045 VIA DEL CAMPO SAN DIEGO, CA 92127 USA | $225.15 |
| JAX METRO CREDIT UNION 30 EAST 27TH STREET JACKSONVILLE, FL 32206 USA | $224.73 |
| ALPINE CREDIT UNION 1510 NORTH STATE OREM, UT 84057 USA | $223.92 |
| THE BANK OF BOURBONNAIS ONE HERITAGE PLAZA BOURBONNAIS, IL 60914-1367 USA | $223.41 |
| CITY OF BOSTON CREDIT UNION ONE UNION STREET BOSTON, MA 2108 USA | $222.22 |
| MIDWEST FAMILY FEDERAL CREDIT UNION U.S. HIGHWAY 12 PORTAGE, IN 46368 USA | $220.85 |

COMMUNITY STATE BANK
207 SOUTH SAGINAW
ST CHARLES, MI 48655 USA                          $220.00

JACKSONVILLE POSTAL AND PROFESSIONAL CREDIT UNION
1820 ROGERO ROAD
JACKSONVILLE, FL 32211 USA                        $219.42

GREATER BUILDING SOCIETY LIMITED
103 TUDOR STREET
HAMILTON, NS 2303 AUSTRALIA                        $219.24

BANK DHOFAR ALOMANI ALFRANSI (S.A.O.C.)
P. O. BOX 1507
RUWI, OMAN 112                                    $218.70

LOUDOUN CREDIT UNION
112A SOUTH STREET SE
LEESBURG,VIRGINIA U.S.A. 20175                     $218.60

COLUMBUS UNITED FEDERAL CREDIT UNION
2472 39TH AVENUE
COLUMBUS, NE 68601 USA                            $218.27

5 STAR BANK
455 W PAINE STREET
PETERSON AFB
COLORADO SPRINGS,COLORADO U.S.A. 80914             $218.19

THE AMERICAN NATIONAL BANK OF MOUNT PLEASANT
301 SOUTH MADISON AVENUE
MOUNT PLEASANT, TX 75455 USA                      $217.57

JOINT STOCK COMPANY COMMERCIAL BANK CITI
8-10 GASHEKA ST.
125047 MOSCOW, RUSSIAN FEDERATION                 $217.45

COUNTRY FEDERAL CREDIT UNION
602 SOUTH 6TH STREET
MACCLENNY, FL 32063 USA                           $217.36

UNKNOWN                                           $216.81

PORTLAND FEDERAL CREDIT UNION
223 CHARLOTTE STREET
PORTLAND, MI 48875 USA                              $216.79

AMERICAN MOMENTUM BANK
4830 WEST KENNEDY BOULEVARD, SUITE 200
TAMPA, FL 33609 USA                                 $216.21

MOBILOIL FEDERAL CREDIT UNION
1810 NORTH MAJOR DRIVE
BEAUMONT, TX 77706 USA                              $215.87

ORANGE COUNTY'S CREDIT UNION
1701 E ST. ANDREW PLACE
SANTA ANA, CA 92705                                 $215.53

THE UNION BANK OF MENA
303 HIGHWAY 71 N
MENA, AR 71953                                      $214.25

ROYAL BANK
202 MAIN STREET
ELROY, WI 53929 USA                                 $214.06

HAMLIN NATIONAL BANK
231 S. CENTRAL AVENUE
HAMLIN,TEXAS U.S.A. 79520                           $213.87

COORS CREDIT UNION
816 WASHINGTON AVENUE
GOLDEN, CO 80401 USA                                $213.69

SORG BAY WEST FEDERAL CREDIT UNION
400 NORTH BROAD STREET
MIDDLETOWN, OH 45042 USA                            $213.44

RESONA CARD CO. LTD.
2-20,TOYO 2-CHOME, KOTO-KU
TOKYO JAPAN 135-0016                                $212.83

ALCOA TENN FEDERAL CREDIT UNION
124 NORTH HALL ROAD
ALCOA, TN 37701 USA                                 $212.36

PRIORBANK JSCB
31/A V.KHORUZHEY STREET
MINSK,  220002 BELARUS                          $212.00

BAC FLORIDA BANK
169 MIRACLE MILE, SUITE R10
CORAL GABLES, FL 33134 USA                      $211.90

CIVIS BANK
210 EAST MAIN STREET
ROGERSVILLE, TN 37857 USA                       $211.90

FRANKLIN SAVINGS BANK
387 CENTRAL STREET
FRANKLIN, NH 03235-1601 USA                     $210.95

NORTHWEST HILLS CREDIT UNION
339 NORTH ELM STREET
TORRINGTON, CT 6790 USA                         $210.95

WINNSBORO STATE BANK & TRUST COMPANY
3875 FRONT STREET
WINNSBORO, LA 71295 USA                         $210.94

EASTERN INDIANA FEDERAL CREDIT UNION
801 S. MEMORIAL DRIVE
NEW CASTLE,INDIANA U.S.A. 47362                 $210.75

ALCOA PITTSBURGH FEDERAL CREDIT UNION
ABSC BUILDING, SUITE 100
30 ISABELLA STREET
PITTSBURGH, PA 15212 USA                        $210.03

THE CITIZENS STATE BANK OF CHENEY, KANSAS
306 NORTH MAIN STREET P.O. BOX 509
CHENEY,KANSAS U.S.A. 67025-0509                 $210.00

METROWEST COMMUNITY FEDERAL CREDIT UNION
200 CONCORD STREET
FRAMINGHAM, MA 1702 USA                         $209.87

SOO SELECT CREDIT UNION
1100 VAN ROOY DRIVE
THIEF RIVER FALLS, MN 56701-2010 USA            $209.53

| | |
|---|---|
| CONSOL EMPLOYEES CREDIT UNION | |
| CNX CENTER, 1000 CONSOL ENERGY DRIVE | |
| CANONSBURG, PA 15317 USA | $209.00 |
| BRADESCARD MEXICO, S. DE R.L. | |
| AV. CAMINO AL ITESO NO. 8310 COL. | |
| PARQUE INDUSTRIAL EL BOSQUE I  TLAQUEPAQUE, | |
| JALISCO,  45609 MEXICO | $208.82 |
| UNITED FIDELITY BANK, FSB 1 | |
| 8 NORTHWEST FOURTH STREET | |
| EVANSVILLE, IN 47706-1347 USA | $208.55 |
| DELTA BANK, NATIONAL ASSOCIATION | |
| 611 NORTH MAIN STREET | |
| MANTECA, CA 95336 USA | $208.04 |
| THE EDUCATION CREDIT UNION | |
| 4400 I-40 WEST | |
| AMARILLO, TX 79106 USA | $207.91 |
| UNKNOWN | $207.66 |
| DUBOIS-PIKE FEDERAL CREDIT UNION | |
| 124 STAAT STRASSE | |
| JASPER,INDIANA U.S.A. 47547 | $207.59 |
| CENTURY CREDIT UNION | |
| 1540 LEMAY FERRY | |
| SAINT LOUIS, MO 63125 USA | $206.95 |
| MONONA STATE BANK | |
| 5515 MONONA DRIVE | |
| MONONA,WISCONSIN U.S.A. 53716 | $206.95 |
| ZAGREBACKA BANKA DD | |
| TRG BANA JOSIPA JELACICA | |
| ZAGREB,  10000 CROATIA | $206.09 |
| FARMERS STATE BANK | |
| 103 MAIN STREET | |
| VICTOR, MT 59875 USA | $206.03 |

THE FIRST STATE BANK OF SHELBY
320 MAIN STREET
SHELBY, MT 59474 USA                                    $206.00

EDUCATION 1ST CREDIT UNION
1250 COUNTRY HILLS DRIVE
OGDEN, UT 84403 USA                                     $205.95

OSSIAN STATE BANK
102 NORTH JEFFERSON STREET
OSSIAN, IN 46777 USA                                    $205.95

THE MERCHANTS NATIONAL BANK OF SACRAMENTO
1015 SEVENTH STREET
SACRAMENTO, CA 95814 USA                                $205.83

HORIZON BANK
1167 MAIN STREET
FYFFE, AL 35971 USA                                     $205.64

THE NORTH SALEM STATE BANK
7 NORTH BROADWAY STREET
NORTH SALEM, IN 46165 USA                               $205.61

AMERICAN SAVINGS BANK
135 CITY CENTRE MALL
MIDDLETOWN, OH 45042 USA                                $205.44

SELECT SEVEN FEDERAL CREDIT UNION (JOHNSON CITY
FCU)
333 EAST MAIN STREET
JOHNSON CITY, TN 37604 USA                              $204.95

SPRING MILL EMPLOYEES FEDERAL CREDIT UNION
7533 WOODBURY PIKE
ROARING SPRING, PA 16673 USA                            $204.95

