UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  )  ) No.: 2:11CR00070RAJ-001 |
| v. | ) ) ) |
| ROMAN SELEZNEV, | ) ) ) |
| Defendant. | ) ) |

## WAIVER OF APPEARANCE

Defendant ROMAN SELEZNEV, individually and by Counsel, hereby waives his appearance concerning amendment of Judgment with respect to computation of Restitution. Defendant takes no position regarding the propriety of said computation of Restitution.

Dated: May 23, 2018

_____
ROMAN SELEZNEV

I agree with and consent to my client's waiver of appearance.

Dated: June 2nd, 2018

/s/ Igor Litvak
Igor Litvak, Esq.
NY Bar No. 5109749
The Litvak Law Firm, PLLC
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
E-Mail: Igor@LitvakLawNY.com