| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 30 2018 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

 v.

ROMAN SELEZNEV, AKA bandysli64, AKA Bulba, AKA Roman Ivanov, AKA nCuX, AKA Ruben Samvelich, AKA shmak, AKA smaus, AKA Track2, AKA Zagreb,

        Defendant-Appellant.

No.   17-30085

D.C. No.
2:11-cr-00070-RAJ-1
Western District of Washington,
Seattle

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

Appellee's motion (Docket Entry No. 22) for leave to file an oversized answering brief of 17,656 words is denied. The Clerk shall strike the answering brief submitted at Docket Entry No. 23. Within 14 days after the date of this order, appellee shall submit an answering brief not to exceed 16,000 words. The optional reply brief is due within 21 days after service of the answering brief.

LK/Pro Mo