| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | APR 23 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

 v.

ROMAN SELEZNEV, AKA bandysli64, AKA Bulba, AKA Roman Ivanov, AKA nCuX, AKA Ruben Samvelich, AKA shmak, AKA smaus, AKA Track2, AKA Zagreb,

        Defendant - Appellant.

No. 17-30085

D.C. No. 2:11-cr-00070-RAJ-1
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered April 01, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Nixon Antonio Callejas Morales
        Deputy Clerk
        Ninth Circuit Rule 27-7