UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
-------------------------------------------------------x
:
UNITED STATES OF AMERICA,               :
:
:
:
:
         v.                              :    Docket No. 2:11CR00070RAJ-001
:
ROMAN SELEZNEV,                          :
:
:
-------------------------------------------------------x

## NOTICE OF EMERGENCY MOTION FOR COMPASSIONATE RELEASE

PLEASE TAKE NOTICE that on a date to be determined by the Court, the defendant, ROMAN SELEZNEV, through his attorney, Igor Litvak, shall move before the Honorable Richard A. Jones, United States District Judge, for an Order granting compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A)(i). In support of this motion, Defendant will rely on the attached Memorandum of Law with Exhibits.

Dated: September 8th, 2021

                                        Respectfully submitted,

                                        /s/ Igor Litvak
                                        _____
                                        Igor Litvak, Esq.
                                        Attorney for Defendant
                                        NY Bar No. 5109749
                                        The Litvak Law Firm, PLLC
                                        1733 Sheepshead Bay Road, Suite 22
                                        Brooklyn, New York 11235
                                        Office: (718) 989-2908
                                        E-Mail: Igor@LitvakLawNY.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing defendant's Notice of Emergency Motion for Compassionate Release was served via electronic filing on September 8th, 2021.

/s/ Igor Litvak
_____

Igor Litvak, Esq.
Attorney for Defendant