The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROMAN SELEZNEV<br><br>Defendant. | NO. 2:11-cr-00070-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS A AND B |

Based upon the motion of the United States, and the representations made therein, and the Court finding good cause, it is HEREBY ORDERED that:

The United States' Motion to Seal (Dkt. 499) is GRANTED. Exhibits A and B to the Government's Response to Defendant's Motion for Compassionate Release shall remain under seal because they contain medical records of the defendant and are not permitted to be made publicly available.

DATED this 16th day of September, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*United States v. Roman Seleznev*, 2:11-cr-00070-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970