F & M BANK
204 NORTH MAIN STREET
WEST POINT, NE 68788 USA                                $203.90

UNKNOWN                                                 $203.34
UNKNOWN                                                 $203.21

| | |
|---|---|
| THE BANK OF WAYNESBORO | |
| 201 S MAIN STREET | |
| WAYNESBORO,TENNESSEE U.S.A. 38485 | $202.50 |
| MINSTER BANK | |
| 96 WEST FOURTH STREET | |
| MINSTER, OH 45865 USA | $202.30 |
| GULF COAST FEDERAL CREDIT UNION | |
| 2633 RODD FIELD RD | |
| CORPUS CHRISTI, TX 78414 | $202.25 |
| AURORA SCHOOLS FEDERAL CREDIT UNION | |
| 751 CHAMBERS ROAD | |
| AURORA, CO 80011-7151 USA | $201.23 |
| SALIN BANK AND TRUST COMPANY | |
| 8455 KEYSTONE CROSSING DRIVE | |
| INDIANAPOLIS, IN 46240 | $201.10 |
| FIRST AMERICAN BANK + TRUST | |
| 2785 LOUISIANA HWY 20 WEST | |
| VACHERIE, LA 70090 | $200.51 |
| UNKNOWN | $200.39 |
| CAPAHA BANK | |
| 1 SOUTH MAIN ST. | |
| CAPE GIRARDEAU,MISSOURI U.S.A. 63703 | $200.08 |
| | |
| OSWEGO TEACHERS EMPLOYEES FEDERAL CREDIT UNION | |
| 113 WEST ALBANY STREET | |
| OSWEGO, NY 13126 USA | $200.00 |
| SUMA YONKERS FEDERAL CREDIT UNION | |
| 125 CORPORATE BLVD | |
| YONKERS,NEW YORK U.S.A. 10701 | $200.00 |
| U OF P FEDERAL CREDIT UNION | |
| 3900 CHESTNUT STREET | |
| PHILADELPHIA, PA 19104-3111 USA | $200.00 |

| | |
|---|---|
| WEST PLAINS BANK<br>200 NORTH MAIN STREET<br>AINSWORTH, NE 69210 USA | $200.00 |
| 1ST UNITED BANK<br>430 NW FOUTH ST<br>FARIBAULT, MN 55021 | $199.80 |
| VICTORIABANK<br>31 AUGUST STREET NR 141<br>KISHINEV,  2004 MOLDOVA, REPUBLIC OF | $199.80 |
| ACADIA FEDERAL CREDIT UNION<br>FORT KENT FEDREAL CREDIT UNION<br>6 EAST MAIN ST.<br>FORT KENT,MAINE U.S.A. * 04743 | $199.23 |
| THE FIRST NATIONAL BANK OF OTTAWA<br>701 LASALLE STREET<br>OTTAWA, IL 61350 USA | $198.84 |
| COMMERCIAL CAPITAL BANK<br>311 BROADWAY<br>DELHI, LA 71232 USA | $198.40 |
| FIRST SOUTHERN BANK<br>301 SOUTH COURT STREET<br>FLORENCE, AL 35630 USA | $197.95 |
| RED RIVER EMPLOYEES FEDERAL CREDIT UNION<br>4405 SUMMERHILL ROAD<br>TEXARKANA, TX 75503 USA | $197.80 |
| CORE BANK<br>12100 WEST CENTER ROAD<br>OMAHA, NE 68144 USA | $197.60 |
| RIEGELWOOD FEDERAL CREDIT UNION<br>183 JOHN RIEGEL<br>RIEGELWOOD, NC 28456 USA | $197.45 |
| UNITED MINNESOTA BANK<br>105 CENTRAL AVENUE<br>NEW LONDON, MN 56273 USA | $195.93 |

THE MONONGAHELA VALLEY BANK, INC.
301 VIRGINIA AVENUE
FAIRMONT,WEST VIRGINIA U.S.A. 26554                     $195.85
KONE EMPLOYEES CREDIT UNION
ONE KONE COURT
MOLINE, IL 61265 USA                                    $195.76
UNKNOWN                                                 $194.59
BANCO CETELEM S.A
ALAMEDA TOCANTINS, 125, 19 ANDAR
ALPHAVILLE
BARUERI - 06455020, BRAZIL                              $193.67
M.P.D. COMMUNITY CREDIT UNION
2711 OLD LEBANON ROAD
NASHVILLE,TENNESSEE U.S.A. 37214                        $192.56
INVESTMENT BANK OF CHELYABINSK JS
CHELYABINVESTBANK
REVOLYUTSIL SQ 8
CHELYABINSK,  454113 RUSSIAN FEDERATION                 $191.56
SAN DIEGO PRIVATE BANK
801 ORANGE AVENUE # 101
CORONADO, CA 92118 USA                                  $191.48

MERIDIAN MISSISSIPPI ANG FEDERAL CREDIT UNION
6503 M STREET BUILDING 305
MERIDIAN, MS 39307 USA                                  $190.00
PEE DEE FEDERAL CREDIT UNION
305 WEST PINE STREET
FLORENCE, SC 29503 USA                                  $189.94
FIRST NATIONAL BANK & TRUST
P. O. DRAWER 1327
FORT WALTON BEACH,FLORIDA U.S.A. 32549                  $189.72
UNITED LOCAL CREDIT UNION
3650 EAST ASHLAN AVENUE
FRESNO, CA 93726-3533 USA                               $189.71

| | |
|---|---|
| PUGET SOUND COOPERATIVE CREDIT UNION<br>10885 NE 4TH STREET - SUITE 650<br>BELLEVUE,WASHINGTON U.S.A. 98009 | $189.14 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A.<br>PIAZZA SALIMBENI 3<br>SIENA,  53100 ITALY | $188.86 |
| FIRST PALMETTO SAVINGS BANK, FSB<br>407 DEKALB STREET<br>CAMDEN,SOUTH CAROLINA U.S.A. 29020-4427 | $187.32 |
| BUTTE COMMUNITY FEDERAL CREDIT UNION<br>2901 GRAND AVENUE<br>BUTTE, MT 59701 USA | $187.00 |
| NORTHERN BANK & TRUST COMPANY<br>215 LEXINGTON STREET<br>WOBURN, MA 1801 USA | $186.65 |
| FRANKLIN BANK & TRUST COMPANY<br>317 NORTH MAIN STREET<br>FRANKLIN, KY 42134 USA | $186.55 |
| BANCO MULTIPLE SANTA CRUZ S.A.<br>AV. LOPE DE VEGA NO. 21<br>SANTO DOMINGO,   REPUBLICA DOMINICANA | $186.48 |
| EMERALD COAST FEDERAL CREDIT UNION<br>502 WOODWARD AVENUE<br>PORT SAINT JOE, FL 32456 USA | $186.44 |
| MIDWEST HERITAGE BANK, FSB<br>1025 BRADEN AVENUE<br>CHARITON,IOWA U.S.A. 50049 | $185.88 |
| CITIZENS BANK & TRUST COMPANY<br>222 NORTH NEW HAMPSHIRE STREET<br>COVINGTON, LA 70433 USA | $185.29 |
| MONROE TELCO FEDERAL CREDIT UNION<br>3220 LOUISVILLE AVENUE<br>MONROE, LA 71201 USA | $183.77 |

RIVERBANK
202 EAST SPOKANE FALLS BOULEVARD SUITE 500
SPOKANE, WA 99202 USA                                    $182.70

BAYER CREDIT UNION
8400 HAWTHORNE ROAD
KANSAS CITY, MO 64120-2301 USA                           $182.13

UNKNOWN                                                  $181.81

FIRST STATE BANK OF COLORADO
102 EAST BRIDGE STREET
HOTCHKISS, CO 81419 USA                                  $180.79


MICHIGAN LEGACY CREDIT UNION (AFFINITY GROUP CU)
144 EAST PIKE STREET
PONTIAC, MI 48342 USA                                    $180.68

ALBINA COMMUNITY BANK
2002 N.E. MARTIN LUTHER KING JR. BLVD.
PORTLAND, OR 97212-3722 USA                              $180.61

CAPROCK FEDERAL CREDIT UNION
205 NORTH AVENUE F
LAMESA, TX 79331 USA                                     $180.59

SUNWEST EDUCATIONAL CREDIT UNION
4141 SOVEREIGN CIRCLE
PUEBLO,COLORADO U.S.A. 81005                             $180.00

FIRST STATE BANK AND TRUST
400 BURY STREET
TONGANOXIE,KANSAS U.S.A. 66086                           $179.48

FIRST NATIONAL BANK OF OKLAHOMA
1501 EAST PROSPECT AVENUE
PONCA CITY, OK 74604 USA                                 $179.24

SHAREPOINT CREDIT UNION
750 SECOND STREET NORTHEAST
HOPKINS, MN 55343 USA                                    $178.44

CONCORDIA BANK & TRUST COMPANY
904 CARTER STREET
VIDALIA, LA 71373 USA                                    $178.13

AMERICAN BANK & TRUST COMPANY
307 EAST LANDRY STREET
OPELOUSAS, LA 70570 USA                                  $177.74

TRADITIONAL BANK, INC.
49 WEST MAIN STREET
MOUNT STERLING, KY 40353 USA                             $176.68

FIRST FLORIDA BANK
2000 NINETY-EIGHT PALMS BOULEVARD
DESTIN, FL 32541 USA                                     $176.57

ALDEN CREDIT UNION
710 GRATTAN STREET
CHICOPEE, MA 1020 USA                                    $176.56

MOUNTAIN VALLEY BANK
810 RANKIN AVENUE NORTH
DUNLAP, TN 37327 USA                                     $176.46

MOUNTAIN STATES CREDIT UNION
400 N. STATE OF FRANKLIN ROAD
JOHNSON CITY, TN 37604-6094 USA                          $175.80

TEAM ONE CREDIT UNION
520 HAYDEN ST
SAGINAW,MICHIGAN U.S.A. 48607                            $174.95

COMMUNITY BANK OF RAYMORE
801 WEST FOXWOOD DRIVE
RAYMORE, MO 64083-9195 USA                               $174.94

FIRST CLOVER LEAF BANK N.A.
300 ST. LOUIS STREET
EDWARDSVILLE, IL 62025 USA                               $174.76

FIRST NATIONAL BANK OF ALVIN
STATE HIGHWAY 6 AND STATE HWY 35 BYPASS
ALVIN, TX 77511 USA                                      $174.42

PAC FEDERAL CREDIT UNION
2889 EAST MAPLE ROAD
TROY, MI 48083                                    $174.29

HEALTHSHARE CREDIT UNION
1200 NORTH ELM STREET
GREENSBORO, NC 27401 USA                          $173.27

BAPTIST HEALTH FEDERAL CREDIT UNION
9000 KANIS ROAD
LITTLE ROCK, AR 72205 USA                         $172.75

IBEW 26 FEDERAL CREDIT UNION
4371 PARLIAMENT PLACE, SUITE C
LANHAM, MD 20706-1807 USA                         $171.89

FIRST OPTION BANK
601 MAIN STREET
OSAWATOMIE, KS 66064 USA                          $171.42

ENNIS STATE BANK
815 WEST ENNIS AVENUE
ENNIS, TX 75119 USA                               $170.89

HOMESTEAD BANK
915 MERIDIAN AVENUE
COZAD, NE 69130 USA                               $170.69

INFUZE CREDIT UNION (MID MISSOURI)
PO BOX 80/5000 ILLINOIS AVE
FORT LEANARD WOOD, MO 65473                        $170.69

MOBILITY CREDIT UNION
8384 NORTH BELT LINE ROAD
IRVING, TX 75063 USA                              $170.65

MINNEQUA WORKS CREDIT UNION
1549 E ABRIENDO AVE
PUEBLO CO 81004-3403                              $169.80

FIRST FEDERAL BANK OF OHIO
140 N. COLUMBUS STREET
GALION,OHIO U.S.A. 44833                          $169.77

| | |
|---|---|
| SOUTHEAST FEDERAL CREDIT UNION<br>11 MILL STREET<br>WARE SHOALS, SC 29692 USA | $169.63 |
| DMB COMMUNITY BANK<br>321 NORTH MAIN STREET<br>DE FOREST, WI 53532 USA | $168.55 |
| BIG BEND BANKS, NATIONAL ASSOCIATION<br>P. O. BOX S<br>MARFA,TEXAS U.S.A. 79843 | $168.44 |
| CENTRAL CITY CREDIT UNION<br>222 EAST UPHAM STREET<br>MARSHFIELD, WI 54449-0790 USA | $168.31 |
| TLCU FINANCIAL<br>1816 NORTH MAIN STREET<br>MISHAWAKA, IN 46545 USA | $168.01 |
| UNKNOWN | $167.97 |
| GREATER ALLIANCE FEDERAL CREDIT UNION<br>40 WEST CENTURY ROAD<br>PARAMUS, NJ 7652 USA | $166.66 |
| PROFINANCE FEDERAL CREDIT UNION<br>7700 BROADWAY<br>MERRILLVILLE, IN 46410 USA | $165.84 |
| SIOUX FALLS FEDERAL CREDIT UNION<br>700 EAST 14TH STREET<br>SIOUX FALLS,SOUTH DAKOTA U.S.A. 57104 | $165.42 |
| THE MISSION BANK<br>5201 JOHNSON DRIVE<br>MISSION,KANSAS U.S.A. 66205 | $164.70 |
| SUN FEDERAL CREDIT UNION (SUBURBAN FCU)<br>1627 HOLLAND ROAD<br>MAUMEE, OH 43537 USA | $162.40 |
| BUSINESS FIRST BANK<br>8440 JEFFERSON HIGHWAY SUITE 101<br>BATON ROUGE, LA 70808 USA | $162.36 |

CFSBANK
101 MCKEAN AVENUE
CHARLEROI, PA 15022 USA                                           $162.24

ACMG FEDERAL CREDIT UNION
1753 MILTON AVENUE
SOLVAY,NEW YORK U.S.A. 13209                                      $161.62

IBEW MEMBERS + CREDIT UNION
1875 ARNOLD DRIVE SUITE 101
MARTINEZ,CALIFORNIA U.S.A. 94553-4251                             $161.41

FIRST CHOICE BANK
669 WHITEHEAD ROAD
LAWRENCEVILLE, NJ 8648 USA                                        $159.96

LINK FEDERAL CREDIT UNION
5212 ROCKVILLE ROAD
INDIANAPOLIS, IN 46224 USA                                        $159.38

CONNECTONE BANK
180 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 7632 USA                                     $157.64

EVERGREEN FEDERAL SAVINGS AND LOAN ASSOCIATION
969 SOUTHEAST SIXTH STREET
GRANTS PASS, OR 97526 USA                                         $156.79

STOCKMAN BANK OF MONTANA
700 MAIN STREET
MILES CITY, MT 59301 USA                                          $156.38

BUFFALO METROPOLITAN FEDERAL CREDIT UNION
62 SOUTH ELMWOOD AVENUE
BUFFALO, NY 14202 USA                                             $156.32

FIRST STATE BANK
201 WEST MAIN STREET
MONTICELLO, IL 61856 USA                                          $156.00

ARAB BANK
TARFAH BIN ALABID AVENUE
MANAMA BAHRAIN                                                    $155.26

FIRST STATE BANK
3103 EAST MAIN STREET
RUSSELLVILLE, AR 72802 USA                    $155.25

FIRST NATIONAL BANK OF WAUCHULA
406 NORTH SIXTH AVENUE
WAUCHULA, FL 33873-2202 USA                   $154.95

MERIDIA COMMUNITY FEDERAL CREDIT UNION
4500 SOUTHWESTERN BOULEVARD
HAMBURG, NY 14075 USA                         $154.23

CHABOT FEDERAL CREDIT UNION
7080 DONLON WAY
DUBLIN, CA 94568 USA                          $153.95

WEST-AIRCOMM FEDERAL CREDIT UNION
485 BUFFALO STREET
BEAVER, PA 15009 USA                          $153.77

NIKKEI CREDIT UNION
18425 S. WESTERN AVENUE
GARDENA, CA 90248 USA                         $153.05

COMMUNITY HEALTHCARE FEDERAL CREDIT UNION
1321 COLBY AVE
EVERETT,WASHINGTON U.S.A. 98201               $152.84

DATCU CREDIT UNION
225 W MULBERRY
DENTON TX 76201                               $152.20

INVESTAR BANK
7244 PERKINS ROAD
BATON ROUGE, LA 70808 USA                     $151.45

COMMERCIAL BANK & TRUST COMPANY
101 NORTH POPLAR STREET
PARIS,TENNESSEE U.S.A. 38242                  $151.32

THE FAMILY CREDIT UNION
1530 WEST 53RD STREET
DAVENPORT, IA 52806 USA                       $150.53

| | |
|---|---|
| AUGUSTA METRO FEDERAL CREDIT UNION | |
| 2338 LUMPKIN ROAD | |
| AUGUSTA, GA 30906 USA | $150.00 |
| BANK 2 | |
| 909 SOUTH MERIDIAN | |
| OKLAHOMA CITY, OK 73108 USA | $150.00 |
| UNKNOWN | $150.00 |
| ASCENTRA CREDIT UNION | |
| 1710 GRANT STREET | |
| BETTENDORF, IA 52722 USA | $148.95 |
| WEST GATE BANK | |
| 6003 OLD CHENEY ROAD SUITE 100 | |
| LINCOLN, NE 68516 USA | $147.98 |
| CES CREDIT UNION, INC. | |
| 1215 YAUGER ROAD | |
| MOUNT VERNON, OH 43050 USA | $147.27 |
| KAIPERM DIABLO FEDERAL CREDIT UNION | |
| 1600 SOUTH MAIN, GROUND FLOOR | |
| WALNUT CREEK, CA 94596 USA | $147.15 |
| CHARTER BANK | |
| 10502 LEOPARD STREET | |
| CORPUS CHRISTI, TX 78410-2621 USA | $147.00 |
| MIDWEST COMMUNITY FEDERAL CREDIT UNION | |
| 08770 STATE ROUTE 66 NORTH | |
| DEFIANCE, OH 43512 USA | $146.34 |
| WESTERN ALLIANCE BANK (BRIDGE BANK) | |
| 2701 EAST CAMELBACK ROAD | |
| PHOENIX, AZ 85016 USA | $145.73 |
| VELOCITY CREDIT UNION | |
| 610 EAST 11TH STREET | |
| AUSTIN TX 78701 | $144.17 |
| UNKNOWN | $144.11 |

| | |
|---|---|
| ALPINE BANK & TRUST CO.<br>1700 NORTH ALPINE ROAD<br>ROCKFORD, IL 61107 USA | $144.00 |
| THE FIRST NATIONAL BANK OF CARROLLTON<br>604 HIGHLAND AVENUE<br>CARROLLTON, KY 41008 USA | $143.50 |
| NORTHWEST ADVENTIST FEDERAL CREDIT UNION<br>10333 SOUTH EAST MAIN STREET<br>PORTLAND, OR 97216 USA | $142.86 |
| ALLIANCE BANK & TRUST COMPANY<br>2227 UNION ROAD<br>GASTONIA, NC 28054 USA | $141.22 |
| SIMMESPORT STATE BANK<br>HIGHWAY 1 AND LAUREL STREET<br>SIMMESPORT, LA 71369 USA | $141.22 |
| EVERETT CO-OPERATIVE BANK<br>419 BROADWAY<br>EVERETT, MA 2149 USA | $140.05 |
| BRIGHTON BANK<br>7101 HIGHLAND DRIVE<br>SALT LAKE CITY, UT 84121 USA | $139.49 |
| UNKNOWN | $138.16 |
| BANK OF LAKE MILLS<br>136 EAST MADISON STREET<br>LAKE MILLS, WI 53551 USA | $137.54 |
| TRIANGLE FEDERAL CREDIT UNION<br>BUILDING 160<br>COLUMBUS AFB, MS 39701 USA | $136.04 |
| BANCO MULTIPLE CARIBE INTERNACIONAL S.A.<br>AV. 27 DE FEBRERO NO. 208, EL VERGEL<br>SANTO DOMINGO, DOMINICAN REPUBLIC | $135.48 |
| GREATER WOODLAWN FEDERAL CREDIT UNION<br>3811 LAKE SHORE ROAD<br>BLASDELL, NY 14219 USA | $134.43 |

| | |
|---|---|
| EVANSVILLE FEDERAL CREDIT UNION<br>6209 VOGEL ROAD<br>EVANSVILLE, IN 47712 USA | $134.39 |
| CUMBERLAND COUNTY BANK<br>225 WEST AVENUE<br>CROSSVILLE, TN 38555 USA | $134.20 |
| COMMUNITY BANK<br>609 NORTH MAIN STREET<br>JOSEPH, OR 97846 USA | $133.59 |
| NEW CARLISLE FEDERAL SAVINGS BANK<br>400 N. MAIN ST.<br>NEW CARLISLE,OHIO U.S.A. 45344 | $133.32 |
| UBS (MONACO) S.A.<br>2 AV. DE GRANDE BRETAGNE<br>MONTE CARLO - B.P. 189<br>MONACO CEDEX MC 98007, MONACO | $133.28 |
| VOLUNTEER FEDERAL SAVINGS BANK<br>108 MAIN STREET<br>MADISONVILLE, TN 37354-1439 USA | $133.09 |
| LOGAN BANK & TRUST COMPANY<br>P. O. BOX 597<br>LOGAN,WEST VIRGINIA U.S.A. 25601 | $133.05 |
| NEWPORT FEDERAL BANK<br>170 WEST BROADWAY<br>NEWPORT, TN 37821 USA | $132.32 |
| BROADWAY FEDERAL BANK, F. S. B.<br>4800 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90010 USA | $132.00 |
| TREASURY DEPARTMENT FEDERAL CREDIT UNION<br>P.O. BOX 27301<br>WASHINGTON, DC 20038-7301 | $131.79 |
| THURSTON FIRST BANK<br>204 PEAR STREET NORTHEAST<br>OLYMPIA, WA 98501 USA | $131.62 |

CITIZENS BANK OF KANSAS, N.A.
300 N. MAIN
KINGMAN,KANSAS U.S.A. 67068                     $131.05
UNKNOWN                                          $130.76
FIRST NATIONAL BANK OF KANSAS
600 NORTH FOURTH STREET
BURLINGTON, KS 66839 USA                         $130.20
MERCHANTS BANK, NATIONAL ASSOCIATION
100-106 EAST THIRD STREET
WINONA, MN 55987 USA                             $130.06
LEGENCE BANK
946 FOURTH STREET
ELDORADO, IL 62930 USA                           $129.99
PACIFIC POSTAL CREDIT UNION
1040 LEIGH AVENUE
SAN JOSE, CA 95126-4152 USA                      $129.59
STAR OF TEXAS CREDIT UNION
114 EAST HUNTLAND DRIVE
AUSTIN, TX 78752 USA                             $129.55
BLUESTEM COMMUNITY CREDIT UNION
1407 WEST CENTRAL
EL DORADO, KS 67042 USA                          $129.07
PARK SIDE FINANCIAL CREDIT UNION (GATEWAY COMM
FCU)
1300 BAKER AVENUE
WHITEFISH, MT 59937 USA                          $127.84
BARKSDALE FEDERAL CREDIT UNION
2701 VILLAGE LANE
BOSSIER CITY, LA 71112 USA                       $127.81
THE CITIZENS BANK OF CLOVIS
FIFTH AND PILE STREETS
CLOVIS, NM 88101 USA                             $127.61
UNKNOWN                                          $127.36

| | |
|---|---|
| TEXAS CAPITAL BANK, NATIONAL ASSOCIATION | |
| 6060 N. CENTRAL EXPRESSWAY | |
| DALLAS,TEXAS U.S.A. 75206 | $126.75 |
| OKLAHOMA FEDERAL CREDIT UNION | |
| 517 NORTH EAST 36TH STREET | |
| OKLAHOMA CITY, OK 73105 USA | $125.81 |
| FORT DAVIS STATE BANK | |
| P.O. BOX 1808 | |
| FORT DAVIS,TEXAS U.S.A. 79734 | $125.29 |
| FARMERS FEDERAL CREDIT UNION | |
| 6611 DUNN AVENUE | |
| JACKSONVILLE, FL 32218 USA | $125.00 |
| TRANSACT NETWORK LIMITED | |
| VICTORIA HOUSE SUITE 11 | |
| 26 MAIN STREET | |
| GIBRALTAR, GIBRALTAR | $124.69 |
| FIRST COUNTY FEDERAL CREDIT UNION | |
| 1100 WEST 11TH STREET | |
| MUNCIE, IN 47302 USA | $124.03 |
| LAND OF LINCOLN CREDIT UNION | |
| 4850 EAST PROSPERITY PLACE | |
| DECATUR, IL 62521 USA | $123.97 |
| STAMFORD FEDERAL CREDIT UNION | |
| 888 WASHINGTON BOULEVARD | |
| STAMFORD, CT 6901 USA | $122.69 |
| SEAWAY BANK AND TRUST COMPANY | |
| 645 EAST 87TH STREET | |
| CHICAGO, IL 60619 USA | $122.00 |
| PREFERRED CREDIT UNION | |
| 3767 SPARKS DRIVE, S.E. | |
| GRAND RAPIDS,MICHIGAN U.S.A. 49546 | $121.57 |
| WESTERN BANK | |
| 500 WEST BROADWAY | |
| COAHOMA, TX 79511 USA | $120.10 |

THE FIRST NATIONAL BANK OF MOUNT DORA
714 NORTH DONNELLY STREET
MOUNT DORA, FL 32757 USA                        $119.90

MID-ILLINI CREDIT UNION
1811 EASTLAND DRIVE
BLOOMINGTON, IL 61704 USA                       $119.08

EDGEWATER BANK
321 MAIN ST.
ST JOSEPH MI 49085                              $118.75

INDUSTRIAL CREDIT UNION
126 STATE STREET
BOSTON, MA 02109-2305 USA                       $118.74

HAWAII LAW ENFORCEMENT FEDERAL CREDIT UNION
1537 YOUNG ST 3RD FLOOR
HONOLULU, HI 96826 USA                          $118.56

MIDLAND TEACHERS CREDIT UNION
1505 N MIDLAND DR MIDLAND,
TEXAS U.S.A. 79703                              $118.17

THE FIRST NATIONAL BANK OF ELMER
ATTN: CINDI MITCHELL
PO BOX 980
ELMER NJ 08318                                  $117.82

GREAT BASIN FEDERAL CREDIT UNION
ATTN: ACCOUNTING DEPARTMENT
9770 SOUTH VIRGINIA ST
RENO, NV 89511                                  $117.81

PEOPLES NATIONAL BANK
5175 N ACADEMY BLVD
COLORADO SPRINGS, CO 80918                       $117.61

BILLINGS FEDERAL CREDIT UNION
P. O. BOX 1779
BILLINGS,MONTANA U.S.A. 59103                    $117.25

| | |
|---|---|
| MIDWESTONE BANK<br>102 SOUTH CLINTON STREET<br>IOWA CITY, IA 52244 USA | $117.16 |
| WEST TEXAS STATE BANK<br>1900 26TH STREET<br>SNYDER, TX 79549 USA | $116.86 |
| FIDELITY BANK OF TEXAS<br>1901 W. LAKESIDE DRIVE<br>WACO,TEXAS U.S.A. 76708 | $116.51 |
| FORT MCCLELLAN CREDIT UNION<br>1731 NOBLE STREET<br>ANNISTON,ALABAMA U.S.A. 36201 | $116.29 |
| APPLE RIVER STATE BANK<br>103 NORTH MAIN STREET<br>APPLE RIVER, IL 61001 USA | $116.25 |
| ADVANTA BANK CORP<br>PO BOX 9217<br>OLD BETHPAGE, NY 11804 | $115.04 |
| UNKNOWN | $114.90 |
| THE FIRST NATIONAL BANK OF LAS ANIMAS<br>535 BENT<br>LAS ANIMAS, CO 81054-1795 USA | $114.79 |
| HICKAM FEDERAL CREDIT UNION<br>P.O. BOX 30025<br>HONOLULU,HAWAII U.S.A. 96820 | $114.24 |
| UNKNOWN | $114.02 |
| FIRST FEDERAL SAVINGS BANK<br>301 EAST NINTH STREET<br>ROCHESTER, IN 46975 USA | $114.00 |
| ALPS FEDERAL CREDIT UNION<br>401 HALIBUT POINT ROAD<br>SITKA, AK 99835 USA | $113.95 |

RIVER VALLEY CREDIT UNION, INC.
505 EARL BOULEVARD
MIAMISBURG, OH 45342 USA                          $113.67
TORRANCE COMMUNITY FEDERAL CREDIT UNION
2377 CRENSHAW BLVD SUITE 150
TORRANCE CA 90510-4327                            $113.54
RYDER SYSTEM FEDERAL CREDIT UNION
P. O. BOX 020816
MIAMI,FLORIDA U.S.A. 33102-0816                   $112.50
NORTHERN FEDERAL CREDIT UNION
120 FACTORY STREET
WATERTOWN, NY 13601 USA                           $111.91
CATHOLIC & COMMUNITY CREDIT UNION
1109 HARTMAN LANE
SHILOH, IL 62221 USA                              $111.37
UNKNOWN                                           $111.29
EXCHANGE BANK OF NORTHEAST MISSOURI
249 NORTH MORGAN STREET
KAHOKA, MO 63445 USA                              $111.26
PORTER FEDERAL CREDIT UNION
2465 SOUTH DOWNING STREET, SUITE 101
DENVER, CO 80210 USA                              $111.03
PUTNAM BANK
40 MAIN STREET
PUTNAM, CT 6260 USA                               $110.95
ODEA BANK A.S.
MASLAK MAHALLESI
AHI EVRAN CADDESI NO. 11
OLIVE PLAZA/ SISLI
34398 ISTANBUL, TURKEY                            $110.75
MEMBERS 1ST CREDIT UNION
4710 MOUNTAIN LAKES BOULEVARD
REDDING, CA 96001-0606 USA                        $110.50

KAUAI COMMUNITY FEDERAL CREDIT UNION
4434 HARDY STREET
LIHUE,HAWAII U.S.A. 96766                              $109.95

LAKESIDE NATIONAL BANK
2805 RIDGE ROAD
ROCKWALL, TX 75032 USA                                $109.49

MID CAROLINA CREDIT UNION
719 HIGHWAY 1 SOUTH
LUGOFF, SC 29078 USA                                  $109.36

HERITAGE BANK
1850 PEARLAND PARKWAY
PEARLAND, TX 77581 USA                                $108.27

ALCO FEDERAL CREDIT UNION
2859 LINDY LANE
WELLSVILLE, NY 14895 USA                              $108.00

SAGINAW MEDICAL FEDERAL CREDIT UNION
4550 STATE STREET
SAGINAW, MI 48603 USA                                 $106.95

OUR COMMUNITY CREDIT UNION
526 WEST CEDAR STREET
SHELTON, WA 98584 USA                                 $106.55

WHITEWATER REGIONAL FEDERAL CREDIT UNION
2508 WESTERN AVENUE, SUITE B
CONNERSVILLE, IN 47331 USA                            $106.00

ANTIOCH COMMUNITY FCU
301 G STREET
ANTIOCH,CALIFORNIA U.S.A. 94509                       $105.95

FIRST NATIONAL BANK OF EASTERN ARKANSAS
101 NORTH WASHINGTON
FORREST CITY,ARKANSAS U.S.A. 72335                    $105.95

MEADOWS CREDIT UNION
3350 SALT CREEK LANE, SUITE 100
ARLINGTON HEIGHTS, IL 60005 USA                       $105.95

| | |
|---|---|
| PEOPLES NATIONAL BANK , N.A.<br>520 SOUTH 42ND STREET<br>MT VERNON, IL 62864 USA | $105.95 |
| SOUTHERNTRUST BANK<br>101 N BROADWAY<br>GOREVILLE,ILLINOIS U.S.A. 62939 | $105.95 |
| OMEGA FEDERAL CREDIT UNION<br>206 SIEBERT ROAD<br>PITTSBURGH, PA 15237 USA | $105.64 |
| UNIVERSAL CITY STUDIOS CREDIT UNION<br>90 UNIVERSAL CITY PLAZA BLDG 1320<br>UNIVERSAL CITY,CALIFORNIA U.S.A. 91608 | $105.44 |
| GEICO FEDERAL CREDIT UNION<br>ONE GEICO PLAZA<br>WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20076 | $105.29 |
| TREMONT CREDIT UNION<br>150 GROSSMAN DRIVE<br>BRAINTREE EXECUTIVE PARK<br>BRAINTREE, MA 2184 USA | $105.21 |
| SOMERSET SAVINGS BANK, SLA<br>220 WEST UNION AVENUE<br>BOUND BROOK, NJ 8805 USA | $104.94 |
| CORTLAND SAVINGS & BANKING<br>P. O. BOX 98<br>CORTLAND,OHIO U.S.A. 44410 | $103.95 |
| CALCOM FEDERAL CREDIT UNION<br>20723 HAWTHORNE BOULEVARD<br>TORRANCE, CA 90503 USA | $103.11 |
| OTP BANK NYRT.<br>NADOR UTCA 16<br>BUDAPEST,  1051 HUNGARY | $103.11 |
| TECH CREDIT UNION<br>10951 BROADWAY<br>CROWN POINT,INDIANA U.S.A. 46307 | $102.02 |

ALLIANZ BANK BULGARIA AD
79 MARIA LOUISA BLVD.
SOFIA,  1202 BULGARIA                                    $101.35

FIRST NATIONAL BANK OF GRIFFIN
318 SOUTH HILL STREET
GRIFFIN,GEORGIA U.S.A. 30223                             $100.71

TOUCHSTONE FEDERAL CREDIT UNION
201 LOWELL ST
WILMINGTON, MA 01887                                     $100.52

ALLIANCE BANK
105 EAST LYON AVENUE
LAKE CITY, MN 55041 USA                                  $100.00

CENTRAL VIRGINIA FEDERAL CREDIT UNION
1638 MT. ATHOS ROAD
LYNCHBURG, VA 24504 USA                                  $100.00

CONSUMERS PROFESSIONAL CREDIT UNION
525 WEST WILLOW
LANSING, MI 48901-5100 USA                              $100.00

FIRST INTERCONTINENTAL BANK
5593 BUFORD HIGHWAY
DORAVILLE, GA 30340 USA                                  $100.00

HORICON BANK
326 EAST LAKE STREET
HORICON, WI 53032-1243 USA                              $100.00

LAKE COMMUNITY BANK
1964 WEST WAYZATA BOULEVARD
LONG LAKE, MN 55356 USA                                  $100.00

NORTHERN SKIES FEDERAL CREDIT UNION
400 W. BENSON BLVD.
ANCHORAGE,ALASKA U.S.A. 99503                           $100.00

REDWOOD CAPITAL BANK
402 G STREET
EUREKA, CA 95501 USA                                     $100.00

THE FIRST NATIONAL BANK OF COKATO
365 BROADWAY AVENUE
COKATO, MN 55321 USA                                    $100.00

THE FIRST STATE BANK OF RED WING
3209 SOUTH SERVICE DRIVE
RED WING, MN 55066 USA                                 $100.00

NORTH FRANKLIN FEDERAL CREDIT UNION
494 EAST MAIN STREET
MALONE, NY 12953 USA                                    $99.99

GUNDERSEN CREDIT UNION
1910 SOUTH AVENUE
LA CROSSE, WI 54601 USA                                 $99.79

CITIZENS COMMUNITY FEDERAL
2174 EAST RIDGE CENTER
EAU CLAIRE, WI 54701 USA                                $99.67

CALIFORNIA STATE L.A. FEDERAL CREDIT UNION
2445 MARIONDALE AVENUE
LOS ANGELES,CALIFORNIA U.S.A. 90032                     $99.00

THE FARMERS BANK, FRANKFORT, INDIANA
9 EAST CLINTON STREET
FRANKFORT, IN 46041 USA                                 $98.07

MOUNTAIN CREDIT UNION
38 MAPLE STREET
WAYNESVILLE, NC 28786 USA                               $98.00

JSC BTA BANK
51 ABLAIKHAN STREET
ALMATY, KAZAKHSTAN 050051                               $97.53

ROBERTSON BANKING COMPANY
P.O. BOX 490
DEMOPOLIS,ALABAMA U.S.A. 36732                          $96.30

THE OLD FORT BANKING COMPANY
8034 MAIN STREET
OLD FORT,OHIO U.S.A. 44861                              $96.11

INTER NATIONAL BANK
601 N LAMAR
SUITE 300
AUSTIN TX 78703                                         $95.44
CLARKSTON BRANDON COMMUNITY CREDIT UNION
8055 ORTONVILLE ROAD
CLARKSTON, MI 48348 USA                                $95.00
PILGRIM BANK
P. O. BOX 1209
PITTSBURG,TEXAS U.S.A. 75686-2200                      $95.00
CULLMAN SAVINGS BANK
316 SECOND AVENUE SOUTHWEST
CULLMAN, AL 35055 USA                                  $94.37
ARGENT FEDERAL CREDIT UNION
11651 ALLIANCE CIRCLE
CHESTER, VA 23831 USA                                  $94.16
UNKNOWN                                                $94.09
PRIME CARE CREDIT UNION
600 GRESHAM DRIVE
NORFOLK, VA 23507 USA                                  $94.04
LINCOLNWAY COMMUNITY BANK
13318 W. LINCOLN HWY
NEW LENOX,ILLINOIS U.S.A. 60451                        $93.87
HEALTH CARE IDAHO CREDIT UNION
105 WEST STATE STREET
BOISE, ID 83702 USA                                    $93.54
EQUA BANK A.S.
LAZARSKA 1718/3
PRAHA 11000, CZECH REPUBLIC                            $92.38
POINTBANK
200 SOUTH HIGHWAY 377
PILOT POINT, TX 76258 USA                              $91.86

| | |
|---|---|
| THE COMMERCE BANK OF WASHINGTON, NATIONAL ASSOCIATION<br>601 UNION STREET, SUITE 3600<br>SEATTLE, WA 98101 USA | $91.54 |
| CENTRAL STATE BANK<br>11025 HIGHWAY 25<br>CALERA, AL 35040 USA | $90.87 |
| CENTERA BANK<br>119 SOUTH INMAN<br>SUBLETTE, KS 67877 USA | $90.80 |
| PUEBLO GOVERNMENT AGENCIES FEDERAL CREDIT UNION<br>720 NORTH GREENWOOD AVENUE<br>PUEBLO, CO 81003-1622 USA | $90.69 |
| LIBRARY OF CONGRESS FEDERAL CREDIT UNION<br>101 INDEPENDENCE AVENUE, S.E., ROOM LM 634<br>WASHINGTON, DC 20557 USA | $90.59 |
| BANCO PROVINCIAL S.A. BANCO UNIVERSAL<br>CENTRO FINANCIERO PROVINCIAL AV. ESTE O,<br>SAN BERNARDINO  CARACAS,  1060 VENEZUELA | $90.00 |
| POST OAK BANK, N. A.<br>2000 WEST LOOP SOUTH, SUITE 100<br>HOUSTON, TX 77027 USA | $90.00 |
| XENITH BANK<br>901 EAST CARY STREET, SUITE 1700<br>RICHMOND, VA 23219 USA | $90.00 |
| UNKNOWN | $89.99 |
| MICHIGAN ONE COMMUNITY CREDIT UNION<br>510 SOUTH DEXTER STREET<br>IONIA, MI 48846 USA | $89.99 |
| VALLEY STATE BANK<br>15565 HIGHWAY 43 BYPASS<br>RUSSELLVILLE, AL 35653 USA | $89.99 |

BANK OF CANEYVILLE
102 NORTH MAIN STREET
CANEYVILLE,KENTUCKY U.S.A. 42721                 $89.52

FIRST NATIONAL BANK OF SOUTH CAROLINA
801 GILWAY AVENUE
HOLLY HILL, SC 29059 USA                         $89.40

SOUTH DIVISION CREDIT UNION
9122 SOUTH KEDZIE AVENUE
EVERGREEN PARK, IL 60805 USA                     $88.46

AGRIBANK, FCB
30 E. 7TH STREET, SUITE 1600
CITY ST. PAUL
ST PAUL MN 55101                                 $88.05

UNKNOWN                                          $87.80

LIBERTY BANK MINNESOTA
111 SEVENTH AVENUE SOUTH
ST. CLOUD, MN 56301 USA                          $87.63

TLC COMMUNITY CREDIT UNION
3030 SOUTH ADRIAN HIGHWAY
ADRIAN,MICHIGAN U.S.A. 49221                     $86.75

STATE BANK OF SPEER
14 MAIN STREET
SPEER,ILLINOIS U.S.A. 61479                      $85.88

BAY BANK, FSB
2328 WEST JOPPA ROAD, SUITE 325
LUTHERVILLE, MD 21093 USA                        $85.28

GUADALUPE CREDIT UNION
3601 MIMBRES LANE
SANTA FE, NM 87507 USA                           $82.49

MIFFLIN COUNTY SAVINGS BANK
19 NORTH BROWN STREET
LEWISTOWN, PA 17044 USA                          $82.40

| | |
|---|---|
| CITIZENS COMMERCE NATIONAL BANK<br>534 MARSAILLES ROAD<br>VERSAILLES, KY 40383 USA | $82.38 |
| MEMORIAL HEALTH CREDIT UNION<br>1203 EAST 66TH STREET<br>SAVANNAH, GA 31404 USA | $82.13 |
| FIRST LEGACY COMMUNITY CREDIT UNION<br>431 BEATTIES FORD ROAD<br>CHARLOTTE, NC 28216 USA | $81.84 |
| HELLENIC BANK PUBLIC COMPANY LTD<br>HEAD OFFICE<br>CORNER LIMASSOL AVENUE & 200 ATHALASSAS AVENUE,<br>2025 STROVOLOS<br>P.O.BOX 24747, 1394<br>NICOSIA CYPRUS | $81.14 |
| UNKNOWN | $81.00 |
| WOOD & HUSTON BANK<br>27 EAST NORTH STREET<br>MARSHALL, MO 65340 USA | $81.00 |
| LIBERTYONE CREDIT UNION<br>2221 E. LAMAR BOULEVARD # 110<br>ARLINGTON, TX 76006 USA | $80.43 |
| BANK @LANTEC<br>501 SOUTH INDEPENDENCE BOULEVARD<br>VIRGINIA BEACH, VA 23452 USA | $80.00 |
| UNKNOWN | $79.47 |
| BANK OF LANCASTER<br>100 SOUTH MAIN STREET<br>KILMARNOCK, VA 22482 USA | $78.76 |
| JEFFERSON CREDIT UNION<br>716 RICHARD ARRINGTON JR. BLVD. NORTH<br>B-300 COURTHOUSE<br>BIRMINGHAM, AL 35203 USA | $78.40 |

FIRST NATIONAL BANK IN STAUNTON
115 SOUTH ELM STREET
STAUNTON,ILLINOIS U.S.A. 62088                         $77.57
HOLLADAY BANK & TRUST
2020 EAST 4800 SOUTH STREET
SALT LAKE CITY, UT 84117 USA                           $77.42
DEEPWATER INDUSTRIES FEDERAL CREDIT UNION
565 NORTH BROADWAY
DEEPWATER, NJ 08023-0042 USA                           $76.95
TEXAS NATIONAL BANK
400 EAST BROADWAY
SWEETWATER,TEXAS U.S.A. 79556                          $76.95
EXCHANGE BANK OF MISSOURI
101 SOUTH CHURCH STREET
FAYETTE, MO 65248 USA                                  $76.47
FRANKLIN TRUST FEDERAL CREDIT UNION
632 FRANKLIN AVENUE
HARTFORD, CT 6114 USA                                  $76.00
FIRSTCARIBBEAN INTERNATIONAL BANK (JAMAICA)
LIMITED
23-27 KNUTSFORD BLVD.
KINGSTON,  5 JAMAICA                                   $75.94
TRI BORO FEDERAL CREDIT UNION
600 EAST 8TH AVENUE
MUNHALL, PA 15120 USA                                  $75.41
ELKO FEDERAL CREDIT UNION
2397 MOUNTAIN CITY HIGHWAY
ELKO, NV 89801-2412 USA                                $75.00
HOMETOWN NATIONAL BANK
260 BUCKLIN STREET
LASALLE, IL 61301 USA                                  $75.00
BUCKEYE COMMUNITY FEDERAL CREDIT UNION
1825 SOUTH JEFFERSON STREET
PERRY, FL 32348 USA                                    $74.88

| | |
|---|---|
| PUBLIC JOINT STOCK COMPANY PROMSVYAZBANK 10/22 SMIRNOVSKAYA STR. 109052 MOSCOW, RUSSIAN FEDERATION | $74.15 |
| CENSUS FEDERAL CREDIT UNION 4700 SILVER HILL ROAD WASHINGTON, DC 20233 USA | $74.00 |
| IAA CREDIT UNION 808 IAA DRIVE BLOOMINGTON, IL 61701 USA | $73.77 |
| BANK OF EUFAULA 102 NORTH MAIN STREET EUFAULA, OK 74432 USA | $72.05 |
| UNION SAVINGS BANK 8534 EAST KEMPER ROAD CINCINNATI, OH 45249 USA | $71.81 |
| BAKER-BOYER NATIONAL BANK 7 WEST MAIN STREET WALLA WALLA, WA 99362 USA | $71.49 |
| BANCO DEL CARIBE AV FCO DE MIRANDA ED CENTRO GALIPAN TORRE A NIVEL MIRANDA URB EL ROSAL CARACAS VENEZUELA 1060 | $71.48 |
| FIRST NATIONAL BANK OF DUBLIN 825 NORTH PATRICK STREET DUBLIN, TX 76446-2350 USA | $70.72 |
| UNKNOWN | $70.13 |
| FIRST FARMBANK 127 22ND STREET GREELEY, CO 80631 USA | $70.09 |
| PRESTIGE COMMUNITY CREDIT UNION 13155 NOEL ROAD SUITE 150 DALLAS, TX 75240-5067 USA | $69.95 |

FIRST PIEDMONT FEDERAL SAVINGS AND LOAN
ASSOCIATION OF GAFFNEY
1229 WEST FLOYD BAKER BOULEVARD
GAFFNEY, SC 29341 USA                          $69.21

THE CALLAWAY BANK
5 EAST FIFTH STREET
FULTON, MO 65251 USA                           $68.70

SPOKANE CITY CREDIT UNION
1930 N. MONROE
SPOKANE,WASHINGTON U.S.A. 99209                $68.28

CITIZENS NATIONAL BANK
200 FORKS OF THE RIVER PARKWAY
SEVIERVILLE, TN 37862 USA                      $68.24

ALTA VISTA CREDIT UNION
1425 W. LUGONIA AVE.
REDLANDS,CALIFORNIA U.S.A. 92373               $68.06

CIERA BANK
623 ELM STREET
GRAHAM, TX 76450 USA                           $67.74

MARSHALL COMMUNITY CREDIT UNION
839 WEST GREEN STREET
MARSHALL, MI 49068 USA                         $67.20

HOBOKEN SCHOOL EMPLOYEES FEDERAL CREDIT UNION
522 ADAMS STREET
HOBOKEN, NJ 7030 USA                           $66.73

WATERBURY POLICE FEDERAL CREDIT UNION
255 EAST MAIN STREET
WATERBURY, CT 6720 USA                         $66.45

MANCHESTER MUNICIPAL FEDERAL CREDIT UNION
479 MAIN STREET
MANCHESTER, CT 6040 USA                        $64.98

BOURNS EMPLOYEES FEDERAL CREDIT UNION
1200 COLUMBIA AVENUE
RIVERSIDE, CA 92507 USA                          $64.30

AVIDIA BANK
42 MAIN STREET
HUDSON, MA 1749 USA                              $64.19

PEOPLES ADVANTAGE FEDERAL CREDIT UNION
110 WAGNER ROAD
PETERSBURG, VA 23805 USA                         $63.71

DANE COUNTY CREDIT UNION
2160 RIMROCK ROAD
MADISON, WI 53713-1481 USA                       $62.92

BANK OF BOTETOURT
19800 MAIN STREET
BUCHANAN,VIRGINIA U.S.A. 24066                   $62.75

MEMBERS FIRST CREDIT UNION
120 EAST 1000 SOUTH
BRIGHAM CITY, UT 84302 USA                       $62.02

UNKNOWN                                          $61.59

POLAM FEDERAL CREDIT UNION
589 N. LARCHMONT BLVD.
LOS ANGELES,CALIFORNIA U.S.A. 90004              $60.92

HERITAGE BANK
101 NORTH MAIN STREET
JONESBORO, GA 30236 USA                          $60.80

JACKSON AREA FEDERAL CREDIT UNION
5675 HIGHWAY 18 WEST
JACKSON, MS 39209 USA                            $60.44

MOKELUMNE FEDERAL CREDIT UNION
531 NORTH MILLS AVENUE
LODI, CA 95242 USA                               $60.36

CHEEKTOWAGA CENTRAL FEDERAL CREDIT UNION
2875 UNION ROAD SUITE 49
CHEEKTOWAGA,NEW YORK U.S.A. 14227                $60.00

MERCO CREDIT UNION
1911 M STREET
MERCED, CA 95340 USA                                    $59.99

ASCENSION SCHOOL EMPLOYEES CREDIT UNION
2430 SOUTH BURNSIDE
GONZALES,LOUISIANA U.S.A. 70737                         $59.90

ALPHA BANK CYPRUS LTD
CARDS CENTRE CHILONOS & GLADSTONOS CORNE
STYLIANOS LENAS SQUARE
1ST FLOOR  NICOSIA,  1101 CYPRUS                        $59.26

CORTAL CONSORS
1 BOULEVARD HAUSSMANN
PARIS,  75009 FRANCE                                    $57.77

SOUTHERNMOST FEDERAL CREDIT UNION
1004 KENNEDY DRIVE
KEY WEST, FL 33040 USA                                  $57.61

CARROLLTON BANK
315 WEST PUBLIC SQUARE
CARROLLTON, IL 62016 USA                                $57.10

NBC (NY) EMPLOYEES FEDERAL CREDIT UNION
1221 AVENUE OF THE AMERICAS LEVEL C2
NEW YORK, NY 10020 USA                                  $57.00

HOPEWELL CHEMICAL FEDERAL CREDIT UNION
702 ELM STREET
HOPEWELL, VA 23860 USA                                  $56.95

ANZ ROYAL BANK CAMBODIA LIMITED
HOUSE NO. 94, STREET 41,
NORODOM BLVD, SANGKAT CHAKTOMUK,
KHAN DAUN PENH
PHNOM PENH,   CAMBODIA                                  $56.65

ORMSBY STATE BANK
101 MAIN STREET
ORMSBY, MN 56162 USA                                    $54.99

CHAMPION CREDIT UNION
4140 W LASKEY RD
TOLEDO OH 43623                                  $54.95

UNITED BANKERS' BANK
1650 WEST 82ND STREET, SUITE 1500
BLOOMINGTON, MN 55431-1467 USA                   $54.95

CAROLINA BANK
101 NORTH SPRING STREET
GREENSBORO, NC 27401 USA                         $54.30

MEMORIAL EMPLOYEES FEDERAL CREDIT UNION
3501 JOHNSON STREET
HOLLYWOOD, FL 33021 USA                          $53.40

UNKNOWN                                          $53.00

DOVER FEDERAL CREDIT UNION
1075 SILVER LAKE BOULEVARD
DOVER, DE 19904 USA                              $52.16

ONEUNITED BANK
133 FEDERAL STREET
BOSTON, MA 2110 USA                              $52.14

WESTERN DIVISION FEDERAL CREDIT UNION
6750 MAIN STREET
WILLIAMSVILLE, NY 14221-5947 USA                 $50.28

JOINT STOCK COMMERCIAL BANK FOR FOREIGN TRADE OF
VIETNAM
198 TRAN QUANG KHAI
HANOI,  VIETNAM                                  $50.24

FIRST COMMUNITY BANK
416 NORTH WATER
CORPUS CHRISTI, TX 78401 USA                     $50.14

CITIZENS UNION BANK
P. O. BOX 189
SHELBYVILLE,KENTUCKY U.S.A. 40066-0189           $50.00

| | |
|---|---|
| FARMERS BANK & TRUST, N.A.<br>1017 HARRISON STREET<br>GREAT BEND,KANSAS U.S.A. 67530 | $50.00 |
| POWELL VALLEY NATIONAL BANK<br>NORTH MAIN STREET<br>JONESVILLE, VA 24263 USA | $50.00 |
| TRI-CITIES COMMUNITY FEDERAL CREDIT UNION<br>2626 WEST KENNEWICK AVENUE<br>KENNEWICK, WA 99336-3176 USA | $50.00 |
| COLUMBINE FEDERAL CREDIT UNION<br>2305 EAST ARAPAHOE ROAD SUITE 234<br>CENTENNIAL, CO 80161 USA | $49.99 |
| THE PENINSULA BANK OF ISHPEMING<br>100 S MAIN ST<br>ISHPEMING, MI 49849 | $49.95 |
| VIRGINIA EDUCATORS' CREDIT UNION<br>12626 NETTLES DRIVE<br>NEWPORT NEWS, VA 23606-0249 USA | $49.64 |
| UNION SQUARE FEDERAL CREDIT UNION<br>1401 HOLLIDAY<br>WICHITA FALLS,TEXAS U.S.A. 76301 | $48.38 |
| FREEDOM FEDERAL CREDIT UNION<br>2900 NORTH WESLEYAN BOULEVARD<br>ROCKY MOUNT, NC 27804 USA | $46.39 |
| MIDWEST BANK NATIONAL ASSOCIATION<br>114 WEST MAIN STREET<br>PIERCE, NE 68767 USA | $45.82 |
| AMERICAN FOUNDERS BANK, INC.<br>318 EAST MAIN STREET<br>LEXINGTON, KY 40507 USA | $45.00 |
| LM FEDERAL CREDIT UNION<br>101 CHESAPEAKE PARK PLAZA<br>BALTIMORE, MD 21220 USA | $45.00 |

CREDIT BANK OF MOSCOW
32/1, TSVETNOI BULVAR
MOSCOW, RUSSIAN FEDERATION 127051                    $43.24

THE OHIO EDUCATIONAL CREDIT UNION, INC.
2554 EAST 22ND STREET
CLEVELAND, OH 44115 USA                              $42.72

CITIZENS BANK
130 SOUTH BROAD STREET
NEW TAZEWELL, TN 37825 USA                           $42.31

EVERTEC COSTA RICA, S.A.
OFIPLAZA DEL ESTE EDIFICIO D
SAN JOSE,   COSTA RICA                               $40.67

WHITE HOUSE FEDERAL CREDIT UNION
17TH & PENNSYLVANIA AVENUE N.W. ROOM 41
WASHINGTON,DISTRICT OF COLUMBIA U.S.A. 20502-0041    $40.00

FARMERS STATE BANK
234 SOUTH COMMERCIAL AVENUE
WALLACE, NE 69169 USA                                $39.98

ACADEMY BANK, NATIONAL ASSOCIATION (SOUTHERN
COMMERCE BANK)
2835 BRIARGATE BLVD.
COLORADO SPRINGS, CO 80920 USA                       $39.67

FIRST COMMUNITY BANK OF HILLSBORO
400 SOUTH MAIN STREET
HILLSBORO,ILLINOIS U.S.A. 62049                      $38.97

WALLED LAKE SCHOOL EMPLOYEES FEDERAL CREDIT
UNION
3095 SOUTH COMMERCE ROAD
WALLED LAKE, MI 48390 USA                            $38.11

RAIFFEISENBANK (BULGARIA) EAD
18-20 GOGOL STR.
SOFIA,  1504 BULGARIA                                $37.43

ALLIED FEDERAL CREDIT UNION
200 SOUTH EAST GREEN OAKS BOULEVARD
ARLINGTON, TX 76018 USA                                    $36.62

FIRST COMMERCIAL BANK, NATIONAL ASSOCIATION
1336 EAST COURT STREET
SEGUIN, TX 78155 USA                                       $36.01

CANARA BANK
CANCARD DIVISION, RMFC SECTION, H.O. BANGALORE
1,14 M G ROAD, 5TH FL
BANGALORE, KARNATAKA, INDIA 560 001                        $35.44

NORTHSTAR BANK OF COLORADO
6222 W. 9TH STREET
GREELEY,COLORADO U.S.A. 80634                              $34.80

BANK OF KAMPSVILLE
NORTH & BROADWAY
KAMPSVILLE,ILLINOIS U.S.A. 82053                           $34.28

ST. THOMAS FEDERAL CREDIT UNION
5027 NORRE GADE
ST. THOMAS 00804, VIRGIN ISLANDS, U.S.                     $33.02

SECURITY BANK OF KANSAS CITY
ONE SECURITY PLAZA
KANSAS CITY, KS 66117 USA                                  $32.62

HERRING BANK
2201 CIVIC CIRCLE
SUITE 908
AMARILLO TX 79109                                          $32.17

PEOPLES BANK AND TRUST COMPANY OF POINTE COUPEE
PARISH
805 HOSPITAL ROAD
NEW ROADS, LA 70760 USA                                    $32.00

COMMUNITY 1ST CREDIT UNION
955 ROSS LOOP SUITE 100
DUPONT, WA 98327 USA                                       $31.00

TECU CREDIT UNION
6300 WEST 21ST STREET NORTH
WICHITA, KS 67205 USA                                          $30.45
UNKNOWN                                                        $30.00
FITZSIMONS FEDERAL CREDIT UNION
2201 NORTH FITZSIMONS PARKWAY
AURORA, CO 80045 USA                                          $30.00
THE HOCKING VALLEY BANK
7 WEST STIMSON AVENUE
ATHENS,OHIO U.S.A. 45701                                      $30.00
MERIDEN CONNECTICUT SCHOOL EMPLOYEES FEDERAL
CREDIT UNION
285 BROAD STREET
MERIDAN,CONNECTICUT U.S.A. 06450                              $29.96
BANK OF RANTOUL
201 EAST CHAMPAIGN
RANTOUL, IL 61866 USA                                         $29.95
THE GREENWOOD'S STATE BANK
117 NORTH MAIN STREET
LAKE MILLS, WI 53551-1609 USA                                 $29.95
FIRST CITIZENS NATIONAL BANK
PO BOX 370
DYERSBURG, TN 38025                                           $28.39
CUTTING EDGE FEDERAL CREDIT UNION
4620 INTERNATIONAL WAY
MILWAUKIE, OR 97222 USA                                       $28.13
BOULDER MUNICIPAL EMPLOYEES FEDERAL CREDIT
UNION
2800 ARAPAHOE AVENUE
BOULDER, CO 80303 USA                                         $27.43
UNIVERSITY OF HAWAII FEDERAL CREDIT UNION
2019 SOUTH KING STREET
HONOLULU, HI 96826 USA                                        $25.00

| | |
|---|---|
| FIRST COMMUNITY BANK OF THE OZARKS 121 S. COMMERCIAL BRANSON,MISSOURI U.S.A. 65616 | $22.78 |
| CLOSED JOINT STOCK COMPANY COMMERCIAL BA 8-10 GASHEKA ST. 125047 MOSCOW, RUSSIAN FEDERATION | $21.64 |
| CO-OPERATIVE CENTRAL BANK LIMITED 8 GREGORY AFXENTIOU STREET NICOSIA,  1096 CYPRUS | $21.30 |
| OCEAN COMMUNITIES FEDERAL CREDIT UNION ONE POOL STREET BIDDEFORD, ME 4005 USA | $20.97 |
| BANCO CBSS, S.A. AL RIO NEGRO, 161 - 1º ANDAR BARUERI, SP 6454 BRAZIL | $20.69 |
| ALLCOM CREDIT UNION 36 PARK AVENUE WORCESTER, MA 1609 USA | $20.00 |
| TONGASS FEDERAL CREDIT UNION 2000 TONGASS AVENUE KETCHIKAN, AK 99901 USA | $19.93 |
| CAPITOL BANK 710 NORTH HIGH POINT ROAD MADISON, WI 53717 USA | $18.39 |
| AVANT TARJETA ESTABLECIMIENTO FINANCIERO DE CREDITO S.A. C/JOSE ECHEGARA, 6 CP, LAS ROZAS, 0000 MADRID, SPAIN | $17.73 |

SANTANDER CONSUMER FINANCE S.A.
EDIFICIO DEHESA 1
CIUDAD FINANCIERA GRUPO
SANTANDER
AVDA CANTABRIA, S/N
28660 BOADILLA DEL MONTE SPAIN                    $16.51
UNKNOWN                                          $15.92
TOWER FEDERAL CREDIT UNION
7901 SANDY SPRING RD
LAUREL MD 20723                                  $15.16
ANZ BANK (TAIWAN) LIMITED
18F., NO.7, SONGREN RD., XINYI DIST.,
TAIPEI,  110 TAIWAN                              $13.68
LEGEND BANK, N.A.
101 WEST TARRANT
BOWIE, TX 76230 USA                              $7.21
LANDMARK COMMUNITY BANK
2 SOUTH MAIN STREET
PITTSTON, PA 18640 USA                           $7.06
THE BANK
205 SOUTH PENN AVENUE
OBERLIN, KS 67749 USA                            $6.86
CMR FALABELLA SA
SHOPPING DOT BAIRES - VEDIA 3626 CABA, CP
BUENOS AIRES ARGENTINA C1430DAH                  $6.43
NEW ERA BANK
101 SOUTH MINE LAMOTTE
FREDERICKTOWN,MISSOURI U.S.A. 63645              $6.00
TEXAS PLAINS FEDERAL CREDIT UNION
804 SOUTH MADISON STREET
AMARILLO, TX 79101 USA                           $5.40
PROSPECTORS FEDERAL CREDIT UNION
17595 ALMAHURST STREET, SUITE 100
CITY OF INDUSTRY, CA 91748 USA                   $5.23

| | |
|---|---|
| SOCIETE GENERALE DE BANQUES AU SENEGAL<br>19, AVENUE ROUME<br>DAKAR,  SENEGAL | $4.06 |
| BARCLAYS BANK OF KENYA LTD.<br>BANK HOUSE, MOI AVENUE<br>NAIROBI,  KENYA | $3.03 |
| SECURITY STATE BANK<br>501 PHELPS AVENUE<br>LITTLEFIELD, TX 79339 USA | $2.97 |
| FIRST NATIONAL BANK OF SCOTIA<br>201 MOHAWK AVENUE<br>SCOTIA, NY 12302 USA | $0.25 |
| BANK HAPOALIM<br>B M 40 HAMASGER STREET<br>TEL AVIV,  61620 ISRAEL | $0.00 |

**$169,418,843.54**